Exhibit 57

Relevant pages from Deposition of Michael Pol, taken on
August 27, 2008, in Kurian David, et al, v. Signal
International, LLC, et al., and relevant exhibits thereto

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

KURIAN DAVID, et al             CIVIL ACTION
                                NO. 08-cv-01220
          Plaintiffs,
VERSUS                          JUDGE ZAINEY

SIGNAL INTERNATIONAL, LLC    MAGISTRATE KNOWLES
et al,

          Defendants.


*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


        Deposition of MICHAEL POL, 13 Herring
Road, Beaumont, Mississippi, 39423, taken in
the Law Offices of Barrasso, Usdin, Kupperman,
Freeman & Sarver, 909 Poydras Street, Suite
2400, New Orleans, Louisiana, 70112, on August
27th, 2008, at or about 11:05 a.m.


APPEARANCES:

        SOUTHERN POVERTY LAW CENTER
        By:  Daniel Werner, Esquire
             Naomi Tsu, Esquire
        233 Peachtree Street, suite 2150
        Atlanta, Georgia  30303
        (Counsel for Plaintiffs)

        ASIAN AMERICAN LEGAL DEFENSE AND
        EDUCATION FUND
        By:  Tushar Sheth, Esquire
        99 Hudson Street, 12th Floor
        New York, New York  10013-2815
        (Co-Counsel for Plaintiffs)

        NEW ORLEANS WORKERS' CENTER FOR RACIAL
        JUSTICE
        By:  Jennifer J. Rosenbaum, Esquire
        803 Baronne Street
        New Orleans, Louisiana  70113
        (Co-Counsel for Plaintiffs)

Kurian David, et al v. Signal International, LLC, et al                                          Michael Pol

Page 2

```
 1    APPEARANCES CONTINUED:

 2         BARRASSO, USDIN, KUPPERMAN, FREEMAN
           & SARVER
 3         By:  Stephen H. Kupperman, Esquire
           909 Poydras Street, Suite 2400
 4         New Orleans, Louisiana  70112
           (Counsel for Michael Pol and Global
 5          Resources, Inc.)

 6         HEIDELBERG, STEINBERGER, COLMER & BURROW
           By:  Kelly LarAnn Cash, Esquire
 7         711 Delmas Avenue
           Pascagoula, Mississippi  39568-1407
 8         (Co-Counsel for Michael Pol)

 9         PORTEOUS, HAINKEL AND JOHNSON
           By:  Ralph R. Alexis, III, Esquire
10         705 Carondelet Street
           New Orleans, Louisiana  70139-3774
11         (Counsel for Burnett Defendants)

12         MIDDLEBERG, RIDDLE & GIANNA
           By:  Donald C. Douglas, Jr., Esquire
13         201 St. Charles Avenue, 31st Floor
           New Orleans, Louisiana  70170-3100
14         (Counsel for Signal International, LLC)

15         PAGE, MANNINO, PERESICH & MCDERMOTT
           By:  Michael E. Whitehead, Esquire
16         759 Vieux Marche Mall
           Biloxi, Mississippi  39533
17         (Counsel for J & M Associates Inc., of
            Mississippi)
18
      ALSO PRESENT:
19
           Anjali Nair, Paralegal, Southern
20            Poverty Law Center

21         Malvern Burnett, Esquire

22    REPORTED BY:

23         Gail F. Mason, RPR
           Certified Court Reporter
24         Certificate No. 96004

25
```

Kurian David, et al v. Signal International, LLC, et al                     Michael Pol

Page 3

1
                        I N D E X
2

3   Title Page  . . . . . . . . . . . . . .     1

4   Appearances . . . . . . . . . . . . . .     1,2

5   Index   . . . . . . . . . . . . . . .       3

6   Stipulations of Counsel . . . . . . . .     4

7   EXAMINATION:

8         By Mr. Werner. . . . . . . . . . .     4

9   EXHIBITS:

10        Pol No. 1 (Motion to Dismiss). . .    9
          Pol No.2 (Sale & Assumption) . . .    15
11        Pol No. 3 (tax lien) . . . . . . .    16
          Pol No. 4 (Corporate Filing) . . .    37
12        Pol No. 5 (Green Card Program) . .    52
          Pol No. 6 (2/25 & 26 e-mails). . .    95
13        Pol No. 7 (Annexure to Agree). . .    99
          Pol No. 8 (11/24/04 ltr) . . . . .    103
14        Pol No. 9 (4/1/04 ltr) . . . . . .    111
          Pol No. 10 (Recruit Agree) . . . .    126
15        Pol No. 11 (Corp Filing) . . . . .    139

16

    REQUESTS FOR INFORMATION BY MR. WERNER:
17

          No. 1. . . . . . . . . . . . . . .    59
18        No. 2. . . . . . . . . . . . . . .    66
          No. 3. . . . . . . . . . . . . . .    101
19        No. 4. . . . . . . . . . . . . . .    122
          No. 5. . . . . . . . . . . . . . .    126
20

21  Reporter's Certificate  . . . . . . . .    164

22

23

24

25

Kurian David, et al v. Signal International, LLC, et al                                    Michael Pol

```
                                                          Page 4
  1              S T I P U L A T I O N

  2

  3        It is stipulated and agreed by and between

  4   counsel for the parties hereto that the

  5   deposition of the aforementioned witness is

  6   hereby being taken pursuant to the Federal

  7   Rules of Civil Procedure for all purposes;

  8        That all formalities of signing, sealing,

  9   certification, and filing are hereby waived;

 10        That all objections are to be considered

 11   under the Federal Rules of Civil Procedure.

 12                    *   *   *   *   *

 13        (MICHAEL POL, AFTER HAVING BEEN FIRST DULY

 14   SWORN BY THE ABOVE-NAMED CERTIFIED COURT

 15   REPORTER, WAS EXAMINED AND TESTIFIED AS

 16   FOLLOWS:)

 17           BY MR. KUPPERMAN:

 18              Before we start and on the

 19   record, to just confirm that this deposition is

 20   for jurisdictional and venue purposes only.

 21           BY MR. WERNER:

 22              Right, our questions have been

 23   limited to matters related to jurisdiction and

 24   venue, that's correct.

 25   EXAMINATION BY MR. WERNER:
```

[PAGE BREAK]

Kurian David, et al v. Signal International, LLC, et al                    Michael Pol

```
                                                    Page 53
   1                 We'll make a set at the end.

   2           BY MR. ALEXIS:

   3                 I know, but do you mind if I just

   4   glance at it?

   5           BY MR. WERNER:

   6                 Here, you can look at mine.

   7           BY THE WITNESS:

   8                 Can we take a quick break?

   9           BY MR. WERNER:

  10                 Absolutely.

  11                 (WHEREUPON, A BREAK WAS TAKEN.)

  12   EXAMINATION BY MR. WERNER:

  13      Q.  Back on.  Mr. Pol, you understand

  14   you're still under oath?

  15      A.  Yes, sir.

  16      Q.  To your knowledge, did any Indian

  17   workers make any payments to you with the

  18   understanding that they might be placed at

  19   Zito?

  20      A.  Not to my knowledge.

  21           BY MR. DOUGLAS:

  22                 I'm sorry to interrupt.  You

  23   handed him Exhibit No. 5.  Was there ever a

  24   question asked about Exhibit 5?

  25           BY MR. WERNER:
```

Kurian David, et al v. Signal International, LLC, et al                    Michael Pol

```
                                                    Page 54
 1              I asked him to look at it and he
 2   said he didn't recognize it.
 3          BY MR. DOUGLAS:
 4              Thank you.  I'm sorry for
 5   interrupting.
 6   EXAMINATION BY MR. WERNER:
 7       Q.  Do you keep a calendar?
 8       A.  No, sir.
 9       Q.  How do you keep track of dates of
10   appointments?
11       A.  I just try to keep them as few as
12   possible, that way I can remember.
13       Q.  You don't have any kind of a calendar?
14       A.  No.
15       Q.  Do you have a PDA?
16       A.  Yeah.
17       Q.  How long have you had it?
18       A.  I got it about a week ago, ten days
19   ago.
20       Q.  Was that the first PDA you've ever
21   owned?
22       A.  Yes, sir.
23       Q.  Have you ever had any other kind of
24   electronic calendar?
25       A.  No, sir.
```

**[PAGE BREAK]**

Kurian David, et al v. Signal International, LLC, et al                    Michael Pol

Page 70

1    that's what I did.

2        Q.  Well, you talked to Dr. Rao and

3    then --

4        A.  One time on the phone.

5        Q.  Where was Dr. Rao placing people at

6    that time?

7        A.  I have no idea.

8            BY MR. ALEXIS:

9                I'm sorry.  I didn't hear the

10   answer.

11           BY THE WITNESS:

12               I have no idea.

13   EXAMINATION BY MR. WERNER:

14       Q.  Do you know where Dr. Rao was when you

15   exchanged e-mails?

16       A.  I was assuming he was in India.

17       Q.  When did you first meet -- when did

18   you first meet Malvern Burnett?

19       A.  That would have been sometime in the

20   early part of 1996.

21       Q.  Where did you meet him?

22       A.  Where did I meet him?

23       Q.  Yes.

24       A.  I met him at his office in Polymnia

25   Street in New Orleans.

Kurian David, et al v. Signal International, LLC, et al                    Michael Pol

```
                                                          Page 71
 1         Q.  And what was the purpose of that

 2   meeting?

 3         A.  To see if he would be interested in or

 4   if he could help me -- assist me with getting

 5   some H2B visas.

 6         Q.  And what did he tell you?

 7         A.  Absolutely for $10,000.

 8         Q.  Did you pay him $10,000?

 9         A.  I did.

10         Q.  How many visas did Mr. Burnett get for

11   you at that time?

12         A.  450.

13         Q.  And where were those workers placed?

14         A.  Avondale.

15         Q.  So at that time he was placing workers

16   for IMI?

17         A.  For IMI.

18         Q.  What was your -- or IMI's agreement

19   with Mr. Burnett with respect to payment of

20   monies to them and the type of work he would do

21   for you?

22         A.  Well, at that time it was -- it was a

23   $10,000 fee to do the 400-some-odd H2B visas,

24   to do the work for me.

25         Q.  Was there anything that was created in
```

Kurian David, et al v. Signal International, LLC, et al                    Michael Pol

Page 72

1    writing that memorialized your agreement with

2    Mr. Burnett at that time?

3         A.  I don't think so and I don't recall

4    it, but it could have.  My problem is is

5    everything I've ever owned is gone because of

6    the hurricane, everything prior to 2005.  And

7    so it would be difficult for me to dig stuff

8    like that up.

9         Q.  How many times did you meet with

10   Mr. Burnett during the process of acquiring

11   these H2B visas?

12        A.  You ask some tough questions.  I mean,

13   I don't know.  I know I did meet with him.

14        Q.  You met with him multiple times?

15        A.  I certainly must have met with him

16   multiple times.  But now he had an office in

17   the Markham Building over in Gulfport that we

18   would meet in Mississippi.  He didn't make me

19   come all the way over here.

20        Q.  Well, you came here periodically to

21   meet with him?

22        A.  I came here periodically just to check

23   on my men that worked for the company.

24        Q.  And you would meet with him while you

25   were here?

Kurian David, et al v. Signal International, LLC, et al                           Michael Pol

Page 73

1          A.   Not necessarily.

2          Q.   Sometimes?

3          A.   Not -- well, maybe a few times.

4          Q.   Would you communicate with him by

5     phone?

6          A.   Phone, e-mail certainly.

7          Q.   So you would call him in his office in

8     New Orleans?

9          A.   I never called him at his office.  I

10    always called him on his cell phone.

11         Q.   His cell phone in New Orleans?

12         A.   Well, I don't know.  My brother has

13    got a cell phone that's got a California

14    number, and he can sit across the table from me

15    and talk to me.

16         Q.   When was the next time that you did

17    business with Mr. Burnett?

18         A.   Be more specific.

19         Q.   When was the next time that you had

20    any kind of business dealings with Mr. Burnett?

21         A.   You mean from the recruitment of the

22    Indians here at Avondale Shipyard?

23         Q.   After that initial recruitment of 450

24    workers, what was the next work that he did for

25    you or any of your corporate entities?

Kurian David, et al v. Signal International, LLC, et al                    Michael Pol

Page 74

1        A.  Well, okay.  He did -- he did for

2   International Marine.  He did do a recruitment

3   for North American Shipyard.

4        Q.  When was that?

5        A.  '99, '98.

6        Q.  And how many workers were recruited

7   for North American Shipyard?

8        A.  I don't remember the exact number.

9        Q.  Was it more than 100?

10       A.  I don't think so.  I think it was less

11  than 100.

12       Q.  When Mr. Burnett did this work for

13  you, both for the Avondale placement and the

14  North American Shipyard place, did Mr. Burnett

15  -- did Mr. Burnett have an arrangement with you

16  that he would also receive fees from the

17  workers?

18       A.  No.

19          BY MR. ALEXIS:

20              I'm sorry.  From --

21          BY MR. WERNER:

22              From the workers.  From the

23  people who were being recruited.

24          BY THE WITNESS:

25              No.

**[PAGE BREAK]**

Page 99

```
 1          BY MR. KUPPERMAN:

 2                 I'm just reminding him of the

 3     same thing you did.

 4          BY MR. WERNER:

 5                 It smacks of kosher.  It's not

 6     proper.

 7          BY MR. KUPPERMAN:

 8                 I'll disagree with you.

 9          BY THE WITNESS:

10                 I'm not sure.

11                 (WHEREUPON, POL NO. 7 WAS MARKED

12     FOR IDENTIFICATION PURPOSES.)

13     EXAMINATION BY MR. WERNER:

14          Q.  Please take a look at this document.

15          A.  (Witness reviewed document.)

16          Q.  Please take a look at Plaintiff's

17     Exhibit 7.  Do you recognize this document?

18          A.  Yes.

19          BY MR. ALEXIS:

20                 If you would please, we'd like to

21     look at it first before you ask any questions,

22     please.

23                 (WHEREUPON, PAUSE IN THE

24     PROCEEDINGS.)

25     EXAMINATION BY MR. WERNER:
```

[PAGE BREAK]

Kurian David, et al v. Signal International, LLC, et al                                    Michael Pol

```
                                                          Page 152

  1          Q.   So nobody in your family is married to

  2     anybody in any of --

  3          A.   No, no.

  4          Q.   -- the other families that you know

  5     of?

  6          A.   Not that I know of.  There's no blood

  7     relation there.  You're pretty thorough, I'll

  8     tell you that.

  9          Q.   I try.  When did you first meet Sachin

 10     Dewan?

 11          A.   Sachin Dewan.

 12          Q.   Sachin Dewan.

 13          A.   1996.

 14          Q.   And who introduced you to Mr. Dewan?

 15          A.   Subod Napalcar (phonetic.)

 16          Q.   And who is that?

 17          A.   He's an Indian, from India.

 18          Q.   How did you know this gentleman?

 19          A.   I met him through Dr. Bengal.

 20          Q.   How do you know Dr. Bengal?

 21          A.   He was a neighbor of mine in

 22     Pascagoula.

 23          Q.   And have you done business continually

 24     with Dr. Dewan since you initially met him in

 25     1996?
```

Kurian David, et al v. Signal International, LLC, et al                                    Michael Pol

                                                                                    Page 153

```
 1         A.  Off and on.

 2         Q.  Off and on.  When were the off

 3   periods?

 4         A.  2000 -- '99, 2000, all the way up to

 5   2005.

 6         Q.  So from 2000 to 2005, you didn't do

 7   any business with him?

 8         A.  We just did strictly labor service in

 9   that period of time.

10         Q.  Strictly labor service, what does that

11   mean?

12         A.  You know, as I described earlier, IMI

13   and the leased labor.

14         Q.  But Mr. Dewan was helping you --

15         A.  No.

16         Q.  -- find that labor?

17         A.  No, sir.

18         Q.  Was that the time period that you only

19   leased U.S. workers?

20         A.  That's correct.

21         Q.  What is the nature of the business

22   relationship you had with Mr. Dewan?

23         A.  It's just, you know, an assisting

24   relationship, where he assisted me to get

25   people.
```

Kurian David, et al v. Signal International, LLC, et al                    Michael Pol

Page 154

1      Q.  Would you consider him a business

2   partner?

3      A.  Not really.  An associate, yes.  But

4   partner, no.

5      Q.  A business associate.  Have you ever

6   entered into any kind of written agreement with

7   Mr. Dewan?

8      A.  Yes, we did.  When we got into the

9   nurse recruiting, we did enter into an

10  agreement back in 2003 or '4 or whatever.  I

11  can't remember the exact time that we got

12  started on that.  But that's all gone.

13     Q.  But you never entered into a written

14  agreement with him regarding the placement of

15  welders or pipe-fitters?

16     A.  No, sir.

17        BY MR. WERNER:

18           Let us just take a couple

19  minutes.  We're probably done or very very

20  close.

21           (WHEREUPON, A BREAK WAS TAKEN.)

22        BY MR. WERNER:

23           Back on the record.  I have no

24  more questions for you, Mr. Pol.  Thank you for

25  bearing with us here.  I want to just for the

**[PAGE BREAK]**

# PERMANENT RESIDENCE VISA (GREEN CARD) PROGRAM

## HIGH LIGHTS:

➢ PERMANENT RESIDENCE VISA PROGRAM (GREEN CARD) IS INTRODUCED AFTER
THE NEW PERM REGULATION WAS INTRODUCED BY THE DEPARTMENT OF LABOR
WHICH HAS SHORTENED THE TIME OF LABOR CERTIFICATION.
➢ GREEN CARD FOR SELF AND FAMILY (WIFE AND CHILDREN UNDER 21 YEARS)
➢ JOB GUARANTEE FOR 2-3 YEARS. THEREAFTER THE CANDIDATE CAN WORK FOR
ANY COMPANY IN THE USA AND PERMANENTLY SETTLE IN THE USA ALONG WITH
HIS FAMILY, BUY PROPERTY, HAVE BRIGHT FUTURE FOR HIS CHILDREN.
SPOUSE CAN WORK TOO.

## TO QUALIFY CANDIDATE MUST HAVE:

➢ MINIMUM 3 YEARS EXPERIENCE IN HIS FIELD.
➢ EXPERIENCE CERTIFICATE/LETTER FROM THE PREVIOUS COMPANIES IN THE
SAME FIELD
➢ AGE NOT MORE THAN 60 YEARS

## PROCESS DETAILS:

TOTAL PROCESS TIME:    18 MONTHS MAXIMUM UPTO 24 MONTHS
TOTAL FEES             5, 00,000/- PAYABLE IN THREE EQUAL INSTALLMENTS
                       AS PER STAGES BELOW:

## SIGNING OF CONTRACT AND COMPLETING IMMIGRATION PAPER WORK WITH US IMMIGRATION LAWYER/ATTORNEY

FIRST STAGE          FILING OF LABOR CERTIFICATION DURATION 9 MONTHS
FIRST INSTALMENT     PAYABLE BEFORE FILING LABOR CERTIFICATION
                     RS.166, 666/- THIS MONEY IS PAYABLE IN THE
                     MANNER BELOW:
                     MAKE DOLLAR DRAFT IN THE NAME OF GLOBAL
                     RESOURCES INC. EQUIVALENT TO RS.55, 555/-
                     MAKE DOLLAR DRAFT IN THE NAME OF LAWYER
                     MALVERN C. BURNETT EQUIVALENT TO RS.55, 555/-
                     DEWAN CONSULTANTS PVT.LTD. RS.55, 555/-

## UPON RECEIVING LABOR CERTIFICATION

SECOND STAGE         FILING OF I-140 VISA PETITION APPLICATION
                     DURATION 7 MONTHS
SECOND INSTALLMENT:  PAYABLE BEFORE FILING I-140 VISA APPLICATION
                     RS.166, 666/- THIS MONEY IS PAYABLE IN THE
                     MANNER BELOW:
                     MAKE DOLLAR DRAFT IN THE NAME OF GLOBAL
                     RESOURCES INC. EQUIVALENT TO RS.55, 555/-
                     MAKE DOLLAR DRAFT IN THE NAME OF LAWYER
                     MALVERN C. BURNETT EQUIVALENT TO RS.55, 555/-
                     DEWAN CONSULTANTS PVT.LTD. RS.55, 555/-

## UPON APPROVAL OF I-140

FINAL STAGE          THE VISA WILL BE THEN SENT TO THE CONSULATE FOR
                     SECURITY CLEARANCE. AT THIS STAGE THE
                     CANDIDATE SHALL UNDERGO BELOW VERIFICATION:



PLAINTIFF'S
EXHIBIT
PdL 5

o  PCC - POLICE CLEARANCE CERTIFICATE
o  FINGER PRINTS
o  MEDICAL
o  BACK GROUND CHECK SHALL BE CONDUCTED BY
   THE US CONSULATE BY AT RANDOM CALL THE
   PREVIOUS COMPANIES ABOUT THE AUTHENTICITY
   OF THE DOCUMENTS SUBMITTED, BIRTH
   CERTIFICATE,      MARRIAGE CERTIFICATE,
   CHILDREN BIRTH ETC.
o  US CONSULATE INTERVIEW
o  ONE WAY TICKET TO THE US
   (ALL ABOVE EXPENSE SHALL BE BORNE EXTRA BY
   THE CANDIDATE APPROXIMATELY AROUND RS.60000
   TO RS. 70, 000/-

FINAL INSTALLMENT :    PAYABLE BEFORE SENDING THE VISA PETITION TO THE
                       CONSULATE RS.166, 666/- THIS MONEY PAYABLE IN
                       THE MANNER BELOW.
                       MAKE DOLLAR DRAFT IN THE NAME OF GLOBAL
                       RESOURCES INC., EQUIVALENT TO RS.55, 555/-
                       MAKE DOLLAR DRAFT IN THE NAME OF LAWYER
                       MALVERN C. BURNETT EQUIVALENT TO RS.55, 555/-
                       DEWAN CONSULTANTS PVT.LTD. RS.55, 555/-


OPTION I - CALIFORNIA:
SPONSORED BY        :  J & M ASSOCIATES INC & SUBSIDAIRES -
                       MISSISSIPPI, USA (LABOR SUPPLY COMPANY)
TO WORK AT          :  NASSCO SHIPYARD, SAN DIAGO CALIFORNIA, USA
WEEKLY SALARY       :  14 $ X 40 = 560 - BASIC
                       21 $ X 20 = 420 - OVERTIMES
                       7 $ X 60 = 360 - PER DIEM ALLOWANCE
                                 1340 - WEEKLY TOTAL

ACCOMMODATION       :  FREE
TRANSPORTATION      :  TO AND FRO WORK FREE
CONTRACT            :  3 YEARS
CATEGORIES          :  STRUCTURAL FITTERS/SHIP FITTERS    150 NOS
                       WELDERS (PIPE / PLATE)             150 NOS


OPTION II - NEW ORLEANS:
SPONSOR             :  EITC COMPANY INC & SUBSIDAIRIES - NEW ORLEANS,
                       USA (MARINE REPAIR, CRANE SERVICES, OVERSEAS
                       TRANSPORT, BARGES & TUG BOATS)
TO WORK AT          :  THEIR OWN COMPANY FACILITY AT JEFFERSON
SALARY              :  14-18 $ X 40 = 720
                       OVER TIME @ 265
ACCOMMODATION       :  IF PROVIDED WILL BE DEDUCTED FROM SALARY
CONTRACT            :  3 YEARS
CATEGORIES          :  WELDERS (PIPE/PLATE)                30 NOS
                       FITTERS/FABRICATORS (STRUCTURAL/PIPE) 50 NOS
                       MARINE ENGINE FITTERS               10 NOS
                       FIRST MATES                         10 NOS
                       DIESEL MECHANIC (Hydraulic)         02 NOS
                       MACHINIST                           04 NOS
                       CRANE OPERATORS - 150 TONS          02 NOS

**[PAGE BREAK]**

Annexure (I) to Agreement

This agreement is entered into between Michael.L.Pol of Global Resources Inc, Malvern.C.Burnett and Dewan Consultants Pvt. Ltd. and Mr. *Abdulla M.K.*

As stated in clause no.5 of main agreement the Permanent Residency Status/Green Card Process would take 24 months. Due to unforeseen delays by the US Department of Labor the implementation of new PERM process was delayed until June 2005. However J&M Associates, Inc. immediately filed the Labor Certification in August & September 2005 and the same was completed within 7 months time.

Your Immigrant Visa Petition Approval I-140 shall be completed within 6 to 8 months period from the date of filing. However due to the backlog of the third preference skilled labor visa category for nationals of India which took place in July, 2005 there may be additional administrative delays to your obtaining the immigrant visa. This delays were not anticipated when you first contracted to obtain lawful permanent residence in the United States because the third preference skilled labor visa category was current up until July 2005 and, in fact, had been current for many years. As a result of the backlog we cannot give a date certain for your priority date to become current. However, we believe that within the next 12 months your priority date will become current. As this depends entirely on the allocation of visas by the U.S. Department of State, we can only give an estimate of how long it may take.

_____
Signature of Candidate

_____
Michael.L.Pol
For Global Resources Inc.

_____
Malvern.C.Burnett
Law Offices of Malvern.C.Burnett

_____
Sachin Dewan
Dewan Consultants Fz L.L.C


PLAINTIFF'S EXHIBIT
Pol 2

J&M ASSOCIATES, INC. OF MS
c/o Law Offices of Malvern C. Burnett
P.O. Box 52005
Lafayette, LA  70505-2005

Per the employer representative's e-mail dated 12/04/2005, correspondence is being mailed to
the address shown above rather than to the address listed on the Form ETA 9089.

Correspondence will be mailed to the above address until further instructions are received.
Please mail any updated instructions to Katrina.dflcchicago@dol.gov.

J&M ASSOCIATES, INC. OF MS
c/o Law Offices of Malvern C. Burnett
Maria S. Lau
1523 Polymnia Street
New Orleans, LA 70130