Exhibit 58

Relevant pages from Deposition of Malvern Burnett,
taken on September 10, 2008, Kurian David, et al, v.
Signal International, LLC, et al., and relevant exhibits
thereto

Kurian David, et al v. Signal International, LLC, et al          Malvern C. Burnett, Esquire

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

KURIAN DAVID, et al            CIVIL ACTION
                               NO. 08-cv-01220
          Plaintiffs,
VERSUS                         JUDGE ZAINEY
SIGNAL INTERNATIONAL, LLC      MAGISTRATE KNOWLES
et al,

          Defendants.

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

        Deposition of MALVERN C. BURNETT, ESQUIRE,
1523 Polymnia Street, New Orleans, Louisiana,
70130, taken in the Law Offices of Barrasso,
Usdin, Kupperman, Freeman & Sarver, 909 Poydras
Street, Suite 2400, New Orleans, Louisiana,
70112, on September 10th, 2008, at or about
10:10 a.m.

APPEARANCES:

        SOUTHERN POVERTY LAW CENTER
        By:  Daniel Werner, Esquire
             Naomi Tsu, Esquire
        233 Peachtree Street, suite 2150
        Atlanta, Georgia  30303
        (Counsel for Plaintiffs)
        ASIAN AMERICAN LEGAL DEFENSE AND
        EDUCATION FUND
        By:  Tushar Sheth, Esquire
        99 Hudson Street, 12th Floor
        New York, New York  10013-2815
        (Co-Counsel for Plaintiffs)

        BARRASSO, USDIN, KUPPERMAN, FREEMAN
        & SARVER
        By:  Stephen H. Kupperman, Esquire
        909 Poydras Street, Suite 2400
        New Orleans, Louisiana  70112
        (Counsel for Michael Pol and Global

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

Page 2

```
 1    APPEARANCES CONTINUED:

 2         PORTEOUS, HAINKEL AND JOHNSON
           By:  Ralph R. Alexis, III, Esquire
 3         705 Carondelet Street
           New Orleans, Louisiana  70139-3774
 4         (Counsel for Burnett Defendants)

 5         MIDDLEBERG, RIDDLE & GIANNA
           By:  Donald C. Douglas, Jr., Esquire
 6         201 St. Charles Avenue, 31st Floor
           New Orleans, Louisiana  70170-3100
 7         (Counsel for Signal International, LLC)

 8         PAGE, MANNINO, PERESICH & MCDERMOTT
           By:  Michael E. Whitehead, Esquire
 9         759 Vieux Marche Mall
           Biloxi, Mississippi  39533
10         (Counsel for J & M Associates Inc., of
            Mississippi)
11
           STEPHEN H. SHAPIRO, ESQUIRE
12         200 Maine Street
           Jefferson, Louisiana  70121
13         (Counsel for Dewan & Consultants

14
      REPORTED BY:
15
           Gail F. Mason, RPR
16         Certified Court Reporter
           Certificate No. 96004
17

18

19

20

21

22

23

24

25
```

PROFESSIONAL SHORTHAND REPORTERS, INC   1(800)-536-5255   BATONROUGE*NEW ORLEANS* SHREVEPORT
504-529-5255

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

 1
                        I N D E X
 2

 3     Title Page  . . . . . . . . . . . . .    1

 4     Appearances . . . . . . . . . . . .    1,2

 5     Index   . . . . . . . . . . . . . .    3

 6     Stipulations of Counsel . . . . . . .    4

 7     EXAMINATION:

 8         By Mr. Sheth . . . . . . . . . .    4

 9         By Mr. Kupperman . . . . . . . . 169

10         By Mr. Alexis. . . . . . . . . . 170

11         By Mr. Sheth . . . . . . . . . . 171

12     EXHIBITS:

13         Burnett No. 1 (Notice of Action) . 135
           Burnett No. 2 (Annexure) . . . . . 137
14         Burnett No. 3 (11/22/04 ltr) . . . 146
           Burnett No. 4 (H2B & Green Card) . 148
15         Burnett No. 5 (Labor approval) . . 149
           Burnett No. 6 (4/1/04 ltr) . . . . 150
16         Burnett No. 7 (6/23/06 ltr). . . . 153

17
       WITNESS INSTRUCTED NOT TO ANSWER:
18
           Pages:  9, 10, 39, 54, 68, 95, 97,
19                  105, 114, 119, 122, 148 and
                    155
20

21     Witness' Certificate . . . . . . . . 173

22     Reporter's Certificate  . . . . . . . 174

23

24

25

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

1            S T I P U L A T I O N

2

3       It is stipulated and agreed by and between

4   counsel for the parties hereto that the

5   deposition of the aforementioned witness is

6   hereby being taken pursuant to the Federal

7   Rules of Civil Procedure for all purposes;

8       That all formalities of signing, sealing,

9   certification, and filing are hereby waived;

10      That all objections are to be considered

11  under the Federal Rules of Civil Procedure.

12                  *   *   *   *   *

13      (MALVERN C. BURNETT, ESQUIRE, AFTER HAVING

14  BEEN FIRST DULY SWORN BY THE ABOVE-NAMED

15  CERTIFIED COURT REPORTER, WAS EXAMINED AND

16  TESTIFIED AS FOLLOWS:)

17  EXAMINATION BY MR. SHETH:

18      Q.  Good morning, Mr. Burnett.

19      A.  Good morning.

20      Q.  My name is Tushar Sheth.  I'm a staff

21  attorney at the Asian American Legal Defense

22  and Education Fund.  I represent the Plaintiffs

23  in this action.  With me here today is Dan

24  Werner and Naomi Tsu from the Southern Poverty

25  Law Center.

**[PAGE BREAK]**

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

Page 92

1        A.  Yes.

2        Q.  What -- generally speaking, what

3    services did you provide to those individuals?

4            BY MR. ALEXIS:

5                I'm going to object to the

6    question because it doesn't relate to

7    jurisdiction and venue.  Just be cautious, but

8    go ahead and generally answer.

9            BY THE WITNESS:

10                For many of them, not all, but

11   many of them I reviewed draft non immigrant

12   visa applications and prepared them for

13   counselor interviews at various sites.

14   EXAMINATION BY MR. SHETH:

15       Q.  Were the drafts prepared in your

16   office?

17       A.  No, they were not.

18       Q.  Who prepared the drafts?

19       A.  I tried to prepare some of the drafts

20   abroad because, you know, it had to be done

21   abroad.  And the details really not -- I don't

22   need to go into details.  But you go on the

23   State Department website in order to draft and

24   print out these applications.  And it was all

25   done abroad, meaning in India.

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

```
 1        Q.  Okay.

 2        A.  And I had trouble with my -- my laptop

 3   at the time.  And so Sachin Dewan's staff

 4   assisted in preparing those drafts.

 5        Q.  Okay.  Were the workers that came to

 6   work for Signal from India?

 7        A.  Most of them, yes.

 8        Q.  Did you represent these individuals in

 9   filing their non immigrant visa petitions?

10        A.  In the --

11            BY MR. ALEXIS:

12                Let me object to the question

13   first.

14            BY THE WITNESS:

15                In the sense that -- that I

16   reviewed much of the documentation to ensure

17   its accuracy.  I would compare the information

18   on the form with -- with experience letters and

19   other information that was presented to me.

20   And, yes -- yeah, I did represent them in that

21   capacity, yes.

22   EXAMINATION BY MR. SHETH:

23        Q.  Did you perform any of that work in

24   your New Orleans office?

25        A.  No, none of that -- none of the 900
```

Kurian David, et al v. Signal International, LLC, et al                  Malvern C. Burnett, Esquire

Page 94

1    visa work.  That was all done in India.

2    Actually -- well, it was done in India and some

3    of it was done in Dubai.

4        Q.  Who actually filed those applications?

5        A.  It's done electronically under the new

6    system.  It used to be in the old days, you

7    took the paper forms to the consulate, but not

8    these days.  It's all uploaded to the State

9    Department.

10       Q.  Are you the individual that filed

11   them?

12       A.  No.  I never pressed send.

13       Q.  Who's the person that did that?

14       A.  Sachin Dewan of one of his staff.

15       Q.  Did you collect any fees in relation

16   to the -- to your work on the petitions?

17       A.  No, I personally did not.

18       Q.  So you provided legal services without

19   any compensation?

20       A.  Your question was did I collect.  And

21   what I take that to mean is did I take money

22   from the individuals, and, no, I never did.

23       Q.  Were you supposed to receive a fee --

24       A.  I received compensation for what I

25   did.

**[PAGE BREAK]**

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

Page 107

1    because he's -- he was -- he had, basically, a

2    proven track record, you know, of recruiting --

3    basically, he -- he's in that line of business.

4    That's what he does.

5         Q.  And what did Sachin do to recruit

6    workers?

7         A.  I really am not familiar with the

8    recruitment process.

9         Q.  Did you ever represent Sachin Dewan in

10   relation to the Signal H2B workers?

11        A.  You know, I mean, I'm certain that I

12   discussed with him the legal parameters of the

13   H2B process and gave him legal advice, you

14   know, in that regard.  Again, I would give an

15   expansive interpretation of, you know, whether

16   I represented him.

17        Q.  Okay.

18        A.  I wouldn't feel free to discuss the

19   topics of our conversation with others.

20        Q.  Did you ever meet in person with

21   Sachin Dewan?

22        A.  Yes.

23        Q.  Where did those meetings take place?

24             BY MR. ALEXIS:

25                  Just before you answer the

[PAGE BREAK]

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

Page 127

```
 1    compensated?

 2         A.  I do not.

 3         Q.  Was Sachin Dewan compensated in

 4    relation to H2B workers coming from India to

 5    Signal.

 6         A.  I -- (witness nodded head up and

 7    down.)

 8              BY MR. DOUGLAS:

 9                  Say that question again.

10              BY MR. SHETH:

11                  Was Sachin Dewan compensated for

12    H2B workers coming from India to Signal.

13              BY MR. DOUGLAS:

14                  Okay.

15              BY MR. SHAPIRO:

16                  I'm going to object to the form.

17              BY THE WITNESS:

18                  I would -- I would expect so.

19    EXAMINATION BY MR. SHETH:

20         Q.  Was there any contract between you and

21    Michael Pol in relation to the Signal H2B

22    workers?

23         A.  No.

24              BY MR. DOUGLAS:

25                  Form.
```

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

Page 128

1    EXAMINATION BY MR. SHETH:

2        Q.  Was there any contract between you and

3    Sachin Dewan in relation to the signal H2B

4    workers?

5            BY MR. SHAPIRO:

6                Object to form.

7            BY MR. KUPPERMAN:

8                Object to the form of the

9    question.

10           BY MR. DOUGLAS:

11               Form.

12           BY MR. ALEXIS:

13               Same objection.

14           BY THE WITNESS:

15               No.

16   EXAMINATION BY MR. SHETH:

17       Q.  How did Sachin Dewan get involved with

18   this effort to recruit H2B workers from India

19   to Signal?

20           BY MR. SHAPIRO:

21               Object to form.

22           BY MR. DOUGLAS:

23               Form.

24           BY MR. ALEXIS:

25               Same objection.

```
                                                          Page 129

   1            BY THE WITNESS:

   2                 It's my belief that through

   3       Michael Pol.

   4       EXAMINATION BY MR. SHETH:

   5          Q.  Can you explain?

   6            BY MR. SHAPIRO:

   7                 Object to form again.

   8            BY MR. ALEXIS:

   9                 Same objection.

  10            BY MR. KUPPERMAN:

  11                 I'll join in that objection.

  12            BY THE WITNESS:

  13                 They have been business

  14       acquaintances for some time.  And I think that

  15       because they had this -- because they knew each

  16       other and had done business previously, they

  17       chose to do business with each other again.

  18       EXAMINATION BY MR. SHETH:

  19          Q.  Okay.  When's the first time that you

  20       met Sachin Dewan?

  21          A.  Probably in '96 or '97.

  22          Q.  In what context did you meet Sachin

  23       Dewan in '96 or '97?

  24          A.  In representing Michael Pol and IMI in

  25       obtaining H2B visas for IMI.
```

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

```
                                                        Page 130

    1        Q.  Was Sachin involved with obtaining H2B

    2    visas for IMI?

    3        A.  He and his father.

    4        Q.  I'm sorry?

    5        A.  He and his father.

    6        Q.  Okay.  What was his role in obtaining

    7    H2B visas for IMI?

    8             BY MR. SHAPIRO:

    9                  Object to form.

   10             BY MR. SHETH:

   11                  Sachin Dewan's role?

   12             BY MR. SHAPIRO:

   13                  Object to form.

   14             BY THE WITNESS:

   15                  Again, he -- he located foreign

   16    workers.

   17    EXAMINATION BY MR. SHETH:

   18        Q.  Was Sachin Dewan involved with any

   19    other efforts to recruit foreign workers to the

   20    United States that you were also involved with

   21    other than the ones you mentioned with IMI and

   22    Signal?

   23             BY MR. SHAPIRO:

   24                  Object to the form.

   25             BY MR. DOUGLAS:
```

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

                                                                        Page 131

     1                    Object to form.

     2           BY MR. ALEXIS:

     3                    Same objection.

     4           BY MR. SHETH:

     5                    Go ahead.

     6           BY MR. ALEXIS:

     7                    You can answer it subject to

     8      the --

     9           BY THE WITNESS:

    10                    Yes.  My response was yes.

    11      EXAMINATION BY MR. SHETH:

    12         Q.  Okay.  What are those other -- what

    13      are those other recruitment efforts?

    14           BY MR. SHAPIRO:

    15                    Object to form.

    16           BY THE WITNESS:

    17                    I'm going to try to stick with

    18      this chronologically so I can keep track of it

    19      in my mind.  So IMI is in '96, '97, basically.

    20      There was another entity which -- which was a

    21      shipyard in South Louisiana for whom I did the

    22      immigration work for H2Bs.  Thereafter, there

    23      was a hospital in Jackson, Mississippi which

    24      recruited foreign nurses and whom I

    25      represented.  And that -- for H2Bs, that's

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

Page 132

1    basically -- that's basically it.

2    EXAMINATION BY MR. SHETH:

3        Q.  What --

4        A.  Excuse me.  Let me -- the hospital

5    wasn't H2B.  The hospital was foreign nurses.

6    It was an H1 -- at the time I think it was

7    still considered -- no, it was an H1B I know

8    because it was -- there's an H1C category, but

9    this was a particular nurse that qualified for

10   H1B.

11       Q.  Okay.  What's the name of the shipyard

12   in Southern Louisiana?

13       A.  It's a client, and I can't divulge

14   that information.

15       Q.  Where is it located in Southern

16   Louisiana?

17       A.  South Louisiana.

18           BY MR. ALEXIS:

19               Well --

20   EXAMINATION BY MR. SHETH:

21       Q.  What parish is it located in?

22       A.  I don't know.  I don't know.  I'll

23   tell you --

24       Q.  Is that what counties are?

25       A.  Yeah, it's -- it's -- I can be

Page 133

1    specific as to say it's in or near Galliano.

2    How's that?

3        Q.  Okay.  That's fine.

4            BY MR. SHAPIRO:

5                Can we go off the record on

6    something?  There's something I'm not clear

7    about.

8                (WHEREUPON, AN OFF-THE-RECORD

9    DISCUSSION.)

10           BY MR. SHAPIRO:

11               Could you read his answer about a

12   shipyard in South Louisiana?

13               (WHEREUPON, THE REQUESTED PORTION

14   OF THE TRANSCRIPT WAS READ BACK BY THE COURT

15   REPORTER.)

16           BY MR. ALEXIS:

17               Before you ask another question,

18   I want to take a break.

19               (WHEREUPON, A BREAK WAS TAKEN.)

20           BY THE WITNESS:

21               I want to clarify something

22   because I got off on a tangent on a question,

23   and I got -- I confused myself, and I want to

24   clarify.

25           BY MR. SHETH:

```
                                                        Page 134

 1                 Okay.

 2            BY THE WITNESS:

 3                 Can you read the question?

 4                 (WHEREUPON, THE REQUESTED PORTION

 5     OF THE TRANSCRIPT WAS READ BACK BY THE COURT

 6     REPORTER.)

 7            BY THE WITNESS:

 8                 With IMI and Signal?

 9            BY MR. SHETH:

10                 Other than IMI and Signal.

11            BY THE WITNESS:

12                 Or other than.  She said with IMI

13     and Signal.

14            BY MR. SHETH:

15                 Other than the ones you just

16     mentioned with IMI and Signal.

17            BY THE WITNESS:

18                 Okay.

19            BY MR. ALEXIS:

20                 And what was his answer?

21                 (WHEREUPON, THE REQUESTED PORTION

22     OF THE TRANSCRIPT WAS READ BACK BY THE COURT

23     REPORTER.)

24            BY THE WITNESS:

25                 And I stated -- I thought I gave
```

Kurian David, et al v. Signal International, LLC, et al                     Malvern C. Burnett, Esquire

Page 135

1   -- I thought I described Med-Tech --

2           BY MR. SHETH:

3                 Earlier --

4           BY THE WITNESS:

5                 -- Med-Tech, Global -- what --

6           BY MR. SHETH:

7                 You called it the nurses.  I

8   think you called it the nurses.  You didn't

9   call it Med-Tech this time around.

10          BY MR. SHAPIRO:

11                Let's just go off the record.

12                (WHEREUPON, AN OFF-THE-RECORD

13  DISCUSSION, AT WHICH TIME, BURNETT NO. 1 WAS

14  MARKED FOR IDENTIFICATION PURPOSES.)

15  EXAMINATION BY MR. SHETH:

16      Q.  Mr. Burnett, can you take a look at

17  this document?

18      A.  Yes.

19      Q.  Have you seen this document before?

20      A.  Yes.

21      Q.  What is this document?

22      A.  It's an H2B approval notice, Form

23  I-797.

24      Q.  Okay.  Who produced this document?

25      A.  USCIS.

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

Page 136

1          Q.  And it was mailed to you?

2          A.  I would assume so.  I may have

3     received it by fax from USCIS.

4          Q.  All right.  Where did you receive it?

5          A.  It would have been received in my New

6     Orleans office.

7          Q.  At 1523 Polymnia Street?

8          A.  Yes.

9          Q.  And is this -- what is the title of

10     this document?

11         A.  Notice of Action.

12         Q.  Was this Notice of Action sent to you

13     in response to a filing that you made?

14         A.  Yes.

15         Q.  And what filing is that?

16         A.  An I-129H.

17         Q.  Okay.  And where was that filing made

18     -- did you file that document?

19         A.  Yes.

20         Q.  Where was that filing made from?

21         A.  It would have been mailed from my New

22     Orleans office.

23         Q.  Okay.  Did you prepare the I-129?

24         A.  Yes.  My office prepared the I-129.

25         Q.  And that was prepared in your New

```
                                                      Page 137

 1    Orleans office?

 2         A.  Yes.

 3         Q.  All right.

 4              (WHEREUPON, BURNETT NO. 2 WAS

 5    MARKED FOR IDENTIFICATION PURPOSES.)

 6              BY THE WITNESS:

 7                (Witness reviewed document.)

 8    EXAMINATION BY MR. SHETH:

 9         Q.  Mr. Burnett, you have what's in front

10    of you what's marked as Exhibit Burnett 2?

11         A.  Yes.

12         Q.  Have you seen this document before?

13         A.  Yes -- well, not -- yeah, I'm sure I

14    must have.  My signature is on it, yeah.  So,

15    yeah, I've seen it before.

16         Q.  Okay.  What is this document?

17         A.  It is an addendum to a prior agreement

18    between myself and other -- and Sachin Dewan

19    and Michael Pol and foreign workers who sought

20    to immigrate to work for J&M Associates.

21         Q.  Okay.  And is that your signature at

22    the bottom?

23         A.  Yes.

24         Q.  Who else has signed this document?

25         A.  It looks like Michael Pol and Sachin
```

**[PAGE BREAK]**

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

Page 149

1              Let me object to the form of the

2     question because he said he's not sure --

3              BY MR. SHETH:

4                 Well, he's looking at it now.

5              BY THE WITNESS:

6                 As I said before, this is an H2B

7     Employment Based Green Card Program.  It's not

8     dated.

9     EXAMINATION BY MR. SHETH:

10         Q.  Do you remember if you had any role in

11    the preparation of this document?

12         A.  I do not.

13         Q.  Okay.

14                 (WHEREUPON, BURNETT NO. 5 WAS

15    MARKED FOR IDENTIFICATION PURPOSES.)

16              BY THE WITNESS:

17                 (Witness reviewed document.)

18    EXAMINATION BY MR. SHETH:

19         Q.  Mr. Burnett, you have in front of you

20    what's marked as Burnett Exhibit 5.  Have you

21    seen this document before?

22         A.  Not this specific document, no.

23         Q.  Have you seen documents like this

24    before?

25         A.  Not that I recall.  I'm looking at it,

Page 150

1    but it gives me some -- it's actually -- I'll

2    just leave it at that.  No, I'm not familiar

3    with this.

4                    (WHEREUPON, BURNETT NO. 6 WAS

5    MARKED FOR IDENTIFICATION PURPOSES.)

6    EXAMINATION BY MR. SHETH:

7        Q.  Mr. Burnett, you have what's in front

8    of you marked as Burnett Exhibit 6.  Have you

9    seen this document before?

10       A.  I can't say for certain that I've seen

11   this exact document before, no.

12       Q.  Were you involved in preparing this

13   document?

14       A.  No.

15       Q.  Okay.  Have you seen a document

16   similar to this?

17           BY MR. KUPPERMAN:

18               Object to the form.

19           BY THE WITNESS:

20               I can't say for sure.  This is,

21   what, 2004?  It's 2008 now.  I really don't

22   recall.

23   EXAMINATION BY MR. SHETH:

24       Q.  Do you see at the bottom of this page

25   in the section labeled "Terms and Conditions

Page 151

1    for Program"?

2         A.  Of page 1?

3         Q.  Yes.

4         A.  Yeah.

5         Q.  Do you see in the paragraph entitled

6    "First Installment" rupees 55,555 equivalent in

7    U.S. dollars in the name of Malvern C. Burnett,

8    immigration attorney?

9         A.  Yes.

10        Q.  Does this refer to payments that were

11   made to you in relation to any Signal H2B

12   workers?

13        A.  No.  This is dated 2004.  Signal H2B,

14   they didn't come in until 2006.

15        Q.  All right.  Does this refer to any --

16   well, does this refer to payments that were

17   made to you in relation to workers that

18   ultimately worked at Signal?

19        A.  I can't say.

20            BY MR. DOUGLAS:

21                Form.

22   EXAMINATION BY MR. SHETH:

23        Q.  Well, what does this -- what does this

24   payment refer to then?

25            BY MR. KUPPERMAN:

Page 152

1              Object to the form.

2         BY MR. ALEXIS:

3              Object to the form of the

4    question.

5         BY MR. SHAPIRO:

6              I'll join.

7         BY MR. ALEXIS:

8              What does that have to do with

9    jurisdiction and venue?  I haven't said that in

10   awhile.  I've been quiet, but --

11        BY MR. SHETH:

12             We need two buttons, right?

13   Object to form and --

14        BY MR. ALEXIS:

15             -- what does that have to do

16   jurisdiction and venue?  I mean, can you -- can

17   you relate -- can you rephrase your question to

18   relate it to something that has to do with

19   people that are attacking jurisdiction and

20   venue?

21        BY MR. SHETH:

22             Well, the allegations of the

23   complaint are that workers that were involved

24   in the process ultimately ended up at Signal.

25   So to the extent that you received payments

Kurian David, et al v. Signal International, LLC, et al          Malvern C. Burnett, Esquire

Page 153

```
 1   for --
 2             BY MR. DOUGLAS:
 3                  I'll object to the
 4   mischaracterization -- I'm sure unintentionally
 5   -- he's mischaracterizing payments.
 6             BY MR. ALEXIS:
 7                  I'm sorry.  What's the question?
 8                  (WHEREUPON, THE REQUESTED PORTION
 9   OF THE TRANSCRIPT WAS READ BACK BY THE COURT
10   REPORTER.)
11   EXAMINATION BY MR. SHETH:
12        Q.  This document is referring to payments
13   that were to be made to you in relation to
14   what?  What services are you providing
15   payments --
16        A.  The first paragraph, I think, answers
17   that question.
18        Q.  And what is that?
19        A.  It's for permanent residency to work
20   for J&M Associates.  It's the first paragraph
21   of this form.
22        Q.  All right.
23                  (WHEREUPON, BURNETT NO. 7 WAS
24   MARKED FOR IDENTIFICATION PURPOSES.)
25             BY THE WITNESS:
```

Page 154

1                    (Witness reviewed document.)

2      I've reviewed the document.

3      EXAMINATION BY MR. SHETH:

4           Q.  Okay.  Mr. Burnett, you have what's

5      marked as Burnett Exhibit 7.  Have you seen

6      this document before?

7           A.  No.

8           Q.  Okay.  I want to direct your attention

9      to the bottom of page 1 in the paragraph

10     entitled "First Installment."

11          A.  Uh-huh (affirmative response.)

12          Q.  Rupees 66,700 equivalent U.S. dollar

13     draft in the name of Malvern C. Burnett.

14          A.  Yes.

15          Q.  What does this refer to?

16              BY MR. ALEXIS:

17                  I'm going to object to the form

18     of the question because he said he's never seen

19     the document before.

20     EXAMINATION BY MR. SHETH:

21          Q.  What is your understanding of what

22     that refers to?

23          A.  I think the document speaks for

24     itself.

25          Q.  And what does the document say?

Page 155

```
 1            BY MR. KUPPERMAN:

 2                 Object to the form of the

 3    question.

 4    EXAMINATION BY MR. SHETH:

 5        Q.  What is your understanding of what

 6    this refers to though?

 7        A.  Just what the document says, like I

 8    said about the previous document, you know.

 9        Q.  Does this refer to payments that were

10    to be made to you in relation to Signal H2B

11    workers?

12            BY MR. KUPPERMAN:

13                 Object to the form of the

14    question.

15            BY MR. DOUGLAS:

16                 Join.

17            BY MR. ALEXIS:

18                 Same objection.

19            BY THE WITNESS:

20                 I mean, look, it's the first I've

21    seen of this document.

22            BY MR. ALEXIS:

23                 And let me just suggest that I'm

24    going to instruct him not to answer because

25    he's never seen the document.  It speaks for
```

Page 156

1    itself.  How can you ask --

2            BY MR. SHETH:

3                The question is what is his

4    understanding.  I can ask that.  What is your

5    understanding of that?

6            BY MR. KUPPERMAN:

7                I'll object to the form.

8            BY MR. SHAPIRO:

9                Join.

10           BY THE WITNESS:

11               Again, the document speaks for

12   itself.

13   EXAMINATION BY MR. SHETH:

14       Q.  In your understanding, does this refer

15   to payments that were to be made to you in

16   relation to Signal H2B workers?

17           BY MR. KUPPERMAN:

18               Objection to form.

19           BY MR. SHAPIRO:

20               Join.

21           BY MR. ALEXIS:

22               Same objection.

23           BY THE WITNESS:

24               It relates to many things,

25   apparently.  It requests items, information

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

Page 157

1   necessary to draft an H2B Employment Based

2   Permanent Residency visa it would appear.

3           BY MR. ALEXIS:

4               I think that's a fair answer.

5   It's not his document.

6   EXAMINATION BY MR. SHETH:

7       Q.  Okay.  Are you familiar with an

8   individual by the name of Kurian David?

9       A.  Not -- I mean, I don't know if I've

10  met him or not.

11      Q.  Is he one of the individuals that you

12  filed immigration-related documents for in

13  relation to H2B workers at Signal?

14      A.  I have not researched that.

15      Q.  Are you familiar with an individual by

16  the name of Sony Solaka (phonetic)?

17      A.  My response is going to be the same

18  for all the plaintiffs.  I really -- honestly,

19  I have not researched whether they were H2B

20  applicants, permanent residency applicants.  I

21  really haven't.

22          BY MR. SHETH:

23              Okay.  Can we just stipulate that

24  as to all of the plaintiffs on the pleadings,

25  it's the same answer?  I don't want to have to

**[PAGE BREAK]**

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

```
                                                       Page 164

  1   EXAMINATION BY MR. SHETH:

  2        Q.  Did Sachin Dewan ever call you in your

  3   New Orleans office with respect to the Signal

  4   H2B workers?

  5             BY MR. SHAPIRO:

  6                  Object to the form of the

  7   question.

  8             BY THE WITNESS:

  9                  Sachin Dewan is one of those

 10   clients that calls you on your cell phone at

 11   any hour of the day or night regardless of what

 12   time he may think it is.  So I'm sure he's

 13   called me, you know, in Mississippi, in

 14   Lafayette.  He's awakened me in the middle of

 15   the night in my apartment.  Yes, all over.

 16   EXAMINATION BY MR. SHETH:

 17        Q.  Have you ever called him from your New

 18   Orleans office?

 19        A.  Maybe.  But I would say probably it's

 20   my cell phone because I've got cheap dial-in.

 21   And I've got the -- you know, the auto dial

 22   thing.

 23        Q.  But physically where were you when --

 24   I mean, have you physically been present in

 25   your New Orleans office when you've called
```

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

```
                                                    Page 165
 1   Sachin Dewan in relation to Signal H2B workers?
 2        A.  I'm not 100 percent sure, but I would
 3   say probably.
 4        Q.  Okay.  Have you ever received faxes
 5   from Sachin Dewan in your New Orleans office
 6   with respect to Signal H2B workers?
 7        A.  I can't be sure.
 8        Q.  Did you ever send faxes to Sachin?
 9        A.  Probably.  Probably, but I'm not --
10   I'm not sure.  From New Orleans, probably.
11        Q.  Did you ever receive e-mails from
12   Sachin Dewan that you read in your New Orleans
13   office?
14           BY MR. SHAPIRO:
15               Object to form.
16           BY THE WITNESS:
17               Your question was have I ever
18   received e-mails from Sachin Dewan which I
19   opened in my New Orleans office, and I would
20   have to say yes.
21   EXAMINATION BY MR. SHETH:
22        Q.  Okay.  Did you ever draft e-mails and
23   send -- did you ever draft and/or send e-mails
24   to Mr. Dewan while you were physically in your
25   New Orleans office?
```

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

Page 166

    1        A.   Yes.

    2             BY MR. SHAPIRO:

    3                  Object to form.

    4    EXAMINATION BY MR. SHETH:

    5        Q.   With relation to the Signal H2B

    6    workers.

    7        A.   Probably.

    8        Q.   Did Michael Pol ever send you faxes to

    9    your New Orleans office in relation -- strike

   10    that.  Did Michael Pol ever send you faxes to

   11    your New Orleans office with respect to the

   12    signal H2B workers?

   13        A.   I don't know.

   14        Q.   Did you ever send Michael Pol any

   15    faxes from your New Orleans office with respect

   16    to the Signal H2B workers?

   17        A.   Probably not.

   18        Q.   Did you ever draft and/or send e-mails

   19    to Michael Pol from your New Orleans office

   20    with respect to the Signal H2B workers?

   21             BY MR. KUPPERMAN:

   22                  Object to the form.

   23             BY THE WITNESS:

   24                  Maybe.

   25    EXAMINATION BY MR. SHETH:

Kurian David, et al v. Signal International, LLC, et al          Malvern C. Burnett, Esquire

Page 167

1          Q.  Did you ever --

2          A.  And the reason I'm -- and the reason

3    I'm saying maybe is because I don't -- I don't

4    have in my mind a clear delineation of where I

5    may -- you know, what I might have sent or

6    where I was when I might have sent it.

7          Q.  Did you ever read e-mails from Michael

8    Pol with respect to -- with regard to the

9    Signal H2B workers while you were in your New

10   Orleans office?

11              BY MR. KUPPERMAN:

12                  Object to the form.

13              BY THE WITNESS:

14                  I can't say for sure.  I can't

15   say for sure.

16   EXAMINATION BY MR. SHETH:

17         Q.  Did you ever receive mail from Sachin

18   Dewan in your New Orleans office?

19              BY MR. SHAPIRO:

20                  Object to form.

21   EXAMINATION BY MR. SHETH:

22         Q.  And by mail I mean Federal Express or

23   anything through the post.

24         A.  Yes.

25         Q.  With respect to the H2B workers?

Kurian David, et al v. Signal International, LLC, et al                    Malvern C. Burnett, Esquire

Page 168

1        A.   I'm uncertain.

2        Q.   Did you ever send any physical mail to

3    Sachin Dewan with regard to the Signal H2B

4    workers from your New Orleans office?

5            BY MR. SHAPIRO:

6                Object to form.

7            BY THE WITNESS:

8                I'm uncertain.  I thought I may

9    have sent the original H2B approvals from my

10   office in New Orleans, but Signal had those.  I

11   think Signal brought those with them, come to

12   think about it.  I'm pretty cheap when it comes

13   to sending stuff Fed-Ex.  You know, it's a lot

14   cheaper -- I mean, to send something Fed-Ex, it

15   is expensive and I do it only when I absolutely

16   have to.

17   EXAMINATION BY MR. SHETH:

18       Q.   Did you ever receive mail form Michael

19   Pol in your New Orleans office that had to do

20   with the Signal H2B workers?

21           BY MR. KUPPERMAN:

22               Object to form.

23           BY THE WITNESS:

24               Not that I recall.

25   EXAMINATION BY MR. SHETH:

**[PAGE BREAK]**

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

### THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| EAC-06-236-50596 | | PETITION FOR A NONIMMIGRANT WORKER |
| RECEIPT DATE
August 17, 2006 | PRIORITY DATE | PETITIONER
SIGNAL INTERNATIONAL LLC |
| NOTICE DATE
August 22, 2006 | PAGE
1 of 1 | |

MALVERN C BURNETT ESQ
LAW OFFICES OF MALVERN C BURNETT
3500 FLEUROLE STREET
NEW ORLEANS LA 70130

Notice Type:  Approval Notice
Class: H2B
Valid from 10/01/2006 to 07/31/2007

The above petition has been approved, and notification has been sent to the listed consulate. You may also send the lower left portion part of this notice to the worker(s) to show the approval. Please contact the consulate with any questions about the issuance. THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

Petition approval does not authorize employment. When the workers are granted status based on this petition they can then work for the petitioner, but only as detailed in the petition and for the period authorized. Please contact the IRS with any questions about tax withholding.

If circumstances change, the petitioner can file Form I-824 to have us notify another consulate of this approval. If any of the workers are already in the U.S. the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition. Changes in employment also require a new petition. Include a copy of this notice with any other required documentation.

If any of the worker(s) included in this petition do not actually enter the United States, substitutions of different workers are not made, the petitioner must notify this office so the allocated nonimmigrant visa numbers can be re-used.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status..

Number of Workers: 1

| Name | DOB | COB | | Class Consulate or POE | OCC Code |
|---|---|---|---|---|---|
| ONE HUNDRED FORTY UNNAMED WORK | / / | | | H2B   CHENNAI | 900 |

Returning workers are exempt from the H2B statutory cap.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283
Form I-797B (Rev. 09/07/93)N

Please tear off portion below and forward it to the alien worker.

Please retain this upper portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

Receipt#: EAC-06-236-50596        Case Type: I129
Notice Date: August 22, 2006        Petitioner: SIGNAL INTERNATIONAL LLC
Petition Validity Dates: 10/01/2006 through 07/31/2007        Number of Workers: 1

| Name | DOB | COB | | Class Consulate or POE | OCC Code |
|---|---|---|---|---|---|
| ONE HUNDRED FORTY UNNAMED WORK | / / | | | H2B   CHENNAI | 900 |



PLAINTIFF'S
EXHIBIT
Burnett 2

[PAGE BREAK]



**Dewan
Consultants
Pvt. Ltd**

Feb,08, 2006

To,

MR. K.J. SEBASTIAN
KADAKKARAPPALLY HOUSE,
KAINAKARY P.O
ALAPUZHA.

Dear Mr.

Sub: Approval of Labor Certification

Good news! We are pleased to inform you that your Labor Certification has been
approved by the Department of Labor of the United States of America.

We appreciate your patience and support for this long wait. As informed during our
last meeting that due to the elections last year the PERM implementation was
delayed. You may also be aware that Hurricane Katrina further delayed your LCA
process. J & M Associates Inc. and Mr.Burnett's office and home are located in New
Orleans, which was the worst effected city during Katrina. Mr.Malvern Burnett and
Mr.Michael Pol both lost their homes but luckily their offices were spared and were
safe. The New Orleans city was abandoned for almost 2 months but theres god
things are back to normal and business is as usual now. In fact there is an acute
shortage and demand for Skilled Workers now in the USA than before.

J & M Associates Inc. will now move ahead with the process of your visa petition
filing. They will arrange your second installment as per details below. You are also
requested to complete the attached information sheet and report in person to our
office or Mr.Salimon(in Cochin) to initiate the paperwork.

II Installment:

The second installment is prepare your LCA installment bank draft in the name of
Michael L Pol instead of Global Resources Inc. for **US $ 1250/-** and **Malvern C
Burnett** for **US $ 1250** and the balance for Dewan can be paid as before. If you like
to apply for the family visa, the fees shall be US $ 1500 per family member and it
payable like this: **US $ 500** in the name of **Michael L Pol**, US $ 500 in the name of
Malvern C Burnett and Rs 22,500/- cash to **Dewan Consultants Pvt.Ltd**.

To complete your paper work Mr. Michael L Pol, Malvern Burnett & Mr.Sachin Dewan
will meet you in person as per details below:
Date: 15 FEB, 06

Time: 1.00PM

Venue:
Benquet Hall, Trident Hilton Hotel,
Willington Island, Cochin, Kerala

Document:
Please carry below documents along with you:
1.    Original Contracts given to you
2.    1st Installment Receipts

contd.....?

708, Sagar Tech Plaza, Sakinaka Junction, Andheri (E) Mumbai - 72
www.dewanconsultants.com / info@dewanconsultants.com

P.O. Box: 500045, Bldg No. 4, Off. No. 105, Media Cny, Dubai, U.A.E



Tel.: +91 22 5694 1617, Fax  +91 22 7851 2312
( Reg. No. 0002784BOM/COM/1000+/3/52 1784
Tel.: +971 4 391 2933, Fax  +971 4 390 9553

An ISO9001 Company
Specializing in International Recruitment and HR Consultancy


**PLAINTIFF'S
EXHIBIT**
Burnett 5

**[PAGE BREAK]**



# Dewan Consultants Pvt. Ltd.

708, Sagar Tech Plaza, Andheri - Kurla Road, Sakinaka Junction, Andheri (East), Mumbai - 400 072. India.
Tel. : + 91 22 5694 1617 (4 Lines) • Fax : 5690 2077
E-mail : dewan.dcpl@bol.net.in   Website : www.dewanconsultants.com
Reg. No. 3585/MUM/COM/1000+/ 2¼/ 5926/2002

April 1, 2004

To,
Mr.Jacob Kadakkarapally Joseph
Kadakkarapally House,
KAinakary P.O,
Alleppy Dt.,
Kerala.

Dear Mr Jocob Kadakkarapally Joseph,,

*Sub: Migration for United States of America*

With reference to your application made to us for the process of your **Permanent Residence Visa for United States of America**. We are pleased to inform that you have been selected for J & M Associates. Inc. California through Global Resources Inc. who have been retained to recruit on their behalf. The meeting with attorney will be followed in the 2/3 week of April, 04.

### *PLEASE CARRY ALL ORIGINALS + 3 SETS CLEAR ZEROX OF ALL DOCUMENTS MENTIONED BELOW WHILE MEETING THE ATTORNEY:*

- PASSPORT
- BIRTH CERTIFICATE
- SSC / SSLC BOOK
- SCHOOL LEAVING CERTIFICATE
- ITI(NCVT) OR ANY TRADE CERTIFICATES / DIPLOMA
- ALL EXPERIENCE CERTIFICATE
- 6 COPIES OF COLOURED PHOTOGRAPHS (50MM X 50MM) RIGHT SIDE PROFILE WITH EAR VISIBLE, HEAD TO CHIN TO MEASURE 25MM, WHITE BACK GROUND
- BIOGRAPHICAL FORM DULY HAND WRITTEN
- IF YOU HAVE ANY DOCUMENT WHICH IS IN LANGUAGE OTHER THEN ENGLISH, PLEASE GET IT TRANSLATED IN ENGLISH FROM A RECOGNISED TRANSLATER AND ATTEST IT FROM PUBLIC NOTARY

### *IF YOU NEED TO APPLY FOR FAMILY VISA:*

- *BIRTH CERTIFICATE OF WIFE AND CHILDREN UNDER 21 YEARS*
- *MARRIAGE CERTIFICATE*

### *TERMS & CONDITION FOR PROGRAM:*

| | |
|---|---|
| **DURATION FOR COMPLETION OF PROCESS** | 18-24 MONTHS |
| **FIRST INSTALLMENT** : | Rs.55555/- equivalent in US $ IN THE NAME OF (GLOBAL RESOURCES INC.) & Rs.55555/- equivalent in US$ IN THE NAME OF (MALVERN C BURNETT) IMMIGRATION ATTORNEY PAYABLE – NEW YORK – USA. THIS AMOUNT IS PAYABLE IMMEDIATELY UPON SIGNING OF THE CONTRACT. UPON RECEIVING THE ABOVE AMOUNT THE LABOR CERTIFICATION SHALL BE APPLIED WHICH SHALL TAKE APPROXIAMATLEY 9 MONTHS. |
| **SECOND INSTALLMENT** : | Rs.55555/- equivalent in US$ IN THE NAME OF (GLOBAL RESOURCES INC.) & Rs.55555/- equivalent in US$ IN THE NAME OF (MALVERN C BURNETT) IMMIGRATION ATTORNEY PAYABLE – NEW YORK – USA. THIS INSTALLMENT IS PAYABLE IMMEDIATELY UPON APPROVAL OF LABOR CERTIFICATION AND BEFORE APPLYING FOR VISA PETITION I-140.  THIS PROCESS SHALL TAKE FURTHER 9 TO 12 MONTHS. |



PLAINTIFF'S EXHIBIT
Burnett Co

| | | |
|---|---|---|
| **FINAL INSTALLMENT** | : | Rs.55555/- equivalent in US $ IN THE NAME OF (**GLOBAL RESOURCES INC.**) & Rs.55555/- equivalent in US$ IN THE NAME OF (**MALVERN C BURNETT**) IMMIGRATION ATTORNEY PAYABLE – NEW YORK – USA. THIS INSTALLMENT IS PAYABLE IMMEDIATELY UPON RECEIVING FINGER PRINTING NOTIFICATION & SECURITY CLEARANCE NOTIFICATION. |
| **RECEIPTS** | : | AGREEMENTS AND RECEIPTS SHALL BE GIVEN FOR ALL PAYMENTS MADE TO THE PRINCIPAL & IMMIGRATION ATTORNEY |
| **SALARY** | : | 14 US$ /HOUR 40 HOURS/WEEK EXCLUSIVE OF TAXES, ACCOMODATION PROVIDED BY THE SPONSORING COMPANY |

8% Service Tax will be applicable to all payments made to Dewan Consultants Pvt. Ltd.

Thanking you,
Yours truly,
**For.Dewan Consultants Pvt. Ltd.**

**Sachin Dewan**
**Director**

Address of the Global Resources Inc.
GLOBAL RESOURCES INC.
P.O. 1859,
OCEAN SPRINGS, MS 39566
USA

**[PAGE BREAK]**



Dewan Consultants Pvt. Ltd

June 23, 2006

To,

**MR. SONY V S**
**SYAMALALAYAM,**
**TC- 76/1405**
**KADAKOMPALLY ROAD, ANAYARA**
**TRIVANDRUM-695029**

Dear Mr.

### Sub: Migration for United States of America Signal International.

With reference to your application and subsequent test passed with the clients M/s. Signal International, Pascagoula Mississippi, USA. We are pleased to inform you that you have been selected. The company shall proceed with your **H2B Visa & Employment Based Permanent Residence Visa for United States of America.** You are requested to arrange you payment at the earliest and report to us.

Please note you need to have the following documents in order:
- Passport (Need not be deposited with us)
- 2 Set Resumes along with copies of all certificates.
- Minimum 2 years experience certificate is a must as per your selection.
- Biographical date form duly hand written
- ETA 9089 Form Duly Filled Up(Hand Written)
- All Other Certificates Related To You Trade, Skills & Experience.
- 2 set of Dollar Draft Copies.

### TERMS & CONDITIONS:

| | | |
|---|---|---|
| H2B Processing Time | : | 6 months. |
| Permanent Residence Visa Processing Time | : | 18 – 24 months |
| First Installment | : | Rs.66,700/- **Equivalent US $ Draft** in the name of Mr. Malvern C Burnett, RS.66, 700 **Equivalent US $** Draft in the name of Mr. Michael L Pol and balance of Rs. 66,700 for Dewan Consultants Pvt.Ltd. Any advance paid will be deductable in Dewan Consultants Pvt.Ltd. payment. From the above payment Rs.33,500/- is non |

708, Sagar Tech Plaza, Sakinaka Junction, Andheri (E) Mumbai - 72
www.dewanconsultants.com / info@dewanconsultants.com
P.O. Box 500045, Bldg No. 4, Off. No. 105, Media City, Dubai, U.A.E.



Tel.: +91 22 5694 1917, Fax : +91 22 2851 2312 ( Reg. No. 000275/BOM/COM/1000+/3/52/84 )
Tel.: +971 4 391 2933  Fax : +971 4 390 9553
An ISO9001 Company
Specializing in International Recruitment and HR Consultants



PLAINTIFF'S EXHIBIT
Burnett 7

| | | refundable toward the visa processing fees of H2B and testing fees. |
|---|---|---|
| Salary | : | 14 To 18 US $ /Hour 40 Hours/Week |
| Contract | : | 9 months to 2 years (depending on visa) |
| Food & Accommodation | : | On salary reduction basis. |

Kindly revert back to the undersigned or Mr.Salimon at 09447259191 in Kerala for any further clarification.

Thanking you,
Yours truly,
For.Dewan Consultants Pvt. Ltd.

For . [signature]

Sachin Dewan
Director

PS:   Produce this letter to the Bank to make Doller Drafts.

Please note 12.4% SERVICE TAX will be applicable to all payment made by Rupees Drafts to Dewan Consultants Pvt.Ltd.

Encl:        1.Biographical Data Form
             2.ETA 9089 Form

