Exhibit 24

Relevant pages from Deposition of Dr. Kurella Rao, taken on September 11, 2008, in Kurian David, et al, v. Signal International, LLC, et al., and relevant exhibits thereto

                    IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF LOUISIANA


KURIAN DAVID, et al              CIVIL ACTION
                                 NO. 08-cv-01220
              Plaintiffs,
VERSUS                           JUDGE ZAINEY
SIGNAL INTERNATIONAL, LLC        MAGISTRATE KNOWLES
et al,

              Defendants.


        *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


        Deposition of MICHAEL POL, 13 Herring
Road, Beaumont, Mississippi, 39423, taken in
the Law Offices of Barrasso, Usdin, Kupperman,
Freeman & Sarver, 909 Poydras Street, Suite
2400, New Orleans, Louisiana, 70112, on August
27th, 2008, at or about 11:05 a.m.


APPEARANCES:

        SOUTHERN POVERTY LAW CENTER
        By:  Daniel Werner, Esquire
             Naomi Tsu, Esquire
        233 Peachtree Street, suite 2150
        Atlanta, Georgia  30303
        (Counsel for Plaintiffs)
        ASIAN AMERICAN LEGAL DEFENSE AND
        EDUCATION FUND
        By:  Tushar Sheth, Esquire
        99 Hudson Street, 12th Floor
        New York, New York  10013-2815
        (Co-Counsel for Plaintiffs)

        NEW ORLEANS WORKERS' CENTER FOR RACIAL
        JUSTICE
        By:  Jennifer J. Rosenbaum, Esquire
        803 Baronne Street
        New Orleans, Louisiana  70113
        (Co-Counsel for Plaintiffs)

Kurian David, et al v. Signal International, LLC, et al                                                    Michael Pol

Page 2

```
 1   APPEARANCES CONTINUED:

 2        BARRASSO, USDIN, KUPPERMAN, FREEMAN
          & SARVER
 3        By:  Stephen H. Kupperman, Esquire
          909 Poydras Street, Suite 2400
 4        New Orleans, Louisiana  70112
          (Counsel for Michael Pol and Global
 5         Resources, Inc.)

 6        HEIDELBERG, STEINBERGER, COLMER & BURROW
          By:  Kelly LarAnn Cash, Esquire
 7        711 Delmas Avenue
          Pascagoula, Mississippi  39568-1407
 8        (Co-Counsel for Michael Pol)

 9        PORTEOUS, HAINKEL AND JOHNSON
          By:  Ralph R. Alexis, III, Esquire
10        705 Carondelet Street
          New Orleans, Louisiana  70139-3774
11        (Counsel for Burnett Defendants)

12        MIDDLEBERG, RIDDLE & GIANNA
          By:  Donald C. Douglas, Jr., Esquire
13        201 St. Charles Avenue, 31st Floor
          New Orleans, Louisiana  70170-3100
14        (Counsel for Signal International, LLC)

15        PAGE, MANNINO, PERESICH & MCDERMOTT
          By:  Michael E. Whitehead, Esquire
16        759 Vieux Marche Mall
          Biloxi, Mississippi  39533
17        (Counsel for J & M Associates Inc., of
           Mississippi)
18
     ALSO PRESENT:
19
          Anjali Nair, Paralegal, Southern
20           Poverty Law Center

21        Malvern Burnett, Esquire

22   REPORTED BY:

23        Gail F. Mason, RPR
          Certified Court Reporter
24        Certificate No. 96004

25
```

Kurian David, et al v. Signal International, LLC, et al                                    Michael Pol

Page 3

```
 1
                        I N D E X
 2

 3   Title Page  . . . . . . . . . . . . .    1

 4   Appearances . . . . . . . . . . . . .   1,2

 5   Index   . . . . . . . . . . . . . .      3

 6   Stipulations of Counsel . . . . . . . .  4

 7   EXAMINATION:

 8        By Mr. Werner. . . . . . . . . .    4

 9   EXHIBITS:

10        Pol No. 1 (Motion to Dismiss). . .   9
          Pol No.2 (Sale & Assumption) . . .  15
11        Pol No. 3 (tax lien) . . . . . . .  16
          Pol No. 4 (Corporate Filing) . . .  37
12        Pol No. 5 (Green Card Program) . .  52
          Pol No. 6 (2/25 & 26 e-mails). . .  95
13        Pol No. 7 (Annexure to Agree). . .  99
          Pol No. 8 (11/24/04 ltr) . . . . . 103
14        Pol No. 9 (4/1/04 ltr) . . . . . . 111
          Pol No. 10 (Recruit Agree) . . . . 126
15        Pol No. 11 (Corp Filing) . . . . . 139

16
     REQUESTS FOR INFORMATION BY MR. WERNER:
17
          No. 1. . . . . . . . . . . . . .   59
18        No. 2. . . . . . . . . . . . . .   66
          No. 3. . . . . . . . . . . . . .  101
19        No. 4. . . . . . . . . . . . . .  122
          No. 5. . . . . . . . . . . . . .  126
20
21   Reporter's Certificate  . . . . . . . . 164

22

23

24

25
```

PROFESSIONAL SHORTHAND REPORTERS, INC   1(800)-536-5255   BATONROUGE*NEW ORLEANS* SHREVEPORT
504-529-5255

Kurian David, et al v. Signal International, LLC, et al                                     Michael Pol

Page 4

1              S T I P U L A T I O N

2

3        It is stipulated and agreed by and between

4    counsel for the parties hereto that the

5    deposition of the aforementioned witness is

6    hereby being taken pursuant to the Federal

7    Rules of Civil Procedure for all purposes;

8        That all formalities of signing, sealing,

9    certification, and filing are hereby waived;

10        That all objections are to be considered

11    under the Federal Rules of Civil Procedure.

12                    *   *   *   *   *

13        (MICHAEL POL, AFTER HAVING BEEN FIRST DULY

14    SWORN BY THE ABOVE-NAMED CERTIFIED COURT

15    REPORTER, WAS EXAMINED AND TESTIFIED AS

16    FOLLOWS:)

17            BY MR. KUPPERMAN:

18                Before we start and on the

19    record, to just confirm that this deposition is

20    for jurisdictional and venue purposes only.

21            BY MR. WERNER:

22                Right, our questions have been

23    limited to matters related to jurisdiction and

24    venue, that's correct.

25    EXAMINATION BY MR. WERNER:

**[PAGE BREAK]**

Kurian David, et al v. Signal International, LLC, et al                    Michael Pol

Page 31

1    all over.

2         Q.  What was your -- what was your role

3    personally in recruiting or finding these

4    workers for IMI?

5         A.  I guess very much like a general in

6    the Army.  I led the charge.

7         Q.  You led the charge.  What does that

8    mean?

9         A.  You know, I was operating the company

10   that was doing this, so --

11        Q.  Did you travel?

12        A.  Absolutely.

13        Q.  Where did you travel to?

14        A.  I traveled to many different locations

15   in the United States.  I traveled to the Middle

16   East.  I traveled to India.  I traveled to Guam

17   even.  I tried to recruit U.S. citizens as

18   well.

19        Q.  And when you were doing this for IMI

20   when you were recruiting these workers for

21   Avondale Shipyard, were you working out of the

22   Louisiana property?

23        A.  Actually, that didn't come until

24   after, after that was all said and done with.

25   So I didn't even own it at that time.  At the

Kurian David, et al v. Signal International, LLC, et al                          Michael Pol

```
                                                          Page 32
 1    time that I recruited the Indians to come to
 2    the United States to work, I did not own that
 3    building.
 4          Q.  Did you rent that building?
 5          A.  No.
 6          Q.  So you didn't recruit any workers to
 7    come -- any Indian workers to come to Avondale
 8    after 1998?
 9          A.  No, sure didn't.
10          Q.  Did you recruit any workers period to
11    come to Avondale after 1998?
12          A.  Yes -- not from India.
13          Q.  Not from India, but from other
14    locations?
15          A.  U.S. citizens, yes.
16          Q.  From other foreign countries?
17          A.  No.
18          Q.  So after 1998, you did not recruit a
19    single foreign worker to come to work for
20    Avondale, you or IMI?
21          A.  No.
22          Q.  How long were the Indian workers who
23    you recruited for Avondale working there?  What
24    was their term of employment?
25              BY MR. ALEXIS:
```

**[PAGE BREAK]**

Kurian David, et al v. Signal International, LLC, et al                          Michael Pol

```
                                                        Page 39
    1        Q.   What was his role?

    2        A.   Recruiting workers for IMI.

    3        Q.   And what did that involve?

    4        A.   That involved recruiting in India.

    5        Q.   Did Mr. Dewan continue to recruit

    6   workers -- Mr. Dewan continue to recruit

    7   workers for IMI after you maybe sold its

    8   assets?

    9             BY MR. ALEXIS:

   10               Let me object to the question

   11   again.  I think you maybe go beyond the scope

   12   of jurisdiction and venue.

   13             BY MR. WERNER:

   14               This is a --

   15             BY THE WITNESS:

   16               I don't exactly understand what

   17   you just asked.

   18             BY MR. WERNER:

   19               Well, I'll respond to the

   20   objection first which is that IMI is a business

   21   that was operating in Louisiana.  I think I'm

   22   entitled to ask the questions about -- and

   23   Mr. Dewan has contested personal jurisdiction

   24   as well.

   25             BY MR. ALEXIS:
```

Kurian David, et al v. Signal International, LLC, et al                                Michael Pol

```
                                                                  Page 40
   1                    Would you read the question back

   2     for me?

   3                        (WHEREUPON, THE REQUESTED PORTION

   4     OF THE TRANSCRIPT WAS READ BACK BY THE COURT

   5     REPORTER.)

   6              BY MR. WERNER:

   7                    Are you withdrawing your

   8     objection?

   9              BY MR. ALEXIS:

  10                    No.

  11              BY MR. WERNER:

  12                    I didn't hear an objection from

  13     you.

  14              BY MR. KUPPERMAN:

  15                    (Shook head from side to side.)

  16              BY MR. WERNER:

  17                    Could you read back the last

  18     question, please.

  19                        (WHEREUPON, THE REQUESTED PORTION

  20     OF THE TRANSCRIPT WAS READ BACK BY THE COURT

  21     REPORTER.)

  22              BY THE WITNESS:

  23                    No.

  24     EXAMINATION BY MR. WERNER:

  25         Q.   What percentage of business was
```

[PAGE BREAK]

Kurian David, et al v. Signal International, LLC, et al                    Michael Pol

```
                                                      Page 74
   1        A.  Well, okay.  He did -- he did for
   2   International Marine.  He did do a recruitment
   3   for North American Shipyard.
   4        Q.  When was that?
   5        A.  '99, '98.
   6        Q.  And how many workers were recruited
   7   for North American Shipyard?
   8        A.  I don't remember the exact number.
   9        Q.  Was it more than 100?
  10        A.  I don't think so.  I think it was less
  11   than 100.
  12        Q.  When Mr. Burnett did this work for
  13   you, both for the Avondale placement and the
  14   North American Shipyard place, did Mr. Burnett
  15   -- did Mr. Burnett have an arrangement with you
  16   that he would also receive fees from the
  17   workers?
  18        A.  No.
  19            BY MR. ALEXIS:
  20                I'm sorry.  From --
  21            BY MR. WERNER:
  22                From the workers.  From the
  23   people who were being recruited.
  24            BY THE WITNESS:
  25                No.
```

PROFESSIONAL SHORTHAND REPORTERS, INC   1(800)-536-5255   BATONROUGE*NEW ORLEANS* SHREVEPORT
                                    504-529-5255

Page 75

1    EXAMINATION BY MR. WERNER:

2        Q.  How much did you pay Mr. Burnett for

3    the services that were performed around the

4    placement at North American Shipyard?

5        A.  I didn't hear you.

6            BY MR. KUPPERMAN:

7                Would you try to keep your voices

8    up?

9            BY MR. ALEXIS:

10               Yeah, I can't hear.

11           BY MR. WERNER:

12               Could you read that back, please?

13               (WHEREUPON, THE REQUESTED PORTION

14   OF THE TRANSCRIPT WAS READ BACK BY THE COURT

15   REPORTER.)

16           BY THE WITNESS:

17               I don't remember.  I think -- I

18   don't remember, honestly.  I'm sure Mr. Burnett

19   would have a record of it.

20   EXAMINATION BY MR. WERNER:

21       Q.  Were you involved in any way either as

22   a party or a witness in any litigation

23   involving the workers who you placed at

24   Avondale?

25       A.  No, sir.

Kurian David, et al v. Signal International, LLC, et al                    Michael Pol

```
                                                     Page  76
 1        Q.  Same question for North American

 2   Shipyard.

 3        A.  No, sir.

 4        Q.  How did you pay Mr. Burnett?  Did you

 5   hand him a check?

 6        A.  Which?

 7        Q.  Let's talk about the first one.

 8        A.  Check.

 9        Q.  Did you mail it to him?

10        A.  No.

11        Q.  You handed it to him?

12        A.  Yes.

13        Q.  How about the second, the North

14   American Shipyard placement?

15        A.  I handed it to him.

16        Q.  A check?

17        A.  Yes, I think.  I think it was -- yeah,

18   a check.

19        Q.  Have you ever paid any money to

20   Mr. Burnett in any form other than a check?

21        A.  I loaned him some money one time in

22   Dubai.

23        Q.  What was the purpose of that?

24        A.  It was cash.  I didn't ask him what it

25   was.  He said he needed it.
```

[PAGE BREAK]

Kurian David, et al v. Signal International, LLC, et al                                   Michael Pol

```
                                                     Page 119
 1               Same objection with regard to
 2     jurisdiction and venue.
 3               BY THE WITNESS:
 4               I mean, he's in India, I'm in
 5     Mississippi.  I mean, I don't understand what
 6     this has to do with the venue.
 7     EXAMINATION BY MR. WERNER:
 8         Q.  It's not for you to object.  Your
 9     attorney has raised an objection.  There's a
10     question pending.  Please answer the question.
11         A.  I mean, we just discussed how we would
12     -- how we would work out the fee, how we --
13     what we would charge, what the -- what they
14     charged people to go to the Middle East, what
15     they charged people to go to Iraq, what they --
16     you know, this is a common practice in India to
17     charge a fee for recruiting and putting them in
18     different locations, for Dubai, for --
19         Q.  So what specific arrangement did you
20     work out?
21         A.  Specifically, we worked out that we
22     would charge approximately $3,000 per person.
23         Q.  "We" meaning whom?
24         A.  Me and Sachin.
25         Q.  And Mr. Burnett?
```

Kurian David, et al v. Signal International, LLC, et al                    Michael Pol

```
                                                        Page 120

   1        A.   And I'm assuming that he and

   2   Mr. Burnett had the same conversation.

   3        Q.   Either in India or in the United

   4   States, did you ever attend any meeting where

   5   Mr. Burnett and one or more of the workers who

   6   were recruited in '05 or '06 were present?

   7             BY MR. ALEXIS:

   8                  Same objection.

   9             BY THE WITNESS:

  10                  In India?

  11   EXAMINATION BY MR. WERNER:

  12        Q.   Or in the U.S.

  13        A.   Or in the U.S. attend a meeting where

  14   one or more of who?  The workers were present?

  15        Q.   Where any of the workers were present

  16   along with you and Mr. Burnett.

  17        A.   Well, yeah.

  18        Q.   Yes.   Okay.   When did you have those

  19   meetings?

  20             BY MR. ALEXIS:

  21                  Same objection.

  22             BY MR. KUPPERMAN:

  23                  And I'd --

  24             BY THE WITNESS:

  25                  In India we had a --
```

[PAGE BREAK]

## Sachin Dewan

| | |
|---|---|
| From: | <sivajinanna@aol.com> |
| To: | <sachin@dewanconsultants.com> |
| Sent: | Friday, July 01, 2005 8:39 PM |
| Subject: | Fwd: Permanent Application - Case Number C-05177-09696 |

-----Original Message-----
From: U.S Department of Labor - Application for Permanent Employment Certification - Verification <PLC.HelpInt@dol.gov>
To: sivajinanna@aol.com
Sent: Mon, 27 Jun 2005 17:31:02 -0400
Subject: Permanent Application - Case Number C-05177-09696

To: INDO-AMERI SOFT, LLC
kurella Rao
3712 MacArthur Blvd.
Suite 100-A
New Orleans, LA 70114,
UNITED STATES OF AMERICA.

Re: Case Number: C-05177-09696/ Received: 06/27/2005

- This e-mail is to verify that **INDO-AMERI SOFT, LLC** is sponsoring **DHANANJAYA KECHURU** for the full time position of **Welder**
- Please click on the link below, complete the questionnaire, and select the submit button when you are finished.
- If you do not complete the questionnaire within 7 days of the date the e-mail was generated, you will not be able to complete the questionnaire online, and you will be contacted by a representative of DOL. This may delay processing of your application
- If you have any questions, email the PERM Help desk at PLC.Help@dol.gov

Link for questionnaire

If your email client program does not support HTML format, Please copy and paste the following url in the browser.
http://www.plc.doleta.gov/eta_start.cfm?
actiontype=sponsorship&qrystr=376E756A6D063833786B636B657136223B37223837213C3021082



PLAINTIFF'S
EXHIBIT
Rao 8