IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 2:08-cv-1220 |
| | ) |
| | ) Section "A" |
| v. | ) Judge Zainey |
| | ) Magistrate Judge Knowles |
| | ) |
| | ) Class Action— |
| | ) Collective Action |
| SIGNAL INTERNATIONAL, LLC, et al., | ) |
| Defendants. | ) |

## **ORDER**

After review of the applicable materials, it is hereby ordered that Alan Bruce Howard shall be permitted to appear *pro hac vice* as counsel for Plaintiffs in this case.

_____
U.S. District Court Judge

_____1/9/09_____
Date