# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, SONY VASUDEVAN SULEKHA, PALANYANDI THANGAMANI, MURUGANANTHAM KANDHASAMY, HEMANT KHUTTAN, PADAVEETTIYIL ISSAC ANDREWS, and KECHURU DHANANJAYA, on behalf of other similarly situated individuals, and SABULAL VIJAYAN, KRISHAN KUMAR, JACOB JOSEPH KADDAKKARAPPALLY, KULDEEP SINGH, and THANASEKAR CHELLAPPAN, individually, Plaintiffs, v. SIGNAL INTERNATIONAL LLC, MALVERN C. BURNETT, GULF COAST IMMIGRATION LAW CENTER, L.L.C., LAW OFFICES OF MALVERN C. BURNETT, A.P.C., INDO-AMERI SOFT L.L.C., KURELLA RAO, J & M ASSOCIATES, INC. OF MISSISSIPPI, GLOBAL RESOURCES, INC., MICHAEL POL, SACHIN DEWAN, and DEWAN CONSULTANTS PVT. LTD. (a/k/a MEDTECH CONSULTANTS). Defendants. | Case No. 2:08-cv-1220<br><br>Section "A"<br>Judge Zainey<br>Magistrate Judge Knowles<br><br>Class Action – Collective Action |

## MOTION FOR A PROTECTIVE ORDER PRECLUDING INQUIRIES WITH AN *IN TERROREM* EFFECT

Plaintiffs respectfully move the Court for relief pursuant to Fed. R. Civ. P. 26(c) protecting named Plaintiffs and putative class members from inquiries that have an inherently *in terrorem* effect. Specifically, Plaintiffs seek a Protective Order, in the form proposed herewith, prohibiting inquiry as to (1) the immigration status of any Plaintiff following termination of his employment with Defendant Signal International, LLC ("Signal"), (2) the current address or place of residence of any Plaintiff, and (3) the

employers or potential employers of any Plaintiff after termination of his employment with Defendant Signal.

For the reasons set forth more thoroughly in the accompanying Memorandum in Support, these three areas of inquiry (1) are irrelevant to issues related to the current phase of class certification discovery, if not for the merits of any claim or defense at issue in this litigation, (2) are overly oppressive and harassing, and (3) have been routinely rejected as improper lines of inquiry by federal courts, including this specific Court in *Daniel Castellanos-Contreras v. Decatur Hotels, LLC*, No. 06-4340, slip op. at 21 (E.D. La. Oct. 22, 2007). Plaintiffs therefore request that the Court enter a protective order prohibiting any inquiry into these three areas.

Respectfully submitted,
Dated: January 29, 2009
      New Orleans, Louisiana

/s/ Alan B. Howard
Alan B. Howard (*pro hac vice*)
Dewey & LeBoeuf, L.L.P.
New York Bar No. 2136661
1301 Avenue of the Americas
New York, NY 10019
Direct: +1 212 259 8549
General: +1 212 259 8000
Fax: +1 212 649 9408

Sean Gorman (*pro hac vice*)
Texas Bar No. 08218100
S. Justin Warf (*pro hac vice*)
Texas Bar No. 24028109
Robert P. Wynne
Texas Bat No. 24060861
Dewey & LeBoeuf, L.L.P.
1000 Main Street, Suite 2550
Houston, Texas 77002
General: +1 713 287 2000
Fax: +1 713 445 2124

Vincent J. Davitt (*pro hac vice*)
California Bar No. 130649
Anita Jain (*pro hac vice*)
California Bar No. 192961
Dewey & LeBoeuf, L.L.P.
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-1530
Direct: +1 213 621 6023
General: +1 213 621 6000

Tushar J. Sheth, T.A. (*pro hac vice*)
New York State Bar Registration No. 4088902
Asian American Legal Defense and Education
    Fund
99 Hudson Street, 12th Floor
New York, NY 10013
Telephone: (212) 966-5932
Facsimile: (212) 966-4303
tsheth@aaldef.org

/s/ Tracie L. Washington
Tracie L. Washington, Esq.
Louisiana Bar No. 25925
Louisiana Justice Institute
1631 Elysian Fields
New Orleans, Louisiana 70117
Telephone: (504) 872-9134
Facsimile: (504) 872-9878
tracie@louisianajusticeinstitute.org
tlwesq@cox.net

Daniel Werner (*pro hac vice*)
New York State Bar Registration No. 3969839
Kristi L. Graunke, T.A. (*pro hac vice*)
Georgia Bar No. 305653
Naomi Tsu (*pro hac vice*)
California Bar No. 248599
Mary C. Bauer (*pro hac vice*)
Virginia Bar No. 31388
Morris S. Dees (*pro hac vice*)
Alabama Bar No. ASB-7003-E50M
Immigrant Justice Project
Southern Poverty Law Center
233 Peachtree Street, Suite 2150
Atlanta, GA 30303
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
kgraunke@splcenter.org
mbauer@splcenter.org
daniel.werner@splcenter.org
naomi.tsu@splcenter.org

Chandra S. Bhatnagar (*pro hac vice*)
Staff Attorney
Human Rights Program
American Civil Liberties Union
125 Broad Street - 18th Floor
New York, NY 10004
212-519-7840
cbhatnagar@aclu.org

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on **January 29, 2009**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Erin Casey Hangartner
      Dominic Joseph Gianna
      Donald C. Douglas, Jr.
      Alan Dean Weinberger
      Paul John Mirabile
      Middleberg, Riddle & Gianna
      201 St. Charles Avenue, 31st Floor
      New Orleans, LA 70170-3100

      Patricia Anne F. Bollman
      Patricia Ann F. Bollman, Attorney at Law
      3414 Canal St., Suite B
      New Orleans, LA 70119

      Ralph R. Alexis III, Esq.
      PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
      704 CARONDELET STREET
      NEW ORLEANS, LA 70130-3774

      Kevin Kennedy Gipson
      Law Office of Kevin K. Gipson
      3920 General DeGaulle Dr.
      New Orleans, LA 70114

      Johanna Malbrough McMullan
      Page, Mannino, Peresich & McDermott, PLLC
      460 Briarwood Dr.
      Suite 415
      Jackson, MS 39206

      Michael E. Whitehead
      Page, Mannino, Peresich & McDermott
      P. O. Box 289
      Biloxi, MS 39533

      Christy Harowski, Esq.
      Stephen H. Kupperman
      Barrasso Usdin Kupperman Freeman & Sarver
      909 Poydras Street, 24th Floor
      New Orleans, Louisiana 70112

Stephen H. Shapiro
Stephen H. Shapiro, Attorney at Law
200 Maine St.
Jefferson, LA 70121

John Christopher Person
Montgomery Barnett (New Orleans)
1100 Poydras St.
Suite 3200
New Orleans, LA 70163-3200


/s/ Robert P. Wynne
Robert P. Wynne