UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KURIAN DAVID, et al, | * | CIVIL ACTION NO.: 08 – cv – 01220 |
| | * | |
| VERSUS | * | JUDGE ZAINEY |
| | * | |
| SIGNAL INTERNATIONAL LLC, et al | * | MAGISTRATE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * *

## NOTICE

Pursuant to the Court's May 13, 2009 Minute Entry (Rec. Doc 452), defendants Michael Pol and Global Resources, Inc. hereby provide notice that Defendant Kurella Rao has been served at 1115 Pool Road Cockeysville, Maryland 21030, by U.S. certified mail, with a letter containing the contact information for counsel for Michael Pol and Global Resources, Inc. As further ordered by the Court, a copy of the executed return receipt card is attached as an exhibit hereto.

Respectfully submitted,

*/s/ Stephen H. Kupperman*
Stephen H. Kupperman, 7890
skupperman@barrassousdin.com
Christy Harowski, 30712
charowski@barrassousdin.com
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, LA 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

Attorneys for defendants Michael Pol and Global Resources, Inc.

1

123790

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of May, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all enrolled counsel.

*/s/ Stephen H. Kupperman*