IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al., | ) |
| Plaintiffs, | ) Case No. 2:08-cv-1220 |
| v. | ) Section "A"<br>) Judge Zainey<br>) Magistrate Judge Knowles |
| | ) Class Action—<br>) Collective Action |
| SIGNAL INTERNATIONAL, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

After review of the applicable materials, it is hereby ordered that Hugh Sandler shall be permitted to appear *pro hac vice* as counsel for Plaintiffs in this case.

_____
U.S. District Court Judge

_____6/9/09_____
Date