UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KURIAN DAVID, ET AL.                                            C.A. NO. 08-1220 A(3)

VERSUS

SIGNAL INTERNATIONAL, LLC., ET AL.                              JDZ/DEK

## ORDER

Considering the foregoing unopposed motion;

IT IS ORDERED that the deadline for ALL DEFENDANTS to submit their confidential settlement position proposals is hereby extended until December 2, 2009.

NEW ORLEANS, LOUISIANA this 17th day of November, 2009.

_____
United States District Judge