UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1220** |
| **SIGNAL INTERNATIONAL, L.L.C., ET AL.** | **SECTION "A" (3)** |

### ORDER RESCHEDULING ORAL HEARING

Due to a conflict in the Court's calendar,

**IT IS ORDERED** that Plaintiff's Motion to Compel Production of Documents and Deposition Testimony; or Alternatively for Reconsideration of the Court's Order Denying Plaintiff's Motion to Compel [Doc. #580] is RESCHEDULED FOR ORAL HEARING before the undersigned Magistrate Judge on **Wednesday, December 16, 2009 at 11:00 a.m.** in Courtroom B305, 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana. Any memorandum in opposition and any reply memorandum shall be filed in accordance with the Local Rules of this Court. Should either party have a conflict with the new date for oral hearing, the parties shall confer and arrive at a mutually-agreeable date before contacting the Court.

New Orleans, Louisiana, this 18th day of November, 2009.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**