UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, ET AL.** | **SECTION "A" (3)** |

### ORDER

On November 17, 2009, a telephone conference occurred before the undersigned Magistrate Judge concerning a discovery dispute at the deposition of one of the defendants, Malvern C. Burnett. Participating were Daniel Werner on behalf of plaintiffs and Ralph Alexis on behalf of defendant and deponent Malvern C. Burnett. Pursuant to the telephone conference, the Court ordered counsel for plaintiff to refrain from asking defendant and deponent Malvern C. Burnett about the existence of bank accounts at the deposition. The Court also ordered counsel for plaintiff to put the disputed questions concerning the bank accounts in writing and submit them to this Court with a short memorandum of law to support their position that such questions are relevant to or may reasonably lead to the discovery of admissible evidence on class certification no later than Wednesday, November 25, 2009. The Court also ordered counsel for deponent to also submit a short memorandum of law to support its position no later than Wednesday, November 25, 2009.

Given that depositions will now continue into January, the parties have conferred and have agreed on an extension to December 11, 2009 to submit the memoranda. Accordingly,

**IT IS ORDERED** that counsel for plaintiff shall put the disputed questions concerning the

bank accounts in writing and submit them to this Court with a short memorandum of law to support their position that such questions are relevant to or may reasonably lead to the discovery of admissible evidence on class certification **no later than Friday, December 11, 2009**. Counsel for deponent shall also submit a short memorandum of law to support his position **no later than Friday, December 11, 2009**.

                                                   DANIEL E. KNOWLES, III
                                                   UNITED STATES MAGISTRATE JUDGE