UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KURIAN DAVID, et al, | \* | CIVIL ACTION NO: |
| Plaintiffs | \* | 08-cv-01220 |
| | \* | |
| v. | \* | SECTION "A" |
| | \* | JUDGE ZAINEY |
| SIGNAL INTERNATIONAL, LLC, et al, | \* | |
| | \* | MAGISTRATE 3 |
| Defendants | \* | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION TO EXTEND DEADLINES FOR FILING
DISPOSITIVE MOTIONS PERTAINING TO CLASS CERTIFICATION**

NOW INTO COURT, through undersigned counsel, comes Defendant, Signal International, LLC ("Signal"), who respectfully requests that this Honorable Court extend the deadlines for filing Dispositive Motions pertaining to Class Certification. Currently, the deadline for filing Dispositive Motions pertaining to Class Certification is January 6, 2010, per this Court's Scheduling Order of October 26, 2009 (Doc. No. 570). Signal, with the consent of all parties herein, seeks a deadline extension as it would be impossible to provide all information from the remaining depositions which are set in January and February, 2010 in the Dispositive Motions to this Court.

1

All parties herein have diligently participated in extensive Discovery on the Class Certification issue.  To date, 23 depositions have been held pertaining to Class with an additional ten remaining.  As this Court is aware, conflicts unexpectedly arise requiring the cancellation and/or re-scheduling of depositions.  As this case involves a multitude of lawyers located in several cities throughout the United States, scheduling is often cumbersome.  The parties have held several conferences concerning scheduling and are confident in the timeline of events as enumerated below.  For this reason, all parties believe that an extension of the Dispositive Motions deadline would ensure the completion of necessary Discovery matters as well as guarantee adequate time for Motion preparation.

The following Class Certification depositions have been held to date in furtherance of Discovery:

1. Soloman Arava (November 18-19, 2008, New Orleans, LA);

2. Santhosh Kumar Gopinthan Pillai (December 3-4, 2008, New Orleans, LA);

3. Bipinbhai Gordhanbhai Patel (December 9-10, 2008, New Orleans, LA);

4. Paul Stephen Vallentine (December 16-17, 2008, New Orleans, LA);

5. Ramesh Gunisetti (January 12-14, 2009, New Orleans, LA);

6. Hemant Khuttan (February 2-3, 2009, New Orleans, LA);

7. Kurian David (February 11-13, 2009 and April 9, 2009, New Orleans, LA);

8. Andrews Issac Padaveettiyl (March 16-18, 2009, New Orleans, LA);

9. Palanyandi Thangamani (March 30-31, 2009, New Orleans, LA);

10. Sony Vasudevan Sulekha (April 2-3, 2009, New Orleans, LA);

11. Muruganantham Kandhasamy (April 16-17, 2009, New Orleans, LA);

12. Paul Thompson (July 22, 2009, Pascagoula, MS);

13. Dr. Kurella Rao (September 17, 2009, Baltimore, MD);

14. Clayton Barney Duhon, Jr. (September 22, 2009, Orange, TX);

15. Tracey Binion (September 28-29, 2009, New Orleans, LA);

16. Darrell Snyder (October 1, 2009, New Orleans, LA);

17. Sachin Dewan (October 8-10, 2009, Mumbai, India);

18. William Bingle (October 28, 2009, Moss Point, MS);

19. Michael Pol (November 12, 2009, New Orleans, LA);

20. Malvern C. Burnett (November 17, 2009, New Orleans, LA);

21. John Sanders (November 19-20, 2009, New Orleans, LA);

22. Maria Lau (December 4, 2009, New Orleans, LA); and

23. Ronald Schnoor (December 16-17, 2009, Moss Point, MS).

The following Class Certification depositions remain and are essential prior to briefing concerning Class Certification:

1. Continuation of Michael Pol (January 6, 2010, New Orleans, LA);

2. Zito Companies, LLC (To be confirmed for January 8, 2010, New Orleans, LA);

3. Art Smith (To be confirmed for January 11, 2010, location TBD);

4. Continuation of Malvern C. Burnett (January 12-13, 2010, New Orleans, LA);

5. Kathy Moser (January 19, 2010, New Orleans, LA);

6. Continuation of John Sanders (January 20, 2010, New Orleans, LA);

7. Billy Wilks of J & M Associates, Inc. of MS (January 21, 2010, Mobile, AL);

8. Chris Cunningham (January 22, 2010, Mobile, AL);

9. Continuation of Dr. Kurella Rao (February 4-5, 2010, New Orleans, LA); and

10. Colline Stevens (Date TBD, Moss Point, MS).

Accordingly, and in consideration of all parties' consent to the filing of this Motion, Signal International, L.L.C. respectfully requests that this Honorable Court grant this Motion to Extend Deadlines for Filing Dispositive Motions Pertaining to Class Certification.

          Respectfully submitted,

*/s/ Erin Casey Hangartner*
Erin Casey Hangartner, LA No. 24768 (T.A.)
Dominic J. Gianna, LA No. 6063
Paul J. Mirabile, LA No. 9668
Alan Dean Weinberger, LA No. 13331
E. Ross Buckley, Jr., LA No. 3627
Hal D. Ungar, LA No. 31344
Middleberg, Riddle & Gianna
201 St. Charles Avenue, 31st Floor
New Orleans, LA 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
ehangartner@midrid.com

And

Patricia A. Bollman, LA No. 17563
A Professional Law Corporation
Post Office Box 13707
New Orleans, LA  70185
Telephone:  (504) 218-5887
Facsimile:   (504) 304-0890
patricia@bollmanfirm.com
*Counsel for Signal International, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

  _/s/ Erin Casey Hangartner_