UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KURIAN DAVID, et al, | * | CIVIL ACTION NO: |
| Plaintiffs | * | 08-cv-01220 |
| | * | |
| v. | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| SIGNAL INTERNATIONAL, LLC, et al, | * | |
| | * | MAGISTRATE 3 |
| Defendants | * | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCHEDULING ORDER

**CONSIDERING** the above and foregoing **CONSENT MOTION TO RESET HEARING DATE ON DISPOSITIVE MOTIONS PERTAINING TO CLASS CERTIFICATION TO BE HELD ON APRIL 9, 2010,** all represented parties have consented to the adjusted deadlines as set forth in this Order.

Accordingly;

**IT IS ORDERED** that the deadline for the exchange of witness and exhibit lists is **March 26, 2010**.

**IT IS FURTHER ORDERED** that all dispositive motions pertaining to the class certification issue shall be timely filed under the Local Rules so as to permit hearing by the Court on **April 9, 2010**. The hearing will be on the briefs. Upon review of the issues presented, the Court may elect to defer the motions to the merits of the class certification hearing.

**IT IS FURTHER ORDERED** that the deadline for the parties to submit pre-trial memoranda is **April 19, 2010**.

**IT IS FURTHER ORDERED** that the deadline for the parties to submit deposition designations is **April 26, 2010**.

**IT IS FURTHER ORDERED** that the deadline for the parties to submit counter-designations is **May 4, 2010**.

**NEW ORLEANS, LOUISIANA** this  8th  day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

ND: 4840-8099-1749, v. 1