IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, *et al.*, | Case No. 2:08-cv-1220 |
| Plaintiffs, | Section "A" |
| | Judge Zainey |
| v. | Magistrate Judge Knowles |
| SIGNAL INTERNATIONAL, LLC, *et al.*, | Class Action |
| Defendants. | Collective Action |

## SCHEDULING ORDER

For the reasons stated in the Consent Motion to Reset Dates Related to Class Certification Hearing, it is **ORDERED** that the dates shall be as follows:

The parties shall exchange witness and exhibit lists no later than **June 30, 2010**.

The parties shall submit deposition designations no later than **July 12, 2010**. Deposition counter-designations shall be submitted no later than **July 27, 2010**.

**SO ORDERED** this 12th day of April, 2010.

_____
Honorable Jay C. Zainey
United States District Judge
For the Eastern District of Louisiana