IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KURIAN DAVID, et al, | * | CIVIL ACTION NO.:  08 – cv – 01220 |
| | * | |
| Plaintiffs, | * | |
| | * | JUDGE ZAINEY |
| VERSUS | * | |
| | * | |
| SIGNAL INTERNATIONAL LLC, et al | * | MAGISTRATE KNOWLES |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### <u>*EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

Counsel for defendants Michael Pol and Global Resources, Inc. (together, "Global") move to withdraw Stephen H. Kupperman, Christy C. Harowski, Stephen Miles and the law firm of Barrasso Usdin Kupperman Freeman & Sarver, LLC as counsel of record in the above-captioned case pursuant to Local Rule 20.04 and Rule 1.16(b) of the Louisiana Rules of Professional Conduct.  This motion should be granted for the following reasons:

1.

Rule 1.16 of the Louisiana Rules of Professional Conduct governs the withdrawal of counsel of record in this Court.  Under Rule 1.16(b), the failure of a client to substantially fulfill an obligation to counsel regarding the attorney's services constitutes good cause to withdraw, even if such withdrawal prejudices the client.  La. Rules of Prof'l Conduct R. 1.16(b).

1

2.

Global has failed to fulfill its obligation to counsel of record.  As a result, good cause exists for counsel of record to withdraw.

3.

Magistrate Judge Knowles, counsel for plaintiffs, and counsel for several co-defendants were notified of this projected action at the settlement conference on June 3, 2010.

4.

There are no motions pending against Global at this time.  The class certification hearing is approximately two months away, allowing Global sufficient time to retain new counsel.

5.

Global has been notified of all pending deadlines set forth in the governing Scheduling Order.  Global's contact information is as follows:  Michael Pol, 13 Herring Road, Beaumont, Mississippi 39423; (228) 990-0600.

6.

Counsel of record and Global have discussed counsel's withdrawal.   Global acknowledges its failure to fulfill its obligations to counsel of record but does not consent to withdrawal at this time.

WHEREFORE, the undersigned pray that the Court grant this motion and that Stephen H. Kupperman, Christy C. Harowski, Stephen Miles, and the law firm of Barrasso Usdin Kupperman Freeman & Sarver, LLC be withdrawn as counsel of record for Michael Pol and Global Resources, Inc.

Respectfully submitted,

*/s/ Christy C. Harowski*

_____

Stephen H. Kupperman, 7890
skupperman@barrassousdin.com
Christy C. Harowski, 30712
charowski@barrassousdin.com
Barrasso Usdin Kupperman
    Freeman & Sarver, LLC
909 Poydras Street, Suite 2400
New Orleans, LA 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

Counsel for defendants Michael Pol and
Global Resources, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2010, I electronically filed the foregoing *Ex Parte* Motion to Withdraw as Counsel of Record with the Clerk of Court and provided copies by electronic and/or U.S. mail to all enrolled counsel.

_____*/s/ Christy C. Harowski*_____

3

161307