IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KURIAN DAVID, et al, | * | CIVIL ACTION NO.:  08 – cv – 01220 |
| | * | |
| Plaintiffs, | * | |
| | * | JUDGE ZAINEY |
| VERSUS | * | |
| | * | |
| SIGNAL INTERNATIONAL LLC, et al | * | MAGISTRATE KNOWLES |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing *Ex Parte* Motion to Withdraw as Counsel of Record;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED,** and Stephen H. Kupperman, Christy C. Harowski, Stephen Miles, and the law firm of Barrasso Usdin Kupperman Freeman & Sarver, LLC be permitted to withdraw as counsel of record in the above-captioned matter.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
JUDGE

161528