**MINUTE ENTRY**
**KNOWLES, M.J.**
**JUNE 30, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1220** |
| **SIGNAL INTERNATIONAL, L.L.C., ET AL.** | **SECTION "A" (3)** |

On this date, the undersigned Magistrate Judge conducted a telephone hearing regarding Plaintiffs' Motion for a Finding of Contempt Against Signal International, L.L.C., for an Order Compelling Immediate Full Production of Documents, and for an Order Requiring Signal International, L.L.C. to Remove Improper Redactions from Produced Documents [Doc. #723]. Present by telephone were Hugh Sandler, Alan Howard and Chandra Bhatnagar on behalf of plaintiffs, Erin Hangartner and Patricia Bollman on behalf of defendant Signal, International L.L.C., Ralph Alexis on behalf of the Burnett defendants, Stephen Shapiro on behalf of the Dewan defendants and Jim Curenton on behalf of defendant J&M Associates, Inc.

**IT IS ORDERED** that Plaintiffs' Motion for a Finding of Contempt Against Signal International, L.L.C., for an Order Compelling Immediate Full Production of Documents, and for an Order Requiring Signal International, L.L.C. to Remove Improper Redactions from Produced Documents [Doc. #723] is TAKEN UNDER ADVISEMENT.

*Daniel E. Knowles, III*
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR(00:20)