MINUTE ENTRY
ZAINEY, J.
JULY 7, 2010
JS-10: 0:07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al | CIVIL ACTION |
| VERSUS | NO: 08-1220 |
| SIGNAL INTERNATIONAL, et al | SECTION: "A" |

## CIVIL MOTIONS

COURT REPORTER: Vic DiGiorgio
COURTROOM DEPUTY: James Crull
LAW CLERK: Pam Turgeau

APPEARANCES:  Stephen Kupperman and Christy Harowski, Counsel
              Michael Pol, Defendant and Corporate Representative for Global Resources, Inc.

**(#734) Defendants' Motion to Withdraw as Counsel of Record for Global Resources, Inc. and Michael Pol.**
IT IS ORDERED that the motion is GRANTED.  A status conference is set for **July 21, 2010 at 10:00 a.m.** in the courtroom of Judge Jay C. Zainey for Global Resources, Inc. only.  No other counsel is required to attend.  Global is instructed to enroll new counsel.  If new counsel is enrolled, the status conference will be cancelled.
Court adjourned 10:47 a.m.


Global Resources, Inc. c/o Michael Pol
13 Herring Road
Beaumont, MS 39423
(228) 990-0600

Michael Pol
13 Herring Road
Beaumont, MS 39423
(228) 990-0600