IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, SONY VASUDEVAN SULEKHA, PALANYANDI THANGAMANI, MURUGANANTHAM KANDHASAMY, HEMANT KHUTTAN, PADAVEETTIYIL ISSAC ANDREWS, and KECHURU DHANANJAYA, on behalf of other similarly situated individuals, and SABULAL VIJAYAN, KRISHAN KUMAR, JACOB JOSEPH KADDAKKARAPPALLY, KULDEEP SINGH, and THANASEKAR CHELLAPPAN, individually, | Case No. 08-1220 |
| | Section "A" |
| Plaintiffs, | Judge Zainey |
| v. | Magistrate Judge Knowles |
| SIGNAL INTERNATIONAL LLC, MALVERN C. BURNETT, GULF COAST IMMIGRATION LAW CENTER, L.L.C., LAW OFFICES OF MALVERN C. BURNETT, A.P.C., INDO-AMERI SOFT L.L.C., KURELLA RAO, J & M ASSOCIATES, INC. OF MISSISSIPPI, GLOBAL RESOURCES, INC., MICHAEL POL, SACHIN DEWAN, and DEWAN CONSULTANTS PVT. LTD. (a/k/a MEDTECH CONSULTANTS). | Class Action and Collective Action |
| Defendants. | |

**ORDER**

For the reasons stated in the Consent Motion to Extend Parties' Filing Deadline for Deposition Designations and Counter-Designations, it is **ORDERED** that the dates shall be as follows:

The parties shall submit deposition designations no later than **July 19, 2010**. Deposition counter-designations shall be submitted no later than **July 30, 2010**.

**SO ORDERED** this  13th  day of July, 2010.

_____
Honorable Jay C. Zainey
United States District Judge
For the Eastern District of Louisiana