# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, SONY VASUDEVAN SULEKHA, PALANYANDI THANGAMANI, MURUGANANTHAM KANDHASAMY, HEMANT KHUTTAN, PADAVEETTIYIL ISSAC ANDREWS, and KECHURU DHANANJAYA, on behalf of other similarly situated individuals, and SABULAL VIJAYAN, KRISHAN KUMAR, JACOB JOSEPH KADDAKKARAPPALLY, KULDEEP SINGH, and THANASEKAR CHELLAPPAN, individually,<br>Plaintiffs,<br><br>v.<br><br>SIGNAL INTERNATIONAL LLC, MALVERN C. BURNETT, GULF COAST IMMIGRATION LAW CENTER, L.L.C., LAW OFFICES OF MALVERN C. BURNETT, A.P.C., INDO-AMERI SOFT L.L.C., KURELLA RAO, J & M ASSOCIATES, INC. OF MISSISSIPPI, GLOBAL RESOURCES, INC., MICHAEL POL, SACHIN DEWAN, and DEWAN CONSULTANTS PVT. LTD. (a/k/a MEDTECH CONSULTANTS).<br>Defendants. | Civ. No. 08-1220<br>JCZ/DEK<br><br>Complaint --<br>Class Action and<br>Collective Action |

## **ORDER**

**IT IS ORDERED** that the Plaintiff's Motion to Allow Jennifer Rosenbaum to Withdraw as Plaintiffs' Counsel dated January 13, 2011 and filed with the consent of individual plaintiffs, class representatives, and co-counsel is **GRANTED**.

Entered this <u>14th</u> day of <u>January</u> 2011.

_____
HON. JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE