UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### TRANSFER ORDER

**IT IS ORDERED** that the following Section "A" cases are reallotted to Judge Susie Morgan, Section "E" of this Court, effective April 4, 2012.

CRIMINAL CASES:

| | |
|---|---|
| 91-189 | USA v. Abdel T. Moussa, et al |

CIVIL ACTION CASES:

| | |
|---|---|
| 08-1220 | Kurian David, et al v. Signal International, LLC |
| 10-0896 | Wilbur J. Babin, Jr. v. Caddo East Estates, I, Ltd., et al |
| 10-2083 | Daniel Matthew Davis v. V. J. Dautrieve, et al |
| 10-2094 | Y&S Marine, Inc., as owner and operator of the M/V Sun Fighter, petitioning for exoneration from or limitation of liability |
| 10-3367 | Houston Casualty Company v. Supreme Towing Co., Inc. |
| 10-3444 | Anthony Johnson v. City of Bogalusa, et al |
| 11-1397 | Deninah Goodwin v. City of New Orleans, et al |
| 11-1400 | Thomas A. Ricalde vs. Evonik Degussa Corporation, et al |
| 11-2556 | Kelley McArthur v. Lincoln National Life Insurance Company |
| 12-0009 | Barbara Lumpkins v. Bank of America, et al |
| 12-0379 | South Louisiana Ethanol, LLC vs. Messer, et al |
| 12-0557 | EEOC v. Signal International, LLC |
| 12-0677 | Gulf Restoration Network v. Jackson, et al |
| 12-0854 | In the matter of South Louisiana Ethanol, LLC |



APR - 5 2012
TRANSFERRED TO
SECT. E

12-0857   ENGlobal Engineering, Inc. et al v. South Louisiana Ethanol, LLC

New Orleans, Louisiana, this 4th day of April 2012.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE