**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| KURIAN DAVID, SONY VASUDEVAN SULEKHA, PALANYANDI THANGAMANI, MURUGANANTHAM KANDHASAMY, HEMANT KHUTTAN, PADAVEETTIYIL ISSAC ANDREWS, and KECHURU DHANANJAYA, on behalf of other similarly situated individuals, and SABULAL VIJAYAN, KRISHAN KUMAR, JACOB JOSEPH KADDAKKARAPPALLY, KULDEEP SINGH, and THANASEKAR CHELLAPPAN, individually, | Case No. 08-1220 SM/DEK |
| Plaintiffs, | |
| v. | |
| SIGNAL INTERNATIONAL LLC, MALVERN C. BURNETT, GULF COAST IMMIGRATION LAW CENTER, L.L.C., LAW OFFICES OF MALVERN C. BURNETT, A.P.C., INDO-AMERI SOFT L.L.C., KURELLA RAO, J & M ASSOCIATES, INC. OF MISSISSIPPI, BILLY R. WILKS, J & M MARINE & INDUSTRIAL, LLC, GLOBAL RESOURCES, INC., MICHAEL POL, SACHIN DEWAN, and DEWAN CONSULTANTS PVT. LTD (a/k/a MEDTECH CONSULTANTS). | Collective Action |
| Defendants. | |

**MOTION TO COMPEL UNREPRESENTED DEFENDANTS TO
<u>ENROLL COUNSEL OR HAVE THEIR DEFENSES STRICKEN</u>**

Plaintiffs respectfully move this Court to order four unrepresented business Defendants to enroll counsel in this matter within 30 days or another reasonable time period determined by the Court. This requested relief would affect four Defendants in this action, namely Indo-Ameri Soft

L.L.C., Global Resources, Inc., Gulf Coast Immigration Law Offices, L.L.C, and Law Offices of Malvern C. Burnett, A.P.C.  Each of these business Defendants has been unrepresented in federal court for at least two months, and each has been warned that it may only appear in federal court through counsel.  As described more fully in the attached memorandum of law submitted in support of this motion, settled law in the Fifth Circuit requires business entities such as the four Defendants addressed herein to enroll counsel or face sanctions including the striking of their defenses and the entry of default against them.  For these reasons and those reasons given in the attached memorandum, Plaintiffs move this Court to order Indo-Ameri Soft L.L.C., Global Resources, Inc., Gulf Coast Immigration Law Offices, L.L.C, and Law Offices of Malvern C. Burnett, A.P.C. to enroll counsel within 30 days of any order granting this motion.  Plaintiffs further move this Court to strike the defenses of, and enter default against, any unrepresented business entity that fails to enroll counsel within the grace period set by the Court.

      Respectfully submitted this 25th day of May, 2012,

/s/ Naomi Tsu
Naomi Tsu (*pro hac vice*)
Georgia Bar No. 507612
Daniel Werner (*pro hac vice*)
New York Bar No. 3969839
Immigrant Justice Project
Southern Poverty Law Center
233 Peachtree Street, Suite 2150
Atlanta, Georgia 30303
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
daniel.werner@splcenter.org
Naomi.tsu@splcenter.org

Chandra S. Bhatnagar (*pro hac vice*)
New York Bar No. 4136966
Human Rights Program
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, New York 10004
Telephone: (212) 519-7840
cbhatnagar@aclu.org

/s/ Tracie L. Washington
Tracie L. Washington, Esq.
Louisiana Bar No. 25925
Louisiana Justice Institute
1631 Elysian Fields
New Orleans, Louisiana 70117
Telephone: (504) 872-9134

Ivy O. Suriyopas (*pro hac vice*)
New York Bar No. 4406385
Asian American Legal Defense
    and Education Fund
99 Hudson Street, 12th Floor
New York, NY  10013
Telephone: (212)966-5932