May 23, 2012

David, et al,
   Plaintiffs

vs.                                                     No. 08-1220

Signal International, LLC, et al,          SEC "E"
   Defendants


Honorable Judge Susie Morgan
500 Poydras St.
Room 508
New Orleans LA 70130

Dear Judge Morgan:

   I have received in the mail an order to attend a status conference on June 15th at 10:00 Am. I am asking the court to amend that order to allow me _not_ to be present. My request is based on several points.

   1. I have a new job and cannot take off a whole day to come to New Orleans

   2. I do not have a dependable vehicle

— CONTINUED

3. There will be no objections by me in the future for scheduling dates set by the court.

4. Not being an attorney, my presence may not be helpful for the process.

I could be available by phone if need be.

Thank you for your help in this matter.

Sincerely,

Michael Pol - Pro se
13 Herring Road
Beaumont, MS 39423

P.I.
13 Herring Rel.
Beaumont, MS 39423

GULFPORT MS 395
23 MAY 2012 PM 2 L

USA FIRST CLASS FOREVER

Honorable Judge Susie Morgan
500 Poydras Street
Room 508
New Orleans, LA 70130

7013053313