UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KURIAN DAVID ET AL                                  CIVIL ACTION

VERSUS                                              NO. 08-1220

SIGNAL INTERNATIONAL, LLC                           SECTION "E"

## O R D E R

IT IS ORDERED that the motion of defendant Michael Pol to set aside default (rec doc # 1285) is set for submission on March 27, 2013.

Memoranda in opposition are to be filed in accordance with Local Rule 7.5E.

New Orleans, Louisiana, this 26th day of February, 2013.

SUSIE MORGAN
UNITED STATES DISTRICT JUDGE