# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.**<br>        **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>        **Defendants** | **SECTION "E"** |

**Related Cases:**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY**<br>**COMMISSION,**<br>        **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>        **Defendants** | **SECTION "E"** |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>        **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br> **(c/w 13-6219, 13-6220,**<br>**13-6221)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>        **Defendants** | **SECTION "E"** |

**Applies To: *David v. Signal* (08-1220)**

## ORDER AND REASONS

Before the Court is Signal International, LLC's ("Signal") Motion for Partial

Summary Judgment.[1] Plaintiffs oppose Signal's motion.[2]

Signal seeks partial summary judgment "recognizing [its] constitutionally protected right to pursue, at trial, its defense of innocence by questioning those who accuse it of criminal and other wrongdoing about motive."[3] Under Federal Rule of Civil Procedure 56(a), "[a] party may move for summary judgment, identifying each claim or defense - or the part of each claim or defense - on which summary judgment is sought." Fed. R. Civ. P. 56(a).

The relief Signal seeks is not the proper object of a summary judgment motion. A judgment recognizing Signal's right to question the plaintiffs about motive would not resolve a "claim or defense" as contemplated by Rule 56.  Although Signal asserts its motion seeks a protection of its right to prove a defense of "innocence," Signal's motion does not seek a judgment dismissing Plaintiffs' claims and recognizing its actual innocence. Signal merely requests its *right* to pursue a defense of innocence be recognized through summary judgment. The Court finds Signal's use of a Rule 56 motion improper.

Accordingly, **IT IS ORDERED** that Signal's Motion for Partial Summary Judgment be and hereby is **DENIED**.

**New Orleans, Louisiana, this 12th day of February, 2014.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1]R. Doc. 1466.

[2]R. Doc. 1505.

[3]R. Doc. 1466, p. 1.

2