UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID**, *et al.*, <br>                           Plaintiffs, <br><br>     -against- <br><br> **SIGNAL INTERNATIONAL, LLC**, *et al.*, <br>                           Defendants. | CIVIL ACTION <br><br> No. 08-1220-SM-DEK <br><br> SECTION "E" |
| Related Case: <br><br> **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** <br>                           Plaintiffs, <br><br>    and <br><br> **SABULAL VIJAYAN**, *et al.* <br>                           Plaintiffs-Intervenors <br><br>     -against- <br><br> **SIGNAL INTERNATIONAL, LLC**, <br>                           Defendant. | CIVIL ACTION <br><br> No. 12-557-SM-DEK <br><br> SECTION "E" |
| Related Case: <br><br> **LAKSHMANAN PONNAYAN ACHARI**, *et al.* <br>                           Plaintiffs, <br><br>     -against- <br><br> **SIGNAL INTERNATIONAL, LLC**, *et al.*, <br>                           Defendants | CIVIL ACTION <br><br> No. 13-6218-SM-DEK <br> (c/w 13-6219, 13-6220, 13-6221 14-732) <br><br> SECTION "E" |

**Applies To:**   *David*, No. 08-1220

**NOTICE OF AUTOMATIC STAY OF CLAIMS AGAINST
DEFENDANTS KURELLA RAO AND INDO-AMERI SOFT, LLC**

Plaintiffs hereby provide notice to the Court and to the parties that Defendants Kurella Rao and Indo-Ameri Soft, LLC filed a Voluntary Petition for Relief under Chapter 7 of the U.S. Bankruptcy Code.  <u>In Re Kurella S. Rao</u>, No 14-11173 (Bankr. E.D. La. May 12, 2014); <u>In Re Indo-Ameri Soft, L.L.C.</u>, No. 14-11174 (Bankr. E.D. La. May 12, 2014).  Therefore, an automatic stay of the above-captioned proceedings as against Defendants Kurella Rao and Indo-Ameri Soft is in effect, as set forth in the Bankruptcy Code, 11 U.S.C. 362(a).

Respectfully submitted this 23rd day of May, 2014,


<u>/s/  Daniel Werner</u>
Daniel Werner (*pro hac vice*)
New York Bar No. 3969839
Naomi Tsu (*pro hac vice*)
California Bar No. 248599
Kristi L. Graunke (*pro hac vice*)
Georgia Bar No. 305653
Immigrant Justice Project
Southern Poverty Law Center
1989 College Ave., N.E.
Atlanta, Georgia 30317
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
daniel.werner@splcenter.org
naomi.tsu@splcenter.org

Meredith B. Stewart
Louisiana Bar No. 34109
Southern Poverty Law Center
1055 St. Charles Ave., # 505
New Orleans, LA 70130
504-486-8982
Fax: 504-486-8947
meredith.stewart@splcenter.org

Tracie L. Washington, Esq.
Louisiana Bar No. 25925
Louisiana Justice Institute
1631 Elysian Fields
New Orleans, Louisiana 70117
Telephone: (504) 872-9134
tracie@louisianajusticeinstitute.org

Chandra S. Bhatnagar (*pro hac vice*)
New York Bar No. 4136966
Human Rights Program
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, New York 10004
Telephone: (212) 519-7840
cbhatnagar@aclu.org

Ivy O. Suriyopas (*pro hac vice*)
New York Bar No. 4406385
Asian American Legal Defense
& Education Fund
99 Hudson Street, 12th Floor
New York, NY 10013
Telephone: (212) 966-5932
Facsimile: (212) 966-4303
isuriyopas@aaldef.org

Alan B. Howard, T.A. (*pro hac vice*)
New York Bar No. 2136661
Hugh D. Sandler (*pro hac vice*)
New York Bar No. 4712584
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 223-4000
ahoward@crowell.com
hsandler@crowell.com

Joseph Bjarnson (*pro hac vice*)
New York Bar No. 4774055
jbjarnson@swcblaw.com
Sahn Ward Coschignano & Baker, PLLC
333 Earle Ovington Boulevard, Suite 601
Uniondale, New York 11553
Telephone:  (516) 228-1300

**CERTIFICATE OF SERVICE**

  I, Daniel Werner, do hereby certify that I served on this day, May 23, 2014, via ECF true and correct copies of the attached on counsel for all represented parties.

  I further certify that the attached has been deposited in a U.S. Mail receptacle for delivery by first class mail, properly addressed and with postage pre-paid to:

Global Resources, Inc.
13 Herring Road
Beaumont, MS 39423

Indo-Ameri Soft L.L.C.
c/o Kevin K. Gipson
3920 General DeGualle Drive
New Orleans, LA 70114

Kurella Rao
c/o Kevin K. Gipson
3920 General DeGualle Drive
New Orleans, LA 70114

Billy Wilks,
J&M Assoc of Mississippi
J&M Marine & Industrial
9136 Heather Lane
Moss Point MS 39562.


/s/ Daniel Werner
Daniel Werner