# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.** | **CIVIL ACTION** |
| Plaintiffs | No. 08-1220 |
| | SECTION "E" |
| VERSUS | |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | |
| Defendants | |

*Related Cases:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | **CIVIL ACTION** |
| Plaintiff | No. 12-557 |
| VERSUS | SECTION "E |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | |
| Defendants | |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,** | **CIVIL ACTION** |
| Plaintiffs | No. 13-6218 (c/w 13-6219, |
| VERSUS | 13-6220, & 13-6221 & 14-732) |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | SECTION "E" |
| Defendants | |

**Applies To:** *ALL CASES*

---

### SIGNAL DEFENDANTS' NOTICE OF EXPERT WITNESS DISCLOSURE

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure), Defendants, Signal International, LLC and Signal International, Inc., by and through their undersigned counsel, hereby certify and give notice to the Court that on August 29, 2014, a true and correct copy of Signal Defendants' Expert Witness Disclosure was served on all counsel of record via email and by depositing a copy of same in the U.S. Mail, with sufficient postage thereon to insure delivery, and

properly addressed.

    Dated August 29, 2014.

        Respectfully submitted:

        _/s/Erin Casey Hangartner_____
        Erin Casey Hangartner, La. Bar No. 24768
        Alan Dean Weinberger, La. Bar No. 13331
        Hal D. Ungar, La. Bar No. 31344
        Elham R. Rabbani, La. Bar No. 33322
        Brian C. Roux, La. Bar No. 35298
        Lance R.  Rydberg, La. Bar No. 02089
        Mitchel Hasenkampf, La. Bar No. 32870
        HANGARTNER RYDBERG & TERRELL, LLC
        701 Poydras Street, Suite 310
        New Orleans, LA 70139
        Telephone: (504) 522-5690
        Facsimile:  (504) 522-5689
        ehangartner@hanrylaw.com
        aweinberger@hanrylaw.com
        hungar@hanrylaw.com
        erabbani@hanrylaw.com
        broux@hanrylaw.com
        lrydberg@hanrylaw.com
        mhasenkampf@hanrylaw.com

        and

        Patricia A. Bollman, La. Bar 17563
        A Professional Law Corporation
        Post Office Box 13707
        New Orleans, LA 70185
        Telephone: (504) 218-5887
        Facsimile: (504) 304-0890
        patricia@bollmanfirm.com

        ***Counsel for Signal International, L.L.C.***
        ***And Signal International, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2014, I served a true and correct copy of the foregoing document, SIGNAL DEFENDANTS' EXPERT WITNESS DISCLOSURE, upon all counsel of record by via email transmission and by depositing a copy of same in the U.S. Mail, with sufficient postage thereon to insure delivery, and properly addressed to all counsel of record.

/s/ Erin Casey Hangartner
ERIN CASEY HANGARTNER