MINUTE ENTRY
MORGAN, J.
August 29, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**<br>       **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>       **Defendants** | **SECTION "E"** |

**Related Cases:**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY**<br>**COMMISSION,**<br>       **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>       **Defendants** | **SECTION "E"** |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>       **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br>**(c/w 13-6219, 13-6220,**<br>**13-6221, 14-732)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>       **Defendants** | **SECTION "E"** |

***Applies to:  All Cases***

Participating via telephone:          Daniel Warner and Hugh Sandler on behalf of
the *David* Plaintiffs and EEOC Intervenors;

Gerald Miller on behalf of the EEOC;

1

Greg Grimsal and Mostafa Abdel-Kareen on behalf of all Plaintiffs in the consolidated *Achari* cases;

Elizabeth Rowland and Daniel Adams on behalf of the *Achari* Plaintiffs;

Ashley Sprague on behalf of the *Singh* Plaintiffs;

Jacob Walker on behalf of the *Chakkiyattil* Plaintiffs;

Steve Raptis on behalf of the *Devassy* Plaintiffs;

Erin Hangartner, Brian Roux, Patricia Bollman, and Hal Ungar on behalf of Defendant Signal International LLC ("Signal");

Sachin Dewan and Steve Shapiro on behalf of Defendants Sachin Dewan and the Dewan Consultants;

Tim Cerniglia on behalf of Defendants Malvern Burnett, Burnett Law, and Gulf Coast Immigration

A telephone status conference was held on the record on August 29, 2014 at 4:00 p.m. in the chambers of Judge Susie Morgan in *David v. EEOC* (08-1220) (the "*David* case"), *EEOC v. Signal* (12-557) (the "*EEOC* case"), *Achari v. Signal* (13-6218, c/w 13-6219, 13-6220, 13-6221, and 14-732) (the "*Achari* cases"), and *Thomas v. Signal* (14-1818) (the "*Thomas* case").

Mr. Shapiro has reached an agreement with his clients to continue as counsel of record. Mr. Shapiro will file a motion to withdraw his motion to withdraw as counsel by the end of next week.

Mr. Dewan—who was present on the line during the telephone status conference—stated that he wished to waive his presence at trial when not under

examination.  There were no objections.  Mr. Dewan will be present in court towards the end of trial and will remain until the jury returns a verdict.  Mr. Dewan will only be subject to one round of trial examination.   The parties will meet and confer to coordinate the examination of Mr. Dewan accordingly.

The parties are optimistic an agreement can be reached on the foreign language translators to be used at trial.  The parties will update the Court on this issue at the October 30, 2014 status conference.

Mr. Miller expressed reservations regarding the need for EEOC to produce T and U visa affidavits at this time in accordance with a previous Court order.  Mr. Miller requested leave to produce these affidavits after Phase One of the *EEOC* Case is completed.  Signal consented, provided that EEOC does not intend to call at trial any former H-2B worker who is not a named intervenor in the *EEOC* Case or a named plaintiff in one of the *Signal* cases.  The Court will set a new deadline for the production of T and U visa affidavits after the completion of Phase I.  The Court's orders of production apply to both original and supplemental affidavits.  All T and U visa affidavits must be redacted in accordance with the protective orders entered in the *David* Case and the *EEOC* Case.

Mr. Shapiro requested daily trial transcripts.  The Court instructed Mr. Shapiro to contact Betty Dimarco in the clerk's office.

**New Orleans, Louisiana, this 5th day of September, 2014.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

3

JS10 (0:34)