1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4
     KURIAN DAVID, et al.                  Civil Action
5
     versus                                No. 08-1220
6
     SIGNAL INTERNATIONAL, LLC, et al.     Section E
7

8
     Related Cases:
9

10
     EQUAL EMPLOYMENT OPPORTUNITY          Civil Action
11   COMMISSION
                                           No. 12-557
12   versus
                                           Section E
13   SIGNAL INTERNATIONAL, LLC, et al.

14

15   LAKSHMANAN PONNAYAN ACHARI, et al.    Civil Action

16   versus                                No. 13-6218
                                           (c/w 13-6219, 13-6220
17   SIGNAL INTERNATIONAL, LLC, et al.     13-6221, 14-732)

18                                         Section E

19   *Applies to: All Cases*

20

21                     TRANSCRIPT OF TELEPHONE
                    STATUS CONFERENCE BEFORE THE
22                     HONORABLE SUSIE MORGAN
                    UNITED STATES DISTRICT JUDGE
23                        AUGUST 29, 2014

24

25

<u>Participating Via Telephone</u>:

Daniel Werner and Hugh Sandler on behalf of
the *David* Plaintiffs and EEOC Intervenors;

Gerald Miller on behalf of the EEOC;

Greg Grimsal and Mostafa Abdel-Kareen on
behalf of all Plaintiffs in the consolidated
*Achari* cases;

Elizabeth Rowland and Daniel Adams on behalf
of the *Achari* Plaintiffs;

Ashley Sprague on behalf of the *Singh* Plaintiffs;

Jacob Walker on behalf of the *Chakkiyattil* Plaintiffs;

Steve Raptis on behalf of the *Devassy* Plaintiffs;

Erin Hangartner, Brian Roux, Patricia Bollman, and
Hal Ungar on behalf of Defendant Signal International, LLC;

Sachin Dewan and Steve Shapiro on behalf of Defendants
Sachin Dewan and Dewan Consultants;

Tim Cerniglia on behalf of Defendants Malvern Burnett,
Burnett Law, and Gulf Coast Immigration

Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                              500 Poydras Street, Room B-406
                              New Orleans, Louisiana 70130
                              (504) 589-7778

Proceedings recorded by mechanical stenography using
computer-aided transcription software.

**PROCEEDINGS**

**(August 29, 2014)**

**THE COURT:**  We have a court reporter here, so let's start with the people who are in the room together.  If you would go around the table and identify yourselves.

**MR. SHAPIRO:**  Your Honor, Steve Shapiro for Sachin Dewan and Dewan Consultants.

**MR. UNGAR:**  Good afternoon, Your Honor.  Hal Ungar for Signal International.

**MR. GRIMSAL:**  Hi, Judge.  It's Greg Grimsal on behalf of all the plaintiffs in the consolidated *Achari* cases.

**MR. ABDEL-KAREEN:**  Good afternoon, Your Honor.  Mostafa Abdel-Kareen on behalf of the same plaintiffs.

**MS. ROWLAND:**  Good afternoon, Your Honor.  Elizabeth Rowland for the *Achari* plaintiffs.

**THE COURT:**  Anybody else?

**MR. GRIMSAL:**  Not here.

**THE COURT:**  So then who is elsewhere?

**MR. MILLER:**  Your Honor, this is Gerald Miller for the EEOC.

**MR. ROUX:**  Good afternoon, Your Honor.  This is Brian Roux on behalf of Signal International.

**MR. SANDLER:**  Your Honor, this is Hugh Sandler on behalf of the *David* plaintiffs.

**MR. WERNER:**  Your Honor, this is Daniel Werner on

1   behalf of the *David* plaintiffs and the EEOC intervenors.

2           **MR. CERNIGLIA:**  Tim Cerniglia, Your Honor, on behalf

3   of the Burnett defendants.

4           **MS. HANGARTNER:**  Erin Hangartner on behalf of Signal

5   International.

6           **MS. BOLLMAN:**  Patricia Bollman on behalf of Signal

7   International.

8           **MR. ADAMS:**  Daniel Adams on behalf of the *Achari*

9   plaintiffs.

10          **MR. WALKER:**  Jacob Walker on behalf of the

11  *Chakkiyattil* plaintiffs.

12          **MS. SPRAGUE:**  Ashley Sprague on behalf of the *Singh*

13  plaintiffs.

14          **MR. RAPTIS:**  Steve Raptis on behalf of the *Devassy*

15  plaintiffs.

16          **MR. SHAPIRO:**  Your Honor, this is Steve Shapiro.  I

17  would like to add that Mr. Sachin Dewan is in the room with us.

18          **THE COURT:**  That's fine, Mr. Dewan.

19              Anybody else?

20              Since we can't see you in the room with us,

21  please identify yourself before you speak for my sake and the

22  court reporter's sake.

23              Let's start with Mr. Shapiro.  I understand that

24  you and Mr. Dewan have reached an agreement about your

25  representation.

|   |   |
|---|---|
| 04:08 | 1 |
| 04:08 | 2 |
| 04:08 | 3 |
| 04:08 | 4 |
| 04:08 | 5 |

            **MR. SHAPIRO:**  Yes, that's correct, Your Honor.
That's correct, Your Honor.  After much discussion and
deliberation and a bit of agonizing, we have reached an
agreement in which I will continue on as the counsel for
Mr. Dewan and Dewan Consultants.

            **THE COURT:**  Mr. Dewan, that's a good decision.  We
are glad to have Mr. Shapiro continue to represent you.

            You all hold on a second.  I'm going to put you
on mute for a second.

            (Off the record)

            **THE COURT:**  Sorry about that.  Everybody there?  If
you not there, speak up and we'll get you back on the phone.
That was a joke.

            Mr. Shapiro is going to withdraw his motion to
withdraw.  I understand that Mr. Dewan is concerned about
whether he has to be in New Orleans for the entire trial
starting in January.

            **MR. SHAPIRO:**  Yes, Your Honor.  That's one of our
concerns.  That is based largely on the expense of being here
the entire time where he has to run a business in India.
That's one of the obstacles, and also the expense of staying in
the United States for one month, in particular, without his
family.

            Your Honor, if I may go back, though, I shall be
filing this motion to withdraw my motion to withdraw as soon as

1    I can, probably not until Tuesday.

2              I would also like to add that Mr. Dewan and I

3    will be executing an addendum to our attorney-client agreement

4    which reflects between us, obviously, the terms that we both

5    find acceptable.

6        **THE COURT:**  Well, that's good.  So we'll expect that

7    motion on Tuesday or soon thereafter, the motion to withdraw

8    the motion to withdraw.

9              Mr. Dewan, you're planning to come to

10   New Orleans to testify at the trial; is that correct?  You're

11   just concerned about having to stay here for the entire trial.

12       **MR. DEWAN:**  Yes, Your Honor.

13       **THE COURT:**  Do any of the other parties have an

14   objection to Mr. Dewan waiving his presence at portions of the

15   trial just so he does come to New Orleans to testify?

16             So, Mr. Dewan, we'll put it in the minute entry

17   that you informed the Court of that and that no one had any

18   objection.

19             If you all would, when we get closer to the

20   trial date, talk to each other about when Mr. Dewan would need

21   to be here to testify so that he can plan his schedule.

22       **MS. HANGARTNER:**  Your Honor, this is Erin Hangartner.

23   I'm assuming that we can ask for him to be here for a week,

24   10 days, or two weeks, something along those lines, longer than

25   just a few days.  Is that correct?

04:13  1          THE COURT:  No, I don't think that's correct.  You're
04:13  2  going to have him on the stand for a week or 10 days?
04:14  3          MS. HANGARTNER:  No.  I just meant for the different
04:14  4  parties in case he may need to be called back for a
04:14  5  re-examination.
04:14  6          THE COURT:  No.  He is coming from India.  He is
04:14  7  going to go on the stand one time.  Everybody is going to do
04:14  8  whatever they need to do.  So you all talk about when that will
04:14  9  be and how long it will take.
04:14  10         MS. HANGARTNER:  Okay.
04:14  11         MR. SHAPIRO:  Your Honor, one thing we are thinking
04:14  12  of preliminarily -- this is Steve Shapiro, by the way.  We are
04:14  13  thinking that maybe about a week until the -- a week prior to
04:14  14  the conclusion of the trial, give or take, and that would not
04:14  15  be too disruptive of Mr. Dewan's business and the expense of
04:14  16  coming here.  So that's what we are shooting for.
04:14  17          I plan on putting him on in my case in chief
04:15  18  when the defense goes.  I'm assuming -- he will be there if
04:15  19  there is rebuttal and he needs to be called for rebuttal.  My
04:15  20  understanding is that he will stay until the jury returns a
04:15  21  verdict.
04:15  22         THE COURT:  Okay.  So he will come near the end and
04:15  23  he will stay until the jury returns its verdict.  You all talk
04:15  24  about what that schedule looks like, how he can plan his time.
04:15  25  If you don't reach agreement, then let me know and we'll talk

04:15  1    about it some more.  I'm assuming you all can talk about
04:15  2    scheduling and will have a better idea than I do.  Okay?
04:15  3              **MR. SHAPIRO:**  Okay.
04:15  4              **MS. HANGARTNER:**  Yes, Your Honor.
04:15  5              **THE COURT:**  I had a thought about the interpreters at
04:15  6    the trial.  I thought we should be thinking about whether you
04:16  7    all have agreed about interpreters and, if you haven't, how we
04:16  8    are going to handle that.  We don't want to wait until the eve
04:16  9    of trial and then have to deal with this.
04:16  10             Have you all thought about or are you going to
04:16  11   agree on an interpreter or interpreters at the trial or are you
04:16  12   thinking that both of you will have one?  Have you given it any
04:16  13   thought?
04:16  14             **MS. HANGARTNER:**  This is Erin Hangartner again,
04:16  15   Your Honor.  I think that we should be able to agree on the
04:16  16   Malayalam translator.  I believe that we are working to come to
04:16  17   an agreement on a new Hindi translator.  I'm not sure about the
04:16  18   other languages at this point.  I know that Naomi Tsu, Patricia
04:16  19   Bollman, and I have been working together -- not necessarily
04:16  20   for trial but for these depositions -- so I would think we
04:16  21   should be able to come to a consensus at least to the main
04:17  22   languages.  I don't know if Naomi is on the line and she wants
04:17  23   to speak to that or not.
04:17  24             **MR. WERNER:**  Your Honor, this is Dan Werner.  Naomi
04:17  25   is not on the call, but I think Erin is right.  I'm optimistic

1    that we'll be able to work something out.

2         THE COURT:  I think our next in-person conference is

3    October 30.  Would you all plan to give me a report on that day

4    about the interpreters.  We are getting close to the trial

5    there, so you ought to know by then what languages --

6         MS. HANGARTNER:  Actually, Your Honor, it's Tamil,

7    Malayalam, and Hindi, so we would only have three.  I certainly

8    don't see that to be a problem, but we'll update you on that at

9    the conference.

10        THE COURT:  Okay.  Great.

11            I believe that Mr. Bean requested this telephone

12   conference.  Not Mr. Bean.  Mr. Miller.

13        MR. MILLER:  Yes, Your Honor.  This is Gerald Miller

14   for the EEOC.

15        THE COURT:  Sorry.

16        MR. MILLER:  I did request a conference about the

17   order on the T and U visa affidavits.  Of course, the EEOC

18   represents the interests of about 500 Indian workers.  We don't

19   represent them directly but do represent their interests.  Some

20   of those are represented by private plaintiffs and some of them

21   are not.  Some of them are parties as intervenor parties

22   represented in the EEOC case and some are represented by other

23   attorneys in other cases pending in this Court.

24            The order reads that the EEOC will produce

25   affidavits of all of the class that we represent.  Of course,

04:19  1   that will be a huge burden.  I just wanted to talk about the
04:19  2   timing of it and so forth.
04:19  3          The individual claims of the class members, of
04:19  4   course, would not really arise until phase two.  Phase one is
04:19  5   just pattern and practice, so no individual claims will be
04:19  6   adjudicated at that point.
04:19  7          Your Honor has ordered the intervenors as well
04:20  8   to produce the T and U affidavits and the *Achari* plaintiffs to
04:20  9   produce T and U visa affidavits.  They are all represented by
04:20  10  counsel and they will be producing -- they would be going
04:20  11  through their attorneys to produce those.
04:20  12         **THE COURT:**  Let me --
04:20  13         **MR. MILLER:**  We were just inquiring since those
04:20  14  affidavits will be produced under your order and the affidavits
04:20  15  of the -- and we don't represent them directly and represent
04:20  16  the others, some of whom are not represented and some may be
04:20  17  represented.  We don't represent them directly, but their
04:20  18  claims would not be heard until phase two.
04:20  19         **THE COURT:**  Well, look, let me talk.
04:20  20         **MR. MILLER:**  We were wondering if --
04:20  21         **THE COURT:**  Let me talk, Mr. Miller, for a minute.
04:21  22         If the affidavits are being produced in another
04:21  23  action or by private counsel, then I don't expect the EEOC to
04:21  24  have to reproduce them.  So the plaintiffs in *David*, the
04:21  25  plaintiffs in the *Achari* cases and the new case -- *Thomas*, is

1    that what it's called -- in *Thomas* and the plaintiff
2    intervenors in the EEOC case, those will all be produced by
3    their individual counsel, so I don't expect the EEOC to
4    reproduce those.  That's number one.
5         MR. MILLER:  Okay.
6         THE COURT:  Number two, what I was trying to convey
7    in the orders about producing them is in all these cases, I
8    think what you're producing is going to be the same thing.
9    It's the affidavits redacted as provided by the protective
10   order either in *David* or EEOC.
11             So in terms of what's being redacted, I think
12   that's the same for all the affidavits.  If we need to talk
13   about any subtleties about that today, we can.  Did you all get
14   that that was the bottom line, that all the affidavits are
15   supposed to look or are being treated basically the same?
16        MR. MILLER:  This is Mr. Miller, Your Honor.  Yes, I
17   think we understood that.  It will be a huge burden for the
18   EEOC to do that at this time in that we are talking about
19   hundreds of -- well, as far as the EEOC is concerned, we would
20   be having to contact hundreds of persons to find out if they
21   are represented or not.  If they are represented, then we would
22   be going through their counsel.  If they are not represented,
23   we would be working with them directly to determine if they
24   have T and U visas, and they speak different languages.
25        THE COURT:  Stop for a minute.

1    Do the defendants in the EEOC case agree that

2 the affidavits are not needed until phase two?

3    MS. HANGARTNER:  This is Erin Hangartner for Signal.

4 Your Honor, I do agree with one caveat.  If they -- they being

5 the EEOC -- intend to call a former H-2B worker as a witness

6 who is not a plaintiff intervenor, then we would like all of

7 their T and/or U visa applications.

8    THE COURT:  So that seems reasonable, Mr. Miller.

9    MR. MILLER:  I think that's reasonable as well.  We

10 wouldn't anticipate calling anyone who's not already a

11 plaintiff in one of these other cases.  I understand.  If we

12 did, I understand that.

13    THE COURT:  Does any other defendant not agree that

14 the affidavits aren't needed until phase two?

15    Mr. Shapiro or Mr. Cerniglia?  Oh, you're not in

16 the EEOC case.

17    MR. CERNIGLIA:  I'm not in the EEOC case.

18    MR. SHAPIRO:  I don't have any dog in this hunt.

19    THE COURT:  So Signal is the only defendant and they

20 agree they don't need them until phase two.  Well, that's good.

21 Then it sounds like that will work.  So I just need to give you

22 a new deadline for producing those.

23    MS. HANGARTNER:  Your Honor, could I just ask for one

24 point of clarification?  I know that there are a number of

25 applications.  In other words, there was the initial

04:25  1  application or the initial affidavit and there have been
04:25  2  supplementals.  It's Signal's position that we are entitled to
04:25  3  any of the affidavits or applications that were sent to Vermont
04:25  4  processing requesting either a T or U visa.
04:25  5          THE COURT:  Do the plaintiffs want to respond to
04:25  6  that?
04:25  7          MR. WERNER:  Your Honor, this is Daniel Werner.  The
04:25  8  order covers affidavits.  If there was a supplemental
04:25  9  affidavit, I think that would be produced in a redacted form as
04:25 10  per Your Honor's order.
04:25 11          To the extent that Erin is suggesting that the
04:26 12  application materials be submitted, that's already been
04:26 13  litigated extensively in front of this Court and it's been
04:26 14  resolved.  We don't think any additional application materials
04:26 15  outside of the affidavits should be --
04:26 16          THE COURT:  She just said affidavits.  She just said
04:26 17  supplemental affidavits.  That's all she said.
04:26 18          MS. HANGARTNER:  And original affidavit.
04:26 19          THE COURT:  Right.  Right.  I understand.  So I'm
04:26 20  going to clarify in this minute entry that it's going to be
04:26 21  original and supplemental affidavits.
04:26 22          I guess what we will do on the phase two in
04:26 23  Signal is after the phase one trial -- I think that what I said
04:26 24  was I would wait until then to set the trial on phase two.  At
04:26 25  that point I'll set a deadline for producing the affidavits.

04:26　1　There's no need for me to do that right now.

04:27　2　　　　　　　　Anything else having to do with the affidavits?

04:27　3　　　　MR. MILLER:  Not from the EEOC, Your Honor.

04:27　4　　　　THE COURT:  Anybody else?  Any other issues that we

04:27　5　need to discuss?

04:27　6　　　　MR. SHAPIRO:  Your Honor, this is Steve Shapiro.  I

04:27　7　have another question in regard to Mr. Dewan's participation in

04:27　8　trial.

04:27　9　　　　　　　　I know there's been some really amazing advances

04:27　10　in technology in the courtroom that's been going on for quite a

04:27　11　while now.  I wanted to find out if anyone in the past has

04:27　12　requested the daily transcripts.  I think to assist Mr. Dewan

04:27　13　in participating in the trial even from abroad, it would be

04:28　14　awfully nice to have the daily rough transcripts.

04:28　15　　　　THE COURT:  So are you all -- hold on a second.

04:28　16　　　　(Off the record)

04:28　17　　　　THE COURT:  Mr. Shapiro, you need to contact Betty

04:28　18　DiMarco in the clerk's office.  She can tell you about the

04:28　19　costs associated with getting same-day transcripts.  Of course,

04:28　20　if you do that -- and you all may want to share the costs,

04:28　21　whoever wants to get that -- then you can send it to Mr. Dewan.

04:29　22　Absent you're doing that and paying whatever the cost is, you

04:29　23　won't be getting any transcripts during the trial.

04:29　24　　　　MR. SHAPIRO:  Okay.  I understand, Your Honor.  I

04:29　25　will check with counsel and see who might be interested in

| | |
|---|---|
| 04:29 | 1 |
| 04:29 | 2 |
| 04:29 | 3 |
| 04:29 | 4 |

participating in the cost, which as you know, Your Honor, was
and is going to continue to be a challenge for us.  We will do
everything that we can.  If we have to forego that opportunity,
we will.

            THE COURT:  There is a way to do it.  Maybe if other
people want it, you can share the costs and make it more
affordable.

            MR. SHAPIRO:  Thank you, Your Honor.  I will call
Betty.  I have worked with her before.

            THE COURT:  Okay.  Anything else?  Wow.  You all must
be exhausted today.

            MR. SHAPIRO:  I can tell you, Your Honor, Mr. Dewan
is exhausted.  I think we are all exhausted.

            THE COURT:  How much more do you have on his
deposition?

            MR. SHAPIRO:  Well, we ran into an issue on time.  I
am beginning my examination.  I probably won't take very long.
We are going to close it down at that time.  I'm very sensitive
to Mr. Dewan.  He is still suffering the effects of jet lag.
We can't let this go on any further.

            THE COURT:  I'll assume you all are dealing with
that.  The next time I see you, I think, will be October 30.
Have a good weekend.

            (Proceedings adjourned)

                          *  *  *

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## <u>CERTIFICATE</u>

I, Toni Doyle Tusa, CCR, FCRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of proceedings in the above-entitled matter.

*s/ Toni Doyle Tusa*
Toni Doyle Tusa, CCR, FCRR
Official Court Reporter

MR. ABDEL-KAREEN: [1]  3/11
MR. ABDEL-KAREEM: [1]  3/10
MR. CERNIGLIA: [2]  4/1 12/16
MR. DEWAN: [1]  6/11
MR. GRIMSAL: [2]  3/9 3/16
MR. MILLER: [9]  3/18 9/12 9/15 10/12
10/19 11/4 11/15 12/8 14/2
MR. RAPTIS: [1]  4/13
MR. ROUX: [1]  3/20
MR. SANDLER: [1]  3/22
MR. SHAPIRO: [3]  3/5 4/15 4/25
5/17 7/10 8/2 12/17 14/5 14/23 15/7
15/11 15/15
MR. UNGAR: [1]  3/7
MR. WALKER: [1]  4/9
MR. WERNER: [3]  3/24 8/23 13/6
MS. BOLLMAN: [1]  4/5
MS. HANGARTNER: [10]  4/23 6/21 7/2
7/9 8/3 8/13 9/5 12/2 12/22 13/17
MS. ROWLAND: [1]  3/13
MS. SPRAGUE: [1]  4/11
Omit elements: Timecodes [1]  15/24
Page break [2]  1/23 2/25
Resume elements: Timecodes [1]  2/25
THE COURT: [33]

**0**

08-1220 [1]  1/5

**1**

10 [1]  7/2
10 days [1]  6/24
12-557 [1]  1/11
1220 [1]  1/5
13-6218 [1]  1/16
13-6219 [1]  1/16
13-6220 [1]  1/16
13-6221 [1]  1/17
14-732 [1]  1/17

**2**

2014 [2]  1/23 3/2
29 [2]  1/23 3/2
2B [1]  12/5

**3**

30 [2]  9/3 15/22

**4**

406 [1]  2/21

**5**

500 [2]  2/21 9/18
504 [1]  2/22
557 [1]  1/11
589-7778 [1]  2/22

**6**

6218 [1]  1/16
6219 [1]  1/16
6220 [1]  1/16
6221 [1]  1/17

**7**

70130 [1]  2/22
732 [1]  1/17
7778 [1]  2/22

**A**

Abdel [2]  2/6 3/13
Abdel-Kareen [2]  2/6 3/13
ability [1]  16/5
able [3]  8/15 8/21 9/1

about [24]
above [10]
above-entitled [1]  16/6
abroad [1]  14/13
Absent [1]  14/22
acceptable [1]  6/5
ACHARI [8]  1/15 2/7 2/9 3/11 3/15 4/8
10/8 10/25
action [1]  1/4 1/10 1/15 10/23
Actually [1]  9/6
Adams [2]  2/8 4/8
add [2]  4/17 6/2
addendum [1]  6/3
additional [1]  13/14
adjourned [1]  15/24
adjudicated [1]  10/6
advances [1]  14/9
affidavit [3]  13/1 13/9 13/18
affidavits [20]
affordable [1]  15/7
after [2]  5/2 13/23
afternoon [4]  3/8 3/12 3/14 3/21
again [1]  8/14
agonizing [1]  5/3
agree [6]  8/11 8/15 12/1 12/4 12/13
12/20
agreed [1]  8/7
agreement [5]  4/24 5/4 6/3 7/25 8/17
aided [1]  2/25
al [1]  1/4 1/6 1/13 1/15 1/17
all [25]
along [1]  6/24
already [2]  12/10 13/12
also [2]  5/21 6/2
am [1]  15/17
amazing [1]  14/9
and/or [1]  12/7
another [2]  10/22 14/7
anticipate [1]  12/10
any [11]  6/13 6/17 8/12 11/13 12/13
12/18 13/3 13/14 14/4 14/23 15/20
Anybody [3]  3/16 4/19 14/4
anyone [2]  12/10 14/11
Anything [2]  14/2 15/10
application [3]  13/1 13/2 13/14
applications [3]  12/7 12/25 13/3
Applies [1]  1/19
are [30]
aren't [1]  12/14
arise [1]  10/4
around [1]  12/5
as [12]  5/4 5/25 5/25 9/21 10/7 11/9
11/19 11/19 12/5 12/9 13/9 15/1
Ashley [2]  2/10 4/12
ask [2]  6/23 12/23
assist [1]  14/12
associated [1]  14/19
assume [1]  15/21
assuming [3]  6/23 7/18 8/1
at [11]  6/10 6/14 8/5 8/11 8/18 8/21 9/8
10/6 11/18 13/24 15/18
attorney [1]  6/3
attorney-client [1]  6/3
attorneys [2]  9/23 10/11
AUGUST [2]  1/23 3/2
awfully [1]  14/14

**B**

B-406 [1]  2/21
back [3]  5/12 5/24 7/4

based [1]  5/19
be [38]
Bean [2]  9/11 9/12
been [6]  8/19 13/1 13/12 13/13 14/9
14/10
before [3]  1/21 4/21 15/9
beginning [1]  15/17
behalf [22]
being [5]  5/19 10/22 11/11 11/15 12/4
believe [2]  8/16 9/11
best [1]  16/5
better [1]  8/2
Betty [2]  14/17 15/9
between [1]  6/4
bit [1]  5/2
Bollman [3]  2/15 4/6 8/19
both [2]  6/4 8/12
bottom [1]  11/14
Brian [2]  2/15 3/21
burden [2]  10/1 11/17
Burnett [3]  2/19 2/19 4/3
business [2]  5/20 7/15
but [5]  8/20 8/25 9/8 9/19 10/17

**C**

c/w [1]  1/16
call [3]  8/25 12/5 15/8
called [3]  7/4 7/19 11/1
calling [1]  12/10
can [11]  6/1 6/21 6/23 7/24 8/1 11/13
14/18 14/21 15/3 15/6 15/12
can't [2]  4/20 15/20
case [8]  7/4 7/17 9/22 10/25 11/2 12/1
12/16 12/17
cases [8]  1/8 1/19 2/7 3/11 9/23 10/25
11/7 12/11
caveat [1]  12/4
CCR [3]  2/21 16/2 16/9
Cerniglia [3]  2/19 4/2 12/15
certainly [1]  9/7
CERTIFICATE [1]  16/1
certify [1]  16/4
Chakkiyatiil [2]  2/12 4/11
challenge [1]  15/2
check [1]  14/25
chief [1]  7/17
Civil [3]  1/4 1/10 1/15
claims [3]  10/3 10/5 10/18
clarification [1]  12/24
clarify [1]  13/20
class [2]  9/25 10/3
clerk's [1]  14/18
client [1]  6/3
close [2]  9/4 15/18
closer [1]  6/19
Coast [1]  2/19
come [5]  6/9 6/15 7/22 8/16 8/21
coming [2]  7/6 7/16
COMMISSION [1]  1/11
computer [1]  2/25
computer-aided [1]  2/25
concerned [3]  5/15 6/11 11/19
concerns [1]  5/19
conclusion [1]  7/14
conference [5]  1/21 9/2 9/9 9/12 9/16
consensus [1]  8/21
consolidated [2]  2/6 3/11
Consultants [3]  2/17 3/7 5/5
contact [2]  11/20 14/17

## C

continue [3] 5/4 5/7 15/2
convey [1] 11/6
correct [6] 5/1 5/2 6/10 6/25 7/1 16/4
cost [2] 14/22 15/1
costs [3] 14/19 14/20 15/6
could [1] 12/23
counsel [6] 5/4 10/10 10/23 11/3 11/22 14/25
course [4] 9/17 9/25 10/4 14/19
court [10] 1/1 2/21 3/3 4/22 6/17 9/23 13/13 16/2 16/3 16/10
courtroom [1] 14/10
covers [1] 13/8

## D

daily [2] 14/12 14/14
Dan [1] 8/24
Daniel [5] 2/2 2/8 3/25 4/8 13/7
date [1] 6/20
DAVID [6] 1/4 2/3 3/24 4/1 10/24 11/10
day [2] 9/3 14/19
days [3] 6/24 6/25 7/2
deadline [2] 12/22 13/25
deal [1] 8/9
dealing [1] 15/21
decision [1] 5/6
defendant [3] 2/15 12/13 12/19
defendants [4] 2/17 2/19 4/3 12/1
defense [1] 7/18
deliberation [1] 5/3
deposition [1] 15/15
depositions [1] 8/20
determine [1] 11/23
Devassy [2] 2/13 4/14
Dewan [21]
Dewan's [2] 7/15 14/7
did [3] 9/16 11/13 12/12
different [2] 7/3 11/24
DiMarco [1] 14/18
directly [4] 9/19 10/15 10/17 11/23
discuss [1] 14/5
discussion [1] 7/12
disruptive [1] 7/15
DISTRICT [5] 1/1 1/2 1/22 16/3 16/3
do [16] 6/13 7/7 7/8 8/2 9/19 11/18 12/1 12/4 13/5 13/22 14/1 14/2 14/20 15/2 15/5 15/14
does [2] 6/15 12/13
dog [1] 12/18
doing [1] 14/22
don't [13] 7/1 7/25 8/8 8/22 9/8 9/18 10/15 10/17 10/23 11/3 12/18 12/20 13/14
down [1] 15/18
Doyle [4] 2/21 16/2 16/9 16/9
during [1] 14/23

## E

each [1] 6/20
EASTERN [2] 1/2 16/3
EEOC [19]
effects [1] 15/19
either [1] 11/10 13/4
Elizabeth [2] 2/8 3/14
else [5] 3/16 4/19 14/2 14/4 15/10
elsewhere [1] 3/18
EMPLOYMENT [1] 1/10
end [1] 7/22
entire [3] 5/16 5/20 6/11

## F

entitled [1] 13/2 16/6
entry [2] 6/16 8/21
EQUAL [1] 1/10
Erin [7] 2/15 4/4 6/22 8/14 8/25 12/3 13/11
et [1] 1/4 1/6 1/13 1/15 1/17
eve [1] 8/8
even [1] 14/13
Everybody [2] 5/11 7/7
everything [1] 15/3
examination [2] 7/5 15/17
executing [1] 6/3
exhausted [3] 15/11 15/13 15/13
expect [2] 6/6 10/23 11/3
expense [3] 5/19 5/21 7/15
extensively [1] 13/13
extent [1] 13/11

## F

family [1] 5/23
far [1] 11/19
FCRR [3] 2/21 16/2 16/9
few [1] 6/25
filing [1] 5/25
find [3] 6/5 11/20 14/11
fine [1] 4/18
forego [1] 15/9
foregoing [1] 16/4
form [1] 13/9
former [1] 12/1
forth [1] 10/2
front [1] 13/13
further [1] 15/20

## G

Gerald [3] 2/4 3/19 9/13
get [4] 5/12 6/19 11/13 14/21
getting [3] 9/4 14/19 14/23
give [3] 7/14 9/3 12/21
given [1] 8/12
glad [1] 5/7
go [4] 3/5 5/24 7/7 15/20
goes [1] 7/18
going [15] 5/8 5/14 7/2 7/7 7/7 8/8 8/10 10/10 11/8 11/22 13/20 13/20 14/10 15/2 15/18
good [8] 3/8 3/12 3/14 3/21 5/6 6/6 12/20 15/23
Great [1] 9/10
Greg [2] 2/6 3/10
Grimsal [2] 2/6 3/10
guess [1] 13/22
Gulf [1] 2/19

## H

H-2B [1] 12/5
had [2] 6/17 8/5
Hal [2] 2/15 3/8
handle [1] 8/8
Hangartner [5] 2/15 4/4 6/22 8/14 12/3
has [4] 5/16 5/20 10/7 14/11
have [24]
haven't [1] 8/7
having [3] 6/11 11/20 14/2
he [14] 5/16 5/20 6/15 6/21 7/4 7/6 7/6 7/18 7/19 7/20 7/22 7/23 7/24 15/19
heard [1] 10/18
her [1] 15/9
here [7] 3/3 3/17 5/19 6/11 6/21 6/23 7/16
Hi [1] 3/10

him [3] 6/23 7/2 7/17
his [6] 5/14 5/22 6/14 6/21 7/24 15/14
hold [2] 5/8 14/15
Honor [33]
Honor's [1] 13/10
HONORABLE [1] 1/22
how [4] 7/9 7/24 8/7 15/14
huge [2] 10/1 11/17
Hugh [2] 2/2 3/23
hundreds [2] 11/19 11/20
hunt [1] 12/18

## I

I'll [2] 13/25 15/21
I'm [9] 5/8 6/23 7/18 8/1 8/17 8/25 12/17 13/19 15/18
idea [1] 8/2
identify [2] 3/5 4/21
if [20]
Immigration [1] 2/19
in [50]
in-person [1] 9/2
India [2] 5/20 7/6
Indian [1] 9/18
individual [3] 10/3 10/5 11/3
informed [1] 6/17
initial [2] 12/25 13/1
inquiring [1] 10/13
intend [1] 12/5
interested [1] 14/25
interests [2] 9/18 9/19
INTERNATIONAL [8] 1/6 1/13 1/17 2/15 3/9 3/22 4/5 4/7
interpreter [1] 8/11
interpreters [4] 8/5 8/7 8/11 9/4
intervenor [2] 9/21 12/6
intervenors [4] 2/3 4/1 10/7 11/2
into [1] 15/16
is [45]
issue [1] 15/16
issues [1] 14/4
it [13] 6/16 7/9 8/1 8/12 10/2 11/17 12/21 14/13 14/21 15/5 15/6 15/6 15/18
it's [7] 3/10 9/6 11/1 11/9 13/2 13/13 13/20
its [1] 7/23

## J

Jacob [2] 2/12 4/10
January [1] 5/17
jet [1] 15/19
joke [1] 5/13
JUDGE [2] 1/22 3/10
jury [2] 7/20 7/23
just [11] 6/11 6/15 6/25 7/3 10/1 10/5 10/13 12/21 12/23 13/16 13/16

## K

Kareen [2] 2/6 3/13
know [7] 7/25 8/18 8/22 9/5 12/24 14/9 15/1
KURIAN [1] 1/4

## L

lag [1] 15/19
LAKSHMANAN [1] 1/15
languages [4] 8/18 8/22 9/5 11/24
largely [1] 5/19
Law [1] 2/19

**L**

least [1]  8/21
let [5]  7/25 10/12 10/19 10/21 15/20
let's [2]  3/3 4/23
like [5]  4/17 6/2 7/24 12/6 12/21
line [2]  8/22 11/14
lines [1]  6/24
litigated [1]  13/13
LLC [4]  1/9 1/13 1/17 2/15
long [2]  7/9 15/17
longer [1]  6/24
look [2]  10/19 11/15
looks [1]  7/24
LOUISIANA [3]  1/2 2/22 16/4

**M**

main [1]  8/21
make [1]  15/6
Malayalam [2]  8/16 9/7
Malvern [1]  2/19
materials [2]  13/12 13/14
matter [1]  16/6
may [4]  5/24 7/4 10/16 14/20
maybe [2]  7/13 15/5
me [6]  7/25 9/3 10/12 10/19 10/21 14/1
meant [1]  7/3
mechanical [1]  2/24
members [1]  10/3
might [1]  14/25
Miller [7]  2/4 3/19 9/12 9/13 10/21
11/16 12/8
minute [4]  6/16 10/21 11/25 13/20
month [1]  5/22
more [3]  8/1 15/6 15/14
MORGAN [1]  1/22
Mostafa [2]  2/6 3/13
motion [6]  5/14 5/25 5/25 6/7 6/7 6/8
Mr [3]  9/12 9/12 14/12
Mr. [26]
Mr. Bean [1]  9/11
Mr. Cerniglia [1]  12/15
Mr. Dewan [13]  4/18 4/24 5/5 5/6 5/15
6/2 6/9 6/14 6/16 6/20 14/21 15/12
15/19
Mr. Dewan's [2]  7/15 14/7
Mr. Miller [3]  10/21 11/16 12/8
Mr. Sachin [1]  4/17
Mr. Shapiro [5]  4/23 5/7 5/14 12/15
14/17
much [2]  5/2 15/14
must [1]  15/10
mute [1]  5/9
my [6]  4/21 5/25 7/7 7/19 15/17 16/5

**N**

Naomi [3]  8/18 8/22 8/24
near [1]  7/22
necessarily [1]  8/19
need [9]  6/20 7/4 7/8 11/12 12/20
12/21 14/1 14/5 14/17
needed [2]  12/2 12/14
needs [1]  7/19
new [7]  2/22 5/16 6/10 6/15 8/17 10/25
12/22
New Orleans [3]  5/16 6/10 6/15
next [2]  9/2 15/22
nice [1]  14/14
no [9]  1/5 1/11 1/16 6/17 7/1 7/3 7/6
10/5 14/1
not [21]

**O**

objection [2]  6/14 6/18
obstacles [1]  5/21
obviously [1]  6/4
October [2]  9/3 15/22
October 30 [2]  9/3 15/22
Off [2]  5/10 14/16
office [1]  14/18
Official [3]  2/21 16/2 16/10
Oh [1]  12/15
Okay [8]  7/10 7/22 8/2 8/3 9/10 11/5
14/24 15/10
on [47]
one [13]  5/18 5/21 5/22 6/17 7/7 7/11
8/12 10/4 11/4 12/4 12/11 12/23 13/23
only [2]  9/7 12/19
opportunity [1]  1/10 15/3
optimistic [1]  8/25
or [17]
order [6]  9/17 9/24 10/14 11/10 13/8
13/10
ordered [1]  10/7
orders [1]  11/7
original [2]  13/18 13/21
Orleans [4]  2/22 5/16 6/10 6/15
other [10]  6/13 6/20 8/18 9/22 9/23
12/11 12/13 12/25 14/4 15/5
others [1]  10/16
ought [1]  9/5
our [3]  5/18 6/3 9/2
out [3]  9/1 11/20 14/11
outside [1]  13/15

**P**

participating [3]  2/1 14/13 15/1
participation [1]  14/7
particular [1]  5/22
parties [4]  6/13 7/4 9/21 9/21
past [1]  14/11
Patricia [3]  2/15 4/6 8/18
pattern [1]  10/5
paying [1]  14/22
pending [1]  9/23
people [2]  3/4 15/6
per [1]  13/10
person [1]  9/2
persons [1]  11/20
phase [9]  10/4 10/4 10/18 12/2 12/14
12/20 13/22 13/23 13/24
phone [1]  5/12
plaintiff [3]  11/1 12/6 12/11
plaintiffs [20]
plan [4]  6/21 7/17 7/24 9/3
planning [1]  6/9
please [1]  4/21
point [4]  8/18 10/6 12/24 13/25
PONNAYAN [1]  1/15
portions [1]  6/14
position [1]  13/2
Poydras [1]  2/21
practice [1]  10/5
preliminarily [1]  7/12
presence [1]  6/14
prior [1]  7/13
private [1]  9/20 10/23
probably [2]  6/1 15/17
problem [1]  9/8
proceedings [4]  2/24 3/1 15/24 16/6

processing [1]  13/4
produce [1]  14/1
produced [4]  10/14 10/22 11/2 13/9
producing [5]  10/10 11/7 11/8 12/22
13/25
protective [1]  11/9
provided [1]  11/9
put [2]  5/8 6/16
putting [1]  7/17

**Q**

question [1]  14/7
quite [1]  14/10

**R**

ran [1]  15/16
Raptis [2]  2/13 4/14
re [1]  7/5
re-examination [1]  7/5
reach [1]  7/25
reached [2]  4/24 5/3
reads [1]  9/24
really [2]  10/4 14/9
reasonable [2]  12/8 12/9
rebuttal [2]  7/19 7/19
record [3]  5/10 14/16 16/6
recorded [1]  2/24
redacted [3]  11/9 11/11 13/9
reflects [1]  6/4
regard [1]  14/7
Related [1]  1/8
report [1]  9/3
reporter [4]  2/21 3/3 16/3 16/10
reporter's [1]  4/22
represent [7]  5/7 9/19 9/19 9/25 10/15
10/15 10/17
representation [1]  4/25
represented [9]  9/20 9/22 9/22 10/9
10/16 10/17 11/21 11/21 11/22
represents [1]  9/18
reproduce [1]  10/24 11/4
request [1]  9/16
requested [2]  9/11 14/12
requesting [1]  13/4
resolved [1]  13/14
respond [1]  13/5
returns [2]  7/20 7/23
right [4]  8/25 13/19 13/19 14/1
room [4]  2/21 3/4 4/17 4/20
rough [1]  14/14
Roux [2]  2/15 3/22
Rowland [2]  2/8 3/15
run [1]  5/20

**S**

Sachin [4]  2/17 2/17 3/6 4/17
said [4]  13/16 13/16 13/17 13/23
sake [2]  4/21 4/22
same [5]  3/13 11/8 11/12 11/15 14/19
same-day [1]  14/19
Sandler [2]  2/2 3/23
schedule [2]  6/21 7/24
scheduling [1]  8/2
second [3]  5/8 5/9 14/15
Section [3]  1/6 1/12 1/18
see [4]  4/20 9/8 14/25 15/22
seems [1]  10/12
send [1]  14/21
sensitive [1]  15/18
sent [1]  13/3
set [2]  13/24 13/25

now [2]  14/1 14/11
number [1]  14/1 11/7 12/4

**S**

shall [1]  5/24
Shapiro [10]  2/17 3/6 4/16 4/23 5/7
 5/14 7/12 12/15 14/6 14/17
share [2]  14/20 15/6
she [5]  8/22 13/16 13/16 13/17 14/18
shooting [1]  7/16
should [4]  8/6 8/15 8/21 13/15
SIGNAL [11]  1/6 1/13 1/17 2/15 3/9
 3/22 4/4 4/6 12/3 12/19 13/23
Signal's [1]  13/2
since [2]  4/20 10/13
Singh [2]  2/10 4/12
so [22]
software [1]  2/25
some [8]  8/1 9/19 9/20 9/21 9/22 10/16
 10/16 14/9
something [2]  6/24 9/1
soon [2]  5/25 6/7
Sorry [2]  5/11 9/15
sounds [1]  12/21
speak [4]  4/21 5/12 8/23 11/24
Sprague [2]  2/10 4/12
stand [2]  7/2 7/7
start [2]  3/4 4/23
starting [1]  5/17
STATES [4]  1/1 1/22 5/22 16/3
STATUS [1]  1/21
stay [3]  6/11 7/20 7/23
staying [1]  5/21
stenography [1]  2/24
Steve [7]  2/13 2/17 3/6 4/14 4/16 7/12
 14/6
still [1]  15/19
Stop [1]  11/25
Street [1]  2/21
submitted [1]  13/12
subtleties [1]  11/13
suffering [1]  15/19
suggesting [1]  13/11
supplemental [3]  13/8 13/17 13/21
supplementals [1]  13/2
supposed [1]  11/15
sure [1]  8/17
SUSIE [1]  1/22

**T**

table [1]  3/5
take [3]  7/9 7/14 15/17
talk [9]  6/20 7/8 7/23 7/25 8/1 10/1
 10/19 10/21 11/12
talking [1]  11/18
Tamil [1]  9/6
technology [1]  14/10
telephone [3]  1/21 2/1 9/11
tell [2]  14/18 15/12
terms [2]  6/4 11/11
testify [3]  6/10 6/15 6/21
than [2]  6/24 8/2
Thank [1]  15/8
that [69]
that's [16]  4/18 5/1 5/2 5/6 5/18 5/21
 6/6 7/1 7/16 11/4 11/12 12/9 12/20
 13/12 13/17 14/10
their [6]  9/19 10/11 10/17 11/3 11/22
 12/7
them [9]  9/19 9/20 9/21 10/15 10/17
 10/24 11/7 11/23 12/20
then [10]  3/18 7/25 8/9 9/5 10/23 11/21
 12/6 12/21 13/24 14/21

there [10]  5/11 5/12 7/18 7/19 9/5
 12/2 16/2 16/11 16/24 16/25
there's [2]  14/1 14/9
thereafter [1]  6/7
these [3]  8/20 11/7 12/11
they [13]  7/8 10/9 10/10 10/10 11/20
 11/21 11/22 11/23 11/24 12/4 12/4
 12/19 12/20
thing [2]  7/11 11/8
think [15]  7/1 8/15 8/20 8/25 9/2 11/8
 11/11 11/17 12/19 13/9 13/14 13/23
 14/12 15/13 15/22
thinking [1]  7/11 7/13 8/6 8/12
this [24]
Thomas [2]  10/25 11/1
those [7]  6/24 9/20 10/11 10/13 11/2
 11/4 12/22
though [1]  5/24
thought [4]  8/5 8/6 8/10 8/13
three [1]  9/7
through [2]  10/11 11/22
Tim [2]  2/19 4/2
time [7]  5/20 7/7 7/24 11/18 15/16
 15/18 15/22
timing [1]  10/2
today [2]  11/13 15/11
together [2]  3/4 8/19
Toni [4]  2/21 16/2 16/9 16/9
too [1]  7/15
transcript [2]  1/21 16/5
transcription [1]  2/25
transcripts [4]  14/12 14/14 14/19 14/23
translator [2]  8/16 8/17
treated [1]  11/15
trial [16]  5/16 6/10 6/11 6/15 6/20 7/14
 8/6 8/9 8/11 8/20 9/4 13/23 13/24 14/8
 14/13 14/23
true [1]  16/4
trying [1]  11/6
Tsu [1]  8/18
Tuesday [2]  6/1 6/7
Tusa [4]  2/21 16/2 16/9 16/9
two [9]  6/24 10/4 10/18 11/6 12/2
 12/14 12/20 13/22 13/24

**U**

under [1]  10/14
understand [6]  4/23 5/15 12/11 12/12
 13/19 14/24
understanding [2]  7/20 16/5
understood [1]  11/17
Ungar [2]  2/15 3/8
UNITED [4]  1/1 1/22 5/22 16/3
United States [1]  5/22
until [11]  6/1 7/13 7/20 7/23 8/8 10/4
 10/18 12/2 12/14 12/20 13/24
up [1]  5/12
update [1]  9/8
us [4]  4/17 4/20 6/4 15/2
using [1]  2/24

**V**

verdict [2]  7/21 7/23
Vermont [1]  13/3
versus [3]  1/5 1/12 1/16
very [2]  15/17 15/18
Via [1]  2/1
visa [4]  9/17 10/9 12/7 13/4
visas [1]  11/24

**W**

wait [2]  8/8 13/24
waiving [1]  6/14
Walker [2]  2/12 4/10
want [4]  8/8 13/5 14/20 15/6
wanted [2]  10/1 14/11
wants [2]  8/22 14/21
was [7]  5/13 11/6 11/14 12/25 13/8
 13/24 15/1
way [2]  7/12 15/5
we [46]
we'll [6]  5/12 6/6 6/16 7/25 9/1 9/8
week [4]  6/23 7/2 7/13 7/13
weekend [1]  15/23
weeks [1]  6/24
well [7]  6/6 10/7 10/19 11/19 12/9
 12/20 15/16
were [3]  10/13 10/20 13/3
Werner [4]  2/2 3/25 8/24 13/7
what [8]  7/16 7/24 9/5 11/1 11/6 11/8
 13/22 13/23
what's [1]  11/11
whatever [2]  7/8 14/22
when [4]  6/19 6/20 7/8 7/18
where [1]  5/20
whether [2]  5/16 8/6
which [3]  5/4 6/4 15/1
while [1]  14/11
who [4]  3/4 3/18 12/6 14/25
who's [1]  12/10
whoever [1]  14/21
whom [1]  10/16
will [24]
withdraw [6]  5/14 5/15 5/25 5/25 6/7
 6/8
without [1]  5/22
witness [1]  12/5
won't [2]  14/23 15/17
wondering [1]  10/20
words [1]  12/25
work [2]  9/1 12/21
worked [1]  15/9
worker [1]  12/5
workers [1]  9/18
working [3]  8/16 8/19 11/23
would [19]
wouldn't [1]  12/10
Wow [1]  15/10

**Y**

Yes [6]  5/1 5/18 6/12 8/4 9/13 11/16
you [42]
you're [6]  6/9 6/10 7/1 11/8 12/15
 14/22
your [36]
Your Honor [28]
Your Honor's [1]  13/10
yourself [1]  4/21
yourselves [1]  3/5