MINUTE ENTRY
MORGAN, J.
October 30, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**  Defendants | **SECTION "E"** |

Related Case:

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**  Defendants | **SECTION "E"** |

Related Case:

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218  (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**  Defendants | **SECTION "E"** |

*Applies to:  All Cases*

1

| | |
|---|---|
| Present: | Alan Howard, Daniel Werner, Naomi Tsu, Meredith Stewart, Hugh Sandler, and Tracie Washington on behalf of the Plaintiffs in the *David* case; |
| | Daniel Werner and Meredith Stewart on behalf of Plaintiff-Intervenors in the *EEOC* case; |
| | Greg Grimsal on behalf of all plaintiffs in the consolidated *Achari* cases; |
| | Eben Colby on behalf of the *Chakkiyattil* Plaintiffs; |
| | Stephen Raptis on behalf of the *Devassy* Plaintiffs; |
| | Erin Hangartner, Brian Roux, Alan Weinberger, Patricia Bollman, Hal Ungar, Elham Rabbani, and Mitch Hasenkampf on behalf of Defendant Signal International LLC ("Signal"); |
| | Stephen Shapiro on behalf Defendants Sachin Dewan and Dewan Consultants Pvt. Ltd. (the "Dewan Defendants"); and |
| | Timothy Cerniglia on behalf of Defendants Malvern C. Burnett, the Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (the "Burnett Defendants"). |

The Court held a status conference in the above-captioned matters on October 30, 2014 at 2:00 p.m. The parties discussed various scheduling issues. The parties confirmed the scheduling orders previously circulated by the law clerk accurately reflect all outstanding deadlines. The Court will enter those scheduling orders subject to the changes agreed to by all parties.

With input from the parties, the Court selected trial dates in the following cases: (1) first *Thomas* trial – July 12, 2016 (plaintiffs to be determined); (2) second *David* trial – September 12, 2016 (remaining 7 plaintiffs); (3) second *Achari* trial – October 31, 2016 (plaintiffs to be determined); and (4) second *Chakkiyattil* trial – January 9, 2017 (plaintiffs to be determined). The parties shall submit proposed plaintiffs to the Court

for the first *Thomas* trial by December 31, 2014; for the second *Achari* trial by January 31, 2015; and for the second *Chakkiyattil* trial by March 31, 2015. Any disagreement on trial plaintiffs will be discussed at the next status conference. The parties have already selected the plaintiffs whose claims will be tried in the first *David* trial, the first *Achari* trial, and the first *Chakkiyattil* trial. The emails in which the *Achari* plaintiffs and the *Chakkiyattil* plaintiffs were designated, as well as a master list compiled by the Court, are attached to this minute entry.

The parties discussed the status of pending motions. The Court continues to review *in camera* the 2000 documents provided by Signal in connection with its motion for protective order.[1] In response to Signal's motion for partial summary judgment on choice of law,[2] the *David* Plaintiffs shall file a supplemental memorandum addressing the differences between Indian law, Mississippi law, and Louisiana law by November 7, 2014. Signal and the other Defendants may file supplemental memoranda in response by November 14, 2014. The parties in the consolidated *Achari* cases may file supplemental memoranda on choice of law by January 15, 2015. Responses are due by January 31, 2015. The Court will not rule on choice of law in the consolidated *Achari* cases until all additional briefing has been received. Counsel for the *David* Plaintiffs and the Burnett Defendants will meet and confer in an attempt to amicably resolve the motion for sanctions currently pending in the *David* case.[3] The *David* Plaintiffs are contemplating withdrawing certain claims in their sixth amended complaint, which would in turn moot the motions for partial summary judgment addressing those claims. The deadline for the *David* Plaintiffs to respond to Signal's recently re-filed motions for

---

[1] R. Doc. 1752 in *David*, R. Doc. 462 in *EEOC*, and R. Doc. 327 in *Achari*.
[2] R. Doc. 1762 in *David* and R. Doc. 333 in *Achari*.
[3] R. Doc. 1846.

3

partial summary judgment[4] is extended to November 18, 2014.  The Court informed the parties that the motion to dismiss pending at the time the *Singh* case was transferred is not considered to be pending before this Court.

The parties discussed various issues related to discovery.  The Court advised that the protective orders in the related cases also apply to the *Thomas* case.  The parties discussed the production of documents responsive to a subpoena issued by EEOC to RSA.  By November 13, 2014, RSA and Signal shall each provide EEOC with a privilege log.  The documents produced by RSA shall be Bates stamped or bear some other identifiable connection to RSA.  Signal shall communicate the Court's orders to RSA and inform RSA that it is expected to have counsel in this matter separate from Signal's counsel.  Signal represented that it previously sent an email to Michael Bullerman regarding the manner in which Signal searched its internal documents for the names of the *Thomas* Plaintiffs.  Signal further represented that Mr. Bullerman has not responded to this email.  Daniel Werner will inform Mr. Bullerman that he must answer Signal's email by November 6, 2014.

The parties discussed various issues related to the *David* trial.  The parties continue to finalize the interpreter(s) to be used at trial.  The Court will reserve an overflow courtroom to accommodate the lawyers and their staff.  The parties may request daily transcripts from Betty DiMarco.  The parties agreed to meet with the Court's case manager on the morning of the pre-trial conference to review courtroom technology.  The Court advised that no witness may testify at trial if not previously made available for deposition.  The Court tentatively allotted two-and-a-half weeks for Plaintiffs' case-in-chief.  Trial will begin on each trial day at 8:30 a.m. and end by 6:00

---

[4] R. Docs. 1871, 1873.

p.m.  The jury will be composed of 8 persons, 2 of which will be alternates.  All jurors will deliberate.  The parties may file a motion to provide a juror questionnaire.  The Court's rulings on the *in terrorem* issue shall remain in effect at trial.  Defendants will not be permitted to inquire whether, for example, any of the trial plaintiffs applied for T & U visas.  Any clarification regarding the admissibility of post-Signal information should be sought through a motion *in limine*.  Plaintiffs will confirm that all original and supplemental affidavits related to the T & U visas have been provided to Signal.  Finally, the parties discussed the claims that will be tried at the first *David* trial.

The parties discussed various issues related to the pretrial order.  The exhibits listed in the pre-trial order shall be made available to the Burnett Defendants and the Dewan Defendants in an accessible format.  Exhibits shall be described with specificity and identified by Bates numbers. The level of detail with which disputed and undisputed material facts shall be described is left to the discretion of the parties. The parties agreed to begin preparing the pre-trial order, joint jury instructions, and jury verdict form well in advance of the deadlines in the scheduling order.

The Court reminded the parties that *ex parte* motions cannot be filed as such unless the body of the motion affirmatively represents that opposing counsel does not object to the relief requested.

The Court further reminded that all filings in excess of 50 pages must be delivered to the Court in hard copy with a table of contents and corresponding tabs.

The Court's judicial assistant reported on the publication of decisions issued in the related cases.  Westlaw has created a "Westclip," which provides notification to a Westlaw representative when an opinion is filed.  The judicial assistant further reported

that the caption of all opinions now accurately reflects the case(s) in which the opinion was filed.

Signal advised that it has a copy of all exhibits used during class certification. Signal will make those exhibits available for inspection at its office upon request.

The parties discussed the possibility of private mediation in lieu of the Court-ordered settlement conference. Counsel for Signal will discuss mediation with its client and relay that the Court believes mediation is the most efficient means of resolving these related cases. By November 3, 2014, counsel will inform the Court and opposing counsel whether Signal will agree to mediation. If Signal does not agree to mediation, *all* parties must participate in a settlement conference before Judge Knowles by December 5, 2014. Signal's CEO and CFO shall attend in person.

By November 6, 2014, Signal shall review the consent decree provided by EEOC and respond with any suggested changes.

The parties in the *David* case shall be prepared to discuss the following at the pre-trial conference: (1) interpreters to be used at trial; (2) whether Signal may defer its examination of certain witnesses adverse to Plaintiffs that are called in Plaintiffs' case-in-chief; (3) whether any exhibits listed in the pre-trial order are confidential and require special treatment at trial; (4) whether the Court should empanel more than two alternate jurors; (5) the number of peremptory challenges for each party; and (6) the time limit for opening statements.

**New Orleans, Louisiana, this 21st day of November, 2014.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (4:00)

# **TRIAL PLAINTIFFS**
## *Achari v. Signal*
## **(13-6218 c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)**

### *Achari* **(13-6218) – First Trial: July 16, 2015**

1. Subhashithan Bahuleyan
2. Rajankunju Geevarghese
3. Jomon George
4. Joy Jacob
5. Biju John
6. Johny Mathew
7. Shaji Veluthalakuzhiyil Nanoo
8. Justin Poulose
9. Ranjit Singh
10. Moni Panikulangara Thomas

### *Chakkiyattil* **(13-6219) – First Trial: December 28, 2015**

1. George Paily Paulose Chakkiyattil
2. Roy Punakkattu George
3. Shaju Olangattu Mathew
4. Sudheeran Panayamthatta
5. Telson Joseph Pazhampilly
6. Sreekumar Janardhanan Pillai
7. Shawkat Ali Shaikh
8. Arunkumar Shaw Narayan Shaw
9. Subash Chandra Shukla
10. Jaison Antony Thekkumpuram



RE: List of Plaintiffs for the First Chakkiyattil Trial
Walker, Jacob A
to:
'Philip_Dore@laed.uscourts.gov'
10/28/2014 05:17 PM
Cc:
"'elizabeth.rowland@lw.com'", "DBuras@BurasLawFirm.com", "abouhabib@crowell.com", "ahoward@crowell.com", "anjali.nair@splcenter.org", "aweinberger@hanrylaw.com", "broux@hanrylaw.com", "cbhatnagar@aclu.org", "csuzuki@crowell.com", "daniel.werner@splcenter.org", "ehangartner@hanrylaw.com", "erabbani@hanrylaw.com", "hsandler@crowell.com", "hungar@hanrylaw.com", "isuriyopas@aaldef.org", "jbjarnson@swcblaw.com", "jcornblatt25@gmail.com", "jperson@sessions-law.biz", "kgraunke@splcenter.org", "meredith.stewart@splcenter.org", "naomi.tsu@splcenter.org", "patricia@bollmanfirm.com", "shapesq1@cox.net", "tcerniglia@cerniglialaw.pro", "tlwesq@cox.net", "anica.jones@eeoc.gov", "eden.heilman@splcenter.org", "gerald.miller@eeoc.gov", "julie.bean@eeoc.gov", "marsha.rucker@eeoc.gov", "steven.murray@eeoc.gov", "tom.fritzsche@splcenter.org", "djohnson@cov.com", "echen@manatt.com", "ehangartner@hanrylaw.com", "erabbani@hanrylaw.com", "ggrimsal@gordonarata.com", "grant.wahlquist@lw.com", "hungar@hanrylaw.com", "jaiello@mwe.com", "jarvelo@cov.com", "jasher@cov.com", "jessica.rostoker@lw.com", "jlacks@manatt.com", "jlow@mwe.com", "Katelyn.Beaudette@lw.com", "mabdelkarim@cov.com", "matthew.salerno@lw.com", "mbhargava@manatt.com", "Walsh, Michael R", "MILES.RUTHBERG@lw.com", "mkanny@manatt.com", "mkrumm@mwe.com", "mmehta@cov.com", "Simshauser, Peter", "ralshak@manatt.com", "rblum@manatt.com", "rfabrikant@manatt.com", "rkline@mwe.com", "Sarah.Chandrika@lw.com", "sclark@mwe.com", "scopley@gordonarata.com", "sraptis@manatt.com", "sspears@mwe.com", "Daniel.Adams@lw.com", "craig.batchelor@lw.com", "Colby, Eben P"
Hide Details
From: "Walker, Jacob A" <Jacob.Walker@skadden.com> Sort List...

To: "'Philip_Dore@laed.uscourts.gov'" <Philip_Dore@laed.uscourts.gov>

Cc: "'elizabeth.rowland@lw.com'" <elizabeth.rowland@lw.com>, "DBuras@BurasLawFirm.com" <DBuras@BurasLawFirm.com>, "abouhabib@crowell.com" <abouhabib@crowell.com>, "ahoward@crowell.com" <ahoward@crowell.com>, "anjali.nair@splcenter.org" <anjali.nair@splcenter.org>, "aweinberger@hanrylaw.com" <aweinberger@hanrylaw.com>, "broux@hanrylaw.com" <broux@hanrylaw.com>, "cbhatnagar@aclu.org" <cbhatnagar@aclu.org>, "csuzuki@crowell.com" <csuzuki@crowell.com>, "daniel.werner@splcenter.org" <daniel.werner@splcenter.org>, "ehangartner@hanrylaw.com" <ehangartner@hanrylaw.com>, "erabbani@hanrylaw.com" <erabbani@hanrylaw.com>, "hsandler@crowell.com" <hsandler@crowell.com>, "hungar@hanrylaw.com" <hungar@hanrylaw.com>, "isuriyopas@aaldef.org" <isuriyopas@aaldef.org>, "jbjarnson@swcblaw.com" <jbjarnson@swcblaw.com>, "jcornblatt25@gmail.com" <jcornblatt25@gmail.com>, "jperson@sessions-law.biz" <jperson@sessions-law.biz>, "kgraunke@splcenter.org" <kgraunke@splcenter.org>, "meredith.stewart@splcenter.org" <meredith.stewart@splcenter.org>, "naomi.tsu@splcenter.org" <naomi.tsu@splcenter.org>, "patricia@bollmanfirm.com" <patricia@bollmanfirm.com>, "shapesq1@cox.net" <shapesq1@cox.net>, "tcerniglia@cerniglialaw.pro" <tcerniglia@cerniglialaw.pro>, "tlwesq@cox.net" <tlwesq@cox.net>, "anica.jones@eeoc.gov" <anica.jones@eeoc.gov>, "eden.heilman@splcenter.org" <eden.heilman@splcenter.org>, "gerald.miller@eeoc.gov" <gerald.miller@eeoc.gov>, "julie.bean@eeoc.gov" <julie.bean@eeoc.gov>, "marsha.rucker@eeoc.gov" <marsha.rucker@eeoc.gov>, "steven.murray@eeoc.gov" <steven.murray@eeoc.gov>, "tom.fritzsche@splcenter.org"

&lt;tom.fritzsche@splcenter.org&gt;, "djohnson@cov.com" &lt;djohnson@cov.com&gt;, "echen@manatt.com" &lt;echen@manatt.com&gt;, "ehangartner@hanrylaw.com" &lt;ehangartner@hanrylaw.com&gt;, "erabbani@hanrylaw.com" &lt;erabbani@hanrylaw.com&gt;, "ggrimsal@gordonarata.com" &lt;ggrimsal@gordonarata.com&gt;, "grant.wahlquist@lw.com" &lt;grant.wahlquist@lw.com&gt;, "hungar@hanrylaw.com" &lt;hungar@hanrylaw.com&gt;, "jaiello@mwe.com" &lt;jaiello@mwe.com&gt;, "jarvelo@cov.com" &lt;jarvelo@cov.com&gt;, "jasher@cov.com" &lt;jasher@cov.com&gt;, "jessica.rostoker@lw.com" &lt;jessica.rostoker@lw.com&gt;, "jlacks@manatt.com" &lt;jlacks@manatt.com&gt;, "jlow@mwe.com" &lt;jlow@mwe.com&gt;, "Katelyn.Beaudette@lw.com" &lt;Katelyn.Beaudette@lw.com&gt;, "mabdelkarim@cov.com" &lt;mabdelkarim@cov.com&gt;, "matthew.salerno@lw.com" &lt;matthew.salerno@lw.com&gt;, "mbhargava@manatt.com" &lt;mbhargava@manatt.com&gt;, "Walsh, Michael R" &lt;Michael.Walsh@skadden.com&gt;, "MILES.RUTHBERG@lw.com" &lt;MILES.RUTHBERG@lw.com&gt;, "mkanny@manatt.com" &lt;mkanny@manatt.com&gt;, "mkrumm@mwe.com" &lt;mkrumm@mwe.com&gt;, "mmehta@cov.com" &lt;mmehta@cov.com&gt;, "Simshauser, Peter" &lt;Peter.Simshauser@skadden.com&gt;, "ralshak@manatt.com" &lt;ralshak@manatt.com&gt;, "rblum@manatt.com" &lt;rblum@manatt.com&gt;, "rfabrikant@manatt.com" &lt;rfabrikant@manatt.com&gt;, "rkline@mwe.com" &lt;rkline@mwe.com&gt;, "Sarah.Chandrika@lw.com" &lt;Sarah.Chandrika@lw.com&gt;, "sclark@mwe.com" &lt;sclark@mwe.com&gt;, "scopley@gordonarata.com" &lt;scopley@gordonarata.com&gt;, "sraptis@manatt.com" &lt;sraptis@manatt.com&gt;, "sspears@mwe.com" &lt;sspears@mwe.com&gt;, "Daniel.Adams@lw.com" &lt;Daniel.Adams@lw.com&gt;, "craig.batchelor@lw.com" &lt;craig.batchelor@lw.com&gt;, "Colby, Eben P" &lt;Eben.Colby@skadden.com&gt;

Philip,

Pursuant to your request this afternoon, please see below the July 9, 2014 e-mail from Eben Colby of Skadden, Arps to Lon LeSueur listing the ten plaintiffs whose claims will be tried in the first Chakkiyattil trial. All defense (and plaintiffs) counsel were copied on the e-mail, as shown.

Please do not hesitate to contact me should you have any further questions.

Regards,

Jake Walker


**Jacob A. Walker**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**500 Boylston Street | Boston | Massachusetts | 02116**
T: 617.573.4857 | F: 617.305.4857
jacob.walker@skadden.com

---

**From:** Colby, Eben P (BOS)

**Sent:** Wednesday, July 09, 2014 1:06 PM
**To:** Laurence_LeSueur@laed.uscourts.gov
**Cc:** 'elizabeth.rowland@lw.com'; DBuras@BurasLawFirm.com; abouhabib@crowell.com; ahoward@crowell.com; anjali.nair@splcenter.org; aweinberger@hanrylaw.com; broux@hanrylaw.com; cbhatnagar@aclu.org; csuzuki@crowell.com; daniel.werner@splcenter.org; ehangartner@hanrylaw.com; erabbani@hanrylaw.com; hsandler@crowell.com; hungar@hanrylaw.com; isuriyopas@aaldef.org; jbjarnson@swcblaw.com; jcornblatt25@gmail.com; jperson@sessions-law.biz; kgraunke@splcenter.org; meredith.stewart@splcenter.org; naomi.tsu@splcenter.org; patricia@bollmanfirm.com; shapesq1@cox.net; tcerniglia@cerniglialaw.pro; tlwesq@cox.net; anica.jones@eeoc.gov; eden.heilman@splcenter.org; gerald.miller@eeoc.gov; julie.bean@eeoc.gov; marsha.rucker@eeoc.gov; steven.murray@eeoc.gov; tom.fritzsche@splcenter.org; djohnson@cov.com; echen@manatt.com; ehangartner@hanrylaw.com; erabbani@hanrylaw.com; ggrimsal@gordonarata.com; grant.wahlquist@lw.com; hungar@hanrylaw.com; Walker, Jacob A (BOS); jaiello@mwe.com; jarvelo@cov.com; jasher@cov.com; jessica.rostoker@lw.com; jlacks@manatt.com; jlow@mwe.com; Katelyn.Beaudette@lw.com; mabdelkarim@cov.com; matthew.salerno@lw.com; mbhargava@manatt.com; Walsh, Michael R (BOS); MILES.RUTHBERG@lw.com; mkanny@manatt.com; mkrumm@mwe.com; mmehta@cov.com; Simshauser, Peter (BOS); ralshak@manatt.com; rblum@manatt.com; rfabrikant@manatt.com; rkline@mwe.com; Sarah.Chandrika@lw.com; sclark@mwe.com; scopley@gordonarata.com; sraptis@manatt.com; sspears@mwe.com; Daniel.Adams@lw.com; craig.batchelor@lw.com
**Subject:** List of Plaintiffs for the First Chakkiyattil Trial

Lon,

Per the Court's February 21 minute order, below please find the list of plaintiffs whose claims will be tried in the first Chakkiyattil trial. Signal has informed us that they have no objections to the below list.

George Paily Paulose Chakkiyattil
Roy Punakkattu George
Shaju Olangattu Mathew
Sudheeran Panayamthatta
Telson Joseph Pazhampilly
Sreekumar Janardhanan Pillai
Shawkat Ali Shaikh
Arunkumar Shaw Narayan Shaw
Subash Chandra Shukla
Jaison Antony Thekkumpuram


Regards,
Eben


**Eben P. Colby**
**Skadden, Arps, Slate, Meagher & Flom LLP**
500 Boylston Street | Boston | Massachusetts | 02116
T: 617.573.4855 | F: 617.305.4855
eben.colby@skadden.com

---

**From:** elizabeth.rowland@lw.com [mailto:elizabeth.rowland@lw.com]
**Sent:** Wednesday, July 09, 2014 10:09 AM
**To:** Laurence_LeSueur@laed.uscourts.gov
**Cc:** DBuras@BurasLawFirm.com; abouhabib@crowell.com; ahoward@crowell.com; anjali.nair@splcenter.org; aweinberger@hanrylaw.com; broux@hanrylaw.com; cbhatnagar@aclu.org; csuzuki@crowell.com; daniel.werner@splcenter.org; ehangartner@hanrylaw.com; erabbani@hanrylaw.com; hsandler@crowell.com; hungar@hanrylaw.com; isuriyopas@aaldef.org; jbjarnson@swcblaw.com; jcornblatt25@gmail.com; jperson@sessions-law.biz; kgraunke@splcenter.org; meredith.stewart@splcenter.org; naomi.tsu@splcenter.org; patricia@bollmanfirm.com; shapesq1@cox.net; tcerniglia@cerniglialaw.pro; tlwesq@cox.net; anica.jones@eeoc.gov; eden.heilman@splcenter.org; gerald.miller@eeoc.gov; julie.bean@eeoc.gov; marsha.rucker@eeoc.gov; steven.murray@eeoc.gov; tom.fritzsche@splcenter.org; djohnson@cov.com; Colby, Eben P (BOS); echen@manatt.com; ehangartner@hanrylaw.com; erabbani@hanrylaw.com; ggrimsal@gordonarata.com; grant.wahlquist@lw.com;

hungar@hanrylaw.com; Walker, Jacob A (BOS); jaiello@mwe.com; jarvelo@cov.com; jasher@cov.com; jessica.rostoker@lw.com; jlacks@manatt.com; jlow@mwe.com; Katelyn.Beaudette@lw.com; mabdelkarim@cov.com; matthew.salerno@lw.com; mbhargava@manatt.com; Walsh, Michael R (BOS); MILES.RUTHBERG@lw.com; mkanny@manatt.com; mkrumm@mwe.com; mmehta@cov.com; Simshauser, Peter (BOS); ralshak@manatt.com; rblum@manatt.com; rfabrikant@manatt.com; rkline@mwe.com; Sarah.Chandrika@lw.com; sclark@mwe.com; scopley@gordonarata.com; sraptis@manatt.com; sspears@mwe.com; Daniel.Adams@lw.com; craig.batchelor@lw.com
**Subject:** List of Plaintiffs for the First Achari Trial

Lon,

Per the Court's February 21 minute order, below please find the list of plaintiffs whose claims will be tried in the first *Achari* trial. This list has been agreed upon by Signal and the *Achari* plaintiffs.

1. Subhashithan Bahuleyan
2. Rajankunju Geevarghese
3. Jomon George
4. Joy Jacob
5. Biju John
6. Johny Mathew
7. Shaji Veluthalakuzhiyil Nanoo
8. Justin Poulose
9. Ranjit Singh
10. Moni Panikulangara Thomas

Sincerely,


**Elizabeth C. Rowland**

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Direct Dial: +1.212.906.4751
Fax: +1.212.751.4864
Email: elizabeth.rowland@lw.com
http://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP

---

--------------------------------------------------------------------------
**************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided

upon request.
**************************************************

========================================================================