UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.** | **CIVIL ACTION** |
| Plaintiffs | No. 08-1220 |
| | SECTION "E" |
| VERSUS | |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | |
| Defendants | |

*Related Cases:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | **CIVIL ACTION** |
| **COMMISSION,** | No. 12-557 |
| Plaintiff | SECTION "E |
| VERSUS | |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | |
| Defendants | |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,** | **CIVIL ACTION** |
| Plaintiffs | No. 13-6218 (c/w 13-6219, |
| VERSUS | 13-6220, 13-6221, 14-732, |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | and 14-1818) |
| Defendants | SECTION "E" |

**Applies To:**  *David v. Signal* **(08-1220)**

## SIGNAL'S MOTION TO DISMISS ITS CROSSCLAIMS AGAINST MICHAEL POL

The Signal defendants respectfully request that the Court dismiss without prejudice their cross claims against Michael Pol. The Signal defendants asserted cross claims for fraud, breach of contract, unfair trade practices, detrimental reliance, and indemnity against Michael Pol in their Answer, Affirmative Defenses and Cross Claims to the Sixth Amended *David* Complaint, Rec. Doc. 1748, paras. 584-590, 606-609, 610-614, 615-620, 621-625, 638-640.  Michael Pol has a Chapter 7 bankruptcy proceeding pending in the Southern District of Mississippi, No. 13-51168-

KMS.  Signal has filed an adversary proceeding in the bankruptcy matter, No. 14-05033-KMS.  Due to the automatic stay imposed by Mr. Pol's bankruptcy, and in light of the adversary proceeding, Signal seeks to dismiss without prejudice its claims against Michael Pol in the *David* lawsuit.

For the foregoing reasons, Signal urges the Court to grant this Motion to Dismiss and to dismiss Signal's crossclaims against Michael Pol without prejudice.

Respectfully submitted,

*/s/ Erin Casey Hangartner*
Erin Casey Hangartner, La. Bar No. 24768
Alan Dean Weinberger, La. Bar No. 13331
Hal D. Ungar, La. Bar No. 31344
Elham R. Rabbani, La. Bar No. 33322
Brian C. Roux, La. Bar No. 35298
Lance R. Rydberg, La. Bar No. 02089
Mitchell P. Hasenkampf, La. Bar No. 32870
Robert L. Keller III, La. Bar No. 35188
Kevin P. Maney, La. Bar No. 33956
Lauren Masur Davis, La. Bar No. 34669
HANGARTNER RYDBERG & TERRELL, LLC
701 Poydras Street, Suite 310
New Orleans, LA 70139
Telephone: (504) 522-5690
Facsimile:  (504) 522-5689
ehangartner@hanrylaw.com
aweinberger@hanrylaw.com
hungar@hanrylaw.com
erabbani@hanrylaw.com
broux@hanrylaw.com
lrydberg@hanrylaw.com
mhasenkampf@hanrylaw.com
rkeller@hanrylaw.com
kmaney@hanrylaw.com
lmasur@hanrylaw.com

And

>Patricia A. Bollman, La. Bar 17563
>James L. Cornblatt, (Pro Hac Vice)
>Patricia A. Bollman,
>A Professional Law Corporation
>Post Office Box 13707
>New Orleans, LA 70185
>Telephone: (504) 218-5887
>Facsimile: (504) 304-0890
>patricia@bollmanfirm.com
>cornblatt25@gmail.com
>
>*Counsel for Signal International, L.L.C.*
>*Signal International, Inc.,*
>*Signal International Texas, G.P., and*
>*Signal International Texas, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2014, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

>*/s/ Erin Casey Hangartner*
>ERIN CASEY HANGARTNER