# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.** | **CIVIL ACTION** |
|     Plaintiffs | No. 08-1220 |
| | SECTION "E" |
| **VERSUS** | |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | |
|     Defendants | |

*Related Cases:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | **CIVIL ACTION** |
|     Plaintiff | No. 12-557 |
| **VERSUS** | SECTION "E |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | |
|     Defendants | |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,** | **CIVIL ACTION** |
|     Plaintiffs | No. 13-6218 (c/w 13-6219, |
| **VERSUS** | 13-6220, 13-6221, 14-732, |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | and 14-1818) |
|     Defendants | SECTION "E" |

**Applies To:**   *David v. Signal* **(08-1220)**

## ORDER

Considering the foregoing Signal Motion to Dismiss its Crossclaims against Michael Pol;

The Motion is hereby GRANTED, dismissing without prejudice all of Signal's claims asserted against Michael Pol in the captioned matter.

New Orleans, Louisiana this 5th day of December, 2014.

*Susie Morgan*
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE