MINUTE ENTRY
MORGAN, J.
December 11, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

**Related Case:**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

**Related Case:**

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br>**(c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

*Applies to:*
*David* **(08-1220)**

1

A telephone status conference was held on December 11, 2014 at 3:00 p.m.

Participating:   Alan Howard and Daniel Werner on behalf of the Plaintiffs;

Erin Hangartner, Brian Roux, Alan Weinberger, Mitchell Hasenkampf, and Patricia Bollman on behalf of Defendant Signal International LLC ("Signal");

Stephen Shapiro on behalf of Defendants, Sachin Dewan and Dewan Consultants Pvt. Ltd. (the "Dewan Defendants"); and

Timothy Cerniglia on behalf of the Defendants, Malvern C. Burnett, the Law Offices of Malvern C. Burnett, A.P.C. and Gulf Coast Immigration Law Center, L.L.C. ( the "Burnett Defendants").

The parties discussed various issues related to the upcoming trial, including submission of the proposed pre-trial order.  Demonstrative exhibits to be used in opening statements shall be provided to opposing counsel in accordance with the scheduling order.[1]  The Court will set a deadline for the production of demonstrative exhibits to be used in closing statements at a later date.

The parties shall make every effort to identify and list *all* demonstrative exhibits to be used at trial in the pre-trial order.  In the event a party wishes to use a demonstrative exhibit not listed in the pre-trial order, that party must first seek leave of Court.  The proposed exhibit must be provided to the Court and opposing counsel at least 24 hours prior to its intended use.  Opposing counsel must confer with the offering party and inform the Court of any objection to the proposed exhibit by 8:30 a.m. the next morning.

The parties agreed to provide the Court at the pre-trial conference with two iPads pre-loaded with exhibits intended to be used at trial.

---

[1] R. Doc. 1965.

The parties agreed to meet with the Court's case manager at 10:00 a.m. on December 17, 2014 to discuss courtroom technology. A member of the Court's information technology department will be present.

At the end of each trial day, a lawyer for each party shall remain in the courtroom to review the list of admitted exhibits with the Court's case manager.

The deadline for submitting the proposed pre-trial order is extended to December 15, 2014 at 5:00 p.m.

The parties also discussed various issues related to Plaintiffs' FLSA claims

**New Orleans, Louisiana, this 13th day of December, 2014.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (2:30)