## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID**, *et al.*,<br>                    Plaintiffs,<br><br>         -against-<br><br>**SIGNAL INTERNATIONAL, LLC**, *et al.*,<br>                    Defendants. | CIVIL ACTION<br><br>No. 08-1220-SM-DEK<br><br>SECTION "E" |
| **Related Case:**<br><br>**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**<br>                    Plaintiffs,<br><br>    and<br><br>**SABULAL VIJAYAN**, *et al.*<br>                    Plaintiffs-<br>                    Intervenors<br><br>         -against-<br><br>**SIGNAL INTERNATIONAL, LLC**,<br>                    Defendant. | CIVIL ACTION<br><br>No. 12-557-SM-DEK<br><br>SECTION "E" |
| **Related Case:**<br><br>**LAKSHMANAN PONNAYAN ACHARI**, *et al.*<br>                    Plaintiffs,<br><br>         -against-<br><br>**SIGNAL INTERNATIONAL, LLC**, *et al.*,<br>                    Defendants | CIVIL ACTION<br><br>No. 13-6218-SM-DEK<br>(c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)<br><br>SECTION "E" |

**Applies To:** *David*, No. 08-1220

**PRE-TRIAL ORDER**

1. The date of the Pre-Trial Conference is December 17, 2014, at 12:00 p.m.

2. Counsel for the parties:

   For Plaintiffs:

   Alan Howard, Lead Trial Attorney
   Chandra Bhatnagar
   Joseph Bjarnson
   Amal Bouhabib
   Kristi Graunke
   Dahsong Kim
   Anjali Nair
   Hugh Sandler
   Meredith Stewart
   Ivy Suriyopas
   Chiemi Suzuki
   Naomi Tsu
   Tracie Washington
   Daniel Werner

   For the Signal Defendants:

   Erin Hangartner, Lead Trial Counsel
   Patricia Bollman
   Mitchell Hasenkampf
   Elham Rabbani
   Brian Roux
   Hal Ungar
   Alan Weinberger

   For the Burnett Defendants:

   Timothy Cerniglia

   For the Dewan Defendants:

   Stephen Shapiro

3. Plaintiffs are five individuals from India who were recruited by Defendants to work at Signal International, L.L.C. as welders or fitters over the time period November 2006 to March 2008.

Defendants Signal International, L.L.C., Signal International Texas GP, LLC and Signal International Texas, L.P. and their corporate parent, Signal International, Inc. (collectively, "Signal" or the "Signal Defendants"), are corporations organized under the laws of the State of Delaware.  Signal is a marine fabrication company with facilities for the construction, fabrication, overhaul and repair of ships and offshore oil rigs, in Pascagoula, Mississippi, among other places.

Defendant Dewan Consultants Pvt. Ltd. is a private limited liability company organized under the laws of India, with offices in Mumbai, India.  Defendant Sachin Dewan is the Managing Director of Dewan Consultants.  Dewan Consultants and Sachin Dewan (collectively, the "Dewan Defendants"), engage in recruitment of skilled workers in India.

Defendant Malvern Burnett is an immigration law attorney licensed to practice in Louisiana and Mississippi.  He is the principal of Defendant Gulf Coast Immigration Law Center L.L.C. and Defendant Law Offices of Malvern C. Burnett, A.P.C., two law firms located in New Orleans, Louisiana (collectively, and together with Malvern Burnett, the "Burnett Defendants").

Defendant Global Resources, Inc. ("Global") was a corporation organized under the laws of Mississippi and engaged in the business of recruiting workers from India for employment in the United States.  On January 18, 2013, the Clerk of the Court entered a default against Global (Rec. Doc. 1266).  The default against Global has not been set aside.  This action has been stayed against Global president and individual Defendant Michael Pol pursuant to the U.S. Bankruptcy Code, 11 U.S.C. 362(a).

Defendants J&M Associates of Mississippi, Inc. and J&M Marine & Industrial, LLC (collectively, "J&M entities") are a corporation and limited liability company, respectively,

organized under the laws of Mississippi, engaged in the business of recruiting and providing Indian laborers to United States companies and selling opportunities for United States immigrant and employment to such laborers. Defendant Billy R. Wilks was the founder and general manager of the J&M entities. Plaintiffs allege that the J&M entities and Wilks are alter egos. Plaintiffs have filed this week a motion for the entry of a default against Wilks and the J&M entities (Rec. Doc. 1980), which is currently pending before this Court.

None of the five Plaintiffs bringing claims in the first trial in this action have claims against Defendants Indo-Amerisoft, LLC ("IAS") or Kurella Rao. Further, on January 18, 2013, the Clerk of the Court entered a default against IAS and Rao (Rec. Doc. 1266). The defaults against IAS and Rao have not been set aside. Finally, this action has been stayed against IAS and Rao pursuant to the U.S. Bankruptcy Code, 11 U.S.C. 362(a).

4. (a) This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), 18 U.S.C. § 1595(a) (civil trafficking), 18 U.S.C. § 1964(c) (RICO), 28 U.S.C. § 1343 (civil rights), and 29 U.S.C. § 216(b) (FLSA). This Court has supplemental jurisdiction over Plaintiffs' causes of action based on the laws of U.S. states and foreign states pursuant to 28 U.S.C. § 1367(a), as these claims arise out of the same nucleus of facts which support the federal claims.

5. Pending Motions:

(a) <u>Summary Judgment Motions</u>

*Filed by Plaintiffs:*

(i) Partial Summary Judgment on Liability for Retaliation under 42 USC 1981 (Rec. Doc. 1841);

(ii) Partial Summary Judgment on Certain Principal-Agent Relationships (Rec. Doc. 1847); and

(iii) Summary Judgment on Liability Related to Signal's Violations of the Fair Labor Standards Act (Rec. Doc. 1848).

*Filed by the Signal Defendants:*

(i) Partial Summary Judgment as to Liability of Defendants Malvern C. Burnett, Gulf Coast Law Center, LLC and the Law Offices of Malvern C. Burnett, APC for Malpractice and Breach of Fiduciary Duty (Rec. Doc. 1839);

(ii) Partial Summary Judgment on FLSA Certification (Rec. Doc. 1845);

(iii) Partial Summary Judgment for Retaliation (Rec. Doc. 1849);

(iv) Partial Summary Judgment on Plaintiffs' First Claim for Relief under TVPRA (Rec. Doc. 1871); and

(v) Partial Summary Judgment on Plaintiffs' Second Claim for Relief under RICO and Fifteenth Claim for Relief under 42 U.S.C. § 1985 (Rec. Doc. 1873).

(b)      <u>Daubert Motions</u>

*Filed by Plaintiffs:*

(i) Motion to Exclude the Report and Testimony of Proffered Expert Dr. Louise Shelley (Rec. Doc. 1822);

(ii) Motion to Exclude the Report and Testimony of Proffered Expert Kevin Fox Gotham (Rec. Doc. 1823);

(iii) Motion to Exclude the Report and Testimony of Proffered Expert Ron McAlear (Rec. Doc. 1824);

(iv) Motion to Exclude the Testimony and Strike the Report of Ronald J. Signorino (Rec. Doc. 1828);

(v) Motion to Exclude the Testimony and Strike the Report of Don H. Strobel (Rec. Doc. 1829); and

(vi) Motion to Exclude Portions of the Report and Testimony of Signal's Proposed Expert Enrique Gonzalez, III (Rec. Doc. 1830).

*Filed by the Signal Defendants:*

(i) Motion to Exclude the Report and Testimony of Dr. Pablo Stewart (Rec. Doc. 1825);

(ii) Motion to Exclude/Limit Report and Testimony of Smita Narula (Rec. Doc. 1826);

(iii) Motion to Exclude/Limit Report and Testimony of Florence Burke (Rec. Doc. 1832); and

(iv) Motion to Exclude/Limit Report and Testimony of Amy Mowl (Rec. Doc. 1833).

*Filed by the Burnett Defendants:*

(i) Motion in Limine to Exclude Legal Opinion Testimony of Plaintiffs' and Signal's Immigration Law Experts (Rec. Doc. 1827).

*Filed by the Dewan Defendants:*

(i) Motion to Exclude the Report and Testimony of Proffered Expert Dr. Louise Shelley (Rec. Doc. 1834).

(c)     Choice of Law

Plaintiffs have pled alternative sources of law (Indian or Mississippi) for their non-individual state law claims (fraud, negligent misrepresentation, breach of contract/quasi-contract claims). The parties have, under a motion filed by Signal as record document 1762 on the Court's docket, briefed this choice of law question. That motion is presently pending.

(d)     Special Issues

Pursuant to Section VIII of the Pre-Trial Notice, the parties called to the Court's attention as a special issue the pending motions relating to Plaintiffs' FLSA claims.  On December 11, 2014, the Court conditionally certified the FLSA claims as a collective action.  The Court has set a briefing schedule for a motion for final certification, and in the meantime has ordered that the FLSA claims of the five Plaintiffs going to trial in January 2015 will not be tried along with those Plaintiffs' other claims (Record Doc. 1982).  Plaintiffs have already filed a motion for partial summary judgment on liability for the Plaintiffs' and Opt-in Plaintiffs' FLSA claims.  That motion is fully submitted.

6.  (a)  <u>Plaintiffs' summary of material facts</u>: Exhibit A hereto.

(b)  <u>Signal Defendants</u>: Exhibit B hereto.

<u>Burnett Defendants</u>: Exhibit C hereto.

<u>Dewan Defendants</u>: Exhibit D hereto.

7.  A single listing of uncontested material facts is annexed at Exhibit E hereto.

8.  A single listing of contested issues of material fact is annexed at Exhibit F hereto.

9.  A single listing of contested issues of law is annexed at Exhibit G hereto.

10.  <u>Plaintiffs' Exhibits</u>: Exhibit H hereto.

<u>Signal Defendants' Exhibits</u>: Exhibit I hereto.

<u>Burnett Defendants' Exhibits</u>: Exhibit J hereto.

<u>Dewan Defendants' Exhibits</u>: Exhibit K hereto.

11.  The witnesses for whom deposition testimony shall be offered in evidence is indicated on the parties' respective witness lists referenced in paragraph 13 below, and submitted herewith at Exhibits L-O.  Specific portions of deposition testimony will be designated and

exchanged by the parties on December 29, 2014, in accordance with the Court's Order of December 2, 2014 (Rec. Doc. 1965), and any objections and cross-designations hereto after a meet and confer among counsel, shall be filed and served on January 5, 2015.

12. The parties have included on their respective exhibit lists demonstrative exhibits that they currently intend to use at any point during the trial. For these purposes, enlarged or highlighted copies of exhibits are not deemed demonstrative exhibits that need to be separately identified. Given the length and complexity of the trial, the failure of any party to include on its exhibit list annexed to this Pre-Trial Order any particular demonstrative exhibit shall not be grounds, in and of itself, for an objection to the use at trial of that demonstrative exhibit. With respect to demonstrative exhibits to be used in opening statements, consistent with the Court's Order of December 2, 2014 (Rec. Doc. 1965), physical copies of such demonstrative shall be exchanged by the parties on January 7, 2015, and any objections to such demonstrative exhibits shall be filed on January 8, 2015. With respect to demonstrative exhibits for use in closing arguments, the Court shall set a date close to the end of trial for exchange of and objections to those demonstrative exhibits. Finally, demonstrative exhibits to be used in the examination of witnesses shall be disclosed to the other parties and to the Court not less than 24 hours before they are used. The parties shall attempt in good faith to resolve any objections to such demonstrative exhibits, and in the case of objections that cannot be resolved, the objections will be presented to the Court in the morning that the demonstrative exhibit in question is to be used, with the understanding that the Court is likely to sustain such objections.

13. <u>Plaintiffs' Witness List</u>: Exhibit L. hereto.

<u>Signal Defendants' Witness List</u>: Exhibit M hereto.

<u>Burnett Defendants' Witness List</u>: Exhibit N hereto.

NYACTIVE-14427679.1

    <u>Dewan Defendants' Witness List</u>: Exhibit O hereto.

  14. This is a jury trial for all aspects of the case, with the exception of the award of attorneys' fees, if any, which shall be a matter for the Court after the jury renders its verdict.

  15. The issue of liability will not be tried separately to that of quantum of damages, or the award or quantum of punitive damages.

  16. The parties are unaware of any other matters that might expedite a disposition of the case.

  17. Trial shall commence on January 12, 2015 at 9:00 a.m. Trial shall last four weeks (20 trial days), with Plaintiffs' case to be completed in 2.5 weeks and Defendants' cases to be completed in 1.5 weeks (*see* Court Order dated October 30, 2014, Rec. Doc. 1964). This is the first trial date assigned by the Court.

  18. This Pre-Trial Order has been formulated after conference at which counsel for the respective parties have appeared in person. Reasonable opportunity has been afforded counsel for corrections, or additions, prior to signing. Hereafter, this Pre-Trial Order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by order of the Court to prevent manifest injustice.

  19. Possibility of settlement of this case was considered.

 Respectfully submitted this 15th day of December, 2014,

NYACTIVE-14427679.1

/s/ Daniel Werner
Daniel Werner (*pro hac vice*)
Georgia Bar No. 422070
Naomi Tsu (*pro hac vice*)
Georgia Bar No. 507612
Kristi L. Graunke (*pro hac vice*)
Georgia Bar No. 305653
Immigrant Justice Project
Southern Poverty Law Center
233 Peachtree Street, Suite 2150
Atlanta, Georgia 30303
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
daniel.werner@splcenter.org
naomi.tsu@splcenter.org
kristi.graunke@splcenter.org

Meredith B. Stewart
Louisiana Bar No. 34109
Southern Poverty Law Center
1055 St. Charles Ave., # 505
New Orleans, LA 70130
504-486-8982
Fax: 504-486-8947
meredith.stewart@splcenter.org

Alan B. Howard, T.A. (*pro hac vice*)
New York Bar No. 2173268
Hugh Sandler (*pro hac vice*)
New York Bar No. 4712584
Melia Amal Bouhabib (*pro hac vice*)
New York Bar No. 4878468.
Chiemi Suzuki (*pro hac vice*)
New York Bar No. 4330569
Crowell & Moring, LLP
590 Madison Ave.
New York, NY 10022
212-803-4042
ahoward@crowell.com
hsandler@crowell.com
abouhabib@crowell.com
csuzuki@crowell.com

/s/ Tracie L. Washington
Tracie L. Washington, Esq.
Louisiana Bar No. 25925
Louisiana Justice Institute
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Telephone: 504.872.9134
Facsimile: 504.872.9878
tracie@LouisianaJusticeInstitute.org
tlwesq@cox.net

Ivy O. Suriyopas (*pro hac vice*)
New York Bar No. 4406385
Asian American Legal Defense
and Education Fund
99 Hudson Street, 12th Floor
New York, NY 10013
Telephone: (212)966-5932
isuriyopas@aaldef.org

Joseph Bjarnson (*pro hac vice*)
New York Bar No. 4774055
Sahn Ward Coschignano & Baker
333 Earle Ovington Blvd., # 601
Uniondale, NY 11553
516-228-1300
jbjarnson@swcblaw.com

Chandra S. Bhatnagar (*pro hac vice*)
New York Bar No. 4136966
Human Rights Program
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, New York 10004
Telephone: (212) 519-7840
cbhatnagar@aclu.org

/s/ Daniel Werner
Daniel Werner (*pro hac vice*)
Georgia Bar No. 422070
Naomi Tsu (*pro hac vice*)
Georgia Bar No. 507612
Kristi L. Graunke (*pro hac vice*)
Georgia Bar No. 305653
Immigrant Justice Project
Southern Poverty Law Center
233 Peachtree Street, Suite 2150
Atlanta, Georgia 30303
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
daniel.werner@splcenter.org
naomi.tsu@splcenter.org
kristi.graunke@splcenter.org

Meredith B. Stewart
Louisiana Bar No. 34109
Southern Poverty Law Center
1055 St. Charles Ave., # 505
New Orleans, LA 70130
504-486-8982
Fax: 504-486-8947
meredith.stewart@splcenter.org

Alan B. Howard, T.A. (*pro hac vice*)
New York Bar No. 2173268
Hugh Sandler (*pro hac vice*)
New York Bar No. 4712584
Melia Amal Bouhabib (*pro hac vice*)
New York Bar No. 4878468.
Chiemi Suzuki (*pro hac vice*)
New York Bar No. 4330569
Crowell & Moring, LLP
590 Madison Ave.
New York, NY 10022
212-803-4042
ahoward@crowell.com
hsandler@crowell.com
abouhabib@crowell.com
csuzuki@crowell.com

/s/ Tracie L. Washington
Tracie L. Washington, Esq.
Louisiana Bar No. 25925
Louisiana Justice Institute
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Telephone: 504.872.9134
Facsimile: 504.872.9878
tracie@LouisianaJusticeInstitute.org
tlwesq@cox.net

Ivy O. Suriyopas (*pro hac vice*)
New York Bar No. 4406385
Asian American Legal Defense
and Education Fund
99 Hudson Street, 12th Floor
New York, NY 10013
Telephone: (212)966-5932
isuriyopas@aaldef.org

Joseph Bjarnson (*pro hac vice*)
New York Bar No. 4774055
Sahn Ward Coschignano & Baker
333 Earle Ovington Blvd., # 601
Uniondale, NY 11553
516-228-1300
jbjarnson@swcblaw.com

Chandra S. Bhatnagar (*pro hac vice*)
New York Bar No. 4136966
Human Rights Program
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, New York 10004
Telephone: (212) 519-7840
cbhatnagar@aclu.org

NYACTIVE-14427679.1

***/s/ Erin Casey Hangartner***
Erin Casey Hangartner, La. Bar No. 24768
Alan Dean Weinberger, La. Bar No. 13331
Hal D. Ungar, La. Bar No. 31344
Elham R. Rabbani, La. Bar No. 33322
Brian C. Roux, La. Bar No. 35298
Lance R. Rydberg, La. Bar No. 02089
Mitchell Hasenkampf, La. Bar No. 32870
Robert L. Keller, La. Bar No. 35188
Kevin P. Maney, La. Bar No. 33956
Lauren Masur Davis, La. Bar No. 34669
HANGARTNER RYDBERG & TERRELL, LLC
701 Poydras Street, Suite 310
New Orleans, LA 70139
Telephone: (504) 522-5690
Facsimile: (504) 522-5689
ehangartner@hanrylaw.com
aweinberger@hanrylaw.com
hungar@hanrylaw.com
erabbani@hanrylaw.com
broux@hanrylaw.com
lrydberg@hanrylaw.com
mhasenkampf@hanrylaw.com
rkeller@hanrylaw.com
kmany@hanrylaw.com
lmasur@hanrylaw.com
and
Patricia A. Bollman, La. Bar 17563
James L. Cornblatt, (Pro Hac Vice)
Patricia A. Bollman, APLC
Post Office Box 13707
New Orleans, LA 70185
Telephone: (504) 218-5887
Facsimile:(504)304-0890
patricia@bollmanfirm.com
cornblatt25@gmail.com

***/s/ Stephen H. Shapiro***
STEPHEN H. SHAPIRO (#21076)
Attorney at Law
A Limited Liability Company
700 Camp Street
New Orleans, LA 70130
Telephone: (504) 309-8442
E-mail: steve@shapirolaw-nola.com
**Counsel for Sachin Dewan and Dewan Consultants Pvt. Ltd.**


***/s/ Timothy W. Cerniglia***
Timothy W. Cerniglia, (La. Bar # 03964)
1521 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone 504-586-0555
Telefax 504-586-0550
tcerniglia@cerniglialaw.pro

Daniel E. Buras, Jr. (La. Bar #26226 )
301 N. Columbia St.
Covington, LA
Telephone: 985-306-1769
Telefax: 985-306-1772
dburas@buraslawfirm.com

-10-

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of December, 2014, I filed the foregoing document using the Court's Electronic Case Filing system, which will provide service on counsel for all ECF-registered parties.

  I further certify that the attached has been deposited in a U.S. Mail receptacle for delivery by first class mail, properly addressed and with postage pre-paid to:

Global Resources, Inc.
13 Herring Road
Beaumont, MS 39423

Indo-Ameri Soft L.L.C.
c/o Kevin K. Gipson, Esquire (bankruptcy counsel)
3920 General DeGaulle Drive
New Orleans, LA 70114

Kurella Rao
c/o Kevin K. Gipson, Esquire (bankruptcy counsel)
3920 General DeGaulle Drive
New Orleans, LA 70114

Billy Wilks,
J&M Assoc of Mississippi
J&M Marine & Industrial
9136 Heather Lane
Moss Point MS 39562.


*/s/ Daniel Werner*
Daniel Werner