UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br> **(c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

**Applies To:**
*David v. Signal*
**(No. 08-1220)**

1

## ORDER

Before the Court is a Motion to Withdraw[1] the Motion to Withdraw[2] the Motion for Leave to File an Amended Final Exhibit List.[3]

Accordingly;

**IT IS ORDERED** that the Motion to Withdraw[4] is **GRANTED**, and R. Doc. 2013 is **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that Motion for Expedited Consideration[5] is **GRANTED**.  Any opposition to the Motion for Leave to File an Amended Exhibit List shall be filed by January 6, 2015 at 12:00 p.m.

**New Orleans, Louisiana, this 3rd day of January, 2015.**

_____Susie Morgan_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 2053.
[2] R. Doc. 2013.
[3] R. Doc. 1984.
[4] R. Doc. 2053.
[5] R. Doc. 1985.

2