UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID,** *et al.*,<br>　　　　　　　　　Plaintiffs,<br>-against-<br>**SIGNAL INTERNATIONAL, LLC,** *et al.*,<br>　　　　　　　　　Defendants. | CIVIL ACTION<br><br>No. 08-1220-SM-DEK<br><br>SECTION "E" |
| **Related Case:**<br>**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**<br>　　　　　　　　　Plaintiffs,<br>　　　　and<br>**SABULAL VIJAYAN,** *et al.*<br>　　　　　　　　　Plaintiffs-Intervenors<br>-against-<br>**SIGNAL INTERNATIONAL, LLC,**<br>　　　　　　　　　Defendant. | CIVIL ACTION<br><br>No. 12-557-SM-DEK<br><br>SECTION "E" |
| **Related Case:**<br>**LAKSHMANAN PONNAYAN ACHARI,** *et al.*<br>　　　　　　　　　Plaintiffs,<br>-against-<br>**SIGNAL INTERNATIONAL, LLC,** *et al.*,<br>　　　　　　　　　Defendants. | CIVIL ACTION<br><br>No. 13-6218-SM-DEK<br>(c/w 13-6219, 13-6220, 13-6221, 14-732 and 14-1818)<br><br>SECTION "E" |

**Applies To: David, No. 08-1220**

_____

**PARTIES' JOINT BRIEF STATEMENT OF THE CASE**
_____

　　　As per this Court's Order, Rec. Doc. 1965, David Plaintiffs, after conferring with all parties, hereby submit this joint brief statement of the case.

1

## JOINT BRIEF STATEMENT OF THE CASE

This case involves the claims of skilled workers –welders and pipe-fitters -- who came from India to work for the Defendant Signal International ("Signal"), a marine fabrication company, in 2006 and 2007. The five Plaintiffs, whose claims you will be deciding, are Sony Sulekha, Jacob Joseph Kadakkarappally, Hemant Khuttan, Isaac Andrews Padavettiyil, and Palanyandi Thangamani. They worked at Signal's facility in Pascagoula, Mississippi and lived in a mancamp that Signal built at that facility. The Defendants, in addition to Signal, include a labor recruiter based in India, named Sachin Dewan and his company Dewan Consultants, who recruited the workers for Signal; and a U.S. immigration lawyer named Malvern Burnett, who processed the immigration documents to bring these workers to the United States. Plaintiffs' claims include forced labor under the U.S. Trafficking Victims Protection Act, discrimination, fraud and breach of contract. Signal also has made cross-claims against the other Defendants, Mr. Dewan and his company, and Mr. Burnett, saying that they defrauded Signal. The Defendants all deny the Plaintiffs claims, and the Dewan and Burnett Defendants deny Signal's cross-claims.

Respectfully submitted this 5th day of January, 2015
New Orleans, Louisiana

| *s/ Alan B. Howard* | s/ *Tracie L. Washington* |
|---|---|
| Alan B. Howard (*pro hac vice*) | Tracie L. Washington, Esq. |
| New York Bar No. 2136661 | Louisiana Bar No. 25925 |
| ahoward@crowell.com | Louisiana Justice Institute |
| Hugh Sandler (*pro hac vice*) | 1631 Elysian Fields Avenue |
| New York Bar No. 4712584 | New Orleans, Louisiana 70117 |
| hsandler@crowell.com | Telephone:  504.872.9134 |
| Melia Amal Bouhabib (*pro hac vice*) | Facsimile:  504.872.9878 |
| New York Bar No. 4878468 | tracie@LouisianaJusticeInstitute.org |
| Crowell & Moring LLP | tlwesq@cox.net |
| 590 Madison Avenue | |
| New York, NY  10022 | Joseph Bjarnson (*pro hac vice*) |

Telephone: (212) 803-4021

Naomi Tsu (*pro hac vice*)
Georgia Bar No. 507612
Naomi.tsu@splcenter.org
Daniel Werner (*pro hac vice*)
Georgia Bar No. 3969839
Daniel.werner@splcenter.org
Kristi Graunke (*pro hac vice*)
Georgia Bar No. 305653
Southern Poverty Law Center
233 Peachtree Street NE, Ste 2150
Atlanta, Georgia 30303
Telephone: (404) 521-6700

Meredith Stewart
Louisiana Bar No. 34109
Southern Poverty Law Center
1055 St. Charles Avenue, Suite 505
New Orleans, Louisiana 70130
Telephone: (504) 486-8982
Facsimile: (504) 486-8947

Ivy Suriyopas (*pro hac vice*)
New York Bar No. 4406385
isuriyopas@aaldef.org
Asian Am. Leg. Def. &
Educ. Fund
99 Hudson Street, 12th Floor
New York, New York 10013
Telephone: (212) 966-5932

New York Bar No. 4774055
jbjarnson@swcblaw.com
Sahn Ward Coschignano and Baker, PLLC
333 Earle Ovington Boulevard, Suite 601
Uniondale, New York 11553
Telephone: (516) 228-1300

Chandra S. Bhatnagar (*pro hac vice*)
New York Bar No. 4136966
cbhatnagar@aclu.org
American Civil Liberties Union
125 Broad Street – 18th Floor
New York, New York 10004
Telephone: (212) 519-7840

Anjali J. Nair (*pro hac vice*)
Alabama Bar No. 1160K42Y
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
334-956-8255
anjali.nair@splcenter.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th of January, 2015, I filed the foregoing document using the Court's Electronic Case Filing system, which will provide service on counsel for all ECF-registered parties.

I further certify that the attached has been deposited in a U.S. Mail receptacle for delivery by first class mail, properly addressed and with postage pre-paid to:

Global Resources, Inc.
13 Herring Road
Beaumont, MS 39423

Indo-Ameri Soft L.L.C.
c/o Kevin K. Gipson, Esquire (bankruptcy counsel)
3920 General DeGaulle Drive
New Orleans, LA 70114

Kurella Rao
c/o Kevin K. Gipson, Esquire (bankruptcy counsel)
3920 General DeGaulle Drive
New Orleans, LA 70114

Billy Wilks,
J&M Assoc of Mississippi
J&M Marine & Industrial
9136 Heather Lane
Moss Point MS 39562.


*/s/ Alan Howard*
Alan Howard