# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**     Plaintiffs | CIVIL ACTION |
| VERSUS | No. 08-1220 |
| **SIGNAL INTERNATIONAL, LLC, et al.,**     Defendants | SECTION "E" |

**Related Case:**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**     Plaintiff | CIVIL ACTION |
| VERSUS | No. 12-557 |
| **SIGNAL INTERNATIONAL, LLC, et al.,**     Defendants | SECTION "E" |

**Related Case:**

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**     Plaintiffs | CIVIL ACTION |
| VERSUS | No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| **SIGNAL INTERNATIONAL, LLC, et al.,**     Defendants | SECTION "E" |

*Applies to:*
*David* **(08-1220)**

A telephone status conference was held on the record on January 5, 2015 at 2:00 p.m.

Participating:  Alan Howard, Amal Bouhabib, Daniel Werner, Naomi Tsu, Hugh Sandler, Meredith Stewart, Chandra Bhatnagar and Kristi Graunke, on behalf of the Plaintiffs;

Erin Hangartner, Brian Roux, Alan Weinberger, Patricia Bollman, Hal Ungar, Mitchell Hasenkampf, Lance Rydberg, Robert Keller, Kevin Maney and Lauren Davis on behalf of Defendant Signal International LLC ("Signal");

Stephen Shapiro on behalf of Defendants, Sachin Dewan and Dewan Consultants Pvt. Ltd. (the "Dewan Defendants"); and

Timothy Cerniglia on behalf of the Defendants, Malvern C. Burnett, the Law Offices of Malvern C. Burnett, A.P.C. and Gulf Coast Immigration Law Center, L.L.C. ( the "Burnett Defendants").

The parties discussed various issues related to pre-trial deadlines. By agreement of the parties, the deadline for submitting joint jury instructions and verdict forms is extended to January 9, 2015 at 5:00 p.m. Defendants will submit to Plaintiffs any counter-designations for deposition testimony by January 6, 2015 at 5:00 p.m. The deadline for submitting to the Court all color-coded designations and objections with respect to deposition testimony that will not be used in opening statements is extended to January 9, 2015 at 5:00 p.m. With respect to any portion of a deposition that will be referenced in opening statements, the parties shall submit color-coded designations, objections, *and* briefing on objections by January 7, 2015 at 5:00 p.m. The Court will address any objections to the designations to be used during opening statements at the in-person status conference on January 8, 2015 at 9:00 a.m.

The parties jointly proposed a modification of the Court's procedure for briefing on objections to deposition designations. In the event a party wishes to use during trial deposition testimony that is the subject of an objection, the offering party must notify the Court and opposing counsel at least 24 hours prior to the intended use. Opposing counsel must confer with the offering party in an attempt to resolve any objections. If the parties cannot reach agreement, briefing by all parties on the objection must be provided to the Court by 8:30 a.m. the next morning.

The parties also discussed issues related to the motion for partial summary judgment on choice of law. By the end of today (January 5, 2015), Plaintiffs will email the law clerk with argument regarding the differences between Mississippi and Indian law on negligent misrepresentation as to (1) apportionment of fault, and (2) joint v. several liability. That email shall also include argument on the availability of defenses to claims for fraud and negligent misrepresentation under the Indian Contract Act as compared to Mississippi law.

The Court ruled on certain motions. After considering the argument of counsel and the applicable law, and for the reasons stated orally and on the record, the Court DENIED (1) Signal's Motion for Leave to Amend its Exhibit List,[1] and (2) Signal's Sealed Motion to Exclude the Video Clips of Ronald Schnoor.[2]

**New Orleans, Louisiana, this 6th day of January, 2015.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:20)

---

[1] R. Doc. 1984.
[2] R. Doc. 2087.