MINUTE ENTRY
MORGAN, J.
JANUARY 20, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al | CIVIL ACTION |
| VERSUS | NO. 08-1220 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO. 12-557 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |
| LAKSHMANN PONNAYAN ACHARI, et al | CIVIL ACTION |
| VERSUS | NO. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |

Applies To:
David v. Signal
(No. 08-1220)

JURY TRIAL

JUDGE SUSIE MORGAN, PRESIDING

**TUESDAY, JANUARY 20, 2015 AT 8:30 A.M.**

COURTROOM DEPUTY:     Cesyle Nelson
COURT REPORTER:       Cathy Pepper, morning session
                      Terri Hourigan, afternoon session

APPEARANCES:          Alan B. Howard, Daniel Werner, Naomi Tsu, Hugh Sandler, Melia
                      Amal Bouhabib for Sony Vasudevan Salekha, Palanyandi

Thangamani, Hemant Khuttan, Padaveettiyil Issac Andrews, and Jacob Joseph Kaddakkarappally (hereinafter referred to as "plaintiffs");

Erin C. Hangartner, Hal D. Ungar, Elham Rabbani, Brian C. Roux, Lance R. Rydberg, Lauren M. Davis, and Patricia A. Bollman, Alan D. Weinberger (for oral argument only) for Signal International LLC, Signal International, Inc., Signal International Texas GP, LLC, and Signal International Texas, L.P. (hereinafter referred to as "Signal");

Timothy W. Cerniglia for Malvern C. Burnett, Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (hereinafter referred to as "Burnett");

Stephen H. Shapiro, for Sachin Dewan, and Dewan Consultants, Pvt., Ltd. (hereinafter referred to as "Dewan")

**JURY TRIAL**

Continued from January 16, 2015.

Plaintiffs present: Palanyandi Thangamani and Andrews Issac Padavettiyil.

The following exhibits were offered and admitted into evidence: 695; 1015; 783; 608; 611; 1217; 1219; 1221; 1215; 1216; 1220; 779; 1218; 820; 821; 1889; 1259; 784; 57; 790; 789; 808; 1190; 691; 693; 2098; 2145; 2020; 1380; 607; 783; 609; 1483; 1484; 1501; 606.

In connection with the Court's order entered January 19, 2015 (R. Doc. 2159), oral argument was held on the question whether the Court has discretion to allow transcribed and interpreted testimony of Mr. Sony and Mr. Jacob be read to the jury.

Following oral argument on whether default judgments can be entered on entities that no longer exist, the Court ruled that it would not enter default judgments against the J&M defendants or Global Resources, Inc.

The Court deferred ruling on objections to certain exhibits. Counsel were instructed to notify the Court a day in advance when an objected-to exhibit will be used.

The Court granted Signal's motion to file a motion under seal regarding impeachment testimony.

> Witnesses called by the plaintiffs and placed under oath:
> Deposition of Andy Buford read to the jury;
> Sabulal Vijayan (through translator Bhabha Padmanabhan);

Court recessed at 1:30 p.m. and resumed at 2:30 p.m.

In connection with the first question on exhibit Court 3, the Court decided to individually question the jurors on whether they heard and understood the translated testimony of plaintiffs Sony Sulekha and Jacob Kadakkarrappally. After questioning the first six jurors, the Court declined to question the remaining jurors because it was satisfied that the jury had heard and understood the translation and therefore ruled it was not necessary to read the testimony of Mr. Sony and Mr. Jacob to the jury. There was no objection by the plaintiffs and defendants Signal and Burnett. Defendant Dewan objected to the Court's ruling.

> Deposition of Patricia Stopher read to the jury;
> Deposition of Thomas Rigolo read to the jury;
> Deposition of Albert Taft read to the jury.

A conference will be held on Thursday, January 22, 2015 at 5:30 p.m. to discuss the jury instructions.

The following exhibits were offered and admitted into evidence: 1433; 1228; 1229; 1186; 2098; 660; 757.

The Court admitted exhibit 1914 into evidence providing it can be authenticated through a witness. The Court sustained the objection to exhibit 1906.

Court recessed at 5:15 p.m. until January 21, 2015 at 9:00 a.m.

JS-10:8:30