MINUTE ENTRY
MORGAN, J.
JANUARY 21, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al | CIVIL ACTION |
| VERSUS | NO. 08-1220 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |
| | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO. 12-557 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |
| | |
| LAKSHMANN PONNAYAN ACHARI, et al | CIVIL ACTION |
| VERSUS | NO. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |

Applies To:
David v. Signal
(No. 08-1220)

JURY TRIAL

JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, JANUARY 21, 2015 AT 9:00 A.M.**

COURTROOM DEPUTY:   Cesyle Nelson
COURT REPORTER:     Cathy Pepper, morning session
                    Terri Hourigan, afternoon session

APPEARANCES:        Alan B. Howard, Daniel Werner, Naomi Tsu, Hugh Sandler, Melia

Amal Bouhabib for Sony Vasudevan Salekha, Palanyandi Thangamani, Hemant Khuttan, Padaveettiyil Issac Andrews, and Jacob Joseph Kaddakkarappally (hereinafter referred to as "plaintiffs");

Erin C. Hangartner, Hal D. Ungar, Elham Rabbani, Brian C. Roux, Lance R. Rydberg, Lauren M. Davis, and Patricia A. Bollman for Signal International LLC, Signal International, Inc., Signal International Texas GP, LLC, and Signal International Texas, L.P. (hereinafter referred to as "Signal");

Timothy W. Cerniglia for Malvern C. Burnett, Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (hereinafter referred to as "Burnett");

Stephen H. Shapiro, for Sachin Dewan, and Dewan Consultants, Pvt., Ltd. (hereinafter referred to as "Dewan")

**JURY TRIAL**

Continued from January 20, 2015.

Plaintiffs present: Palanyandi Thangamani and Andrews Issac Padavettiyil.

    Witness called by plaintiffs and placed under oath:
    Palanyandi Thangamani (through translator Bhabha Padmanabhan)

Court recessed at 12:25 p.m. and resumed at 1:40 p.m.

    Testimony of Mr. Palanyandi continued.

The Court overruled Burnett's objections to the designations of the deposition of Michael Pol.

Plaintiffs withdrew their objection to exhibit 1578.

Court overruled Signal's objection to exhibit 1954.

The following exhibits were offered and admitted into evidence: 804; 1911; 1135; 823; 1045; 604; 1266; 710; 696; 1892; 707; 708; 143; 98; 1279; 915.

Court recessed at 5:50 p.m. until January 22, 2015 at 9:00 a.m.

JS-10:8:00