MINUTE ENTRY
MORGAN, J.
JANUARY 22, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KURIAN DAVID, et al                              CIVIL ACTION

VERSUS                                           NO.  08-1220

SIGNAL INTERNATIONAL, LLC, et al                 SECTION "E" (3)


EQUAL EMPLOYMENT OPPORTUNITY                      CIVIL ACTION
COMMISSION

VERSUS                                           NO.  12-557

SIGNAL INTERNATIONAL, LLC, et al                 SECTION "E"


LAKSHMANN PONNAYAN ACHARI, et al                 CIVIL ACTION

VERSUS                                           NO. 13-6218
                                                 (c/w 13-6219, 13-6220,
                                                   13-6221, 14-732, 14-1818)

SIGNAL INTERNATIONAL, LLC, et al                 SECTION "E"


Applies To:
David v. Signal
(No. 08-1220)

JURY TRIAL

JUDGE SUSIE MORGAN, PRESIDING


**THURSDAY, JANUARY 22, 2015 AT 9:00 A.M.**

COURTROOM DEPUTY:      Cesyle Nelson
COURT REPORTER:        Cathy Pepper, morning session
                       Terri Hourigan, afternoon session

APPEARANCES:           Alan B. Howard, Daniel Werner, Naomi Tsu, Hugh Sandler, Melia

Amal Bouhabib for Sony Vasudevan Salekha, Palanyandi Thangamani, Hemant Khuttan, Padaveettiyil Issac Andrews, and Jacob Joseph Kaddakkarappally (hereinafter referred to as "plaintiffs");

Erin C. Hangartner, Hal D. Ungar, Elham Rabbani, Brian C. Roux, Lance R. Rydberg, Lauren M. Davis, and Patricia A. Bollman for Signal International LLC, Signal International, Inc., Signal International Texas GP, LLC, and Signal International Texas, L.P. (hereinafter referred to as "Signal");

Timothy W. Cerniglia for Malvern C. Burnett, Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (hereinafter referred to as "Burnett");

Stephen H. Shapiro, for Sachin Dewan, and Dewan Consultants, Pvt., Ltd. (hereinafter referred to as "Dewan")

**JURY TRIAL**

Continued from January 21, 2015.

Plaintiff present: Andrews Issac Padavettiyil.

Witnesses called by the plaintiffs and placed under oath:
Deposition of William Tanner read to the jury;
Andrews Issac Padavettiyil (through translator Bhabha Padmanabhan).

Court recessed at 12:00 p.m. and resumed at 1:00 p.m.

Testimony of Mr. Andrews continued.

Court recessed at 5:37 p.m. until January 23, 2015 at 9:00 a.m.

Exhibits used in connection with today's testimony: 945; 826; 771; 772; 1284; 34; 774; 131; 1663; 1578; 1141

JS-10:7:30