MINUTE ENTRY
MORGAN, J.
January 22, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**       Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**       Defendants | **SECTION "E"** |

**Related Case:**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**       Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**       Defendants | **SECTION "E"** |

**Related Case:**

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**       Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**       Defendants | **SECTION "E"** |

*Applies to:*
*David* **(08-1220)**

1

The Court held a status conference in the chambers of Judge Morgan on January 22, 2015 at 5:56 p.m.  Counsel for all parties were present.  The parties discussed various issues related to proposed jury instructions and jury verdict forms.   By January 26, 2015 at 9:00 a.m., the parties shall submit memoranda addressing the following: (1) whether punitive damages are available under the TVPRA; (2) whether the standard for obtaining punitive damages is the same for all causes of action; (3) whether *in pari delicto* is a cognizable affirmative defense under the TVPRA, and, if so, whether that defense is appropriate in this case; and (4) whether reputational harm and psychological harm are components of "serious harm" under the pre-amendment version of Section 1589 of the TVPRA.  The memoranda shall not exceed 12 pages.

By January 24, 2015 at 12:00 p.m., Plaintiffs will provide Defendants with amended jury instructions and jury verdict forms for the TVPRA claim.  Defendants must respond within twenty-four hours of receipt or any objections will be waived.  The parties shall file the updated jury instructions and jury verdict forms by January 26, 2015 at 9:00 a.m.  These submissions must conform to the format described in the pre-trial notice.

The parties discussed certain objected-to exhibits that Plaintiffs intend to use during the cross examination of William Bingle.  Plaintiffs will file a memorandum in support of admissibility by the end of the day.  Signal shall respond by January 23, 2015 at 5:00 p.m.

The Court set a follow-up status conference for January 28, 2015 at 5:30 p.m. to discuss (1) the updated jury instructions and jury verdict forms for the TVPRA claim, and (2) the proposed jury instructions and jury verdict forms for the RICO claim.  Prior to this status conference, the parties shall meet and confer to eliminate any

redundancies and resolve outstanding objections. At this meeting, Plaintiffs will inform Signal whether they intended to omit national origin discrimination from the Section 1981 charge or whether that omission was a mistake.

**New Orleans, Louisiana, this 23rd day of January, 2015.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (1:22)