MINUTE ENTRY
MORGAN, J.
JANUARY 23, 2015

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al | CIVIL ACTION |
| VERSUS | NO. 08-1220 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |
| | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO. 12-557 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |
| | |
| LAKSHMANN PONNAYAN ACHARI, et al | CIVIL ACTION |
| VERSUS | NO. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |

Applies To:
David v. Signal
(No. 08-1220)

### JURY TRIAL

### JUDGE SUSIE MORGAN, PRESIDING

**FRIDAY, JANUARY 23, 2015 AT 9:00 A.M.**

COURTROOM DEPUTY:       Cesyle Nelson
COURT REPORTER:          Cathy Pepper, morning session
                         Terri Hourigan, afternoon session

APPEARANCES:              Alan B. Howard, Daniel Werner, Naomi Tsu, Hugh Sandler, Melia

>Amal Bouhabib for Sony Vasudevan Salekha, Palanyandi Thangamani, Hemant Khuttan, Padaveettiyil Issac Andrews, and Jacob Joseph Kaddakkarappally (hereinafter referred to as "plaintiffs");
>
>Erin C. Hangartner, Hal D. Ungar, Elham Rabbani, Brian C. Roux, Lance R. Rydberg, Lauren M. Davis, and Patricia A. Bollman for Signal International LLC, Signal International, Inc., Signal International Texas GP, LLC, and Signal International Texas, L.P. (hereinafter referred to as "Signal");
>
>Timothy W. Cerniglia for Malvern C. Burnett, Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (hereinafter referred to as "Burnett");
>
>Stephen H. Shapiro, for Sachin Dewan, and Dewan Consultants, Pvt., Ltd. (hereinafter referred to as "Dewan")

**JURY TRIAL**

Continued from January 22, 2015.

Plaintiff present: Andrews Issac Padavettiyil.

>Witnesses called by plaintiffs and placed under oath:
>Testimony of Mr. Andrews continued;
>Cyrus Mehta, tendered as and accepted as an expert in the field of United States Immigration Law, including issues relating to H2B Visas and Green Cards and the United States Immigration System.

Court recessed at 12:00 p.m. and resumed at 1:00 p.m.

Out of the presence of the jury, oral argument was held regarding the testimony of Dr. Kevin Gotham.

>Testimony of Mr. Mehta continues;
>Amy Mowl, tendered as an expert in the field of debt, debt collection practices, and the common consequences of failure to repay debt in India. Signal objected to the tender. No objection by Burnett or Dewan. Court accepted Ms. Mowl as an expert as tendered.
>Deposition of Michael Pol read to the jury.

The following exhibits were offered and admitted into evidence: 945; 826; 771; 772; 1284; 34; 774; 131; 1663; 1578; 34; 1141; 771; 1287; 1286; 698; 739; 1141; 826; 1281; 774; 1284; 1235; 1482; 802, 1264; 1265; 705; 789; 803.

Court recessed at 5:10 p.m. until January 26, 2015 at 8:30 a.m.

JS-10:7:00