MINUTE ENTRY
MORGAN, J.
JANUARY 27, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al | CIVIL ACTION |
| VERSUS | NO. 08-1220 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |
| | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO. 12-557 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |
| | |
| LAKSHMANN PONNAYAN ACHARI, et al | CIVIL ACTION |
| VERSUS | NO. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |

Applies To:
David v. Signal
(No. 08-1220)

### JURY TRIAL

### JUDGE SUSIE MORGAN, PRESIDING

**TUESDAY, JANUARY 27, 2015 AT 8:30 A.M.**

COURTROOM DEPUTY:     Cesyle Nelson
COURT REPORTER:       Susan Zielie, morning session
                      Mary Thompson, afternoon session

APPEARANCES:          Alan B. Howard, Daniel Werner, Naomi Tsu, Hugh Sandler, Melia

Amal Bouhabib for Sony Vasudevan Salekha, Palanyandi Thangamani, Hemant Khuttan, Padaveettiyil Issac Andrews, and Jacob Joseph Kaddakkarappally (hereinafter referred to as "plaintiffs");

Erin C. Hangartner, Hal D. Ungar, Elham Rabbani, Brian C. Roux, Lance R. Rydberg, Lauren M. Davis, and Patricia A. Bollman for Signal International LLC, Signal International, Inc., Signal International Texas GP, LLC, and Signal International Texas, L.P. (hereinafter referred to as "Signal");

Timothy W. Cerniglia for Malvern C. Burnett, Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (hereinafter referred to as "Burnett");

Stephen H. Shapiro, for Sachin Dewan, and Dewan Consultants, Pvt., Ltd. (hereinafter referred to as "Dewan")

**JURY TRIAL**

Continued from January 26, 2015.

> Witnesses called by Signal and placed under oath:
> Video deposition of John Sanders was begun. (Five minutes into the deposition it was halted because of technical difficulties);
> Chris Cunningham.

Court recessed at 12:00 p.m. until 1:00 p.m.

> Testimony of Mr. Cunningham continued;
> Deposition of Colline Stevens read to the jury;
> Video deposition of John Sanders resumed.

Court excused juror #11 for the remainder of the trial due to her child's sudden illness.

Exhibits 289, 53; 760; 264; 470; 314; 86; 184; 232; 1001; 1181; 632; 1389; 1410; 657 were offered and admitted into evidence.

Because the Court added additional time for the jury to report, the Burnett and Dewan defendants will each receive an additional 60 minutes to present their evidence.

Argument held on the admissibility of exhibits 2143 (page 4); 1544; 2061.

JS-10:8:30