MINUTE ENTRY
MORGAN, J.
January 29, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**     Defendants | **SECTION "E"** |

**Related Case:**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**     Defendants | **SECTION "E"** |

**Related Case:**

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**     Defendants | **SECTION "E"** |

**Applies to:**
*David* **(08-1220)**

1

The Court held a status conference in the chambers of Judge Susie Morgan on January 29, 2015 at 1:48 p.m.  Counsel for all parties were present.  By January 30, 2015 at 5:00 p.m., the parties will submit updated jury instructions and jury verdict forms for the TVPA claim and the discrimination claim.

By January 31, 2015 at 5:00 p.m., Plaintiffs and Signal will submit updated jury instructions and jury verdict forms for the RICO claim.

By February 2, 2015 at 8:30 a.m., Signal, Burnett, and Dewan will submit updated jury instructions and jury verdict forms for Signal's crossclaims.

With respect to the TVPA claim, each party may submit separate documents.  As to all other claims and crossclaims, the submissions must be joint and in accordance with the Court's pre-trial notice.

A follow-up status conference on jury charges is set for February 2, 2015 at 5:30 p.m.

**New Orleans, Louisiana, this 29th day of January, 2015.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (1:22)