MINUTE ENTRY
MORGAN, J.
JANUARY 30, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al | CIVIL ACTION |
| VERSUS | NO. 08-1220 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |
| | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO. 12-557 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |
| | |
| LAKSHMANN PONNAYAN ACHARI, et al | CIVIL ACTION |
| VERSUS | NO. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |

Applies To:
David v. Signal
(No. 08-1220)

JURY TRIAL

JUDGE SUSIE MORGAN, PRESIDING

**FRIDAY, JANUARY 30, 2015 AT 8:30 A.M.**

COURTROOM DEPUTY:	Cesyle Nelson
COURT REPORTER:	Mary Thompson, morning session
	Susan Zielie, afternoon session

APPEARANCES:	Alan B. Howard, Daniel Werner, Naomi Tsu, Hugh Sandler, Melia

        Amal Bouhabib Meredith Stewart, Chiemi D. Suzuki for Sony Vasudevan Salekha, Palanyandi Thangamani, Hemant Khuttan, Padaveettiyil Issac Andrews, and Jacob Joseph Kaddakkarappally (hereinafter referred to as "plaintiffs");

        Hal D. Ungar, Elham Rabbani, Brian C. Roux, Lance R. Rydberg, Lauren M. Davis, and Patricia A. Bollman for Signal International LLC, Signal International, Inc., Signal International Texas GP, LLC, and Signal International Texas, L.P. (hereinafter referred to as "Signal");

        Timothy W. Cerniglia for Malvern C. Burnett, Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (hereinafter referred to as "Burnett");

        Stephen H. Shapiro, for Sachin Dewan, and Dewan Consultants, Pvt., Ltd. (hereinafter referred to as "Dewan")

## JURY TRIAL

Continued from January 28, 2015.

Argument held on Signal's motion to use physical evidence as demonstrative exhibits. Court sustained plaintiffs objections and excluded the exhibits because they were not listed on the exhibit list.

Argument held on Signal's motion to use exhibits 1544, 1546, and 1635. Court deferred ruling pending testimony of Rhonda George.

Argument held on Signal's motion to use exhibits 1665 and 1639. Court sustained plaintiffs objections and excluded those exhibits.

    Witnesses called by Signal and placed under oath:
    Testimony of Mr. Killeen continued;
    Deposition of Reverend Michel Kelleher read to the jury;
    Deposition of Tom Caffrey read to the jury;
    Ramesh R. Gunisetti;

Court recessed at 12:10 p.m. and resumed at 1:10 p.m.

    Testimony of Mr. Ramesh continued.
    Rhonda George;
    Terry Eley.

Exhibits 1096; 1367; 1775; 1016; 1130; 364; 187; 730; 1954; 1985; 777; 827; 724; 721; 727; 2061; 1282; 1005; 278; 482; 1147; 503; 405; 60; 1105; 1104; 1102; 1191; 482;  1689; 1631; 1685; 231; 1610; 1614; 1615; 1628; 1635; 1636; 1637; 1653; 1654; 1655; 1656; 1658; 1659; 176; 862; 1457; 913; 966; 917; 1778; 1872 offered and admitted into evidence.

Court recessed at 5:45 p.m. until February 2, 2015 at 8:00 a.m.

JS-10:8:30