MINUTE ENTRY
MORGAN, J.
FEBRUARY 2, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al | CIVIL ACTION |
| VERSUS | NO. 08-1220 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |
| | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO. 12-557 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |
| | |
| LAKSHMANN PONNAYAN ACHARI, et al | CIVIL ACTION |
| VERSUS | NO. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |

Applies To:
David v. Signal
(No. 08-1220)

### JURY TRIAL

### JUDGE SUSIE MORGAN, PRESIDING

**MONDAY, FEBRUARY 2, 2015 AT 8:00 A.M.**

COURTROOM DEPUTY:    Cesyle Nelson
COURT REPORTER:       Mary Thompson, morning session
                                       Terri Hourigan, afternoon session

APPEARANCES:               Alan B. Howard, Daniel Werner, Naomi Tsu, Hugh Sandler, Melia

        Amal Bouhabib and Meredith Stewart for Sony Vasudevan Salekha, Palanyandi Thangamani, Hemant Khuttan, Padaveettiyil Issac Andrews, and Jacob Joseph Kaddakkarappally (hereinafter referred to as "plaintiffs");

        Hal D. Ungar, Elham Rabbani, Brian C. Roux, Lance R. Rydberg, Lauren M. Davis, and Patricia A. Bollman for Signal International LLC, Signal International, Inc., Signal International Texas GP, LLC, and Signal International Texas, L.P. (hereinafter referred to as "Signal");

        Timothy W. Cerniglia for Malvern C. Burnett, Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (hereinafter referred to as "Burnett");

        Stephen H. Shapiro, for Sachin Dewan, and Dewan Consultants, Pvt., Ltd. (hereinafter referred to as "Dewan")

## JURY TRIAL

Continued from January 30, 2015.

After oral argument was held on the admissibility of exhibits 1665 and 1639, the Court overruled the objections on exhibit 1665 and sustained the objections on exhibit 1639.

Court discussed the status of the jury charges.

    Witnesses called by Signal and placed under oath:
    Ronald W. Schnoor.

Court recessed at 12:00 p.m. and resumed at 1:00 p.m.

Argument held on deposition designations of Mark Tanner.

    Testimony of Mr. Schnoor continued;
    Darryll Synder.

Exhibits 1098; 750; 625; 925; 1496; 1098; 156; 2111; 756; 1439 offered and admitted into evidence.

Arguments held as to the admissibility of exhibits 1738; 1784; 1604; 1672; 1738; 2113; 1942; 1948; 1949; 1968; 1956

JS-10:8:30