MINUTE ENTRY
MORGAN, J.
FEBRUARY 5, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al | CIVIL ACTION |
| VERSUS | NO. 08-1220 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |
| | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO. 12-557 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |
| | |
| LAKSHMANN PONNAYAN ACHARI, et al | CIVIL ACTION |
| VERSUS | NO. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |

Applies To:
David v. Signal
(No. 08-1220)

JURY TRIAL

JUDGE SUSIE MORGAN, PRESIDING

**THURSDAY, FEBRUARY 5, 2015 AT 8:30 A.M.**

COURTROOM DEPUTY:    Cesyle Nelson
COURT REPORTER:      Susan Zielie, morning session
                     Terri Hourigan, afternoon session

APPEARANCES:         Alan B. Howard, Daniel Werner, Naomi Tsu, Hugh Sandler, Melia

>Amal Bouhabib and Meredith Stewart for Sony Vasudevan Salekha, Palanyandi Thangamani, Hemant Khuttan, Padaveettiyil Issac Andrews, and Jacob Joseph Kaddakkarappally (hereinafter referred to as "plaintiffs");
>
>Erin C. Hangartner, Hal D. Ungar, Elham Rabbani, Brian C. Roux, Lance R. Rydberg, Lauren M. Davis, and Patricia A. Bollman for Signal International LLC, Signal International, Inc., Signal International Texas GP, LLC, and Signal International Texas, L.P. (hereinafter referred to as "Signal");
>
>Timothy W. Cerniglia for Malvern C. Burnett, Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (hereinafter referred to as "Burnett");
>
>Stephen H. Shapiro, for Sachin Dewan, and Dewan Consultants, Pvt., Ltd. (hereinafter referred to as "Dewan")

**JURY TRIAL**

Continued from February 4, 2015.

>Witnesses called by Signal and placed under oath:
>Santhosh Kumar Gopinathan Pillai (through translator Bhabha Padmanabhan);

Court recesses at 11:50 a.m. and resumed at 12:50 p.m.

>Richard L. Marler.

For the reasons stated, the Court excluded the deposition of Solomon Arava.

By order of the Court, the trial time allotted to the Burnett and Dewan defendants were increased by 300 minutes each.

Court recessed at 5:15 p.m. until February 6, 2015 at 8:00 a.m.

JS-10:8:00