MINUTE ENTRY
MORGAN, J.
FEBRUARY 6, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al | CIVIL ACTION |
| VERSUS | NO.  08-1220 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |
| | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO.  12-557 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |
| | |
| LAKSHMANN PONNAYAN ACHARI, et al | CIVIL ACTION |
| VERSUS | NO. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |

Applies To:
David v. Signal
(No. 08-1220)

JURY TRIAL

JUDGE SUSIE MORGAN, PRESIDING

**FRIDAY, FEBRUARY 6, 2015 AT 8:00 A.M.**

COURTROOM DEPUTY:   Cesyle Nelson
COURT REPORTER:     Susan Zielie, morning session
                    Terri Hourigan, afternoon session

APPEARANCES:        Alan B. Howard, Daniel Werner, Naomi Tsu, Hugh Sandler, Melia

Amal Bouhabib and Meredith Stewart for Sony Vasudevan Salekha, Palanyandi Thangamani, Hemant Khuttan, Padaveettiyil Issac Andrews, and Jacob Joseph Kaddakkarappally (hereinafter referred to as "plaintiffs");

Erin C. Hangartner, Hal D. Ungar, Elham Rabbani, Brian C. Roux, Lance R. Rydberg, Lauren M. Davis, and Patricia A. Bollman for Signal International LLC, Signal International, Inc., Signal International Texas GP, LLC, and Signal International Texas, L.P. (hereinafter referred to as "Signal");

Timothy W. Cerniglia for Malvern C. Burnett, Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (hereinafter referred to as "Burnett");

Stephen H. Shapiro, for Sachin Dewan, and Dewan Consultants, Pvt., Ltd. (hereinafter referred to as "Dewan")

**JURY TRIAL**

Continued from February 5, 2015.

    Testimony of Mr. Marler continued;

    Witnesses called by Burnett and placed under oath:
    Maria Sau-Wan Lau;
    Kathy Moser;
    Malvern Burnett.

Court recessed at 12:30 p.m. and resumed at 1:30 p.m.

    Testimony of Mr. Burnett continued.

Exhibits 800; 1900; 951; 1388; 951; 559; 896; 693; 1116; 2031; 177; 854; 940; 1360; 954; 417; 1492; 1483; 1143; 1499; 1501; 2148; 1235; 492; 1297; 1234; 2141; 1459; 1143; 575; 737; 736; 1139; 1148; offered and admitted into evidence.

Court recessed at 5:15 p.m. until February 9, 2015 at 8:00 a.m.

JS-10:8:00