MINUTE ENTRY
MORGAN, J.
FEBRUARY 9, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al | CIVIL ACTION |
| VERSUS | NO.  08-1220 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |
| | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO.  12-557 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |
| | |
| LAKSHMANN PONNAYAN ACHARI, et al | CIVIL ACTION |
| VERSUS | NO. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |

Applies To:
David v. Signal
(No. 08-1220)

JURY TRIAL

JUDGE SUSIE MORGAN, PRESIDING

**MONDAY, FEBRUARY 9, 2015 AT 8:00 A.M.**

COURTROOM DEPUTY:	Cesyle Nelson
COURT REPORTER:	Mary Thompson, morning session
	Cathy Pepper, afternoon session

APPEARANCES:	Alan B. Howard, Daniel Werner, Naomi Tsu, Hugh Sandler, Melia

Amal Bouhabib and Meredith Stewart for Sony Vasudevan Salekha, Palanyandi Thangamani, Hemant Khuttan, Padaveettiyil Issac Andrews, and Jacob Joseph Kaddakkarappally (hereinafter referred to as "plaintiffs");

Erin C. Hangartner, Hal D. Ungar, Elham Rabbani, Brian C. Roux, Lance R. Rydberg, Lauren M. Davis, and Patricia A. Bollman for Signal International LLC, Signal International, Inc., Signal International Texas GP, LLC, and Signal International Texas, L.P. (hereinafter referred to as "Signal");

Timothy W. Cerniglia for Malvern C. Burnett, Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (hereinafter referred to as "Burnett");

Stephen H. Shapiro, for Sachin Dewan, and Dewan Consultants, Pvt., Ltd. (hereinafter referred to as "Dewan")

**JURY TRIAL**

Continued from February 6, 2015.

> Testimony of Mr. Burnett continued.

> Witnesses called by Dewan and placed under oath:
> Sachin Dewan.

Court recessed at 12:00 p.m. and resumed at 12:30 p.m.

> Testimony of Mr. Dewan continued.

Court recessed at 6:00 p.m. until February 10, 2015 at 8:00 a.m.

Argument held on demonstrative exhibits to be used during closing arguments.

JS-10:9:00