MINUTE ENTRY
MORGAN, J.
FEBRUARY 12, 2015

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al | CIVIL ACTION |
| VERSUS | NO.  08-1220 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO.  12-557 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |

| | |
|---|---|
| LAKSHMANN PONNAYAN ACHARI, et al | CIVIL ACTION |
| VERSUS | NO. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |

Applies To:
David v. Signal
(No. 08-1220)

### JURY TRIAL

### JUDGE SUSIE MORGAN, PRESIDING

**THURSDAY, FEBRUARY 12, 2015 AT8:00 A.M.**

| | |
|---|---|
| COURTROOM DEPUTY: | Cesyle Nelson |
| COURT REPORTER: | Mary Thompson |

APPEARANCES:        Alan B. Howard, Daniel Werner, Naomi Tsu, Hugh Sandler, Melia

Amal Bouhabib and Meredith Stewart for Sony Vasudevan Salekha, Palanyandi Thangamani, Hemant Khuttan, Padaveettiyil Issac Andrews, and Jacob Joseph Kaddakkarappally (hereinafter referred to as "plaintiffs");

Erin C. Hangartner, Hal D. Ungar, Elham Rabbani, Brian C. Roux, Lance R. Rydberg, Lauren M. Davis, and Patricia A. Bollman for Signal International LLC, Signal International, Inc., Signal International Texas GP, LLC, and Signal International Texas, L.P. (hereinafter referred to as "Signal");

Timothy W. Cerniglia for Malvern C. Burnett, Law Offices of Malvern C. Burnett, A.P.C., and  Gulf Coast Immigration Law Center, L.L.C. (hereinafter referred to as "Burnett");

Stephen H. Shapiro, for Sachin Dewan, and Dewan Consultants, Pvt., Ltd. (hereinafter referred to as "Dewan")

**JURY TRIAL**

Continued from February 11, 2015.

Jury resumed deliberations at 8:00 a.m.

Charge conference held as to the jury instructions for stage 2.

Hearing held on why Erin C. Hangartner  should not be sanctioned for violating the Court's orders for raising certain issues, including one that was the subject of a protective order, during her closing argument to the jury.

Jury returned with their verdict as to stage 1 at 2:40 p.m.

Jury instructed and recessed at 3:45 p.m. until February 13, 2015 at 8:00 a.m.

Court requested counsel not to issue statements to the press or to contact jurors except in accordance with Local Rule 47.5.

JS-10:1:30