2-12-15

We, the jurors would like to receive one more copy of the table of contents of the exhibits.

Juror 10
Trenecia Knox

Three additional copies of the index will be provided.
Judge Morgan
8:32 am