# JURY FOREPERSON

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |
| **EQUAL EMPLOYMENT OPPORTUNITY**<br>**COMMISSION,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br> **(c/w 13-6219, 13-6220,**<br>**13-6221, 14-732, 14-**<br>**1818)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

**Applies To:**
***David v. Signal***
**(No. 08-1220)**

1

## JURY VERDICT FORM—STAGE 1

# PLAINTIFFS' CLAIMS

**CLAIM ONE:** **All Plaintiffs against Signal, Burnett, and Dewan**

**Trafficking Victims Protection Act—Signal**

**A. Forced Labor**

1. Do you find from a preponderance of the evidence that Signal knowingly obtained any Plaintiff's labor by threatening serious harm to him or another person?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

2. Do you find from a preponderance of the evidence that Signal knowingly obtained any Plaintiff's labor by means of a scheme, plan, or pattern intended to cause him to believe that, if he did not perform work at Signal, then he or another person would suffer serious harm?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

3. Do you find from a preponderance of the evidence that Signal knowingly obtained any Plaintiff's labor by means of the abuse or threatened abuse of law or the legal process?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

4. Do you find from a preponderance of the evidence that any Plaintiff(s) for whom you answered **"Yes"** for **Questions 1, 2, or 3** was damaged by Signal as a result of forced labor?

Sony Sulekha                          YES _✓___NO_____

Jacob Joseph Kadakkarappally      YES _✓___NO_____

Palanyandi Thangamani             YES _✓___NO_____

Andrews Padavettiyil              YES _✓___NO_____

Hemant Khuttan                    YES _✓___NO_____

*Please proceed to* **Section B.**

## B. Trafficking For Forced Labor

1. Do you find from a preponderance of the evidence that Signal recruited, transported, provided, or obtained, by any means, any Plaintiff for labor or services?

Sony Sulekha                          YES _✓___NO_____

Jacob Joseph Kadakkarappally      YES _✓___NO_____

Palanyandi Thangamani             YES _✓___NO_____

Andrews Padavettiyil              YES _✓___NO_____

Hemant Khuttan                    YES _✓___NO_____

*If you have answered "Yes" with respect to* **any** *Plaintiff(s), please proceed to* **Question 2** *for that Plaintiff(s). If you have answered* **"No"** *with respect to* **all** *Plaintiffs, please proceed to the next Defendant on* **page 7**.

2. Do you find from a preponderance of the evidence that Signal acted with the knowledge that any of the Plaintiffs would be subjected to forced labor?

Sony Sulekha                          YES _✓___NO_____

Jacob Joseph Kadakkarappally      YES _✓___NO_____

Palanyandi Thangamani             YES _✓___NO_____

Andrews Padavettiyil              YES _✓___NO_____

Hemant Khuttan                    YES _✓___NO_____

*If you have answered "**Yes**" with respect to **any** Plaintiff(s), please proceed to*
***Question 3*** *for that Plaintiff(s). If you have answered "**No**" with respect to **all***
*Plaintiffs, please proceed to the next Defendant on **page 7**.*

3. Do you find from a preponderance of the evidence that any Plaintiff(s) was damaged by Signal as a result of trafficking for forced labor?

| | | |
|---|---|---|
| Sony Sulekha | YES _✓_ | NO_____ |
| Jacob Joseph Kadakkarappally | YES _✓_ | NO_____ |
| Palanyandi Thangamani | YES _✓_ | NO_____ |
| Andrews Padavettiyil | YES _✓_ | NO_____ |
| Hemant Khuttan | YES _✓_ | NO_____ |

*Please proceed to the next Defendant on **page 7**.*

**Trafficking Victims Protection Act—Malvern C. Burnett ("Burnett")**

**A. Forced Labor**

1. Do you find from a preponderance of the evidence that Burnett knowingly obtained any Plaintiff's labor by threatening serious harm to him or another person?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

2. Do you find from a preponderance of the evidence that Burnett knowingly obtained any Plaintiff's labor by means of a scheme, plan, or pattern intended to cause him to believe that, if he did not perform work at Signal, then he or another person would suffer serious harm?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

3. Do you find from a preponderance of the evidence that Burnett knowingly obtained any Plaintiff's labor by means of the abuse or threatened abuse of law or the legal process?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

4. Do you find from a preponderance of the evidence that any Plaintiff(s) for whom you answered **"Yes"** for **Questions 1, 2, or 3** was damaged by Burnett as a result of forced labor?

Sony Sulekha                                YES __✓__ NO_____

Jacob Joseph Kadakkarappally     YES __✓__ NO_____

Palanyandi Thangamani               YES __✓__ NO_____

Andrews Padavettiyil                    YES __✓__ NO_____

Hemant Khuttan                            YES __✓__ NO_____

*Please proceed to* **Section B.**

## B. Trafficking For Forced Labor

1. Do you find from a preponderance of the evidence that Burnett recruited, transported, provided, or obtained, by any means, any Plaintiff for labor or services?

Sony Sulekha                                YES __✓__ NO_____

Jacob Joseph Kadakkarappally     YES __✓__ NO_____

Palanyandi Thangamani               YES __✓__ NO_____

Andrews Padavettiyil                    YES __✓__ NO_____

Hemant Khuttan                            YES __✓__ NO_____

*If you have answered "Yes" with respect to any Plaintiff(s), please proceed to* **Question 2** *for that Plaintiff(s). If you have answered "No" with respect to all Plaintiffs, please proceed to the next Defendant on* **page 10.**

2. Do you find from a preponderance of the evidence that Burnett acted with the knowledge that any of the Plaintiffs would be subjected to forced labor?

Sony Sulekha                                YES __✓__ NO_____

Jacob Joseph Kadakkarappally     YES __✓__ NO_____

Palanyandi Thangamani               YES __✓__ NO_____

Andrews Padavettiyil                    YES __✓__ NO_____

Hemant Khuttan                            YES __✓__ NO_____

*If you have answered "**Yes**" with respect to **any** Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "**No**" with respect to **all** Plaintiffs, please proceed to the next Defendant on **page 10**.*

3. Do you find from a preponderance of the evidence that any Plaintiff(s) was damaged by Burnett as a result of trafficking for forced labor?

| | |
|---|---|
| Sony Sulekha | YES __✓__ NO_____ |
| Jacob Joseph Kadakkarappally | YES __✓__ NO_____ |
| Palanyandi Thangamani | YES __✓__ NO_____ |
| Andrews Padavettiyil | YES __✓__ NO_____ |
| Hemant Khuttan | YES __✓__ NO_____ |

*Please proceed to the next Defendant on **page 10**.*

**Trafficking Victims Protection Act—Law Offices of Malvern C. Burnett, APC ("Burnett Law Offices")**

**A. Forced Labor**

1. Do you find from a preponderance of the evidence that Burnett Law Offices knowingly obtained any Plaintiff's labor by threatening serious harm to him or another person?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

2. Do you find from a preponderance of the evidence that Burnett Law Offices knowingly obtained any Plaintiff's labor by means of a scheme, plan, or pattern intended to cause him to believe that, if he did not perform work at Signal, then he or another person would suffer serious harm?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

3. Do you find from a preponderance of the evidence that Burnett Law Offices knowingly obtained any Plaintiff's labor by means of the abuse or threatened abuse of law or the legal process?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

4. Do you find from a preponderance of the evidence that any Plaintiff(s) for whom you answered **"Yes"** for **Questions 1, 2, or 3** was damaged by Burnett Law Offices as a result of forced labor?

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally               YES __✓__ NO_____

Palanyandi Thangamani                      YES __✓__ NO_____

Andrews Padavettiyil                       YES __✓__ NO_____

Hemant Khuttan                             YES __✓__ NO_____

*Please proceed to* **Section B.**

## B. Trafficking For Forced Labor

1. Do you find from a preponderance of the evidence that Burnett Law Offices recruited, transported, provided, or obtained, by any means, any Plaintiff for labor or services?

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally               YES __✓__ NO_____

Palanyandi Thangamani                      YES __✓__ NO_____

Andrews Padavettiyil                       YES __✓__ NO_____

Hemant Khuttan                             YES __✓__ NO_____

*If you have answered "**Yes**" with respect to **any** Plaintiff(s), please proceed to* **Question 2** *for that Plaintiff(s). If you have answered "**No**" with respect to **all** Plaintiffs, please proceed to the next Defendant on* **page 13***.*

2. Do you find from a preponderance of the evidence that Burnett Law Offices acted with the knowledge that any of the Plaintiffs would be subjected to forced labor?

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally               YES __✓__ NO_____

Palanyandi Thangamani                      YES __✓__ NO_____

Andrews Padavettiyil                       YES __✓__ NO_____

Hemant Khuttan                             YES __✓__ NO_____

*If you have answered "**Yes**" with respect to **any** Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "**No**" with respect to **all** Plaintiffs, please proceed to the next Defendant on **page 13**.*

3. Do you find from a preponderance of the evidence that any Plaintiff(s) was damaged by Burnett Law Offices as a result of trafficking for forced labor?

| | | |
|---|---|---|
| Sony Sulekha | YES ___✓___ | NO_____ |
| Jacob Joseph Kadakkarappally | YES ___✓___ | NO_____ |
| Palanyandi Thangamani | YES ___✓___ | NO_____ |
| Andrews Padavettiyil | YES ___✓___ | NO_____ |
| Hemant Khuttan | YES ___✓___ | NO_____ |

*Please proceed to the next Defendant on **page 13**.*

12

**Trafficking Victims Protection Act – Sachin Dewan ("Dewan")**

**A. Forced Labor**

1. Do you find from a preponderance of the evidence that Dewan knowingly obtained any Plaintiff's labor by threatening serious harm to him or another person?

Sony Sulekha                                   YES ___✓___ NO_____

Jacob Joseph Kadakkarappally      YES ___✓___ NO_____

Palanyandi Thangamani                 YES ___✓___ NO_____

Andrews Padavettiyil                     YES ___✓___ NO_____

Hemant Khuttan                            YES ___✓___ NO_____

2. Do you find from a preponderance of the evidence that Dewan knowingly obtained any Plaintiff's labor by means of a scheme, plan, or pattern intended to cause him to believe that, if he did not perform work at Signal, then he or another person would suffer serious harm?

Sony Sulekha                                   YES ___✓___ NO_____

Jacob Joseph Kadakkarappally      YES ___✓___ NO_____

Palanyandi Thangamani                 YES ___✓___ NO_____

Andrews Padavettiyil                     YES ___✓___ NO_____

Hemant Khuttan                            YES ___✓___ NO_____

3. Do you find from a preponderance of the evidence that Dewan knowingly obtained any Plaintiff's labor by means of the abuse or threatened abuse of law or the legal process?

Sony Sulekha                                   YES ___✓___ NO_____

Jacob Joseph Kadakkarappally      YES ___✓___ NO_____

Palanyandi Thangamani                 YES ___✓___ NO_____

Andrews Padavettiyil                     YES ___✓___ NO_____

Hemant Khuttan                            YES ___✓___ NO_____

13

4. Do you find from a preponderance of the evidence that any Plaintiff(s) for whom you answered **"Yes"** for **Questions 1, 2, or 3** was damaged by Dewan as a result of forced labor?

Sony Sulekha                                   YES __✓__ NO _____

Jacob Joseph Kadakkarappally      YES __✓__ NO _____

Palanyandi Thangamani                  YES __✓__ NO _____

Andrews Padavettiyil                       YES __✓__ NO _____

Hemant Khuttan                              YES __✓__ NO _____

*Please proceed to* **Section B.**

## B. Trafficking For Forced Labor

1. Do you find from a preponderance of the evidence that Dewan recruited, transported, provided, or obtained, by any means, any Plaintiff for labor or services?

Sony Sulekha                                   YES __✓__ NO _____

Jacob Joseph Kadakkarappally      YES __✓__ NO _____

Palanyandi Thangamani                  YES __✓__ NO _____

Andrews Padavettiyil                       YES __✓__ NO _____

Hemant Khuttan                              YES __✓__ NO _____

*If you have answered "***Yes***" with respect to* **any** *Plaintiff(s), please proceed to* **Question 2** *for that Plaintiff(s). If you have answered "***No***" with respect to* **all** *Plaintiffs, please proceed to the next Defendant on* **page 16**.

2. Do you find from a preponderance of the evidence that Dewan acted with the knowledge that any of the Plaintiffs would be subjected to forced labor?

Sony Sulekha                                   YES __✓__ NO _____

Jacob Joseph Kadakkarappally      YES __✓__ NO _____

Palanyandi Thangamani                  YES __✓__ NO _____

Andrews Padavettiyil                       YES __✓__ NO _____

Hemant Khuttan                              YES __✓__ NO _____

*If you have answered "**Yes**" with respect to **any** Plaintiff(s), please proceed to* **Question 3** *for that Plaintiff(s). If you have answered "**No**" with respect to **all** Plaintiffs, please proceed to the next Defendant on **page 16**.*

3. Do you find from a preponderance of the evidence that any Plaintiff(s) was damaged by Dewan as a result of trafficking for forced labor?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

*Please proceed to the next Defendant on **page 16**.*

**Trafficking Victims Protection Act – Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants) ("Dewan Consultants")**

**A. Forced Labor**

1. Do you find from a preponderance of the evidence that Dewan Consultants knowingly obtained any Plaintiff's labor by threatening serious harm to him or another person?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO_____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO_____ |
| Palanyandi Thangamani | YES ✓ | NO_____ |
| Andrews Padavettiyil | YES ✓ | NO_____ |
| Hemant Khuttan | YES ✓ | NO_____ |

2. Do you find from a preponderance of the evidence that Dewan Consultants knowingly obtained any Plaintiff's labor by means of a scheme, plan, or pattern intended to cause him to believe that, if he did not perform work at Signal, then he or another person would suffer serious harm?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO_____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO_____ |
| Palanyandi Thangamani | YES ✓ | NO_____ |
| Andrews Padavettiyil | YES ✓ | NO_____ |
| Hemant Khuttan | YES ✓ | NO_____ |

3. Do you find from a preponderance of the evidence that Dewan Consultants knowingly obtained any Plaintiff's labor by means of the abuse or threatened abuse of law or the legal process?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO_____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO_____ |
| Palanyandi Thangamani | YES ✓ | NO_____ |
| Andrews Padavettiyil | YES ✓ | NO_____ |
| Hemant Khuttan | YES ✓ | NO_____ |

4. Do you find from a preponderance of the evidence that any Plaintiff(s) for whom you answered **"Yes"** for **Questions 1, 2, or 3** was damaged by Dewan Consultants as a result of forced labor?

Sony Sulekha                                    YES ___✓___ NO _____

Jacob Joseph Kadakkarappally        YES ___✓___ NO _____

Palanyandi Thangamani                   YES ___✓___ NO _____

Andrews Padavettiyil                        YES ___✓___ NO _____

Hemant Khuttan                               YES ___✓___ NO _____

*Please proceed to **Section B.***

## B. Trafficking For Forced Labor

1. Do you find from a preponderance of the evidence that Dewan Consultants recruited, transported, provided, or obtained, by any means, any Plaintiff for labor or services?

Sony Sulekha                                    YES ___✓___ NO _____

Jacob Joseph Kadakkarappally        YES ___✓___ NO _____

Palanyandi Thangamani                   YES ___✓___ NO _____

Andrews Padavettiyil                        YES ___✓___ NO _____

Hemant Khuttan                               YES ___✓___ NO _____

*If you have answered "**Yes**" with respect to **any** Plaintiff(s), please proceed to* **Question 2** *for that Plaintiff(s). If you have answered "**No**" with respect to* **all** *Plaintiffs, please proceed to* **CLAIM TWO** *on* **page 19**.

2. Do you find from a preponderance of the evidence that Dewan Consultants acted with the knowledge that any of the Plaintiffs would be subjected to forced labor?

Sony Sulekha                                    YES ___✓___ NO _____

Jacob Joseph Kadakkarappally        YES ___✓___ NO _____

Palanyandi Thangamani                   YES ___✓___ NO _____

Andrews Padavettiyil                        YES ___✓___ NO _____

Hemant Khuttan                               YES ___✓___ NO _____

*If you have answered "Yes" with respect to **any** Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "No" with respect to **all** Plaintiffs, please proceed to **CLAIM TWO** on **page 19**.*

3. Do you find from a preponderance of the evidence that any Plaintiff(s) was damaged by Dewan Consultants as a result of trafficking for forced labor?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

**PLEASE PROCEED TO CLAIM TWO ON PAGE 19.**

**CLAIM TWO:  All Plaintiffs against Signal**

**A.  Discriminatory Terms and Conditions of Employment**

1. Have Plaintiff(s) proven by a preponderance of the evidence that Signal required them to live in the man camp and/or deducted fees from Plaintiffs' wages for the man camp accommodations?

| | |
|---|---|
| Sony Sulekha | YES ___✓___  NO_____ |
| Jacob Joseph Kadakkarappally | YES ___✓___  NO_____ |
| Palanyandi Thangamani | YES ___✓___  NO_____ |
| Andrews Padavettiyil | YES ___✓___  NO_____ |
| Hemant Khuttan | YES ___✓___  NO_____ |

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 2 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to Section B for that Plaintiff(s).*

2. Have Plaintiff(s) proven by a preponderance of the evidence that their being Indian or H-2B visa holders was a motivating factor in Signal's decision to require them to live in the man camp and/or deduct fees from Plaintiffs' wages for the man camp accommodations?

| | |
|---|---|
| Sony Sulekha | YES ___✓___  NO_____ |
| Jacob Joseph Kadakkarappally | YES ___✓___  NO_____ |
| Palanyandi Thangamani | YES ___✓___  NO_____ |
| Andrews Padavettiyil | YES ___✓___  NO_____ |
| Hemant Khuttan | YES ___✓___  NO_____ |

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 3 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to Section B for that Plaintiff(s).*

3. Has Signal proven by a preponderance of the evidence that it would have made the same decision to require Plaintiff(s) to live in the Signal man camp or deduct fees for man camp accommodations from Plaintiffs' pay even if it had not considered the fact that Plaintiff(s) are Indian or H-2B visa holders?

Sony Sulekha                          YES _____ NO ___✓___

Jacob Joseph Kadakkarappally          YES _____ NO __✓___

Palanyandi Thangamani                 YES _____ NO __✓___

Andrews Padavettiyil                  YES _____ NO __✓___

Hemant Khuttan                        YES _____ NO __✓___

*If you have answered **"Yes"** for any Plaintiff(s), please proceed to **Section B.**  If you have answered **"No"** for any Plaintiff(s), please proceed to **Question 4** for that Plaintiff(s)*

4. Have Plaintiff(s) proven by a preponderance of the evidence that they were damaged by Signal's discriminatory terms and conditions of employment?

Sony Sulekha                          YES __✓___ NO_____

Jacob Joseph Kadakkarappally          YES __✓___ NO_____

Palanyandi Thangamani                 YES __✓___ NO_____

Andrews Padavettiyil                  YES __✓___ NO_____

Hemant Khuttan                        YES __✓___ NO_____

*Please proceed to **Section B.***

## B.  Harassing Living Conditions

1. Have Plaintiff(s) proven by a preponderance of the evidence that all or some of them were subject to unwelcome harassment?

Sony Sulekha                          YES __✓___ NO_____

Jacob Joseph Kadakkarappally          YES __✓___ NO_____

Palanyandi Thangamani                 YES __✓___ NO_____

Andrews Padavettiyil                  YES __✓___ NO_____

Hemant Khuttan                        YES __✓___ NO_____

*If you have answered **"Yes"** for **any** Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered **"No"** for **any** Plaintiff(s), please proceed to **CLAIM THREE** for that Plaintiff(s) on **page 23**.*

2. Have Plaintiff(s) proven by a preponderance of the evidence that the harassment complained of was based on their race, ethnicity, ancestry, or status as H-2B Visa holders?

Sony Sulekha                            YES __✓__ NO_____

Jacob Joseph Kadakkarappally             YES __✓__ NO_____

Palanyandi Thangamani                    YES __✓__ NO_____

Andrews Padavettiyil                     YES __✓__ NO_____

Hemant Khuttan                           YES __✓__ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to **CLAIM THREE** for that Plaintiff(s) on **page 23**.*

3. Have Plaintiff(s) proven by a preponderance of the evidence that the harassment complained of affected a term, condition, or privilege of employment?

Sony Sulekha                            YES __✓__ NO_____

Jacob Joseph Kadakkarappally             YES __✓__ NO_____

Palanyandi Thangamani                    YES __✓__ NO_____

Andrews Padavettiyil                     YES __✓__ NO_____

Hemant Khuttan                           YES __✓__ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 4** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to **CLAIM THREE** for that Plaintiff(s) on **page 23**.*

4. Have Plaintiff(s) proven by a preponderance of the evidence that they were damaged by the harassing living conditions at the Signal man camp?

Sony Sulekha                            YES __✓__ NO_____

Jacob Joseph Kadakkarappally             YES __✓__ NO_____

Palanyandi Thangamani                    YES __✓__ NO_____

Andrews Padavettiyil                     YES __✓__ NO_____

Hemant Khuttan                           YES __✓__ NO_____

21

**PLEASE PROCEED TO CLAIM THREE ON PAGE 23.**

**CLAIM THREE:** **Plaintiff Jacob Joseph Kadakkarappally ("Mr. Jacob") against Signal**

**Retaliation**

1. Do you find from a preponderance of the evidence that Mr. Jacob engaged in protected activity?

YES __✓__ NO_____

*If you have answered "Yes," please proceed to **Question 2**. If you have answered "No," please proceed to CLAIM FOUR on **page 24**.*

2. Do you find from a preponderance of the evidence that Signal terminated the employment of Mr. Jacob?

YES __✓__ NO_____

*If you have answered "Yes," please proceed to **Question 3**. If you have answered "No," please proceed to CLAIM FOUR on **page 24**.*

3. Do you find from a preponderance of the evidence that Signal would not have terminated Mr. Jacob but for his engaging in protected activity?

YES __✓__ NO_____

*If you have answered "Yes," please proceed to **Question 4**. If you have answered "No," please proceed to CLAIM FOUR on **page 24**.*

4. Do you find from a preponderance of the evidence that Mr. Jacob was damaged by Signal's unlawful retaliation?

YES __✓__ NO_____

**PLEASE PROCEED TO CLAIM FOUR ON PAGE 24.**

<u>**CLAIM FOUR:**</u>  **All Plaintiffs against Signal, Burnett, and Dewan**

**RICO – All Defendants**

1. Do you find from a preponderance of the evidence that the following enterprises existed?

RICO Enterprise I:               YES __✓__ NO_____

RICO Enterprise II:              YES __✓__ NO_____

RICO Enterprise III:             YES __✓__ NO_____

*If you have answered "**Yes**" to **any** of the questions in **Question 1**, please proceed to **Question 2**.  If you have answered "**No**" to **all** of the questions in **Question 1**, please proceed to **CLAIM FIVE** on **page 45**.*

2. Do you find from a preponderance of the evidence that the following enterprises engaged in, or had some effect on, interstate or foreign commerce?

RICO Enterprise I:               YES __✓__ NO_____

RICO Enterprise II:              YES __✓__ NO_____

RICO Enterprise III:             YES __✓__ NO_____

*If you have answered "**Yes**" to **any** of the questions in **Question 2**, please proceed to the Defendant-specific questions beginning on **page 25**.  If you have answered "**No**" to **all** of the questions in **Question 2**, please proceed to **CLAIM FIVE** on **page 45**.*

## A. RICO GENERAL CLAIM—SIGNAL

3. Do you find from a preponderance of the evidence that Signal was employed by or associated with any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES ____✓____ NO _____

*If you answered **"Yes,"** please proceed to **Question 4**. If you answered **"No,"** please proceed to **Section B** on **page 27**.*

4. Do you find from a preponderance of the evidence that Signal participated, either directly or indirectly, in the conduct of the affairs of any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES __✓___ NO _____

*If you answered **"Yes,"** please proceed to **Question 5**. If you answered **"No,"** please proceed to **Section B** on **page 27**.*

5. Do you find from a preponderance of the evidence that Signal participated through a pattern of racketeering activity? To answer this question, please answer the following two subquestions:

### 5(i). Predicate Acts

a. <u>Forced Labor</u>

1. Did Signal commit at least one act of forced labor?

YES __✓___ NO _____

2. Did Signal commit more than one act of forced labor?

YES __✓___ NO _____

b. <u>Trafficking For Forced Labor</u>

1. Did Signal commit at least one act of trafficking for forced labor?

YES __✓___ NO _____

2. Did Signal commit more than one act of trafficking for forced labor?

YES __✓___ NO _____

25

    c. Mail Fraud

        1. Did Signal commit at least one act of mail fraud?

        YES __✓__ NO _____

        2. Did Signal commit more than one act of mail fraud?

        YES __✓__ NO _____

    d. Wire Fraud

        1. Did Signal commit at least one act of wire fraud?

        YES __✓__ NO _____

        2.Did Signal commit more than one act of wire fraud?

        YES __✓__ NO _____

    e. Immigration Document Fraud

        1. Did Signal commit at least one act of immigration document fraud?

        YES __✓__ NO _____

        2. Did Signal commit more than one act of immigration document fraud?

        YES __✓__ NO _____

*If you have found that Signal committed at least **two** of **any** of the predicate acts (combining any two of the predicate acts from questions a(1) -e(1)), **or** if you answered **YES** to **any** of questions a(2)-(e)(2), please proceed to **Subquestion 5(ii)**. If not, please proceed to **Section B** on **page 27**.*

    5(ii). **Predicate Acts Committed as Part of a Pattern**

Did the predicate acts committed by Signal form a pattern by having the same or similar purposes, results, participants, victims, or methods of commission, or were otherwise interrelated?

YES __✓__ NO _____

*If you have answered **"Yes,"** please proceed to **Question 6**. If you have answered **"No,"** please proceed to **Section B** on **page 27**.*

6. Do you find from a preponderance of the evidence that any Plaintiff(s) was injured by Signal's general RICO violation?

Sony Sulekha                              YES ___✓___ NO_____

Jacob Joseph Kadakkarappally    YES ___✓___ NO_____

Palanyandi Thangamani              YES ___✓___ NO_____

Andrews Padavettiyil                  YES ___✓___ NO_____

Hemant Khuttan                          YES ___✓___ NO_____

*Please proceed to **Section B**.*

## B. RICO CONSPIRACY CLAIM—Signal

1. Do you find from a preponderance of the evidence that that two or more persons or entities, one of whom was Signal, agreed to try to accomplish an unlawful plan to engage in a pattern of racketeering activity associated with any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES ___✓___ NO_____

*If you have answered "Yes," please proceed to **Question 2**. If you have answered "No," please proceed to the next Defendant on **page 29**.*

2. Do you find from a preponderance of the evidence that Signal agreed to the overall objective of the conspiracy or agreed with at least one other defendant to commit two predicate acts as part of the conspiracy?

YES ___✓___ NO_____

*If you have answered "Yes," please proceed to **Question 3**. If you have answered "No," please proceed to the next Defendant on **page 29**.*

27

3. Do you find from a preponderance of the evidence that any Plaintiff(s) was injured by Signal's RICO conspiracy violation?

Sony Sulekha                         YES __✓__ NO_____

Jacob Joseph Kadakkarappally          YES __✓__ NO_____

Palanyandi Thangamani                 YES __✓__ NO_____

Andrews Padavettiyil                  YES __✓__ NO_____

Hemant Khuttan                        YES __✓__ NO_____

*Please proceed to the next Defendant on **page 29.***

28

## A. RICO GENERAL CLAIM—Malvern C. Burnett ("Burnett")

3. Do you find from a preponderance of the evidence that Burnett was employed by or associated with any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES ___✓___ NO_____

*If you answered* ***"Yes,"*** *please proceed to* ***Question 4***. *If you answered* ***"No,"*** *please proceed to* ***Section B*** *on* ***page 31***.

4. Do you find from a preponderance of the evidence that Burnett participated, either directly or indirectly, in the conduct of the affairs of any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES ___✓___ NO_____

*If you answered* ***"Yes,"*** *please proceed to* ***Question 5***. *If you answered* ***"No,"*** *please proceed to* ***Section B*** *on* ***page 31***.

5. Do you find from a preponderance of the evidence that Burnett participated through a pattern of racketeering activity?  To answer this question, please answer the following two subquestions:

### 5(i). **Predicate Acts**

a. Forced Labor

1. Did Burnett commit at least one act of forced labor?

YES ___✓___ NO _____

2. Did Burnett commit more than one act of forced labor?

YES ___✓___ NO _____

b. Trafficking For Forced Labor

1. Did Burnett commit at least one act of trafficking for forced labor?

YES ___✓___ NO _____

2. Did Burnett commit more than one act of trafficking for forced labor?

YES _____ NO _____

c. <u>Mail Fraud</u>

    1. Did Burnett commit at least one act of mail fraud?

    YES  ✓  NO _____

    2. Did Burnett commit more than one act of mail fraud?

    YES  ✓  NO _____

d. <u>Wire Fraud</u>

    1. Did Burnett commit at least one act of wire fraud?

    YES  ✓  NO _____

    2. Did Burnett commit more than one act of wire fraud?

    YES  ✓  NO _____

e. <u>Immigration Document Fraud</u>

    1. Did Burnett commit at least one act of immigration document fraud?

    YES  ✓  NO _____

    2. Did Burnett commit more than one act of immigration document fraud?

    YES  ✓  NO _____

*If you have found that Burnett committed at least **two** of **any** of the predicate acts (combining any two of the predicate acts from questions a(1) -e(1)), **or** if you answered **YES** to **any** of questions a(2)-(e)(2), please proceed to **Subquestion 5(ii)**. If not, please proceed to **Section B** on page 31.*

### 5(ii). **Predicate Acts Committed as Part of a Pattern**

Did the predicate acts committed by Burnett form a pattern by having the same or similar purposes, results, participants, victims, or methods of commission, or were otherwise interrelated?

YES  ✓  NO _____

*If you have answered **"Yes,"** please proceed to **Question 6**. If you have answered **"No,"** please proceed to **Section B** on page 31.*

6. Do you find from a preponderance of the evidence that any Plaintiff(s) was injured by Burnett's general RICO violation?

| | |
|---|---|
| Sony Sulekha | YES ___✓___ NO _____ |
| Jacob Joseph Kadakkarappally | YES ___✓___ NO _____ |
| Palanyandi Thangamani | YES ___✓___ NO _____ |
| Andrews Padavettiyil | YES ___✓___ NO _____ |
| Hemant Khuttan | YES ___✓___ NO _____ |

*Please proceed to **Section B.***

## B. RICO CONSPIRACY CLAIM—Malvern C. Burnett ("Burnett")

1.  Do you find from a preponderance of the evidence that that two or more persons or entities, one of whom was Burnett, agreed to try to accomplish an unlawful plan to engage in a pattern of racketeering activity associated with any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES ___✓___ NO _____

*If you have answered "Yes," please proceed to **Question 2**. If you have answered "No," please proceed to the next Defendant on **page 33**.*

2.  Do you find from a preponderance of the evidence that Burnett agreed to the overall objective of the conspiracy or agreed with at least one other defendant to commit two predicate acts as part of the conspiracy?

YES ___✓___ NO _____

*If you have answered **"Yes,"** please proceed to **Question 3**. If you have answered **"No,"** please proceed to the next Defendant on **page 33**.*

3. Do you find from a preponderance of the evidence that any Plaintiff(s) was injured by Burnett's RICO conspiracy violation?

Sony Sulekha                          YES ___✓___ NO_____

Jacob Joseph Kadakkarappally          YES ___✓___ NO_____

Palanyandi Thangamani                 YES ___✓___ NO_____

Andrews Padavettiyil                  YES ___✓___ NO_____

Hemant Khuttan                        YES ___✓___ NO_____

*Please proceed to the next Defendant on **page 33**.*

32

## A. RICO GENERAL CLAIM—Law Offices of Malvern C. Burnett, APC ("Burnett Law Offices")

3. Do you find from a preponderance of the evidence that Burnett Law Offices was employed by or associated with any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES ___✓___ NO_____

*If you answered "Yes," please proceed to Question 4. If you answered "No," please proceed to Section B on page 35.*

4. Do you find from a preponderance of the evidence that Burnett Law Offices participated, either directly or indirectly, in the conduct of the affairs of any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES ___✓___ NO_____

*If you answered "Yes," please proceed to Question 5. If you answered "No," please proceed to Section B on page 35.*

5.   Do you find from a preponderance of the evidence that Burnett Law Offices participated through a pattern of racketeering activity?  To answer this question, please answer the following two subquestions:

### 5(i). Predicate Acts

   a. <u>Forced Labor</u>

   1. Did Burnett Law Offices commit at least one act of forced labor?

   YES ___✓___ NO _____

   2. Did Burnett Law Offices commit more than one act of forced labor?

   YES ___✓___ NO _____

   b. <u>Trafficking For Forced Labor</u>

   1. Did Burnett Law Offices commit at least one act of trafficking for forced labor?

   YES ___✓___ NO _____

   2. Did Burnett Law Offices commit more than one act of trafficking for forced labor?

YES _____ NO _____

c. Mail Fraud

      1. Did Burnett Law Offices commit at least one act of mail fraud?

      YES _____ NO _____

      2. Did Burnett Law Offices commit more than one act of mail fraud?

      YES _____ NO _____

d. Wire Fraud

      1. Did Burnett Law Offices commit at least one act of wire fraud?

      YES _____ NO _____

      2. Did Burnett Law Offices commit more than one act of wire fraud?

      YES _____ NO _____

e. Immigration Document Fraud

      1. Did Burnett Law Offices commit at least one act of immigration document fraud?

      YES _____ NO _____

      2. Did Burnett Law Offices commit more than one act of immigration document fraud?

      YES _____ NO _____

*If you have found that Burnett Law Offices committed at least **two** of **any** of the predicate acts (combining any two of the predicate acts from questions a(1) -e(1)), **or** if you answered **YES** to **any** of questions a(2)-(e)(2), please proceed to **Subquestion 5(ii)**.  If not, please proceed to **Section B** on **page 35**.*

### 5(ii).  **Predicate Acts Committed as Part of a Pattern**

Did the predicate acts committed by Burnett Law Offices form a pattern by having the same or similar purposes, results, participants, victims, or methods of commission, or were otherwise interrelated?

YES _____ NO _____

*If you have answered **"Yes,"** please proceed to **Question 6**.  If you have answered **"No,"** please proceed to **Section B** on **page 35**.*

34

6. Do you find from a preponderance of the evidence that any Plaintiff(s) was injured by Burnett Law Offices's general RICO violation?

Sony Sulekha                              YES ____✓____NO_____

Jacob Joseph Kadakkarappally     YES ____✓____NO_____

Palanyandi Thangamani               YES ____✓____NO_____

Andrews Padavettiyil                    YES ____✓____NO_____

Hemant Khuttan                           YES ____✓____NO_____

*Please proceed to* **Section B.**

## B. RICO CONSPIRACY CLAIM—Law Offices of Malvern C. Burnett, APC ("Burnett Law Offices")

1. Do you find from a preponderance of the evidence that that two or more persons or entities, one of whom was Burnett Law Offices, agreed to try to accomplish an unlawful plan to engage in a pattern of racketeering activity associated with any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES ____✓____NO_____

*If you have answered "Yes," please proceed to* **Question 2.** *If you have answered "No," please proceed to the next Defendant on* **page 37.**

2. Do you find from a preponderance of the evidence that Burnett Law Offices agreed to the overall objective of the conspiracy or agreed with at least one other defendant to commit two predicate acts as part of the conspiracy?

YES ____✓____NO_____

*If you have answered "Yes," please proceed to* **Question 3.** *If you have answered "No," please proceed to* **Section B** *on* **page 37.**

3. Do you find from a preponderance of the evidence that any Plaintiff(s) was injured by Burnett Law Offices's RICO conspiracy violation?

Sony Sulekha                        YES __✓__ NO_____

Jacob Joseph Kadakkarappally   YES __✓__ NO_____

Palanyandi Thangamani            YES __✓__ NO_____

Andrews Padavettiyil               YES __✓__ NO_____

Hemant Khuttan                     YES __✓__ NO_____

*Please proceed to the next Defendant on **page 37.***

36

## A. RICO GENERAL CLAIM—Sachin Dewan ("Dewan")

3. Do you find from a preponderance of the evidence that Dewan was employed by or associated with any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES _____ NO _____

*If you answered **"Yes,"** please proceed to **Question 4**. If you answered **"No,"** please proceed to **Section B** on **page 39**.*

4. Do you find from a preponderance of the evidence that Dewan participated, either directly or indirectly, in the conduct of the affairs of any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES _____ NO _____

*If you answered **"Yes,"** please proceed to **Question 5**. If you answered **"No,"** please proceed to **Section B** on **page 39**.*

5. Do you find from a preponderance of the evidence that Dewan participated through a pattern of racketeering activity? To answer this question, please answer the following two subquestions:

### 5(i). **Predicate Acts**

a. Forced Labor

1. Did Dewan commit at least one act of forced labor?

YES _____ NO _____

2. Did Dewan commit more than one act of forced labor?

YES _____ NO _____

b. Trafficking For Forced Labor

1. Did Dewan commit at least one act of trafficking for forced labor?

YES _____ NO _____

2. Did Dewan commit more than one act of trafficking for forced labor?

YES _____ NO _____

c. Mail Fraud

    1. Did Dewan commit at least one act of mail fraud?

    YES ___✓___   NO _____

    2. Did Dewan commit more than one act of mail fraud?

    YES ___✓___   NO _____

d. Wire Fraud

    1. Did Dewan commit at least one act of wire fraud?

    YES ___✓___   NO _____

    2. Did Dewan commit more than one act of wire fraud?

    YES ___✓___   NO _____

e. Immigration Document Fraud

    1. Did Dewan commit at least one act of immigration document fraud?

    YES _____   NO ___✓___

    2. Did Dewan commit more than one act of immigration document fraud?

    YES _____   NO ___✓___

*If you have found that Dewan committed at least **two** of **any** of the predicate acts (combining any two of the predicate acts from questions a(1) -e(1)), **or** if you answered **YES** to **any** of questions a(2)-(e)(2), please proceed to **Subquestion 5(ii)**. If not, please proceed to **Section B** on **page 39**.*

5(ii).  **Predicate Acts Committed as Part of a Pattern**

Did the predicate acts committed by Dewan form a pattern by having the same or similar purposes, results, participants, victims, or methods of commission, or were otherwise interrelated?

YES ___✓___   NO _____

*If you have answered **"Yes,"** please proceed to **Question 6**. If you have answered **"No,"** please proceed to **Section B** on **page 39**.*

38

6. Do you find from a preponderance of the evidence that any Plaintiff(s) was injured by Dewan's general RICO violation?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

*Please proceed to **Section B**.*

## B. RICO CONSPIRACY CLAIM—Sachin Dewan ("Dewan")

1.  Do you find from a preponderance of the evidence that that two or more persons or entities, one of whom was Dewan, agreed to try to accomplish an unlawful plan to engage in a pattern of racketeering activity associated with any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES ✓ NO _____

*If you have answered "Yes," please proceed to **Question 2**. If you have answered "No," please proceed to the next Defendant on **page 41**.*

2.  Do you find from a preponderance of the evidence that Dewan agreed to the overall objective of the conspiracy or agreed with at least one other defendant to commit two predicate acts as part of the conspiracy?

YES ✓ NO _____

*If you have answered **"Yes,"** please proceed to **Question 3**. If you have answered "No," please proceed to **Section B** on **page 41**.*

3. Do you find from a preponderance of the evidence that any Plaintiff(s) was injured by Dewan's RICO conspiracy violation?

Sony Sulekha                     YES __✓__NO_____

Jacob Joseph Kadakkarappally     YES __✓__NO_____

Palanyandi Thangamani            YES __✓__NO_____

Andrews Padavettiyil             YES __✓__NO_____

Hemant Khuttan                   YES __✓__NO_____

*Please proceed to the next Defendant on **Page 41**.*

## A. RICO GENERAL CLAIM— Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants) ("Dewan Consultants")

3. Do you find from a preponderance of the evidence that Dewan Consultants was employed by or associated with any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES ___✓___ NO_____

*If you answered **"Yes,"** please proceed to **Question 4**. If you answered **"No,"** please proceed to **Section B** on **page 43**.*

4. Do you find from a preponderance of the evidence that Dewan Consultants participated, either directly or indirectly, in the conduct of the affairs of any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES ___✓___ NO_____

*If you answered **"Yes,"** please proceed to **Question 5**. If you answered **"No,"** please proceed to **Section B** on **page 43**.*

5.   Do you find from a preponderance of the evidence that Dewan Consultants participated through a pattern of racketeering activity?  To answer this question, please answer the following two subquestions:

### 5(i). Predicate Acts

a. Forced Labor

1. Did Dewan Consultants commit at least one act of forced labor?

YES ___✓___ NO _____

2. Did Dewan Consultants commit more than one act of forced labor?

YES ___✓___ NO _____

b. Trafficking For Forced Labor

1. Did Dewan Consultants commit at least one act of trafficking for forced labor?

YES ___✓___ NO _____

2. Did Dewan Consultants commit more than one act of trafficking for forced labor?

41

YES _____✓_____ NO _____

c. Mail Fraud

    1. Did Dewan Consultants commit at least one act of mail fraud?

    YES _____✓_____ NO _____

    2. Did Dewan Consultants commit more than one act of mail fraud?

    YES _____✓_____ NO _____

d. Wire Fraud

    1. Did Dewan Consultants commit at least one act of wire fraud?

    YES _____✓_____ NO _____

    2. Did Dewan Consultants commit more than one act of wire fraud?

    YES _____✓_____ NO _____

e. Immigration Document Fraud

    1. Did Dewan Consultants commit at least one act of immigration document fraud?

    YES _____ NO _____✓_____

    2. Did Dewan Consultants commit more than one act of immigration document fraud?

    YES _____ NO _____✓_____

*If you have found that Dewan Consultants committed at least **two** of **any** of the predicate acts (combining any two of the predicate acts from questions a(1) -e(1)), **or** if you answered **YES** to **any** of questions a(2)-(e)(2), please proceed to **Subquestion 5(ii)**.  If not, please proceed to **Section B** on **page 43**.*

    5(ii).  **Predicate Acts Committed as Part of a Pattern**

Did the predicate acts committed by Dewan Consultants form a pattern by having the same or similar purposes, results, participants, victims, or methods of commission, or were otherwise interrelated?

YES _____✓_____ NO _____

*If you have answered "**Yes**," please proceed to **Question 6**.  If you have answered "**No**," please proceed to **Section B** on **page 43**.*

6. Do you find from a preponderance of the evidence that any Plaintiff(s) was injured by Dewan Consultants's general RICO violation?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO |
| Jacob Joseph Kadakkarappally | YES ✓ | NO |
| Palanyandi Thangamani | YES ✓ | NO |
| Andrews Padavettiyil | YES ✓ | NO |
| Hemant Khuttan | YES ✓ | NO |

*Please proceed to* **Section B.**

## B. RICO CONSPIRACY CLAIM—Sachin Dewan and Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants) ("Dewan Consultants")

1.  Do you find from a preponderance of the evidence that that two or more persons or entities, one of whom was Dewan Consultants, agreed to try to accomplish an unlawful plan to engage in a pattern of racketeering activity associated with any of the Enterprises for which you answered **"Yes"** in response to **Question 2 on page 24**?

YES ✓ NO

*If you have answered "Yes," please proceed to* **Question 2.** *If you have answered "No," please proceed to* **CLAIM FIVE** *on* **page 45**.

2.  Do you find from a preponderance of the evidence that Dewan Consultants agreed to the overall objective of the conspiracy or agreed with at least one other defendant to commit two predicate acts as part of the conspiracy?

YES ✓ NO

*If you have answered* **"Yes,"** *please proceed to* **Question 3**. *If you have answered* **"No,"** *please proceed to* **CLAIM FIVE** *on* **page 45**.

3. Do you find from a preponderance of the evidence that any Plaintiff(s) was injured by Dewan Consultants's RICO conspiracy violation?

Sony Sulekha                          YES ✓   NO_____

Jacob Joseph Kadakkarappally          YES ✓   NO_____

Palanyandi Thangamani                 YES ✓   NO_____

Andrews Padavettiyil                  YES ✓   NO_____

Hemant Khuttan                        YES ✓   NO_____

**PLEASE PROCEED TO CLAIM FIVE ON PAGE 45.**

**CLAIM FIVE:** All Plaintiffs against Signal, Burnett, and Dewan

**Fraud—Signal**

1.  Do you find from a preponderance of the evidence that as a party to a contract(s), Signal (or with Signal's participation) or Signal's agents committed any of the following acts: (a) the suggestion, as a fact, of something that is not true, by one who does not believe it to be true; (b) the active concealment of a fact by one having knowledge or belief of the fact; (c) a promise made without any intention of performing it; (d) any other act designed to deceive; or (e) any such act or omission the law specifically declares to be fraudulent:

Sony Sulekha                              YES ✓ NO_____

Jacob Joseph Kadakkarappally   YES ✓ NO_____

Palanyandi Thangamani            YES ✓ NO_____

Andrews Padavettiyil                 YES ✓ NO_____

Hemant Khuttan                       YES ✓ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 2 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on page 47.*

2. Do you find from a preponderance of the evidence that the acts identified above were committed with intent to deceive any Plaintiff or intent to convince any Plaintiff to enter into the contract(s)?

Sony Sulekha                              YES ✓ NO_____

Jacob Joseph Kadakkarappally   YES ✓ NO_____

Palanyandi Thangamani            YES ✓ NO_____

Andrews Padavettiyil                 YES ✓ NO_____

Hemant Khuttan                       YES ✓ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 3 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on page 47.*

3. Do you find from a preponderance of the evidence that Plaintiffs relied on the fraudulent representations made by Signal or its agents?

Sony Sulekha                          YES ___✓___ NO_____

Jacob Joseph Kadakkarappally           YES ___✓___ NO_____

Palanyandi Thangamani                  YES ___✓___ NO_____

Andrews Padavettiyil                   YES ___✓___ NO_____

Hemant Khuttan                         YES ___✓___ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 4 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on page 47.*

4. Do you find from a preponderance of the evidence that Plaintiffs were deceived by the fraudulent representations made by Signal or its agents?

Sony Sulekha                          YES ___✓___ NO_____

Jacob Joseph Kadakkarappally           YES ___✓___ NO_____

Palanyandi Thangamani                  YES ___✓___ NO_____

Andrews Padavettiyil                   YES ___✓___ NO_____

Hemant Khuttan                         YES ___✓___ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 5 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on page 47.*

5. Do you find from a preponderance of the evidence that Plaintiffs were damaged as a result of the fraudulent representations made by Signal or its agents?

Sony Sulekha                          YES ___✓___ NO_____

Jacob Joseph Kadakkarappally           YES ___✓___ NO_____

Palanyandi Thangamani                  YES ___✓___ NO_____

Andrews Padavettiyil                   YES ___✓___ NO_____

Hemant Khuttan                         YES ___✓___ NO_____

*Please proceed to the next Defendant on page 47.*

46

**Fraud—Malvern C. Burnett ("Burnett")**

1. Do you find from a preponderance of the evidence that as a party to a contract(s), Burnett (or with Burnett's participation) or Burnett's agents committed any of the following acts: (a) the suggestion, as a fact, of something that is not true, by one who does not believe it to be true; (b) the active concealment of a fact by one having knowledge or belief of the fact; (c) a promise made without any intention of performing it; (d) any other act designed to deceive; or (e) any such act or omission the law specifically declares to be fraudulent:

Sony Sulekha                            YES __✔__ NO_____

Jacob Joseph Kadakkarappally   YES __✔__ NO_____

Palanyandi Thangamani            YES __✔__ NO_____

Andrews Padavettiyil              YES __✔__ NO_____

Hemant Khuttan                     YES __✔__ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 2 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on page 49.*

2. Do you find from a preponderance of the evidence the acts identified above were committed with intent to deceive another party or intent to convince another party to enter into the contract(s)?

Sony Sulekha                            YES __✔__ NO_____

Jacob Joseph Kadakkarappally   YES __✔__ NO_____

Palanyandi Thangamani            YES __✔__ NO_____

Andrews Padavettiyil              YES __✔__ NO_____

Hemant Khuttan                     YES __✔__ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 3 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on page 49.*

3. Do you find from a preponderance of the evidence that Plaintiffs relied on the fraudulent representations made by Burnett or his agents?

Sony Sulekha                          YES __✓__ NO_____

Jacob Joseph Kadakkarappally          YES __✓__ NO_____

Palanyandi Thangamani                 YES __✓__ NO_____

Andrews Padavettiyil                  YES __✓__ NO_____

Hemant Khuttan                        YES __✓__ NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 4** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to the next Defendant on **page 49**.*

4. Do you find from a preponderance of the evidence that Plaintiffs were deceived by the fraudulent representations made by Burnett or his agents?

Sony Sulekha                          YES __✓__ NO_____

Jacob Joseph Kadakkarappally          YES __✓__ NO_____

Palanyandi Thangamani                 YES __✓__ NO_____

Andrews Padavettiyil                  YES __✓__ NO_____

Hemant Khuttan                        YES __✓__ NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 5** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to the next Defendant on **page 49**.*

5. Do you find from a preponderance of the evidence that Plaintiffs were damaged as a result of the fraudulent representations made by Burnett or his agents?

Sony Sulekha                          YES __✓__ NO_____

Jacob Joseph Kadakkarappally          YES __✓__ NO_____

Palanyandi Thangamani                 YES __✓__ NO_____

Andrews Padavettiyil                  YES __✓__ NO_____

Hemant Khuttan                        YES __✓__ NO_____

*Please proceed to the next Defendant on **page 49**.*

**Fraud—Law Offices of Malvern C. Burnett, APC ("Burnett Law Offices")**

1.  Do you find from a preponderance of the evidence that as a party to a contract(s), Burnett Law Offices (or with Burnett Law Offices's participation) or Burnett Law Offices's agents committed any of the following acts: (a) the suggestion, as a fact, of something that is not true, by one who does not believe it to be true; (b) the active concealment of a fact by one having knowledge or belief of the fact; (c) a promise made without any intention of performing it; (d) any other act designed to deceive; or (e) any such act or omission the law specifically declares to be fraudulent:

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally     YES __✓__ NO_____

Palanyandi Thangamani               YES __✓__ NO_____

Andrews Padavettiyil                   YES __✓__ NO_____

Hemant Khuttan                          YES __✓__ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on **page 51**.*

2. Do you find from a preponderance of the evidence that the acts identified above were committed with intent to deceive any Plaintiff or intent to convince any Plaintiff to enter into the contract(s)?

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally     YES __✓__ NO_____

Palanyandi Thangamani               YES __✓__ NO_____

Andrews Padavettiyil                   YES __✓__ NO_____

Hemant Khuttan                          YES __✓__ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on **page 51**.*

3. Do you find from a preponderance of the evidence that Plaintiffs relied on the fraudulent representations made by Burnett Law Offices or its agents?

Sony Sulekha                        YES ✓ NO_____

Jacob Joseph Kadakkarappally    YES ✓ NO_____

Palanyandi Thangamani          YES ✓ NO_____

Andrews Padavettiyil            YES ✓ NO_____

Hemant Khuttan                 YES ✓ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 4** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on **page 51**.*

4. Do you find from a preponderance of the evidence that Plaintiffs were deceived by the fraudulent representations made by Burnett Law Offices or its agents?

Sony Sulekha                        YES ✓ NO_____

Jacob Joseph Kadakkarappally    YES ✓ NO_____

Palanyandi Thangamani          YES ✓ NO_____

Andrews Padavettiyil            YES ✓ NO_____

Hemant Khuttan                 YES ✓ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 5** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on **page 51**.*

5. Do you find from a preponderance of the evidence that Plaintiffs were damaged as a result of the fraudulent representations made by Burnett Law Offices or its agents?

Sony Sulekha                        YES ✓ NO_____

Jacob Joseph Kadakkarappally    YES ✓ NO_____

Palanyandi Thangamani          YES ✓ NO_____

Andrews Padavettiyil            YES ✓ NO_____

Hemant Khuttan                 YES ✓ NO_____

*Please proceed to the next Defendant on **page 51**.*

**Fraud—Sachin Dewan ("Dewan")**

1. Do you find from a preponderance of the evidence that as a party to a contract(s), Dewan (or with Dewan's participation) or Dewan's agents committed any of the following acts: (a) the suggestion, as a fact, of something that is not true, by one who does not believe it to be true; (b) the active concealment of a fact by one having knowledge or belief of the fact; (c) a promise made without any intention of performing it; (d) any other act designed to deceive; or (e) any such act or omission the law specifically declares to be fraudulent:

Sony Sulekha                    YES ✓  NO_____

Jacob Joseph Kadakkarappally    YES ✓  NO_____

Palanyandi Thangamani           YES ✓  NO_____

Andrews Padavettiyil            YES ✓  NO_____

Hemant Khuttan                  YES ✓  NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to the next Defendant on **page 53**.*

2. Do you find from a preponderance of the evidence the acts identified above were committed with intent to deceive another party or intent to convince another party to enter into the contract(s)?

Sony Sulekha                    YES ✓  NO_____

Jacob Joseph Kadakkarappally    YES ✓  NO_____

Palanyandi Thangamani           YES ✓  NO_____

Andrews Padavettiyil            YES ✓  NO_____

Hemant Khuttan                  YES ✓  NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to the next Defendant on **page 53**.*

3. Do you find from a preponderance of the evidence that Plaintiffs relied on the fraudulent representations made by Dewan or his agents?

Sony Sulekha                          YES __✓__ NO_____

Jacob Joseph Kadakkarappally          YES __✓__ NO_____

Palanyandi Thangamani                 YES __✓__ NO_____

Andrews Padavettiyil                  YES __✓__ NO_____

Hemant Khuttan                        YES __✓__ NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 4** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to the next Defendant on **page 53**.*

4. Do you find from a preponderance of the evidence that Plaintiffs were deceived by the fraudulent representations made by Dewan or his agents?

Sony Sulekha                          YES __✓__ NO_____

Jacob Joseph Kadakkarappally          YES __✓__ NO_____

Palanyandi Thangamani                 YES __✓__ NO_____

Andrews Padavettiyil                  YES __✓__ NO_____

Hemant Khuttan                        YES __✓__ NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 5** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to the next Defendant on **page 53**.*

5. Do you find from a preponderance of the evidence that Plaintiffs were damaged as a result of the fraudulent representations made by Dewan or his agents?

Sony Sulekha                          YES __✓__ NO_____

Jacob Joseph Kadakkarappally          YES __✓__ NO_____

Palanyandi Thangamani                 YES __✓__ NO_____

Andrews Padavettiyil                  YES __✓__ NO_____

Hemant Khuttan                        YES __✓__ NO_____

*Please proceed to the next Defendant on **page 53**.*

**Fraud— Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants) ("Dewan Consultants")**

1.  Do you find from a preponderance of the evidence that as a party to a contract(s), Dewan Consultants (or with Dewan Consultants's participation) or Dewan Consultants's agents committed any of the following acts: (a) the suggestion, as a fact, of something that is not true, by one who does not believe it to be true; (b) the active concealment of a fact by one having knowledge or belief of the fact; (c) a promise made without any intention of performing it; (d) any other act designed to deceive; or (e) any such act or omission the law specifically declares to be fraudulent:

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally    YES __✓__ NO_____

Palanyandi Thangamani            YES __✓__ NO_____

Andrews Padavettiyil             YES __✓__ NO_____

Hemant Khuttan                    YES __✓__ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to **CLAIM SIX** on **page 55**.*

2. Do you find from a preponderance of the evidence that the acts identified above were committed with intent to deceive any Plaintiff or intent to convince any Plaintiff to enter into the contract(s)?

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally    YES __✓__ NO_____

Palanyandi Thangamani            YES __✓__ NO_____

Andrews Padavettiyil             YES __✓__ NO_____

Hemant Khuttan                    YES __✓__ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to **CLAIM SIX** on **page 55**.*

3. Do you find from a preponderance of the evidence that Plaintiffs relied on the fraudulent representations made by Dewan Consultants or its agents?

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally     YES __✓__ NO_____

Palanyandi Thangamani               YES __✓__ NO_____

Andrews Padavettiyil                    YES __✓__ NO_____

Hemant Khuttan                           YES __✓__ NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 4** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to **CLAIM SIX** on **page 55**.*

4. Do you find from a preponderance of the evidence that Plaintiffs were deceived by the fraudulent representations made by Dewan Consultants or its agents?

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally     YES __✓__ NO_____

Palanyandi Thangamani               YES __✓__ NO_____

Andrews Padavettiyil                    YES __✓__ NO_____

Hemant Khuttan                           YES __✓__ NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 5** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to **CLAIM SIX** on **page 55**.*

5. Do you find from a preponderance of the evidence that Plaintiffs were damaged as a result of the fraudulent representations made by Dewan Consultants or its agents?

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally     YES __✓__ NO_____

Palanyandi Thangamani               YES __✓__ NO_____

Andrews Padavettiyil                    YES __✓__ NO_____

Hemant Khuttan                           YES __✓__ NO_____

**PLEASE PROCEED TO CLAIM SIX ON PAGE 55.**

**CLAIM SIX:  All Plaintiffs against Signal, Burnett, and Dewan**

**Negligent Misrepresentation—Signal**

1. Do you find from a preponderance of the evidence that Signal or its agents committed any of the following acts: (a) made an untrue assertion, believing it to be true, in a manner not warranted by the information of the person making the assertion; (b) committed a breach of duty which, without an intent to deceive, allowed the person to gain an advantage by misleading another person to his disadvantage; or (c) caused, however innocently, a party to an agreement to make a mistake as to the substance of the thing which is the subject of the agreement:

Sony Sulekha                           YES __✓__ NO_____

Jacob Joseph Kadakkarappally    YES __✓__ NO_____

Palanyandi Thangamani             YES __✓__ NO_____

Andrews Padavettiyil                 YES __✓__ NO_____

Hemant Khuttan                        YES __✓__ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on page 56.*

2. Do you find from a preponderance of the evidence that Plaintiffs were damaged as a result of the negligent misrepresentations made by Signal or its agents?

Sony Sulekha                           YES __✓__ NO_____

Jacob Joseph Kadakkarappally    YES __✓__ NO_____

Palanyandi Thangamani             YES __✓__ NO_____

Andrews Padavettiyil                 YES __✓__ NO_____

Hemant Khuttan                        YES __✓__ NO_____

*Please proceed to the next Defendant on page 56.*

**Negligent Misrepresentation—Malvern C. Burnett ("Burnett")**

1. Do you find from a preponderance of the evidence that Burnett or his agents committed any of the following acts: (a) made an untrue assertion, believing it to be true, in a manner not warranted by the information of the person making the assertion; (b) committed a breach of duty which, without an intent to deceive, allowed the person to gain an advantage by misleading another person to his disadvantage; or (c) caused, however innocently, a party to an agreement to make a mistake as to the substance of the thing which is the subject of the agreement:

Sony Sulekha                          YES __✓__ NO_____

Jacob Joseph Kadakkarappally   YES __✓__ NO_____

Palanyandi Thangamani            YES __✓__ NO_____

Andrews Padavettiyil               YES __✓__ NO_____

Hemant Khuttan                      YES __✓__ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 2 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on page 57.*

2. Do you find from a preponderance of the evidence that Plaintiffs were damaged as a result of the negligent misrepresentations made by Burnett or his agents?

Sony Sulekha                          YES __✓__ NO_____

Jacob Joseph Kadakkarappally   YES __✓__ NO_____

Palanyandi Thangamani            YES __✓__ NO_____

Andrews Padavettiyil               YES __✓__ NO_____

Hemant Khuttan                      YES __✓__ NO_____

*Please proceed to the next Defendant on page 57.*

## Negligent Misrepresentation—Law Offices of Malvern C. Burnett, APC ("Burnett Law Offices")

1. Do you find from a preponderance of the evidence that Burnett Law Offices or its agents committed any of the following acts: (a) made an untrue assertion, believing it to be true, in a manner not warranted by the information of the person making the assertion; (b) committed a breach of duty which, without an intent to deceive, allowed the person to gain an advantage by misleading another person to his disadvantage; or (c) caused, however innocently, a party to an agreement to make a mistake as to the substance of the thing which is the subject of the agreement:

Sony Sulekha                           YES __✓__ NO_____

Jacob Joseph Kadakkarappally   YES __✓__ NO_____

Palanyandi Thangamani            YES __✓__ NO_____

Andrews Padavettiyil               YES __✓__ NO_____

Hemant Khuttan                       YES __✓__ NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to the next Defendant on **page 58**.*

2. Do you find from a preponderance of the evidence that Plaintiffs were damaged as a result of the negligent misrepresentations made by Burnett Law Offices or its agents?

Sony Sulekha                           YES __✓__ NO_____

Jacob Joseph Kadakkarappally   YES __✓__ NO_____

Palanyandi Thangamani            YES __✓__ NO_____

Andrews Padavettiyil               YES __✓__ NO_____

Hemant Khuttan                       YES __✓__ NO_____

*Please proceed to the next Defendant on **page 58**.*

**Negligent Misrepresentation—Sachin Dewan ("Dewan")**

1. Do you find from a preponderance of the evidence that Dewan or his agents committed any of the following acts: (a) made an untrue assertion, believing it to be true, in a manner not warranted by the information of the person making the assertion; (b) committed a breach of duty which, without an intent to deceive, allowed the person to gain an advantage by misleading another person to his disadvantage; or (c) caused, however innocently, a party to an agreement to make a mistake as to the substance of the thing which is the subject of the agreement:

Sony Sulekha                              YES __✔__ NO_____

Jacob Joseph Kadakkarappally      YES __✔__ NO_____

Palanyandi Thangamani               YES __✔__ NO_____

Andrews Padavettiyil                   YES __✔__ NO_____

Hemant Khuttan                          YES __✔__ NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to the next Defendant on **page 59.***

2. Do you find from a preponderance of the evidence that Plaintiffs were damaged as a result of the negligent misrepresentations made by Dewan or his agents?

Sony Sulekha                              YES __✔__ NO_____

Jacob Joseph Kadakkarappally      YES __✔__ NO_____

Palanyandi Thangamani               YES __✔__ NO_____

Andrews Padavettiyil                   YES __✔__ NO_____

Hemant Khuttan                          YES __✔__ NO_____

*Please proceed to the next Defendant on **page 59.***

**Negligent Misrepresentation—Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants) ("Dewan Consultants")**

1.  Do you find from a preponderance of the evidence that Dewan Consultants or its agents committed any of the following acts: (a) made an untrue assertion, believing it to be true, in a manner not warranted by the information of the person making the assertion; (b) committed a breach of duty which, without an intent to deceive, allowed the person to gain an advantage by misleading another person to his disadvantage; or (c) caused, however innocently, a party to an agreement to make a mistake as to the substance of the thing which is the subject of the agreement:

Sony Sulekha                           YES ✓___ NO_____

Jacob Joseph Kadakkarappally   YES ✓___ NO_____

Palanyandi Thangamani            YES ✓___ NO_____

Andrews Padavettiyil               YES ✓___ NO_____

Hemant Khuttan                      YES ✓___ NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to CLAIM SEVEN on **page 60**.*

2. Do you find from a preponderance of the evidence that Plaintiffs were damaged as a result of the negligent misrepresentations made by Dewan Consultants or its agents?

Sony Sulekha                           YES ✓___ NO_____

Jacob Joseph Kadakkarappally   YES ✓___ NO_____

Palanyandi Thangamani            YES ✓___ NO_____

Andrews Padavettiyil               YES ✓___ NO_____

Hemant Khuttan                      YES ✓___ NO_____

**PLEASE PROCEED TO CLAIM SEVEN ON PAGE 60.**

**CLAIM SEVEN:  All Plaintiffs against Signal, Burnett, and Dewan**

**Breach of Contract or Promissory Estoppel—Signal**

**A.  Breach of Contract**

1.  Do you find from a preponderance of the evidence that one or more Plaintiffs entered into a valid and binding contract, either orally or written, with agents of Signal?

Sony Sulekha                                  YES ___✓___ NO_____

Jacob Joseph Kadakkarappally         YES ___✓___ NO_____

Palanyandi Thangamani                   YES ___✓___ NO_____

Andrews Padavettiyil                        YES ___✓___ NO_____

Hemant Khuttan                             YES ___✓___NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 2 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to Section B for that Plaintiff(s).*

2.  Do you find from a preponderance of the evidence that agents of Signal breached a contract with any of the Plaintiffs?

Sony Sulekha                                  YES ___✓___ NO_____

Jacob Joseph Kadakkarappally         YES ___✓___ NO_____

Palanyandi Thangamani                   YES ___✓___ NO_____

Andrews Padavettiyil                        YES ___✓___NO_____

Hemant Khuttan                             YES ___✓___ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 3 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to Section B for that Plaintiff(s).*

3.  Do you find from a preponderance of the evidence that Plaintiffs lost money as a result of the breached contract?

Sony Sulekha                          YES __✓__ NO_____

Jacob Joseph Kadakkarappally    YES __✓__ NO_____

Palanyandi Thangamani              YES __✓__ NO_____

Andrews Padavettiyil                 YES __✓__ NO_____

Hemant Khuttan                       YES __✓__ NO_____

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to the next Defendant on **page 63** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).*

**B. Promissory Estoppel**

1.  Do you find from a preponderance of the evidence that agents of Signal made promises to Plaintiffs?

Sony Sulekha                          YES _____NO_____

Jacob Joseph Kadakkarappally    YES _____NO_____

Palanyandi Thangamani              YES _____NO_____

Andrews Padavettiyil                 YES _____NO_____

Hemant Khuttan                       YES _____NO_____

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to the next Defendant on **page 63** for that Plaintiff(s).*

2.  Do you find from a preponderance of the evidence that Plaintiffs made payments and incurred expenses in reliance on those promises?

Sony Sulekha                          YES _____NO_____

Jacob Joseph Kadakkarappally    YES _____NO_____

Palanyandi Thangamani              YES _____NO_____

Andrews Padavettiyil                 YES _____NO_____

Hemant Khuttan                       YES _____NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to the next Defendant on **page 63** for that Plaintiff(s).*

3.   Do you find from a preponderance of the evidence that the promises on which Plaintiffs relied were broken?

Sony Sulekha                            YES _____NO_____

Jacob Joseph Kadakkarappally      YES _____NO_____

Palanyandi Thangamani              YES _____NO_____

Andrews Padavettiyil                 YES _____NO_____

Hemant Khuttan                      YES _____NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 4** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to the next Defendant on **page 63** for that Plaintiff(s).*

4.   Do you find from a preponderance of the evidence that in good conscience and justice, the money paid by Plaintiffs in relying on the promises should be returned to Plaintiffs?

Sony Sulekha                            YES _____NO_____

Jacob Joseph Kadakkarappally      YES _____NO_____

Palanyandi Thangamani              YES _____NO_____

Andrews Padavettiyil                 YES _____NO_____

Hemant Khuttan                      YES _____NO_____

*Please proceed to the next Defendant on **page 63**.*

**Breach of Contract or Promissory Estoppel—Malvern C. Burnett ("Burnett")**

**A. Breach of Contract**

1. Do you find from a preponderance of the evidence that one or more Plaintiffs entered into a valid and binding contract, either orally or written, with Burnett or his agents?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 2 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to Section B for that Plaintiff(s).*

2. Do you find from a preponderance of the evidence that Burnett or his agents breached a contract with any of the Plaintiffs?

| | | |
|---|---|---|
| Sony Sulekha | YES ✗ JK | NO ✓ |
| Jacob Joseph Kadakkarappally | YES ✗ JK | NO ✓ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 3 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to Section B for that Plaintiff(s).*

63

3.  Do you find from a preponderance of the evidence that Plaintiffs lost money as a result of the breached contract?

| | | |
|---|---|---|
| Sony Sulekha | YES _____ | NO ✓ |
| Jacob Joseph Kadakkarappally | YES _____ | NO ✓ |
| Palanyandi Thangamani | YES ✓ | NO_____ |
| Andrews Padavettiyil | YES ✓ | NO_____ |
| Hemant Khuttan | YES ✓ | NO_____ |

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to the next Defendant on **page 66** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).*

## B. Promissory Estoppel

1.  Do you find from a preponderance of the evidence that Burnett or his agents made promises to Plaintiffs?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO_____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO_____ |
| Palanyandi Thangamani | YES _____ | NO_____ |
| Andrews Padavettiyil | YES _____ | NO_____ |
| Hemant Khuttan | YES _____ | NO_____ |

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to the next Defendant on **page 66** for that Plaintiff(s).*

2.  Do you find from a preponderance of the evidence that Plaintiffs made payments and incurred expenses in reliance on those promises?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO_____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO_____ |
| Palanyandi Thangamani | YES _____ | NO_____ |
| Andrews Padavettiyil | YES _____ | NO_____ |
| Hemant Khuttan | YES _____ | NO_____ |

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to the next Defendant on **page 66** for that Plaintiff(s).*

3.   Do you find from a preponderance of the evidence that the promises on which Plaintiffs relied were broken?

| | | |
|---|---|---|
| Sony Sulekha | YES _✓_ | NO_____ |
| Jacob Joseph Kadakkarappally | YES _✓_ | NO_____ |
| Palanyandi Thangamani | YES _____ | NO_____ |
| Andrews Padavettiyil | YES _____ | NO_____ |
| Hemant Khuttan | YES _____ | NO_____ |

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to **Question 4** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to the next Defendant on **page 66** for that Plaintiff(s).*

4.   Do you find from a preponderance of the evidence that in good conscience and justice, the money paid by Plaintiffs in relying on the promises should be returned to Plaintiffs?

| | | |
|---|---|---|
| Sony Sulekha | YES _✓_ | NO_____ |
| Jacob Joseph Kadakkarappally | YES _✓_ | NO_____ |
| Palanyandi Thangamani | YES _____ | NO_____ |
| Andrews Padavettiyil | YES _____ | NO_____ |
| Hemant Khuttan | YES _____ | NO_____ |

*Please proceed to the next Defendant on **page 66**.*

**Breach of Contract or Promissory Estoppel—Law Offices of Malvern C. Burnett, APC ("Burnett Law Offices")**

## A. Breach of Contract

1. Do you find from a preponderance of the evidence that one or more Plaintiffs entered into a valid and binding contract, either orally or written, with Burnett Law Offices or its agents?

Sony Sulekha                     YES ___✔___ NO_____

Jacob Joseph Kadakkarappally     YES ___✔___ NO_____

Palanyandi Thangamani            YES ___✔___ NO_____

Andrews Padavettiyil             YES ___✔___ NO_____

Hemant Khuttan                   YES ___✔___ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).*

2. Do you find from a preponderance of the evidence that Burnett Law Offices or its agents breached a contract with any of the Plaintiffs?

Sony Sulekha                     YES _____NO ___✔___

Jacob Joseph Kadakkarappally     YES _____NO ___✔___

Palanyandi Thangamani            YES ___✔___NO_____

Andrews Padavettiyil             YES ___✔___NO_____

Hemant Khuttan                   YES ___✔___NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).*

3.  Do you find from a preponderance of the evidence that Plaintiffs lost money as a result of the breached contract?

Sony Sulekha                              YES _____ NO ✓_____

Jacob Joseph Kadakkarappally   YES _____ NO ✓_____

Palanyandi Thangamani             YES __✓__ NO_____

Andrews Padavettiyil                 YES __✓__ NO_____

Hemant Khuttan                         YES __✓__ NO_____

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to the next Defendant on **page 69** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).*

## B.  Promissory Estoppel

1.  Do you find from a preponderance of the evidence that Burnett Law Offices or its agents made promises to Plaintiffs?

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally   YES __✓__ NO_____

Palanyandi Thangamani             YES _____ NO_____

Andrews Padavettiyil                 YES _____ NO_____

Hemant Khuttan                         YES _____ NO_____

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to the next Defendant on **page 69** for that Plaintiff(s).*

2.  Do you find from a preponderance of the evidence that Plaintiffs made payments and incurred expenses in reliance on those promises?

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally   YES __✓__ NO_____

Palanyandi Thangamani             YES _____ NO_____

Andrews Padavettiyil                 YES _____ NO_____

Hemant Khuttan                         YES _____ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on **page 69** for that Plaintiff(s).*

3.   Do you find from a preponderance of the evidence that the promises on which Plaintiffs relied were broken?

| | |
|---|---|
| Sony Sulekha | YES ___✓___ NO _____ |
| Jacob Joseph Kadakkarappally | YES ___✓___ NO _____ |
| Palanyandi Thangamani | YES _____ NO _____ |
| Andrews Padavettiyil | YES _____ NO _____ |
| Hemant Khuttan | YES _____ NO _____ |

*If you have answered "Yes" for any Plaintiff(s), please proceed to **Question 4** for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to the next Defendant on **page 69** for that Plaintiff(s).*

4.   Do you find from a preponderance of the evidence that in good conscience and justice, the money paid by Plaintiffs in relying on the promises should be returned to Plaintiffs?

| | |
|---|---|
| Sony Sulekha | YES ___✓___ NO _____ |
| Jacob Joseph Kadakkarappally | YES ___✓___ NO _____ |
| Palanyandi Thangamani | YES _____ NO _____ |
| Andrews Padavettiyil | YES _____ NO _____ |
| Hemant Khuttan | YES _____ NO _____ |

*Please proceed to the next Defendant on **page 69**.*

**Breach of Contract or Promissory Estoppel—Sachin Dewan ("Dewan")**

**A.  Breach of Contract**

1.  Do you find from a preponderance of the evidence that one or more Plaintiffs entered into a valid and binding contract, either orally or written, with Dewan or his agents?

| | |
|---|---|
| Sony Sulekha | YES ✓ NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ NO _____ |
| Palanyandi Thangamani | YES ✓ NO _____ |
| Andrews Padavettiyil | YES ✓ NO _____ |
| Hemant Khuttan | YES ✓ NO _____ |

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).*

2.  Do you find from a preponderance of the evidence that Dewan or his agents breached a contract with any of the Plaintiffs?

| | |
|---|---|
| Sony Sulekha | YES _____ NO ✓ |
| Jacob Joseph Kadakkarappally | YES _____ NO ✓ |
| Palanyandi Thangamani | YES TK ✓ NO ✓ |
| Andrews Padavettiyil | YES TK ✓ NO ✓ |
| Hemant Khuttan | YES TK ✓ NO ✓ |

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).*

3.  Do you find from a preponderance of the evidence that Plaintiffs lost money as a result of the breached contract?

Sony Sulekha                            YES _____NO_____

Jacob Joseph Kadakkarappally    YES _____NO_____

Palanyandi Thangamani              YES _____NO_____

Andrews Padavettiyil                  YES _____NO_____

Hemant Khuttan                        YES _____NO_____

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to the next Defendant on **page 72** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).*

## B.  Promissory Estoppel

1.  Do you find from a preponderance of the evidence that Dewan or his agents made promises to Plaintiffs?

Sony Sulekha                            YES __✓__NO_____

Jacob Joseph Kadakkarappally    YES __✓__NO_____

Palanyandi Thangamani              YES __✓__NO_____

Andrews Padavettiyil                  YES __✓__NO_____

Hemant Khuttan                        YES __✓__NO_____

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to the next Defendant on **page 72** for that Plaintiff(s).*

2.  Do you find from a preponderance of the evidence that Plaintiffs made payments and incurred expenses in reliance on those promises?

Sony Sulekha                            YES __✓__NO_____

Jacob Joseph Kadakkarappally    YES __✓__NO_____

Palanyandi Thangamani              YES __✓__NO_____

Andrews Padavettiyil                  YES __✓__NO_____

Hemant Khuttan                        YES __✓__NO_____

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to the next Defendant on **page 72** for that Plaintiff(s).*

3.  Do you find from a preponderance of the evidence that the promises on which Plaintiffs relied were broken?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to **Question 4** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to the next Defendant on **page 72** for that Plaintiff(s).*

4.  Do you find from a preponderance of the evidence that in good conscience and justice, the money paid by Plaintiffs in relying on the promises should be returned to Plaintiffs?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO _____ |
| Jacob Joseph Kadakkarappally | YES ✓ | NO _____ |
| Palanyandi Thangamani | YES ✓ | NO _____ |
| Andrews Padavettiyil | YES ✓ | NO _____ |
| Hemant Khuttan | YES ✓ | NO _____ |

*Please proceed to the next Defendant on **page 72**.*

71

**Breach of Contract or Promissory Estoppel—Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants) ("Dewan Consultants")**

## A. Breach of Contract

1.  Do you find from a preponderance of the evidence that one or more Plaintiffs entered into a valid and binding contract, either orally or written, with Dewan Consultants or its agents?

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally      YES __✓__ NO_____

Palanyandi Thangamani                YES __✓__ NO_____

Andrews Padavettiyil                    YES __✓__ NO_____

Hemant Khuttan                          YES __✓__ NO_____

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 2 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to Section B for that Plaintiff(s).*

2.  Do you find from a preponderance of the evidence that Dewan Consultants or its agents breached a contract with any of the Plaintiffs?

Sony Sulekha                              YES_____ NO __✓__

Jacob Joseph Kadakkarappally      YES_____ NO __✓__

Palanyandi Thangamani                YES_____ NO __✓__

Andrews Padavettiyil                    YES_____ NO __✓__

Hemant Khuttan                          YES_____ NO __✓__

*If you have answered "Yes" for any Plaintiff(s), please proceed to Question 3 for that Plaintiff(s). If you have answered "No" for any Plaintiff(s), please proceed to Section B for that Plaintiff(s).*

3.  Do you find from a preponderance of the evidence that Plaintiffs lost money as a result of the breached contract?

Sony Sulekha                          YES _____ NO _____

Jacob Joseph Kadakkarappally          YES _____ NO _____

Palanyandi Thangamani                 YES _____ NO _____

Andrews Padavettiyil                  YES _____ NO _____

Hemant Khuttan                        YES _____ NO _____

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to **CLAIM EIGHT** on* **page 75** *for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).*

## B. Promissory Estoppel

1.  Do you find from a preponderance of the evidence that Dewan Consultants or its agents made promises to Plaintiffs?

Sony Sulekha                          YES __✓___ NO _____

Jacob Joseph Kadakkarappally          YES __✓___ NO _____

Palanyandi Thangamani                 YES __✓___ NO _____

Andrews Padavettiyil                  YES __✓___ NO _____

Hemant Khuttan                        YES __✓___ NO _____

*If you have answered "**Yes**" for **any** Plaintiff(s), please proceed to **Question 2** for that Plaintiff(s). If you have answered "**No**" for **any** Plaintiff(s), please proceed to* **CLAIM EIGHT** *on* **page 75** *for that Plaintiff(s).*

2.  Do you find from a preponderance of the evidence that Plaintiffs made payments and incurred expenses in reliance on those promises?

Sony Sulekha                          YES __✓___ NO _____

Jacob Joseph Kadakkarappally          YES __✓___ NO _____

Palanyandi Thangamani                 YES __✓___ NO _____

Andrews Padavettiyil                  YES __✓___ NO _____

Hemant Khuttan                        YES __✓___ NO _____

73

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 3** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to **CLAIM EIGHT** on **page 75** for that Plaintiff(s).*

3.  Do you find from a preponderance of the evidence that the promises on which Plaintiffs relied were broken?

Sony Sulekha                               YES ___✓___ NO_____

Jacob Joseph Kadakkarappally     YES ___✓___ NO_____

Palanyandi Thangamani              YES ___✓___ NO_____

Andrews Padavettiyil                  YES ___✓___ NO_____

Hemant Khuttan                         YES ___✓___ NO_____

*If you have answered "Yes" for **any** Plaintiff(s), please proceed to **Question 4** for that Plaintiff(s). If you have answered "No" for **any** Plaintiff(s), please proceed to **CLAIM EIGHT** on **page 75** for that Plaintiff(s).*

4.  Do you find from a preponderance of the evidence that in good conscience and justice, the money paid by Plaintiffs in relying on the promises should be returned to Plaintiffs?

Sony Sulekha                               YES ___✓___ NO_____

Jacob Joseph Kadakkarappally     YES ___✓___ NO_____

Palanyandi Thangamani              YES ___✓___ NO_____

Andrews Padavettiyil                  YES ___✓___ NO_____

Hemant Khuttan                         YES ___✓___ NO_____

**PLEASE PROCEED TO CLAIM EIGHT ON PAGE 75.**

**CLAIM EIGHT:** **Plaintiff Jacob Joseph Kadakkarappally ("Mr. Jacob") against Signal**

**False Imprisonment**

1.  Do you find from a preponderance of the evidence that on March 9, 2007, Signal or its hired guards held or detained Mr. Jacob?

YES __✓__ NO _____

*If you have answered "**Yes**," please proceed to **Question 2**. If you have answered "**No**," please proceed to CLAIM NINE on page 76.*

2.  Do you find from a preponderance of the evidence that Mr. Jacob's holding or detention was unlawful?

YES _____ NO _____

*If you have answered "**Yes**," please proceed to **Question 3**. If you have answered "**No**," please proceed to CLAIM NINE on page 76.*

3.  Do you find from a preponderance of the evidence that Mr. Jacob was damaged as a result of his unlawful holding or detention?

YES __✓__ NO _____

*Please proceed to **CLAIM NINE** on page 76.*

75

**CLAIM NINE:** Plaintiff Jacob Joseph Kadakkarappally ("Mr. Jacob") against Signal

**Intentional Infliction of Emotional Distress**

1. Do you find from a preponderance of the evidence that on March 9, 2007, Signal or its hired guards confined Mr. Jacob to a trailer, under guard, for several hours?

YES ___✓___ NO _____

*If you have answered "Yes," please proceed to Question 2. If you have answered "No," please proceed to the CROSSCLAIMS SECTION on page 78.*

2. Do you find from a preponderance of the evidence that the conduct of Signal or its hired guards was outrageous?

YES ___✓___ NO _____

*If you have answered "Yes," please proceed to Question 3. If you have answered "No," please proceed to the CROSSCLAIMS SECTION on page 78.*

3. Do you find from a preponderance of the evidence that Signal or its hired guards intended to cause Mr. Jacob emotional distress or acted with reckless disregard of the probability that Mr. Jacob would suffer emotional distress?

YES ___✓___ NO _____

*If you have answered "Yes," please proceed to Question 4. If you have answered "No," please proceed to the CROSSCLAIMS SECTION on page 78.*

4. Do you find from a preponderance of the evidence that Mr. Jacob suffered emotional distress?

YES ___✓___ NO _____

*If you have answered "Yes," please proceed to Question 5. If you have answered "No," please proceed to the CROSSCLAIMS SECTION on page 78.*

5. Do you find from a preponderance of the evidence that the conduct of Signal or its hired guards was a substantial factor in causing Mr. Jacob's emotional distress?

YES ___✓___ NO _____

*If you have answered "Yes," please proceed to Question 6. If you have answered "No," please proceed to the CROSSCLAIMS SECTION on page 78.*

6. Do you find from a preponderance of the evidence that it was foreseeable that the conduct of Signal or its hired guards would cause Mr. Jacob emotional distress?

YES __✓__ NO_____

**PLEASE PROCEED TO THE CROSSCLAIMS SECTION ON PAGE 78.**

## **<u>CROSSCLAIMS</u>**

## CROSSCLAIM ONE:  Signal against Burnett and Dewan

### Indemnity—All Defendants

1.  Do you find by a preponderance of the evidence that Signal owes a legal obligation to Plaintiffs in the main action?

YES _____NO_____

*If you have answered "Yes," please proceed to Question 2. If you have answered "No," please sign and date this Jury Verdict Form on page 83.*

2.  Do you find by a preponderance of the evidence that Signal was not at fault in incurring the legal obligation to Plaintiffs?

YES _____NO_____

*If you have answered "Yes," please proceed to the Defendant-specific questions beginning on page 80.  If you have answered "No," please sign and date this Jury Verdict Form on page 83.*

**Indemnity—Malvern C. Burnett ("Burnett")**

3.  Do you find by a preponderance of the evidence that in all fairness, Burnett should indemnify Signal for the legal obligation owed to Plaintiffs?

YES _____ NO _____

*Please proceed to the next Defendant on **page 81**.*

**Indemnity—Law Offices of Malvern C. Burnett, APC ("Burnett Law Offices")**

3.  Do you find by a preponderance of the evidence that in all fairness, Burnett Law Offices should indemnify Signal for the legal obligation owed to Plaintiffs?

YES _____NO_____

*Please proceed to the next Defendant on **page 82**.*

**Indemnity—Sachin Dewan ("Dewan")**

3.  Do you find by a preponderance of the evidence that in all fairness, Dewan should indemnify Signal for the legal obligation owed to Plaintiffs?

YES _____NO_____

*Please proceed to the next Defendant on **page 82**.*

**Indemnity—Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants) ("Dewan Consultants")**

3.   Do you find by a preponderance of the evidence that in all fairness, Dewan Consultants should indemnify Signal for the legal obligation owed to Plaintiffs?

YES _____ NO _____

*Please sign and date this Jury Verdict Form.*

**New Orleans, Louisiana this ___12th___ day of February, 2015.**

_____
                        **Jury Foreperson**