2/13/15

1. Is it possible for us to receive the slide of requested compensatory damages from Mr. Howard presented in his closing argument?

2. Is there a range for compensatory and punitive awards?

3. We would also like to have the W-2 forms of the plaintiffs.

Terence Knox.
Jury Foreman

Question 1

1. With respect to economic compensatory damages:

See exhibit 1155 A for a summary of the man camp deductions. For other economic compensatory damages, such as recruiting fees and interest on debt, you must rely on your own memory and the

exhibits, an index of which has been
provided to you.
2, With respect to compensatory damages
for mental anguish, you must rely on
your own memory and the exhibits,
an index of which has been provided
to you.

Question 2
Compensatory - There is no range. The
award must be based on the
evidence presented.
Punitives - There is no range. See paragraph
24 of the jury instructions for the factors
you should consider.

Question 3
See exhibit 3098.

Judge Morgan
12:00 pm