2/13/15

The jury's decision is still under progress. We have made great strides. However, "feeling the pulse of each other" & considering the sensitivity in this case, we would like to recess for the day and resume Wednesday @ 8:00a.m.

Trenease Knox
Jury Foreman