MINUTE ENTRY
MORGAN, J.
FEBRUARY 18, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al | CIVIL ACTION |
| VERSUS | NO. 08-1220 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |
| | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION |
| VERSUS | NO. 12-557 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |
| | |
| LAKSHMANN PONNAYAN ACHARI, et al | CIVIL ACTION |
| VERSUS | NO. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" |

Applies To:
David v. Signal
(No. 08-1220)

### JURY TRIAL

### JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, FEBRUARY 18, 2015 AT 8:00 A.M.**

COURTROOM DEPUTY:    Cesyle Nelson
COURT REPORTER:      Terri Hourigan

| | |
|---|---|
| APPEARANCES: | Alan B. Howard, Daniel Werner, Naomi Tsu, Hugh Sandler, Melia Amal Bouhabib and Meredith Stewart for Sony Vasudevan Salekha, Palanyandi Thangamani, Hemant Khuttan, Padaveettiyil Issac Andrews, and Jacob Joseph Kaddakkarappally (hereinafter referred to as "plaintiffs"); |
| | Erin C. Hangartner, Hal D. Ungar, Elham Rabbani, Brian C. Roux, Lance R. Rydberg, Lauren M. Davis, and Patricia A. Bollman for Signal International LLC, Signal International, Inc., Signal International Texas GP, LLC, and Signal International Texas, L.P. (hereinafter referred to as "Signal"); |
| | Timothy W. Cerniglia for Malvern C. Burnett, Law Offices of Malvern C. Burnett, A.P.C., and  Gulf Coast Immigration Law Center, L.L.C. (hereinafter referred to as "Burnett"); |
| | Stephen H. Shapiro, for Sachin Dewan, and Dewan Consultants, Pvt., Ltd. (hereinafter referred to as "Dewan") |

**JURY TRIAL**

Continued from February 13, 2015.

Jury resumed deliberations at 8:00 a.m.

Jury returned from deliberations at 2:50 p.m. with its verdict as to stage 2.

Court thanked jury for their service and they were excused.

Plaintiffs counsel  advised the Court that they would be moving under rule 54(b) to have the jury verdict rendered a final judgment.

Court adjourned at 3:20 p.m.

JS-10: 0:35