2/18/15

Claim Two - p. 14

Are the amounts added for questions one and two?
The amounts of compensatory damages in questions 1 and 2 are not added together.

Is it necessary to put a number in question 2 if an answer is in question 1?

You should answer question one with all compensatory damages for this claim (Claim Two).

You should then answer question two to identify the amount of your award of compensatory damages for this claim (the portion of your answer to question one) that you have not awarded as compensatory damages for any other claim.

Trenease Kart
Foreman

If this does not fully resolve your questions, please let me know. It may be helpful for you to provide an example (which the lawyers have agreed will not be shared with them) so that I may better explain.

Judge Morgan
10:32 am

The amounts of compensatory damages in questions one and two are <u>not</u> added together.

You should answer question one with all compensatory damages for this Claim (Claim Two).

You should then answer question two to identify the amount of your award of compensatory damages for this claim (the portion of your answer to question one) that you have not awarded as compensatory damages for any other claim.