2/18/15

## Last Question

In order to not duplicate compensation, can we leave a couple of claims blank? We will insert a 0 mark on the line.

Based upon our understanding of the instructions, we are not to duplicate damages awarded under any other claims, which is why we are asking.

— Trenease Knox

Under question one, you should enter the amount of compensatory damages under the claim, irrespective of whether compensatory damages were awarded under another claim.

You may insert a zero in question 2 for any plaintiff if you find that the compensatory damages for a claim, both economic damages and damages for mental anguish, have been awarded under another claim.

— Judge Morgan
1:42 pm