# JURY FOREPERSON

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.** <br>     **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,** <br>     **Defendants** | **SECTION "E"** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** <br>     **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,** <br>     **Defendants** | **SECTION "E"** |
| **LAKSHMANAN PONNAYAN ACHARI, et al.,** <br>     **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218** <br>  **(c/w 13-6219, 13-6220,** <br> **13-6221, 14-732, 14-1818)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,** <br>     **Defendants** | **SECTION "E"** |

**Applies To:**
*David v. Signal*
**(No. 08-1220)**

1

## JURY VERDICT FORM—STAGE 2

## PLAINTIFFS' CLAIMS

**CLAIM ONE:  All Plaintiffs**

**Trafficking Victims Protection Act—Signal**

**A.  Compensatory Damages**

Please enter the amount of compensatory damages you award (if any) for Signal's violation of the Trafficking Victims Protection Act:

Sony Sulekha $ _40,000_

Jacob Joseph Kadakkarappally $ _40,000_

Palanyandi Thangamani $ _175,000_

Andrews Isaac Padavettiyil $ _175,000_

Hemant Khuttan $ _175,000_

*If in **Section A** you filled out a dollar amount greater than zero for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).  If you did not, please do not proceed to **Section B** for that Plaintiff(s), and proceed to the next Defendant on **page 6**.*

**B. Punitive Damages**

1. Do you find from a preponderance of the evidence that Signal acted with malice or reckless indifference when it subjected any Plaintiff to forced labor?

Sony Sulekha YES _✓_ NO_____

Jacob Joseph Kadakkarappally YES _✓_ NO_____

Palanyandi Thangamani YES _✓_ NO_____

Andrews Padavettiyil YES _✓_ NO_____

Hemant Khuttan YES _✓_ NO_____

2. Do you find from a preponderance of the evidence that Signal acted with malice or reckless indifference when it trafficked any Plaintiff for forced labor?

Sony Sulekha                         YES ___✓___ NO_____

Jacob Joseph Kadakkarappally          YES ___✓___ NO_____

Palanyandi Thangamani                 YES ___✓___ NO_____

Andrews Padavettiyil                  YES ___✓___ NO_____

Hemant Khuttan                        YES ___✓___ NO_____

*If you answered **"Yes"** to **Questions 1 and/or 2 above** for any Plaintiff(s), please enter the amount of punitive damages below for that Plaintiff(s). If you have answered **"No"** to both questions for any Plaintiff(s), do not award any punitive damages for that Plaintiff(s), and proceed to the next Defendant on **page 6**.*

Sony Sulekha                         $____400,000_____

Jacob Joseph Kadakkarappally          $____400,000_____

Palanyandi Thangamani                 $____400,000_____

Andrews Isaac Padavettiyil            $____400,000_____

Hemant Khuttan                        $____400,000_____

*Please proceed to the next Defendant on **page 6**.*

**Trafficking Victims Protection Act—Malvern C. Burnett ("Burnett")**

## A.  Compensatory Damages

Please enter the amount of compensatory damages you award (if any) for Burnett's violation of the Trafficking Victims Protection Act:

Sony Sulekha                                         $_____

Jacob Joseph Kadakkarappally        $_____

Palanyandi Thangamani                     $_____

Andrews Isaac Padavettiyil               $_____

Hemant Khuttan                                 $_____

*If in **Section A** you filled out a dollar amount greater than zero for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).  If you did not, please do not proceed to **Section B** for that Plaintiff(s), and proceed to the next Defendant on **page 8**.*

## B. Punitive Damages

1. Do you find from a preponderance of the evidence that Burnett acted with malice or reckless indifference when he subjected any Plaintiff to forced labor?

Sony Sulekha                                 YES _____NO_____

Jacob Joseph Kadakkarappally    YES _____NO_____

Palanyandi Thangamani                 YES _____NO_____

Andrews Padavettiyil                      YES _____NO_____

Hemant Khuttan                             YES _____NO_____

2. Do you find from a preponderance of the evidence that Burnett acted with malice or reckless indifference when he trafficked any Plaintiff for forced labor?

Sony Sulekha                          YES _____NO_____

Jacob Joseph Kadakkarappally    YES _____NO_____

Palanyandi Thangamani            YES _____NO_____

Andrews Padavettiyil               YES _____NO_____

Hemant Khuttan                      YES _____NO_____

*If you answered **"Yes"** to **Questions 1 and/or 2 above** for any Plaintiff(s), please enter the amount of punitive damages below for that Plaintiff(s). If you have answered **"No"** to both questions for any Plaintiff(s), do not award any punitive damages for that Plaintiff(s), and proceed to the next Defendant on **page 8**.*

Sony Sulekha                          $_____

Jacob Joseph Kadakkarappally    $_____

Palanyandi Thangamani            $_____

Andrews Isaac Padavettiyil         $_____

Hemant Khuttan                      $_____

*Please proceed to the next Defendant on **page 8**.*

# Trafficking Victims Protection Act—Law Offices of Malvern C. Burnett, APC ("Burnett Law Offices")

## A. Compensatory Damages

Please enter the amount of compensatory damages you award (if any) for Burnett Law Offices's violation of the Trafficking Victims Protection Act:

Sony Sulekha                          $ _____ 30,000 _____

Jacob Joseph Kadakkarappally          $ _____ 40,000 _____

Palanyandi Thangamani                 $ _____ 30,000 _____

Andrews Isaac Padavettiyil            $ _____ 40,000 _____

Hemant Khuttan                        $ _____ 20,000 _____

*If in Section A you filled out a dollar amount greater than zero for **any** Plaintiff(s), please proceed to Section B for that Plaintiff(s). If you did not, please do not proceed to Section B for that Plaintiff(s), and proceed to the next Defendant on **page 10**.*

## B. Punitive Damages

1. Do you find from a preponderance of the evidence that Burnett Law Offices acted with malice or reckless indifference when it subjected any Plaintiff to forced labor?

Sony Sulekha                          YES ✓ NO _____

Jacob Joseph Kadakkarappally          YES ✓ NO _____

Palanyandi Thangamani                 YES ✓ NO _____

Andrews Padavettiyil                  YES ✓ NO _____

Hemant Khuttan                        YES ✓ NO _____


2. Do you find from a preponderance of the evidence that Burnett Law Offices acted with malice or reckless indifference when it trafficked any Plaintiff for forced labor?

Sony Sulekha                YES  ✓  NO _____

Jacob Joseph Kadakkarappally  YES  ✓  NO _____

Palanyandi Thangamani      YES  ✓  NO _____

Andrews Padavettiyil       YES  ✓  NO _____

Hemant Khuttan           YES  ✓  NO _____

*If you answered **"Yes"** to **Questions 1 and/or 2 above** for any Plaintiff(s), please enter the amount of punitive damages below for that Plaintiff(s). If you have answered **"No"** to both questions for any Plaintiff(s), do not award any punitive damages for that Plaintiff(s), and proceed to the next Defendant on **page 10**.*

Sony Sulekha                $ 100,000

Jacob Joseph Kadakkarappally  $ 100,000

Palanyandi Thangamani      $ 100,000

Andrews Isaac Padavettiyil    $ 100,000

Hemant Khuttan           $ 100,000

*Please proceed to the next Defendant on **page 10**.*



**Trafficking Victims Protection Act – Sachin Dewan ("Dewan")**

## A. Compensatory Damages

Please enter the amount of compensatory damages you award (if any) for Dewan's violation of the Trafficking Victims Protection Act:

Sony Sulekha $_____

Jacob Joseph Kadakkarappally $_____

Palanyandi Thangamani $_____

Andrews Isaac Padavettiyil $_____

Hemant Khuttan $_____

*If in **Section A** you filled out a dollar amount greater than zero for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).  If you did not, please do not proceed to **Section B** for that Plaintiff(s), and proceed to the next Defendant on **page 12**.*

## B. Punitive Damages

1. Do you find from a preponderance of the evidence that Dewan acted with malice or reckless indifference when he subjected any Plaintiff to forced labor?

Sony Sulekha YES _____NO_____

Jacob Joseph Kadakkarappally YES _____NO_____

Palanyandi Thangamani YES _____NO_____

Andrews Padavettiyil YES _____NO_____

Hemant Khuttan YES _____NO_____

2. Do you find from a preponderance of the evidence that Dewan acted with malice or reckless indifference when he trafficked any Plaintiff for forced labor?

Sony Sulekha                          YES _____NO_____

Jacob Joseph Kadakkarappally          YES _____NO_____

Palanyandi Thangamani                 YES _____NO_____

Andrews Padavettiyil                  YES _____NO_____

Hemant Khuttan                        YES _____NO_____

*If you answered **"Yes"** to **Questions 1 and/or 2 above** for any Plaintiff(s), please enter the amount of punitive damages below for that Plaintiff(s). If you have answered **"No"** to both questions for any Plaintiff(s), do not award any punitive damages for that Plaintiff(s), and proceed to the next Defendant on **page 12**.*

Sony Sulekha                          $_____

Jacob Joseph Kadakkarappally          $_____

Palanyandi Thangamani                 $_____

Andrews Isaac Padavettiyil            $_____

Hemant Khuttan                        $_____


*Please proceed to the next Defendant on **page 12**.*

**Trafficking Victims Protection Act – Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants) ("Dewan Consultants")**

**A. Compensatory Damages**

Please enter the amount of compensatory damages you award (if any) for Dewan Consultants's violation of the Trafficking Victims Protection Act:

| | | |
|---|---|---|
| Sony Sulekha | $ | 20,000 |
| Jacob Joseph Kadakkarappally | $ | 40,000 |
| Palanyandi Thangamani | $ | 20,000 |
| Andrews Isaac Padavettiyil | $ | 40,000 |
| Hemant Khuttan | $ | 20,000 |

*If in **Section A** you filled out a dollar amount greater than zero for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).  If you did not, please do not proceed to **Section B** for that Plaintiff(s), and proceed to **CLAIM TWO** on **page 14.***

**B. Punitive Damages**

1. Do you find from a preponderance of the evidence that Dewan Consultants acted with malice or reckless indifference when it subjected any Plaintiff to forced labor?

| | | |
|---|---|---|
| Sony Sulekha | YES ✓ | NO |
| Jacob Joseph Kadakkarappally | YES ✓ | NO |
| Palanyandi Thangamani | YES ✓ | NO |
| Andrews Padavettiyil | YES ✓ | NO |
| Hemant Khuttan | YES ✓ | NO |

12

2. Do you find from a preponderance of the evidence that Dewan Consultants acted with malice or reckless indifference when it trafficked any Plaintiff for forced labor?

Sony Sulekha                          YES ✓   NO_____

Jacob Joseph Kadakkarappally          YES ✓   NO_____

Palanyandi Thangamani                 YES ✓   NO_____

Andrews Padavettiyil                  YES ✓   NO_____

Hemant Khuttan                        YES ✓   NO_____

*If you answered **"Yes"** to **Questions 1 and/or 2 above** for any Plaintiff(s), please enter the amount of punitive damages below for that Plaintiff(s). If you have answered **"No"** to both questions for any Plaintiff(s), do not award any punitive damages for that Plaintiff(s), and proceed to **CLAIM TWO** on **page 14.***

Sony Sulekha                          $_____100,000_____

Jacob Joseph Kadakkarappally          $_____100,000_____

Palanyandi Thangamani                 $_____100,000_____

Andrews Isaac Padavettiyil            $_____100,000_____

Hemant Khuttan                        $_____100,000_____

*Please proceed to **CLAIM TWO** on **page 14.***

**CLAIM TWO:  All Plaintiffs**

**Discriminatory Terms and Conditions of Employment—Signal**

**A.  Compensatory Damages**

**1.** Please enter the amount of compensatory damages you award (if any) for Signal's discriminatory terms and conditions of employment:

| | |
|---|---|
| Sony Sulekha | $ ~~25,00~~ 25,275 |
| Jacob Joseph Kadakkarappally | $ 21,385 |
| Palanyandi Thangamani | $ 102,812 |
| Andrews Isaac Padavettiyil | $ 103,475 |
| Hemant Khuttan | $ 91,890 |

**2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim.  You may not award the same damages twice (except for mental anguish).  For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

| | |
|---|---|
| Sony Sulekha | $ 21,600 |
| Jacob Joseph Kadakkarappally | $ 18,200 |
| Palanyandi Thangamani | $ 87,600 |
| Andrews Isaac Padavettiyil | $ 90,000 |
| Hemant Khuttan | $ 80,400 |

*If in **Section A.1** you filled out a dollar amount greater than zero for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).  If you did not, please do not proceed to **Section B** for that Plaintiff(s), and proceed to **"Harassing Living Conditions"** on **page 16**.*

**B.  Punitive Damages**

Do you find from a preponderance of the evidence that Signal acted with malice or reckless indifference when it subjected any Plaintiff to discriminatory terms and conditions of employment?

Sony Sulekha                         YES ___✓___ NO_____

Jacob Joseph Kadakkarappally    YES ___✓___ NO_____

Palanyandi Thangamani           YES ___✓___ NO_____

Andrews Padavettiyil            YES ___✓___ NO_____

Hemant Khuttan                  YES ___✓___ NO_____

*If you answered "Yes" for any Plaintiff(s), please enter below the amount of punitive damages for that Plaintiff(s). If you answered "No," for any Plaintiff(s), please do not award any punitive damages for that Plaintiff(s), and proceed to **"Harassing Living Conditions"** on page 16.*

In the event you award punitive damages under a different claim (such as the Forced Labor Claim), please indicate below only the punitive damages you are awarding as a result of Signal's discriminatory terms and conditions of employment:

Sony Sulekha                         $____200,000____

Jacob Joseph Kadakkarappally    $____200,000____

Palanyandi Thangamani           $____200,000____

Andrews Isaac Padavettiyil       $____200,000____

Hemant Khuttan                  $____200,000____

*Please proceed to **"Harassing Living Conditions"** on page 16.*

**Harassing Living Conditions—Signal**

**A. Compensatory Damages**

    **1.** Please enter the amount of compensatory damages you award (if any) for Signal's harassing living conditions:

| | |
|---|---|
| Sony Sulekha | $ 25,275 |
| Jacob Joseph Kadakkarappally | $ 21,385 |
| Palanyandi Thangamani | $ 102,812 |
| Andrews Isaac Padavettiyil | $ 103,475 |
| Hemant Khuttan | $ 91,880 |

    **2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim. You may not award the same damages twice (except for mental anguish). For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

    With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

| | |
|---|---|
| Sony Sulekha | $ 21,600 |
| Jacob Joseph Kadakkarappally | $ 18,200 |
| Palanyandi Thangamani | $ 87,600 |
| Andrews Isaac Padavettiyil | $ 40,000 |
| Hemant Khuttan | $ 80,400 |

*If in **Section A.1** you filled out a dollar amount greater than zero for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s). If you did not, please do not proceed to **Section B** for that Plaintiff(s), and proceed to **CLAIM THREE** on **page 18.**

**B. Punitive Damages**

Do you find from a preponderance of the evidence that Signal acted with malice or reckless indifference when it subjected any Plaintiff to harassing living conditions?

Sony Sulekha                              YES ___✓___ NO_____

Jacob Joseph Kadakkarappally              YES ___✓___ NO_____

Palanyandi Thangamani                     YES ___✓___ NO_____

Andrews Padavettiyil                      YES ___✓___ NO_____

Hemant Khuttan                            YES ___✓___ NO_____

*If you answered "Yes" for any Plaintiff(s), please enter below the amount of punitive damages for that Plaintiff(s). If you answered "No," for any Plaintiff(s), please do not award any punitive damages for that Plaintiff(s), and proceed to CLAIM THREE on page 18.*

In the event you award punitive damages under a different claim (such as the Forced Labor Claim), please indicate below only the punitive damages you are awarding as a result of Signal's harassing conditions:

Sony Sulekha                              $_____200,000_____

Jacob Joseph Kadakkarappally              $_____200,000_____

Palanyandi Thangamani                     $_____200,000_____

Andrews Isaac Padavettiyil                $_____200,000_____

Hemant Khuttan                            $_____200,000_____

*Please proceed to CLAIM THREE on page 18.*

**CLAIM THREE:** **Plaintiff Jacob Joseph Kadakkarappally ("Mr. Jacob")**

**Retaliation—Signal**

**A. Compensatory Damages**

Please enter the amount of compensatory damages you award (if any) for Signal's unlawful retaliation:

Jacob Joseph Kadakkarappally            $ _____ 150,000 _____

*If in **Section A** you filled out a dollar amount greater than zero, please proceed to **Section B**. If you did not, please do not proceed to **Section B**, and proceed to **CLAIM FOUR** on page 19.*

**B. Punitive Damages**

Has Mr. Jacob proven by a preponderance of the evidence that Signal acted with malice or reckless indifference to his right to be free from unlawful retaliation?

YES ____✓____ NO _____

*If you answered **"Yes**," please enter below the amount of punitive damages. If you answered "**No**," please do not award any punitive damages, and proceed to **CLAIM FOUR** on page 19.*

In the event you award punitive damages under a different claim (such as the Forced Labor Claim), please indicate below only the punitive damages you are awarding as a result of Signal's unlawful retaliation:

Jacob Joseph Kadakkarappally            $ _____ 450,000 _____

**CLAIM FOUR:  All Plaintiffs**

**RICO—Signal**

**Compensatory Damages**

    **1.** Please enter the amount of compensatory damages you award (if any) for Signal's RICO violation(s):

Sony Sulekha                   $ _20,000_

Jacob Joseph Kadakkarappally    $ _20,000_

Palanyandi Thangamani       $ _30,000_

Andrews Isaac Padavettiyil     $ _28,000_

Hemant Khuttan            $ _31,000_

    **2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim.  You may not award the same damages twice.  For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

    With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

Sony Sulekha                   $ _0_

Jacob Joseph Kadakkarappally    $ _0_

Palanyandi Thangamani       $ _0_

Andrews Isaac Padavettiyil     $ _0_

Hemant Khuttan            $ _0_

*Please proceed to the next Defendant on **page 20.***

**RICO—Malvern C. Burnett ("Burnett")**

**Compensatory Damages**

> **1.** Please enter the amount of compensatory damages you award (if any) for Burnett's RICO violation(s):

| | |
|---|---|
| Sony Sulekha | $_____ |
| Jacob Joseph Kadakkarappally | $_____ |
| Palanyandi Thangamani | $_____ |
| Andrews Isaac Padavettiyil | $_____ |
| Hemant Khuttan | $_____ |

> **2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim. You may not award the same damages twice. For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.
>
> With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

| | |
|---|---|
| Sony Sulekha | $_____ |
| Jacob Joseph Kadakkarappally | $_____ |
| Palanyandi Thangamani | $_____ |
| Andrews Isaac Padavettiyil | $_____ |
| Hemant Khuttan | $_____ |

*Please proceed to the next Defendant on **page 21**.*

## RICO—Law Offices of Malvern C. Burnett, APC ("Burnett Law Offices")

### Compensatory Damages

**1.** Please enter the amount of compensatory damages you award (if any) for Burnett Law Offices's RICO violation(s):

| | |
|---|---|
| Sony Sulekha | $ 20,000 |
| Jacob Joseph Kadakkarappally | $ 20,000 |
| Palanyandi Thangamani | $ 20,000 |
| Andrews Isaac Padavettiyil | $ 20,000 |
| Hemant Khuttan | $ 20,000 |

**2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim. You may not award the same damages twice. For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

| | |
|---|---|
| Sony Sulekha | $ 0 |
| Jacob Joseph Kadakkarappally | $ 0 |
| Palanyandi Thangamani | $ 0 |
| Andrews Isaac Padavettiyil | $ 0 |
| Hemant Khuttan | $ 0 |

*Please proceed to the next Defendant on **page 22**.*

**RICO—Sachin Dewan ("Dewan")**

**Compensatory Damages**

    **1.** Please enter the amount of compensatory damages you award (if any) for Dewan's RICO violation(s):

Sony Sulekha                 $_____

Jacob Joseph Kadakkarappally    $_____

Palanyandi Thangamani       $_____

Andrews Isaac Padavettiyil     $_____

Hemant Khuttan            $_____

    **2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim. You may not award the same damages twice. For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

    With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

Sony Sulekha                 $_____

Jacob Joseph Kadakkarappally    $_____

Palanyandi Thangamani       $_____

Andrews Isaac Padavettiyil     $_____

Hemant Khuttan            $_____

*Please proceed to the next Defendant on **page 23.***

**RICO—Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants) ("Dewan Consultants")**

**Compensatory Damages**

**1.** Please enter the amount of compensatory damages you award (if any) for Dewan Consultants's RICO violation(s):

Sony Sulekha                        $ 20,000

Jacob Joseph Kadakkarappally        $ 20,000

Palanyandi Thangamani               $ 20,000

Andrews Isaac Padavettiyil          $ 20,000

Hemant Khuttan                      $ 20,000

**2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim. You may not award the same damages twice. For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

Sony Sulekha                        $ 0

Jacob Joseph Kadakkarappally        $ 0

Palanyandi Thangamani               $ 0

Andrews Isaac Padavettiyil          $ 0

Hemant Khuttan                      $ 0

*Please proceed to **CLAIM FIVE** on **page 24.***

## CLAIM FIVE: All Plaintiffs

### Fraud—Signal

### Compensatory Damages

**1.** Please enter the amount of compensatory damages you award (if any) for Signal's fraudulent conduct:

| | | |
|---|---|---|
| Sony Sulekha | $ | 20,000 |
| Jacob Joseph Kadakkarappally | $ | 20,000 |
| Palanyandi Thangamani | $ | 30,000 |
| Andrews Isaac Padavettiyil | $ | 28,000 |
| Hemant Khuttan | $ | 31,000 |

**2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim. You may not award the same damages twice. For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

| | | |
|---|---|---|
| Sony Sulekha | $ | 0 |
| Jacob Joseph Kadakkarappally | $ | 0 |
| Palanyandi Thangamani | $ | 0 |
| Andrews Isaac Padavettiyil | $ | 0 |
| Hemant Khuttan | $ | 0 |

*Please proceed to the next Defendant on **page 25.***

**Fraud—Malvern C. Burnett ("Burnett")**

**Compensatory Damages**

    **1.** Please enter the amount of compensatory damages you award (if any) for Burnett's fraudulent conduct:

Sony Sulekha                $_____

Jacob Joseph Kadakkarappally    $_____

Palanyandi Thangamani       $_____

Andrews Isaac Padavettiyil      $_____

Hemant Khuttan            $_____

    **2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim. You may not award the same damages twice. For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

    With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

Sony Sulekha                $_____

Jacob Joseph Kadakkarappally    $_____

Palanyandi Thangamani       $_____

Andrews Isaac Padavettiyil      $_____

Hemant Khuttan            $_____

*Please proceed to the next Defendant on **page 26**.*

## Fraud—Law Offices of Malvern C. Burnett, APC ("Burnett Law Offices")

**Compensatory Damages**

    **1.** Please enter the amount of compensatory damages you award (if any) for Burnett Law Offices's fraudulent conduct:

| | |
|---|---|
| Sony Sulekha | $ 20,000 |
| Jacob Joseph Kadakkarappally | $ 20,000 |
| Palanyandi Thangamani | $ 20,000 |
| Andrews Isaac Padavettiyil | $ 20,000 |
| Hemant Khuttan | $ 20,000 |

    **2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim. You may not award the same damages twice. For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

    With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

| | |
|---|---|
| Sony Sulekha | $ 0 |
| Jacob Joseph Kadakkarappally | $ 0 |
| Palanyandi Thangamani | $ 0 |
| Andrews Isaac Padavettiyil | $ 0 |
| Hemant Khuttan | $ 0 |

*Please proceed to the next Defendant on **page 27**.*

**Fraud—Sachin Dewan ("Dewan")**

**Compensatory Damages**

   **1.** Please enter the amount of compensatory damages you award (if any) for Dewan's fraudulent conduct:

Sony Sulekha                          $ 0

Jacob Joseph Kadakkarappally          $ 0

Palanyandi Thangamani                 $ 0

Andrews Isaac Padavettiyil            $ 0

Hemant Khuttan                        $ 0

   **2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim.  You may not award the same damages twice.  For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

   With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

Sony Sulekha                          $ 0

Jacob Joseph Kadakkarappally          $ 0

Palanyandi Thangamani                 $ 0

Andrews Isaac Padavettiyil            $ 0

Hemant Khuttan                        $ 0

*Please proceed to the next Defendant on **page 28.***

**Fraud— Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants) ("Dewan Consultants")**

**Compensatory Damages**

   **1.** Please enter the amount of compensatory damages you award (if any) for Dewan Consultants's fraudulent conduct:

Sony Sulekha                            $ ____20,000____

Jacob Joseph Kadakkarappally             $ ____20,000____

Palanyandi Thangamani                    $ ____20,000____

Andrews Isaac Padavettiyil               $ ____20,000____

Hemant Khuttan                           $ ____20,000____

   **2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim.  You may not award the same damages twice.  For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

   With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

Sony Sulekha                            $ ____0____

Jacob Joseph Kadakkarappally             $ ____0____

Palanyandi Thangamani                    $ ____0____

Andrews Isaac Padavettiyil               $ ____0____

Hemant Khuttan                           $ ____0____

*Please proceed to **CLAIM SEVEN** on **page 29**.*

**CLAIM SEVEN:  All Plaintiffs against Signal, Burnett, and Dewan**

**Breach of Contract or Promissory Estoppel—Signal**

**A.  Compensatory Damages**

**1.** Please enter the amount of compensatory damages you award (if any) for Signal's breach of contract and/or promissory estoppel:

| | |
|---|---|
| Sony Sulekha | $ 500,000 |
| Jacob Joseph Kadakkarappally | $ 500,000 |
| Palanyandi Thangamani | $ 500,000 |
| Andrews Isaac Padavettiyil | $ 500,000 |
| Hemant Khuttan | $ 500,000 |

**2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim.  You may not award the same damages twice (except for mental anguish).  For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

| | |
|---|---|
| Sony Sulekha | $ 500,000 |
| Jacob Joseph Kadakkarappally | $ 500,000 |
| Palanyandi Thangamani | $ 500,000 |
| Andrews Isaac Padavettiyil | $ 500,000 |
| Hemant Khuttan | $ 500,000 |

*If in **Section A.1** you filled out a dollar amount greater than zero for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).  If you did not, please do not proceed to **Section B** for that Plaintiff(s), and proceed to the next Defendant on **page 31**.*

## B. Punitive Damages

Do you find from a preponderance of the evidence that Signal acted with malice or reckless indifference with respect to the breach of contract and/or promissory estoppel claim?

| | |
|---|---|
| Sony Sulekha | YES ✓ NO_____ |
| Jacob Joseph Kadakkarappally | YES ✓ NO_____ |
| Palanyandi Thangamani | YES ✓ NO_____ |
| Andrews Padavettiyil | YES ✓ NO_____ |
| Hemant Khuttan | YES ✓ NO_____ |

*If you answered **"Yes"** for any Plaintiff(s), please enter below the amount of punitive damages for that Plaintiff(s). If you answered "**No**," for any Plaintiff(s), please do not award any punitive damages for that Plaintiff(s), and proceed to the next Defendant on **page 31**.*

In the event you award punitive damages under a different claim (such as the Forced Labor Claim), please indicate below only the punitive damages you are awarding as a result of Signal's breach of contract and/or promissory estoppel:

| | |
|---|---|
| Sony Sulekha | $ 500,000 |
| Jacob Joseph Kadakkarappally | $ 500,000 |
| Palanyandi Thangamani | $ 500,000 |
| Andrews Isaac Padavettiyil | $ 500,000 |
| Hemant Khuttan | $ 500,000 |

*Please proceed to the next Defendant on **page 31**.*

**Breach of Contract or Promissory Estoppel—Malvern C. Burnett ("Burnett")**

**A. Compensatory Damages**

    **1.** Please enter the amount of compensatory damages you award (if any) for Burnett's breach of contract and/or promissory estoppel:

Sony Sulekha                     \$_____

Jacob Joseph Kadakkarappally     \$_____

Palanyandi Thangamani         \$_____

Andrews Isaac Padavettiyil       \$_____

Hemant Khuttan               \$_____

    **2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim.  You may not award the same damages twice (except for mental anguish).  For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

    With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

Sony Sulekha                     \$_____

Jacob Joseph Kadakkarappally     \$_____

Palanyandi Thangamani         \$_____

Andrews Isaac Padavettiyil       \$_____

Hemant Khuttan               \$_____

*If in **Section A.1** you filled out a dollar amount greater than zero for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s).  If you did not, please do not proceed to **Section B** for that Plaintiff(s), and proceed to the next Defendant on **page 33**.*

## B. Punitive Damages

Do you find from a preponderance of the evidence that Burnett acted with malice or reckless indifference with respect to the breach of contract and/or promissory estoppel claim?

Sony Sulekha                        YES _____NO_____

Jacob Joseph Kadakkarappally   YES _____NO_____

Palanyandi Thangamani           YES _____NO_____

Andrews Padavettiyil             YES _____NO_____

Hemant Khuttan                    YES _____NO_____

*If you answered "Yes" for any Plaintiff(s), please enter below the amount of punitive damages for that Plaintiff(s). If you answered "No," for any Plaintiff(s), please do not award any punitive damages for that Plaintiff(s), and proceed to the next Defendant on page 33.*

In the event you award punitive damages under a different claim (such as the Forced Labor Claim), please indicate below only the punitive damages you are awarding as a result of Burnett's breach of contract and/or promissory estoppel:

Sony Sulekha                        $_____

Jacob Joseph Kadakkarappally   $_____

Palanyandi Thangamani           $_____

Andrews Isaac Padavettiyil       $_____

Hemant Khuttan                    $_____

*Please proceed to the next Defendant on page 33.*

**Breach of Contract or Promissory Estoppel—Law Offices of Malvern C. Burnett, APC ("Burnett Law Offices")**

## A. Compensatory Damages

**1.** Please enter the amount of compensatory damages you award (if any) for Burnett Law Offices's breach of contract and/or promissory estoppel:

| | |
|---|---|
| Sony Sulekha | $ 5,000 |
| Jacob Joseph Kadakkarappally | $ 5,000 |
| Palanyandi Thangamani | $ 5,000 |
| Andrews Isaac Padavettiyil | $ 5,000 |
| Hemant Khuttan | $ 5,000 |

**2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim. You may not award the same damages twice (except for mental anguish). For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

| | |
|---|---|
| Sony Sulekha | $ 5,000 |
| Jacob Joseph Kadakkarappally | $ 5,000 |
| Palanyandi Thangamani | $ 5,000 |
| Andrews Isaac Padavettiyil | $ 5,000 |
| Hemant Khuttan | $ 5,000 |

*If in **Section A.1** you filled out a dollar amount greater than zero for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s). If you did not, please do not proceed to **Section B** for that Plaintiff(s), and proceed to the next Defendant on **page 35**.*

## B. Punitive Damages

Do you find from a preponderance of the evidence that Burnett Law Offices acted with malice or reckless indifference with respect to the breach of contract and/or promissory estoppel claim?

| | |
|---|---|
| Sony Sulekha | YES ⟍ NO_____ |
| Jacob Joseph Kadakkarappally | YES ⟍ NO_____ |
| Palanyandi Thangamani | YES ⟍ NO_____ |
| Andrews Padavettiyil | YES ⟍ NO_____ |
| Hemant Khuttan | YES ⟍ NO_____ |

*If you answered "Yes" for any Plaintiff(s), please enter below the amount of punitive damages for that Plaintiff(s). If you answered "No," for any Plaintiff(s), please do not award any punitive damages for that Plaintiff(s), and proceed to the next Defendant on page 35.*

In the event you award punitive damages under a different claim (such as the Forced Labor Claim), please indicate below only the punitive damages you are awarding as a result of Burnett Law Offices's breach of contract and/or promissory estoppel:

| | |
|---|---|
| Sony Sulekha | $ 10,000 |
| Jacob Joseph Kadakkarappally | $ 10,000 |
| Palanyandi Thangamani | $ 10,000 |
| Andrews Isaac Padavettiyil | $ 10,000 |
| Hemant Khuttan | $ 10,000 |

*Please proceed to the next Defendant on page 35.*

**Breach of Contract or Promissory Estoppel—Sachin Dewan ("Dewan")**

## A. Compensatory Damages

> **1.** Please enter the amount of compensatory damages you award (if any) for Dewan's breach of contract and/or promissory estoppel:

Sony Sulekha                          $_____ 0 _____

Jacob Joseph Kadakkarappally          $_____ 0 _____

Palanyandi Thangamani                 $_____ 0 _____

Andrews Isaac Padavettiyil            $_____ 0 _____

Hemant Khuttan                        $_____ 0 _____

> **2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim. You may not award the same damages twice (except for mental anguish). For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

> With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

Sony Sulekha                          $_____ 0 _____

Jacob Joseph Kadakkarappally          $_____ 0 _____

Palanyandi Thangamani                 $_____ 0 _____

Andrews Isaac Padavettiyil            $_____ 0 _____

Hemant Khuttan                        $_____ 0 _____

*If in **Section A.1** you filled out a dollar amount greater than zero for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s). If you did not, please do not proceed to **Section B** for that Plaintiff(s), and proceed to the next Defendant on **page 37**.*

**B. Punitive Damages**

Do you find from a preponderance of the evidence that Dewan acted with malice or reckless indifference with respect to the breach of contract and/or promissory estoppel claim?

Sony Sulekha                          YES _____NO_____

Jacob Joseph Kadakkarappally   YES _____NO_____

Palanyandi Thangamani           YES _____NO_____

Andrews Padavettiyil              YES _____NO_____

Hemant Khuttan                     YES _____NO_____

*If you answered **"Yes"** for any Plaintiff(s), please enter below the amount of punitive damages for that Plaintiff(s). If you answered "**No**," for any Plaintiff(s), please do not award any punitive damages for that Plaintiff(s), and proceed to the next Defendant on **page 37**.*

In the event you award punitive damages under a different claim (such as the Forced Labor Claim), please indicate below only the punitive damages you are awarding as a result of Dewan's breach of contract and/or promissory estoppel:

Sony Sulekha                          $_____

Jacob Joseph Kadakkarappally   $_____

Palanyandi Thangamani           $_____

Andrews Isaac Padavettiyil        $_____

Hemant Khuttan                     $_____

*Please proceed to the next Defendant on **page 37**.*

**Breach of Contract or Promissory Estoppel—Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants) ("Dewan Consultants")**

**A. Compensatory Damages**

**1.** Please enter the amount of compensatory damages you award (if any) for Dewan Consultants's breach of contract and/or promissory estoppel:

| | | |
|---|---|---|
| Sony Sulekha | $ | 5,000 |
| Jacob Joseph Kadakkarappally | $ | 5,000 |
| Palanyandi Thangamani | $ | 5,000 |
| Andrews Isaac Padavettiyil | $ | 5,000 |
| Hemant Khuttan | $ | 5,000 |

**2.** Now consider the amount of compensatory damages awarded above (if any) in light of the compensatory damages awarded for any other claim. You may not award the same damages twice (except for mental anguish). For example, if you have awarded recruitment fees under another claim, you may not award those same fees under this claim.

With these instructions in mind, please indicate below the damages you award for this claim (if any) that are not duplicative of damages awarded under any other claim:

| | | |
|---|---|---|
| Sony Sulekha | $ | 5,000 |
| Jacob Joseph Kadakkarappally | $ | 5,000 |
| Palanyandi Thangamani | $ | 5,000 |
| Andrews Isaac Padavettiyil | $ | 5,000 |
| Hemant Khuttan | $ | 5,000 |

*If in **Section A.1** you filled out a dollar amount greater than zero for **any** Plaintiff(s), please proceed to **Section B** for that Plaintiff(s). If you did not, please do not proceed to **Section B** for that Plaintiff(s), and proceed to **CLAIM EIGHT** on **page 39**.*

## B. Punitive Damages

Do you find from a preponderance of the evidence that Dewan Consultants acted with malice or reckless indifference with respect to the breach of contract and/or promissory estoppel claim?

Sony Sulekha                              YES __✓__ NO_____

Jacob Joseph Kadakkarappally      YES __✓__ NO_____

Palanyandi Thangamani               YES __✓__ NO_____

Andrews Padavettiyil                   YES __✓__ NO_____

Hemant Khuttan                          YES __✓__ NO_____

*If you answered **"Yes"** for any Plaintiff(s), please enter below the amount of punitive damages for that Plaintiff(s). If you answered "**No**," for any Plaintiff(s), please do not award any punitive damages for that Plaintiff(s), and proceed to **CLAIM EIGHT** on page 39.*

In the event you award punitive damages under a different claim (such as the Forced Labor Claim), please indicate below only the punitive damages you are awarding as a result of Dewan Consultant's breach of contract and/or promissory estoppel:

Sony Sulekha                              $___10,000___

Jacob Joseph Kadakkarappally      $___10,000___

Palanyandi Thangamani               $___10,000___

Andrews Isaac Padavettiyil           $___10,000___

Hemant Khuttan                          $___10,000___

*Please proceed to **CLAIM EIGHT** on page 39.*

**CLAIM EIGHT: Plaintiff Jacob Joseph Kadakkarappally ("Mr. Jacob") against Signal**

**False Imprisonment**

Please enter the amount of compensatory damages you award (if any) for Signal's false imprisonment of Mr. Jacob:

Jacob Joseph Kadakkarappally     $ _____ 150,000 _____

*If in **Section A** you filled out a dollar amount greater than zero, please proceed to **Section B**. If you did not, please do not proceed to **Section B**, and proceed to **CLAIM NINE** on **page 40**.*

**B. Punitive Damages**

Has Mr. Jacob proven by a preponderance of the evidence that Signal acted with malice or reckless indifference to his right to be free from false imprisonment?

YES _____✔ NO_____

*If you answered **"Yes**," please enter below the amount of punitive damages. If you answered "**No**," please do not award any punitive damages, and proceed to **CLAIM NINE** on **page 40**.*

In the event you award punitive damages under a different claim (such as the Forced Labor Claim), please indicate below only the punitive damages you are awarding as a result of Signal's false imprisonment:

Jacob Joseph Kadakkarappally     $ _____ 450,000 _____

*Please proceed to **CLAIM NINE** on **page 40**.*

**CLAIM NINE:** Plaintiff Jacob Joseph Kadakkarappally ("Mr. Jacob") against Signal

**Intentional Infliction of Emotional Distress**

Please enter the amount of compensatory damages you award (if any) for Signal's intentional infliction of emotional distress on Mr. Jacob:

Jacob Joseph Kadakkarappally          $ _150,000_

*If in **Section A** you filled out a dollar amount greater than zero, please proceed to **Section B**. If you did not, please do not proceed to **Section B**, and please sign and date this Stage 2 Jury Verdict Form.*

**B. Punitive Damages**

Has Mr. Jacob proven by a preponderance of the evidence that Signal acted with malice or reckless indifference to his right to be free from intentional infliction of emotional distress?

YES _✓_  NO_____

*If you answered **"Yes**," please enter below the amount of punitive damages. If you answered "**No**," please do not award any punitive damages, and please sign and date this Stage 2 Jury Verdict Form.*

In the event you award punitive damages under a different claim (such as the Forced Labor Claim), please indicate below only the punitive damages you are awarding as a result of Signal's intentional infliction of emotional distress:

Jacob Joseph Kadakkarappally          $ _450,000_

*Please sign and date this Stage 2 Jury Verdict Form.*

New Orleans, Louisiana this _18th_ day of February, 2015.

_____
**Jury Foreperson**