# Index of Exhibits Admitted into Evidence from 01/14/2015 to 02/10/2015

| Admitted Tr. Exhibit Nos. | Description |
| --- | --- |
| 1 | September 13, 2006 – E-mail – Forwarded by Malvern Burnett to Sachin Dewan |
| 17 | Multilateral Business Agreement |
| 19 | April 4, 2006, letter from Malvern C. Burnett to Permanent Residence Applicant |
| 23 | September 8, 2006 email from Burnett to Global Resources |
| 27 | Sony Memorandum of Understanding and other docs |
| 28 | Multi lateral business agreement from March 2004 |
| 31 | Global Resources and J & M Skilled Worker Migration Agreement dated February 2, 2004 |
| 34 | October 25, 2006 Letter from Dewan to Andrew Issacs Sub: Migration to U.S Signal International ; discusses proceeding with Green card |
| 48 | May 22, 2006 Email between Bingle and Pol concerning candidates for Signal and requirement that they speak English |
| 53 | October 24, 2006 Letter breaking down costs of setting up guest workers' housing |
| 57 | Copy of Draft - South Indian Bank - November 20, 2006 for Kadakkarappally, Jacob Joseph |
| 60 | Occupancy Cert - Mancamp.pdf, , Certificate of Occupancy for the Pascagoula man camp. |
| 61 | 20070907161319910.pdf, , Notice of certification by Department of Homeland Security and United States Citizenship and Immigration Services. |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 66 | Policy - Recording Hours Worked, Minimum Wage, Overtime.pdf, , Signal's "Recording hours worked, minimum wage & overtime" policy. |
| 68 | 00009383.email, RE: UPDATED-Lock Codes- Temp Workers.xls, Email about locker codes and the shuttle bus. |
| 85 | 00004205.email, RE: Signal International, LLC - 401(k) Issues (KMM5862935V44879L0KM), Emails regarding social security numbers for H2B workers STATEMENT OF JOHN SANDERS.doc, , Statement of John Sanders |
| 86 | GE Certificate of Substantial Completion - 29 Sep 2006.pdf, , GE Capital's certificate of substantial completion of Mancamp. |
| 87 | 00003926.email, RE: Power of Attorney for Sachin Dewan, Email about a power of attorney for Sachin Dewan. |
| 90 | 00000410.email, Re: Releasing 38 Non- productive Indians, Emails regarding transfer of workers' H-2B visas to another company |
| 98 | SIGP0030502.pdf, , Letter informing H-2B worker of Signal applying for his visa extension |
| 117 | Dewan POA.pdf, , Ronald Schnoor's June 2006 letter granting Dewan Consultant's limited power of attorney as their representative in India. |
| 125 | SIGE006213-14.pdf, , Letter concerning termination of H-2B workers |
| 131 | SIGP0026937.pdf, , Change of Status form |
| 143 | Hotard Trip-122606.pdf, , Document containing signatures authorizing deduction for trip to New Orleans. |
| 156 | 00000404.email, FW: Letter.pdf, Email correspondence regarding letter received by Signal on prevailing wage standard and Indian demotions. |
| 160 | 00000449.email, Re: Extension timeline question, Email regarding effect of approval or denial of visa extension application |
| 176 | 00024150_item.msg, RE: Indian Training, E- mail re: welder training |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 177 | Policy - Harassment Prohibition Complaint Process.pdf, , Signal's "Harassment prohibition/Complaint process" policy. |
| 182 | 00000052.email, Power of Attorney for Sachin Dewan, Email correspondence stating Michael Pol's desire that Signal grant Sachin Dewan power of attorney. |
| 184 | Boelter equipment invoice - Pascagoula - 25 Oct 2006.pdf, , Boelter's invoice to Signal for mancamp kitchen equipment. |
| 187 | email, RE: Global Resources contract - catering provision, Bill Bingle and John Sanders discussion of Anjay as possible caterer for Man camp |
| 190 | 00000399.email, Releasing 38 Non-productive Indians, Email regarding termination of non- productive workers |
| 199 | 173-50.pdf, , Advertisement for Dewan  Consultants |
| 200 | GLOBAL Documents.pdf, , Skilled Worker Recruitment Agreement; Employment Agreement; certificate of liability insurance and a letter terminating the Skilled Worker Recruitment Agreement |
| 207 | SIGP0030519-29.pdf, , Orientation Checklist for hourly/production employees |
| 210 | 00001676.email, RE: FYI, Email discussing Indians leaving. |
| 211 | Welding 011107.xls, , Spread of welders' names and details. |
| 218 | Incident Reports Rec 031407.pdf, , Pascagoula police department incident report (complainant: Kuldeep Singh). |
| 231 | FW: Laundry Attendant, email about a laundry attendant at the man camp. |
| 232 | 00000198.email, RE: Request to increase GE lease-purchase amount - 24 Oct 2006.doc, Discussion regarding mancamp kitchen equipment and invoice. |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 237 | 00000011. email, RE: Power of Attorney, Demand Letter, William Bingle's June 2006 email stating recruiting costs incurred by Indians to their "recruiting agent." |
| 251 | 00000291.email, RE: Thanks, Emails regarding medical care for H-2B workers |
| 254 | DEWAN Documents.pdf, , Skilled worker recruitment agreement between Dewan and Signal. |
| 261 | 00055578.msg, FW: Man Camp boarding reduction - 3 instances, Email regarding man camp boarding deduction |
| 264 | Catering Agreement - Anjay.pdf, , Man camp catering agreement |
| 277 | 00026185.msg, RE: new workforce, status of H2B workers reported to client |
| 278 | 00070412.msg, FW: Fitter training, |
| 289 | Global Resources Recruitment Agree.pdf, , |
| 304 | 00041770.msg, FW: H2B workers, E-mail chain discussing procedure for discipline of Indian H2B workers |
| 309 | 00041547.msg, RE: Sign In & Out Log, E-mail chain discussing leave of absence / vacation policy |
| 310 | 00041725.msg, RE: Boarding deductions -, E- mail chain discussing policy on boarding fee reductions |
| 314 | GE Lease-Modular Units.pdf, , Documents related to lease/purchase of man camp from GE Capital |
| 318 | Letters to Union.pdf, , Letter to local union advertising job openings |
| 327 | 00048532.msg, RE: Evacuation Plan for Residents, Email in relation to a hurricane evacuation plan for man camp residents. |
| 329 | 00033888.msg, FW: extension of leave, E-mail discussing request for leave extension |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 340 | 00041565.msg, RE: Recruitment agreement, Email in relation to the recruitment agreement with Global. |
| 348 | 00036474.msg, Re: Pending consulates trip and recruitment, |
| 364 | Pending man camp issues - MS - 23 Nov 2006.xls, Excel sheet detailing pending issues at MS man camp. |
| 382 | 00070628.msg, Accounts. |
| 384 | Visa retention list - 10 Apr 2007.xls, , |
| 392 | 00037044.msg, FW: Indians, Email in relation to an evaluation list for Indian workers. |
| 405 | MDEQ letter - Temporary Housing Complex - 8 Dec 2006 - John rev.doc, , |
| 417 | H-2B Visa Program - Weekly Report - 1 Aug 06.doc, , |
| 428 | 00038921.msg, Checking accounts for Indian workers, Email re: setting up checking accounts for Indian workers |
| 463 | 00037113.msg, Re: Food and meal-times feedback, |
| 470 | GE trailers - Pascagoula final proposal - 14 Sep 2006.doc, , |
| 482 | MDEQ letter - Temporary Housing Complex - 13 Oct 2006.doc, , Letter from Patrick Killeen to MS. Department of Environmental Quality outlining plan to build man camp and discussing the addition of 10 inches of fill material to the clay cap. |
| 492 | Padavettiyil, Issac Andrews response to the Intent to Deny |
| 497 | February 26, 2006 email from Michael Pol to Joseph Jacob Kadakkarappally |
| 498 | Annexure (1) to Agreement |
| 501 | October 10, 2006 email from Malvern Burnett |
| 503 | RFP 1 Lift Station Drawing.pdf, , |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 517 | May 24, 2006 – E-mail from Bill Bingle to Tom Rigolo |
| 550 | June 20, 2007 e-mail Sanders to Carlquist |
| 526 | Thoma-Sea AAO Notice of Certification |
| 527 | Thoma-Sea AAO Notice of Certification |
| 536 | February 25, 2007 – E-mail - Burnett to John Sanders |
| 550 | June 20, 2007 e-mail Sanders to Carlquist |
| 559 | 07/26/2006 Letter from W.B. Bingle, Jr. to U.S. Department of Homeland Security, USCIS re H-2B Petitions for 110 Unnamed Welders and 180 Unnamed Fitters, with enclosures |
| 562 | 09/06/2007 Fee Agreement, Law Offices of Malvern C. Burnett, Client Signal International re preparation of two (2) H-2B Visa petitions for remaining positions for MS (47 Welders & 130 Fitters) |
| 564 | February 3, 2006 email from BurnettEsq@aol.com to sachin@dewanexports.com |
| 574 | 06/12/2007 to 06/13/2007 Email chain re J&M List, including 06/12/2007 email from M.S. Lau to S. Dewan; spreadsheet of documents in India, Case No, ETA, G-28, and Remarks |
| 575 | 06/12/2007 to 06/18/2007 Email chain re J&M List, including 06/18/2007 email from M.C. Burnett to S. Dewan |
| 576 | 10/14/2005 Email re 3 Welder 2 from S. Dewan to M.L. Pol cc "salimon;" 11/26/2005 Email re Specimen Power of attorny [sic] from S. Dewan to M.L. Pol, with attachments, 02/02/2004 power of attorney from M.L. Pol re acquisition of skilled workers for mirgration to the USA, and 02/02/2004 demand letter from Global Resources to S. Dewan re acquisition of skilled workers for migration to the USA |
| 603 | Memorandum of Understanding by Sulekha,Vasudevan Sony |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 604 | 11/19/2006 Attorney Services Agreement, Law Office of Malvern C. Burnett and P. Thangamani |
| 606 | 12/04/2006 Memorandum of Understanding,  Dewan Consultants Pvt. Ltd. and J.J. Kadakkarappally |
| 607 | Declaration of K. J. Jacob Kaddakkarappally |
| 608 | Checks from Jacob Joseph Kadakkarappally to Burnett and receipt for payment. |
| 609 | 12/14/2005 Letter from D. Pavese, U.S. Department of Labor, Employment and Training Administration to J&M Associates, Inc. of MS c/o Law Offices of Malvern C. Burnett re Form ETA 9089 has been certified and is enclosed, J.J. Kadakkarappally, with enclosure |
| 610 | 11/19/2006 Attorney Services Agreement, Law Office of Malvern C. Burnett and P. Thangamani |
| 611 | 04/23/2004 Receipt from Law Office of Malvern C. Burnett to J.J. Kadakkarappally re advance fees for the process of permanent residence visa for J&M Associates Inc. and subsidiaries, Mississippi, USA |
| 617 | 02/20/2004 Fax from B. Wilks to M. Pol re Craftsmen needs; 03/05/2004 Limited Power of Attorney, J.A. Wilks, M.R. Wilks, M.L. Pol; 02/20/2004 Global Resources, Inc. and J&M Associates, Inc. Skilled Worker Migration Agreement |
| 623 | OSHA requirements folder |
| 624 | 11/17/2006 to 11/18/2006 D85Handwritten notes of J. Sanders |
| 625 | 11/29/20006 Letter from C. Cunningham to M. Pol re termination of Skilled Worker Recruitment Agreement between Signal and Global executed on April 18, 2006 |
| 630 | December 1, 2006, letter from Ron Schnoor to Malvern C. Burnett |
| 632 | Collection of documents, including 04/03/2007 letter from T.A. Binion to Vermont Service Center, Immigration and Naturalization Service re Termination of multiple H-2B employees; orientation documents of S. Vijayan |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 636 | 03/15/2007 to 03/16/2007 Email chain re visa extensions, including 03/16/2007 email from R. Schnoor to T. Binion et al. |
| 640 | December 1, 2006, letter from Ron Schnoor to Malvern C. Burnett |
| 642 | 03/05/2008 Email chain re All quite [sic] on the Home Front, including email from B. Bingle to D. Snyder |
| 648 | 06/29/2007 to 08/13/2007 Email chain re Requests from Mal, including 08/13/2007 email from D. Snyder to B. Bingle |
| 657 | Email correspondence (Oct. 2006) between John Sanders and Lisa Spears re "Man camp security" |
| 660 | 08/23/2006 Email re Need for senator help and h2B visa length from J. Sanders to T. Rigolo |
| 664 | 04/05/2007 Email re 500194 Joseph Joshy from D. Snyder to B. Bingle and T. Binion |
| 669 | 02/02/2007 to 02/07/2007 Email chain re Housing Facility, including 02/07/2007 email from C. Cunningham to D. Noble and T. Binion cc W. Lee |
| 673 | Email correspondence (Dec. 2006) between Ronald Schnoor and John Sanders re "Man Camp food" |
| 674 | 02/13/2008 to 02/14/2008 Email chain re resignation reg, including 02/14/2008 email from T. Binion to D. Snyder |
| 682 | 11/17/2006 Email chain re Indian recruiting fees, including email from L. Spears to J. Sanders et al. cc R. Schnoor |
| 689 | 03/19/2008 Notice of Action, Approval Notice, H2B, valid from 08/01/2007 to 06/01/2008, Petition for Nonimmigrant Worker |
| 690 | 01/23/2007 H-2B Resident Housing Agreement, Signal International, LLC and J.J. Kadakkarappally |
| 691 | 12/06/2006 Signal International, LLC Authorization Agreement for Payroll Deductions, Accommodations for Temporary Workers, J.J. Kadakkarappally |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 693 | 12/06/2006 Man Camp Housing Rules Agreement, J.J. Kadakkarappally |
| 695 | 03/09/2007 Change of Status Form, J.J. Kadakkarappally |
| 696 | 01/07/2008 Change of Status Form, P. Thangamani |
| 698 | 03/29/2007 Letter from R.W. Schnoor to P.I. Andrews re Visa Extension Application |
| 705 | 07/31/2007 Visa, P. Thangamani |
| 707 | 11/21/2006 Signal International, LLC Authorization Agreement for Payroll Deduction, Accommodations for Temporary Workers, P. Thangamani |
| 708 | 11/21/2006 Man Camp Housing Rules Agreement, P. Thangamani |
| 710 | 02/26/2007 Change of Status Form, P. Thangamani |
| 712 | 01/23/2007 H2B Resident Housing Agreement, S.V. Sulekha |
| 715 | 11/21/2006 Man Camp Housing Rules Agreement, S.V. Sulekha |
| 721 | 01/26/2007 Man Camp Housing Rules Agreement, H. Khuttan |
| 724 | 01/26/2007 H2B Resident Housing Agreement, H. Khuttan |
| 727 | 12/06/2007 Letter from Pushpawati Singhania Research Institute re Jogender Pal's illness |
| 730 | 08/2006 to 02/2007 John Sanders handwritten journal |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 736 | 06/06/2007 Letter from M.C. Burnett to Nebraska Service Center re I-140 filed by J&M Associates Inc. of Mississippi on behalf of J.J. Kadakkarappally |
| 737 | 06/22/2007 Letter from M.C. Burnett to Nebraska Service Center re I-140 filed by J&M Associates Inc. of Mississippi on behalf of P.I. Andrews |
| 739 | 03/19/2008 Notice of Action, Approval Notice, H2B, valid from 08/01/2007 to 06/01/2008, petition for a nonimmigrant worker, Beneficiary: P.I. Andrews |
| 740 | 11/19/2006 Attorney Services Agreement, Law Office of Malvern C. Burnett and S.V. Sulekha |
| 742 | 10/24/2006 Email re FCAW details by consulate and 10/29 arrivals from J. Sanders to M. Pol cc S. Dewan et al. |
| 743 | June 19, 2006 letter from Bill Bingle to Dewan Consultants |
| 746 | Andrews Declaration and other docs |
| 750 | Letter from Ron Schnoor to Pol dated November 22, 2006 Re: Indian Worker Fees |
| 751 | Response letter from Pol to Schnoor dated November 27, 2006 Re: Indian Worker Fees |
| 756 | 04/30/2007 to 05/04/2007 Email chain re Transferring H-2B workers, including 05/04/2007 email from J. Sanders to M.C. Burnett cc K. Moser |
| 757 | 05/09/2007 Written statement of P. Stopher |
| 760 | Orange Man Camp Cost Analysis |
| 763 | 06/23/2006 Letter from Dewan Consultants to S.V. Sulekha re Migration for United States of America Signal International |
| 765 | 02/14/2008 Fax re Pascagoula Tool Kit Costs; 04/15/2008 Fax re USA MRV Visa Fee Deposit Slips, S.V. Sulekha |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 766 | 11/15/2006 Checks from Federal Bank Limited, Kochi, India to M.L. Pol and M.C. Burnett |
| 768 | 08/23/2006 Receipt from Law Office of Malvern C. Burnett to S.V Sulekha re Part Fees for Employment Based Permanent Residence Visa Processing for Signal International |
| 769 | 08/24/2006 Receipt to S.V. Sulekha re Permanent Residence |
| 770 | 10/05/2006 Letter from W.D. Bingle, Jr. to S.V. Sulekha re Offer of Employment |
| 771 | 04/15/2004 Receipt to P.I. Andrews re Permanent Resident Visa; 04/15/2004 Receipt to P.I. Andrews re Permanent Resident Visa; 04/15/2005 Receipt to P.I. Andrews re Permanent Resident Visa, Malvern C. Burnett; 04/15/2004 Receipt Voucher from Dewan Consultants to P.I. Andrews re Advance |
| 772 | 02/18/2006 Receipt Voucher from Dewan Consultants to P.I. Andrews re Adv - for I-140 visa Processing NRI acc. chq given |
| 774 | 10/26/2006 Checks from Canara Bank, Fort Mumbai, India to M.C. Burnett and M.L. Pol |
| 777 | April 2006 Newspaper advertisement re: Dewan Consultants |
| 779 | 04/13/2005 Email re official from J. Kadakkarappally to M.C. Burnett |
| 783 | 04/01/2004 Letter from S. Dewan to J.J. Kadakkarapally re Migration for United States of America |
| 784 | 11/14/2006 Letter from S. Dewan to J.J. Kadakkarappally re Migration for United States of America Signal International |
| 786 | December 14, 2005 DOL certification of J&M's application for PERM |
| 789 | 07/31/2007 Visa, J.J. Kadakkarappally |
| 790 | H2B and Employment Based Green Card Program, with handwritten note "To Jacob" |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 799 | 11/19/2006 Memorandum of Understanding, Dewan Consultants and S.V. Sulekha |
| 800 | 11/24/2006 Signal International, Employment Agreement, H-2B Guest Worker, Signal International, LLC and S.V. Sulekha |
| 802 | 11/19/2006 Delta Air Lines ticket, S.V. Sulekha, Kochi- Mumbai-Atlanta-Mobile |
| 803 | 07/31/2007 Visa, S.V. Sulekha |
| 804 | 06/23/2006 Letter from S. Dewan to P. Thangamani, re Migration for United States of America Signal International |
| 808 | Photograph, bunkbeds |
| 815 | 11/19/2006 Global Resources Services Agreement, S.V. Sulekha |
| 818 | Annexure (1) to Agreement, J.J. Kadakkarappally, M.L. Pol, M.C. Burnett, S. Dewan |
| 820 | 02/22/2006 Application for Remittance in Foreign Currency, for payment to M.L. Pol re for getting visa to USA |
| 821 | 02/22/2006 Application for Remittance in Foreign Currency, for payment to M.C. Burnett, re Getting visa to USA |
| 823 | 11/16/2006 Checks to M.L. Pol, including check from P. Thangamani re H2B visa & employment based permanent residence visa for USA. |
| 824 | 07/31/2007 Visa, S.V. Sulekha |
| 826 | 11/26/2005 General Power of Attorney, P.I. Andrews |
| 827 | 10/16/2006 Mortgage Deed, H. Khuttan |
| 830 | 04/23/2004 Dewan Consultants Services Agreement, J.J. Kadakkarappally |
| 834 | 03/07/2007 to 03/10/2007 Email chain re Flight origin for passport A522328, including 03/10/2007 email re Joint meeting with Candidates from R. Schnoor to S. Dewan cc R. Marler et al. |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 835 | 03/09/2007 Incident Report, Pascagoula Police Department |
| 850 | 01/12/2008 Signal International, Security Procedure, Man Camp Facility Access Control - Post Procedures (Revision 02) |
| 853 | 03/26/2007 Email re FYI from T. Binion to C. Cunningham |
| 854 | 08/19/2003 Signal International Business Operations Procedure, PR-HRP-001, Employee Disciplinary Process, signed by R. Shepherd |
| 858 | 03/03/2008 to 03/04/2008 Email chain re No picket line today? Tomorrow 3-5-08, including 03/04/2008 email from D. Snyder to R. George |
| 862 | Illustration of bunkhouse in Excel, attached to 03/18/2008 email re Bunk-bed capacity and OSHA from R. George to T. Binion |
| 869 | 10/19/2006 Email re Payroll Deduct - Accommodations for Temp Workers from T. Binion to S. Clarquist and K. Warren cc K. Johnson et al., attaching "Payroll Deduct - Accommodations for Temp Workers.doc" |
| 874 | 01/29/2007 Letter from R. Schnoor to Dewan Consultants Pvt. Ltd. re Follow-up to January 15th Meeting |
| 878 | 00000030.email, RE: Recruitment Agreement - Global Resources.pdf, May 2006 Email correspondence from BIll Bingle and Tracy Binion stating Signal's intent to file H2B applications instead of permanent residency applications for Indian workers. |
| 886 | 10/19/2006 Signal International, LLC Authorization Agreement for Payroll Deduction, Accommodations for Temporary Workers, attachment to 10/19/2006 email re Payroll Deduct - Accommodations for Temp Workers from T. Binion to S. Clarquist and K. Warren cc K. Johnson et al. |
| 890 | 12/01/2006 Email re Dewan Consiltants [sic] invitation from L. Spears to S. Dewan cc R. Schnoor et al., attaching recruiting agreements |
| 900 | 02/16/2007 to 02/22/2007 Email chain re [SPAM] Signal Meeting, including 02/22/2007 email from R. Schnoor to R. Marler et al. |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 910 | 10/29/2007 to 10/30/2007 Email chain re Interviews, including 10/30/2007 email from W.A. Shouse to T. Binion |
| 913 | 02/26/2008 to 02/27/2008 Email chain re News on the Home Front . . . . Ramesh's dad, including 02/27/2008 email from D. Snyder to R. George |
| 915 | 04/15/2008 Notice of Action, Amended Approval Notice, H2B valid from 08/01/2007 to 06/01/2008, Petition for a nonimmigrant worker, Beneficiary: P. Thangamani |
| 917 | 05/06/2008 Email chain re Business Week, including email from T. Binion to R. George and D. Snyder |
| 919 | 02/27/2007 Email chain re Letter.pdf, including email from T. Binion to M.C. Burnett |
| 925 | Letter from Immigrant Justice Project |
| 929 | 08/07/2007 to 03/19/2008 Email chain re Possibility of additional Indians in MS, including 03/19/2008 email re Bunk-bed capacity and OSHA from T. Binion and R. George |
| 940 | 02/27/2007 to 03/07/2007 Email chain re Letter.pdf, including 03/07/2007 email re Letter from Southern Poverty Law Center from T. Binion to R. Schnoor |
| 943 | 10/09/206 to 10/10/2006 Email chain re Man camp cost file - ready to review, including 10/10/2006 email from R. Schnoor to R. Marler cc J. Sanders |
| 945 | 08/07/2007 to 03/18/2008 Email chain re Possibility of additional Indians in MS, including 03/18/2008 email re Bunk-bed capacity and OSHA from R. George to T. Binion |
| 950 | 09/2007 Spreadsheet, "conversion costs per hour-Sep 2007," including Actual Conversion Costs per Hour FY 2007 |
| 951 | 03/10/2008 to 03/13/2008 Email chain re query from NPR Indian Guest Workers, including 03/13/2008 email from J. Ginns to R. Marler |

| Admitted Tr. Exhibit Nos. | Description |
| --- | --- |
| 954 | 06/05/2007 Memorandum re Distribution #9 from ACON Investments LLC to Limited Partners of ACON Offshore Partners L.P. |
| 961 | 01/15/2007 Email re Meeting today with Mal Burnett and Dewan Consulting from J. Sanders to R. Schnoor et al., attaching "Dewan consultants advertisement - Dec 2004.pdf" and "Recruiting fees breakdown - Workers 79 and 42.xls" |
| 966 | 02/05/2007 Email chain re POs20756, including email from D. Snyder to R. George |
| 1001 | 09/29/2006 Master Lease Agreement No. 4442628, Signal International, LLC |
| 1005 | 05/11/2006 Email chain re opreation [sic] update, including email re Indian trip from K. Colledge to W.A. Shouse |
| 1011 | 09/2006  Powerpoint presentation,  Signal International  Investor Presentation, September, 2006 |
| 1015 | 03/05/2007 to 03/06/2007 Email chain re Indian Issues, including 03/06/2007 email from R. Schnoor to B. Bingle |
| 1016 | 11/13/2006 to 11/14/2006 Email chain re India, including 11/14/2006 email re Bunk-house capacities from M. Scogin to R. Rigolo |
| 1024 | 00000493.email, Indian affidavit, Email from John Sanders detailing discussions held with Indians in regards to Dewan Consultants' recruitment fees. |
| 1045 | Memorandum of Understanding between Dewan Consultants and Palanyandi Thangamani and Attorney Services Agreement dated November 19, 2006. Attorney Services Agreement |
| 1085 | 07/19/2007 Letter from R.W. Schnoor re Status of Visa Extension, attached to 07/19/2007 email re Letters from T. Binion to M.C. Burnett cc D. Snyder |
| 1086 | 09/28/2007 to 10/01/2007 Email chain re Transfer of Indians from TX to MS, including 10/01/2007 email from D. Snyder to T. Binion |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 1088 | 07/19/2007 Email re Letters from T. Binion to M.C. Burnett cc D. Snyder |
| 1091 | Photograph of kitchen, attached to 06/19/2007 email from L. Spears to R. George |
| 1096 | 01/01/2006 to 12/31/2006 Diary entries, J. Sanders |
| 1098 | 11/20/2006 Minutes from meeting with M. Pol, J. Sanders, R. Schnoor |
| 1102 | Photograph of kitchen, attached to 06/19/2007 email from L. Spears to R. George |
| 1104 | Photograph of kitchen, attached to 06/19/2007 email from L. Spears to R. George |
| 1105 | Photograph of kitchen, attached to 06/19/2007 email from L. Spears to R. George |
| 1116 | 01/01/2007 to 12/31/2007 Diary entries, J. Sanders |
| 1130 | Spreadsheet, "Pascagoula man camp issues - MS - 12 Feb 2007," attached to 03/19/2007 email re Pending man camp issues – MS -12 Feb 2007.xls from J. Sanders to F. Tipton |
| 1135 | 11/16/2006 Check from P. Thangamani to M.C. Burnett re H2B Visa & Employment Based Permanent Resident Visa for USA |
| 1139 | 07/24/2009 Letter from F.G. Heinauer, U.S. Citizenship and Immigration Services to J&M Associates Inc. of Mississippi c/o M.C. Burnett re Decision, Form I-140 Immigrant Petition for Alien Worker, J. Kadakkarappally |
| 1140 | 01/23/2007 Attorney Services Agreement, Law Office of Malvern C. Burnett and H. Khuttan |
| 1141 | 10/28/2006 Attorney Services Agreement, Law Office of Malvern C. Burnett and P.I. Andrews |
| 1143 | 10/25/2004 Letter from M.C. Burnett to B. Wilkes re Reduction-In-Recruitment - Alien Labor Condition Application for Multiple Positions as Welder and Fitter - Recruitment Instructions |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 1147 | 07/26/2014 Response to Subpoena for Documents, Port of Pascagoula, EEOC v. Signal Int'l, LLC, No. 2:12-00557 (E.D. La.) |
| 1148 | 09/26/2008 Signal International, Business Operations - POLICY, PO-HRP-030, Reaffirmation of Practices on Equal Employment Opportunity |
| 1155 | Spreadsheet, "Payroll Data H2b workers 090105-123109" |
| 1159 | Spreadsheet, "report217_H2B_warning_rpts" |
| 1181 | 04/05/2007 Email chain re Active/Termed Indian List, including email from T. Binion to mmdiana@datasync.com |
| 1183 | 12/08/2005  Subcontract Agreement between Signal International LLC and Letourneau, Inc. for construction of Tarzan Class, Tarzan IV, for Rowan Companies, Inc. |
| 1186 | 03/09/2007 Change of Status Form, S. Vijayan |
| 1189 | 07/19/2007 Letter from R.W. Schnoor re Visa Extension Application, attached to 07/19/2007 email re Letters from T. Binion to M.C. Burnett cc D. Snyder |
| 1190 | Photograph, overhead view of Mississippi man camp, with annotations |
| 1191 | Photograph, overhead view of Signal (Mississippi), with annotations |
| 1192 | 11/15/2006 Passbook entry, The Federal Bank Ltd, S.V. Sulehka re loan due on 11/15/2011 |
| 1195 | 08/14/2006 to 08/01/2007   Passbook entries |
| 1201 | 06/16/2006 to 10/20/2006 Passbook entries |
| 1215 | 07/16/2004 Email re official (2) from J.J. Kadakkarappally to M.C. Burnett |
| 1216 | 11/10/2004 Email re official (2) from J.J. Kadakkarappally to M.C. Burnett |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 1217 | 12/03/2004 to 12/17/2004 Email chain re official(5), including 12/17/2004 email from J.J. Kadakkarappally to M.C. Burnett |
| 1218 | 07/16/2004 Email re official (2) from M.C. Burnett to J.J. Kadakkarappally |
| 1219 | 12/19/2004 Email re official (5) from M.C. Burnett to J.J. Kadakkarappally |
| 1220 | 03/20/2005 Email re official from J.J. Kadakkarappally to M.C. Burnett |
| 1221 | 11/11/2004 Email re official (2) from M.C. Burnett to J.J. Kadakkarappally |
| 1228 | 02/05/2007 Change of Status Form, S. Vijayan |
| 1229 | 03/05/2007 Change of Status Form, S. Vijayan |
| 1231 | 07/30/2007 Letter from M.C. Burnett to U.S. Department of Homeland Security re Processing of H-2B Petition of Signal International, LLC on Behalf of 122 Fitters and Two I-539 Dependents, with enclosures |
| 1232 | 08/03/2006 Letter from M.C. Burnett to U.S. Department of Homeland Security re Premium Processing of H-2B Petition of Signal International LLC on Behalf of 180 Unnamed Fitters (140 Chennai, India; 3 New Delhi, India; 1 Mumbai, India; 36 Dubai, UAE), with enclosures |
| 1233 | 08/03/2006 Letter from M.C. Burnett to U.S. Department of Homeland Security re Premium Processing of H-2B Petition of Signal International LLC on Behalf of 110 Unnamed Welders (91 Chennai, India; 17 New Delhi, India; 2 Dubai, UAE), with enclosures |
| 1234 | 06/07/2006 Letter from M.C. Burnett to J. Smith, MS Dept. of Employment Security re H-2B Temporary Alien Labor Certification Application Filed by Signal International, LLC on Behalf of 110 Unnamed Welders and 180 Unnamed Fitters, with enclosures |
| 1235 | 02/18/2006 Receipt from Law Office of Malvern C. Burnett re P.I. Andrews, Visa for J&M Associates |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 1236 | 11/07/2006 Letter from M.C. Burnett to USCIS re I-824, Application for Action on an Approved I-129 petition for 8 Unnamed Welders, EAC-06-243-52113 (Previously Premium Processed), with enclosures |
| 1245 | 12/14/2006 Certificate of occupancy for Bandywood Apt. (Apartments only) |
| 1253 | 02/18/2006 Receipt from Law Office of Malvern C. Burnett re P.I. Andrews, Visa for J&M Associates |
| 1259 | 03/09/2006 Letter from S. Dewan to M.C. Burnett re Second Payment Demand Draft Enclosed |
| 1264 | 07/31/2007 Visa, P.I. Andrews |
| 1265 | 07/31/2007 Visa, H. Khuttan |
| 1266 | 11/19/2006 Global Resources Services Agreement, P. Thangamani |
| 1268 | 10/10/2006 Email from M.C. Burnett to S. Dewan cc M. Dewan |
| 1271 | 06/29/2006 Letter from R. Schnoor to Dewan Consultants Pvt. Ltd. re Acquisition of skilled workers for H2B/Permanent Residence to the USA |
| 1272 | 08/03/2006 Power of Attorney by Signal International, LLC to Dewan Consultants Pvt. Ltd.D124 |
| 1279 | 07/26/2007 Letter from R. Schnoor to P. Thangamani re Visa Extension Application |
| 1281 | 07/31/2007 Visa, P.I. Andrews |
| 1282 | 04/15/2008 Notice of Action, Amended Approval Notice, H2B, valid from 08/01/2007 to 06/01/2008, Petition for Nonimmigrant Worker, Beneficiary: H. Khuttan |
| 1284 | 02/13/2006 Checks from P.I. Andrews to M.L. Pol and M.C. Burnett |
| 1286 | 02/02/2005 Application for Permanent  Employment Certification, P.I. Andrews |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 1287 | 01/06/2006 Letter from D. Pavese, U.S. Department of Labor, Employment and Training Administration to J&M Associates, Inc. of MS re ETA Case No. C-05214-19558, P.I. Andrews |
| 1297 | 09/23/2010 Letter from P. Rhew, Administrative Appeals Office, U.S. Citizenship and Immigration Services to J&M Associates, Inc. of Mississippi, M.C. Burnett, re decision of the Administrative Appeals Office, Immigrant Petition for Alien Worker as a Skilled Worker or Professional Pursuant to Section 203(b)(3) of the Immigration and Nationality Act, 8 U.S.C. 1153(b)(3), Beneficiary: P.I. Andrews |
| 1300 | 04/18/2006 Global Resources, Inc. and Signal International, Inc. Skilled Worker Recruitment Agreement, signed by M. Pol and C. Cunningham |
| 1312 | 03/05/2007 Change of Status Form, S. Vijayan |
| 1354 | Checks from Jacob Joseph Kadakkarappally to Burnett and receipt for payment |
| 1360 | Audio of Ron Schnoor / Malvern Burnett speech to Indian H-2B workers in MS. |
| 1367 | email chain with John Sanders and Mitch Waldman |
| 1374 | Multi-Lateral Business Agreement |
| 1380 | Attorney Services Agreement with Kadakkarappally |
| 1382 | Global Resources, Inc. and Signal Skilled Worker Recruiting Agreement |
| 1388 | February 2007 letter from Sachin Dewan to Ronald Schnoor |
| 1389 | 3/2007 email exchange, Dewan-various Signal, cc'ing Burnett. |
| 1395 | February 3, 2006 email from Burnett to Dewan |
| 1401 | October 14, 2006 email from Global Resources to Sachin Dewan |
| 1410 | Burnett Fee Agreement |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 1413 | PowerPoint presentation |
| 1414 | June 22, 2007 letter from Malvern Burnett to Nebraska Service Center |
| 1418 | October 8, 2006 "To Whom So Ever It May Concern" notice signed by Sony Sulekha |
| 1433 | Buford, Andy 03-09-07.pdf, , Statement of accounts of the 3/9/2007 event. |
| 1439 | 12/1/2006 letter, Schnoor-Burnett |
| 1441 | Burnett Fee Agreement.pdf,  Fee agreement between Malvern Burnett and Signal. |
| 1457 | 00038892.msg, RE: OSHA Regs and Man Camp, |
| 1459 | 00070785.msg, RE: Transferring H-2B workers, |
| 1481 | Signal MS H2B extensions for 91 Named Welders – 2007 |
| 1482 | Burnett/Signal's  2007 Submissions to U.S. Government for H-2B Workers |
| 1483 | Malvern Burnett's Documents Related to Jacob Joseph Kadakkarappally |
| 1484 | Kadakkarappally, Jacob Joseph appeal filing fee |
| 1492 | December 14, 2005 US Dep. Of Labor determination; ETA Form 9089 In Re: Jacob Joseph Kadakkarappally |
| 1494 | Decision by USCIS, In Re: Jacob Kadakkarappally |
| 1496 | August 10, 2007 letter to Vermont Service Center from Tracy Binion |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 1499 | Kadakkarappaklly, Jacob Joseph response to the Intent to Deny |
| 1501 | Kadakkarappaklly, Jacob Joseph I-140 and appeal documents |
| 1503 | Padavettiyl, Issac Andrews I-140 |
| 1516 | Signal Letter to Michael Pol (dated Nov. 22, 2006) re "Indian Worker Fees" |
| 1520 | February '07 E-Mails Re: Wave 6 Travel Details for Texas |
| 1529 | Darrell Snyder Statement of Events on 3.9.07 |
| 1539 | April 25, 2007 Email from Global to Sachin RE: Fucking your friends concerning refunding certain candidates |
| 1557 | 00010114.email, FW: Indian Medical Care, Email about medical care for Indian workers. |
| 1571 | BURNETT-CY-00349-353.pdf, , Confidential list of candidates who have paid and registered to be given to the consulates |
| 1578 | SIGP0026949.pdf, , Change of Status form |
| 1604 | HINDI-SEXUAL HARRASSMENT SIGN.pdf, , Hindi sexual harassment sign. |
| 1610 | Housing Facility 031308 028.jpg, , Picture of outdoor sinks at the man camp |
| 1614 | Housing Facility 031308 030.jpg, , Picture of the dining area at the man camp |
| 1615 | photo of serving area of the kitchen in man camp |
| 1628 | photo of bulletin boards in the man camp |
| 1631 | familyday 019.jpg, , Photo of worker recreation |
| 1635 | photo of lounge area in the man camp |
| 1636 | photo of lounge area in the man camp |
| 1637 | photo of laundry facility in the man camp |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 1645 | 00000401.email, Re: Letter to Non-keeper Indians, Email regarding letter to Indians not receiving a visa extension |
| 1646 | 00000404.email, Transferring H2B status, Emails regarding termination of non-productive H-2B workers |
| 1653 | photo of laundry facilities in the man camp |
| 1654 | photo of lounge area in the man camp |
| 1655 | photo of dining area in the man camp |
| 1656 | photo of dining area in the man camp |
| 1658 | photo of lounge area in the man camp |
| 1659 | Housing Facility 031308 029.jpg, , Picture of H- 2B workers at the man camp |
| 1663 | SIGP0026948.pdf, , Change of Status form |
| 1665 | 00001501.email, RE: 500146 Employee Death in Private Vehicle Accident, Email about an Indian worker who died in a private vehicle accident. |
| 1672 | HINDI COMPLAINT SIGN.pdf, , Hindi complaint sign. |
| 1685 | Family day 018.jpg., Photos of Indian workers playing cricket. on Family Day. |
| 1689 | family day 044.jpg, , Photos of Indian workers holding a Vizio TV on family day. |
| 1698 | PO-HRP-030 - Reaffirmation of Practices on Equal Employment Opportunity.pdf, , Reaffirmation of Practices on Equal Employment Opportunity |
| 1738 | Orientation Schedule - 30 workers - Oct 31.doc, , H2B worker orientation schedule |
| 1775 | Diary 2006.doc, , John Sander's diary entries for 2006. |
| 1778 | 00037337.msg, RE: Selection of Indian employee for night shift, Email in relation to an Indian employee selected for safety representative for night shift. |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 1784 | 00027529.msg, RE: Not much of a report, Email in relation to J&M and its relationship with Indian workers. |
| 1796 | Toiletries list.xls, , Excel sheet outlining expenses of soap, shampoo, towels, wash cloths, razors and shave cream. |
| 1872 | 0 |
| 1873 | Thoma-Sea H2B extensions filing 06/2007 |
| 1875 | Thoma-Sea H2B extensions filing 02/2008 |
| 1876 | Thoma-Sea H2B Ext. Filing 02/2008 - Approvals |
| 1877 | Thoma-Sea H2B Ext. Filing |
| 1878 | La. Shrimp H2B Ext. 02/2008 |
| 1889 | Copy of Draft - Canara Bank, Cochin - February 23, 2006 for Kadakkarappally, Jacob Joseph |
| 1892 | 0 |
| 1893 | 0 |
| 1894 | December 16, 2006 email from Malvern Burnett to Sachin Dewan |
| 1895 | 10/10/2006 to 10/11/2006 Email chain re candidates, including 10/11/2006 email from S. Dewan to M.L. Pol and M.C. Burnett cc M. Dewan |
| 1900 | 03/19/2008 Press release, Signal International Takes a Stand for Its Employees: Recruiting Firms Deceived Signal and Its International Workers |
| 1902 | 07/26/2007 to 07/30/2007 Email chain re Texas retention list & need for communication, including 07/30/2007 email from D. Snyder to J. Sanders et al. |
| 1903 | August 24, 2006 email from Global Resources to John Sanders |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 1909 | Newspaper advertisements |
| 1911 | 08/12/2006 Receipt from Law Office of Malvern C. Burnett to P. Thangamani re Part Fees for the Employment Based Permanent Residence Visa Processing for Signal International, and checks |
| 1914 | Photograph, bunkbeds |
| 1925 | 03/11/2008 to 03/12/2008 Email chain re Request, including 03/12/2008 email from P. Killeen to R. George |
| 1941 | 01/24/2006 Email chain, including email from T. Binion to B. Trimble |
| 1944 | 10/27/2007 Letter from M. Smith, Port of Pascagoula to T. Russell, Groundwater Assessment and Remedial Division, Mississippi Dept of Environmental Quality re Jackson County Port Authority, Greenwood Island, Closure Site, including enclosure 10/20/2006 Letter from P. Killeen to Mr. Smith, Port of Pascagoula re Greenwood Island - Temporary housing complex |
| 1948 | 03/22/2007 Email chain re Terminated Workers, including email from T. Binion to mmdiana@datasync.com |
| 1949 | 03/02/2007 Email re Account from T. Binion to mmdiana@datasync.com cc D. Snyder |
| 1951 | 12/10/2008 Email chain re RACIST, MY ASS ! ! ! !, including email from M. Tanner to R. Maggard et al. |
| 1954 | Spreadsheet, "Recruiting fees breakdown - Workerss 79 and 42," including Indian Workers Fee Structure, attached to 01/15/2007 email re Meeting today with Mal Burnett and Dewan Consulting from J. Sanders to R. Schnoor et al. |
| 1956 | 03/21/2007 to 03/22/2007 Email chain re Lonnie McIntire vs. Signal International, including 03/22/2007 email from R. Vining to T. Binion |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 1968 | 03/05/2007 Email re PIN REMINDER from T. Binion to mmdiana@datasync.com |
| 1985 | 05/11/2007 to 05/16/2007 Email chain re H-1 and green card question, including 05/16/2007 email re Signal Texas - non-keepers from J. Sanders to C. Cunningham |
| 2017 | Annexure(I) to Agreements, Intercoastal Marine Repair LLC/Dewan Consultants Pvt. Ltd./Law Offices of Malvern C. Burnett and A.K. Saddapora; 01/11/2006 email re Addendum to contract from M.C. Burnett to S. Dewan; Annexture(I) to Agreement, M.L. Pol, M.C. Burnett, Dewan Consultants Pvt. Ltd., and J Povell |
| 2020 | All T&U Visa Affidavits produced on November 18, 2014 by Mr. Sandler. |
| 2031 | Signal Mississippi Man Camp video taken by Joshy Pathrose |
| 2061 | Welding photos ( only a few of them- wait for this one) |
| 2074 | Power of Attorney by Signal to Dewan Consultants |
| 2081 | email chain January 21-22, 2008 between Malvern Burnett and Sachin Dewan |
| 2088 | Advertisement from Sachin Dewan, responded to by Chandran and Chellapan |
| 2098 | W-2 |
| 2102 | Signal - Fitter receipts.pdf, Receipt notices and I129 Petitions. |
| 2111 | 00014983.email, Demoted Indians, Email concerning demotion of Indian workers for lack of skill |
| 2119 | J&M M & I H2B Ext. 37 Fitters - 07/2007 |
| 2120 | J&M M & I H2B Ext. 24 Welders - 07/2007 |
| 2121 | Burnett/Signal 2006 Submissions to US Government Seeking H-2B Visas for Texas |

| Admitted Tr. Exhibit Nos. | Description |
|---|---|
| 2141 | Signal TX Welder-Fitter 1st H-2B & Certification 2006 |
| 2142 | M & M Bank subpoena responses |
| 2145 | Kadakkarappally offer letter |
| 2147 | Video of man camp |
| 2148 | Appeal decision for Joseph Jacob |