UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| **KURIAN DAVID, et al** | **CIVIL** |
| **VERSUS** | **NO:  08-1220** |
| **SIGNAL INTERNATIONAL, et al** | **SECTION: "E"** |

**DESCRIPTION:** Video deposition of John Sanders played at trial

**IS LOCATED IN THE CLERK'S OFFICE.**