Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, SONY | CIVIL ACTION |
| VASUDEVAN SULEKHA, | |
| PALANYANDI THANGAMANI, | NO. 08-1220 |
| MARUGANANTHAM KANDHASAMY, | |
| HEMANT KHUTTAN, ANDREWS | SECTION "A" |
| ISSAC PADA VEETTIYL, AND | |
| DHANANJAYA KECHURA, ON | MAGISTRATE 3 |
| BEHALF OF OTHER SIMILARLY | |
| SITUATED INDIVIDUALS, AND | |
| SABULAL VIJAYAN, KRISHAN | |
| KUMAR, JACOB JOSEPH | |
| KADDAKKARAPPALLY, KULDEEP | |
| SINGH, AND THANASEKAR | |
| CHELLAPPAN, INDIVIDUALLY, | |
| PLAINTIFFS | |
| VERSUS | |
| SIGNAL INTERNATIONAL, | |
| LLC, MALVERN C. BURNETT, | |
| GULF COAST IMMIGRATION | |
| LAW CENTER, L.L.C., LAW | |
| OFFICES OF MALVERN C. | |
| BURNETT, A.P.C., | |
| INDO-AMERI SOFT L.L.C., | |
| KURELLA RAO, J & M | |
| ASSOCIATES, INC. OF | |
| MISSISSIPPI, GLOBAL | |
| RESOURCES, INC., MICHAEL | |
| POL, SACHIN DEWAN, AND | |
| DEWAN CONSULTANTS PVT. | |
| LTD. (a/k/a MEDTECH | |
| CONSULTANTS). | |
| DEFENDANTS. | |

---

### DESIGNATIONS & OBJECTIONS KEY

| | |
|---|---|
| ▬▬▬ Plaintiffs' Affirmative Designations | ·········· Plaintiffs' Counter Designations |
| ▬▬▬ Signal Defs.' Affirmative Designations | ∼∼∼∼∼ Signal Defs.' Counter Designations |
| ▬▬▬ Dewan Defs.' Affirmative Designations | ─ · ─ · ─ Dewan Defs.' Counter Designations |
| ▬▬▬ Burnett Defs.' Affirmative Designations | ─ ·· ─ ·· Burnett Defs.' Counter Designations |

P = Plaintiffs   S = Signal Defs.   D = Dewan Defs.   B = Burnett Defs.

Page 138

1  offering Permanent Residence
2  Status to the skilled workers."
3      Did I read that correctly?
4  A.  Yes.
5  Q.  Was it your understanding that this
6  paragraph describes the role that Sachin Dewan
7  had in the process?
8  A.  Yes.
9  Q.  And the goal, again, was offering
10 permanent residence status to the skilled
11 workers?
12 A.  Yes.
13 Q.  Let me ask you about these documents
14 kind of in toto.  I understand the Dewan Services
15 Agreement, you said you hadn't seen before.  The
16 other agreements, when -- can you tell me when it
17 was your recollection that these were signed?
18 A.  This one was never signed.
19 Q.  I don't mean this specifically.  I
20 mean in general.  Let me ask it another way.
21 Were these agreements signed at the seminars that
22 you attended?
23 MR. KUPPERMAN:
24     By whom?
25 EXAMINATION BY MR. BHATNAGAR:

Page 139

1  Q.  Were these agreements signed by
2  workers at the seminars that you attended?
3  A.  Sometimes.
4  Q.  And did -- in the presentation that
5  was given to the workers, either by you or Mr.
6  Dewan, did you mention that there are some
7  agreements here that you should sign if you're
8  interested in beginning part of this process?
9  A.  First, I'd like to make it clear
10 that I never led these guys at a seminar that --
11 you know, presentation that they had to sign
12 this.  That was left up to the attorney and to
13 Sachin Dewan.  I never recall saying that.
14 Q.  Okay.  So, do you recall Mr. Dewan
15 telling the workers, if you're interested in
16 embarking on the J & M process, there's some
17 documents here that you'll need to sign?
18 A.  Yes.
19 Q.  And were these documents those
20 documents that they needed to sign?
21 A.  Yes.
22 Q.  And could you describe how it
23 would -- at the seminars that you were at, how --
24 how many people were there, average?
25 A.  I can't give you that because, as I

Page 140

1  described earlier, every one was different.  I
2  mean, there were some that were a lot of people
3  there and, I guess, you know, when you say "a
4  lot," maybe 100, 150 people.  Some, maybe only 25
5  or 30 people.  Some would last all day and people
6  would come and go.
7  Q.  Okay.  So, let's say the seminar --
8  one of the bigger seminars that you were at, do
9  you remember the location of a big seminar?  What
10 was one of the places that you had a big seminar?
11 A.  We had one that was pretty big in
12 Cochin.
13 Q.  Okay.  In Kerala.
14 A.  Well, it's in the state of Kerala.
15 Q.  Cochin in Kerala.  Okay.  How many
16 people do you remember were at that seminar?
17 A.  Maybe 150, 200 people.
18 Q.  Okay.  And that seminar took place
19 in a hotel, I assume?
20 A.  Yes, it did.
21 Q.  Like a big conference space?
22 A.  Yes.
23 Q.  And at that seminar, I understand
24 from Sachin Dewan's testimony that he doesn't
25 speak Malayalam, right?

Page 141

1  A.  I'm not sure what he speaks.  I
2  think he speaks Hindi.
3  Q.  He speaks Hindi.  He represented
4  that he spoke Hindi, but he didn't speak
5  Malayalam, which is the language of Kerala.  Do
6  you have the same understanding?
7  A.  Yes, because he had a guy down there
8  that was -- actually, the guy worked for me at
9  one time here at Avondale.  His name was Salimon.
10 It's like salmon, but it's like S-a- --
11 Q.  Salimon.
12 A.  Salimon.  He would also be the one
13 that would be doing most of the talking.
14 Q.  So, he would be translating in the
15 Kerala -- in the Cochin seminar for Sachin.
16 A.  I guess that's what it was.
17 Q.  Okay.  So, I'm just trying to
18 understand.  If you have 150 to 200 guys and
19 there are a number of contracts that they need to
20 sign, how was that organized?  I mean, take me
21 through the process.
22 A.  The seminar was one thing and the
23 signing of the agreements and the meeting with
24 the attorney and stuff like that, that was a
25 different -- that was a different event.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

36  (Pages 138 to 141)

(504)525-1753     HUFFMAN & ROBINSON, INC.     (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 118

1  there, and it's basically what's in the -- what's
2  in the demand letter.
3      Q.   What about what's in the
4  advertisements?
5      A.   I can't speak for the
6  advertisements. Honestly, that's the first time
7  I've ever seen it, and I never heard that spoken
8  out loud.
9      Q.   So, you're in -- you recall -- or
10  you think you recall being in the seminar in
11  December of 2004 in the United Arab Emirates,
12  right?
13      A.   Let me clarify this. I've been to
14  the United Arab Emirates many times, I've been to
15  Dubai and Abu Dhabi, and I've also been at that
16  hotel, but I don't recall if I was there on that
17  day for sure.
18      Q.   Okay. Prior to the seminars, did
19  you have a conversation with Sachin Dewan about
20  topics that you wanted to make -- prior to the
21  seminars, did you have a conversation with Sachin
22  Dewan about how they were going to be organized?
23      A.   I really took his lead, what he
24  thought needed to be -- you know, how he wanted
25  to organize it. I never had any part in the

Page 119

1  organization of an event.
2      Q.   So, would it be fair to say, you
3  didn't have any input into how the seminars were
4  going to be structured, what was going to happen?
5      A.   Yes.
6      Q.   You were just there to present your
7  face and you left that up to him?
8      A.   Present a face.
9      Q.   The representations that were made
10  at the -- well, strike that.
11          Take me through a typical meeting.
12  I understand that there are different languages
13  and people in different regions. Give me just a
14  chronology of just how a meeting would unfold.
15      MR. KUPPERMAN:
16          Object to the form.
17      A.   As I described to you earlier, I
18  apologize, but there's really no way to describe
19  typical because nothing was ever typical.
20  EXAMINATION BY MR. BHATNAGAR:
21      Q.   Take me through a meeting.
22      A.   People gathered together, somebody
23  gets up and starts talking to them about the
24  process.
25      Q.   Who is "somebody"?

Page 120

1      A.   Maybe let's just say Sachin Dewan
2  for this example, and he would maybe introduce me
3  and I'd raise my hand. He would describe what's
4  going on and then maybe people would have
5  questions. And, you know, they would answer
6  whatever questions came up, and people would --
7  that were at the seminars were obviously
8  interested in the process. So, they wanted to
9  understand how it would work and, you know, those
10  questions were answered to the best of the
11  ability of the people that were being asked.
12      Q.   So, how would the process work?
13  What was the answer to that question?
14      A.   On which project?
15      Q.   On J & M. We're talking about J &
16  M.
17      A.   On J & M. The worker would be
18  recruited. He would come to meet with the
19  immigration attorney. Immigration attorney
20  filled out some paperwork and filed the necessary
21  documents to the U.S. government to further the
22  green card.
23      Q.   Okay. Could you describe the
24  process with a little bit more specificity?
25      A.   That's what I depended on Mr.

Page 121

1  Burnett for. I don't know exactly how it works.
2      Q.   I know you don't know exactly how it
3  works and I understand you're not an immigration
4  lawyer, but my question is: There are time
5  frames around this, there are fees around this,
6  there are terms and conditions with the job. All
7  of that, you are familiar with, right?
8      A.   Yes.
9      Q.   So, my question is: If you could
10  just lay out -- when people said how would it
11  work, what was the answer to that? How was the
12  process to work? You would make an initial
13  payment, you would make a second payment -- take
14  me through the process. I'm a worker and I'm
15  thinking about becoming part of this J & M
16  recruiting process, and I'm asking you: How is
17  the process going to work, Mr. Pol? What's the
18  answer?
19      MR. KUPPERMAN:
20          Object to the form.
21      A.   Well, fortunately for me, I never
22  really had to deal with that. I mean, this was
23  something that I left up to Mr. Burnett and Mr.
24  Dewan. They were the ones that were -- they knew
25  exactly what the immigration process was, exactly

Plaintiffs (P) Signal Defs. (S) Dewan Defs. (D) Burnett Defs. (B)                    31 (Pages 118 to 121)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

## Page 38

1     A.  (Complying.)

2     Q.  Below "Pol," it says "Assistant."

3  To the right of "Assistant," it says

4  "Coordinator."  How many coordinators did you

5  have?

6     A.  Typically, one for each job that was

7  going on.

8     Q.  So, one for each project that IMI

9  was working on?

10    A.  Right.

11    Q.  During the six or seven years that

12  you owned IMI, how many projects do you estimate

13  that you were part of?

14    A.  Maybe eight.

15    Q.  So, would that mean that there were

16  maybe eight coordinators?

17    A.  Not necessarily.

18    Q.  Because some coordinators worked on

19  one and then another project?

20    A.  That would be correct.

21    Q.  Approximately how many coordinators

22  did you have over that period of time?

23    A.  I couldn't give you an exact number.

24  They would come and go.

25    Q.  Were they leased?

## Page 39

1     A.  No.

2    Q.  They were employees?

3    A.  Yes.

4    Q.  Okay.  So, you said you couldn't

5  give me an exact number.  Could you give me an

6  estimate?

7    A.  I could, but I'm not sure how

8  accurate it would be.

9    Q.  Okay.  What would your estimate be?

10    A.  Ten or 15.

11    Q.  Ten or 15 coordinators?

12    A.  Yeah.

13    Q.  Okay.  And below that, I see there's

14  a "Front Desk," "Secretary," "Recruiters" and

15  then "Leased Employees."  On the recruiters' box,

16  is that where Sachin Dewan would fall?

17    A.  No.

18    Q.  Where would he fall?

19    A.  He wasn't in my company.

20    Q.  He wasn't in your company.  Okay.

21    Let me ask you about Sachin Dewan.

22  When did you first meet Sachin Dewan?

23    A.  Sometime in 1996.

24    Q.  And I believe Mr. Dewan testified

25  that you met through Mr. Navalkar?

## Page 40

1     A.  Subodh Navalkar.

2    Q.  And who was that?

3    A.  He was a person who was introduced

4  to me by a physician who was of Indian origin and

5  was from India when I began to try to recruit in

6  India.

7    Q.  And did Mr. Navalkar have a company?

8    A.  Yes.

9    Q.  And did IMI work with that company?

10    A.  No.

11    Q.  So, how did the relationship begin

12  with Mr. Navalkar and Sachin Dewan?

13    A.  I went to India to meet Mr.

14  Navalkar, who was -- he was in the recruiting

15  business.

16    Q.  And this is in '96?

17    A.  Correct.

18    Q.  Continue.

19    A.  I was not impressed with Mr.

20  Navalkar.  Mr. Navalkar, realizing that he was

21  about to lose a potential client, had the good

22  sense to introduce me to Mr. J. M. Dewan, which

23  is Sachin's father.

24    Q.  And did you begin working with

25  Sachin Dewan and his father in 1996?

## Page 41

1     A.  Yes.

2    Q.  And how long did you work together

3  your first -- the first time you worked together,

4  how long was that?

5    A.  Can you explain what you mean by

6  "work together"?

7    Q.  Mr. Dewan testified that he worked

8  on a project with you from about May or June of

9  '96 to March or April of -- that ended in March

10  or April '97.  Is that your recollection?

11    A.  I guess it would have ended for him

12  at that point.

13    Q.  Okay.  And what project was that?

14    A.  We recruited approximately 500

15  people to work right across the river here at

16  Avondale Shipyard.

17    Q.  So, IMI working with Dewan

18  Consultants recruited 500 people to work at

19  Avondale?

20    A.  Yes.

21    Q.  And those were workers from India?

22    A.  Yes.

23    Q.  And those were welders?

24    A.  Yes.

25    Q.  Were they also fitters?

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)       11  (Pages 38 to 41)

(504)525-1753     HUFFMAN & ROBINSON, INC.     (800)749-1753

ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 455

1  had discussion about the possibility of H2Bs for
2  Signal. What exactly did you discuss with
3  respect to the H2B visas for Signal?
4       A.   I don't remember the exact
5  conversation. I just remember that there was
6  some discussion about H2Bs and there was some
7  reluctance on the part of Mr. Burnett, and I
8  don't recall exactly why it was. I think he was
9  just skeptical that H2Bs would be granted.
10      Q.   And did he tell you why he was
11  skeptical that H2Bs would be granted?
12      MR. ALEXIS:
13          Object to form.
14      A.   Maybe it had something to do with
15  the fact that, in his experience or in his
16  practice, he had not seen very many H2Bs that had
17  been granted from a country like India, and I
18  think he, you know, told me that it was easier to
19  get from some countries H2Bs than others. For
20  example, I think he used Mexico as an example of
21  a place that's easier to get H2Bs than a country
22  like India.
23  EXAMINATION BY MS. BOLLMAN:
24      Q.   But, in fact, hadn't you, in your
25  experience, obtained H2Bs from India in the past?

Page 456

1       A.   Well, I didn't; Mr. Burnett did.
2       Q.   Through Mr. Burnett?
3       A.   Yes.
4       Q.   And did he -- Mr. Burnett indicate
5  why he felt he had been able to do it then but
6  felt it could be an issue now getting H2B visas
7  from -- for workers from India?
8       MR. ALEXIS:
9          Object to form.
10      MS. HAROWSKI:
11          Object to form.
12      A.   Miss Bollman, I apologize. I don't
13  recall exactly what the reasons were. I just
14  know that he had concerns, and I don't remember
15  exactly what they were.
16  EXAMINATION BY MS. BOLLMAN:
17      Q.   Did Mr. Burnett ever express to you
18  that he had any concerns as to whether he could
19  bring workers to Signal on the permanent resident
20  process in the 24-month time frame?
21      MR. ALEXIS:
22          Object to form.
23      A.   No. I think -- I think he was
24  pretty confident that the process, as it were --
25  as it was, you know, during that time period, he

Page 457

1  felt as if it was something that was possible.
2  Of course, I'm not an immigration attorney, but
3  there are -- apparently, there was a new process
4  that was introduced and it was supposed to
5  streamline the permanent resident process, as I
6  understood it.
7  EXAMINATION BY MS. BOLLMAN:
8       Q.   Did you have any concerns given that
9  the Indian workers that you had recruited for J &
10  M on the permanent resident process a few years
11  before still had not been able to obtain their
12  green cards and enter the United States?
13      MS. HAROWSKI:
14          Object to form.
15      A.   Please repeat that.
16  EXAMINATION BY MS. BOLLMAN:
17      Q.   Did you have any concerns about
18  representing to Signal that the approximate time
19  frame for bringing workers in on a permanent
20  resident visa was 24 months when you had
21  recruited workers for J & M on the permanent
22  resident process a couple years prior to that and
23  they still had not been able to enter the United
24  States on a permanent resident visa?
25      MS. HAROWSKI:

Page 458

1          Object to form.
2       MR. ALEXIS:
3          Object to form.
4       MR. SHAPIRO:
5          Object to form.
6       A.   No, I didn't have any concerns that
7  they would not -- I mean, you know, when you say
8  24 months, it was always qualified. It was
9  always qualified with the fact that, you know,
10  we're dealing with the government and, you know,
11  there's no way for us to predict with any -- 100
12  percent accuracy as to what would happen, but,
13  you know, 24 months was just always kind of a
14  figure that he used as in the perfect -- you
15  know, perfect scenario.
16  EXAMINATION BY MS. BOLLMAN:
17      Q.   I'm going to show you a copy of a
18  document that's been previously marked as Exhibit
19  423, and it's the agreement between Global
20  Resources and --
21      MR. BHATNAGAR:
22          I'm sorry, Patricia. Could
23  you say what exhibit it was?
24      MS. BOLLMAN:
25          423. It's the Global-Signal

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

15 (Pages 455 to 458)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250        CERTIFIED COURT REPORTERS          NEW ORLEANS, LA 70139

Page 443

1    held off the record.)
2    MS. BOLLMAN:
3        I apologize, I just made
4    notes. I don't have page and line
5    cites for you, Christy, but if we
6    have an issue, I can go back and
7    ask more foundation questions.
8    EXAMINATION BY MS. BOLLMAN:
9        Q.   In your deposition in November, you
10   testified that you initially made a telephone
11   call to Mr. Schnoor about bringing foreign
12   workers to Signal. What specifically did you
13   tell Mr. Schnoor?
14       A.   I think it was just that, that I
15   could get -- I had access to foreign workers.
16       Q.   How long would you say that
17   telephone conversation lasted?
18       A.   Ms. Bollman, I tell you, you know,
19   it's been a long time since that conversation. I
20   really would not speculate on how long it was.
21   The substantive part of that conversation was
22   that I had access to foreign workers. That's
23   what I do. Do you have any interest? I'm pretty
24   sure he said yes and that he would get back with
25   me.

Page 444

1        Q.   In that telephone conversation, did
2    you discuss the number of workers that Signal
3    might be interested in, of foreign workers that
4    Signal might be interested in bringing to the
5    United States?
6        A.   No, ma'am.
7        Q.   Did you discuss the type of visa
8    that the workers -- foreign workers would come to
9    Signal on?
10       A.   I don't recall.
11   MR. ALEXIS:
12       Would you repeat, please,
13   back, the last two questions and
14   answers?
15   THE COURT REPORTER:
16       Question: In that telephone
17   conversation, did you discuss the
18   number of workers that Signal
19   might be interested in, of foreign
20   workers that Signal might be
21   interested in bringing to the
22   United States?
23       Answer: No, ma'am.
24       Question: Did you discuss
25   the type of visa that the

Page 445

1    workers -- foreign workers would
2    come to Signal on?
3        Answer: I don't recall.
4    EXAMINATION BY MS. BOLLMAN:
5        Q.   After the initial telephone call
6    with Mr. Schnoor, what was your next contact with
7    Signal with respect to bringing foreign workers
8    to Signal?
9    MR. SHAPIRO:
10       Object to form.
11       A.   As I recall, it was a telephone call
12   from Mr. William Bingle.
13   EXAMINATION BY MS. BOLLMAN:
14       Q.   And what did Mr. Bingle say to you?
15   Tell me about the conversation.
16       A.   He had interest and wanted to meet
17   and talk about what I had mentioned to Mr.
18   Schnoor.
19       Q.   And did you set up a meeting?
20       A.   Yes, we did.
21       Q.   And do you recall when that meeting
22   took place?
23       A.   I don't recall exactly. I mean, I
24   can't -- obviously, I can't recall a date, but it
25   was sometime in early 2006.

Page 446

1        Q.   And where was that meeting held?
2        A.   At the Signal office in Pascagoula.
3        Q.   Who attended the meeting?
4        A.   I think Mr. Schnoor was there, Mr.
5    Bingle and, as I recall, we had a conference --
6    conference set up similar to this with Mr.
7    Burnett.
8        Q.   So, Mr. Burnett was conferenced in
9    by phone to this meeting?
10       A.   Yes.
11       Q.   So, Mr. Schnoor, Mr. Bingle, Mr.
12   Burnett was conferenced in, and you were present
13   at the meeting?
14       A.   Yes.
15       Q.   Anyone else that you recall?
16       A.   There may have been another person
17   there, but I don't recall who it was.
18       Q.   How long did the meeting last?
19   MR. SHAPIRO:
20       Object to form.
21       A.   My best guess is I recall that
22   meeting lasted in the neighborhood of hour to
23   hour and a half.
24   EXAMINATION BY MS. BOLLMAN:
25       Q.   Tell me what you recall being

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

12 (Pages 443 to 446)

1  discussed at that meeting.
2      MR. ALEXIS:
3          I'm going to object to form;
4  asked and answered.
5      A.  Well, it -- it's very simple.  We
6  discussed the recruitment of foreign workers to
7  help Signal to fulfill a need that they had
8  because of the Hurricane Katrina and their lack
9  of ability to get workers.  So, we discussed the
10  entire process and how it worked.
11  EXAMINATION BY MS. BOLLMAN:
12      Q.  And when you say you "discussed the
13  entire process," what process did you discuss?
14      MR. ALEXIS:
15          Same objection.
16      A.  Well, initially, we discussed with
17  Signal the permanent resident process.  That was
18  the initial kind of theory.  H2B was not really
19  discussed at that particular meeting, as I
20  recall.
21  EXAMINATION BY MS. BOLLMAN:
22      Q.  When you discussed the permanent
23  resident process, did you discuss the time frame
24  that the process would take?
25      A.  Mr. Burnett covered that.  So, the

1  answer is yes.
2      Q.  And do you recall how long you told
3  it would take -- told Signal it would take to
4  bring foreign workers in on a permanent resident
5  visa?
6      MS. HAROWSKI:
7          Object to form.
8      A.  I didn't tell them, but I think Mr.
9  Burnett did and, as I recall, it was somewhere
10  around 24 months.
11  EXAMINATION BY MS. BOLLMAN:
12      Q.  Did Signal make any -- anyone from
13  Signal make any comment about whether that time
14  frame would work with respect to their needs?
15      MS. HAROWSKI:
16          Object to form.
17      A.  Well, I do recall that, you know,
18  Signal's interest was -- is that, hey, we're
19  planning on being here in 24 months and, you
20  know, it might be something that we can do, but
21  we have a great need right now.  At the time, I
22  don't know -- I don't know what the -- I don't
23  know if it was at that meeting or maybe a later
24  meeting or phone call, but -- but, you know,
25  Signal wanted to try to do something different

1  from the permanent resident process and maybe do
2  it in conjunction with it.  So, you know -- they
3  did have an immediate need.
4  EXAMINATION BY MS. BOLLMAN:
5      Q.  And they discussed this immediate
6  need with you?
7      MS. HAROWSKI:
8          Object to form.
9      A.  Signal did, in fact, tell me that
10  they had a need that was going to grow over the
11  next, you know, couple of years because of the
12  contracts that they had.  So, they felt like that
13  they would have a continuing need for workers and
14  they weren't sure that they were going to be able
15  to get them.  Therefore, they were very
16  interested in the permanent resident process.
17  EXAMINATION BY MS. BOLLMAN:
18      Q.  Did Signal discuss with you at that
19  meeting the number of foreign workers that they
20  might be interested in bringing to work at
21  Signal?
22      A.  No.
23      Q.  Other than going through the
24  immigration process at this meeting, the
25  permanent resident immigration process at this

1  meeting, do you recall anything else that was
2  discussed?
3      A.  Well, we discussed with them the
4  fact that we would charge the candidates that
5  were recruited and that it would not cost Signal
6  any money for the recruitment process other than
7  what they would spend on their -- you know,
8  having their employees come to India to test the
9  individual candidates to make sure they met their
10  standards.
11      Q.  Did you tell Signal how much you
12  would be charging the candidates for the
13  permanent resident visas?
14      A.  Not at that time, did not.
15      Q.  Do you recall anything else that was
16  discussed at this meeting?
17      MR. SHAPIRO:
18          Object to form.
19      A.  Nothing -- I can't -- nothing in
20  particular stands out.  I mean, it was just a
21  general here's what we can do, doesn't cost you
22  anything except for your expenses to test these
23  people, and that was the basic -- I think there
24  may have been some other conversations, but that
25  was the gist of the meeting.

Page 451

1  EXAMINATION BY MS. BOLLMAN:
2      Q.   After that meeting, what was your
3  next contact with Signal with respect to bringing
4  foreign workers to Signal?
5      MR. ALEXIS:
6          Object to form.
7      A.   It's been sometime since that
8  initial meeting, and I don't recall exactly the
9  circumstances surrounding the next meeting, but,
10  you know, we left there that day without a --
11  without any yes or no or, you know, we'll think
12  about it.
13  EXAMINATION BY MS. BOLLMAN:
14      Q.   So, would it be correct to say that
15  at the end of that meeting, you did not have a
16  commitment from Signal that they were going to
17  have you recruit foreign workers for them?
18      A.   Yeah, I would say that, you know --
19  I mean, we certainly -- if they did think they
20  were going to do it, they certainly didn't tell
21  us that day.
22      Q.   Well, without worrying about telling
23  me the contact that you had with Signal on the
24  recruitment process in specific order, tell me --
25  I mean, you left this meeting and you don't have

Page 452

1  a commitment with Signal at this point.  So,
2  what -- and understanding you may have had some
3  contact in between, you don't remember
4  everything -- tell me what you generally remember
5  in the sequence of events as to what happened
6  next.  When did you hear from Signal next or did
7  you contact them again or do you recall any other
8  meetings you had about bringing foreign workers
9  to Signal?
10      MS. HAROWSKI:
11          Object to form.
12      A.   Later, at some point in time, I had
13  some discussions with Bill Bingle.  At some point
14  in time, Bingle said that he -- that he, being
15  Signal, was interested in -- you know, wanted
16  to -- wanted to get together and put together
17  something, you know, in writing about what we
18  were going to do, and I gave them some -- some,
19  you know, bullet points, I guess, as to what I
20  would do.  And at some point in time, Signal
21  produced a contract.  Sometime in, I guess,
22  April, we signed a contract.
23  EXAMINATION BY MS. BOLLMAN:
24      Q.   At what point did the concept of H2B
25  visas get introduced to Signal?

Page 453

1      MR. BHATNAGAR:
2          Object to form.
3      A.   I think it was probably sometime
4  in -- sometime in maybe May.
5      MR. ALEXIS:
6          Can I interject?  2006?
7      THE WITNESS:
8          Yeah, sure, 2006.
9      MR. ALEXIS:
10          I'm sorry.  I just wanted to
11  make sure.
12  EXAMINATION BY MS. BOLLMAN:
13      Q.   And how was that concept introduced
14  to Signal?
15      A.   You know, I don't really recall
16  exactly how it was introduced.  I just recall
17  that Mr. Burnett and I had some discussions about
18  the possibilities of -- of H2Bs for them.  Mr.
19  Schnoor was very interested in getting workers
20  faster than the permanent resident process and,
21  so, without regard to the sequence of events, I
22  could just say that, you know, sometime after the
23  contract was signed, they wanted to attempt to
24  get H2B visas for the purpose of getting some
25  workers there, at least, before -- or as soon as

Page 454

1  possible.
2      MR. BHATNAGAR:
3          We couldn't hear that last
4  answer.  Could you either repeat
5  it or, Carol, read it back?
6      THE COURT REPORTER:
7          Answer:  You know, I don't
8  really recall exactly how it was
9  introduced.  I just recall that
10  Mr. Burnett and I had some
11  discussions about the
12  possibilities of -- of H2Bs for
13  them.  Mr. Schnoor was very
14  interested in getting workers
15  faster than the permanent resident
16  process and so, without regard to
17  the sequence of events, I could
18  just say that, you know, sometime
19  after the contract was signed,
20  they wanted to attempt to get H2B
21  visas for the purpose of getting
22  some workers there, at least,
23  before -- or as soon as possible.
24  EXAMINATION BY MS. BOLLMAN:
25      Q.   You said that Mr. Burnett and you

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

14 (Pages 451 to 454)

Page 150

1 the second installment for J & M?
2    A.   No.
3    Q.   The second installment that we were
4 just discussing, it mentions the processing of
5 I-140s for the workers.  At some point, did you
6 find out that Malvern Burnett was not going to be
7 able to file I-140s?
8    MR. KUPPERMAN:
9       Object to form of the
10      question.
11   MR. ALEXIS:
12      Object to form.
13   A.   You know, honestly, I don't even
14 know what an I-140 is.  I wouldn't know if he
15 filed it or not.  I would hope that he did and
16 assume that if he was supposed to file it that he
17 did.
18 EXAMINATION BY MR. BHATNAGAR:
19   Q.   Did you ever hear that there was a
20 delay in the filing of the I-140s?
21   MR. ALEXIS:
22      Object to form.
23   A.   I don't recall hearing about a
24 delay.  I really don't.
25 EXAMINATION BY MR. BHATNAGAR:

Page 151

1    Q.   Let me ask you this:  Did Sachin
2 Dewan ever tell you that there was a delay with
3 Malvern Burnett filing the I-140s for J & M?
4    A.   You know, unfortunately, this all --
5 apparently, this time frame is immediately
6 following one of the worst natural disasters that
7 we have ever seen in the United States and,
8 unfortunately, I was a part of it, and he may
9 have said that to me, but I don't recall.
10   Q.   Okay.  I'm now going to show you
11 DEWAN 985, which references DEWAN 253, strangely
12 enough.  985 is an e-mail that is sent from
13 Michael Pol to Sachin Dewan, and it references
14 235 -- 253 -- I'm sorry -- which is a letter.
15 I'm going to mark them together as Exhibit Number
16 521.
17   MR. SHAPIRO:
18      531?
19   MR. BHATNAGAR:
20      531.  Thank you.
21      (Whereupon, Exhibit Number
22      531 was marked for identification.)
23 EXAMINATION BY MR. BHATNAGAR:
24   Q.   Let me just ask you, is that your
25 e-mail address, michaelpol@bellsouth.net?

Page 152

1    A.   That is one of my e-mail addresses.
2    Q.   Is that Sachin Dewan's e-mail
3 address, sachin@dewanconsultants.com?
4    A.   It was at one time, I think.
5    Q.   And do you remember sending him this
6 e-mail with an attached letter?  Do you remember
7 this letter?  I'm sorry.
8    A.   I do.  I do remember this.
9    Q.   And do you remember sending this
10 e-mail to Sachin Dewan with the letter attached?
11   A.   I don't remember sending the e-mail,
12 but, you know, it makes sense that I would send
13 him that.
14   Q.   Can you explain to me what the
15 impetus was for the sending of this letter to
16 workers?
17   MR. ALEXIS:
18      Object to form.
19   A.   Well, it appears that Mr. Burnett
20 had some concerns that they needed to -- to hurry
21 up with the -- this process because of -- what
22 does it say here --
23      "...because regulations are
24      pending which will extend the
25      validity of the approved labor

Page 153

1 certifications for only 90 days
2 after approval."
3      And it boils down to a form,
4 original form, I guess, that was not delivered to
5 the employer, and I really didn't quite
6 understand it, but when I read this, I remember
7 the first time I read this, I wasn't sure that,
8 you know, this was good to necessarily send out.
9 I think I talked to Sachin about that.  I wasn't
10 sure that this was exactly something we wanted to
11 send out right at that time.  I just vaguely
12 remember it, but --
13 EXAMINATION BY MR. BHATNAGAR:
14   Q.   What was your concern about sending
15 it out?
16   A.   I didn't like the idea that, you
17 know, that you give somebody five days to -- to
18 withdraw, or you just, you know, forfeit
19 everything.  I didn't like that idea.
20   Q.   Could I ask you to read that
21 paragraph just so we can be clear on the record
22 as to what your concern was?  This is the last
23 paragraph of the letter.
24   A.   It says that:
25      "As time is of the essence,

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

39  (Pages 150 to 153)

(504)525-1753      HUFFMAN & ROBINSON, INC.      (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 154

```
1   we ask that you decide whether or
2   not you wish to continue with the
3   green card program within five
4   days of receipt of this letter.
5   If we do not hear from you within
6   this time period, we will assume
7   that you wish to withdraw from
8   participation in the permanent
9   residence process. . . ."
10      Q.   ". . . And forfeit any
11  payments you may have made
12  pursuant to the green card
13  program."
14      That's the end of that, right?
15      A.   Yeah.  Yeah.
16      Q.   So, you had concerns about that
17  paragraph?
18      A.   I did.
19      Q.   Tell me, what were your concerns?
20      A.   Well, I just didn't feel like that
21  was something you should give somebody five days
22  to do.  I was concerned about the time frame of
23  it.
24      Q.   Did it seem punitive?
25      MR. ALEXIS:
```

Page 155

```
1       Object to form.
2       MR. KUPPERMAN:
3       Object.
4       A.   "Punitive" would not be the way I
5   would describe it.  It wasn't courteous.
6   EXAMINATION BY MR. BHATNAGAR:
7       Q.   What was your recollection about
8   what the need was to have workers either opt in
9   or opt out at this point?  What was the impetus
10  for this, to the best of your recollection?
11      A.   As I recall, it had something to do
12  with this -- this original approved Forms ETA
13  9089.  That was the crux of the issue, but, you
14  know, like I said, I didn't like the paragraph
15  about the timing of it.  I just thought that was
16  not very courteous to send somebody a letter like
17  that.
18      Q.   Was this letter related to the issue
19  of substitutions?
20      A.   What substitutions?  What are you
21  referring to?
22      Q.   I'm going to show you DEWAN 589,
23  which is an e-mail from Malvern Burnett to Sachin
24  Dewan, copying Manish Dewan and Michael Pol, and
25  I'm going to mark it as Exhibit Number 532.
```

Page 156

```
1       A.   Is that one not marked?
2       Q.   This is actually together.
3       MR. BHATNAGAR:
4       This is 532.
5       (Whereupon, Exhibit Number
6   532 was marked for identification.)
7   EXAMINATION BY MR. BHATNAGAR:
8       Q.   I'll read the e-mail.
9       "Dear All:  My worst fears
10  may be coming true.  The
11  Department of Labor rule on the
12  prohibition on the substitutions
13  for labor certifications is soon
14  to be published, according to well
15  placed sources.  We don't know if
16  there will be a grace period to do
17  the substitutions.  Without
18  substitutions, J & M is screwed
19  and I lose out bigtime on all the
20  J & M converts that came to
21  Signal.  I cannot take this large
22  of hit.  We need to get started
23  ASAP on substitutions and hope we
24  can do them in time.  Give me your
25  thoughts ASAP."
```

Page 157

```
1       Did I read that right?
2       A.   Yes.
3       Q.   Does that refresh your recollection
4   on substitutes at all?
5       A.   I think so.  Obviously, I wasn't as
6   excited about it as Mr. Burnett.
7       Q.   What was your understanding of what
8   substitutions process was?
9       A.   Well, I think, you know, we had
10  people that had signed up and --
11      MR. ALEXIS:
12      I'm going to object to form,
13  just for the record.
14      A.   Maybe these people were not
15  interested in moving forward with the process for
16  some reason or another and there was some urgency
17  to get these -- maybe some new people.  I mean, I
18  can read that and, you know, there's a sense of
19  urgency from Mr. Burnett that we need to do
20  something.  I, quite frankly, don't remember.
21  EXAMINATION BY MR. BHATNAGAR:
22      Q.   Maybe I can ask more specifically.
23  It says here:  "Without substitutions, J & M is
24  screwed. . . ."  So, you had a contract with J &
25  M, and what was your understanding of why J & M
```

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

40  (Pages 154 to 157)

(504)525-1753          HUFFMAN & ROBINSON, INC.          (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 166

1  EXAMINATION BY MR. BHATNAGAR:
2     Q.   I can confirm that Mr. Dewan
3  testified that it didn't go out. I don't know if
4  it did or didn't go out. I can only tell you
5  what he said.
6     A.   Well, if it didn't, I'm glad.
7     Q.   Okay. I'm asking a hypothetical
8  question.
9     A.   I'll give you a hypothetical answer.
10    Q.   Okay. Great. If a letter -- if
11 this letter had been sent to a worker and the
12 worker did not respond in time and was thus
13 dropped from the program, would that slot now be
14 available for substitution?
15    MR. KUPPERMAN:
16       Object to form of the
17    question.
18 EXAMINATION BY MR. BHATNAGAR:
19    Q.   To the best of your knowledge.
20    MR. KUPPERMAN:
21       Same objection.
22    A.   Hypothetically?
23 EXAMINATION BY MR. BHATNAGAR:
24    Q.   Yes.
25    A.   You would have to assume that if you

Page 167

1  read that letter.
2     Q.   So, would it not be to the benefit
3  of Mr. Burnett, in your understanding, to have a
4  number of workers be eliminated from the program
5  and then have new workers substituted?
6     MR. ALEXIS:
7        Object to form.
8     A.   Please ask that one more time.
9  EXAMINATION BY MR. BHATNAGAR:
10    Q.   Surely. Based upon your statement
11 earlier that Mr. Burnett was concerned about the
12 window of substitutions closing -- right?
13    A.   Okay.
14    Q.   -- based upon that understanding,
15 would it not also be in Mr. Burnett's interests
16 to send the letter out that would chop a number
17 of applicants off of the existing rolls in order
18 to then replace them with substituted
19 applicants --
20    MR. KUPPERMAN:
21       Object to the question.
22 EXAMINATION BY MR. BHATNAGAR: ·
23    Q.   -- to the best of your
24 understanding?
25    MR. KUPPERMAN:

Page 168

1        Same objection.
2     A.   It's a complicated question. You
3  are going to have to ask me one more time. I
4  apologize. I think we're trying to put two
5  different subjects together, and it's not
6  computing.
7  EXAMINATION BY MR. BHATNAGAR:
8     Q.   Okay. This letter, if it was sent
9  out, would effectively eliminate a number of
10 applicants who wouldn't respond in five days or
11 who would respond negatively from the existing J
12 & M rolls, if it was sent out?
13    MR. KUPPERMAN:
14       Object to form.
15    A.   Hypothetically, yes.
16 EXAMINATION BY MR. BHATNAGAR:
17    Q.   Would that not benefit Mr. Burnett,
18 who was seeking to increase the number of
19 substitutions in a finite window before the
20 substitutions period would end?
21    MR. KUPPERMAN:
22       Object to form.
23    A.   Well, it would benefit me as well.
24 EXAMINATION BY MR. BHATNAGAR:
25    Q.   It would benefit you and Mr.

Page 169

1  Burnett?
2     A.   It would benefit Mr. Dewan.
3     Q.   And it would benefit Mr. Dewan?
4     A.   Sure. Obviously, you could make
5  that argument.
6     Q.   That's all I'm asking you for.
7  That's all I've been trying to establish.
8     MR. KUPPERMAN:
9        It also helped the
10    substituted people.
11    A.   Yeah. The people that wanted to
12 come that couldn't get in, it helped them, too.
13 EXAMINATION BY MR. BHATNAGAR:
14    Q.   Now, Mr. Dewan claimed or -- strike
15 that.
16       During the process of the J & M
17 recruiting, there were -- did you come to know of
18 workers complaining about delays?
19    MR. ALEXIS:
20       Object to form.
21    A.   Can I answer that in a general way?
22 EXAMINATION BY MR. BHATNAGAR:
23    Q.   Surely.
24    A.   It has come to my knowledge over the
25 years with my extensive business dealings with

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

43  (Pages 166 to 169)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 170

1    Indians -- that typically they complain a lot
2    about everything all the time anyway. So, the
3    answer to your question would be yes, there's a
4    lot of complaining going on.
5        Q.   Okay. Well, let me ask more
6    specifically: Did either Mr. Burnett or Mr.
7    Dewan communicate to you that workers who were
8    part of the J & M process had -- were complaining
9    about delays?
10       MR. ALEXIS:
11           Object to form.
12       A.   Specifically, I don't remember, you
13   know, complaining about this delay. I do
14   remember --
15   EXAMINATION BY MR. BHATNAGAR:
16       Q.   No, not this delay. Delays in
17   general on the J & M process.
18       A.   I can remember Sachin telling me
19   that people were complaining.
20       Q.   Okay.
21       A.   But I can't remember anybody
22   complaining to me.
23       Q.   But you can remember Mr. Dewan
24   telling you that there were people complaining to
25   him about delays?

Page 171

1        A.   Yeah.
2        Q.   And do you remember him telling you
3    that there were people who asked for refunds for
4    J & M?
5        A.   Yeah, I think there were some people
6    that asked for refunds.
7        Q.   And how did you handle the refunds,
8    people who asked for refunds?
9        A.   Well, we didn't refund anybody
10   because, I mean, the process was not done yet and
11   it's only -- it was only, you know -- it was a
12   couple things hanging it up and we didn't -- we
13   didn't refund anything.
14       Q.   So, it's your testimony that you
15   didn't refund any of the J & M applicants?
16       A.   Well, I may have refunded a few. I
17   don't -- I don't recall. I know I refunded at
18   least one, but, in general, no. I didn't -- I
19   didn't -- I took the position that, you know,
20   you -- the process was working. It was -- you
21   know, it was my understanding from Mr. Burnett
22   that the process was working.
23       Q.   So, there's one applicant you
24   remember refunding. Let me ask you about that
25   applicant. Do you recall who it was?

Page 172

1        A.   No.
2        Q.   Do you recall why you refunded him?
3        A.   I just -- I just don't remember. I
4    think -- I think maybe his -- at least one of
5    them, maybe their father died or something or --
6    I can't remember.
7        Q.   Okay. Other than that applicant,
8    you don't remember refunding any other applicants
9    for J & M?
10       A.   I don't recall.
11       Q.   Do you recall refunding any
12   applicants other than that one applicant?
13       MR. KUPPERMAN:
14           Asked and answered.
15       A.   I recall the one.
16   EXAMINATION BY MR. BHATNAGAR:
17       Q.   Other than that applicant, do you
18   recall any others that --
19       A.   I feel like there were more, but I
20   can't remember for sure.
21       Q.   Okay. Do you remember Sachin Dewan
22   asking you -- well, do you remember Sachin Dewan
23   telling you that he was going to refund other
24   applicants?
25       A.   I've heard him say that.

Page 173

1        Q.   And do you recall Sachin Dewan
2    asking you to contribute to -- monies to refund
3    applicants for J & M?
4        A.   I don't specifically -- well, yeah,
5    I do. I remember him -- him saying that he
6    wanted me to -- I think he wanted me and Mal both
7    to give some money for some, but I've never had a
8    true accounting of any of that. I still to this
9    day don't know who all he wanted to refund. He
10   claims he refunded somebody, but I don't know.
11       Q.   Well, Mr. Shapiro will recall that
12   Mr. Dewan testified that he had refunded several
13   hundred thousand dollars to J & M applicants. Do
14   you have that understanding?
15       A.   I don't. I don't know that he did,
16   I don't know that he didn't. I've never seen any
17   proof that he did.
18       Q.   He also testified that he requested
19   you and Mr. Burnett to contribute. Do you
20   remember that?
21       A.   I do remember that at some point in
22   time -- it may have been right after Katrina --
23   that he -- that he asked us to participate in
24   refunding, but I didn't know who was being
25   refunded and for what. I had no idea.

Plaintiffs (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

44   (Pages 170 to 173)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 174

1  Q.  So, did you -- you testified that
2  you did not agree to give any money for refunds.
3  A.  Well, I needed -- I needed some
4  proof that there was going to some refunds.  I
5  mean, this was all done in cash.
6  Q.  So, is that correct, that he asked
7  you to provide refunds and you didn't agree?
8  MR. KUPPERMAN:
9  Object to form.
10  A.  Yes.
11  EXAMINATION BY MR. BHATNAGAR:
12  Q.  And was it your recollection that he
13  also asked Mr. Burnett to contribute to refunds
14  and that he also didn't agree?
15  A.  I don't know that he asked him.  I
16  know that maybe he said something to me.
17  Q.  But was it your recollection that
18  Mr. Burnett also did not contribute to refunds?
19  A.  I don't recall what he -- what Mr.
20  Burnett did.
21  Q.  Okay.  After the J & M process
22  had -- was underway, at some point in time, you
23  came into contact with a company called Knights
24  Marine; is that right?
25  A.  Yes.

Page 175

1  Q.  And can you describe how you first
2  came into contact with Knights Marine?
3  A.  I just know them.
4  Q.  Do you have anything to add to that?
5  A.  I know them.  I've known them all my
6  life.
7  Q.  Who is "them"?
8  A.  Knights Marine.  The family.
9  Q.  So, you know the family that owns
10  Knights Marine?
11  A.  Sure.
12  Q.  Okay.  And how did you first come
13  into a business relationship with Knights Marine?
14  A.  Well, we were going to do something
15  for Knights Marine similar to what we were going
16  to do for J & M.  I mean, they were a labor
17  provider as well and, you know, I was going to
18  try to help them to get some -- get some people
19  to work for them.
20  Q.  And what time period was that?
21  A.  That was in early, I want to say,
22  January of '06.
23  Q.  So, the conversations you were
24  having with Knights Marine were overlapping with
25  the J & M process, is that right, timewise?

Page 176

1  A.  Well, they weren't overlapping in
2  the sense that the process was the same.  It
3  was -- it was -- they were a lot further -- you
4  know, J & M were a lot further along than they
5  were.
6  Q.  Meaning there was an existing J & M
7  project that still hadn't been completed and then
8  you began having conversations with Knights
9  Marine?
10  A.  We did have a conversation with
11  Knights Marine.
12  Q.  The time period was overlapping; is
13  that right?
14  A.  Yes, it would have overlapped
15  somewhat.
16  Q.  Would -- just on the issue of the
17  refunds, you mentioned that it was all in cash
18  and that you didn't have an accounting from
19  Sachin Dewan.  Was that what you were concerned
20  about giving refunds, is that you didn't have an
21  accounting?
22  A.  Would you want to give back money
23  that you didn't know where it came from or who
24  collected it?
25  Q.  Perhaps that's -- from the contract

Page 177

1  that you had signed with Mr. Dewan and Mr.
2  Burnett, it was clear that the money was fixed,
3  it was 500,000, and if you all three agreed, it
4  could be raised or lowered, right?
5  MR. KUPPERMAN:
6  Object to form.
7  A.  I think you're correct.
8  EXAMINATION BY MR. BHATNAGAR:
9  Q.  So, the money that J & M applicants
10  should have been paying should have been a fixed
11  amount, right?
12  A.  Yes.
13  Q.  And a fixed amount divided in
14  one-third would be going to you, a fixed amount
15  divided in one-third would be going to Mr.
16  Burnett, and a fixed amount divided by one-third
17  would be going to Mr. Dewan, right?
18  A.  In theory, yes.
19  Q.  So, why were there questions about
20  accounting in your mind?
21  A.  I don't like doing cash business.  I
22  don't -- it's difficult to trace.  There's no way
23  to know what happened to the cash.  I mean, did
24  he take it?  Did he give it back?  Did he never
25  give it?  Did he say he got it back and didn't in

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

45  (Pages 174 to 177)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 178

1   cash? I mean, there were no checks. I don't
2   know. I never could get my arms around that.
3       Q.   But you were getting paid by checks?
4       A.   Absolutely. I wanted to get paid in
5   checks.
6       Q.   So, you had an accounting of the
7   money you were receiving?
8       A.   Right.
9       Q.   So, if there was an applicant
10  seeking a refund, you would know how much of that
11  applicant's money you had gotten?
12      A.   I would.
13      Q.   So, why wouldn't you be able to
14  contribute to a refund --
15      A.   If you tell me give me the money,
16  I've refunded it, where's your proof that you
17  refunded it?
18      Q.   So, your question was whether he
19  actually gave the refund or gave the refunds; is
20  that right?
21      A.   Exactly.
22      Q.   Well, what led you to believe that
23  you would doubt Mr. Dewan's word about whether or
24  not he gave a refund?
25      A.   I don't doubt his word. I just want

Page 179

1   to verify his word.
2       Q.   So, why couldn't he verify for you
3   that he gave the money to someone just by telling
4   you that he gave it to him?
5       MR. KUPPERMAN:
6           Object to form.
7       A.   That's not a good way to do
8   business.
9   EXAMINATION BY MR. BHATNAGAR:
10      Q.   Okay. Well, let me ask you, in
11  terms of Knights Marine, who did you first speak
12  to at Knights Marine about possibility of working
13  with them?
14      A.   I think Brian Knight.
15      Q.   Brian Knight, is that K-n-i-g-h-t?
16      A.   Yes.
17      Q.   And what was the project that they
18  were envisioning? What were they looking for?
19      A.   I don't recall the exact numbers,
20  but they wanted, you know, everything from
21  electricians to welders, fabricators.
22      Q.   And they wanted to bring workers
23  over from India as well?
24      A.   Yeah. They were considering it
25  strongly.

Page 180

1       Q.   What was the immigration process
2   going to be for the workers coming over from
3   Knights Marine?
4       A.   It was going to be permanent
5   residence.
6       Q.   And when you first had the
7   conversation with Knights Marine, did you then
8   bring that opportunity to Mr. Burnett and Mr.
9   Dewan?
10      A.   I did.
11      Q.   Can you describe that conversation?
12      A.   I just said, you know, I've got a
13  potential customer and here's what they want.
14      Q.   Continue.
15      A.   That's about the extent of the
16  conversation.
17      Q.   And what was the response that you
18  got from, let's say, Mr. Burnett?
19      A.   Well, I mean, that was my job in
20  this -- in this arrangement, is to get customers.
21  So, you know, I was trying to do my part to get
22  customers.
23      Q.   "In this arrangement," you mean in
24  the partnership between you and Mr. Dewan and Mr.
25  Burnett?

Page 181

1       A.   Yeah. I'm the one that got the
2   customer.
3       MR. ALEXIS:
4           Object to form.
5   EXAMINATION BY MR. BHATNAGAR:
6       Q.   And Mr. Dewan would be the one that
7   got the workers?
8       A.   Right.
9       Q.   And Mr. Burnett would be the one
10  that did the lawyering.
11      A.   There you go.
12      Q.   I'm going to show you a document.
13  It's DEWAN 307 and 308. They are e-mails from
14  Mr. Dewan and Mr. Burnett and Mr. Pol. And I'm
15  marking it as 533.
16          (Whereupon, Exhibit Number
17          533 was marked for identification.)
18  EXAMINATION BY MR. BHATNAGAR:
19      Q.   Do you recognize these e-mails?
20      A.   I don't think that -- I don't think
21  I've ever seen them. In fact, I know I haven't.
22      Q.   So, you don't recognize them?
23      A.   I mean, I -- I don't -- I don't
24  recognize this one. This one is -- this was
25  where I sent a job description, I believe, to

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

46  (Pages 178 to 181)

**(504)525-1753      HUFFMAN & ROBINSON, INC.      (800)749-1753**
**ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139**

Page 190

1  A.  I think that's 1/5.
2  Q.  I'm sorry.
3  A.  Excuse me.  5/1.  First day of May.
4  Q.  First day of May, 2006, by the
5  applicant?
6  A.  Uh-huh.
7  Q.  And by the signature by Knights
8  Marine, by the 1st of May, 2006, as well?
9  A.  That doesn't mean that there was any
10  money collected.
11  Q.  I'm just asking if that's what it
12  appears it was signed to you.  Now, I guess my
13  next question is if a worker signs a contract,
14  aren't they supposed to make the first payment
15  when they sign the contract?
16  A.  Well, they were supposed to, but
17  they didn't necessarily do that.
18  Q.  Do you recall if this particular
19  applicant paid money?
20  A.  No.  No.
21  Q.  Do you recall if any applicants paid
22  money with regard to Knights?
23  MR. ALEXIS:
24      Object to form.  Asked and
25  answered.

Page 191

1  A.  Say again.
2  MR. BHATNAGAR:
3      Could you read that back?
4  THE COURT REPORTER:
5      Question:  Do you recall if
6  any applicants paid money with
7  regard to Knights?
8  A.  I don't.
9  EXAMINATION BY MR. BHATNAGAR:
10  Q.  Would they have been refunded if
11  Knights fell apart if an applicant had paid
12  money?
13  A.  They would have been, but, more than
14  likely, they would have swapped to another
15  company.
16  Q.  Okay.
17  MR. BHATNAGAR:
18      You know what, maybe we
19  could take a break now for lunch.
20  Is that okay with everyone?  Let's
21  go off the record.
22      (Whereupon, a discussion was
23  held off the record.)
24  MR. BHATNAGAR:
25      Back on the record.

Page 192

1      Just for the record, we're
2  going to request all parties to
3  keep the breaks as short as
4  possible.  We're trying to be very
5  mindful of the time today.
6  EXAMINATION BY MR. BHATNAGAR:
7  Q.  Mr. Pol, prior to our break, we had
8  been discussing Knights Marine and the
9  recruitment that you were involved with with
10  Knights Marine.  And around that time, you also
11  began to have contacts with Signal International
12  regarding recruiting; is that right?
13  A.  Uh-huh.
14  Q.  Can you describe how the
15  conversations with Signal International began?
16  A.  I called -- I called Ron Schnoor and
17  gave him a quick rundown of what -- you know,
18  what I thought I could do for them, and within
19  two or three days, Bill Bingle had called me --
20  Bill Bingle gave me a call and wanted to set up a
21  meeting.
22  Q.  And what was it that you told Ron
23  Schnoor that you could do for them?
24  A.  Well, it was almost identical to the
25  rest of everything.  It was permanent resident

Page 193

1  process for workers.
2  Q.  So, you told him you could provide
3  him workers on the permanent resident process and
4  that they would be employed by Signal
5  International?
6  A.  Yes.
7  Q.  And was -- what was his response to
8  that?
9  A.  That's exactly the way that they
10  wanted to do it in the beginning.
11  Q.  Okay.  So, following your initial
12  conversation with Ron Schnoor -- do you remember
13  when that was?
14  A.  I can't recall what day it was.
15  Sometime -- you know, the first quarter.
16  Q.  First quarter of 2006?
17  A.  Yes.
18  Q.  And that -- following that
19  conversation, did you speak to Malvern Burnett
20  and Sachin Dewan about your conversation with Ron
21  Schnoor?
22  A.  Some point in time, I did.
23  Q.  Before your meeting with Bill
24  Bingle, or after?
25  A.  After.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)                    49  (Pages 190 to 193)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 194

1    Q.   After?
2    A.   Yeah.
3    Q.   Okay.  So, maybe –
4    A.   No need to call, you know, when you
5    don't know what the deal is.
6    Q.   Right.
7    A.   I needed to put it together first.
8    Q.   So, do you remember when the initial
9    meeting with Signal was?  Around that same first
10   quarter of 2006?
11   A.   Yes.
12   Q.   And it was at the Signal facility?
13   A.   It was.
14   Q.   And was it you and Mr. Bingle and
15   who else?
16   A.   On the initial meeting, I don't
17   recall.  I think it was – I think it was just
18   Bill and I.
19   Q.   Can you describe a little bit about
20   what you spoke about?
21   A.   Very much what we've been talking
22   about today.  Very similar.  You know, how we
23   would do this in theory, the concept of it, and
24   Bill liked the idea, and then, of course, you
25   know, he didn't make any comments one way or the

Page 195

1    other, but we did have a follow-up meeting, and I
2    don't recall when the follow-up was either, but
3    we can probably backtrack on some documents and
4    see when the contract was signed, as it was in
5    April.  I think it was prior to that.
6    Q.   When you say "the process," could
7    you set out what the process was that you
8    described for Signal?
9    A.   We -- we were going to get permanent
10   resident visas for Signal International for, you
11   know, welders and fabricators for their facility
12   in Pascagoula and in Texas.
13   Q.   And that was the understanding with
14   Mr. Schnoor?
15   A.   Yes, it was.
16   Q.   And that was the understanding with
17   Mr. Bingle?
18   A.   Yes, it was.
19   Q.   And the immigration process to bring
20   the workers over, when did you -- in relation
21   to -- strike that.
22              When did you first contemplate H2B
23   visas as a vehicle to bring workers over with
24   regard to Signal International?
25   MS. HAROWSKI:

Page 196

1              Object to form.
2    A.   The H2Bs were actually an
3    afterthought.  It was always permanent residence
4    that we were talking about, discussing.  One of
5    the things that, you know, Signal wanted to do
6    was try to see if there was any way to try to do
7    it any quicker and, so, we had consultation with
8    Mr. Burnett and, you know, he said H2B was an
9    option to bring people quicker, but at all times,
10   my understanding from Ron Schnoor, Bill Bingle
11   and everybody involved at Signal, that the
12   permanent resident process was always there.
13   EXAMINATION BY MR. BHATNAGAR:
14   Q.   Okay.  I'm going to show you a
15   document marked – it's from the GR – Global
16   Resources production, and it's GR-001 to 006,
17   marking it as Exhibit Number 537.  It's a Global
18   Resources and Signal International Skilled Worker
19   Recruitment Agreement.  Here you go.  Can you
20   take a look at that and tell me if you recognize
21   it?
22              (Whereupon, Exhibit Number
23              537 was marked for identification.)
24   A.   I do.
25   EXAMINATION BY MR. BHATNAGAR:

Page 197

1    Q.   And is that your signature at the
2    bottom of the agreement?
3    A.   It is, yes.
4    Q.   And is it your understanding that
5    that's Ronald Schnoor's signature above his name
6    at the bottom of the agreement?
7    A.   I think it is, yeah.
8    Q.   Okay.  Now, I'm going to ask you to
9    read the second paragraph of the agreement out
10   loud, please.
11   A.   "This agreement establishes
12        the framework for a business
13        relationship between the two
14        parties to select, acquire, and
15        transport to and from the United
16        States, foreign skilled workers
17        (hereinafter 'Foreign Workers')
18        under the 'H2B' temporary
19        program and/or the 'permanent
20        residence' process to be employed
21        by Signal or its subsidiaries and
22        acquired on behalf of Signal by
23        Global for that purpose."
24   Q.   Would you say the purpose of the
25   agreement was to bring over Indian workers on the

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

50  (Pages 194 to 197)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

## Page 198

1  permanent residency process for Signal?
2      MS. BOLLMAN:
3          Object to form.
4      A.  Yes.
5  EXAMINATION BY MR. BHATNAGAR:
6      Q.  And one of the options to hasten
7  that process was H2B visas?
8      A.  I think it was.
9      Q.  But the process itself was always
10  about permanent residency for the workers, right?
11      A.  It was.
12      Q.  Now, this document was signed, I
13  believe, in April of 2006.  At the time that it
14  had been signed, had -- I know you had had
15  conversations earlier to the time that the
16  document was signed.  Had you begun any work on
17  the recruiting for Signal International prior to
18  signing this document?
19      A.  I don't recall, you know, actually
20  recruiting anybody, but because there were --
21  see, at this time, there was an overlap between
22  Knights Marine and Signal, so, there was a
23  recruiting going on, and some of those people may
24  have, you know, thought they were going to go to
25  Knights but instead went to Signal.  So,

## Page 199

1  there may have been some recruiting for Signal,
2  not on purpose for Signal, but just because of
3  the fact that there was a recruiting going on.
4      Q.  And the recruiting for Knights was
5  also for permanent residency for the workers as
6  well, right?
7      A.  Yes.
8      Q.  So, if a worker were to have been
9  recruited for Knights and then end up going with
10  the opportunity for Signal instead, materially,
11  it wouldn't change in terms of them receiving
12  permanent residency?
13      A.  Only the name of the company
14  changed.
15      Q.  Okay.  I'm now going to show you
16  SIGE5481 to 5488.
17      MS. HAROWSKI:
18          Can you say that number
19      again?
20      MR. BHATNAGAR:
21          SIGE5481 to 5488.
22  EXAMINATION BY MR. BHATNAGAR:
23      Q.  And these are demand letters and
24  Power of Attorneys granted by Signal.  I'm going
25  to put these all in one exhibit.

## Page 200

1      (Whereupon, Exhibit Number
2      538 was marked for identification.)
3  EXAMINATION BY MR. BHATNAGAR:
4      Q.  Mr. Pol, I'm going to ask you to
5  look through these documents and tell me if you
6  recognize them.
7  THE WITNESS:
8      Would you like to look at
9  this?
10  MR. ALEXIS:
11      Thank you.
12      A.  I recognize it.
13  EXAMINATION BY MR. BHATNAGAR:
14      Q.  So, the first document, which is
15  5481 and 5482, is this a demand letter from
16  Signal International regarding the positions that
17  are available?
18      A.  Yes.
19      Q.  And did you discuss with Signal
20  drafting this and sending it to Sachin Dewan?
21      A.  Yes.
22      Q.  Now, in this document, and this is
23  5481 and 5482, it says in the subject line:
24  "Acquisition of skilled workers for H2B/permanent
25  residence to the U.S.A."

## Page 201

1      A.  Yes, it does.
2      Q.  And that was your understanding and
3  Signal's understanding --
4      A.  Yes.
5      MS. BOLLMAN:
6          Object to form.
7  EXAMINATION BY MR. BHATNAGAR:
8      Q.  -- to the best of your knowledge?
9  Okay.  The second document, 5483, this is a
10  letter on Signal International letterhead to
11  Sachin Dewan.  Did you also have discussions with
12  Signal about drafting this letter?
13      A.  Yes.
14      Q.  And what is the purpose of this
15  letter?
16      A.  As I understand it, and I stand to
17  be corrected, but I believe that this is required
18  by the recruiting agent in India to make sure
19  that he has this document for legal purposes.
20      Q.  Okay.
21      A.  And, you know, there's a lot of
22  scams and things of that nature that go on, so,
23  they want to make sure they have signed
24  documents.  You will notice there's separate
25  documents, one signed by Ron Schnoor and one

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

51 (Pages 198 to 201)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 202

1  signed by Bill Bingle, one notarized and one not.
2      Q.   What's your understanding for that?
3      A.   I think the first one had the
4  signature on it, but it wasn't sufficient. The
5  second one was notarized and then sent. They
6  both had the same date. They were both June
7  19th, but I've seen both documents.
8      Q.   Okay. And 5487, I'm going to ask
9  you to look at this, this document, SIGE5487, is
10 this the Power of Attorney that Signal, to the
11 best of your knowledge, signed to Sachin Dewan?
12     A.   Yes.
13     Q.   Did you speak with Signal about
14 putting together this document as well?
15     A.   Yes, I did.
16     Q.   So, would it be fair to say that all
17 these documents kind of came from you
18 facilitating them going to Sachin Dewan?
19     MS. HAROWSKI:
20         Object to form.
21 EXAMINATION BY MR. BHATNAGAR:
22     Q.   The Power of Attorney, 5487 and
23 5488, this gives, to our understanding, him the
24 authority to create advertisements and do other
25 forms of recruiting for the workers; is that

Page 203

1  right?
2      MS. HAROWSKI:
3          I'll just object to the
4          extent it calls for any legal
5          opinion.
6      MR. BHATNAGAR:
7          Yeah. Just in his opinion.
8      A.   It looks like that's what it is.
9  EXAMINATION BY MR. BHATNAGAR:
10     Q.   And, indeed, you and Sachin Dewan
11 did put out advertisements to recruit candidates
12 for Signal International, right?
13     MS. HAROWSKI:
14         Object to form.
15     A.   Once again, Sachin did all the
16 advertising.
17 EXAMINATION BY MR. BHATNAGAR:
18     Q.   Did he show you any of the
19 advertisements prior to them being printed?
20     A.   I don't recall. I know I've seen an
21 advertisement that was for Signal, but I don't
22 recall whether I was shown it before or after it
23 was in the -- seems to be that I had a clipping
24 at one time.
25     Q.   Okay. Sachin Dewan testified on

Page 204

1  Page 410 of the Dewan deposition that the
2  following three advertisements, which are
3  Exhibits 66, 67 -- I'm sorry -- 66, 70 and 71
4  from plaintiffs' motion for class certification,
5  he testified that these three were Signal ads.
6  This is on Page 409 and 410 of the Dewan
7  transcript. I'm going to introduce these as
8  Exhibit --
9      MS. HAROWSKI:
10         539.
11     MR. BHATNAGAR:
12         Yeah, 539. Thank you.
13         (Whereupon, Exhibit Number
14         539 was marked for identification.)
15 EXAMINATION BY MR. BHATNAGAR:
16     Q.   So, take a look at -- could you look
17 at these three advertisements and tell me if you
18 recognize any of them?
19     A.   I don't remember seeing this, Mr.
20 Chandra. I had a recollection of one that didn't
21 look like this.
22     Q.   So, none of these three do you
23 recall seeing?
24     A.   Maybe this one, I saw, but these, I
25 didn't remember seeing. I had a clipping at one

Page 205

1  time, and I don't know what happened to it, and
2  it was in color.
3      Q.   These are black-and-white xerox
4  copies, unfortunately. So, your recollection of
5  the ad that you may have seen before was Exhibit
6  66 of plaintiffs' motion for class certification,
7  for the record. I'm going to put an exhibit on
8  all three of these. This is 539 of the exhibits.
9  So, let's start with the Exhibit Number 66 that
10 you referenced. Could you read just the top line
11 of it?
12     A.   "Leading marine and fabrication
13         company in Mississippi and Texas U.S.A.
14         requires on temporary and permanent
15         employment visas."
16     Q.   Okay. And the second exhibit, which
17 is Exhibit 70, and I'll just read it:
18         "Large shipyard in the
19         U.S.A. requires on H2B
20         employment-based green card
21         visas."
22         Did I read that right?
23     A.   I can't read that.
24     Q.   "Large shipyard in the U.S.A.
25 requires on H2B and" --

Plaintiffs (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

52  (Pages 202 to 205)

**(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753**
**ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139**

Page 206

1   A.  Okay.  It's very difficult to read.
2   Q.  Did I read it right?
3   A.  As far as I can tell.  You may want
4  to get a second opinion.
5   Q.  Then, Exhibit 71:
6      "Large shipyard in the
7  U.S.A. requires on H2B and
8  employment-based green card
9  visas."
10     Have I read that right?
11  A.  Yes.
12  Q.  So, would it be fair to say that all
13  three of these advertisements offered a green
14  card along with an H2B visa?
15  A.  Yes.
16  Q.  And these advertisements were, to
17  the best of your knowledge, advertising the
18  opportunity at Signal International, right?
19  A.  Yes.
20  MR. SHAPIRO:
21     Is that an in globo exhibit,
22  Chandra?
23  MR. BHATNAGAR:
24     It is.
25  MR. SHAPIRO:

Page 207

1      539.
2   MR. BHATNAGAR:
3      Yeah.
4   MR. SHAPIRO:
5      Thanks.
6   EXAMINATION BY MR. BHATNAGAR:
7   Q.  Following the printing of these
8  advertisements in the newspaper, workers would
9  show up at seminars, right?
10  A.  Yes.
11  Q.  And the seminars would -- I mean,
12  their attendance at the seminar would be based on
13  their interest from the advertisements, right?
14  A.  Yes.
15  Q.  So, would it be fair to say that
16  those who attended the seminars would be
17  expecting they were getting permanent residency
18  visas if they enrolled in this opportunity with
19  Signal?
20  MR. ALEXIS:
21     Object to form.
22  MS. HAROWSKI:
23     Object to form.
24  A.  I think they could expect to get
25  exactly what it says here, temporary and

Page 208

1  permanent employment visas.
2   EXAMINATION BY MR. BHATNAGAR:
3   Q.  But that would be a reasonable
4  expectation?
5   MR. ALEXIS:
6      Object.
7   A.  I think so.
8   EXAMINATION BY MR. BHATNAGAR:
9   Q.  Throughout your initial
10  conversations with Signal, it was your
11  understanding that workers would be able to get
12  H2B visas, possibly, but certainly permanent
13  residency visas with Signal, right?
14  MS. BOLLMAN:
15     Object to form.
16  A.  Yes.
17  EXAMINATION BY MR. BHATNAGAR:
18  Q.  So, let me take you from the
19  advertisement to the seminar.  Do you remember
20  when the Signal seminars took place in 2006?
21  A.  Sometime April, the first seminar,
22  sometime in April.
23  Q.  The first one was in April.  Do you
24  remember when the last one was, approximately?
25  A.  No, sir, but it would have to be

Page 209

1  before, you know, like, the last week in October.
2  It was before then.  It was between April and
3  October.
4   Q.  Okay.  Sachin Dewan, on Page 445 of
5  Dewan's transcript, said that the seminars took
6  place in Vishakhapatnam, Bombay, Cochin, Delhi
7  and Chennai, in India.  Do you remember those
8  being the cities that took place in India?
9   A.  Yes.
10  Q.  And he also said that there was one
11  seminar in Dubai.  Do you remember that?
12  A.  Yes.
13  Q.  Were you at these five seminars in
14  India?
15  A.  No.
16  Q.  Were you at any of these seminars in
17  India?
18  A.  Yes.
19  Q.  How many of the five were you at?
20  A.  I made Cochin, Bombay and Chennai.
21  Q.  Cochin, Bombay and Chennai.  And
22  were you at the Dubai seminar as well?
23  A.  Yes.
24  Q.  So, let me ask you about the Bombay
25  seminar.  Do you remember how it began?

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

53  (Pages 206 to 209)

Page 210

1    A.   No, sir, I don't remember exactly
2  how it began.
3    Q.   Do you remember if you spoke first
4  or if Sachin Dewan spoke first?
5    MS. HAROWSKI:
6        Object to form.
7    A.   I don't recall speaking in Bombay.
8  EXAMINATION BY MR. BHATNAGAR:
9    Q.   Okay.  Do you recall speaking in
10 Cochin?
11   A.   Yes.
12   Q.   Do you recall speaking in Chennai?
13   A.   No.
14   Q.   And do you recall speaking in Dubai?
15   A.   Yes.
16   Q.   Okay.  So, let me ask you about
17 Cochin and Dubai.  Firstly, with regard to
18 Cochin, the representations that were made in the
19 advertisement regarding permanent residence
20 visas, were those representations also made at
21 the seminar?
22   A.   Say that one more time.
23   MR. SHAPIRO:
24       Object to form.
25 EXAMINATION BY MR. BHATNAGAR:

Page 211

1    Q.   I'll ask it a better way maybe.
2  Sorry.
3        At the seminar, were workers told
4  that there was an opportunity to get permanent
5  residence visas with Signal?
6    A.   Yes.
7    Q.   And they were told that at the
8  Bombay seminar that you were at?
9    MS. HAROWSKI:
10       Well, object to form.  I
11   think --
12   A.   I wasn't -- I don't know that I
13 spoke there, but which city are we talking about
14 again?  Cochin or --
15 EXAMINATION BY MR. BHATNAGAR:
16   Q.   I'll ask it an easier way.
17   MS. HAROWSKI:
18       I think you just misspoke
19   and said Bombay when you meant
20   Cochin.  You asked him what he
21   said at the Bombay --
22   MR. BHATNAGAR:
23       I apologize.  Thank you.
24 EXAMINATION BY MR. BHATNAGAR:
25   Q.   I'm going to ask you about Cochin

Page 212

1  first.  At the Cochin seminar, was the promise
2  made that there was opportunity for a permanent
3  resident visa with Signal International?
4    A.   Yes.
5    Q.   And who made that representation?
6    A.   We had -- we had a -- Manish Dewan
7  had put together a PowerPoint presentation, and
8  in this PowerPoint presentation, it included
9  pictures that I had made at Signal International
10 with my camera and I had took them with me to --
11 to India and gave them to Manish and Sachin, and
12 Manish put together a really nice little
13 PowerPoint presentation that was shown at the --
14 in Cochin, because I was there and I saw it.  In
15 fact, I had pictures of the presentation while I
16 was there.
17   Q.   Who delivered the presentation?
18   A.   Mostly -- mostly Sachin, but,
19 remember, Salimon had a lot to do with this
20 because of the language barrier, making sure that
21 people understood in their native tongue.
22   Q.   So, Sachin delivered the
23 presentation and Salimon translated it, would
24 that be fair?
25   A.   That would be fair.

Page 213

1    MR. BHATNAGAR:
2        The PowerPoint
3  presentation -- first of all, we
4  would request production of that.
5    MR. SHAPIRO:
6        I have it.
7    MS. BOLLMAN:
8        It's been produced.
9    MS. HAROWSKI:
10       We've produced it.
11   MR. SHAPIRO:
12       I produced it, too.  In
13   fact, I have it.
14   MR. BHATNAGAR:
15       Excellent.  Thanks.
16 EXAMINATION BY MR. BHATNAGAR:
17   Q.   So, the PowerPoint presentation was
18 delivered by Sachin.  Were you asked to -- that
19 presentation, did it make any representations
20 regarding salary, just the PowerPoint?
21   A.   I think it had some basic, you know,
22 to, from.  I would have to look at it again to be
23 sure, but I believe it had a salary range, from,
24 to on there.
25   Q.   And the -- I mean, generally, with

Plaintiffs (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

54  (Pages 210 to 213)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 214

1  the PowerPoint, you have a visual image and you
2  also have spoken words that complement what was
3  on the screen, right?
4      A.   There was no spoken words. There
5  was only written English and pictures.
6      Q.   So, there was no one speaking while
7  the presentation was being delivered.
8      A.   Excuse me. I thought you meant the
9  presentation itself was speaking, like someone
10 had recorded something onto a presentation and it
11 was playing by itself. I misunderstood you.
12     Q.   No. Some PowerPoints involve a
13 speaker standing up, going from slide to slide,
14 commenting on what the slide is showing and
15 further illustrating the topic of that particular
16 slide.
17     A.   It wasn't like that.
18     Q.   Okay. Explain how it was.
19     A.   It was continually running from --
20 in a loop, and it had pictures and then it had
21 the blue screen where it would have some
22 description of the job and all of that and, you
23 know, it would show pictures for a little while,
24 like, of the shipyard, Signal International.
25 These were pictures that I took myself. So,

Page 215

1  there was nobody clicking and changing the
2  presentation.
3      Q.   It was a loop?
4      A.   It was just in a loop and different
5  people got up, myself included, and said a few
6  words.
7      Q.   And you mentioned that some people
8  got up and said a few words. So, did you get up
9  and say a few words?
10     A.   Yes.
11     Q.   And what did you say?
12     A.   I don't recall exactly what I said,
13 but, basically, an introduction. And I know a
14 lot of people in Kerala because of my previous
15 contract with Avondale Shipyard. I got some
16 very, very good friends that are from there, and
17 some of those people were there. I feel real
18 comfortable in Cochin because, you know, it kind
19 of reminds you of home. It's the same kind of
20 weather and, you know -- I just got to be really
21 good friends with a lot of people in that
22 particular region because that's where a lot of
23 the good shipyard workers come from, from the
24 Cochin Shipyard. So, I mainly wanted to talk to
25 that crowd because that was the crowd I felt the

Page 216

1  most comfortable with.
2      Q.   So, what did you say?
3      A.   I don't remember. I just remember
4  that I spoke. I know I told them who I was and
5  what I was there for but, you know, I didn't go
6  into a lot of details.
7      Q.   Did you talk about, you know, the
8  salary, what it would be?
9      A.   Well, you see, the salary -- all
10 those things were on that -- they were being
11 described as everybody was sitting, watching.
12 Mr. Dewan may have been talking. Mr. Salimon
13 said a few words after Mr. Dewan. And then maybe
14 a few individuals had questions. You know, I
15 don't remember the specifics. I just remember
16 the general theme.
17     Q.   Okay. And the images that were
18 shown, did they include images of housing?
19     A.   No, there was no housing at the
20 time.
21     Q.   There was no housing?
22     A.   No, sir.
23     Q.   Did workers ask where they would
24 live?
25     A.   I think the answer was that the

Page 217

1  company was going to provide housing.
2      Q.   And by the company providing
3  housing, how would that -- I mean, would that --
4  would there -- strike that.
5          How was that to be paid for?
6      A.   As I recall, it was going to be a
7  deduction from salary.
8      Q.   And that was represented to the
9  workers at the meeting?
10     A.   I think so, yeah.
11     Q.   Was the amount of the deduction
12 represented, meaning it'll be X amount?
13     A.   I still don't know what the amount
14 was. If you know, I'd like to know.
15     Q.   So, I assume that the amount of what
16 the deduction per day would be was not told to
17 the workers at that meeting?
18     A.   The amount of the deduction was
19 never clear to me. Now, Sachin may have a
20 different view of this because he was actually
21 the one that ended up getting all the documents
22 and talking to Mr. Bingle and Mr. John Sanders,
23 who, at the time, was kind of coordinating that
24 whole event for Signal. I never -- at that
25 beginning moment, when -- that first seminar for

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

55 (Pages 214 to 217)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 218

1  Signal in Cochin, I don't recall that I ever had
2  in my head a number, just that it would be
3  deducted. And, you know, so, I don't know at
4  that point. But that was before, you know, any
5  contracts were signed or anything. It was just
6  in the very beginning.
7      Q.  The seminar in Cochin, how many
8  people do you recall being there? How many
9  workers?
10     A.  There were a lot. There were 150,
11 200 people there.
12     Q.  The other seminar that you went to
13 was in Bombay. Do you remember how many people
14 were at that seminar?
15     A.  Actually, I don't know if I -- I
16 know I went to Dubai.
17     Q.  Okay.
18     A.  And I think I was in Bombay and
19 Chennai and Cochin.
20     Q.  How many people were at the Dubai
21 one?
22     A.  Dubai was pretty -- it was pretty
23 good size, too. Probably -- it was a little
24 different in Dubai because in Dubai, you kind of
25 do a seminar all day. In other words, it's not

Page 219

1  really a seminar. It's more of a greet-and-meet,
2  is the way I would better describe it. So,
3  people come in and out all day long.
4      Q.  Approximately how many people do you
5  think would have come in and out in Dubai?
6      A.  It's so difficult to make -- you
7  know -- I don't know. I don't know.
8      Q.  Okay. Fair enough. What about
9  Chennai?
10     A.  Chennai was held in a hall as well,
11 and there was a given time, I think, for people
12 to show up, within a range of time, and there
13 were people that came and went from that event,
14 but in the beginning, there was an initial crowd
15 there. I would say it was probably around 75
16 people.
17     Q.  And, lastly, I guess, you -- Bombay.
18     A.  Just trying -- I think Bombay was
19 more or less people coming in and out of Sachin's
20 office. You know, we had -- he had -- he had a
21 separate office that -- trying to remember. I
22 think he had, like, a separate office in the same
23 building on a different floor that was just open
24 like this and people would come in and out of
25 there, and he had a -- you know, we stayed in

Page 220

1  there and met people for several hours. I don't
2  really recall how many people came in and out of
3  there. Bombay is typically not as good of a
4  place to recruit in as, say, Chennai.
5      Q.  Why is that?
6      A.  It's the shipyard worker that you're
7  looking for in my business and, you know, down in
8  Cochin and over in Chennai, you've got --
9  Vishakhapatnam, where you have a big naval
10 shipyard over there, it's a lot of skilled
11 workers that have that trade in those particular
12 areas.
13     Q.  Now, in the four seminars in
14 India -- or three seminars in India that you
15 recall being at, was there any mention of a -- of
16 workers being tested in order to be able to go to
17 Signal?
18     A.  Yes.
19     Q.  And how was that described?
20     A.  Well, you know, everybody
21 understands in that business -- if you're a
22 welder, you understand you have to be tested.
23 There's no ifs, ands or buts. You can't go
24 anywhere without testing. They all understand
25 that. They want to know when they're going to be

Page 221

1  tested. If I pass the test, I get to go to U.S.
2  So, they understood that they were going to be
3  tested and, so, we provided a facility for Signal
4  to test these people.
5      Q.  So, let's answer that first
6  question, when will they be tested? When was the
7  answer to that?
8      A.  Soon. I mean, you know, within
9  weeks, they were tested.
10     Q.  And that involved coordinating
11 Signal folks to come over here --
12     A.  Yes. Probably a month later. You
13 know, my birthday, I remember I was in Dubai on
14 my birthday, last year -- not last year -- two --
15 has it been two years -- three years. I'm losing
16 track of time now. Three years ago.
17     Q.  So, the answer to when they would be
18 tested would be relatively soon?
19     A.  (Nods head affirmatively.)
20     Q.  And when will I go, when was the
21 answer to that?
22     A.  Well, it depends on whether or not
23 the H2B visas are approved or whether you have to
24 wait and go on the permanent resident process.
25 So, the afterthought H2B was a way to get workers

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

56  (Pages 218 to 221)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 222

1  quicker, but the permanent resident process was
2  always there.
3       Q.   So, if it's a way to get workers
4  there quicker, that would mean that they
5  wouldn't -- once they got to the U.S.,
6  simultaneously, the permanent residence process
7  would be moving forward, correct?
8       MR. ALEXIS:
9            Object to form. Object to
10  form.
11       A.   I don't know the particulars on the
12  permanent resident process versus the H2B, but I
13  do know that you can't apply for permanent
14  residency and H2B at the same time.
15  EXAMINATION BY MR. BHATNAGAR:
16       Q.   Did you say you can or you can't?
17       A.   I was schooled on all that by Mr.
18  Burnett. I don't think you can. I don't think
19  you can apply for both at the same time. I think
20  you can apply for one and then apply for another
21  one later, as I understand it.
22       Q.   When did that become your
23  understanding?
24       A.   I always understood that.
25       Q.   It was your understanding that you

Page 223

1  could not apply for an H2B and permanent
2  residency at the same time?
3       A.   The way that it was described to me
4  is that you can apply for a permanent resident
5  after your H2B is, I guess, granted or what have
6  you. In other words, if your status is that
7  you're on an H2B in this country, then, yes, a
8  permanent resident can be applied for by a
9  company. They can apply for the permanent
10  resident process. That's my understanding.
11       Q.   Was it your understanding at the
12  time of these meetings, right, in April -- around
13  April of 2006, was it your understanding that you
14  could apply for an H2B visa and at the same time
15  apply for permanent residency in the U.S.A.?
16       MR. ALEXIS:
17            Object to form.
18       A.   I think I just answered that.
19  EXAMINATION BY MR. BHATNAGAR:
20       Q.   No. I'm asking then, not your
21  understanding now. I'm saying, in that time, in
22  2006, was it your understanding that you could
23  apply for an H2B visa and at the same time apply
24  for permanent residency in the U.S.?
25       MR. ALEXIS:

Page 224

1            Same objection.
2       A.   I don't know what my recollection
3  was then. All I know is, you know, I know it
4  now.
5  EXAMINATION BY MR. BHATNAGAR:
6       Q.   So, in terms of what was represented
7  to the workers about permanent residency, you
8  said permanent residency was always the ultimate
9  goal, right?
10       A.   Yes.
11       Q.   Were workers told that in order to
12  get permanent residency after you go to Signal,
13  you may actually have to come back to India?
14       A.   Yes.
15       Q.   That was communicated to workers at
16  the meetings?
17       A.   Oh, yeah. Oh, yeah.
18       Q.   So, workers knew that they would be
19  leaving India, going to Signal and perhaps coming
20  back to India?
21       A.   Perhaps. It didn't necessarily have
22  to be that way, but it could be that way.
23       Q.   And your recollection, that was
24  clearly communicated to the workers?
25       A.   Yes.

Page 225

1       Q.   Was there any mention of the -- any
2  potential retesting that Signal would give to
3  workers after they arrived at Signal?
4       A.   Yes, there was an -- there was
5  discussion of that with Mr. Shause, W. A. Shause,
6  and Mr. Taft and José -- I can't remember José's
7  last name -- but, yeah, they told the workers
8  that they may have to test again.
9       Q.   Well, let me understand. The
10  initial seminars that we're talking about, was
11  there Signal personnel at these seminars?
12       A.   Uh-uh.
13       Q.   When you talk about Mr. Shause and
14  Mr. Taft, you're not speaking about a seminar?
15       A.   No. We're talking about testing.
16       Q.   I'm talking about the
17  representations that were made at the initial
18  seminars about testing or about the visas or
19  anything like that. At the initial seminars,
20  were the workers told that they might be retested
21  at Signal?
22       A.   Chandra, it's common knowledge in
23  the shipyard industry worldwide that you have to
24  test at the facility that you go to work for.
25  You have to test there. You have to -- there are

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)                    57  (Pages 222 to 225)

(504) 525-1753         HUFFMAN & ROBINSON, INC.         (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 226

1  certain rules and standards that are only for
2  that facility and only on that property. So,
3  everybody knows that. That's common knowledge.
4      Q. So, would the answer then be that
5  they weren't told that because, in your opinion,
6  it's common knowledge?
7      A. It is common knowledge. I don't —
8      Q. My question isn't whether it's
9  common knowledge or not. My question is: Were
10  they told that they would be retested at Signal?
11      A. Probably, yes.
12      Q. But you don't remember that?
13      A. Not that detailed, no.
14      Q. Okay. Were they told that if they
15  didn't pass the test at Signal that they might be
16  discharged and sent back to India?
17      MS. HAROWSKI:
18          Object to form.
19      A. I don't think they were told that.
20  EXAMINATION BY MR. BHATNAGAR:
21      Q. Now, you mentioned that it was
22  always your understanding from Signal that they
23  were intending to apply for green cards on behalf
24  of the workers.
25      A. You bet.

Page 227

1      Q. And I'm going to show you, actually,
2  a document. This is DEWAN 3412.
3      MR. ALEXIS:
4          I beg your pardon. Would
5  you please read back that
6  question?
7      THE COURT REPORTER:
8          Question: Now, you
9  mentioned that it was always your
10  understanding from Signal that
11  they were intending to apply for
12  green cards on behalf of the
13  workers.
14          Answer: You bet.
15  EXAMINATION BY MR. BHATNAGAR:
16      Q. So, this is DEWAN 3412. I'm going
17  to mark it as Exhibit 540. Please take a look at
18  that, Mr. Pol, and let me know if you recognize
19  that document.
20          (Whereupon, Exhibit Number
21  540 was marked for identification.)
22      A. I've never seen it.
23  EXAMINATION BY MR. BHATNAGAR:
24      Q. Let me ask you: At the seminars,
25  were workers signing any -- I know you mentioned

Page 228

1  in the J & M context that there were workers who
2  signed contracts at the seminars. Were there
3  also workers who signed contracts at the Signal
4  seminars?
5      A. There may have been.
6      Q. Did you observe workers signing
7  contracts at the Signal seminars?
8      A. Yes, I think so.
9      Q. And would this have been given to a
10  worker, to the best of your knowledge, after they
11  had signed the contracts, or in the context of
12  signing the contracts?
13      MS. BOLLMAN:
14          Object to form.
15      A. I'm not sure I understand what
16  you're getting at here.
17  EXAMINATION BY MR. BHATNAGAR:
18      Q. In the context of the workers
19  signing the contracts at the seminars, would
20  this, to the best of your knowledge, would this
21  document or one like it be given to the workers?
22      A. I have no idea.
23      Q. Okay. I'm going to ask you: After
24  the workers were tested and assuming they pass
25  the tests, they would receive some kind of a

Page 229

1  document that suggested that they passed the test
2  and there was an opportunity to work at Signal,
3  right?
4      A. Yes.
5      Q. Would this document be something
6  that would be sent to the workers indicating that
7  they had passed the test and they could now move
8  forward with the application to work at Signal?
9      MS. BOLLMAN:
10          Object to form.
11      A. If I'm not mistaken, I think Signal
12  sent letters to these guys. I don't recall
13  seeing this one, but I just remember --
14  EXAMINATION BY MR. BHATNAGAR:
15      Q. For the record, this letter is on
16  Dewan Consultants' letterhead, and it says:
17          "Subject: Migration for
18  United States of America Signal
19  International.
20          "With reference to your
21  application and subsequent test
22  passed with the clients, Signal
23  International, Pascagoula,
24  Mississippi, U.S.A. We are
25  pleased to inform you that you

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

58 (Pages 226 to 229)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 234

1  reflect permanent residence visa in the United
2  States of America, right?
3      A.  Which line?
4      Q.  The second line.
5      A.  It's not -- the third line is where
6  it says the company shall proceed with your H2B
7  visa and employment-based permanent resident
8  visa.
9      Q.  Right.  Okay.  Now, was this the
10 same plan for all of the Signal workers, these
11 installments?
12     MR. SHAPIRO:
13         Object to form.
14     A.  I don't know, because I don't think
15 so.  I don't think so.
16 EXAMINATION BY MR. BHATNAGAR:
17     Q.  How did it differ?
18     A.  Well, I think some people, when the
19 H2B came around, that were working for other --
20 that were in line to get visas, permanent
21 resident visas from other companies, when they
22 saw the people that were going to get visas
23 for -- the temporary visas, they wanted to swap
24 and go then.  Some people had already paid for
25 visas for the permanent residency and then they

Page 235

1  wanted to go on the H2B.  So, they swapped.
2  Everything was -- this was evolving as it went.
3      Q.  Now, you had said earlier that it
4  was represented to workers that they might have
5  to come back to India at the conclusion of their
6  H2B visa before they were -- be able to get
7  permanent resident green cards; is that right?
8      A.  That's what was told to me.
9      Q.  But you stated that that's what was
10 told to workers at the seminars.  Is that your --
11 is that correct?
12     A.  Yeah.  I heard that, but I wasn't at
13 every seminar.
14     Q.  I can only ask you about seminars
15 that you were at.
16     A.  I don't even know if it was at all
17 the seminars that I was at.  I just know I heard
18 it.
19     Q.  You heard it at at least one seminar
20 that you were at?
21     A.  At least one.
22     Q.  Did you hear it at all the seminars
23 you were at?
24     A.  I don't know.  I don't remember.
25     Q.  Okay.  You were at four seminars,

Page 236

1  right?
2      A.  I was at way more than four
3  seminars.
4      Q.  No.  With regard to Signal.  I'm
5  just asking about Signal in this time period,
6  April of 2006.
7      A.  Can you understand that these things
8  start to run together over a period of time?
9      Q.  I certainly appreciate that.  I
10 appreciate you're doing your best.
11     A.  I'm trying.  But I can't tell you
12 when or where, but I know I heard it.
13     Q.  So, you heard it at one seminar that
14 you can remember?
15     A.  For sure.
16     Q.  Okay.  Were all of the applicants
17 notified that they would be applying for H2B
18 visas, or did some think they were only applying
19 for green cards?
20     MS. HAROWSKI:
21         Object to form.
22     MR. SHAPIRO:
23         Object to form.
24     A.  I don't know what they thought.
25 EXAMINATION BY MR. BHATNAGAR:

Page 237

1      Q.  Were there any applicants who were
2  not told about the H2B visas at all?
3      MR. SHAPIRO:
4          Object to form.
5      A.  I don't know.
6  EXAMINATION BY MR. BHATNAGAR:
7      Q.  Were you at any meetings where H2B
8  visas were not even mentioned with regard to
9  Signal -- seminars?
10     MR. SHAPIRO:
11         Object to form.
12     A.  Can you ask me that one more time?
13 EXAMINATION BY MR. BHATNAGAR:
14     Q.  Were you at any seminars where an
15 H2B visa was not even mentioned and all that was
16 discussed was permanent resident visas?
17     MS. BOLLMAN:
18         Object to form.
19     A.  I don't think so.
20 EXAMINATION BY MR. BHATNAGAR:
21     Q.  All right.  I'm going to show you
22 another document.  This is DEWAN 7709, marking it
23 as 542 in the exhibit list.
24         (Whereupon, Exhibit Number
25     542 was marked for identification.)

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

60  (Pages 234 to 237)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 242

1      Objection.
2      A.   I don't know.  It doesn't look like
3  it.  It looks like somebody signed it for him.
4      EXAMINATION BY MR. BHATNAGAR:
5      Q.   Would you believe that to be
6  Salimon's signature?
7      A.   I've never seen Salimon's signature.
8      Q.   Okay.  The document that was
9  produced -- sorry.  It's dated 14th of November,
10 2006.
11          "Subject:  Migration for
12          United States of America Signal
13          International.
14              "With reference to your
15              application and subsequent test
16              passed with the client Signal
17              International, Pascagoula,
18              Mississippi, U.S.A.  We are
19              pleased to inform you that you
20              have been selected.  The company
21              shall proceed with your Employment
22              Based Permanent Residence Visa for
23              United States of America."
24          Did I read that right?
25      A.   Yes.

Page 243

1      Q.   So, this document, meaning Exhibit
2  543, also makes no mention of H2B visas and only
3  mentions permanent resident visas; is that right?
4      A.   That's what it says.
5      Q.   And it was your suggestion that the
6  previous exhibit might have been a mistake or a
7  duplicate or something else?
8      A.   It could be.  I mean, I just had
9  never seen it before.
10     Q.   But I would ask you again, if
11 looking at these two exhibits, that's 542 and
12 543, would it be your belief that there were
13 workers who thought they were coming to Signal
14 exclusively on a green card?
15     MS. HAROWSKI:
16          Object to form.
17     MR. SHAPIRO:
18          Object.
19     MS. BOLLMAN:
20          Object to form.
21     A.   Once again, it defies anybody's
22 imagination to think that somebody would have
23 been coming to the United States thinking that
24 they were coming on a -- on a permanent resident
25 visa during this process.  You would -- there's

Page 244

1  no way that anybody could think that.  Now, let
2  me add that most of these guys thought that they
3  were going to -- they understood that Signal
4  International was going to continue after they
5  got here and that Signal International was going
6  to get their permanent residence eventually.
7  They were going to apply for it.  That was always
8  understood.  That was understood in my contract.
9  That was understood in personal conversations.
10 That was always understood with everybody that I
11 dealt with at Signal International.
12     EXAMINATION BY MR. BHATNAGAR:
13     Q.   But let me ask you:  Would it be
14 unreasonable to assume that if you got a letter
15 like that from a recruiter that says the terms
16 and conditions that you're going to go to work on
17 that you would not believe that to be the terms
18 and conditions that you're going to work on?
19     MS. HAROWSKI:
20          Object to form.
21     MR. SHAPIRO:
22          Object to form.
23     MS. BOLLMAN:
24          Object to form.
25     A.   I think it would be unreasonable to

Page 245

1  say that this person didn't know that they were
2  going on an H2B visa.  I think it would be
3  unreasonable.
4      EXAMINATION BY MR. BHATNAGAR:
5      Q.   Well, let me show you one more,
6  5536, Dewan production.  I'm going to mark this
7  as 544, and ask you if you've seen this document
8  before?
9          (Whereupon, Exhibit Number
10         544 was marked for identification.)
11     A.   That's five days before I was
12 terminated.  I never saw that one.
13     EXAMINATION BY MR. BHATNAGAR:
14     Q.   Okay.  And in this document, it says
15 also on Dewan Consultants' letterhead:
16          "Subject:  Migration for
17          United States of America."
18              "With reference to your
19              application and subsequent test
20              passed with the clients, Signal
21              International, Pascagoula,
22              Mississippi, U.S.A.  We are
23              pleased to inform you that you
24              have been selected.  The company
25              shall proceed with your Employment

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)      62  (Pages 242 to 245)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 246

1      Based Permanent Residence Visa for
2      the United States of America.  You
3      are requested to arrange your
4      payment at the earliest and report
5      to us."
6          Did I read that right?
7      A.   Yes.
8      Q.   Again, in the Terms & Conditions,
9      there's permanent resident visa.  There's no
10     mention of an H2B visa, right?
11     A.   Yes.
12     Q.   And in the Terms & Conditions of
13     Exhibit 543, there's permanent resident visa and
14     no mention of an H2B visa, right?
15     A.   Right.
16     Q.   And in Exhibit Number 542, in the
17     Terms & Conditions, there's a green card
18     processing fee and no mention of H2B visa, right?
19     A.   Right.
20     Q.   Now, I'm going to show you another
21     document.  You talked about testing before.  You
22     said that it was customary that all workers would
23     be tested before they'd get a job opportunity,
24     right?
25     A.   What I said is that all these

Page 247

1      workers knew that they had to be tested, Number
2      1, because they work in that field and they
3      understand that no matter where they go, they
4      have to be tested.
5      Q.   And tested -- initially tested or
6      retested?
7      A.   Also, you can be retested, depending
8      on what the -- what the facility is and what the
9      requirements are.  You can have to retest even
10     when you're working for the same facility
11     sometimes on a different -- some different
12     project.  Some companies require -- some shipping
13     companies require a specific test to do that job
14     in their yard.  So, you may be qualified in a
15     shipyard to do welding and then have to take
16     another welding test just to work for another
17     client in that same shipyard.
18     Q.   Were any of this -- was that
19     communicated to the candidates prior to their
20     enrollment in the program?
21     MS. HAROWSKI:
22          Objection; asked and
23          answered.
24     A.   I don't know, but I can say this,
25     that I know you know lawyering and I know the

Page 248

1      shipyard business.  Anybody who's anybody in the
2      shipyard business who's got at least two years'
3      experience or more knows that anywhere in the
4      world.
5      EXAMINATION BY MR. BHATNAGAR:
6      Q.   Okay.  So, they know that they might
7      be subject to testing.  Do they know -- did the
8      applicants know that there would be a program
9      that would determine which candidates Signal kept
10     and which candidates Signal sent back?
11     MS. HAROWSKI:
12          Object to form.
13     MS. BOLLMAN:
14          Form.
15     A.   I'm sorry.  Ask me again.
16     EXAMINATION BY MR. BHATNAGAR:
17     Q.   Was it communicated to the
18     candidates in the seminars that Signal was going
19     to have a program whereby it would test the
20     workers and keep some and send some back to
21     India?
22     MS. HAROWSKI:
23          Object to form.
24     MS. BOLLMAN:
25          Object to form.

Page 249

1      A.   No.
2      EXAMINATION BY MR. BHATNAGAR:
3      Q.   Is that also common in the shipping
4      industry, after workers have signed contracts and
5      become parts of companies, to decide you're going
6      to keep some and then send others back?
7      MS. BOLLMAN:
8          Object to form.
9      A.   You can get terminated at any time,
10     you know.
11     EXAMINATION BY MR. BHATNAGAR:
12     Q.   In your experience.
13     A.   Sure.
14     Q.   Now, you mentioned that there were
15     some meetings where Signal representatives
16     attended; Bill Bingle, I think, and Shause were
17     two people that you mentioned.
18     A.   Bill Bingle, John Sanders, W. A.
19     Shause, Albert Taft -- is it Taft?  I can't
20     remember.  And José -- can't remember José's last
21     name.  He was from Houston.  All of those people
22     were in India at one time or another, some
23     together.
24     Q.   Were any of them there with you?
25     A.   Yes.

Plaintiffs (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

63  (Pages 246 to 249)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 254

1  group, and they wanted to go on H2Bs. It was a
2  decision that they wanted me to make because it
3  was going to be a cut for me. I wasn't going to
4  get -- maybe a little bit of money, but not much
5  from these guys as compared to other candidates,
6  but I agreed to do it, and as far as I know, a
7  good number of Dr. Rao's candidates, so to speak,
8  were recruited and tested for Signal and did go
9  to work or, at least, some did go to work at
10  Signal. I don't know how many.
11  EXAMINATION BY MR. BHATNAGAR:
12      Q.   And you mentioned that you would
13  take a cut on the fees for Dr. Rao's candidates.
14  You were losing money for every Rao candidate
15  that got on H2B going to Signal --
16      A.   Yes.
17      Q.   -- compared to the Signal
18  candidates?
19      A.   Yes.
20      Q.   How much money were you losing per
21  candidate?
22      A.   Somewhere around $2,000.
23      Q.   Let me ask you another way. How
24  much were you making per candidate on the Signal
25  candidates?

Page 255

1      A.   It was roughly about $3,000. Three
2  to -- 3,000 to 3,500, but it was different on
3  every one of them.
4      Q.   Let's start at the lower profit
5  margin and to the higher profit margin. What's
6  the range?
7      A.   On Dr. Rao's, I made a thousand
8  bucks.
9      Q.   Flat, with every candidate?
10      A.   Yeah.
11      Q.   There was no range with Dr. Rao?
12      A.   Yeah, right around there somewhere.
13      Q.   Okay.
14      A.   But, now, you see, what you have to
15  remember is, and you asked me earlier about
16  questions about Sachin and him saying he wanted
17  me to agree to pay back some money that he
18  supposedly, you know, had given to these guys,
19  and in the meantime, he gives me a cut on mine.
20  So, you can see where I'm a little reluctant --
21  do you follow me?
22      Q.   So, you were making $1,000 on Dr.
23  Rao candidates, and --
24      A.   This is approximate now.
25      Q.   Approximately. And on the Signal

Page 256

1  candidates, what was the lower -- the low level
2  of profit you'd be making for candidates?
3      A.   Zero.
4      Q.   Can you explain?
5      A.   I let some people come for free
6  because they were friends of mine.
7      Q.   Okay. Other than those people,
8  paying candidates, what was the low level?
9      A.   I'd be guessing. I mean, somebody
10  may not have paid. I don't know. Somebody may
11  not have paid all that they were supposed to pay.
12      Q.   People who paid the full amount that
13  they were supposed to pay, what was the low
14  threshold and what was the high threshold?
15      A.   I'd have to get back with you on
16  that. I don't remember. I just don't remember.
17      Q.   Well, you remember that you would be
18  losing $2,000 with every Dr. Rao candidate
19  compared to Signal, right? So -- and you were
20  making with some Signal candidates in the
21  ballpark of between three and $4,000 per
22  candidate; is that right?
23      A.   Sure. Some, I did.
24      Q.   So, would there be candidates where
25  you were making five to $6,000, in that range,

Page 257

1  per candidate?
2      A.   I don't remember any of those.
3      Q.   Were there any candidates where
4  you'd be making between four and $5,000 per
5  candidate?
6      A.   There may have been a few.
7      Q.   Were there candidates where you were
8  making between two and $3,000 per candidate?
9      A.   Yes.
10      Q.   So, what differentiated between
11  these candidates? Why were the fees varied?
12      A.   I think that's a better question for
13  Mr. Dewan, because he was the one that was
14  collecting the money. Candidates that I charged
15  nothing to, they were personal friends of mine,
16  and I -- I either got Mr. Burnett and Mr. Dewan
17  to agree not to charge them, or I just gave up
18  some money towards -- you know, towards that
19  person from what I was making.
20      Q.   So, let's put aside the people who
21  were friends of yours or people you had those
22  kind of arrangements with, the nonpay candidates.
23  The full-paying candidates, the lower threshold
24  is between two and 3,000, and the higher
25  threshold is between five and 6,000, right?

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)          65 (Pages 254 to 257)

(504) 525-1753          HUFFMAN & ROBINSON, INC.          (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 258

1    A.   Something like that, yeah.
2    Q.   Why was there a variance in the
3  paying candidates' fees?
4    A.   Well, it's -- the way I understand
5  it is it's the way that these people -- what part
6  of the country they come from, how much money,
7  you know, that different people make in different
8  parts of the country, how much experience they
9  had overseas and stuff like that. I mean, I
10  never really understood the entire payment
11  concept. Mr. Dewan was always in charge of the
12  collecting the money, and it was almost like if
13  you sell a washing machine in New Orleans, you
14  get more for it than if you sell it in, you know,
15  Abita Springs. It just -- it's kind of like what
16  the market -- the market's different within the
17  country as well as for whether or not you're
18  recruiting for Dubai or Saudi Arabia or you're
19  recruiting for the United States. It's just
20  always different.
21    Q.   So, for the Signal opportunity, just
22  the Signal candidates, you had a range of fees
23  that they would pay, right?
24    A.   I think it turns out to what they
25  could pay on some -- in some cases, what they --

Page 259

1  some guys, you know, we had set a five -- I think
2  you call it lakh -- five lakh, and it turns out
3  that sometimes, you know, people couldn't pay it.
4  Some people paid more, some people paid less.
5    Q.   Well, Sachin Dewan testified, and
6  Steve will recall, that he said that there were
7  some candidates who paid five lakhs, there were
8  some candidates who paid six lakhs, some
9  candidates who paid seven lakhs, and there were
10  some candidates who even paid eight lakhs. Does
11  that comport with your recollection as well?
12    A.   I don't know. I mean, how many
13  people paid eight lakhs, I don't know. I have no
14  idea.
15    Q.   That's not my question. My question
16  is: Do you have a recollection that there were
17  candidates, some who paid five, some who paid
18  six, some who paid seven, some who paid eight
19  lakhs?
20    A.   I don't recall that.
21    Q.   So, you don't recall the fees that
22  the candidates paid?
23    A.   I don't recall the eight lakhs.
24  You're saying -- lumping it all together. Do I
25  recall -- I recall five lakhs was our agreement,

Page 260

1  and towards the end of this project, there were
2  some people who -- in other words, they were
3  willing to pay more, so, the price went up.
4    Q.   So, the price went up because the
5  worker was able or was willing to pay you more
6  money?
7    A.   If you ask Mr. Dewan that, I think
8  that's what he'll tell you.
9    Q.   What would you tell me?
10    A.   I don't understand how it all
11  worked, to begin with.
12    Q.   But you knew you were getting a
13  third of whatever it was they were paying, right?
14    A.   I thought that I was getting a
15  third, but from what you're saying, maybe I
16  didn't.
17    Q.   Your understanding was you were
18  supposed to be getting a third, right?
19    A.   Yes.
20    Q.   And you were getting checks in
21  various amounts given to you, right?
22    A.   Yes.
23    Q.   So, my question is: Did -- you
24  know, if you're getting a third of eight lakhs,
25  that's a much bigger check than a third of five

Page 261

1  lakhs, isn't it?
2    A.   Here's the problem. I didn't
3  know -- from my checks, I didn't know -- they
4  were never -- the checks that were given to me, I
5  didn't have a name, I didn't know who it came
6  from, and some people would have already paid an
7  installment, some people paid nothing. So, one
8  check would be, you know, 4,000 something
9  dollars, and another check would be 1,200. So, I
10  never really understood exactly who they were
11  coming from and when. I just knew we got
12  different checks and -- I was not into the
13  details of it.
14    Q.   You've been in business for how
15  long?
16    A.   I mean, I been in business since
17  1996.
18    Q.   And part of your -- part of
19  operating an effective business is knowing your
20  input and your output, right?
21    A.   Yeah.
22    Q.   And, certainly, in terms of, you
23  know, managing a business, you have to be aware
24  of the amount of money you're taking in, the
25  amount of money you're putting out.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

66 (Pages 258 to 261)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 266

1 part of your relationship with Sachin Dewan and
2 Malvern Burnett, did you authorize Sachin to
3 collect contracts signed by workers for you?
4   MS. HAROWSKI:
5     Object to form.
6   MR. ALEXIS:
7     Object.
8   MR. SHAPIRO:
9     Object.
10   A.   I don't recall giving him
11 authorization.  Did you say to sign for me
12 contracts?
13 EXAMINATION BY MR. BHATNAGAR:
14   Q.   Yeah.  Do you recall giving him
15 authorization to sign contracts for you?
16   MS. HAROWSKI:
17     Object.  That -- I don't
18     think that's the same question
19     that you asked earlier, just to
20     let you know.  The first question
21     was did he give him authorization
22     to collect signed contracts.
23   MR. BHATNAGAR:
24     Right.  Okay.  Let me ask
25     the first question first.  Thank

Page 267

1 you.
2 EXAMINATION BY MR. BHATNAGAR:
3   Q.   Did you authorize Sachin Dewan to
4 collect signed contracts for you?
5   A.   Yes.
6   Q.   Did you authorize Sachin Dewan to
7 sign contracts on your behalf?
8   A.   No, I didn't.
9   Q.   You did not?
10   A.   I did not.
11   Q.   Did you authorize -- do you know if
12 Malvern Burnett authorized Sachin Dewan to sign
13 contracts on Malvern Burnett's behalf?
14   A.   I don't know.
15   Q.   Do you know if Sachin Dewan ever
16 signed contracts on your behalf?
17   MR. SHAPIRO:
18     Object to form.
19   A.   I don't.  I don't know.
20 EXAMINATION BY MR. BHATNAGAR:
21   Q.   Do you know if Sachin Dewan ever
22 signed contracts on Malvern Burnett's behalf?
23   MR. SHAPIRO:
24     Object to form.
25   A.   Nope.

Page 268

1 EXAMINATION BY MR. BHATNAGAR:
2   Q.   Did you ever authorize Sachin Dewan
3 to sign receipts on your behalf?
4   A.   I may have verbally told him if he
5 was collecting a check or something, to -- you
6 know, to give a receipt on my behalf.
7   Q.   So, is that a yes, you did authorize
8 him to sign a receipt on your behalf?
9   A.   Yes.
10   Q.   And do you know if Malvern Burnett
11 authorized Sachin Dewan to sign receipts on
12 Malvern Burnett's behalf?
13   MR. SHAPIRO:
14     Object to form.
15   A.   No.
16 EXAMINATION BY MR. BHATNAGAR:
17   Q.   You don't know?
18   A.   I don't.
19   Q.   Okay.  Did you authorize Malvern
20 Burnett to sign receipts on your behalf?
21   A.   I think I did.
22   Q.   And did Malvern Burnett sign
23 receipts on your behalf?
24   A.   Perhaps.
25   Q.   Do you not recall?

Page 269

1   A.   I don't.  I think I told him at one
2 time -- or maybe it was the other way around,
3 maybe he gave me -- he might have given me a
4 Power of Attorney to do it for him.  I can't
5 remember.  It was one way or the other.
6   Q.   I'm sorry.  Can you clarify that
7 answer?  I didn't understand.
8   A.   You asked me did I ever sign
9 something for Sachin -- I mean, for Burnett.
10   Q.   Did you authorize Burnett to sign
11 receipts for you?
12   A.   I can't recall.  I think I did, but
13 I'm not -- I mean, I just -- I just don't
14 remember.  It's been a while back.
15   Q.   I'm going to show you a document
16 marked 1097 from the Dewan production -- that's
17 the Bates stamp -- and mark it as 545 in the
18 exhibits.
19     (Whereupon, Exhibit Number
20     545 was marked for identification.)
21 EXAMINATION BY MR. BHATNAGAR:
22   Q.   It's an e-mail from Sachin Dewan to
23 Global Resources.  Take a quick look at it.  Can
24 I ask you just to read the second sentence?
25   MR. KUPPERMAN:

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

68  (Pages 266 to 269)

(504)525-1753      HUFFMAN & ROBINSON, INC.      (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 274

```
 1        MR. KUPPERMAN:
 2            Object to form.
 3        A.   I guess that's what that says.
 4   EXAMINATION BY MR. BHATNAGAR:
 5        Q.   So, would that lead you to believe
 6   that Malvern Burnett signed your receipt book?
 7        MR. KUPPERMAN:
 8            Object to the form.
 9        A.   That's the way it reads.
10   EXAMINATION BY MR. BHATNAGAR:
11        Q.   Okay.  Did you ever send a stamp of
12   your signature to India for Sachin Dewan to use
13   on contracts?
14        A.   No, I don't think so.
15        Q.   Let me show you, this is DEWAN 1025
16   and 1027.  I'm going to mark it as 546.  Please
17   take a second to look at those.
18            (Whereupon, Exhibit Number
19        546 was marked for identification.)
20        MR. BHATNAGAR:
21            It's 1025 and 1027.  I don't
22        have 1026.  I don't think it was
23        relevant, which is why I didn't
24        include it in there.
25        MR. SHAPIRO:
```

Page 275

```
 1            Is there a skip in the
 2        numbers?
 3        MR. BHATNAGAR:
 4            I think I didn't include
 5        1026 because it's not relevant.
 6        These are just two e-mails that
 7        are related.
 8            Off the record.
 9            (Whereupon, a discussion was
10        held off the record.)
11        A.   A signature seal in India is not a
12   signature stamp.  That's a signature seal.
13   EXAMINATION BY MR. BHATNAGAR:
14        Q.   Okay.  So, I didn't actually have a
15   question pending, but maybe you can say what you
16   said and I'll repeat it with a question.
17        A.   You asked me if I had a signature
18   stamp and then --
19        Q.   Sent to India?
20        A.   -- sent to India, and I said no, and
21   then you show me this and I'm assuming that
22   you're thinking this is a signature stamp, but
23   you sign your name and then you put a signature
24   seal on it.
25        Q.   Okay.  Well, let me ask you about
```

Page 276

```
 1   what's 1025, DEWAN 1025, Exhibit 546, and I'll
 2   read the e-mail that you wrote to Sachin Dewan.
 3            "Sachin,
 4            "The address is correct.
 5        Thank you.
 6            "I personally signed all of
 7        the contracts from the first bunch
 8        of people that we tested in May.
 9        So what happened to them?  The
10        next batch we need to get a stamp
11        made and I will send it with Mal."
12            Did I read that right?
13        A.   Yes.
14        Q.   So, you said that you personally
15   signed the first batch of contracts, but for the
16   next batch, you would get a stamp made; is that
17   right?
18        A.   Why don't you show me these first
19   and then ask me the question?
20        Q.   Is that right, though?
21        A.   I wrote it.  I just don't remember
22   it.
23        Q.   Okay.  So, does that refresh your
24   recollection as to whether or not you sent a
25   signature seal?
```

Page 277

```
 1        A.   I still don't remember sending a
 2   signature stamp, but a company's seal of where
 3   you, you know, sign it and put the seal on it, I
 4   remember having that.
 5        Q.   Looking at that e-mail that you
 6   sent, does that at all refresh your recollection
 7   about sending a signature stamp?
 8        A.   No.
 9        MR. KUPPERMAN:
10            Object.
11   EXAMINATION BY MR. BHATNAGAR:
12        Q.   Now you, did you ever sign any
13   Attorney Services Contracts on behalf of Mr.
14   Burnett?
15        A.   I think I did.  I think Mr. Burnett
16   gave me a Power of Attorney.
17        Q.   He gave you Power of Attorney to
18   sign contracts on his behalf?
19        A.   I think so.
20        Q.   Okay.  And do you know if Malvern
21   Burnett gave power of attorney to Sachin Dewan to
22   sign Attorney Services Contracts on his behalf?
23        A.   I don't recall.
24        Q.   I'm going to show you DEWAN 5406 and
25   5407, marking it as Exhibit 547.
```

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)          70  (Pages 274 to 277)

(504) 525-1753          HUFFMAN & ROBINSON, INC.          (800) 749-1753
ONE SHELL SQUARE, #250  CERTIFIED COURT REPORTERS  NEW ORLEANS, LA 70139

Page 290

```
 1        MR. BHATNAGAR:
 2            This is for clarification
 3    because he answered it a little
 4    bit differently and I want to be
 5    sure it's clear on the record what
 6    his answer is.
 7        MR. KUPPERMAN:
 8            I understand.  I think it's
 9    perfectly clear.  Go ahead and
10    I'll just lodge my objection.
11        MR. BHATNAGAR:
12            No worries.
13    EXAMINATION BY MR. BHATNAGAR:
14        Q.   So, Mr. Pol, it's your understanding
15    that there were at least some workers who paid
16    before they were tested?
17        MR. KUPPERMAN:
18            Objection.
19        A.   And I think so.
20    EXAMINATION BY MR. BHATNAGAR:
21        Q.   Okay.  Now, in addition to the
22    testing, one of the other services that you and
23    Mr. Dewan offered Signal in addition to
24    coordinating the testing, I should say, was to
25    prepare workers for consular interviews that they
```

Page 291

```
 1    needed to take part in before they came to the
 2    United States; is that right?
 3        MR. KUPPERMAN:
 4            Would you read that back for
 5    me?
 6        THE COURT REPORTER:
 7            Question: Okay.  Now, in
 8    addition to the testing, one of
 9    the other services that you and
10    Mr. Dewan offered Signal in
11    addition to coordinating the
12    testing, I should say, was to
13    prepare workers for consular
14    interviews that they needed to
15    take part in before they came to
16    the United States; is that right?
17        MR. KUPPERMAN:
18            Thank you.
19        A.   I don't recall that specifically.
20    EXAMINATION BY MR. BHATNAGAR:
21        Q.   Do you not recall having
22    conversations with employees at Signal about the
23    importance of you and Malvern Burnett and Sachin
24    Dewan preparing the candidates prior to their
25    consular interviews?
```

Page 292

```
 1        MS. BOLLMAN:
 2            Object to the form.
 3        MR. SHAPIRO:
 4            Object.
 5        A.   First of all, I am the least likely
 6    person to advise anybody on a consular interview.
 7    So, that was clearly not anything to do with me.
 8    Now, Mr. Burnett, on the other hand, may have
 9    said that or may have done that, but I can
10    promise you that I didn't.
11    EXAMINATION BY MR. BHATNAGAR:
12        Q.   Well, my question to you is actually
13    a more narrow one.  Related to your
14    communications with Signal, did you advise Signal
15    that you, Mr. Burnett and Mr. Dewan would need to
16    prepare applicants prior to their consular
17    interviews?
18        MR. KUPPERMAN:
19            Object to the form of that
20    question.
21        MR. SHAPIRO:
22            Objection.
23        A.   I may or may not have had that
24    conversation, I don't remember, but the contract
25    does not specify that.
```

Page 293

```
 1    EXAMINATION BY MR. BHATNAGAR:
 2        Q.   Did you attend any sessions where
 3    candidates were prepared for their consular
 4    interviews?
 5        A.   No.
 6        Q.   I'm going to try to refresh your
 7    recollection on that.  SIGE329048, which I'm
 8    marking as Exhibit Number 550.  It's 548 to 550.
 9    SIGE0329048, 49 and 50.  And it's being marked as
10    Exhibit 550.  This is an e-mail from Global
11    Resources to John Sanders dated August 24th,
12    2006.  And I'm going to ask you to please review
13    the document and, if you could, read the fourth
14    paragraph out loud.
15            (Whereupon, Exhibit Number
16    550 was marked for identification.)
17        A.   Is this --
18            "One of us, (Mal, Sachin, or
19    I) needs to be with each and every
20    candidate going into the consulate
21    before their interview.  They
22    sometimes say the dumbest things
23    and need to be coached on the
24    proper way to interview.  They
25    also need to have the proper
```

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

74  (Pages 290 to 293)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 294

```
1    documents with them and more
2    importantly there are some things
3    that should not be known to the
4    consulate personnel, such as the
5    fact that we are going to process
6    them for a green card.  If one of
7    the guys says he's going to the
8    U.S. for immigration and Signal is
9    sponsoring him for permanent
10   residence . . . he's a goner.
11   (The reason is that if the
12   temporary worker has immigrant
13   intent, he is denied entry.
14   Moreover, the nonimmigrant worker
15   must prove he does not have
16   immigrant intent.)"
17   EXAMINATION BY MR. BHATNAGAR:
18       Q.   Thanks.  Does that refresh your
19   recollection as to whether or not you had
20   conversations with Signal about the need to
21   prepare workers for consular interviews?
22       A.   Yes, it does.
23       Q.   So, let me ask you about that
24   preparation for the workers that you describe.
25   What did that consist of?
```

Page 295

```
1    MR. KUPPERMAN:
2        Object to the form of the
3    question.  I think it assumes
4    facts not in evidence --
5    EXAMINATION BY MR. BHATNAGAR:
6        Q.   You can continue.
7    MR. KUPPERMAN:
8        -- and lacks foundation.
9        A.   Repeat the question, please.
10   MR. BHATNAGAR:
11       Could you read that back?
12   THE COURT REPORTER:
13       Question:  So, let me ask
14   you about that preparation for the
15   workers that you describe.  What
16   did that consist of?
17   MR. KUPPERMAN:
18       Same objection.
19       A.   In the very beginning, you could see
20   that I had a conference with Malvern and Sachin
21   and that Malvern is filling out the G-28 forms
22   and interviewing the candidates at tremendous
23   amount of planning and paperwork that goes to get
24   these guys ready to the consulate.  Our group is
25   moving forward aggressively to get this job done
```

Page 296

```
1    and those candidates to Pascagoula.  So, this was
2    an e-mail to Signal from me explaining the
3    position of Mr. Burnett, who had actually given
4    me this information.
5    EXAMINATION BY MR. BHATNAGAR:
6        Q.   Let me ask you a more narrow
7    question than that, though, which is in Paragraph
8    4, you say that every candidate going into the
9    consulates -- the second sentence:
10       ". . . they sometimes say
11   the dumbest things and need to be
12   coached on the proper way to
13   interview."
14       What do you mean by they need to be
15   coached on the proper way to interview?
16       A.   Very similar to when you have a
17   deposition or something like that.  Your attorney
18   always prepares you that you should, you know --
19   the way that you should answer questions and how
20   the depositions work for some layman like me that
21   doesn't understand how they work.  I mean,
22   there's a -- that's exactly what that means.
23   Coaching.
24       Q.   So, what did the coaching consist
25   of?
```

Page 297

```
1        A.   I don't know; Mr. Burnett did it.
2        Q.   Well, you gave an example here that
3    they also need to have the proper documents with
4    them and, more importantly, that there are some
5    things that should not be known to the consulate
6    personnel, such as the fact that we are going to
7    process them for a green card.  So, my question
8    to you is:  Did you have to coach the applicants
9    to not tell the consulate personnel that they
10   were going to be applying for green cards?
11   MR. KUPPERMAN:
12       Object to form.
13   MR. ALEXIS:
14       Object to form.
15       A.   I didn't coach anybody.
16   EXAMINATION BY MR. BHATNAGAR:
17       Q.   Did you advise Signal that the
18   applicants were going to need to be coached to
19   not tell the consulate personnel that they were
20   applying for green cards?
21   MS. BOLLMAN:
22       Object to form.
23       A.   Obviously, this is from Global
24   Resources to Signal, and this is information that
25   was given to me by Mr. Burnett during a
```

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

75  (Pages 294 to 297)

Page 298

1  conference with Mr. Burnett and Mr. Dewan. So,
2  this was just information that I was passing
3  along.
4  EXAMINATION BY MR. BHATNAGAR:
5     Q.   So, as you were passing it along,
6  you were passing it along to Signal. You said
7  you got the information from Mr. Burnett. So,
8  was it your understanding that Mr. Burnett and
9  Mr. Dewan were going to instruct applicants to
10  misrepresent their immigration intention to the
11  U.S. consulate?
12     MR. ALEXIS:
13        Object to form.
14     MR. SHAPIRO:
15        Object to form.
16     A.   No.
17  EXAMINATION BY MR. BHATNAGAR:
18     Q.   Well, you say here that:
19        "If one of those guys says
20        he's going to the U.S. for
21        immigration and Signal is
22        sponsoring him for permanent
23        residence (green card) . . . he is
24        a goner."
25        So, were you telling Signal that

Page 299

1  Malvern Burnett and Sachin Dewan were going to
2  have to instruct the workers to not tell the
3  consulate personnel that they were intending to
4  apply for green cards?
5     MR. SHAPIRO:
6        Object to form.
7     MR. KUPPERMAN:
8        Asked and answered.
9     MS. BOLLMAN:
10        Object to form.
11     A.   No. What -- what is being said here
12  is that there's a process by which you go
13  through, and it's -- it was my understanding that
14  you apply for a green card after the H2B.
15  EXAMINATION BY MR. BHATNAGAR:
16     Q.   But you're telling Sanders that
17  workers say the dumbest things. That's your
18  term, right, "the dumbest things," and that you
19  have to coach them on not to say dumb things,
20  right?
21     A.   (Nods head affirmatively.)
22     Q.   So, one of the dumb things that they
23  might say is we're going to America to work for
24  Signal and get a green card, right?
25     MR. KUPPERMAN:

Page 300

1        Object to form.
2     MR. ALEXIS:
3        Objection.
4     A.   I guess that would be a dumb thing.
5  EXAMINATION BY MR. BHATNAGAR:
6     Q.   And that's a dumb thing because it
7  would make them ineligible for an H2B visa,
8  right?
9     MR. ALEXIS:
10        Object to form.
11     A.   I don't know.
12  EXAMINATION BY MR. BHATNAGAR:
13     Q.   Well, you knew enough to be able to
14  communicate that to John Sanders.
15     A.   All I knew is what I was told.
16     Q.   But is that what you were told?
17     A.   I was told what I wrote here.
18     Q.   So, you were told by Malvern Burnett
19  that workers were not to tell the consulate
20  personnel that they were going to be getting
21  green cards from Signal?
22     MR. KUPPERMAN:
23        Object to form.
24     MR. ALEXIS:
25        Object to form.

Page 301

1     A.   My understanding.
2  EXAMINATION BY MR. BHATNAGAR:
3     Q.   That's a "yes" or "no" question.
4     MR. KUPPERMAN:
5        No, he's trying to answer
6        it.
7     MR. BHATNAGAR:
8        He can qualify it, but I'd
9        like a "yes" or "no" first.
10     MR. KUPPERMAN:
11        He's trying to answer it,
12        which he has already done, I
13        think.
14     MR. BHATNAGAR:
15        This is a new question.
16        Could you read the question
17        back, please, Carol, and I will
18        ask for a "yes" or "no" and you
19        can qualify it any way you want.
20     MR. KUPPERMAN:
21        And you answer it any way
22        you feel comfortable answering it.
23     THE COURT REPORTER:
24        Question: So, you were told
25        by Malvern Burnett that workers

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

76  (Pages 298 to 301)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250  CERTIFIED COURT REPORTERS  NEW ORLEANS, LA 70139

Page 302

1 were not to tell the consulate
2 personnel that they were going to
3 be getting green cards from
4 Signal?
5     A.   No.  And my understanding of it is
6 very similar to what had happened in the past.
7 My experience with H2Bs, even if there were no
8 intention to getting a green card, these guys --
9 somebody would go into the consulate and they
10 would say, I'm going to America and, you know,
11 because of the misunderstanding or the language
12 barrier or what have you, they would say, are you
13 going to stay, and they'd say, you betcha, and
14 they don't mean anything by it.  It's just that
15 if they say the wrong thing, that's what your
16 lawyer is there to tell you, because to make sure
17 you say the right things.
18 EXAMINATION BY MR. BHATNAGAR:
19     Q.   But in this situation, the wrong
20 thing was the truth, right?
21     MR. ALEXIS:
22         Object to form.
23     A.   No.  It was a process.
24 EXAMINATION BY MR. BHATNAGAR:
25     Q.   Right.  But the wrong thing was that

Page 303

1 they were actually going to the U.S. to get green
2 cards with Signal International, right?
3     MR. ALEXIS:
4         Object to form.
5     MR. SHAPIRO:
6         Object to form.
7     A.   I wouldn't characterize it that way.
8 EXAMINATION BY MR. BHATNAGAR:
9     Q.   You said earlier that from the
10 outset, the process with Signal contemplated
11 permanent residency visas for the applicants,
12 right?
13     MR. ALEXIS:
14         Object to form.
15     A.   Yes.
16 EXAMINATION BY MR. BHATNAGAR:
17     Q.   And you said that H2B visas came
18 along as an afterthought as a means of getting
19 the applicants to the U.S. quicker, right?
20     A.   That is a quicker way, correct.
21     Q.   And you were also aware that the
22 consular interviews that workers were going to
23 attend that -- in preparation for the H2B
24 departure, they would be unable lawfully to
25 divulge that they had intentions of getting green

Page 304

1 cards, right?
2     A.   I don't know.
3     MR. ALEXIS:
4         Object to form.
5     A.   I don't know that.
6 EXAMINATION BY MR. BHATNAGAR:
7     Q.   But that's what you advised John
8 Sanders?
9     MR. KUPPERMAN:
10         Object to the form.
11     A.   I was told that.  I don't know that
12 to be a fact.
13 EXAMINATION BY MR. BHATNAGAR:
14     Q.   Okay.  So, you were told by Malvern
15 Burnett that the workers can't tell the consular
16 personnel we're going to the U.S. for green
17 cards --
18     MR. ALEXIS:
19         Object to form.
20 EXAMINATION BY MR. BHATNAGAR:
21     Q.   -- otherwise, they won't get H2B
22 visas, right?
23     MR. ALEXIS:
24         Object to form.
25     A.   That's what I understood.

Page 305

1 EXAMINATION BY MR. BHATNAGAR:
2     Q.   That's what you were told by Malvern
3 Burnett?
4     A.   Yes.
5     Q.   And you communicated that to Signal.
6     MS. BOLLMAN:
7         Object to form.
8     A.   Yes.
9 EXAMINATION BY MR. BHATNAGAR:
10     Q.   So, Signal was also aware that the
11 workers, in order to get H2B visas, would have to
12 not tell the consulate that they were applying
13 for green cards.
14     MS. BOLLMAN:
15         Object to form.
16     A.   There has been no green card applied
17 for.  Why should they tell them they're applying
18 for a green card when there's been no green card
19 applied for?
20 EXAMINATION BY MR. BHATNAGAR:
21     Q.   But the process that they had paid
22 for and were taking part in was always designed
23 to be a green card process, right?
24     MR. ALEXIS:
25         Object to form.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

77  (Pages 302 to 305)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 306

1    A.  Yes, it was.
2    EXAMINATION BY MR. BHATNAGAR:
3    Q.  And that process -- and in order to
4  get an H2B visa, you have to tell -- truthfully
5  tell the consular official that you have no
6  intention of staying in the United States, but
7  that you're going to return back to your country
8  of origin, right?
9    MR. ALEXIS:
10    Object to form.
11    MR. SHAPIRO:
12    Object to form.
13    A.  I don't know.  Is that your
14  understanding of the --
15    EXAMINATION BY MR. BHATNAGAR:
16    Q.  Well, what was your understanding?
17    A.  My understanding was that this
18  process was H2B and then green card after the
19  H2Bs were completed.  I don't know that there's
20  anything wrong with that.
21    Q.  This process was H2Bs and then green
22  card, right?  That's what you said?
23    A.  That's what -- that's what it turned
24  out to be.
25    Q.  But you could not tell -- as an

Page 307

1  applicant, you could not divulge to the U.S.
2  consular official that the green card aspect of
3  the process existed if you wanted to qualify for
4  an H2B.  That was your understanding?
5    MR. ALEXIS:
6    Object to form.
7    THE WITNESS:
8    Read that back to me again.
9    THE COURT REPORTER:
10    Question:  But you could not
11  tell -- as an applicant, you could
12  not divulge to the U.S. consular
13  official that the green card
14  aspect of the process existed if
15  you wanted to qualify for an H2B.
16  That was your understanding?
17    MR. ALEXIS:
18    You got my objection to form
19  in there?
20    A.  So, the answer is yes, that was my
21  understanding from Mr. Burnett.
22    EXAMINATION BY MR. BHATNAGAR:
23    Q.  Now, did you understand that Mr.
24  Burnett also separately communicated that to
25  Signal?

Page 308

1    MS. BOLLMAN:
2    Object to form.
3    A.  No, I didn't.
4    EXAMINATION BY MR. BHATNAGAR:
5    Q.  Did he ever communicate to you that
6  this is the way the process works, I have to also
7  tell this to Signal so they understand?
8    MS. BOLLMAN:
9    Object to form.
10    A.  I think he had a duty to Signal to
11  explain what was going on.  I don't know exactly
12  what he said to them.
13    EXAMINATION BY MR. BHATNAGAR:
14    Q.  Okay.  I'm going to show you a
15  document.  It's DEWAN 457 to 459.  It's an e-mail
16  chain between Malvern Burnett, John Sanders,
17  Global Resources and Sachin Dewan.  It's 457, 458
18  and 459.  I'm marking it as Exhibit 551.
19    (Whereupon, Exhibit Number
20    551 was marked for identification.)
21    MR. BHATNAGAR:
22    What's the date of the
23    e-mail?
24    MR. BHATNAGAR:
25    Saturday, September 16th,

Page 309

1  2006, and that's the top of the
2  e-mail.  Down the chain, it gets,
3  obviously, earlier.
4    EXAMINATION BY MR. BHATNAGAR:
5    Q.  This is an e-mail you're copied on,
6  global_usa@bellsouth.net.
7    A.  Yes.
8    Q.  It's to John Sanders from Malvern
9  Burnett that you're copied.
10    "John:  It is important that
11    the embassy/consular staff not be
12    advised that the work will extend
13    beyond ten months regardless of
14    how long Signal may believe that
15    the temporary need will exist."
16    Did I read that right?
17    A.  Yes.
18    Q.  Does that refresh your recollection
19  as to whether or not Mr. Burnett alerted Signal
20  to the fact that the U.S. consulate would have to
21  be -- would have to not be advised that there was
22  work beyond the ten-month period?
23    MR. ALEXIS:
24    Object to form.
25    MS. BOLLMAN:

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

78  (Pages 306 to 309)

(504)525-1753       HUFFMAN & ROBINSON, INC.       (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 310

1    Object to form.
2    A.   That's -- that's what it says.
3    EXAMINATION BY MR. BHATNAGAR:
4    Q.   Does that refresh your recollection?
5    A.   I don't remember this, it's been so
6    long ago.  I don't -- I don't remember reading
7    it.
8    Q.   I will ask you to read the third
9    e-mail down, which is Friday, September 15th,
10   2006, from Burnett to Sanders.  It says:
11        "John:  In reviewing your
12        e-mail of September 13th to Mitch
13        Waldman of Lott's office, I
14        noticed something that concerns
15        me.  We do not want to publicize
16        the fact that Signal may have a
17        need for temporary workers for the
18        next two to three years because it
19        could jeopardize the granting of
20        temporary work visas for the
21        requested ten month period.  It is
22        the visa applicant's burden to
23        establish that he is coming to the
24        U.S. temporarily for the time
25        requested in the H2B petition.  If

Page 311

1    the consul concludes otherwise,
2    the visa may be denied."
3        Did I read that right?
4    A.   I wasn't reading it with you.  I was
5    listening.
6    Q.   Okay.  I read up to here.  Are you
7    done?
8    A.   No.  I wanted to read the whole
9    thing.
10   MR. KUPPERMAN:
11        Why don't you start at the
12        bottom and read it all the way up
13        so you get the sequence.
14   EXAMINATION BY MR. BHATNAGAR:
15   Q.   Know what, Mr. Pol, I'm going to
16   move on because I think we've covered this area.
17        Earlier, you had stated that you had
18   had questions about cash -- the fact that Sachin
19   Dewan used cash as opposed to using checks, which
20   was your preferred method; is that right?
21   A.   I don't -- I don't want to do
22   business that way is what I said.
23   Q.   Your preference --
24   A.   He can do whatever he wants to with
25   his business.

Page 312

1    Q.   Were there times where you believed
2    that Mr. Dewan had been misrepresenting facts to
3    you regarding collections of money?
4    A.   Yeah.
5    MR. SHAPIRO:
6        Object to form.
7    EXAMINATION BY MR. BHATNAGAR:
8    Q.   And could you describe that?
9    A.   Well, we had -- Mr. Burnett and I
10   had some workers who had told us that they -- I
11   forget exactly what had happened.  There's
12   something about a -- something that they -- that
13   they were told got me -- I'm very tired.  In
14   fact, I need to take a break when we get through
15   with this question because I have to use the
16   toilet.  But there was a question about something
17   somebody said that Sachin told him not to tell
18   us, and I got very upset about it because it was
19   from more than one source, and at that time, I
20   sent a e-mail to Sachin and I just told him that
21   I had somebody record it, even though I didn't,
22   hoping that, you know, he would say, oh, I'm
23   sorry, I -- whatever.  But it, you know, it just
24   turned out that it was a -- you know, it was
25   something that I never could prove but I always

Page 313

1    had a question in my mind about.  And Sachin had
2    never admitted to any of this, and I didn't know
3    if the workers were telling me the truth or if
4    Sachin was telling me the truth.  I was just a
5    little concerned about it.
6    Q.   And I know you want to take a
7    bathroom break, so, I'm going to just ask this
8    one question and then we can take a short break.
9    Is this the e-mail that you referred to that you
10   sent to Sachin Dewan?  And this is DEWAN 1153 and
11   1154.  Marking it as Exhibit 552.
12        (Whereupon, Exhibit Number
13        552 was marked for identification.)
14   EXAMINATION BY MR. BHATNAGAR:
15   Q.   It's an e-mail from Global Resources
16   to Sachin Dewan, copying Malvern Burnett.
17        The question is only:  Is that the
18   e-mail to which you referred?
19   A.   Yes.
20   MR. BHATNAGAR:
21        Do you want to break to use
22        the restroom?
23   THE WITNESS:
24        Sure.  I need to.
25        (Whereupon, a discussion was

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)                    79 (Pages 310 to 313)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

B Obj: 315:13-316:2
IRRELEVANT

B Obj: 316:14-316:19
IRRELEVANT;
HEARSAY

## Page 314

1    held off the record.)
2    EXAMINATION BY MR. BHATNAGAR:
3        Q.   So, Mr. Pol, shortly before we
4    adjourned, I was asking about this e-mail that
5    you had sent to Sachin Dewan, and the -- which
6    has been marked as Exhibit 552.  The e-mail
7    subject heading is "F-ing your friends."  I'll
8    just leave it at that.
9        A.   Thank you.
10       Q.   And I want to ask you, in the e-mail
11   that you and Malvern Burnett write to Sachin
12   Dewan, it says that -- see -- how I do read this?
13       A.   That's to me, you said?
14       Q.   Actually, let me -- well, you know
15   what, I'll ask you about your response to him.
16           "Malvern and I want to
17       believe you . . . that is the
18       problem.  One of the candidates
19       have you recorded telling him
20       these things.
21           "Our hearts want to believe
22       you but our brains are telling us
23       something different."
24           Did I read that right?
25       A.   Yes.

## Page 315

1        Q.   Can you describe what it was that
2    you were accusing him of that he was denying?
3        A.   Of taking money and telling the
4    candidate to tell us that he had refunded money.
5        Q.   So, it was your belief that Sachin
6    Dewan --
7        A.   It was my suspicion.
8        Q.   Suspicion.  Okay.  But suspicion
9    enough that you wrote an obviously very angry
10   e-mail to him?
11       A.   Yes.  You should always wait a day
12   before you do something like this.
13       Q.   So, you suspected that he might have
14   been instructing candidates to tell you that they
15   had been refunded, but he had actually not been
16   refunding them.  Was that your suspicion?
17       A.   That was my suspicion.
18       Q.   And what gave you that suspicion?
19       A.   A candidate that was here that told
20   me that.
21       Q.   Well, could you say -- describe what
22   the candidate told you.
23       A.   Exactly what I just said, that
24   Sachin Dewan told him that he took money and he
25   made him agree to tell us that it was refunded,

## Page 316

1    or he wanted him to tell us that the money had
2    been refunded to him.
3        Q.   How did it come about that the
4    candidate was able to present that story to you?
5        A.   Well, what you have to remember is
6    is that because of the fact that I had such a
7    close relationship with many, many Indian workers
8    that came here to work -- 500 -- had one very
9    dear friend to this day that I talk to weekly,
10   maybe every two or three weeks.  You know, these
11   things get back to me through other people.  And,
12   so, this guy came to me through a friend and told
13   me this.
14       Q.   So, you would -- was he the only
15   person that had told you that story, or had you
16   heard that story from other --
17       A.   No.  I heard it from Malvern as
18   well.  Malvern said somebody came and told me
19   that.  So, we had it from two separate --
20       Q.   Was it the same worker that spoke to
21   Malvern?
22       A.   I don't recall if it was the same
23   worker.
24       Q.   But the allegation was the same?
25       A.   Yes.

## Page 317

1        Q.   That Sachin had instructed these
2    workers to say they had been refunded but
3    actually never gave the money back?
4        A.   And I didn't know what to do, but,
5    of course, it made me angry, and I shot off an
6    e-mail with some bad language that my mother
7    would not appreciate.
8        Q.   And what led you to believe that the
9    workers' story was credible?
10       A.   There's nothing in particular that
11   makes it credible other than when someone makes
12   that allegation, you know.  I'm a former
13   investigator and a police officer.  You know, I
14   wanted to find out.  I wanted to get to the
15   bottom of it.
16       Q.   But you would agree that that e-mail
17   indicates that you were upset about this
18   allegation, right?
19       A.   That, I just hope my mother doesn't
20   see it.
21       Q.   In order for an allegation to make
22   you upset, you have to believe that there's some
23   credibility to it, right, not just an empty
24   story?
25       A.   The credibility is:  Why would

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

80   (Pages 314 to 317)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 330

1 your life, but you would remember a $200,000
2 package. That's what you already testified to.
3     MR. KUPPERMAN:
4         Object to the form of the
5     question. You're being
6     argumentative.
7 EXAMINATION BY MR. BHATNAGAR:
8     Q. Okay. I'll just ask one last
9 question on this. So, it's possible that there
10 were packages that contained more than $200,000
11 in cash.
12     MR. KUPPERMAN:
13         Object to form of the
14     question. Asked and answered.
15     A. I mean, anything is possible. I
16 don't recall that.
17 EXAMINATION BY MR. BHATNAGAR:
18     Q. Okay. Do you remember a man named
19 Varghese Sebastian?
20     A. The same sounds vaguely familiar.
21     Q. Would it -- do you remember him as
22 being an applicant who asked to be refunded?
23     A. I can't -- I mean, I can't recall.
24     Q. Okay. DEWAN 1157, 1158, 1159.
25 Please take a look at this and let me know if it

Page 331

1 refreshes your recollection. It's an e-mail and
2 I'm marking it as Exhibit Number 555. It's an
3 e-mail from Sachin Dewan to Michael Pol, dated
4 May 31st, 2007. I included the entire chain, but
5 my question is just related to this one question
6 that you put on 5/31/07 in relationship to the
7 money that was being sought by Mr. Varghese
8 Sebastian, and your question was: "Does he have
9 a valid visa?"
10         Did I read that right?
11         (Whereupon, Exhibit Number
12     555 was marked for identification.)
13     A. Yes.
14 EXAMINATION BY MR. BHATNAGAR:
15     Q. And Sachin Dewan's response was:
16 "We have cancelled his visa."
17         Did I read that right?
18     A. Yeah.
19     Q. So, my question to you is: What --
20 to the best of your understanding, what did
21 Sachin mean by "We have cancelled his visa"?
22     MR. SHAPIRO:
23         Object to form.
24     A. I don't know what he means by that.
25 I don't know that Sachin would have the authority

Page 332

1 to cancel somebody's visa.
2 EXAMINATION BY MR. BHATNAGAR:
3     Q. Well, that's my next question, is
4 did you understand that he did have the authority
5 to cancel a visa?
6     A. No, I didn't.
7     Q. You mentioned earlier that a worker
8 came to you with this allegation that Sachin
9 Dewan had not given them a refund, but instructed
10 them to tell you that they had been given a
11 refund, right?
12     A. Yes.
13     Q. Were you familiar with the
14 allegation from any worker that Sachin Dewan had
15 cancelled people's visas?
16     MR. SHAPIRO:
17         Object to form.
18     A. Not at -- not at that time. I've
19 heard it since. I don't recall when, but I've
20 heard it, you know, long after.
21 EXAMINATION BY MR. BHATNAGAR:
22     Q. Can you describe how you heard it?
23     A. No, not really. I just remember
24 hearing it.
25     Q. Do you remember who you heard it

Page 333

1 from?
2     A. Not in particular.
3     Q. Was it from a worker?
4     A. I don't think so.
5     Q. But you do remember hearing that
6 Sachin Dewan had cancelled visas?
7     MR. SHAPIRO:
8         Object to form.
9     A. Let me make sure you understand that
10 I have come to know this in the last, you know,
11 year or so, and it hadn't been -- it was way
12 after this was over, the people were working.
13 They were there at Signal.
14 EXAMINATION BY MR. BHATNAGAR:
15     Q. So, you came to know later on that
16 Sachin Dewan had cancelled visas, but at the
17 time, you didn't know; is that fair?
18     MR. SHAPIRO:
19         Object to form.
20     A. I don't know that cancelling a -- I
21 think there's a -- maybe a difference in the way
22 that it's interpreted. I think that Sachin --
23 you know, there's no possible way that he can
24 cancel a visa. I mean, I know this. I mean, he
25 can't do that. That's not for him to do. So, I

Page 338

1    Q.   That's a great question.  Could you
2    answer that?
3    A.   I think maybe that's where I heard
4    it.  I'm not sure.
5    Q.   So, you may have read it in the
6    newspaper that he had held workers' documents or
7    threatened to destroy documents?
8    A.   That's possibly where I heard it.
9    Q.   At any point during the Signal
10   recruitment that you were part of, did you hear
11   those allegations from any workers?
12   A.   I was terminated in November.  I
13   didn't have much to do with any of that.  I
14   stayed away from there.
15   Q.   Understanding that.
16   A.   I didn't hear that from any of my
17   friends.  I didn't hear that.
18   Q.   You did hear from some workers this
19   allegation regarding the refunds, right?  So,
20   these other questions are related to other
21   allegations that you may or may not have heard?
22   A.   I have heard it.  Or I didn't hear
23   it up until I think I saw it up in the media.
24   Q.   So, around that time, to the
25   2007-2006 time period, the only allegation -- I'm

Page 339

1    sorry.  Strike that.
2        The 2007-2006 time period, you had
3    heard allegations regarding Sachin Dewan not
4    refunding money to workers, and instructing them
5    to tell you that he had, right?
6    MR. SHAPIRO:
7        Object to form.
8    A.   I answered that already
9    affirmatively.
10   EXAMINATION BY MR. BHATNAGAR:
11   Q.   Yes.  But you had not heard any
12   allegations at that time regarding cancellation
13   of visas, right?
14   MR. SHAPIRO:
15       Object to form.
16   A.   I just can't remember exactly when I
17   heard it the first time, and I'm sorry.
18   EXAMINATION BY MR. BHATNAGAR:
19   Q.   Okay.  And you also cannot remember
20   if you heard allegations of threatening to
21   confiscate passports or other travel documents.
22   MR. SHAPIRO:
23       Object to form.
24   A.   If I would have heard that, I would
25   have definitely said something about that.

Page 340

1    EXAMINATION BY MR. BHATNAGAR:
2    Q.   So, you don't remember hearing that?
3    A.   No.
4    Q.   Okay.  Now, you mentioned earlier,
5    or just recently that you were terminated by
6    Signal in November of 2006.
7    A.   Yes.
8    Q.   And I want to ask you a little bit
9    about that process.  How did you first come to
10   know that Signal was not happy with Global
11   Resources?
12   A.   They called a meeting.
13   Q.   Okay.  Prior to that meeting, had
14   you had any correspondence with them that
15   indicated that there may be some difficulty in
16   the relationship?
17   A.   No.
18   Q.   Can you describe how the -- how the
19   process began in terms of that meeting?
20   A.   There was a meeting called at
21   Signal.  I went there and there were several
22   people there.  In fact, I think Tracey was there
23   at that meeting.
24   Q.   So, when you say the meeting was
25   called, how were you first notified that they

Page 341

1    wanted to meet with you?
2    A.   Somebody called me.
3    Q.   Do you remember who called you?
4    A.   Maybe John Sanders.
5    Q.   And what did John Sanders say in
6    terms of why they wanted to meet?
7    A.   I don't -- I just remember he said
8    they needed to get a meeting -- needed me to come
9    to a meeting.
10   Q.   He didn't say what the topic of the
11   meeting was?
12   A.   You know, I really don't remember.
13   I don't think he did because I was taken off-
14   guard by the meeting.
15   Q.   That's actually -- that was my next
16   question.
17   A.   Yeah.
18   Q.   So, I mean, when you got to the
19   meeting -- prior to the meeting, did you have an
20   understanding that the meeting was in
21   relationship to fees that you had charged the
22   workers?
23   A.   No.  I don't think I knew that
24   coming into the meeting.
25   Q.   So, you were caught, kind of as you

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)            86  (Pages 338 to 341)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 342

1  said, off-guard?
2      A.  Yeah.
3      Q.  In the meeting -- by hearing that
4  this is why they wanted to meet -- this is why
5  Signal wanted to meet with you?
6      A.  Yeah.
7      Q.  Prior to that meeting, did you have
8  any reason to believe that Global defendants'
9  relationship with Signal had soured in any way?
10     A.  No.
11     Q.  So, let me show you a document
12  that -- this is SIGE0547889.
13     MR. ALEXIS:
14         70 –
15     MR. BHATNAGAR:
16         0547889.
17  EXAMINATION BY MR. BHATNAGAR:
18     Q.  This is an e-mail from John Sanders
19  to Lisa Spears, copying Ron Schnoor.  You are not
20  copied on this e-mail, Mr. Pol, but you are
21  referenced in it.  I just want to ask you about
22  your understanding of the events as they
23  transpired.  It's marked as Exhibit 556.
24         (Whereupon, Exhibit Number
25  556 was marked for identification.)

Page 343

1  EXAMINATION BY MR. BHATNAGAR:
2      Q.  I'll just read it.
3      "Lisa,
4      "I was at the man camp
5  yesterday evening and got to meet
6  the workers.  They complain about
7  the $35 a day boarding charge.
8  After this is deducted, they say
9  it's not worth their while
10 economically to be here.
11 Apparently, that's because they
12 paid Global Resources a great deal
13 of money to get here incurring a
14 third-party debt in the process.
15 This morning an approved worker
16 from Chennai called me to say he's
17 being asked to pay $15,000 and can
18 he come through Signal directly to
19 avoid the high recruiting fee
20 (no).
21     "In one sense, this issue is
22 between Michael Pol and the
23 workers.  Each Indian knows the
24 game upfront and has a decision to
25 make.  On the other hand, it seems

Page 344

1  from past e-mails that we were
2  told a figure of $3,000.  This
3  sounded like a reasonable fee, I'm
4  sure.  Had we known the real
5  number was 12,000 to 15,000, would
6  we still have gone ahead with the
7  H2B initiative?  Maybe not because
8  it increases the risk of unhappy
9  workers, as in fact we're seeing.
10 It also increases the likelihood
11 of the workers absconding at the
12 end of the ten months because they
13 can repay the money only if they
14 stay in the U.S., legally or not."
15         Did I read that correctly?
16     A.  Yes.
17     Q.  In this e-mail, John Sanders appears
18 to be representing that you had told Signal that
19 your charges were approximately $3,000 per
20 worker.
21     MR. KUPPERMAN:
22         Is that a question?
23     MR. BHATNAGAR:
24         No.  My question is to
25 follow.

Page 345

1  EXAMINATION BY MR. BHATNAGAR:
2      Q.  Is that your recollection of what
3  you told Signal?
4      A.  In the very beginning, early on, I
5  had a conversation, a passing conversation, with
6  Bill Bingle.  It was not a very specific
7  conversation at all.  He just said, what are you
8  going to charge these guys?  I said, I'm going to
9  charge them about $3,000.  That was it.  That was
10 the only time ever that money was ever mentioned
11 to Signal.
12     Q.  Is that single conversation?
13     A.  That single conversation.
14     Q.  With Bill Bingle?
15     A.  Prior to the contract even being
16 signed.
17     Q.  And did he respond to you -- did
18 Bill Bingle respond either favorably or
19 unfavorably regarding that amount?
20     A.  He never -- he never said anything.
21     Q.  Did any other Signal employees ever
22 ask you about what fees you were charging prior
23 to that meeting?
24     A.  As in administration, as in a Signal
25 worker?

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

87  (Pages 342 to 345)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 346

```
1        Q.   Signal employees, administration,
2   non-H2B workers, right, the Signal permanent
3   employees that were there, did any other Signal
4   employees ask you about what fees you were
5   charging the workers prior to your November
6   initial meeting with Signal?
7        MS. BOLLMAN:
8            Object to form.
9        A.   No.  They jerked the contract out of
10  my hand as fast as they could.  They couldn't
11  wait.  Nobody said a word.
12  EXAMINATION BY MR. BHATNAGAR:
13       Q.   And the interaction that John
14  Sanders describes with that worker, it -- he
15  states that he -- one of the workers alleged
16  that they paid $12,000, another one alleged that
17  they paid $15,000.  Would you, based upon what
18  you knew about the fees the workers were paying,
19  would you think those fees were actually -- were
20  actual amounts that workers paid?
21       MR. KUPPERMAN:
22           Object to form of the
23       question.
24       MR. SHAPIRO:
25           Object.
```

Page 347

```
1        A.   I don't think so.
2   EXAMINATION BY MR. BHATNAGAR:
3        Q.   So, you don't think any workers paid
4   $15,000?
5        A.   I don't think so.  Maybe if you
6   include, you know, his travel or his airfare or
7   something like that, it's possible, I guess, but,
8   you know, as far as the fee itself, I don't
9   recall anybody paying that much.
10       Q.   What is the maximum you recall
11  anybody paying to be part of the Signal process?
12       A.   I'm going to have to get back with
13  you on that because I don't recall.
14       Q.   Approximately.
15       A.   I just can't give you an
16  approximate.  I don't remember, and I don't think
17  it's good to guess.
18       Q.   Sachin Dewan testified, as we
19  discussed earlier, that the -- some workers paid
20  up to 800,000 rupees.  Would it -- would that
21  number be a number that you would disagree with?
22       MR. KUPPERMAN:
23           Object to form of the
24       question.  Asked and answered.
25       MR. ALEXIS:
```

Page 348

```
1            For the record, how much
2        dollars is 800,000 rupees?  Is
3        that 16,000?
4        MS. WASHINGTON:
5            You can answer the question.
6        There was an objection, but you
7        can answer the question, unless
8        you're instructing him not to
9        answer.
10       MR. KUPPERMAN:
11           If you have any idea, you
12       can answer it.
13       MR. BHATNAGAR:
14           That was Ralph's question,
15       that wasn't my question.
16       MR. KUPPERMAN:
17           I'm saying I have my
18       objection, and if he can answer
19       your question, he can answer it.
20       MR. BHATNAGAR:
21           Could you read the question
22       back?
23       THE COURT REPORTER:
24           Question:  Sachin Dewan
25       testified, as we discussed
```

Page 349

```
1   earlier, that the -- some workers
2   paid up to 800,000 rupees.  Would
3   it -- would that number be a
4   number that you would disagree
5   with?
6        MR. KUPPERMAN:
7            Object to form.
8        A.   I don't know exactly what 800,000
9   equates to, but I guess if Sachin said that, it
10  must be true.
11  EXAMINATION BY MR. BHATNAGAR:
12       Q.   So, you have no reason to believe
13  that that's incorrect?
14       A.   He said it.
15       Q.   Okay.  And, certainly, I mean, one
16  could retroactively go back and find out what the
17  exchange rates were, but is it your general
18  understanding that 800,000 rupees would be
19  between 12 and $20,000?
20       MR. KUPPERMAN:
21           Object to the question.
22       A.   I would need a calculator for that.
23  I don't know what the exchange rate is right now,
24  but I'm sure that it's changed since -- it's
25  probably not in our favor because of the drop of
```

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

88  (Pages 346 to 349)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 350

1    the dollar, but at the time, I want to guess it
2    was probably around 45 to one.
3    EXAMINATION BY MR. BHATNAGAR:
4        Q.    That's about right.
5        A.    So, we would have to divide 800,000
6    by 45 to get a figure.  Am I correct on that?
7        Q.    Let's do it.
8        A.    Between 45 and 48.  What was your
9    number?
10       Q.    Eight hundred thousand divided by, I
11   think, you said, 45?
12       A.    Well, it would be between 45 and 48.
13       Q.    Sure.
14   MR. KUPPERMAN:
15           Does he get a lifeline?
16       A.    That would be 17,777, and if you do
17   it by 48, that would be 16,666.
18   EXAMINATION BY MR. BHATNAGAR:
19       Q.    So, would it be fair to say that if
20   workers paid 800,000 rupees, they were paying
21   between 16,000 -- 16,000 and $18,000?
22   MR. KUPPERMAN:
23           Object to form of the
24       question.
25   MR. SHAPIRO:

Page 351

1           Object to form.
2    EXAMINATION BY MR. BHATNAGAR:
3        A.    It would be mathematically possible.
4        Q.    And you have no reason to believe
5    that Sachin Dewan's representation regarding
6    eight lakh rupees is incorrect, right?
7    MR. KUPPERMAN:
8           Object to form.
9    MR. SHAPIRO:
10          Object to form.
11       A.    He said it.  I guess it must --
12   obviously, I mean, you believe him.  I must
13   believe him, too.
14   EXAMINATION BY MR. BHATNAGAR:
15       Q.    The question, and the reason I ask,
16   and thank you for the math, is that these fees
17   that the workers were communicating to John
18   Sanders, the 12,000 to $15,000, do you believe
19   that those were fees that workers could have
20   actually paid?
21   MR. KUPPERMAN:
22          Object to the form of the
23       question.
24       A.    I think that some workers could
25   have.

Page 352

1    EXAMINATION BY MR. BHATNAGAR:
2        Q.    Some workers could have paid those
3    fees?
4        A.    Yeah.  I think a very low number,
5    though, as compared to, like, the ones that were
6    in the beginning didn't pay that much.
7        Q.    And the ones in the beginning were
8    paying around five lakhs; is that your
9    recollection?
10       A.    I think we've established that, you
11   know, that was what we agreed to.  A lot of
12   times, as I mentioned to you, I took a -- maybe
13   80 people from Dr. Rao that I clearly didn't make
14   but about $1,000 apiece from, and there were --
15   not really that many, but a few that I charged
16   nothing to.
17       Q.    Who were your friends or other
18   associates?
19       A.    Well, they were relatives of
20   friends.
21       Q.    Okay.
22       A.    So, I guess, in the end, there could
23   have been.  Maybe there was somebody that paid
24   that much.  I just don't recall the exact
25   numbers, and I can't -- you know, sitting here

Page 353

1    with no documentation and no point of reference,
2    I can't answer your questions accurately.
3        Q.    I appreciate your best efforts, Mr.
4    Pol.  We're all trying to get to -- just trying
5    to move forward and get as much information as we
6    can.  So, I'm going to show you now the letter --
7    well, let me ask you first --
8        A.    No.  Show me first, please.
9        Q.    I was going to ask you about the
10   meeting because the meeting was something that
11   you were in.  So, you come to the Signal facility
12   and have a meeting, and you mentioned that Ms.
13   Binion was there.  And who else was there?
14       A.    Bill Bingle was there, Ron Schnoor,
15   I believe Lisa Spears was there, John Sanders was
16   there.  Gosh.  That's the people that I remember
17   off the top of my head.  But if you have a
18   document that says who was there, I would love to
19   have it.
20       Q.    Well, I don't have that, but just
21   before I get into the document, I want to ask you
22   what your recollection was of the meeting, like,
23   what -- you know, they -- you all sat down and
24   then someone from Signal said what?
25       A.    I thought Signal was tickled for

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs (D)  Burnett Defs. (B)

89 (Pages 350 to 353)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 354

1  what I did for them. I thought they were very
2  happy. When I walked into that meeting, I was
3  taken totally off-guard. I mean, I had put
4  together a humongous deal involving lots of
5  people in different countries, and I was rather
6  proud of myself, and to go in there and to be
7  cursed at by Ron Schnoor and the way that they
8  treated me in that meeting, I couldn't believe
9  it. I couldn't believe I was talking to those
10  same people who had snatched that contract out of
11  my hand so fast, they wanted to get going, go,
12  go, go. It didn't seem like the same group of
13  people. It was like a Jekyll and Hyde. That's
14  my perception of the meeting. I made some
15  contemporaneous notes about that meeting the very
16  same day. I don't know if that is -- I don't
17  know if we have those. I don't know if those
18  have been produced. I remember making them. I
19  wish I had those in front of me right now to
20  describe to you because I made detailed notes,
21  and I don't know what happened to it.
22     MR. BHATNAGAR:
23        Well, of course, we would
24     request that those be produced,
25     Steve.

Page 355

1     MR. KUPPERMAN:
2        If we have them, we're glad
3     to, because we're looking for
4     them, too.
5     A.  I'm trying to find them. I know I
6  made them.
7     EXAMINATION BY MR. BHATNAGAR:
8     Q.  I will share with you SIGE002082 and
9  SIGE002083, which were produced by Signal and
10  which there's an e-mail attached, but these, I'll
11  represent on the record, are supposedly the notes
12  made by John Sanders during that meeting, and I'm
13  just going to mark them as -- this is Exhibit
14  Number 557.
15        (Whereupon, Exhibit Number
16     557 was marked for identification.)
17     EXAMINATION BY MR. BHATNAGAR:
18     Q.  On the top it says: "Monday,
19  11/20," which I assume was the date of your
20  meeting, 2006?
21     A.  Yes.
22     Q.  He writes: "MP," which I would
23  assume stands for Michael Pol, "$35 a day is
24  ridiculous." That's the top line.
25        Was it your feeling that the $35 a

Page 356

1  day charge to the workers was ridiculous?
2     A.  I'm going to tell you something. I
3  was so shocked when I left that meeting, I don't
4  even know what that was. I have no idea. I
5  don't remember that conversation.
6     Q.  Well, let me ask your opinion on the
7  $35 a day charge. Do you think it's a ridiculous
8  charge?
9     MR. KUPPERMAN:
10        Object to form of the
11     question.
12     A.  I can't really make a guess on that
13  because I don't know, you know. I mean, Signal
14  had a lot of money invested, I know, in this
15  project. So, I can't really say that that was
16  ridiculous.
17  EXAMINATION BY MR. BHATNAGAR:
18     Q.  Well, what's your opinion?
19     MR. KUPPERMAN:
20        Object to the form.
21  EXAMINATION BY MR. BHATNAGAR:
22     Q.  Is it an appropriate charge?
23     MR. KUPPERMAN:
24        Object to the question.
25     A.  I mean, it could be. It could be an

Page 357

1  appropriate charge.
2  EXAMINATION BY MR. BHATNAGAR:
3     Q.  Now, down here, he writes below
4  that, "Ron," which I would assume refers to Ron
5  Schnoor, "Hearing some big numbers" -- "some huge
6  numbers."
7        Then, he writes "MP," which again I
8  would assume refers to you. Some other figures.
9        "3,780 total to me.
10        "Paying 3,900 total.
11        "We do basically what they charge.
12        "Ask Mr. Dewan what he's
13  charging. He collects his own
14  fee.
15        "Total, it's right at
16  $10,000. Number isn't really
17  critical.
18        "Take their visa down to the
19  bank and borrow from them at bank
20  rates. A lot of these guys have
21  cash and they pay since they've
22  worked overseas."
23        Do you remember making any of these
24  statements in the meeting?
25     A.  Yeah, sure.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

90  (Pages 354 to 357)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 358

```
1      Q.   Now, the statement here that says:
2   "Total is right around $10,000," based on what
3   we've discussed earlier today, obviously, there
4   are workers who were paying way more than
5   $10,000, right?
6           MR. KUPPERMAN:
7               Object to form of the
8           question.  You've been asking
9           hypotheticals.  What you've
10          discussed today has nothing to do
11          with whether anybody in fact ever
12          made such payment.
13          MR. BHATNAGAR:
14              Well, actually, that's,
15          respectfully, Counsel, that's
16          incorrect, because Sachin Dewan
17          said there were workers who paid
18          eight lakh rupees, and Mr. Pol
19          testified that he has no reason to
20          believe that's an inaccurate
21          statement and, in fact, that is a
22          statement and we know there are
23          workers that paid eight lakh
24          rupees.
25          MR. KUPPERMAN:
```

Page 359

```
1              I disagree with you.  I have
2          an objection.  We have not
3          established today that somebody
4          made that payment.
5      A.   Please ask me again.
6   EXAMINATION BY MR. BHATNAGAR:
7      Q.   Surely.  Is it your belief, Mr. Pol,
8   that there were people that paid more than
9   $10,000?
10          MR. KUPPERMAN:
11              Object to the question.
12          MR. SHAPIRO:
13              I'll join.
14      A.   I don't know how many times I can
15  answer this.  I mean, there could have been, I
16  guess.
17  EXAMINATION BY MR. BHATNAGAR:
18      Q.   Okay.  So lower on the page, it
19  says:
20              "MP - Max is $10,000,
21          pending exchange rate
22          fluctuations."
23              Do you remember saying that?
24      A.   I'm certain that I must have
25  discussed the exchange rate because that was how
```

Page 360

```
1   when you get paid by -- in rupees, there's an
2   exchange rate, or if you get paid in dirhams,
3   there's an exchange rate.  Certainly, I must have
4   said that.  At certain times, the dollar is
5   stronger and weaker.  So, at any given day, that
6   number is different.
7      Q.   That number is different, but that
8   number -- it's your understanding today that that
9   number is higher for certainly some of the
10  workers, right?
11          MR. KUPPERMAN:
12              Object to the question.
13      A.   I don't know.  I'm getting confused.
14  EXAMINATION BY MR. BHATNAGAR:
15      Q.   Maybe you can tell me this.  So, at
16  this meeting, you said that Ron Schnoor, I think,
17  had cursed at you, right?
18      A.   Yeah.
19      Q.   So, could you describe what that was
20  in relationship to?  How did it get to the point
21  where it was that heated?
22      A.   He told me that we were going to
23  refund -- he said you're going to refund half
24  this money or I'm going to blow this goddamned
25  deal up.  Do you understand me?
```

Page 361

```
1      Q.   And "refund half of this money"
2   means refund half of the payments that the
3   workers had made?
4      A.   All of it, the total, the total that
5   was paid to Mal, the total that was paid to
6   Sachin, he wanted me to refund half to the
7   employees.  How can I do that?  I didn't get
8   half.  I explained that to him.  I didn't get
9   half.  How can I refund half the money?  I'll
10  call Sachin.  I'll call Malvern.
11      Q.   Did you offer to call --
12      A.   I did call them.
13      Q.   And you asked them?
14      A.   I did ask them.
15      Q.   And what was the response that they
16  gave you?
17      A.   No.  The response was no.
18      Q.   Had they agreed to refund half,
19  would you have also agreed to do so?
20          MR. KUPPERMAN:
21              Objection to the question.
22      A.   Yes, I would have.
23  EXAMINATION BY MR. BHATNAGAR:
24      Q.   You would have?
25      A.   I would have.  At that moment, I
```

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

**(504)525-1753      HUFFMAN & ROBINSON, INC.      (800)749-1753**
**ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139**

Page 362

1  would have done it right then.
2      Q.   And why is that?
3      A.   Because I just would have.
4      Q.   Why were you prepared to refund half
5  the money?
6      MR. KUPPERMAN:
7          Object to the question.
8      A.   Because at the time, I just wanted
9  to -- you know, look, you see what a big deal
10 this has blown up into, right?  This could have
11 been prevented, probably.  That's why.  That's
12 why I say what I say.  I want to save a customer.
13 Sure, I would have done it.
14 EXAMINATION BY MR. BHATNAGAR:
15     Q.   Did they communicate to you why they
16 didn't want to do it?
17     MR. ALEXIS:
18         Object to form.
19 EXAMINATION BY MR. BHATNAGAR:
20     Q.   Let me ask it specifically.  Did
21 Sachin Dewan tell you why he didn't want to do
22 it?
23     A.   Mr. Chandra, they told me no flat-
24 out.  There was no explanation.  Not going to do
25 it.

Page 363

1      Q.   They were in agreement?
2      A.   They were not going to do it.
3      Q.   So, following the meeting -- well,
4  actually, one of the points that was -- I --
5  certainly raised in the meeting was that Signal
6  had an understanding of how much you were
7  charging, right?
8      A.   I mean, nobody ever really asked me
9  specifically what the -- we never had this
10 conversation.
11     Q.   So, other than that conversation
12 with Bill Bingle --
13     A.   You know, it was just a -- it was a
14 passing, what are you charging?  Well, what I'm
15 charging is around $3,000.
16     Q.   So, did you bring that up in the
17 meeting?  Did you say, no one has even asked me
18 about this before?
19     A.   Not only did I bring it up in the
20 meeting, I wrote a letter, a response to them
21 that says, hey, I didn't understand you -- you
22 know, come on, we're all adults here.  I mean, I
23 didn't understand that you were asking me what
24 everybody's charging, how the whole thing was
25 going to turn out.  I thought you were asking

Page 364

1  what I'm getting out of the deal.
2      Q.   Okay.  Let me, just for the -- so,
3  following your meeting, Signal sends you a letter
4  in regard to the meeting, right?
5      A.   Right.
6      Q.   And I'm going to show you that
7  letter, which is SIGE0005431 and 5432, and I'm
8  going to ask you to take a look at that.  Do you
9  recognize that document?
10         (Whereupon, Exhibit Number
11         558 was marked for identification.)
12     A.   Yes, I've seen it.
13 EXAMINATION BY MR. BHATNAGAR:
14     Q.   And is that the letter that Signal
15 sent to you after your meeting?
16     A.   Yes, it is.
17     Q.   And in the opening line of this --
18 and this letter is from Ron Schnoor?
19     A.   Right.
20     Q.   And in the opening line of this
21 letter, it says -- tell me if I'm reading it
22 properly --
23         "Earlier this year, when
24         Signal's Indian guest worker
25         program was in its initial stages,

Page 365

1  you advised Signal management that
2  our foreign workers would be
3  paying fees of $2,000.
4      A.   That's what he said.
5      Q.   Is that true?
6      A.   No.
7      Q.   Now, the next sentence is:
8          "Signal relied on this
9  representation.  It seemed
10 reasonable, so we proceeded to
11 enter into an agreement with you."
12         Did I read that right?
13     A.   Yes.
14     Q.   So, is it your recollection that
15 Signal entered into an agreement with you after
16 you gave that representation of how much you were
17 charging?
18     A.   The conversation -- I don't remember
19 whether -- I know it was in the initial stages,
20 but I don't remember -- I'm pretty sure it was
21 before the contract was signed, but I'm not
22 positive.
23     Q.   Okay.  You just don't remember?
24     A.   I just really don't remember, but I
25 know this, that he asked me, what are you making?

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

**(504)525-1753          HUFFMAN & ROBINSON, INC.          (800)749-1753**
**ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139**

Page 130

1  Q. Well, your recollection was workers
2  were going to pay five lakh rupees to be part of
3  J & M, right?
4  A. Yes.
5  Q. Five lakh rupees is 500,000 rupees,
6  right?
7  A. If you say so. I'm not sure.
8  Q. I can represent on the record that a
9  lakh is 100,000, it's a term that's used in
10 India, and five lakhs is 500,000.
11 A. Okay.
12 Q. Now, let me take you to DEWAN 3249
13 and 3250. Okay. That's DEWAN 3249 and 3250, J &
14 M Associates and subsidiaries Contract For
15 Employment. Do you recognize this document, Mr.
16 Pol?
17 A. Yes.
18 Q. And can you describe it?
19 A. This was a Contract For Employment.
20 Q. With J & M Associates?
21 A. Yes.
22 Q. And a worker would sign this
23 contract in order to be enrolled in the program;
24 is that right?
25 A. Yes.

Page 131

1  Q. I'm going to mark this as Exhibit
2  526.
3  (Whereupon, Exhibit Number
4  526 was marked for identification.)
5  MS. BOLLMAN:
6  Would you give me the Bates
7  numbers again, please?
8  MR. BHATNAGAR:
9  Yeah, DEWAN 3249 and 3250.
10 MS. BOLLMAN:
11 Thank you.
12 EXAMINATION BY MR. BHATNAGAR:
13 Q. Okay. Could you read the two
14 whereases out loud?
15 A. "Whereas, J & M Associates is
16 in the business of providing skilled
17 workers for Ship construction in the
18 United States;
19 "Whereas, J & M Associates,
20 Incorporated, in Conjunction with
21 Global Resources, Incorporated,
22 intends to sponsor expert, highly
23 skilled and experienced Shipyard
24 Workers for U.S.A. Green card/
25 Permanent residency status,

Page 132

1  and" --
2  Q. Okay. So, this contract, again,
3  mentions that the goal is permanent residency
4  status in the United States for the worker,
5  right?
6  MR. ALEXIS:
7  Object to form.
8  A. Yes.
9  EXAMINATION BY MR. BHATNAGAR:
10 Q. Okay. I'm going to go to DEWAN 3253
11 and 3254, which is a Global Resources Service
12 Agreement, marking as Exhibit Number 527. Do you
13 recognize this document, sir?
14 (Whereupon, Exhibit Number
15 527 was marked for identification.)
16 EXAMINATION BY MR. BHATNAGAR:
17 Q. Do you recognize this?
18 A. One minute.
19 Q. Oh, sorry.
20 A. Yes.
21 Q. And is that your -- is that where
22 you would be signing at the bottom? It's a blank
23 line, and below that, it says "Michael L. Pol,
24 President"; is that right?
25 A. Yes.

Page 133

1  Q. And that would be where you would
2  sign it on this kind of a contract, right? This
3  particular one is unsigned.
4  A. Yes.
5  Q. Right? Okay. Was this the contract
6  that the workers would sign with Global
7  Resources?
8  A. Yes.
9  Q. Okay. And in this contract, in
10 Paragraph I, tell me if I read this right:
11 "Global will present worker
12 with a contract to sign on behalf
13 of a U.S. company that requires
14 their particular skill for
15 employment in the United States of
16 America under the permanent
17 resident (green card) program.
18 This agreement shall not be valid
19 until and except when the Worker
20 signs an agreement with the
21 sponsoring company and delivers to
22 Global a fee for services
23 described in Paragraph IV below."
24 Did I read that right?
25 A. Yes.

Plaintiffs (P) Signal Defs. (S) Dewan Defs. (D) Burnett Defs. (B)

34 (Pages 130 to 133)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 366

1  Well, "you" is me, right?  And that's what I told
2  him, about $3,000.
3      Q.   And is it -- was it your
4  understanding that Signal was relying on that
5  representation --
6      A.   No.
7      Q.   -- as a basis for entering into the
8  agreement with you?
9      A.   No.  Absolutely not.  I couldn't
10  believe it when this happened.  I was so shocked.
11  I had no idea that they were relying on a
12  conversation that I had, an offhanded
13  conversation I had with Bill Bingle.  I had no
14  idea.
15      Q.   So, the next line of the letter:
16         "Had Signal known that the
17      actual amount paid was $10,000 per
18      person plus visa fees and an
19      airplane ticket, as you told us on
20      11/20, we would not have signed
21      the contract."
22         What was your response to that?
23      MR. KUPPERMAN:
24         To what?
25  EXAMINATION BY MR. BHATNAGAR:

Page 367

1      Q.   To that representation.
2      MR. KUPPERMAN:
3         Other than the letter he
4      told you he wrote?
5      MR. BHATNAGAR:
6         Yeah.  I mean,
7      essentially --
8      THE WITNESS:
9         Do you have the letter?
10      MR. BHATNAGAR:
11         I do have the letter.
12      That's next.
13      THE WITNESS:
14         Can we go by the letter?
15      MR. BHATNAGAR:
16         Sure.  5436, SIGE, and 5437,
17      it's Exhibit 559.
18         (Whereupon, Exhibit Number
19      559 was marked for identification.)
20      MR. BHATNAGAR:
21         And I'm marking it.
22  EXAMINATION BY MR. BHATNAGAR:
23      Q.   Mr. Pol, do you recognize this
24  document?
25      A.   I wrote it.

Page 368

1      Q.   And is this a letter that you wrote
2  in response to Signal's letter?
3      A.   Yes.
4      Q.   Now, in Signal's letter, they write
5  that:
6         "Had Signal known the actual
7      amount paid was $10,000 per person
8      plus visa fees and an airplane
9      ticket, as you told us on 11/20,
10      we would not have signed the
11      contract.
12         "Signal views your
13      misrepresentation as material."
14         Did I read that properly?
15      A.   Yes.
16      Q.   Can you explain to me your response
17  where, right here, the first paragraph:
18         "First, when asked about the
19      recruitment fees to be charged the
20      Indian workers by Global
21      Resources, I correctly advised Mr.
22      Bill Bingle the fee would be
23      approximately 2,000 to $3,000.  I
24      did not understand Mr. Bingle to
25      ask me about additional fees for

Page 369

1      the Indian recruiting agent, or
2      the immigration attorneys that
3      would be necessary for any
4      candidate to obtain an H2B visa,
5      and immigrant visa processing into
6      the United States."
7         Did I read that right?
8      A.   Yes.
9      Q.   So, Signal, in their letter, is
10  alleging that you said that the foreign workers
11  would be paying $2,000.  You're writing in
12  response that you advised Signal that the workers
13  were paying 2,000 to $3,000, right?
14      A.   Yes.  Yes.
15      Q.   Now, correct me if I'm wrong, but I
16  believe earlier you said that there were workers,
17  some workers, who were paying on average -- the
18  workers on average were paying between 3,000 and
19  $4,000 to you, right?
20      A.   Say that again, please.
21      Q.   It's my recollection that earlier,
22  you said the average payment for the workers to
23  you for Signal was between 3,000 and $4,000.
24      MR. KUPPERMAN:
25         Objection.

93  (Pages 366 to 369)

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 378

1 that are still here that told me things about
2 what was going on at Signal as well.
3    Q. So, Sachin did tell you that there
4 were complaints from workers at Signal.
5    MR. SHAPIRO:
6       Object to form.
7    A. Not -- not within 45 days.
8 EXAMINATION BY MR. BHATNAGAR:
9    Q. Putting aside the 45-day question,
10 you were aware that there were some workers who
11 were unhappy at Signal, right?
12    A. There are some workers that are
13 unhappy everywhere.
14    Q. I understand. My question is
15 relating to your understanding at the time -- in
16 this period of time. Was it your understanding
17 that there were some workers who were at Signal
18 who were unhappy?
19    A. Was it my understanding that a
20 worker was unhappy at Signal? A worker? Some?
21 Three? Two? Four? Five? Ten?
22    Q. Was it your understanding that there
23 were any workers who had recruited to go to
24 Signal who were unhappy once they had gotten to
25 Signal?

Page 379

1    A. I had heard that.
2    Q. You had heard that, and you had
3 heard that from Sachin Dewan?
4    MR. SHAPIRO:
5       Object to form.
6    A. Maybe, maybe not.
7 EXAMINATION BY MR. BHATNAGAR:
8    Q. Was Sachin Dewan one of the parties
9 that you heard that from?
10    MR. SHAPIRO:
11       Object to form.
12    A. You know, I tell you something. I'm
13 going to be honest with you. I'm very tired.
14 This has been a long day. This has been years
15 ago that this happened. I can't tell you that.
16 EXAMINATION BY MR. BHATNAGAR:
17    Q. Let me ask an easier question then.
18 This offer for a full refund from Burnett, you
19 and Dewan for any worker within 45 days of his
20 arrival, what steps did you personally take to
21 advertise this opportunity or this offer to any
22 of the workers whom you'd recruited?
23    A. This was the step that I took.
24 Their employer was Signal International, who was
25 in contact with them every day, and I do not know

Page 380

1                                              I
2 don't know that they made them the offer because
3 they terminated my services because they didn't
4 need me anymore.
5    Q. Do you know if Sachin Dewan made the
6 offer to the workers?
7    A. No. He made the offer to me, to --
8 for this letter. He made the offer to me that he
9 would refund and that Malvern would refund
10 anybody within 45 days that was not happy with
11 the conditions.
12    Q. To the best of your knowledge, you
13 communicated this to Signal.
14    A. Yes.
15    Q. To the best of your knowledge, did
16 Sachin Dewan communicate this offer to the
17 workers?
18    A. I have no idea.
19    Q. To the best of your knowledge, did
20 Malvern Burnett communicate this to the workers?
21    A. I have no idea.
22    Q. The best of your understanding, this
23 offer was communicated to Signal, but none of the
24 workers ever heard about it; is that right?
25    A. I don't know that they didn't hear

Page 381

1 about it. Maybe just nobody wanted to go.
2    Q. You don't know.
3    A. It doesn't have to be that they
4 didn't hear about it. I don't know. I'm trying
5 to tell you that.
6    Q. In response to your letter, Signal
7 sends you SIGE5430, which I'm going to mark as
8 560. It's a letter of termination. Do you
9 recognize this document?
10       (Whereupon, Exhibit Number
11       560 was marked for identification.)
12    A. You better believe it.
13 EXAMINATION BY MR. BHATNAGAR:
14    Q. Is this a document that Signal sent
15 you?
16    A. It is.
17    Q. In response to your previous letter?
18    A. Yes.
19    Q. And is that -- actually, let me ask
20 this. So, you had stated earlier that they no
21 longer needed your services. What do you mean by
22 that?
23    A. I had done my part. I had
24 substantially finished my contract with them.
25 What did they need me for? I put this whole

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

96  (Pages 378 to 381)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 382

1 thing together. I got the recruiting done with
2 the recruiter in India. The H2B visas were
3 issued. The caterer was in place. Everything
4 was done. What did they need me for?
5    Q.   So, were you -- did you expect this
6 letter in response to your letter?
7    A.   No, I didn't expect it.
8    Q.   So, what do you mean by "what do
9 they need me for"? Could you clarify that?
10    A.   I can. My job was completed. I was
11 finished. I had done what I -- what my contract
12 said to do.
13    Q.   So, your -- I mean, your contract
14 had been completed, so, you weren't really
15 terminated in your mind, right? I mean, you'd
16 performed your contract and it had ended.
17    MR. KUPPERMAN:
18       Object to the question.
19    A.   I performed everything up till they
20 fired me. Before they fired me, a few weeks
21 before that, they still needed me. It was only
22 after that the people were -- in fact, even more
23 than that, they contacted -- they contacted the
24 caterer. They did all of this without my
25 knowledge. They went to the caterer. They

Page 383

1 negotiated a rate with him around behind my back.
2 They went to Sachin Dewan and to Malvern Burnett
3 behind my back, and they put all of that together
4 before they terminated me. So, they basically
5 went around me all the -- all the information
6 that I had put together, the whole team that I
7 had put together, they went around behind my back
8 and just cut my throat, but it didn't really cut
9 my throat because I had already been paid.
10 EXAMINATION BY MR. BHATNAGAR:
11    Q.   So, did you feel taken advantage of
12 by Signal?
13    A.   Absolutely, I did.
14    Q.   Why did you feel that way?
15    A.   Did you just hear what I said?
16    Q.   I did. I just want to make it
17 clear.
18    A.   I want to make sure you understand
19 what I said. I felt violated.
20    Q.   And you said that it didn't matter
21 to you because you had already collected your
22 money?
23    A.   I mean, I had collected, you know,
24 from the workers that I had put this deal
25 together, I had collected the fee. So, you know,

Page 384

1 really, the firing was they were trying to --
2 you're obviously trying to get after me or blame
3 me for something that I didn't do, and then when
4 Mr. Dewan completed the connection between the
5 workers that were there, then, they got rid of
6 him. When Mr. Burnett finished, I guess, his H2B
7 visa extensions, they terminated him. So,
8 really, you know, I mean, they -- they just got
9 rid of all of us, but only when they -- only when
10 it was convenient for them.
11    Q.   So, do you feel that Sachin Dewan
12 was also taken advantage of by Signal?
13    MR. KUPPERMAN:
14       Object to form.
15    A.   You'll have to ask him.
16 EXAMINATION BY MR. BHATNAGAR:
17    Q.   I mean, your opinion.
18    MR. KUPPERMAN:
19       Object to form.
20    A.   I'd have to ask him. I don't know.
21 EXAMINATION BY MR. BHATNAGAR:
22    Q.   Now, after you were terminated, do
23 you remember communicating with Sachin Dewan
24 regarding monies that you were to be collecting?
25    A.   Yes.

Page 385

1    Q.   And what was your concern regarding
2 the monies that you wanted -- you wanted to
3 collect?
4    A.   I don't understand that question.
5    Q.   Okay. Let me make it easier. I'm
6 going to show you DEWAN 1133. It's an e-mail
7 from Global Resources to Sachin Dewan, Tuesday,
8 December 5th, 2006. I'm going to mark it as
9 Exhibit 561.
10       (Whereupon, Exhibit Number
11       561 was marked for identification.)
12 EXAMINATION BY MR. BHATNAGAR:
13    Q.   This is after you've already been
14 terminated, right, that you sent this e-mail,
15 December 5th, 2006?
16    A.   Yes.
17    Q.   And I'm going to read it and tell me
18 if I've read it properly.
19       "Malvern told me that Signal
20 has contacted him to sign a
21 contract with them. You may get
22 something from them today. If you
23 do, please forward the agreement
24 to me. Also, any e-mails from
25 Signal to you, I'd like to see.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

97 (Pages 382 to 385)

(504)525-1753       HUFFMAN & ROBINSON, INC.       (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 459

1    agreement, Skilled Worker
2    Recruitment Agreement.
3    MR. BHATNAGAR:
4        You have a Bates number on
5    that?
6    MR. SANDLER:
7        We got it.
8    MR. BHATNAGAR:
9        Oh, we got it. Thanks.
10   EXAMINATION BY MS. BOLLMAN:
11   Q.   You testified in November that that
12   is your signature on the page Bates marked
13   SIGE0005444, correct?
14   A.   Yes.
15   Q.   And the date it's signed is April
16   18th, 2006.
17   A.   Yes.
18   Q.   And you just testified that the H2B
19   visa concept was introduced to Signal in May of
20   2006, correct?
21   MR. ALEXIS:
22       Object to form.
23   A.   Yes, but what we were talking about
24   here is -- and if you look at the contract, it's
25   pretty clear -- that we were talking about during

Page 460

1    this contract, we were talking about that we will
2    do either the H2B program and/or the permanent
3    resident process. Signal never made their mind
4    up as to what they wanted to do for sure until
5    after this.
6    EXAMINATION BY MS. BOLLMAN:
7    Q.   Well, my question then is: At
8    what -- when did you first discuss the H2B
9    immigration process with Signal?
10   A.   Miss Bollman, I don't remember. I
11   don't remember the first time we discussed it. I
12   mean, I know it was discussed.
13   Q.   And it was not discussed at your
14   initial meeting with Mr. Schnoor, Mr. Bingle and
15   Mr. Burnett was conferenced in?
16   A.   I don't think it was. I think we
17   were talking about H -- I think we were talking
18   about not H2Bs, but I-140 permanent residents at
19   that particular meeting.
20   Q.   Do you recall any other meetings
21   that you had with Signal management that Mr.
22   Burnett was involved with either by telephone or
23   in person?
24   MR. ALEXIS:
25       Object to form.

Page 461

1    A.   I'm pretty sure we had another
2    meeting with -- Mr. Burnett was present.
3    EXAMINATION BY MS. BOLLMAN:
4    Q.   Do you recall who else was present
5    at that meeting?
6    A.   Mostly the person we dealt with was
7    Bill Bingle, but there may have been -- oh, I
8    remember the meeting. It was at -- it was at a
9    restaurant -- Shell Landing restaurant in
10   Gautier, Mississippi, and Mr. Schnoor was there,
11   Mr. Chris Cunningham was there, and Mr. Burnett
12   and I and Mr. Bingle. So, yes, Mr. Burnett was
13   present at the meeting with the management.
14   Q.   And do you recall when that was?
15   Let me ask it to you this way: Do you recall
16   whether it was before or after you executed the
17   agreement that's marked as Exhibit 423?
18   A.   I'm going to say it was before.
19   Q.   And do you recall what was discussed
20   at this meeting?
21   A.   I think this contract.
22   Q.   Had this contract already been
23   drafted?
24   A.   I don't remember.
25   Q.   Was the permanent residency visa

Page 462

1    process discussed at this meeting?
2    A.   I'm sure it was.
3    Q.   Was the H2B process discussed at
4    this meeting?
5    A.   Possibly.
6    Q.   Was the number of workers Signal
7    wanted to bring -- foreign workers Signal wanted
8    to bring over discussed at this meeting?
9    A.   I don't recall what meeting
10   specifically, in fact, it may not have even been
11   a meeting. It may have been an e-mail or a phone
12   call.
13   Q.   Do you recall anything else that was
14   discussed at this meeting?
15   A.   Well, initially when you asked me,
16   you asked me if Mr. Burnett and I had met
17   personally with any of the management at Signal.
18   Q.   Correct.
19   A.   And I recalled that meeting. And I
20   don't recall exactly when it was or what it was
21   for. I just remember that Mr. Burnett was there
22   at a meeting with Signal. So, I -- I just don't
23   remember. I don't remember the sequence of
24   events.
25   MS. HAROWSKI:

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

16 (Pages 459 to 462)

(504)525-1753                          HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250                  CERTIFIED COURT REPORTERS              NEW ORLEANS, LA 70139

Page 463

1    We're going to take a one-
2  second break to run to the
3  restroom.
4  MS. BOLLMAN:
5    Absolutely.
6  MR. ALEXIS:
7    By the way, I have to take
8  an important phone call at 2:00.
9  I just wanted to tell everybody
10 that.
11 MS. HAROWSKI:
12   We can go off the record.
13   (Whereupon, a discussion was
14 held off the record.)
15 EXAMINATION BY MS. BOLLMAN:
16   Q.   Did Mr. Burnett ever express to
17 Signal his concerns about the difficulties in
18 obtaining H2B visas from India --
19 MS. HAROWSKI:
20   Object to form.
21   A.   Yes.
22 MR. ALEXIS:
23   Object to form.
24 EXAMINATION BY MS. BOLLMAN:
25   Q.   -- for workers from India?

Page 464

1    A.   Yes, he did.  He did share his
2  concerns.
3    Q.   Given the fact that the agreement
4  between Global and Signal, which is marked as
5  Exhibit 423, is executed on April 18th of 2006
6  and that it discusses the H2B and/or permanent
7  resident process, would you say that a
8  substantive discussion of the H2B process was had
9  with Signal prior to the execution of that
10 agreement?
11 MR. BHATNAGAR:
12   Object to form.
13   A.   Yes, I would say that we did discuss
14 with Signal about the H2B process and I'm certain
15 that Mr. Burnett discussed with them how it
16 worked and what his concerns were about the H2B
17 process.  In fact, you know, if you really look
18 at this contract, his concerns show up in this
19 contract, if you look, and it says on Item Number
20 22 on Page 3:
21   "Signal understands and
22   agrees that it is possible that
23   temporary H2B visas may not be
24   issued in a timely manner due to
25   caps set by the U.S. government.

Page 465

1    In any case, the permanent
2    resident (I-140) process will
3    continue as agreed upon."
4  EXAMINATION BY MS. BOLLMAN:
5    Q.   Did you understand what the H2B visa
6  caps set by the U.S. government were?
7    A.   Well, I knew that they had some sort
8  of number that they use on a yearly basis and,
9  you know, I -- it was my understanding that, you
10 know, X amount of visas will be issued for all
11 companies that ask and, you know, once that --
12 I'm assuming that that is the cap that he's
13 talking about, that at the end of the day, when
14 these many visas are issued, then, it's over for
15 maybe that year or for a time period.
16   Q.   And, so, would you say that this was
17 another concern that Mr. Burnett had about
18 potentially bringing H2B workers to Signal from
19 India, because the concern that you initially
20 discussed was the fact that it's difficult to get
21 H2B visas from India in general?
22 MS. HAROWSKI:
23   Object to form.
24   A.   You know, it was my general
25 understanding and, you know, where I gained that

Page 466

1  knowledge from, whether it was from this
2  particular aspect of my career in doing this or
3  whether it was from prior to this, in the 1990s,
4  I don't know where I gained the knowledge.  I
5  just knew that it was difficult.
6  EXAMINATION BY MS. BOLLMAN:
7    Q.   Did Mr. Burnett ever discuss whether
8  there were any conflicts or issues with pursuing
9  H2B visas and permanent resident visas at the
10 same time with -- did he ever have that
11 discussion with Signal?
12 MR. ALEXIS:
13   Object to form; asked and
14 answered.
15   A.   I think I understood it more as a
16 procedural issue.  I understood that,
17 procedurally, you apply for H2B visas and then,
18 at a later date, you can apply for a permanent
19 residence, and that's my understanding.
20 EXAMINATION BY MS. BOLLMAN:
21   Q.   And do you ever recall Mr. Burnett
22 having a discussion about that procedural issue
23 with Signal?
24   A.   Yes, I remember that there were
25 discussions about that.  I just -- I just don't

Plaintiffs (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

17 (Pages 463 to 466)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250         CERTIFIED COURT REPORTERS            NEW ORLEANS, LA 70139

Page 467

1  remember where we were or when it happened. I
2  know that there were discussions about
3  procedurally what you could do and couldn't do
4  with regard to the permanent residence and H2B.
5  Not that it couldn't be done. It's just that it
6  had to be done in a correct manner or fashion.
7  And I guess the proof's in the pudding. Some
8  people have permanent residence that came.
9      Q.  Was it your understanding that if
10 you were successful in obtaining the H2B visas
11 for the workers and they came to Signal on an H2B
12 visa that they would be able to remain in the
13 United States until they got their green card or
14 permanent residence visa?
15     A.  No, that was not my understanding.
16     MR. BHATNAGAR:
17         Object to form.
18 EXAMINATION BY MS. BOLLMAN:
19     Q.  What was your understanding?
20     A.  My understanding was -- is that they
21 may have to go back to India or to their home
22 country, you know, wherever it is, while waiting
23 for permanent residence. Now, that's not to say
24 that it couldn't work out that they could get
25 permanent residence maybe at the end of their H2B

Page 468

1  visa. That was my understanding, that there was
2  a possibility that workers -- H2B visa holders
3  may and perhaps have to go home.
4      Q.  If they had to go home prior to
5  obtaining their permanent resident visa, did you
6  have an understanding as to how long that would
7  be?
8      MR. ALEXIS:
9          Object to form.
10     A.  Not -- not really. I mean, I don't
11 know -- as far as how long they would have to
12 stay at home?
13 EXAMINATION BY MS. BOLLMAN:
14     Q.  Correct.
15     A.  I'm not -- I'm not sure about that.
16 I just know that there was always a possibility
17 that, you know, when your H2B visa is -- is, I
18 guess, expired, that, you know, you have a
19 certain amount of time, unless you have a change
20 of status -- maybe -- did I say that right? Is
21 that the term that they use? That you would, in
22 fact, have to leave the country to remain in a --
23 I'll just call it a legal status so that you
24 wouldn't -- gosh, you're trying to get me to do
25 immigration work here, and I don't know exactly

Page 469

1  what I'm talking about, but I think my
2  understanding is, yes, to answer your question,
3  people may have to go home. For how long? I
4  don't think any of us could come up with a exact
5  number on that amount of days or months or years
6  or whatever it was.
7      Q.  Was that concept, that the workers
8  may have to return to their home country at the
9  conclusion of their H2B visa before they obtain
10 permanent resident status, communicated to
11 Signal?
12     A.  Oh, yes.
13     MR. BHATNAGAR:
14         Object to form.
15 EXAMINATION BY MS. BOLLMAN:
16     Q.  To who?
17     A.  Just in general discussions, I
18 remember that, you know, that Mr. Burnett said,
19 you know, these guys come over for an H2B, but
20 the permanent residence may not kick in until
21 later, and they may end up, in fact, having to go
22 home, and I know that a lot of workers were told
23 the same thing. They understood that.
24     Q.  Were you ever present when a worker
25 was told that?

Page 470

1      A.  I was present. I just don't recall
2  where or at what point. I just know that workers
3  were cautioned that at least in the conversations
4  that I heard, that there was a possibility that
5  they may have to come home prior to getting their
6  permanent residency. The whole idea was, you
7  see, in retrospect, when you look at it, the
8  whole idea was to -- two things. It was a
9  win-win for them and for Signal because Signal
10 could get workers sooner, which they desperately
11 needed, and these guys could be making money at
12 the same time. So, then, they could go home and,
13 you know, they would have made some money and
14 then they would come back when permanent
15 residence process was complete.
16     Q.  What workers do you believe have
17 obtained their permanent resident visas?
18     MS. HAROWSKI:
19         Object to form.
20     A.  You know, I ran into some guys at a
21 Wal-Mart that recognized me that worked for
22 Signal, and they had told me that they had their
23 permanent residence. In fact, one of them pulled
24 out a card, and I didn't know them. They knew
25 me. So, that's how I knew.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

18 (Pages 467 to 470)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                  (800)749-1753
ONE SHELL SQUARE,#250          CERTIFIED COURT REPORTERS           NEW ORLEANS, LA 70139

Page 471

1  EXAMINATION BY MS. BOLLMAN:
2      Q.   And you don't know any of their
3  names?
4      A.   No, ma'am.
5      Q.   I'm going to show you a document
6  which has previously been introduced as Exhibit
7  684.
8      MS. BOLLMAN:
9          For people on the phone, it
10         doesn't have a Bates number. It's
11         a copy of the PowerPoint
12         presentation that Christy
13         produced, and it was introduced at
14         Mr. Burnett's last deposition.
15     MR. BHATNAGAR:
16         Got it. Thanks.
17 EXAMINATION BY MS. BOLLMAN:
18     Q.   Is this a copy of the PowerPoint
19 presentation that was given at the seminars to
20 potential H2B workers for Signal?
21     A.   Yes.
22     Q.   Was this PowerPoint also shown to
23 potential H2B workers for Knights Marine?
24     MS. HAROWSKI:
25         Object to form.

Page 472

1      A.   Yes.
2  EXAMINATION BY MS. BOLLMAN:
3      Q.   Do you know who put this PowerPoint
4  presentation together?
5      A.   Someone at Dewan Consultants.
6      Q.   And did you provide the pictures
7  from Signal to Dewan Consultants?
8      A.   I did.
9      Q.   How did you obtain the pictures from
10 Signal?
11     A.   With a camera.
12     Q.   When did you obtain the pictures
13 from Signal?
14     A.   I don't remember exactly when. I
15 would guess sometime around the signing of this
16 contract.
17     Q.   Who from Signal knew that you were
18 taking these pictures?
19     A.   Bill Bingle knew. Their
20 superintendent knew. He's the one who took me
21 around the yard to take the pictures.
22     Q.   Do you know the superintendent's
23 name?
24     A.   I would know him if I saw him, but I
25 can't remember his name.

Page 473

1      Q.   On Page 4 of the PowerPoint, it
2  lists the minimum qualifications. Did the
3  workers that Global provided to Signal meet these
4  minimum qualifications?
5      A.   Yes, ma'am.
6      Q.   They could all speak, read and write
7  English?
8      A.   My understanding, they all did.
9  Maybe not the kind of English that you and I
10 speak, but --
11     Q.   Whose responsibility was it to
12 confirm that the candidate had the minimum three
13 years experience in the respective field?
14     A.   Well, that was an effort that Mr.
15 Dewan put forth to get certificates from
16 different -- I guess maybe the letters from
17 companies where these people had worked, and
18 those were provided to Signal at the time that
19 these people were tested by Signal.
20     Q.   On the fifth page of the PowerPoint
21 presentation, in the final bullet point, there's
22 a discussion about immigration reform.
23     A.   Which page?
24     Q.   Five. Sorry. Do you know what that
25 was referring to, that bullet point is referring

Page 474

1  to?
2      A.   I think he was referring to a time
3  there was some legislation in Congress to change
4  maybe the guest worker or permanent resident
5  program.
6      Q.   Do you know who provided the
7  information for this bullet point?
8      MR. ALEXIS:
9          Object to form.
10     A.   I can tell you that it wasn't me.
11 EXAMINATION BY MS. BOLLMAN:
12     Q.   Okay. On Page 7, do you know who
13 provided the information for the final bullet
14 point that says "Important Note" on that page?
15     MR. ALEXIS:
16         Object to form.
17     A.   No, ma'am, but it looks like a
18 lawyer wrote it.
19 EXAMINATION BY MS. BOLLMAN:
20     Q.   Did you ever have any discussions
21 with Mr. Burnett about the concept of the third
22 preference employment-based visa category going
23 current in the next -- 12 months period that
24 this is referring to?
25     MR. ALEXIS:

Plaintiffs (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

19 (Pages 471 to 474)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250            CERTIFIED COURT REPORTERS            NEW ORLEANS, LA 70139

Page 475

```
 1          Object to form.
 2      A.  I just don't remember.  I mean, I
 3  remember reading this, but I don't -- I'm pretty
 4  sure that Mal said something to me about this,
 5  but I honestly, to this day, I don't know what
 6  third preference means.
 7  EXAMINATION BY MS. BOLLMAN:
 8      Q.  And on Page 8, you understood that
 9  the workers would be retested when they arrived
10  in the United States; is that correct?
11      MR. ALEXIS:
12          Object to form; asked and
13      answered.
14      A.  Yes.
15  EXAMINATION BY MS. BOLLMAN:
16      Q.  And this information was provided to
17  the workers, correct?
18      A.  Yes.
19      MR. BHATNAGAR:
20          I'm sorry.  We couldn't hear
21      the last question and answer.
22      Could you just read that back,
23      Carol?  Thank you.
24      THE COURT REPORTER:
25          Question:  And this
```

Page 476

```
 1  information was provided to the
 2      workers, correct?
 3          Answer:  Yes.
 4      MR. BHATNAGAR:
 5          Thank you.
 6  EXAMINATION BY MS. BOLLMAN:
 7      Q.  Are you aware of any PowerPoint
 8  presentation other than this one that was shown
 9  at any of the seminars to potential Signal
10  candidates?
11      A.  I am not.
12      Q.  And was the PowerPoint
13  presentation -- this PowerPoint presentation
14  shown at every seminar you attended in India to
15  recruit Signal workers?
16      A.  Yes.
17      Q.  And on Page 3 and Page 5, this
18  PowerPoint presentation references Knights Marine
19  & Industrial Services as well as Signal
20  Corporation, correct?
21      A.  Yes.
22      Q.  When you first approached Signal and
23  met with Signal about bringing foreign workers to
24  Signal, did you plan to use J & M, Indo-Ameri
25  Soft or Zito workers --
```

Page 477

```
 1      MS. HAROWSKI:
 2          Object to form.
 3  EXAMINATION BY MS. BOLLMAN:
 4      Q.  -- as workers at Signal?
 5      A.  I did not.
 6      Q.  You did not?
 7      A.  I did not.
 8      Q.  Why did you decide to use J & M,
 9  Indo-Ameri Soft and Zito candidates for the
10  Signal H2B visas?
11      MS. HAROWSKI:
12          Object to form; asked and
13      answered.
14      A.  I think -- didn't you ask me this
15  earlier?
16  EXAMINATION BY MS. HAROWSKI:
17      Q.  I asked you about J & M, I think.
18          Well, did you decide to use Indo-
19  Ameri Soft and Zito PERM candidates for the same
20  reason you decided to use J & M candidates?
21      A.  It was useful to have people that
22  were already, as I described earlier, in the
23  system and we knew of because of the time frame
24  being so short.  So, we used -- we used them for
25  exactly that purpose because, A, they wanted to
```

Page 478

```
 1  come and, B, we already knew of them and had some
 2  documentation on those people.  In other words,
 3  they were not forced to go to Signal.  Many of
 4  these people approached us.
 5      MS. HAROWSKI:
 6          Just so we have a clear
 7      record before we move on, you
 8      previously had asked why Mr. Pol
 9      decided to allow IAS candidates to
10      go to Signal, not J & M.  The
11      current question should be why
12      also allow J & M.
13      MS. BOLLMAN:
14          Thank you.
15  EXAMINATION BY MS. BOLLMAN:
16      Q.  You said some of the candidates
17  approached you.
18      A.  When I say "me" -- forgive me.  I
19  didn't mean to interrupt you, but when I say
20  "me," I don't necessarily mean me personally.  I
21  mean this was relayed to me from the man on the
22  ground in India.
23      Q.  Who was Sachin Dewan?
24      A.  Well, it could have been Sachin or
25  Manish Dewan or --
```

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

20 (Pages 475 to 478)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250        CERTIFIED COURT REPORTERS        NEW ORLEANS, LA 70139

Page 479

1    Q.   Someone from Dewan Consultants?
2    A.   -- someone from Dewan Consultants.
3    Q.   And what was your understanding of
4  why the candidates were approaching Dewan
5  Consultants about coming to Signal on the H2B
6  visa?  And when I say "the candidates," I mean
7  the people who had previously been recruited for
8  other companies, J & M, IAS or Zito.
9    MR. BHATNAGAR:
10       Object to form.
11   A.   Well, it's real simple.  They saw an
12 opportunity.
13 EXAMINATION BY MS. BOLLMAN:
14   Q.   I'm going to give you an exhibit
15 that's previously been marked as Exhibit 483.
16   MR. BHATNAGAR:
17       Can you give us the Bates
18       number, please?
19   MS. BOLLMAN:
20       I'm sorry.  It's
21       DEWAN000508, and I'm just going to
22       read each page because they're
23       not -- they don't run in
24       sequential order.  000509, 000511,
25       001077, 001078, 001079 and 001080,

Page 480

1  and this is an in globo exhibit
2  from Mr. Dewan's -- who was -- it
3  was initially introduced in Mr.
4  Dewan's deposition.
5    MS. HAROWSKI:
6        While Counsel is reviewing
7        the document, we need a one-second
8        break, but nobody else leave.
9        (Whereupon, a discussion was
10       held off the record.)
11 EXAMINATION BY MS. BOLLMAN:
12   Q.   In the e-mail on the first page,
13 October 10th, 2006, from Mr. Burnett to Mr.
14 Dewan, it seems that -- first of all, let me ask
15 you this:  It says in the opening line:
16       "We (Michael and Malvern)
17       have met and discussed the
18       impending H2B process for Signal
19       International."
20       Do you recall whether this was
21 referencing any specific meeting that you had
22 had -- you and Mr. Burnett had had?
23   A.   No.
24   Q.   In this e-mail, it seems that you're
25 quite -- you and Mr. Burnett are quite adamant

Page 481

1  that you're not going to use J & M, Indo-Ameri
2  Soft or Zito candidates for the Signal foreign
3  worker process.  In the e-mail on the third page,
4  which is Bates numbered 000511, it closes by
5  saying:
6        "We understand the pressure
7        you are feeling but think that if
8        we properly massage the
9        candidates, all of our interests
10       can be secured and maximized."
11       What did you mean by that sentence?
12 Why did the candidates need to be properly
13 massaged?
14   MR. ALEXIS:
15       Object to form.
16   MS. HAROWSKI:
17       Object to form.
18   A.   I didn't write this.
19 EXAMINATION BY MS. BOLLMAN:
20   Q.   Did you see it before it was sent?
21   A.   I don't think so.  I never -- I
22 never saw it.  I just read it just now.
23   Q.   You've never seen it before today?
24   A.   Not this particular -- I don't
25 recall seeing this before.

Page 482

1    Q.   Do you recall having discussions
2  with Mr. Burnett about pressure that Mr. Dewan
3  was feeling from the J & M, Indo-Ameri Soft and
4  Zito candidates?
5    MR. ALEXIS:
6        Object to form.
7    A.   Yes, I remember having some
8  conversation with him about this.
9  EXAMINATION BY MS. BOLLMAN:
10   Q.   And what was the substance of those
11 conversations?
12   MR. ALEXIS:
13       Object to form.
14   A.   I remember having conversations with
15 Mr. Dewan on the phone.  I remember conversations
16 with Mr. Burnett generally about, I guess, some
17 of the things that are in here.
18 EXAMINATION BY MS. BOLLMAN:
19   Q.   Well, describe to me the general
20 problem or situation that created these e-mails
21 and the pressure that Mr. Dewan was feeling.
22   MS. HAROWSKI:
23       Object to form.
24   A.   Well, looking at the date of this,
25 on October 10th, this is basically a month --

Plaintiffs (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

21 (Pages 479 to 482)

Page 483

1  this is a month before Signal personnel started
2  arriving, a month and -- well, maybe a month and
3  a half, and I suspect that there was pressure at
4  that time on Mr. Dewan because a lot of people
5  wanted to come to the U.S. and work. So, they
6  were calling him, they were -- you know, this
7  stuff wasn't a secret. Everybody knew about it.
8  Everybody knew about the fact that we were
9  getting H2B visas, and I think some of these
10 people were pressuring Mr. Dewan to, you know,
11 let them go to the -- to the United States.
12 EXAMINATION BY MS. BOLLMAN:
13     Q.    Would it be a correct statement to
14 say that these candidates, the J & M, Indo-Ameri
15 Soft and Zito candidates, were pressuring Mr.
16 Dewan to let them go to the United States on the
17 Signal H2B visa instead of candidates that you
18 had not previously recruited for any other
19 company?
20     MR. BHATNAGAR:
21         Object to form.
22     A.    Say that one more time.
23 EXAMINATION BY MS. BOLLMAN:
24     Q.    These candidates, the J & M,
25 Indo-Ameri Soft, Zito candidates, is it correct

Page 484

1  to say that the J & M, Indo-Ameri Soft, Zito
2  candidates were pressuring Mr. Dewan to let them
3  go to Signal on the H2B visa instead of Mr. Dewan
4  using candidates who had not previously been
5  recruited for any company?
6      MR. BHATNAGAR:
7          Object to form.
8      A.    Yes. He had pressure on him from
9  these guys. They wanted to come to the United
10 States.
11 EXAMINATION BY MS. BOLLMAN:
12     Q.    Why were you and Mr. Burnett opposed
13 to this initially, bringing the J & M, Indo-Ameri
14 Soft and Zito candidates to Signal on H2B visas?
15     MS. HAROWSKI:
16         Object to form.
17     A.    Well, in one case, you know, take
18 the Indo-Ameri Soft candidates, it was a
19 reduction in monetary gain. It's what we're all
20 here to do, is make money.
21 EXAMINATION BY MS. BOLLMAN:
22     Q.    Well, really, weren't they all --
23 didn't they -- all of the candidates, the J & M,
24 Indo-Ameri Soft and Zito candidates all represent
25 a reduction in monetary gain?

Page 485

1      A.    I mean, I don't remember. I just
2  remember the Indo-Ameri Soft candidates. I don't
3  think there was that many from Zito. I just
4  don't remember the number. I don't know how many
5  were -- you know, how many were taken, how
6  many -- I just don't remember all the details.
7      Q.    Well, you said that the IAS -- one
8  reason why you and Mr. Burnett were opposed to
9  bringing the J & M, Indo-Ameri Soft and Zito
10 candidates to Signal on H2B visa was that IAS,
11 Indo-Ameri Soft, was a reduction in monetary
12 gain. Was there any other reasons that you
13 were -- you and Mr. Burnett were initially
14 opposed to bringing the J & M, Indo-Ameri Soft
15 and Zito candidates to Signal on H2B visas?
16     A.    I don't remember.
17     Q.    If you could look at Page 001079.
18     MR. BHATNAGAR:
19         Could you say that number
20 again? Thank you.
21     MS. BOLLMAN:
22         001079.
23 EXAMINATION BY MS. BOLLMAN:
24     Q.    And in Item Number 1, and this is an
25 e-mail from Mr. Dewan to Global Resources and

Page 486

1  Malvern Burnett -- and in Item Number 1, it says:
2          "You told me over phone that
3      Billy Wilks has agreed to let
4      these candidates come over at
5      $1,000 per candidate, which you,
6      me and Mal would split equally."
7      Did you have an agreement with Mr.
8  Wilks that he would be paid $1,000 for every J &
9  M candidate that was sent to Signal on an H2B
10 visa?
11     A.    No.
12     Q.    Did you ever tell Mr. Dewan that you
13 had reached that agreement with Mr. Wilks?
14     A.    I don't remember telling him that.
15     Q.    Did you ever have any kind of a
16 discussion like that with Mr. Wilks, about paying
17 him to use his candidates for Signal H2B visas?
18     A.    I just don't recall a conversation
19 like that.
20     Q.    Did you ever pay any money to Mr.
21 Wilks for the J & M candidates that went to work
22 for Signal on an H2B visa?
23     A.    Nope.
24     MS. BOLLMAN:
25         It's 12:10, and that's all I

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

22 (Pages 483 to 486)

(504)525-1753                        HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE, #250            CERTIFIED COURT REPORTERS           NEW ORLEANS, LA 70139

Page 487

1  have on this exhibit.  So, I think
2  we should break now, maybe try to
3  get back at 1:00 and I'll go
4  through my outline at lunch.
5  MS. HAROWSKI:
6      That sounds like a good
7  plan.
8      (Whereupon, a discussion was
9  held off the record.)
10 EXAMINATION BY MS. BOLLMAN:
11     Q.   I'm going to be starting with
12 Exhibit 484, Bates Number DEWAN001085.
13 MR. BHATNAGAR:
14     Did both sides have a chance
15 to look at what I e-mailed to
16 Christy?
17 MS. HAROWSKI:
18     Yes.  We both had a chance
19 to look at it.
20 MR. ALEXIS:
21     Here is my comment.  What
22 page of the deposition was the --
23 MR. BHATNAGAR:
24     The page of the deposition
25 is Page 182, Line 24.  And my

Page 488

1  question is:
2      "To the best of your
3  knowledge, what did Mr. Dewan mean
4  when he said I will ok with
5  Knights?"
6      And I actually meant what
7  did Mr. Burnett mean, since he's
8  the person writing it.
9  MR. ALEXIS:
10     And I have no problem with
11 you changing to "what did Mr.
12 Burnett mean" because I objected
13 to the form of the question.  My
14 only concern would have been that
15 Mr. Pol wasn't a party to the
16 e-mail, and I did object.  So, I
17 have no problem with you changing
18 the name to -- from "Dewan" to
19 "Burnett."
20 MR. BHATNAGAR:
21     Okay.  Should I do that on
22 the record, Carol?
23 MR. ALEXIS:
24     You just did.  I think we're
25 all agreeing that that's what you

Page 489

1  meant to say.
2  MR. SHAPIRO:
3      Was there an issue with the
4  number of pages, Chandra?  Was the
5  one in the record one page and now
6  there's -- and now you've got two?
7  MR. BHATNAGAR:
8      Well, in the transcript, it
9  actually references both 307 and
10 308 of DEWAN.  I e-mailed both to
11 Christy and, so, it should be
12 complete now in the exhibits.
13 MS. HAROWSKI:
14     We're going to put the copy
15 with two pages into Carol's
16 binders that has all of the
17 exhibits instead of the one page
18 that's currently in there.
19 MR. BHATNAGAR:
20     Great.  Thank you very much,
21 guys.
22 EXAMINATION BY MS. BOLLMAN:
23     Q.   Now, for the record, just so it's
24 clear, we are looking at a document previously
25 marked as Exhibit 484, and it's Bates Number

Page 490

1  DEWAN001085, and my question is:  After the date
2  of this e-mail, which is Saturday, October 14th,
3  2006, did J & M agree to let their permanent
4  resident visa candidates go to Signal on H2B
5  visas?
6  MR. ALEXIS:
7      Object to form.
8      A.   As I recall, they did.
9  EXAMINATION BY MS. BOLLMAN:
10     Q.   And who agreed to this on behalf of
11 J & M?
12     A.   Mr. Billy Wilks.
13     Q.   Did J & M believe that the
14 candidates -- their candidates that had gone to
15 work for Signal on H2B visas would come to work
16 for J & M when they received their green cards?
17 MS. HAROWSKI:
18     Object to form.
19 MR. ALEXIS:
20     Object to form.
21     A.   I don't know what he -- what he
22 believed.  I'm not sure.
23 EXAMINATION BY MS. BOLLMAN:
24     Q.   Did you ever have any discussions
25 with him about that?

Plaintiffs (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

23 (Pages 487 to 490)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250          CERTIFIED COURT REPORTERS          NEW ORLEANS, LA 70139

Page 491

1    A.  Miss Bollman, I'm sorry, I just
2  don't remember specifically about that particular
3  question.
4    Q.  Did J & M receive any compensation
5  for allowing the workers that it had petitioned
6  for permanent resident visas to go to work for
7  Signal on H2B visas?
8    A.  I've already answered that, but I'll
9  tell you again: No.
10    MR. BHATNAGAR:
11    Object to form.
12  EXAMINATION BY MS. BOLLMAN:
13    Q.  Did you ever tell Signal that some
14  of the workers that were coming to work for it on
15  H2B visas had approved PERMs for J & M?
16    A.  I don't know that anybody had an
17  approved PERM.  So, I don't guess I could have
18  said that.
19    Q.  Did you ever tell Signal that some
20  of their H2B workers had previously begun the
21  permanent resident process through J & M?
22    A.  Yes.
23    Q.  Who did you tell?
24    A.  Bill Bingle.
25    Q.  When did you tell him?

Page 492

1    A.  I don't remember.  Probably sometime
2  along this time frame.
3    Q.  Do you remember what you
4  specifically told him?
5    A.  Specifically that, that some of
6  their H2B workers were going to be candidates
7  that had previously applied with other companies.
8    Q.  Was the opportunity to go to work at
9  Signal on an H2B visa offered to every Indian
10  worker who had applied for permanent residence
11  through J & M?
12    MR. BHATNAGAR:
13    Object to form.
14    A.  Please ask that question again.
15    MS. BOLLMAN:
16    I'll have Carol read the
17  question back, please.
18    THE COURT REPORTER:
19    Question: Was the
20  opportunity to go to work at
21  Signal on an H2B visa offered to
22  every Indian worker who had
23  applied for permanent residence
24  through J & M?
25    MR. BHATNAGAR:

Page 493

1    Object to form.
2    A.  I don't know the answer to that
3  question.
4  EXAMINATION BY MS. BOLLMAN:
5    Q.  Who would?
6    A.  I don't know the answer to that
7  question.
8    Q.  Did you have any discussions with
9  any of the J & M candidates about going to work
10  at Signal on the H2B visa?
11    A.  Me personally?
12    Q.  Yes, you personally.
13    A.  No.
14    MR. ALEXIS:
15    I'm sorry.  Would you read
16  that question and answer back for
17  me, please?
18    THE COURT REPORTER:
19    Question: Did you have any
20  discussions with any of the J & M
21  candidates about going to work at
22  Signal on the H2B visa?
23    Answer:  Me personally?
24    Question: Yes, you
25  personally.

Page 494

1    Answer:  No.
2    MR. ALEXIS:
3    Thank you.
4  EXAMINATION BY MS. BOLLMAN:
5    Q.  Did you ever have any discussions
6  with any of the J & M candidates about what would
7  happen to their permanent resident visa process
8  with J & M after they came to work at Signal on
9  H2B visa?
10    A.  No.
11    MR. BHATNAGAR:
12    Object to form.
13  EXAMINATION BY MS. BOLLMAN:
14    Q.  Did you ever give any instructions
15  to any of the Signal H2B candidates before their
16  interview at the U.S. consulate for their H2B
17  visa?
18    A.  Me personally?
19    Q.  You personally.
20    A.  No.
21    MR. BHATNAGAR:
22    Object to form.
23  EXAMINATION BY MS. BOLLMAN:
24    Q.  Did you ever instruct any of the
25  Signal H2B candidates on how to complete their

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

24 (Pages 491 to 494)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE, #250          CERTIFIED COURT REPORTERS          NEW ORLEANS, LA 70139

Page 519

1  Can I ask you a question?
2  MS. HAROWSKI:
3      Sure.
4      (Whereupon, a discussion was
5  held off the record.)
6  MR. ALEXIS:
7      I have no further questions.
8  Thank you.
9  MR. BHATNAGAR:
10      Christy, I have a couple of
11  documents I need to e-mail you for
12  our redirect.  Can we arrange for
13  that?
14  MS. HAROWSKI:
15      Yes.  Why don't you e-mail
16  them now and I'll have my
17  secretary print them out while
18  Steve does his questions.
19      (Whereupon, a discussion was
20  held off the record.)
21  EXAMINATION BY MR. SHAPIRO:
22      Q.   Mr. Pol, we've already met.  I'm
23  Steve Shapiro, and I represent Sachin Dewan and
24  Dewan Consultants.
25      A.   Yes, sir.

Page 520

1      Q.   I've just got a few questions for
2  you.  First question is:  Based on your personal
3  knowledge, would you say that Signal, in its
4  recruitment effort, wanted to get as many workers
5  as they needed as quickly as possible?
6  MS. BOLLMAN:
7      Object to form.
8  MR. SHAPIRO:
9      Christy walked out of the
10  room.
11      A.   Yes.  There was a great sense of
12  urgency in every phone call, every discussion.
13  There was a tremendous sense of urgency from
14  Signal to get the job done quickly.
15  EXAMINATION BY MR. SHAPIRO:
16      Q.   Okay.  And do you feel like all the
17  steps that you took in connection with the
18  recruitment process were satisfactory and timely?
19      A.   Yes.  As I mentioned in an earlier
20  deposition, I mean, Signal literally snatched my
21  arm off to sign that contract and get going.
22  They needed people badly and we did everything
23  humanly possible to get them the people that they
24  needed when they needed them and, you know, at
25  the end of the day, it was -- it didn't cause

Page 521

1  Signal any harm at all to terminate me because I
2  had already performed.
3      Q.   And with respect to my clients, Mr.
4  Dewan and Dewan Consultants, would you say that
5  they did everything they could within their power
6  to get the job done, or their portion of the job
7  done for Signal?
8  MS. BOLLMAN:
9      Object to form.
10  EXAMINATION BY MR. SHAPIRO:
11      Q.   When I say "job," I mean the
12  recruitment effort in India.
13      A.   Yes, they did.
14      Q.   Okay.  And the same question
15  essentially for Mr. Burnett.  You feel that Mr.
16  Burnett did everything that he possibly could
17  do --
18      A.   Yes.
19      Q.   -- to complete the recruitment
20  process?
21      A.   (Nods head affirmatively.)
22  MS. BOLLMAN:
23      Object to form.
24  EXAMINATION BY MR. SHAPIRO:
25      Q.   Now, in connection with — you are

Page 522

1  aware that Signal sent representatives to India
2  to test the job candidates?
3      A.   From the Global Resources side or
4  after they terminated everybody and did it
5  theirself?
6      Q.   Well, right from the get-go, from
7  the very beginning, you're aware, when you were
8  involved and under contract with Signal, you were
9  aware that Signal sent representatives?
10      A.   You bet, I was.
11      Q.   And you saw some of the testing with
12  your own eyes?
13      A.   I did.
14      Q.   Did you see the vast majority of the
15  testing?
16      A.   I saw some testing and I was there
17  for at least three different occasions of
18  testing, and there were Signal employees there on
19  all of those -- in fact, I met them at the
20  airport once.
21      Q.   And you may have covered this, but
22  do you remember who from Signal came to India to
23  oversee the testing?
24      A.   Yes.  Albert Taft.  Forgive me.  I
25  can't remember --

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

31 (Pages 519 to 522)

(504)525-1753                     HUFFMAN & ROBINSON, INC.                     (800)749-1753
ONE SHELL SQUARE,#250          CERTIFIED COURT REPORTERS          NEW ORLEANS, LA 70139

Page 523

1   Q.   Would it be Wade Shause?
2   A.   Shause.
3   Q.   W. A. Shause.
4   A.   W. A. Shause, that is correct.  And
5   there was also a guy from Texas, José, and I
6   can't remember José's last name.  Really nice
7   guy.
8   Q.   Was José under the employ of Signal?
9   A.   Yes, he was an employee of Signal.
10   Q.   Did anyone from Signal communicate
11   to you that they were satisfied with the testing
12   with the job candidates who ultimately came to
13   Signal to work?
14   MS. BOLLMAN:
15      Object to form.
16   A.   The answer is yes, and it was an
17   emphatic great job, best people I've ever seen,
18   best -- I mean, it was these guys were just
19   elated and, in fact, I sat -- I was on the phone
20   listening to one of them describe to Bill Bingle
21   how wonderful the candidates were that -- that
22   they had tested.
23   MR. SHAPIRO:
24      And with that, I have no
25      further questions.  Thank you, Mr.

Page 524

1   Pol.
2   MS. HAROWSKI:
3      Plaintiffs are up next.  I
4      see that you have forwarded your
5      e-mail.  I will go check with my
6      secretary to see about them.
7      (Whereupon, a discussion was
8      held off the record.)
9   EXAMINATION BY MR. BHATNAGAR:
10   Q.   Good afternoon, Mr. Pol.
11   A.   Hey.
12   Q.   I wanted to thank you for your time
13   again today and wanted to also remind you that
14   while we're not there in person, obviously, all
15   of the conversations and the rules that we said
16   when we set out apply.  If you have any
17   difficulty understanding me or hearing me, please
18   let me know, and I'll be glad to reask the
19   question.  Does that make sense?
20   A.   Yes, sir.  Thank you.
21   Q.   I'd like to begin by showing you a
22   document that Ms. Bollman showed you earlier
23   today.  It's DEWAN001152.  I will ask the
24   assistance of whoever is sitting closest to you
25   to pass it to you.

Page 525

1   MS. HAROWSKI:
2      He has it.
3   EXAMINATION BY MR. BHATNAGAR:
4   Q.   Do you recognize this document from
5   when you looked at it earlier?
6   A.   I do.
7   Q.   I want to ask you about the third
8   point in the document, where you say:
9      "Malvern is still applying
10      for their permanent residence and
11      extensions."
12      You're obviously referring to
13   Malvern Burnett, right?
14   A.   Yes, sir.
15   Q.   And was it your opinion at the time
16   that you wrote this e-mail, which was April 10th,
17   2007, that Malvern Burnett was indeed applying
18   for permanent residence and extensions for the
19   workers at Signal?
20   A.   Yes.  I was under the impression
21   that he was -- that he was if not -- if not had
22   already applied, that he was going to apply at
23   some point in time.
24   Q.   So, would it be more accurate to say
25   that you believed he would apply for permanent

Page 526

1   residence and extensions, but that he had not yet
2   done so?
3   MS. HAROWSKI:
4      Object to form.
5   A.   I don't know that he had done it,
6   but it was my opinion that he would do it.
7   EXAMINATION BY MR. BHATNAGAR:
8   Q.   What was that opinion that you had
9   based upon?
10   A.   Mr. Burnett told me he would do it.
11   Q.   Told you that he would apply for
12   those extensions and permanent residence
13   applications?
14   A.   He did.
15   Q.   And did Mr. Burnett communicate to
16   you when he told you that that the -- about the
17   priority dates and when they might become
18   current?
19   A.   I don't remember any of that.  I
20   know there was something about dates and all, but
21   I don't remember specifically about that.
22   Q.   Do you remember when the priority
23   dates became current?
24   MS. HAROWSKI:
25      Object to form; asked and

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

32 (Pages 523 to 526)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250          CERTIFIED COURT REPORTERS          NEW ORLEANS, LA 70139

Page 527

1    answered.
2        A.   Forgive me, Mr. Chandra.  I don't --
3    I'm not sure I exactly understand what a priority
4    date is.
5    EXAMINATION BY MR. BHATNAGAR:
6        Q.   Okay.  The -- when -- strike that.
7    I'll ask it this way.
8            In Point Number 6, you say:
9            "Mistakes were made by
10           Signal in handling the employees."
11       A.   Yes.
12       Q.   Can you elaborate as to what those
13   mistakes were?
14       A.   Yes.  First of all, I'd like to
15   qualify it by saying I was not at Signal and most
16   of the things I saw were as a result of news
17   media coverage, and, also, I'd like to qualify
18   this by saying, you know, I had at one time 450
19   Indian employees from India that worked for me
20   right across the river from where we're sitting
21   right here, at Avondale Shipyard.  Of course,
22   when you have 450 people, you have some problems,
23   but I had no problems like this.
24           I can back up to the very beginning.
25   When I first saw the man camp, we'll call it, at

Page 528

1    Signal, I was very concerned about how close they
2    were putting people and about the -- I shared
3    that with John Sanders.  So, I did see the man
4    camp.  I was -- I didn't realize how tight they
5    were going to pack people in there.  That was the
6    extent of my personal knowledge of it.  I just
7    thought that was a little cramped.  You know, the
8    news reports, I saw that about guys wanting to,
9    you know, enjoy theirself, drink a beer or
10   something like that, and Signal wouldn't allow
11   them to do it.  And that's about the extent of
12   it.
13       Q.   You said that -- you mentioned your
14   concerns about the cramped quarters to John
15   Sanders?
16       A.   Yes.
17       Q.   Do you remember when you brought
18   that to his attention?
19       A.   Yeah, before it was ever occupied.
20       Q.   So, even prior -- so, prior to
21   November of 2006?
22       A.   Yes.
23       Q.   And do you recall his response?
24       A.   He said that if it was -- if it was
25   not satisfactory, that they would do -- you know,

Page 529

1    that they would make it bigger or move them
2    around or do whatever they could do to -- I mean,
3    he just kind of blew it off.  Actually, he told
4    me that Ron Schnoor liked it, and that's all that
5    mattered.
6        Q.   I'm sorry.  He told that you Ron
7    Schnoor thought that -- he liked the setup and
8    that that was all that mattered?
9        A.   Yes.
10       Q.   And did you follow up with him
11   subsequent to that conversation about your kind
12   of continued concerns?
13       A.   You know, I just -- I just recall
14   having the conversation with him, and this was,
15   of course, prior to all the people that got there
16   and, unfortunately, I was terminated and they
17   didn't -- they didn't want my opinion after that.
18       Q.   Did you raise this concern with
19   anybody other than John Sanders?
20       A.   I don't recall.  You know, John
21   Sanders was like the guy that was in charge of
22   all of this.  He was the one that if you wanted
23   to do something there, he was the guy -- he was
24   Signal's guy.  I think I raised the question with
25   the right guy.

Page 530

1        Q.   Apart from Signal employees, did you
2    raise this concern with Mr. Dewan or Mr. Burnett?
3        A.   You know, honestly, looking back on
4    it, it -- it was difficult to look at an empty
5    place and determine with all certainty that it
6    was going to be too cramped.  So, I did not raise
7    the question at the time, and even when I did go
8    in there when there were some employees that had
9    come in, it was still kind of open because of the
10   fact that, you know, that all of the employees
11   hadn't arrived yet.  So, you know, at the time,
12   it was not as big a concern as it would have been
13   for me later, when all of the people arrived.
14   You know, I've seen pictures, newspaper accounts
15   and things of the cramped conditions.
16       Q.   You mentioned that Sachin Dewan
17   stayed with you in January of 2007.
18       A.   Yes.
19       Q.   When he stayed with you, did any of
20   these issues come up?
21       A.   I don't think so.
22   MR. SHAPIRO:
23       Object to form.
24   EXAMINATION BY MR. BHATNAGAR:
25       Q.   Do you recall Sachin Dewan ever

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

33 (Pages 527 to 530)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250           CERTIFIED COURT REPORTERS            NEW ORLEANS, LA 70139

Case 2:08-cv-01220-SM-DEK   Document 2289   Filed 02/23/15   Page 64 of 129

4      Object to form.
5      A.   Well, I know that Sachin -- I know
6  that Sachin and I did talk about the problems at
7  Signal and, you know, I think the cramped
8  conditions were one of them, but the food was
9  something else, too, you know.  The food was --
10  they didn't like the food either.
11  EXAMINATION BY MR. BHATNAGAR:
12     Q.   And, so, you were saying that Sachin
13  Dewan talked with you about the problems at
14  Signal?
15      MR. SHAPIRO:
16        Object to form.
17     A.   Yeah, we had some discussions about,
18  you know, the things that were going on that he
19  knew about or that he heard about from some -- I
20  guess, people that he may have talked to that
21  were there.
22  EXAMINATION BY MR. BHATNAGAR:
23     Q.   And what were his concerns?
24      MR. SHAPIRO:
25        Object to form.

---

Page 532

1     A.   I'm sorry, Chandra.
2  EXAMINATION BY MR. BHATNAGAR:
3     Q.   I'm sorry.  You said that he
4  mentioned to you concerns that he had heard from
5  other people that were there, like, I assume,
6  workers.  What were Mr. Dewan's concerns as he
7  communicated them to you?
8      MR. SHAPIRO:
9        Object to form.
10     A.   Well, that's where I got the
11  information that I just gave you a minute ago.
12  It was from, you know, conversations with Sachin.
13  I mean, it starts to run together after some
14  time, but, I mean, I know I talked to Sachin
15  about this, but I also know that I saw newspaper
16  articles and pictures and accounts from other
17  people that were public knowledge.  So, you know,
18  I don't remember specifically what Sachin told
19  me, but I do know that it had something to do
20  with food and cramped conditions.
21  EXAMINATION BY MR. BHATNAGAR:
22     Q.   Okay.  Great.  I next would like to
23  show you Exhibit Number 684, which is the
24  PowerPoint presentation, and I will begin by
25  asking the assistance of whoever is close by to

---

4  PowerPoint, would you take a look at that?  It is
5  the Employee Introduction & Benefits page, and
6  the first two bullet points are the names of
7  Knights Marine and then Signal.
8     A.   Yes.
9     Q.   And the third bullet point says --
10  do you see that?
11     A.   Yes.
12     Q.   And then the third bullet point
13  says -- and I will read from it:
14        "Offering Employment Based
15     Green Cards sponsorship and option
16     of H2B Temporary work visas.  (All
17     Green Card applicants will
18     automatically be enrolled as H2B
19     candidates, however, it is not
20     guaranteed that they are approved
21     with H2B visas which will bring
22     them to United States within six
23     months.  This will not affect the
24     'Employment-based Green Card'
25     process.)"

---

Page 534

1        Did I read that correctly?
2     A.   Yes.
3     Q.   Was this essentially the offer that
4  was made to the workers if they were to enroll in
5  this process with Signal?
6      MS. BOLLMAN:
7        Object to form.
8     A.   I don't know that this was an offer.
9  I think this was -- the offer was separate and
10  apart from this.  This was a seminar and,
11  frankly, I didn't write this and, you know, I
12  just got -- I ended up with a copy of it.  So,
13  I'm not sure exactly, you know, other than just
14  general information.
15  EXAMINATION BY MR. BHATNAGAR:
16     Q.   I asked if it was an offer because
17  it says: "Offering Employment Based Green
18  Cards."
19     A.   Well, you know --
20      MR. SHAPIRO:
21        Object to form.
22     A.   I don't -- I don't know that it is
23  the offer.  So, I guess if I understand your
24  question correctly, then, I would say, no, it's
25  not the offer of employment.

---

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

34 (Pages 531 to 534)

1  bringing up similar concerns with cramped
2  quarters or overcrowded workers to you?
3      MR. SHAPIRO:

1  assist you in having that.
2      A.  I have it.
4      Q.  Now, the third page of the

Page 535

1  EXAMINATION BY MR. BHATNAGAR:
2      Q.  Okay.  Well, how would you
3  characterize the offer of employment?
4      A.  Well, the offer of employment with
5  Signal was attached -- I've seen it.  I mean, it
6  was the official offer of employment somewhere.
7      Q.  Do you disagree with any of the
8  terms in this particular bullet point?
9      MR. SHAPIRO:
10         Object to form.
11     A.  I don't know that I disagree with it
12  except that maybe they got them -- maybe they got
13  their -- whatever Manish or Sachin Dewan, whoever
14  wrote this, whenever they put it in here, they
15  might have gotten them out of order.
16  EXAMINATION BY MR. BHATNAGAR:
17     Q.  Are there any terms in this bullet
18  point that you think mischaracterize the process?
19     MR. SHAPIRO:
20         Object to form.
21     A.  Ask me the question again.
22  EXAMINATION BY MR. BHATNAGAR:
23     Q.  Are there any terms in this third
24  bullet point that I just read into the record
25  that you believe mischaracterize the process?

Page 536

1      MR. SHAPIRO:
2          Object to form.
3      A.  No, I don't think it
4  mischaracterizes it.
5  EXAMINATION BY MR. BHATNAGAR:
6      Q.  Now, this PowerPoint was, to the
7  best of your knowledge, shown at every single one
8  of the seminars, right?
9      A.  It was certainly shown at the ones
10  that I was attending.
11     Q.  It was shown at the one that you
12  attended?
13     A.  Yes.
14     Q.  And it's your belief that it was
15  also shown at the ones that you were not in
16  attendance at?
17     A.  I can't say with all certainty, but
18  I believe it was.
19     Q.  Okay.  Can I ask you to look at
20  Slide Number 5?
21     A.  Sure.
22     Q.  And the fourth bullet point down.  I
23  will also read that to you.
24         "Validity of Visa could be 9
25  to 11 months and could also be

Page 537

1  renewed for another 11 months
2  period.  Within this period the
3  company shall proceed with
4  sponsoring the worker for their
5  'Employment Based Green Card.'"
6         Did I read that right?
7      A.  Yes.
8      Q.  Do you understand that to be one of
9  the terms that the workers would be benefitting
10  from where they would enroll in this process?
11     MS. HAROWSKI:
12         Object to form.
13     A.  Benefitting from what?
14  EXAMINATION BY MR. BHATNAGAR:
15     Q.  I'm sorry.  I didn't hear what you
16  said.
17     A.  I said, benefitting from what?
18     Q.  Did you understand that the term
19  that I just read was one of the terms that the
20  workers would be benefitting from if they were to
21  enroll in this process?
22     MR. ALEXIS:
23         Object to form.
24     A.  Well, I would have to go back to
25  earlier during the deposition, you know, where we

Page 538

1  discussed in the contract with Signal that, you
2  know, we thought that the visas may or may not
3  be -- excuse me -- the H2B visas may or may not
4  be approved, and we had no idea whether they
5  would be or not, but we certainly contemplated
6  the fact that they wouldn't and even put in the
7  contract regardless of whether the H2Bs were
8  approved or not approved, that they would
9  continue with the green card.
10  EXAMINATION BY MR. BHATNAGAR:
11     Q.  So, would it be fair to say that the
12  process was a green card process and that the H2B
13  was a vehicle to get the workers to the United
14  States quicker?
15     A.  Well, the H2B is used, I guess, my
16  understanding of it, it's for almost like an
17  emergency situation.  And the workforce problems
18  that we had at that time, we -- we certainly had
19  a situation where it was difficult for employers
20  to find people.  So, I guess, you know, the H2B
21  visa itself was a vehicle, yes, to get them here
22  quicker, but at the same time, it was -- it was
23  always contemplated that green cards would be --
24  would be, you know, the process -- excuse me --
25  the green card process would be utilized.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

35 (Pages 535 to 538)

Page 539

1    Q.   So, the ultimate goal was a green
2  card and the H2B could be a vehicle to get them
3  here quicker; is that fair?
4       MR. ALEXIS:
5           Object to form.
6    A.   Yes, that's fair.
7  EXAMINATION BY MR. BHATNAGAR:
8    Q.   Okay.  Can I show you Slide Number
9  6, and I just want to ask you about the first
10  bullet point in this slide, where it says:
11           "This process will take 18
12       to 24 months as per stages below."
13       And I should have read on the top of
14  that, it says: "EB3 Category, Employment Based
15  Green Card Program."  Do you see that?
16    A.   I do.
17    Q.   Was that your understanding at the
18  time of the seminar, that the process would take
19  18 to 24 months?
20       MS. HAROWSKI:
21           Object to form; asked and
22       answered.
23  EXAMINATION BY MR. BHATNAGAR:
24    Q.   You can answer, Mr. Pol.
25    A.   For the fifth time, yes.

Page 540

1    Q.   Thank you.
2       Okay.  Page 7, if you could take a
3  look at that, I recall earlier you had said that
4  the last bullet point on Page 7, which I'm not
5  going to read through, you said that it looked
6  like it had been drafted by a lawyer.  Do you
7  remember saying that?
8    A.   I do.
9    Q.   And is it your belief that that was
10  drafted by Mr. Burnett?
11       MR. ALEXIS:
12           Object to form.
13    A.   I'm not positive that Mr. Burnett
14  did that, but it's something that could certainly
15  be asked to him.
16  EXAMINATION BY MR. BHATNAGAR:
17    Q.   Do you believe that he probably
18  drafted it?
19       MR. ALEXIS:
20           Object to form.
21    A.   Whether or not I not I believe that
22  he did or not, I don't think, is material here.
23  I don't know for sure.  That's the answer.
24  EXAMINATION BY MR. BHATNAGAR:
25    Q.   Okay.  I now would like to turn to

Page 541

1  the e-mail that Christy very graciously printed
2  out for everybody.
3    A.   I have it.
4    Q.   Okay.  And it is actually Bates
5  numbered GR-1701 to GR-1703, but, for some
6  reason, the number didn't print out on the copies
7  that I forwarded.
8       MR. SHAPIRO:
9           What number are we up to?
10           Could you give that number
11       again?
12       MR. BHATNAGAR:
13           GR-1701 to 1703.
14       MR. SHAPIRO:
15           Thank you.
16       MR. BHATNAGAR:
17           Could someone just let me
18       know what exhibit number we're up
19       to?
20       THE COURT REPORTER:
21           760.
22       MR. BHATNAGAR:
23           Could I mark that as Exhibit
24       760, please?
25           (Whereupon, Exhibit Number

Page 542

1       760 was marked for identification.)
2  EXAMINATION BY MR. BHATNAGAR:
3    Q.   Mr. Pol, please take a look at that
4  document and let me know when you've had a chance
5  to do so.
6    A.   Okay.  Okay, Chandra.
7    Q.   Okay.  Great.  I'm going to turn
8  your attention to -- well, first of all, the --
9  let the record reflect the document is an e-mail
10  from Bill Bingle to Michael Pol, and below that,
11  there is an e-mail from Michael Pol to Bill
12  Bingle, and below that, there is an e-mail from
13  Bill Bingle to Michael Pol; is that right, Mr.
14  Pol?
15    A.   Yes.
16    Q.   So, I'd like to turn your attention
17  to the second e-mail, which is in the middle, the
18  e-mail from you to Mr. Bingle.
19    A.   Yes.
20    Q.   And in the last paragraph of that
21  e-mail -- and I'm just going to read it, and let
22  me know if I read it right:
23           "Overall, I'm very satisfied
24       about the quality of the
25       candidates and now that we know

Plaintiff's (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

36 (Pages 539 to 542)

Page 543

1   exactly what you want, I do not
2   feel there will be any problems
3   getting the numbers that you need.
4   Particularly for the long term
5   Green Card candidates."
6       Did I read that properly?
7   A.   Yes.
8   Q.   Okay.  What I want to ask you, Mr.
9   Pol, is that you signed your contract -- Global
10  Resources signed the contract with Signal in
11  April of 2006; is that right?
12  A.   Yes.
13  Q.   And this e-mail is in May of 2006,
14  correct?
15  A.   That's correct.  So, when you say
16  "the long term Green Card candidates," it was
17  your understanding in May, 2006, that Signal was
18  looking for long-term green card candidates; is
19  that right?
20  MS. BOLLMAN:
21      Object to form.
22  A.   Yes.
23  EXAMINATION BY MR. BHATNAGAR:
24  Q.   And what did you base this
25  understanding on?

Page 544

1   A.   Numerous discussions, contract.
2   That's about it.
3   Q.   I'm sorry.  You got cut off.  Could
4   you say that again or can it be read back?
5   A.   Numerous discussions with Signal,
6   the contract with Signal, and that's about it.
7   Q.   So, the conversations that you had
8   had with Signal and the contract with Signal all
9   gave you the impression that Signal was in the
10  market for long-term green card candidates?
11  A.   There was no doubt in my mind.
12  Q.   And you had that impression even
13  after you signed the contract with them?
14  A.   Yes.
15  Q.   Can you tell me how long you
16  continued to have the impression that they were
17  looking for long-term green card candidates?
18  MS. BOLLMAN:
19      Object to form.
20  A.   Yes.  I remember -- I remember
21  either reading it in the newspaper, seeing it on
22  TV that they had no idea that they were supposed
23  to get green card candidates or permanent
24  resident candidates.  I believed it all the way
25  till then.

Page 545

1   EXAMINATION BY MR. BHATNAGAR:
2   Q.   So, you believed it up until you
3   read newspaper accounts.
4   A.   Or TV reports.
5   Q.   And do you remember when that was
6   that you saw those?
7   A.   It was sometime, you know, in 2007,
8   Mr. Chandra.
9   Q.   Were you surprised to read in the
10  newspaper or hear on TV that Signal had not been
11  seeking long-term green card candidates?
12  A.   Well, not -- not really.  I mean, I
13  wasn't surprised because I had already been told
14  by Mr. Schnoor that he didn't care what the
15  contract said.  So, I didn't figure he was
16  planning on keeping it anyway.
17  Q.   And while you and Mr. Dewan and Mr.
18  Burnett were recruiting workers for Signal,
19  during that period of time, which I understand
20  terminated for you in November of 2006, it was
21  always your understanding that you were
22  recruiting candidates for long-term green card
23  opportunities, right?
24  A.   You bet.
25  MS. BOLLMAN:

Page 546

1       Object to form.
2   A.   Did you hear me?
3   EXAMINATION BY MR. BHATNAGAR:
4   Q.   You got a little bit muffled with
5   the objection.  Can you say it again?
6   A.   I said: You bet.
7   Q.   Thanks.  Could I now turn your
8   attention to what I believe has been already
9   marked as --
10  MR. BHATNAGAR:
11      Could we go off the record
12  for a second?
13      (Whereupon, a discussion was
14  held off the record.)
15  EXAMINATION BY MR. BHATNAGAR:
16  Q.   Actually, before I get to that
17  document, Mr. Pol, you testified earlier that it
18  was your understanding that workers were aware
19  that at the conclusion of their H2B visas that
20  they may have to return to India.
21  A.   Yes.
22  Q.   And you said that there was one
23  occasion that you remembered this being told to
24  workers; is that right?
25  A.   I remember that, you know, that they

Plaintiffs (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

37 (Pages 543 to 546)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250           CERTIFIED COURT REPORTERS            NEW ORLEANS, LA 70139

Page 547

1  told them while they were still in India -- it
2  wasn't me, but I remember hearing the
3  conversation that, you know, if the H2B runs out
4  and you don't get -- and the timing doesn't
5  work out right, you may have to come back.
6      Q.  Do you remember when you heard this?
7      A.  I think it was at Sachin Dewan's
8  office in Bombay, or Mumbai.
9      Q.  And do you remember what kind of --
10 was it a seminar or what kind of meeting it was?
11     A.  No.  It was like an informal -- it
12 was just some people that were there at the
13 office.  Wasn't a formal thing.
14     Q.  And how many people were at that
15 meeting?
16     A.  Maybe eight or ten.
17     Q.  Is that the only time that you heard
18 that, the possibility of workers having to come
19 back at the conclusion of H2Bs brought up?
20     A.  That's the only time I personally
21 heard it.
22     Q.  And the eight to ten people that
23 were there, were they applicants or -- were they
24 applicants?
25     A.  I think so.

Page 548

1      Q.  Do you remember when this was?
2      A.  This was just -- just prior to --
3  just prior to some of these guys coming over.
4      Q.  Some of these guys coming over, does
5  that mean the initial wave of workers?
6      A.  Yes.
7      Q.  So, would that be then October of
8  2006?
9      A.  Somewhere in that time frame, yes.
10 October or -- I don't recall.  I think the first
11 group came over maybe in -- maybe November.
12     Q.  And the people that were -- that
13 were being informed of this under your
14 recollection, these were people that had already
15 paid to be in the program, right?
16     A.  You know, I'd have to be honest with
17 you.  I don't know if they did or not.
18     Q.  Okay.  The -- but that's the only
19 time in your recollection that the issue was
20 brought up, correct?
21     MR. ALEXIS:
22         Object to form.
23     MR. SHAPIRO:
24         Object to form.
25     A.  I can say that I heard it one time,

Page 549

1  but I was told that, you know, everybody knew
2  that.
3  EXAMINATION BY MR. BHATNAGAR:
4      Q.  Okay.  I'm now going to read to you
5  a section from Mr. Dewan's deposition.  It's a
6  little bit lengthy, but I'm going to give
7  everybody the page number and the line number so
8  that folks can either verify or follow along if
9  they have the deposition in front of them, and
10 then at the end of that, I'll ask a question.
11 I'm on Page 643, Line 13, and the examination is
12 by Ms. Bollman:
13         "Question:  The workers who
14     were recruited to work at Signal,
15     were they told how long a
16     permanent resident visa could
17     take?
18         "Answer:  Yes.
19         "Mr. Bhatnagar:  Object to
20     form.
21         "Examination by Ms. Bollman:
22         "Question:  How long did you
23     tell them it could take?
24         "Mr. Bhatnagar:  Objection
25     to form.

Page 550

1         "Answer:  It could take more
2     than two years.
3         "Examination by Ms. Bollman:
4         "Question:  Did you tell the
5     candidates that you cannot file
6     for the permanent resident visa
7     until the end of their H2B visa?
8         "Answer:  Not initially, but
9     we told them once they -- once
10    I -- I got to know -- when I was
11    informed that this could not
12    happen, then, we informed the
13    candidates in January of 2007.
14        "Question:  What was their
15    response to that?
16        "Answer:  Most of them were
17    okay with that, and very -- very
18    few of them -- when we had the
19    meeting at the camp, very few of
20    them, they had concerns.
21        "Question:  Did you tell
22    them that they may have to go back
23    to India before they got their
24    permanent resident visas?
25        "Answer:  No, I don't -- I

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

38 (Pages 547 to 550)

(504)525-1753                    HUFFMAN & ROBINSON, INC.              (800)749-1753
ONE SHELL SQUARE,#250        CERTIFIED COURT REPORTERS         NEW ORLEANS, LA 70139

Page 555

1 speaking for itself, my question is to Mr. Pol
2 that in your understanding of the fact that, as
3 you stated, that the workers would have to
4 come -- or may have to come back to India at the
5 conclusion of their H2B visas, how is it possible
6 that Mr. Dewan had a different understanding than
7 you?
8      MR. ALEXIS:
9           Object to form.
10     A.    Mr. Dewan may have a different
11 recollection, but I do clearly remember Manish
12 Dewan telling somebody that before they left to
13 go to the United States.
14 EXAMINATION BY MR. BHATNAGAR:
15     Q.    Would you say that that's an
16 important fact to share with workers, that they
17 may have to return to India prior to the
18 realization of a permanent residency visa?
19     MS. HAROWSKI:
20           Object to form.
21     MR. SHAPIRO:
22           Object to form.
23     A.    I'm not sure.  I guess it depends on
24 the person.
25 EXAMINATION BY MR. BHATNAGAR:

Page 556

1      Q.    From your perspective, is that an
2 important fact?
3      MR. ALEXIS:
4           Object to form.
5      A.    Not really.
6 EXAMINATION BY MR. BHATNAGAR:
7      Q.    Sorry?
8      A.    Not really.
9      Q.    So, your testimony that the incident
10 that you heard this discussed in Sachin Dewan's
11 office where it was communicated to eight to ten
12 people -- how many people did you recruit to come
13 to Signal?
14     A.    I'm going to say 400.
15     Q.    And eight to ten people were in
16 Sachin Dewan's office who heard that, as you had
17 testified earlier, heard the warning that they
18 may have to return to India at the end of their
19 H2B visas, right?
20     MR. ALEXIS:
21           Object to form.
22     A.    Could you say that again?  I'm
23 sorry.
24 EXAMINATION BY MR. BHATNAGAR:
25     Q.    You recruited 490 people to come to

Page 557

1 Signal, and in October of 2006, when you say you
2 heard this conversation, there were eight to ten
3 people in the room that you heard who were
4 advised that they might have to return to India;
5 is that right?
6      MS. HAROWSKI:
7           Object to form.
8      A.    That is right.
9 EXAMINATION BY MR. BHATNAGAR:
10     Q.    And prior to that, you had not heard
11 any of the workers being advised that they may
12 have to return to India.
13     MR. ALEXIS:
14           Object to form.
15     MR. SHAPIRO:
16           Object to form.
17     A.    No.
18 EXAMINATION BY MR. BHATNAGAR:
19     Q.    And since that time, you did not
20 hear any other workers being advised that they
21 may have to return to India after the H2B visas
22 expire.
23     MR. ALEXIS:
24           Object to form.
25     MR. SHAPIRO:

Page 558

1           Object to form.
2      MS. HAROWSKI:
3           Object to form.  I want to
4 clarify whether he personally
5 heard that.
6      MR. BHATNAGAR:
7           That's correct.
8      A.    No.
9 EXAMINATION BY MR. BHATNAGAR:
10     Q.    Now, are you familiar with a single
11 document that was given to the workers by either
12 Global, Dewan Consultants or Malvern Burnett's
13 law office that mentioned the possibility that
14 workers might have to return to India at the
15 conclusion of the term of their H2B visas?
16     A.    Am I aware of it?
17     Q.    Strike that.
18           Are you familiar with a single
19 document given to workers by either Global, Dewan
20 Consultants or Malvern Burnett's law office that
21 mentions the possibility that workers might have
22 to return to India at the conclusion of the term
23 of their H2B visa?
24     A.    No, I don't recall that.
25     Q.    Okay.  Let me ask you, also, you

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

40 (Pages 555 to 558)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250          CERTIFIED COURT REPORTERS          NEW ORLEANS, LA 70139

Page 559

1  testified earlier about an encounter you had had
2  in a Wal-Mart. Do you remember that?
3      A.  Yes.
4      Q.  And you said that you were
5  approached.
6      A.  Yes.
7      Q.  Did you --
8      A.  I wasn't exactly approached. I ran
9  into somebody.
10     Q.  Could you tell the story with a
11 little bit more detail?
12     A.  Just a guy who said -- he told me
13 that he had come over to work for Signal and that
14 he had his green card and he was so happy and he
15 was thanking me. He said, thank you very much,
16 sir.
17     Q.  And when did you run into this
18 person?
19     A.  It's been about six months ago,
20 maybe.
21     Q.  Six months ago from today?
22     A.  I'm just saying it's been
23 approximately six months ago.
24     Q.  Okay. So, in the fall of 2009; is
25 that fair?

Page 560

1      A.  Yeah.
2      Q.  And where was the Wal-Mart?
3      A.  In D'Iberville, Mississippi.
4      Q.  And does this person still work for
5  Signal?
6      A.  I don't know.
7      Q.  Did you have any recollection of
8  this person prior to seeing them at Wal-Mart?
9      A.  No, I didn't.
10     Q.  And did you know who recruited them?
11     A.  Honestly, I'm telling you, I don't
12 know the guy, I don't recall seeing him. All I
13 know is he stopped me and obviously recognized
14 me.
15     Q.  And what did he say when he
16 approached you?
17     A.  He asked me if I was Michael Pol.
18     Q.  And you said you were?
19     A.  I said yes.
20     Q.  And then what happened?
21     A.  He just said that I had recruited
22 him to come to the U.S. and that he had got his
23 green card.
24     Q.  And did he say if he got his green
25 card through Signal?

Page 561

1      A.  He didn't say. He just said that he
2  was very happy that he had his green card, and he
3  pulled it out and he showed it to me.
4      Q.  He pulled out a green card and
5  showed it to you?
6      A.  He pulled out a card and showed it
7  to me, permanent resident something -- alien
8  card.
9      Q.  Did you ask him where he was working
10 or what he was doing now?
11     A.  No, I didn't ask him.
12     Q.  Did you ask him his name?
13     A.  I did. He told me his name, and I
14 can't remember it.
15     Q.  Did you ask him what kind of work he
16 did?
17     A.  No.
18     Q.  Did you get any information to kind
19 of like keep in touch, send a Christmas card, you
20 know, anything like that?
21     A.  No, I didn't.
22     Q.  Was it possible that he had come to
23 the U.S. through Avondale?
24     A.  Well, you know, I guess it is.
25     Q.  Okay. Let me move on. I wanted to

Page 562

1  ask you about your initial meeting with Signal.
2  You had testified earlier that you had first had
3  a meeting with some of the senior management at
4  Signal, and I believe it was in the early part of
5  2006. Do you remember that?
6      A.  Yeah.
7      Q.  And at that initial meeting, I
8  believe you stated that you told Signal that the
9  candidates would bear the costs of recruiting and
10 travel and all that, and that the charge for
11 Signal for getting the workforce would be
12 nothing; is that right?
13     MR. ALEXIS:
14         I'm going to object to the
15     question as being asked and
16     answered.
17     A.  I did answer that, yes,
18 affirmatively, that that's what I told Signal,
19 except for the part where they did have some
20 expenses for providing the recruiting personnel
21 to test.
22 EXAMINATION BY MR. BHATNAGAR:
23     Q.  So, you told them that other than
24 the expenses that they would have to spend on
25 testing workers and, you know, having Signal

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

1  employees go to India to administer that testing,
2  other than that, all of the costs of the
3  enterprise would be borne by the candidates; is
4  that right?
5      A.   Yes.  Yes.
6      Q.   And at that meeting, did Signal ask
7  what fees the workers would be paying?
8      A.   No.
9      MS. HAROWSKI:
10         Object to form; asked and
11         answered.
12  EXAMINATION BY MR. BHATNAGAR:
13      Q.   And the second time that you met
14  with Signal, the senior management, did Signal
15  ask what fees the workers would be paying?
16      A.   No.
17      MS. BOLLMAN:
18         Object to form.
19      MS. HAROWSKI:
20         Object to form.  Chandra,
21         this is the third time we've been
22         through this.  It's getting late.
23         I'm not going to stand for asking
24         questions that have already been
25         asked twice in this deposition.

1  So, maybe we can move on.
2      MR. BHATNAGAR:
3         I have one more question
4         about this and then we can move
5         on.
6  EXAMINATION BY MR. BHATNAGAR:
7      Q.   What was the first meeting that you
8  were at with Signal management where the issue of
9  fees that workers were paying was raised?
10      MS. BOLLMAN:
11         Object to form.
12      A.   I wouldn't characterize the
13  offhanded comment to Bill Bingle as a meeting,
14  but he said, what do you think you're going to
15  charge these guys?  And I said, I don't know,
16  about two or $3,000.  And that was, you know,
17  very early on, before we knew anything about, you
18  know, how difficult this was going to be, what
19  the procedures were going to be, nothing.  I
20  mean, it was strictly an offhanded guess and it
21  was -- it had no -- to me, it had no meaning
22  whatsoever.
23  EXAMINATION BY MR. BHATNAGAR:
24      Q.   So, you wouldn't characterize that
25  conversation with Bill Bingle as a meeting,

1  right?
2      A.   No.
3      Q.   So, is it fair to say the first
4  meeting you had with Signal where the issue of
5  fees came up was in November of 2006?
6      A.   Yes.
7      Q.   And the conversation you had with
8  Bill Bingle, when was that?
9      A.   I don't know.  Sometime in, I guess,
10  the first quarter of 2006.
11      Q.   Do you remember if it was prior to
12  when Global and Signal signed the contract?
13      MS. HAROWSKI:
14         Chandra, I'm going to object
15         to the form.  You asked this the
16         first time you deposed Mr. Pol.
17      MR. BHATNAGAR:
18         Okay.  I'll state it a
19         different way.  Apologies.
20      MS. HAROWSKI:
21         No problem.
22  EXAMINATION BY MR. BHATNAGAR:
23      Q.   I believe you testified in the first
24  day of deposition that you recalled your
25  conversation with Bill Bingle was prior to the

1  signing of the contract between Global and
2  Signal.  Is that your recollection?
3      A.   Yes.
4      Q.   So, I now want to move to Exhibit
5  668, which are the notes from the meeting that
6  Mr. Pol was at where the issue of fees was first
7  raised.
8      A.   I have it.
9      Q.   Great.  Now, in this meeting, you
10  indicate that Signal asked you to refund -- you,
11  I assume, and Mr. Dewan and Mr. Burnett to refund
12  half of the money to workers; is that right?
13      MR. ALEXIS:
14         Object to form; asked and
15         answered.
16      A.   I'm sorry.  I've forgotten the
17  question.
18  EXAMINATION BY MR. BHATNAGAR:
19      Q.   Signal asked you and Mr. -- asked
20  you and the other parties, Mr. Burnett and Mr.
21  Dewan, to refund half of the money to the
22  workers?
23      MR. ALEXIS:
24         Same.
25      A.   That is correct.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

42 (Pages 563 to 566)

(504)525-1753                    HUFFMAN & ROBINSON, INC.              (800)749-1753
ONE SHELL SQUARE,#250           CERTIFIED COURT REPORTERS           NEW ORLEANS, LA 70139

Page 571

1  debts to me.
2  EXAMINATION BY MR. BHATNAGAR:
3     Q.   Do you recall Signal writing two
4  checks to you, one in November and one in
5  December of 2007?
6     MS. BOLLMAN:
7        Object to form.
8  EXAMINATION BY MR. BHATNAGAR:
9     Q.   2006. Sorry.
10    A.   Okay. We're talking about a totally
11 different subject here, but, yes, I do remember
12 that.
13    Q.   And can you explain what the checks
14 were for?
15    A.   I thought you were referring to the
16 recruiting process. They didn't owe me anything
17 for that. But those checks were for two weeks of
18 food -- the food that -- that Anjay Keswani --
19 the caterer had done two weeks worth of food and
20 he had his contract was with me and Signal took
21 out what I owed him -- in other words, Signal got
22 up with him and said how much does Michael -- you
23 and they paid him directly and they paid me the
24 difference of what the contract was that I had
25 with Signal versus the one I had with Anjay

Page 572

1  Keswani.
2     Q.   Okay. Great. Was one of the checks
3  in the amount of $7,243?
4     A.   I do not recall the amounts. But
5  that would be easily verifiable.
6     Q.   Okay. But it was reimbursed then
7  for catering.
8     A.   Yes.
9     Q.   Okay. Lastly, and this is the last
10 thing I have, you mentioned that you had had some
11 friends that you let come in the program at a
12 great discount.
13    A.   Yes.
14    Q.   And do you know -- what are the
15 names of the people that you let come at a great
16 discount?
17    A.   I have no idea. I know they were
18 friends of -- and relatives of James Kutty.
19    Q.   Do you remember how many people it
20 was?
21    A.   Not exactly.
22    Q.   And when you gave them a discount,
23 was that just on your recruiting fees or did Mr.
24 Dewan and Mr. Pol also offer the same discount?
25    MR. ALEXIS:

Page 573

1        Object to form.
2     MR. SHAPIRO:
3        Object to form.
4     MR. ALEXIS:
5        Asked and answered already,
6  but --
7     A.   Once again, I think you are
8  referring to Mr. Dewan and Mr. Burnett.
9  EXAMINATION BY MR. BHATNAGAR:
10    Q.   I'm sorry. My apologies.
11    A.   I don't recall whether they
12 discounted them or not.
13    Q.   Did you ask Mr. Dewan and Mr.
14 Burnett to discount the people that you were
15 discounting?
16    A.   Yes, I did.
17    Q.   But you're not sure if they actually
18 did?
19    A.   I'm not positive on that.
20    Q.   And I think you just answered this,
21 but you don't remember how many people it was
22 that you discounted, right?
23    A.   I don't remember.
24    Q.   Okay.
25    MR. BHATNAGAR:

Page 574

1        Can we go off the record for
2  a quick second?
3     MS. HAROWSKI:
4        Sure.
5        (Whereupon, a discussion was
6  held off the record.)
7  EXAMINATION BY MR. BHATNAGAR:
8     Q.   I just want to ask you -- this is
9  the last question, Mr. Pol. Exhibit Number 550,
10 if you could just take a look at that.
11    MR. BHATNAGAR:
12       For those that are playing
13 at home, it's Bates Number
14 SIGE0329048, 049 and 050.
15    MR. SHAPIRO:
16       A Signal document?
17    MR. BHATNAGAR:
18       Yes.
19    MR. ALEXIS:
20       SIGE what?
21    MR. BHATNAGAR:
22       0329048, 9049 and 9050. It
23 was previously marked as Exhibit
24 Number 550.
25    MS. HAROWSKI:

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

44 (Pages 571 to 574)

(504)525-1753                    HUFFMAN & ROBINSON, INC.              (800)749-1753
ONE SHELL SQUARE,#250         CERTIFIED COURT REPORTERS          NEW ORLEANS, LA 70139

Page 575

1       We have it, but we're
2   reviewing it now.
3       MR. BHATNAGAR:
4           Okay.
5           (Whereupon, a discussion was
6       held off the record.)
7   EXAMINATION BY MR. BHATNAGAR:
8       Q.   So, Mr. Pol, you had a chance to
9   look at the document, right?
10      A.   Yes.
11      Q.   When Mr. Sanders was asked about
12  this document, he testified that he never opened
13  the e-mail, and my question to you is whether you
14  ever received a response from Mr. Sanders in
15  regards to this e-mail, either telephonic or via
16  e-mail?
17      A.   Yeah, I talked to him about it on
18  the phone.
19      Q.   You talked to him about it on the
20  phone?
21      A.   I sure did.  In fact, he thanked me
22  for getting all the consulate -- he called me and
23  thanked me for getting the information from the
24  consulate for him so he'd have the numbers and
25  information.  That's why I remember the call.

Page 576

1       Q.   And do you remember around when the
2   call happened?
3       A.   I don't remember exactly when the
4   call happened, but it was certainly after the
5   e-mail.
6       Q.   So, in late August of 2006?
7       A.   Yeah, I guess that would be a good
8   time.
9       Q.   And can you just talk a little bit
10  about that phone conversation?
11      A.   Well, I just talked to him and he
12  called me on the phone and said thanks for
13  getting that, that was helpful, getting the
14  information, I didn't have to look all of that up
15  for the consulates.  So, I know he got it.
16      MR. BHATNAGAR:
17          Okay.  That's all we have,
18      Mr. Pol.  Thanks again for all of
19      your fortitude.
20      THE WITNESS:
21          Thank you, Chandra.
22      MS. BOLLMAN:
23          I don't have a question, but
24      I would just request that any
25      notes that Mr. Pol took during

Page 577

1   this deposition be attached as an
2   exhibit to the deposition.
3       MS. HAROWSKI:
4           We can do that, but --
5       MS. BOLLMAN:
6           Did he make other notes
7       earlier?
8       THE WITNESS:
9           Uh-uh.  I was scribbling.
10      MS. BOLLMAN:
11          I will put an exhibit number
12      on it.  Exhibit 761.  That's all I
13      have.
14          (Whereupon, Exhibit Number
15      761 was marked for identification.)
16      MR. SHAPIRO:
17          I may have one, one quick
18      one -- one or two.
19          (Whereupon, a discussion was
20      held off the record.)
21  EXAMINATION BY MR. SHAPIRO:
22      Q.   Mr. Pol, some of the lawyers have
23  asked you questions about what we have as the
24  hard copy of the PowerPoint presentation that was
25  shown to job candidates who attended seminars in

Page 578

1   various places in India.  Do you recall
2   testifying about that?
3       A.   Yes.
4       Q.   And you recall reviewing this
5   document, and it's Exhibit 684, and it's got
6   slides, information written in English, and then
7   further back, it has some photographs of what
8   appears to be, I think you testified, the Signal
9   facility in Pascagoula.
10      A.   Yes.
11      Q.   You've been going over to India a
12  pretty fair number of times since 1996?
13      A.   Correct.
14      Q.   Okay.  And you got a lot of friends
15  over in India?
16      A.   Yes.
17      Q.   Okay.  And they're from north India
18  and south India?
19      A.   Yes.
20      Q.   Okay.  And I think at some point in
21  your testimony, you indicated that -- correct me
22  if I'm wrong -- that the brand of English spoken
23  in India is rather imprecise.
24      MR. BHATNAGAR:
25          Object to form.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

45 (Pages 575 to 578)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250           CERTIFIED COURT REPORTERS            NEW ORLEANS, LA 70139

## Page 2

1 Federal Rules of Civil Procedure Rule 30(b)(6)
deposition of GLOBAL RESOURCES, INC., given
2 through its designated representative, MICHAEL L.
POL, 13 Herring Road, Beaumont, Mississippi
3 39423, taken in the offices of Barrasso, Usdin,
Kupperman, Freeman & Sarver, Suite 2400, 909
4 Poydras Street, New Orleans, Louisiana 70112, on
Thursday, the 12th day of November, 2009,
5 beginning at 9:15 a.m.
6
7 APPEARANCES:
8    DANIEL WERNER
     (VIA TELEPHONE)
9    Immigrant Justice Project
     Southern Poverty Law Center
10   Suite 2150
     233 Peachtree Street
11   Atlanta, Georgia 30303
12      and
13   CHANDRA BHATNAGAR
     AMERICAN CIVIL LIBERTIES UNION
14   18th Floor
     125 Broad Street
15   New York, New York 10004-7400
16      and
17   TRACIE L. WASHINGTON
     1631 Elysian Fields Avenue
18   New Orleans, Louisiana 70117
19      ATTORNEYS FOR THE PLAINTIFFS
20
     MIDDLEBERG, RIDDLE & GIANNA
21   (BY: ERIN CASEY HANGARTNER)
     31st Floor
22   201 St. Charles Avenue
     New Orleans, Louisiana 70170-3100
23
24      and
25

## Page 3

1 APPEARANCES CONTINUED:
2    PATRICIA A. BOLLMAN
     A Professional Law Corporation
3    Post Office Box 13707
     New Orleans, Louisiana 70185
4
        ATTORNEYS FOR SIGNAL INTERNATIONAL,
5    L.L.C.
6
     PORTEOUS, HAINKEL & JOHNSON
7    (BY: RALPH R. ALEXIS, III)
     704 Carondelet Street
8    New Orleans, Louisiana 70130-3774
9       ATTORNEYS FOR GULF COAST IMMIGRATION
        LAW CENTER, L.L.C.
10
11   BARRASSO, USDIN, KUPPERMAN,
     FREEMAN & SARVER
12   (BY: STEPHEN H. KUPPERMAN
     CHRISTY C. HAROWSKI)
13   Suite 2400
     909 Poydras Street
14   New Orleans, Louisiana 70112
15      ATTORNEYS FOR GLOBAL RESOURCES,
        INC. AND MICHAEL POL
16
17   STEPHEN H. SHAPIRO
     200 Maine Street
18   Jefferson, Louisiana 70121
19      ATTORNEYS FOR SACHIN DEWAN AND
        DEWAN CONSULTANTS PVT. LTD. ALSO
20      KNOWN AS MEDTECH CONSULTANTS
21   ALSO PRESENT:
22   TRACEY BINION
     SIGNAL INTERNATIONAL, L.L.C.
23
     REPORTED BY:
24
     CAROL VALLETTE SLATER
25   Certified Court Reporter

## Page 4

1        I N D E X
2
3 EXAMINATION BY:        PAGE
4   MR. BHATNAGAR        17
5
6 EXHIBITS:
7 Exhibit Number 512          16
    Notice of Deposition of Defendant
8   Global Resources, Inc.
9 Exhibit Number 513          29
    Asset Purchase Agreement
10  GR-024 - 044
11 Exhibit Number 514         31
    Confidentiality and Non-Competition
12  Agreement
    GR-049 - 057
13
14 Exhibit Number 515         37
    Organizational Chart
15 Exhibit Number 516         70
    Multi-Lateral Business Agreement
16  DEWAN 00941 - 00945
17 Exhibit Number 517         86
    Fee Agreement
18  BURNETT-CY-02330 - 02332
19 Exhibit Number 518         95
    February 2, 2004, Power of Attorney
20  DEWAN 000961
21 Exhibit Number 519         96
    February 2, 2004, Demand Letter
22  DEWAN 00962 - 00963
23 Exhibit Number 520         97
    February 20, 2004, memo from Billy
24  to Michael Pol
    GR-1732
25

## Page 5

1        I N D E X
2
3 EXHIBITS:            PAGE
4 Exhibit Number 521         98
    February 20, 2004, Limited Power of
5   Attorney
    GR-1733
6
    Exhibit Number 522         100
7   Global Resources, Inc. and J&M
    Associates, Inc. Skilled Worker
8   Migration Agreement
    GR-1734 - 1735
9
    Exhibit Number 523         105
10  Exhibit #69, Advertisement for
    Dewan Consultants Responded to by
11  Sony Vasudevan Sulekha
12  Exhibit Number 524         105
    Exhibit #67, Advertisement for
13  Dewan Consultants Responded to by
    Joshy Mnthai
14
15  Exhibit Number 525         122
    March 18, 2004, letter from Sachin
16  Dewan to Manjuluri Venkateshwar Rao
    DEWAN 006429 - 006430
17  Exhibit Number 526         131
    J&M Associates, Inc. and
18  subsidiaries Contract for
    employment
19  DEWAN 003249 - 003250
20  Exhibit Number 527         132
    Global Resources Services Agreement
21  DEWAN 003251 003252
22  Exhibit Number 528         135
    Attorney Services Agreement
23  DEWAN 003253 - 003254
24  Exhibit Number 529         137
    Dewan Consultants Services
25  Agreement

Plaintiffs (P) Signal Defs. (S) Dewan Defs. (D) Burnett Defs. (B)

2 (Pages 2 to 5)

Page 6

INDEX

EXHIBITS:                                    PAGE
Exhibit Number 530                           146
     February 5, 2006, letter from
     Sachin Dewan to Jayasankar
     Nbytpulli
     DEWAN 003290 - 003291
Exhibit Number 531                           151
     E-mail string and attachment
     DEWAN 000985, DEWAN 000253
Exhibit Number 532                           156
     February 2, 2007, e-mail from
     burnettesq@aol.com to
     sachin@dewanconsultants.com
     DEWAN 000599
Exhibit Number 533                           181
     E-mail string
     DEWAN 000307 - 00308
Exhibit Number 534                           184
     January 31, 2006, e-mail from
     mpol@cableone.net to
     sachin@dewanconsultants.com
     DEWAN 000977
Exhibit Number 535                           188
     April 13, 2006, e-mail from
     burnettesq@aol.com to
     sachin@dewanconsultants.com
     DEWAN 000262
Exhibit Number 536                           189
     Knights Marine & Industrial
     Services, Inc. Contract for
     employment
     DEWAN 001992 - 001994
Exhibit Number 537                           196
     Global Resources, Inc. and Signal
     International, Inc. Skilled Worker
     Recruitment Agreement
     GR-001 - 006

Page 8

INDEX

EXHIBITS:                                    PAGE
Exhibit Number 546                           274
     E-mail string
     DEWAN 001025, 001027
Exhibit Number 547                           278
     Attorney Services Agreement
     DEWAN 005406 - 005407
Exhibit Number 548                           280
     March 19, 2005, Global Resources,
     Inc. Receipt
     DEWAN 003456
Exhibit Number 549                           284
     E-mail string
     DEWAN 000987
Exhibit Number 550                           293
     E-mail string
     SIGE0329048 - 0329050
Exhibit Number 551                           308
     E-mail string
     DEWAN 000457 - 000459
Exhibit Number 552                           313
     E-mail string
     DEWAN 001153 - 001154
Exhibit Number 553                           320
     E-mail string
     DEWAN 001046 - 001047
Exhibit Number 554                           324
     E-mail string
     DEWAN 001067 - 001069
Exhibit Number 555                           331
     E-mail string
     DEWAN 001157 - 001159

Page 7

INDEX

EXHIBITS:                                    PAGE
Exhibit Number 538                           200
     June 19, 2006, letter from Bill
     Bingle to Dewan Consultants Pvt.
     Ltd. and other documents
     SIGE0005481 - 0005488
Exhibit Number 539                           204
     Exhibit #66, Advertisement for
     Dewan Consultants Responded to by
     Jiji Chandran; Exhibit #70,
     Advertisement for Dewan Consultants
     Responded to by Thanaseknar
     Chellappan; Exhibit #71,
     Advertisement for Dewan Consultants
     Responded to by Moni Panikulangara
     Thomas
Exhibit Number 540                           227
     November 14, 2006, Sachin Dewan
     letter
     DEWAN 003412
Exhibit Number 541                           231
     June 23, 2006, Sachin Dewan letter
     DEWAN 006531 - 006532
Exhibit Number 542                           237
     October 25, 2006, letter from
     Sachin Dewan to Andrews Isaac
     DEWAN 007709
Exhibit Number 543                           241
     November 14, 2006, letter from
     Sachin Dewan to D. Sanynsi Naidu
     DEWAN 002774
Exhibit Number 544                           245
     November 14, 2006, letter from
     Sachin Dewan to Saji Giopalan
     DEWAN 005536
Exhibit Number 545                           269
     E-mail string

Page 9

INDEX

EXHIBITS:                                    PAGE
Exhibit Number 556                           342
     November 17, 2006, e-mail from John
     Sanders to Lisa Spears
     SIGE0547889
Exhibit Number 557                           355
     Handwritten notes
     SIGE0002082 - 0002083
Exhibit Number 558                           364
     November 22, 2006, letter from Ron
     Schnoor to Michael Pol
     SIGE0005431 - 0005432
Exhibit Number 559                           367
     November 27, 2006, letter from
     Michael Pol to Ron Schnoor, Sr.
     SIGE0005436 - 0005437
Exhibit Number 560                           381
     November 29, 2006, letter from
     Chris Cunningham to Michael L. Pol
     SIGE0005430
Exhibit Number 561                           385
     December 5, 2006, e-mail from
     Global Resources to Sachin Dewan
     DEWAN 001133

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

3  (Pages 6 to 9)

Page 10

```
1        S T I P U L A T I O N
2        IT IS STIPULATED AND AGREED by and
3   between counsel for the parties hereto that the
4   deposition of the aforementioned witness is
5   hereby being taken under the Federal Rules of
6   Civil Procedure, for all purposes, in accordance
7   with law;
8            That the formalities of reading and
9   signing are specifically not waived;
10           That the formalities of sealing,
11  certification and filing are specifically waived;
12           That all objections, save those as
13  to the form of the question and the responsiveness
14  of the answer, are hereby reserved until such
15  time as this deposition, or any part thereof, may
16  be used or sought to be used in evidence.
17
18                * * * *
19
20           CAROL VALLETTE SLATER, Certified
21  Court Reporter, Registered Professional Reporter,
22  in and for the Parish of Orleans, State of
23  Louisiana, officiated in administering the oath
24  to the witness.
25
```

Page 11

```
1            MICHAEL L. POL
2   after being first duly sworn in the cause by the
3   court reporter, testified as follows:
4        MR. KUPPERMAN:
5            Before we get started, let
6        me just state that we've had
7        discussion among numerous of us
8        about the Notice of Deposition,
9        where we take the position that it
10       is a one-day deposition because
11       there has already been a full-day
12       deposition of Mr. Pol which was
13       supposed to be, but was not,
14       limited to jurisdictional
15       purposes.
16           Other parties here, I
17       believe I can fairly state,
18       believe that the deposition should
19       continue until completed, even if
20       that takes longer than a day, and
21       I also believe it fair to state
22       that we have decided to wait until
23       the end of the day to decide
24       what's going to happen with that,
25       and if it goes beyond a day, when
```

Page 12

```
1        it would be rescheduled.
2        MS. BOLLMAN:
3            Agreed.
4        MR. KUPPERMAN:
5            I'd also note that, as I
6        said before, Mr. Pol's deposition
7        has been taken once previously,
8        and I think a lot of the materials
9        that he -- a lot of the questions
10       related to substantive merits are
11       matters that can also be used for
12       class cert, and I would not
13       anticipate that those items or
14       questions or issues will be delved
15       into again in this deposition.
16       Chandra and I talked about it
17       before, and I believe he's going
18       to make every effort to stay away
19       from repetition, covering the same
20       ground.
21       MS. WASHINGTON:
22           Can I just ask a favor of
23       everybody?  This is Tracie
24       Washington.  I'm going to do it.
25       Now asking that favor, that at
```

Page 13

```
1        least for the first part, when you
2        speak, just identify yourself, not
3        for purposes of the court
4        reporter, I suspect you know
5        everybody, but I don't.  I'll
6        reintroduce, but it might be a
7        little bit clearer.  Thanks.
8        MS. HANGARTNER:
9            Okay.
10       MR. SHAPIRO:
11           If I can ask a favor, too --
12       MR. KUPPERMAN:
13           And that's Steve Shapiro.
14       MR. SHAPIRO:
15           Steve Shapiro.  I just
16       violated the first rule.  If we
17       can, Chandra, I don't know if
18       you're prepared to do this right
19       now, but maybe we need to be
20       prepared to do it, but one thing I
21       have found very difficult in this
22       case is not -- when we're not
23       favored with copies of documents
24       that are going to be introduced.
25       It would be awfully nice to have
```

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

4  (Pages 10 to 13)

(504)525-1753      HUFFMAN & ROBINSON, INC.      (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 18

1   written record referred to as a transcript.
2   You're familiar with that as well.
3       A.   Yes.
4       Q.   And I'm going to be asking you
5   questions related to yourself as well as to your
6   company, Global Resources.  Your attorney has
7   referred to both of these entities as Global
8   defendants.  So, to avoid confusion, my questions
9   today are going to be put forth to you today to
10  Global defendants.  Is that clear?
11      A.   Yes, sir.
12      Q.   I'm sure your attorney has discussed
13  some of these with you before, but just for
14  proper procedure and completeness, there's some
15  kind of general ground rules that are going to
16  govern the deposition.  Firstly, I'm going to be
17  asking questions about this lawsuit, and you're
18  under oath to answer all my questions truthfully
19  and completely.  Do you understand?
20      A.   Yes.
21      Q.   These answers may be used at trial
22  and, to all of my questions, you must answer with
23  a "yes" or a "no" or some other kind of audible
24  response.
25      A.   Okay.

Page 19

1       Q.   Okay.  I say that because frequently
2   deponents will nod or do some other gesture, and
3   it's difficult to have that be recorded.
4            If you don't know the answer to a
5   question, please don't guess unless I
6   specifically request that you do so.  Also, if
7   you need to add to or to amend an answer to a
8   question, please let me know.  During this
9   process, please try to wait until I finish asking
10  my question and I'll also do my best to try to
11  wait until you finish your answer.
12           From time to time, your attorney may
13  object -- will object, and you're required to
14  answer my question unless he specifically
15  instructs you to not answer the question.  Is
16  that clear?
17      A.   Yes, sir.
18      Q.   During the course of the deposition,
19  I will also show you some documents.  You should
20  take time to review the document and let me know
21  if there are any problems with it, and we'll also
22  be taking breaks from time to time.  You may, of
23  course, speak to your attorney during those
24  breaks, however, you may not speak to him while a
25  question is pending.  Is that clear?

Page 20

1       A.   Yes, sir.
2       Q.   Also, as we move forward, it's very
3   important that you understand the questions and
4   give as accurate answers as you're able to.  If
5   there's anything that you don't know or not sure
6   of, please let me know, and if you don't
7   understand a question, please let me know and
8   I'll ask it again.  However, if you do answer a
9   question, it'll be presumed that you understood
10  the question.  Does that make sense?
11      A.   Yes.
12      Q.   So, let's begin.  Could you please
13  state your name and address for the record?
14      A.   Michael L. Pol, 13 Herring Road,
15  Beaumont, Mississippi.
16      Q.   Is there any reason, Mr. Pol, that
17  you cannot give your best testimony today?
18      A.   Not that I can think of.
19      Q.   You're not currently on any
20  medication that would impair your ability to
21  answer questions?
22      A.   No, sir.
23      Q.   You're not currently under the
24  influence of drugs or alcohol?
25      A.   No.

Page 21

1       Q.   And there's nothing else that would
2   impair your ability to listen and answer
3   questions?
4       A.   No.
5       Q.   Great.  I had asked you if you had
6   been to a deposition before.  When -- obviously
7   in this case, there was a deposition that you
8   attended that was a jurisdictional deposition.
9   Other than that, have you testified at deposition
10  before?
11      A.   Sure.
12      Q.   And when was -- when was the first
13  time?
14      A.   I don't recall.
15      Q.   Have you testified at many
16  depositions?
17      A.   Yes.
18      Q.   Would you -- could you give a
19  ballpark as to how many depositions you've
20  testified at?
21      A.   No.
22      Q.   More than five?
23      A.   I don't recall.  So, I can't give a
24  ballpark, but I know that I've been to a few.
25      Q.   Okay.  When was the first deposition

Plaintiff's (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

6   (Pages 18 to 21)

(504) 525-1753          HUFFMAN & ROBINSON, INC.          (800) 749-1753
ONE SHELL SQUARE, #250  CERTIFIED COURT REPORTERS  NEW ORLEANS, LA 70139

## Page 26

1    MR. KUPPERMAN:
2         But I do think there is a
3    matter of privilege when you're
4    asking him what I showed him that
5    may or may not have refreshed his
6    recollection. But, again, I don't
7    care if you go ahead and ask him
8    as long as there's no waiver.
9    You're trying to get substantive
10   information. I don't care.
11   That's fine with me. I just don't
12   want there to be a waiver. So, if
13   you'll agree there's no waiver by
14   him answering this line of
15   questions, then, that's okay with
16   me. We'll go ahead.
17        MR. BHATNAGAR:
18             Maybe I can ask it a
19   different way.
20   EXAMINATION BY MR. BHATNAGAR:
21        Q.   Did you review any documents in your
22   meeting that refreshed your recollection?
23        MR. KUPPERMAN:
24             Same objection. You're now
25   asking him still what the lawyer

## Page 27

1    gave him.
2    EXAMINATION BY MR. BHATNAGAR:
3         Q.   What documents related to this case
4    did you review yesterday?
5         A.   There were numerous documents,
6    contracts, e-mails, things of that nature.
7         Q.   Now, you had mentioned before that
8    you couldn't recall other depositions that you
9    had testified at prior to the jurisdictional
10   deposition with regard to Global Resources. Did
11   you have any -- have you been part of any other
12   Global Resources-related lawsuits?
13        A.   No.
14        Q.   Were there any -- strike that.
15             Did you bring any documents with you
16   to today's deposition?
17        A.   No.
18        Q.   Let me ask you a little bit about
19   your background. Can you describe your
20   educational background?
21        A.   I attended the University of
22   Southern Mississippi. I was in the radio/
23   television/film department. I left there, went
24   into law enforcement. I left law enforcement for
25   an elected position in Mississippi and started my

## Page 28

1    business in 1996, and from there, pretty much
2    until last year, I was in business for myself.
3         Q.   You mentioned you started your
4    business in 1996. What business did you start?
5         A.   International Marine and Industrial
6    Services.
7         Q.   And you started that business in
8    1996?
9         A.   Yes.
10        Q.   At some point, you sold that
11   business?
12        A.   Yes.
13        Q.   And do you remember when you sold
14   that?
15        A.   2003.
16        Q.   Do you remember how much you sold
17   that business for?
18        A.   Not exactly.
19        Q.   I'm going to show you a document.
20   It's marked GR-24 to 44. The Asset Purchase
21   Agreement. Take a look at that.
22        MR. SHAPIRO:
23             May I see a copy, please?
24        MR. BHATNAGAR:
25             Sure.

## Page 29

1             (Whereupon, Exhibit Number
2         513 was marked for identification.)
3    EXAMINATION BY MR. BHATNAGAR:
4         Q.   Mr. Pol, do you recognize that
5    document?
6         A.   Sure.
7         Q.   Is that the document that you signed
8    that sold your business?
9         A.   Yes.
10        Q.   And the last page of the document,
11   if I can step over here -- actually, not the last
12   page -- sorry -- right here, is that your
13   signature?
14        A.   Yes.
15        Q.   Okay. Great. So, in the document,
16   on Page GR-25, Page -- Paragraph 1.3, it says:
17             "The purchase price for the
18        assets shall be the sum of
19        $550,000, to be paid in cash or
20        equivalent at closing."
21             Did I read that right?
22        A.   Yes.
23        Q.   Does that refresh your recollection
24   as to what the purchase price was?
25        A.   Yes.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)           8 (Pages 26 to 29)

**(504)525-1753          HUFFMAN & ROBINSON, INC.          (800)749-1753**
**ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139**

Page 30

1  Q. In addition to selling IMI for
2  $550,000, you also sold the building, right?
3  A. Yes.
4  Q. And do you remember how much you
5  sold the building for?
6  MR. ALEXIS:
7  I'd like to object, and I'll
8  make it continuing, to the form to
9  this entire line of questioning.
10  MR. KUPPERMAN:
11  Yeah. I don't see the
12  relevance at all. I mean, this
13  is -- first, this was something
14  that was gone over previously in
15  his jurisdictional deposition. I
16  didn't think it had relevance
17  then, but I sure don't think it
18  has any relevance to class
19  certification on this case, so,
20  I'm objecting.
21  MR. BHATNAGAR:
22  Noted.
23  EXAMINATION BY MR. BHATNAGAR:
24  Q. Do you remember how much you sold
25  the building for, Mr. Pol?

Page 31

1  A. Seventy-seven thousand.
2  Q. Okay. And you were also paid
3  $50,000 as a shareholder in IMI when you sold it,
4  right?
5  A. I don't know.
6  Q. I'll introduce GR-49 to GR-57.
7  We'll mark it as 514.
8  (Whereupon, Exhibit Number
9  514 was marked for identification.)
10  EXAMINATION BY MR. BHATNAGAR:
11  Q. If this will refresh your
12  recollection --
13  MR. BHATNAGAR:
14  Here you go.
15  EXAMINATION BY MR. BHATNAGAR:
16  Q. Does that refresh your recollection,
17  Mr. Pol, as to the price you were paid as a
18  shareholder?
19  A. Yes.
20  Q. And was it $50,000?
21  A. Yes.
22  Q. Okay. Now, IMI -- was IMI related
23  to recruiting foreign workers? Was that part of
24  what the business did?
25  A. Initially, we did recruit foreign

Page 32

1  workers, in 1996-1997 time frame.
2  Q. Okay. And, so, you mentioned that
3  you started the business in '96 and sold it in
4  2003. During the time that you ran IMI, did you
5  work with any of the other defendants in this
6  case?
7  A. Yes.
8  Q. And who did you work with?
9  MR. ALEXIS:
10  Object to form.
11  A. Mr. Dewan and Mr. Burnett.
12  EXAMINATION BY MR. BHATNAGAR:
13  Q. Okay. Tell me about your work with
14  Mr. Dewan.
15  A. Mr. Dewan was a recruiter in India.
16  He recruited for me, for International Marine and
17  Industrial Services.
18  Q. And Mr. Burnett?
19  A. He was and still is an immigration
20  attorney and did all of my immigration
21  documentation, paperwork, et cetera.
22  Q. With regard to IMI?
23  A. Yes.
24  Q. What was the corporate structure of
25  IMI?

Page 33

1  A. It was an S corporation, I believe.
2  Q. And did you have a board of
3  directors?
4  A. No.
5  Q. Did you have a staff?
6  A. Yes.
7  Q. How many employees did you have?
8  A. Can you be more specific? Like,
9  time frame, days, year?
10  Q. Okay. From 1996 to 2003, you had
11  this business. So, when you established the
12  business in '96, how was it established, was the
13  first question? And you said as an S
14  corporation, right?
15  A. Yes.
16  Q. And when you established the
17  business, did you then hire employees?
18  A. Eventually.
19  Q. Okay. Can you clarify?
20  A. In the beginning, of course, it was
21  me.
22  Q. Okay.
23  A. And then as the company grew, of
24  course, I hired employees to assist me to get the
25  job done. Now, as far as the number, you know --

Plaintiffs (P) Signal Defs. (S) Dewan Defs. (D) Burnett Defs. (B)                    9 (Pages 30 to 33)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 42

1  A.  Yes.
2  Q.  Was Mr. Burnett also involved in
3  this?
4  A.  Yes.
5  Q.  In what capacity?
6  A.  He did the immigration work.
7  Q.  So, Mr. Burnett did the immigration
8  work and Sachin Dewan and Dewan Consultants did
9  the Indian recruiting work?
10  A.  Yes.
11  Q.  And you did the -- you were the
12  labor broker?
13  A.  Yes.
14  Q.  Working with Avondale?
15  A.  Yes.
16  Q.  What was the immigration process
17  that the workers were coming to Avondale on?
18  A.  H2B.
19  Q.  H2B visas?
20  A.  Yes.
21  Q.  And the sponsor for those visas was
22  Avondale?
23  A.  No.
24  Q.  Who was the sponsor?
25  A.  International Marine and Industrial

Page 43

1  Services.
2  Q.  Okay.  So, how was it that the
3  workers came to work in Avondale Shipyard?
4  A.  International Marine -- if you don't
5  mind if I can use that for short --
6  Q.  Sure.
7  A.  -- or IMI -- IMI put them to work
8  there under an agreement with Avondale.
9  Q.  Would it be fair to say they were
10  subcontracted to Avondale?
11  MR. KUPPERMAN:
12  Let me just interpose an
13  objection to the extent you're
14  asking him for any kind of a legal
15  conclusion.
16  EXAMINATION BY MR. BHATNAGAR:
17  Q.  Okay.  In your understanding of the
18  word subcontracting, would it be fair to say they
19  were subcontracted?
20  A.  That's generally, in that business,
21  how it's referred to.  I don't know that there's
22  any other term that would be any more
23  descriptive.
24  Q.  Okay.  Can you describe a little bit
25  about the recruiting process for Avondale that

Page 44

1  you and Sachin Dewan and Malvern Burnett were
2  part of?
3  MR. ALEXIS:
4  Object to form.  Could you
5  repeat it, please?
6  MR. BHATNAGAR:
7  Sure.  Maybe I can ask it in
8  a better way.
9  EXAMINATION BY MR. BHATNAGAR:
10  Q.  Can you describe how the recruiting
11  process took shape that you and Sachin Dewan and
12  Malvern Burnett were part of with regard to
13  Avondale?
14  MR. KUPPERMAN:
15  Same objection.
16  A.  Sachin would recruit the workers
17  through a process of seminars.  The workers would
18  have information about the work, the pay, all of
19  those -- all of those things.  Then, when the
20  workers decided that they wanted to come with
21  International Marine, we begin the visa
22  processing, which Mr. Burnett did, and when it
23  was approved, we brought them over here and put
24  them to work.  Just that simple.
25  EXAMINATION BY MR. BHATNAGAR:

Page 45

1  Q.  And how long -- I mean, the -- how
2  long were the workers supposed to be working for
3  the H2Bs with IMI?
4  A.  Initially, there was approximately,
5  as I recall, nine months on their visa.
6  Q.  And then would IMI apply for an
7  extension?
8  A.  We did.
9  Q.  And would IMI then apply for a
10  second extension?
11  A.  We did not.
12  Q.  So, IMI applied for one extension
13  for the workers?
14  A.  Yes.
15  Q.  So, would it be fair to say that the
16  workers came for about 18 months to the United
17  States?
18  A.  That's a -- an approximation.
19  Q.  And then after those 18 months, the
20  workers returned to India?
21  A.  Yes.
22  Q.  Was there any other immigration
23  aspect to the Avondale project?
24  A.  I don't understand your question.
25  MR. ALEXIS:

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

12  (Pages 42 to 45)

(504) 525-1753      HUFFMAN & ROBINSON, INC.      (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 50

1    Q.   You had -- when you found out about
2  the Avondale opportunity -- right -- you spoke
3  with somebody from Avondale Shipyard that said we
4  need workers, right?
5    A.   Yes.
6    Q.   So, then, after that, you went to
7  India and you met with Sachin Dewan, right?
8    A.   Yes.
9    Q.   And you told him I have a need for,
10  you know, 500 or so Indian workers; is that
11  right?
12    A.   Yes.
13    Q.   And what was the agreement that you
14  reached with Sachin Dewan regarding how that
15  recruitment would take place, how he would be
16  compensated and how you would be compensated?
17    MR. SHAPIRO:
18        Object to form.
19    A.   Mr. Dewan had a fee that he charged
20  to each candidate is all I can tell you. I don't
21  know what it was.
22    EXAMINATION BY MR. BHATNAGAR:
23    Q.   That's not my question, though. My
24  question is:  What was the understanding that you
25  had with Sachin Dewan regarding the recruitment

Page 51

1  of these workers?
2    MR. SHAPIRO:
3        Object to form.
4    A.   I really don't understand your
5  question.
6    EXAMINATION BY MR. BHATNAGAR:
7    Q.   You go to India. You know they need
8  500 workers for Avondale. You then begin
9  negotiations with Sachin Dewan about how he could
10  get -- assist you in obtaining these workers.
11  So, describe the process. What was the agreement
12  that you and Sachin Dewan came to regarding
13  recruitment for these workers?
14    MR. SHAPIRO:
15        Object to form.
16    A.   Mr. Dewan explained to me that he
17  could get the workers that I required.
18    EXAMINATION BY MR. BHATNAGAR:
19    Q.   Okay.
20    A.   And, you know, I had faith that he
21  could do it, and he did it.
22    Q.   So, he told you that he could get
23  the workers. And what did you tell him you would
24  be able to do?
25    A.   Put them to work.

Page 52

1    Q.   And obtain immigration visas for
2  them?
3    A.   Well, we were going to attempt that.
4    Q.   Right. That's what I'm asking you.
5  What I'm asking you is:  What was the plan? When
6  you sat down with Sachin Dewan with regard to
7  this Avondale project, what was the plan that you
8  discussed?
9    MR. KUPPERMAN:
10        Object to the form of the
11      question.
12    A.   First, I would like to clarify with
13  you that I was not talking with Sachin Dewan.
14    EXAMINATION BY MR. BHATNAGAR:
15    Q.   You were talking to his far?
16    A.   I was talking to Jagdish Dewan.
17    Q.   Dewan Consultants. Thank you.
18    A.   I had a lot of faith in Mr. Dewan.
19  He had been in business for a long time. He had
20  very good facilities, very good operations and,
21  as you know, if you've ever been to India or to
22  Bombay, things can go awry quickly, and he showed
23  me that he had the ability to do what it was that
24  I was requesting him to do. So, in that sense, I
25  put my faith in him that he could recruit the

Page 53

1  workers for my company to go to work at Avondale.
2    Q.   And he was able to deliver those
3  workers?
4    A.   Absolutely.
5    Q.   You mentioned that the workers paid
6  fees to Dewan Consultants. Do you know what
7  those fees were?
8    A.   Do not.
9    Q.   You mentioned that you paid Malvern
10  Burnett.
11    A.   Yes.
12    Q.   Do you remember how much you paid
13  him per worker?
14    A.   Didn't pay him per worker.
15    Q.   How did you pay him?
16    A.   Paid him like all you lawyers, paid
17  him by the hour.
18    Q.   Okay. Do you remember how much you
19  paid him to cover all of the legal work with
20  regard to the Avondale project?
21    A.   It was significant, but I would say
22  somewhere in the neighborhood of maybe $100,000.
23    Q.   And that's for the 500 workers?
24    A.   Yes.
25    Q.   And that involves also the

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)          14  (Pages 50 to 53)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 54

```
1    extension?
2        A.   No.  I think I had to pay him again
3    for the extension.
4        Q.   So, it was $100,000 for the
5    initial --
6        A.   Yes.
7        Q.   -- immigration work, and then a
8    separate fee for the extension?
9        A.   Yes.
10       Q.   How much was the extension fee?
11       A.   I don't recall.
12       Q.   Could you guess?
13       A.   I hate guessing.
14       Q.   If you were to guess --
15   MR. KUPPERMAN:
16            Let's not guess.
17   MR. SHAPIRO:
18            Object.
19   EXAMINATION BY MR. BHATNAGAR:
20       Q.   A ballpark.
21   MR. KUPPERMAN:
22            If he can give you a
23       ballpark, that's fine.  If he
24       can't, let's not guess.
25       A.   I just can't remember, it's been so
```

Page 55

```
1    long ago.
2    EXAMINATION BY MR. BHATNAGAR:
3        Q.   Okay.  But you remember him -- you
4    remember paying 100,000 for the initial.
5        A.   I said approximately.
6        Q.   Approximately.  Exactly.  You
7    remember approximately 100,000 for the initial.
8    For the extensions, I would assume it would be a
9    lesser figure than that, right?
10       A.   Yes.
11       Q.   So, would it be fair to say that it
12   was, you know, approximately 50,000, less than
13   that?
14   MR. ALEXIS:
15            Object to form.
16       A.   Don't.  Your guess is as good as
17   mine.
18   EXAMINATION BY MR. BHATNAGAR:
19       Q.   You don't.  Okay.  But it was less
20   than 100,000, you do remember that?
21       A.   I think so.
22       Q.   Okay.  What did Dewan Consultants
23   show you in India that gave you faith in their
24   ability to recruit these workers?
25       A.   Well, track record.  They had
```

Page 56

```
1    clients in the Middle East, primarily in Saudi
2    Arabia and the United Arab Emirates, fairly large
3    companies that they had recruited for, fairly
4    large numbers of people they had recruited.  They
5    showed me an office that was well organized, that
6    had a complete staff, and they showed me a good
7    attitude, and that's about it, I mean.
8        Q.   And the payments that you made to
9    Mr. Burnett, were those documented?  I mean, did
10   you have records of those?
11       A.   Any payment I made to Mr. Burnett
12   would have been through a check.
13       Q.   Okay.
14       A.   Form of a check.
15       Q.   Let me ask you now:  The Avondale
16   project, you were not paid fees by the workers.
17   Those went to Dewan Consultants.  You were paying
18   out money to Mr. Burnett for his legal work.
19   Where did you recoup your expenses on this
20   project?
21       A.   In that shipyard.
22       Q.   So, Avondale paid you for bringing
23   them these workers, enabling these workers to
24   work for them?
25       A.   In a sense, I guess you could say
```

Page 57

```
1    that.  They paid me an hourly rate, and in that
2    hourly rate, I built in my fee, I guess you could
3    say.
4        Q.   So, how much did Avondale pay you to
5    bring these 500 workers?
6        A.   I have no idea.  You're asking me a
7    question that is impossible to answer sitting
8    here at this table.  I mean, we're talking about
9    several years of payrolls and billings that I
10   just don't have.  There's no way I could --
11       Q.   Let me ask you perhaps an easier
12   question then.  When you contemplated whether or
13   not to move forward on the Avondale project, how
14   much did you expect to make if you were to
15   actually be able to bring the project to
16   completion?
17       A.   As much as I possibly could.
18       Q.   Understood.  If you were going to
19   bring in 500 workers, what was going to be the
20   net gain to IMI?
21       A.   I had high expectations.  I don't
22   recall the exact number.  I just don't recall.
23       Q.   What about the approximate number?
24   Did you think you were going to make a million
25   dollars, $2 million?  How lucrative was this
```

Plaintiffs (P)   Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

15  (Pages 54 to 57)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 58

1  going to be?
2      A.  I did make a million dollars.  Over
3  a period of time, I did.
4      Q.  On the Avondale project?
5      A.  Yes.
6      Q.  Did you make more than a million
7  dollars?
8      A.  I think so.
9      Q.  Would you say it was more than two
10 million?
11     A.  No.  It was between a million and
12 two.
13     Q.  Okay.  And that figure, is that --
14 would that be a profit that you think you made?
15 Is that net or gross?
16     A.  That would be gross.
17     Q.  That would be gross.  Okay.  What
18 would you estimate would have been net?
19     A.  I would prefer not to estimate.  I
20 just don't recall the number.  I know that it was
21 more money than I had ever seen.
22 MS. WASHINGTON:
23         Let me interject.  I'm going
24     to move the mike and we have a
25     request for folks on the phone

Page 59

1      that you speak up, Mr. Pol.
2  MR. KUPPERMAN:
3          Why don't we just bring that
4      in closer.
5          (Whereupon, a discussion was
6      held off the record.)
7  EXAMINATION BY MR. BHATNAGAR:
8      Q.  Let me ask you, Mr. Pol, other than
9  Avondale, did you work with Dewan Consultants on
10 any other projects with IMI?
11     A.  Yes, we did.
12     Q.  And what other -- can you name what
13 the projects were?
14     A.  We recruited -- he recruited for me
15 some workers that we never brought to the United
16 States, but we worked for a short period of time
17 on a small project to recruit some -- I believe
18 it was electricians.  But they were never -- they
19 were never brought to the United States.
20     Q.  Was that for North American
21 Shipyard?
22     A.  Yes.
23     Q.  And do you know how much those
24 electricians paid to Dewan Consultants?
25     A.  I hope they didn't pay anything.

Page 60

1  They didn't come.
2      Q.  Okay.  Did you -- was there any
3  other projects you worked with when you were
4  running IMI with Dewan Consultants?
5      A.  No.
6      Q.  Were you involved in a nurse -- a
7  project with nurses?
8      A.  Yes.
9      Q.  For a hospital in Mississippi?
10     A.  Yes.
11     Q.  Was that not also with Dewan
12 Consultants?
13     A.  You said IMI and Dewan Consultants.
14     Q.  Oh, was that not with IMI?
15     A.  No.
16     Q.  Okay.  Great.  So, let me ask you
17 then when you first met Malvern Burnett.
18     A.  1996.
19     Q.  And what was the circumstances of
20 that meeting?
21     A.  Each state has a bar association
22 that all of the attorneys are members of.  I
23 called the Louisiana Bar Association and asked
24 them to give me a list of attorneys that
25 practiced immigration law.  The man that I spoke

Page 61

1  with at the, I guess, Louisiana Bar Association
2  said that there are many attorneys that, you
3  know, hang a shingle out that says we also do
4  immigration law, but he said here's a list of
5  people that only do immigration law.  It's up to
6  you who you want to pick, but, you know, here's a
7  list of lawyers that specifically each day work
8  on immigration projects.  That's it.  So, Mr.
9  Burnett's name was on that list.  I contacted him
10 for a meeting.  I met with him at his office on
11 Polymnia Street, and we discussed the
12 possibilities of H2B visas and he explained to me
13 the process, how it worked, and we struck a deal,
14 I guess you could say.
15     Q.  Did you also -- in addition to H2B
16 visas, did you also discuss permanent resident
17 visas?
18     A.  No.
19     Q.  And your first project with Mr.
20 Burnett where he was your lawyer, was that
21 Avondale?
22     A.  Yes.
23     Q.  Did you give any thought to applying
24 for permanent resident visas in addition to H2B
25 visas or in lieu of H2B visas?

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

16  (Pages 58 to 61)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

## Page 62

1      A.   Not at that time.

2      Q.   Okay. In his deposition, Sachin

3 Dewan testified that in early 2004, you

4 approached him about potentially recruiting

5 Indians for a -- for permanent residency to work

6 in a company called J & M. Do you recall that?

7      A.   I don't recall it happening that

8 way.

9      Q.   Okay. Can you -- let me ask you how

10 the J & M project originated.

11      A.   As I recall, Mr. Dewan was involved

12 with a project with Mr. -- excuse me -- Dr. Rao,

13 and he made mention to me that, you know, he was

14 doing this project and was there anything that

15 I -- you know, any customers that I may have that

16 would be interested in doing something similar.

17 And I talked to Mr. Burnett about it as well.

18 And they were explaining to me how this new

19 concept -- that this new program was coming out,

20 PERM. I'm not sure exactly what that stands for,

21 but I think that was the -- not positive, but I

22 think that was the program that they were going

23 to use for Dr. Rao. And that's how -- that's how

24 it began.

25      Q.   Your recollection is Sachin Dewan

## Page 63

1 was working with Dr. Rao, and was the project

2 that you're referring to Indo-Ameri Soft?

3      A.   I think that -- it could be. I

4 recognize that name, but --

5      Q.   Okay. So, you understood that

6 Sachin Dewan and Dr. Rao were working on some

7 other separate project.

8      A.   Yes.

9      Q.   And it's your recollection that

10 Sachin Dewan came to you and suggested why don't

11 you and I work on a project similar to what

12 myself and Dr. Rao were working on?

13      A.   That's the way I recall it.

14      Q.   And the project that you and Sachin

15 Dewan contemplated involved permanent residency

16 visas for Indian workers.

17      A.   Yes.

18      Q.   So, this conversation takes place

19 before you had discussed J & M as the potential

20 vehicle?

21      A.   Yes.

22      Q.   Do you recall when you all had that

23 conversation?

24      A.   2004, maybe. Early 2004.

25      Q.   Early 2004. So, after you had this

## Page 64

1 conversation with Sachin Dewan -- was it a

2 telephone conversation?

3      A.   Oh, sure. Obviously.

4    MR. SHAPIRO:

5      I'm sorry. What was the

6 answer?

7    MR. BHATNAGAR:

8      He said: "Sure."

9 EXAMINATION BY MR. BHATNAGAR:

10      Q.   What happened next in terms of your

11 interest regarding what he had suggested?

12      A.   Well, I spoke with Mr. Burnett. I

13 wanted him to explain to me the process, and he

14 did.

15      Q.   What did he tell you?

16      A.   If I could give you just a quick

17 background, you know, H2Bs were difficult to get

18 from India. So, the process of permanent

19 residence seemed to be a viable alternative to me

20 to put workers with companies in the United

21 States. And the way that Mr. Burnett explained

22 it to me was that the program was about to

23 change, and that instead of, you know, the five

24 years, whatever, that the current program was

25 taking up to get through the process and get to

## Page 65

1 the United States, that this was more of a fast

2 track-type program that could get people here in

3 24 months. So, I thought that idea was

4 reasonable. I thought that a customer may be

5 interested in -- because of the shortage in the

6 labor pool in the United States in certain

7 trades, that, you know, some people may be

8 interested in this. And then I contacted my

9 friend Billy Wilks, J & M.

10      Q.   And Mr. Burnett -- when you say

11 that -- could get here in 24 months, you mean

12 that workers could physically be in the United

13 States in 24 months. That was your understanding

14 with Mr. Burnett?

15      A.   Well, you know, any time that you're

16 dealing with the government and this process, you

17 know, there's a lot of ifs.

18      Q.   Right.

19      A.   If everything works correctly, then,

20 it's possible to do that.

21      Q.   Now, at the time that you and Sachin

22 Dewan had this conversation in early 2004, you

23 had already sold IMI, right?

24      A.   Yes.

25      Q.   And can I ask you why you sold IMI?

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

17 (Pages 62 to 65)

(504) 525-1753     HUFFMAN & ROBINSON, INC.     (800) 749-1753

ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 66

1    A.   I was actually very tired of the
2  day-to-day grind of the labor leasing business.
3  Very intensive, very time consuming, and I had an
4  interested buyer.  So, I chose to stop doing
5  that.
6    Q.   And after you sold it, you then
7  created Global Resources?
8    A.   No.  Global Resources was -- was in
9  business before that.  I had created Global
10  Resources in the '90s.
11    Q.   When did you create Global
12  Resources, can you remember?
13    A.   I can't remember the exact year, but
14  it was sometime late '90s, maybe '98, '99.
15    Q.   And what's the structure of Global
16  Resources?
17    A.   Global Resources is a S corporation
18  as well.  I had no employees.
19    Q.   Is there a board of directors?
20    A.   No.
21    Q.   Are you the only person affiliated
22  with Global Resources?
23    A.   Yes.
24    Q.   And how -- IMI was in the labor
25  contracting business; is that right?

Page 67

1    A.   Yes.  Labor leasing.
2    Q.   Labor leasing business.  Is Global
3  Resources also in the labor leasing business?
4    A.   No.
5    Q.   How does -- what business is Global
6  Resources in?
7    A.   Global Resources was in the business
8  of recruiting for other companies.
9    Q.   Recruiting for other companies.  So,
10  IMI -- just to have a better understanding of the
11  way that the two companies differed, IMI would
12  obtain the workers and then lease them to
13  companies in the United States.
14    A.   Yes.
15    Q.   For a fee.
16    A.   Yes.
17    Q.   Paid by the companies.
18    A.   Yes.
19    Q.   Global Resources recruits workers
20  and then places them in companies in the United
21  States; is that right?
22    A.   Yes.
23    Q.   And the fees are paid by the
24  workers?
25    A.   Yes.

Page 68

1    Q.   So -- and Global Resources is
2  basically a one- -- would it be fair to say it's
3  a one-person operation?
4    A.   Yes.
5    Q.   So, your desire to close IMI and
6  then continue forward with Global Resources, did
7  you feel that there was a more lucrative kind of
8  possibility in the recruiting side of things?
9    A.   No, I don't know if you could say
10  more lucrative.  I think you could certainly say
11  less headaches.
12    Q.   Less managerial duties, overhead.
13    A.   Correct.
14    Q.   Okay.  So, Sachin Dewan -- was this
15  the first project that Global Resources worked on
16  with Sachin Dewan, the J & M project?
17    A.   Yes.
18    Q.   And you were saying that you
19  approached your friend Billy Wilks at J & M.  Can
20  you describe that conversation and what you
21  discussed?
22    A.   Well, you know, after I was updated
23  from Mr. Burnett about the possibilities of doing
24  this, I described that exactly what Mr. Burnett
25  had told me and what I had described to you a few

Page 69

1  moments ago, possibilities that this would --
2  could help him, and he was interested.
3    Q.   And you then got back to Sachin
4  Dewan and you told him, I think, that J & M is
5  interested?
6    A.   I may -- I may have done that.
7    Q.   Well, I mean, what happened after
8  the conversation with Billy Wilks?
9    A.   I am sure that I would have talked
10  to Mr. Burnett and I would have talked to Mr.
11  Dewan to make sure that everybody was on board to
12  do this, and then I don't -- I got a contract
13  with Mr. Wilks to supply him with the recruited
14  workers.
15    THE WITNESS:
16      Excuse me.  Can I go to the
17    restroom?
18    MR. BHATNAGAR:
19      Sure.
20    MR. KUPPERMAN:
21      Let's go off the record for
22    a few minutes.
23      (Whereupon, a discussion was
24    held off the record.)
25    EXAMINATION BY MR. BHATNAGAR:

Plaintiffs (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

18  (Pages 66 to 69)

(504) 525-1753      HUFFMAN & ROBINSON, INC.      (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 70

1    Q.   Before the break, we were discussing
2  your initial conversations between Sachin Dewan
3  and Malvern Burnett regarding the J & M project.
4  I'm going to show you a document that is
5  Bates-stamped DEWAN 941 to 945. It's a
6  Multilateral Business Agreement. Do you
7  recognize this? I'm going to mark it as 516.
8        MS. BOLLMAN:
9          You know, it's already an
10         exhibit, Chandra, from Dewan.
11       MR. BHATNAGAR:
12         Is it all right if I remark
13         it?
14       MS. BOLLMAN:
15         Sure.
16  EXAMINATION BY MR. BHATNAGAR:
17       Q.   Do you recognize this document, Mr.
18  Pol?
19         (Whereupon, Exhibit Number
20         516 was marked for identification.)
21       A.   Yes, I recognize it.
22  EXAMINATION BY MR. BHATNAGAR:
23       Q.   And is that the Multilateral
24  Business Agreement that you and -- that Global
25  defendants, Dewan Consultants and Malvern Burnett

Page 71

1  all signed?
2       A.   Yes.
3       Q.   And is that your signature on the
4  last page right there?
5       A.   Yes.
6       Q.   And do you recognize that as Sachin
7  Dewan's signature above his name?
8       MR. SHAPIRO:
9         Object. Object to having
10        him identify somebody else's
11        signature.
12  EXAMINATION BY MR. BHATNAGAR:
13       Q.   You can answer.
14       A.   I don't know. I guess it is.
15       Q.   Do you recognize that as Malvern
16  Burnett's signature above his name?
17       MR. SHAPIRO:
18         Same objection.
19       A.   It looks like it.
20  EXAMINATION BY MR. BHATNAGAR:
21       Q.   Okay. Great. Now, this document is
22  dated March of 2004, and I'm going to ask you:
23  Is that around the time that you recall having
24  conversations with Sachin Dewan and Malvern
25  Burnett about working together and forming a

Page 72

1  partnership?
2       MR. ALEXIS:
3         Object to form.
4       MS. HAROWSKI:
5         Object to form.
6       MR. SHAPIRO:
7         Object.
8       A.   Wouldn't it be better to say that
9  this was the culmination of the talks that we had
10  had? So, it would have been prior to this.
11  EXAMINATION BY MR. BHATNAGAR:
12       Q.   That is a better question. So, your
13  conversations were prior to that document?
14       A.   Yes.
15       Q.   And that document reflected the
16  understanding that you -- the three of you came
17  to; is that right?
18       A.   Yes.
19       Q.   Let me ask you to read the third
20  paragraph of the agreement. Could you read it
21  out loud?
22       A.   "This agreement
23         establishes the framework for
24         a business relationship among
25         the parties to select,

Page 73

1         acquire, and transport to the
2         United States foreign skilled
3         workers under the 'permanent
4         residence' process for
5         migration and to be employed
6         by valid employers in the
7         United States to be produced
8         by 'Global,' hereinafter
9         referred to as 'Client,' or
10        its subsidiaries and acquired
11        by Parties for that purpose."
12       Q.   Okay. So, the purpose of the
13  agreement was to bring in foreign skilled workers
14  under the permanent residency process for
15  migration to be employed by valid employers; is
16  that right?
17       A.   Correct.
18       Q.   And the parties that came together
19  agreed in Paragraph V to charge in total five
20  lakhs, which is 500,000 rupees, or equivalent
21  U.S. dollars from each selected applicant for the
22  purpose of selecting the applicant for the U.S.A.
23  permanent residency/green card. Did I read that
24  right?
25       A.   Yes.

Plaintiffs (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

19  (Pages 70 to 73)

(504)525-1753      HUFFMAN & ROBINSON, INC.      (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 74

1    Q.   Do you recall that being the fees
2    that you all agreed on charging?
3    A.   Yes.
4    Q.   Let me ask you:  How did you come to
5    the total of five lakhs?
6    A.   I didn't come to that total.
7    Q.   How did your -- as a group, how did
8    you come to the agreement to have that be your
9    total?
10   A.   This was suggested to me by Sachin
11   Dewan, who is in the business of recruiting and
12   charging people for his services to place them
13   with workers outside the country of India, let's
14   just say.  So, Mr. Dewan was much more
15   knowledgeable than I about, I guess you could
16   say, market price for what you could charge to a
17   candidate that would want to come to the United
18   States and work.  He and he alone is the person
19   that came up with that figure.
20   Q.   And that -- did you have a
21   discussion about that figure?
22   A.   Well, the discussion is simply this:
23   Is that he says this is what we should charge,
24   and I have to defer to his judgment because he's
25   the one that is in the business in India of

Page 75

1    recruiting people and sending them overseas to
2    foreign countries to work.
3    Q.   So, that seemed -- in light of his
4    expertise, that seemed like a reasonable figure
5    to you?
6    A.   It did.
7    Q.   Were you aware of or did you have an
8    understanding of what the monthly or -- actually,
9    strike that.
10        Did you have an understanding of
11   what the annual salaries were of workers in this
12   business?
13   MS. HAROWSKI:
14        Object to form.
15   A.   I think you need to be a little more
16   specific and say where.
17   EXAMINATION BY MR. BHATNAGAR:
18   Q.   Okay.  In -- Indian workers who were
19   either welders or fitters, did you have an
20   understanding of what their annual salaries were?
21   A.   In India?
22   Q.   In India.
23   MR. SHAPIRO:
24        Object to form.
25   A.   As I recall, $500 a month or so.

Page 76

1    EXAMINATION BY MR. BHATNAGAR:
2    Q.   Sachin Dewan testified that workers
3    averaged between 200 to $500 a month in salary.
4    Would that comport with your -- with what your
5    understanding was?
6    A.   That information -- you know, I'm
7    repeating from what Sachin told me, so --
8    Q.   So, yes?
9    A.   -- I'd have to say yes.  He's the
10   one that told me that.
11   Q.   And he also testified that workers
12   in -- Indian workers who were working in Dubai
13   earned on average $500 to $1,000 per month.  Does
14   that comport with your recollection of what your
15   understanding was?
16   MR. SHAPIRO:
17        Object to form.
18   A.   I'm not really sure what workers
19   made in Dubai.  I don't recall having that
20   conversation.
21   EXAMINATION BY MR. BHATNAGAR:
22   Q.   Okay.  So, let me ask you about the
23   Indian workers.  Indian workers, according to
24   those figures, would be averaging between 2,400
25   and $6,000 annually.  And this total, 500,000

Page 77

1    rupees, would be in excess of $10,000 annually.
2    Is that right?  Your understanding.
3    A.   I guess it depends on the exchange
4    rate for that time, but close enough.
5    Q.   So, if the workers were making 2,400
6    to 6,000 in annual salary and the charges for
7    this were in excess of -- were, you know, 10,000
8    or up, let's say, ten to $12,000, depending on
9    the exchange rate, that would be, at least
10   according to what Mr. Dewan testified, that would
11   be at least two years' worth of salary that it
12   would cost them to be part of this program.
13   MR. ALEXIS:
14        Object to form.
15   EXAMINATION BY MR. BHATNAGAR:
16   Q.   Does that comport with your
17   recollection?
18   A.   If you're making the assumption that
19   you're dealing with a worker that's only working
20   in India, then, I would say yes, but, typically,
21   that's not the candidate that we recruited.  So,
22   I think that figure would be immaterial, really.
23   Q.   Okay.  If a worker is making, let's
24   say, in India -- the workers in India.  If
25   they're making 2,400 to 6,000 a year, and they're

Page 78

1  paying $12,000 to be a part of this program,
2  doesn't that seem like a very, very high fee?
3       MR. ALEXIS:
4            Object to form.
5       MR. SHAPIRO:
6            Object to form.
7       MS. HAROWSKI:
8            Object to form.
9       A.   Let's get our ifs right. Say that
10  again.
11  EXAMINATION BY MR. BHATNAGAR:
12       Q.   If a worker is paying two years of
13  their salary -- Sachin testified that for the
14  Indian workers, they were paying over two years'
15  worth of salary to be part of this project.
16       A.   That's if they worked in India.
17       Q.   I'm saying Indian workers. I'll
18  talk about Dubai workers in a second, or the UAE
19  workers. The Indian workers, according to Sachin
20  Dewan, were paying over two years' worth of
21  salary in order to be part of this program.
22       MR. ALEXIS:
23            Object to form.
24  EXAMINATION BY MR. BHATNAGAR:
25       Q.   Does that strike you as excessive in

Page 79

1  terms of fees?
2       MR. SHAPIRO:
3            Object to form.
4       A.   It doesn't, because I don't know if
5  the ifs are correct. I mean, it's difficult to
6  speculate, really, about what that guy has, what
7  he makes, what he -- they're all different.
8  EXAMINATION BY MR. BHATNAGAR:
9       Q.   There's no speculation in this
10  question. Sachin Dewan said it would cost at
11  least two years of salary for these workers to
12  participate in the program. So, my question to
13  you is: Does that strike you as an excessive
14  amount for a worker to pay to be part of this?
15       MR. ALEXIS:
16            Object to form.
17       MS. HAROWSKI:
18            Object to form.
19       MR. SHAPIRO:
20            Object to form.
21       A.   No. Because you don't base it on
22  what he's paid. You base it on what he can make,
23  what he can make when he goes to the project that
24  he's going to.
25  EXAMINATION BY MR. BHATNAGAR:

Page 80

1       Q.   Do you also base it on what he's
2  going to get in terms of, in addition to salary,
3  immigration status?
4       A.   I would think that you could.
5       Q.   So, was part of the rationale for
6  charging these fees the fact that the workers
7  were going to be getting permanent residency in
8  the United States?
9       MS. HAROWSKI:
10            Object to form.
11       A.   Well, as you can see in this
12  Multilateral Business Agreement that you handed
13  me, we were trying for the green card, and that's
14  what this whole thing was based upon.
15  EXAMINATION BY MR. BHATNAGAR:
16       Q.   So, the reason that you could expect
17  that workers might be willing to pay that amount
18  of money was because the workers would be
19  expecting that at the end of the process, they
20  would get a green card; is that right?
21       MR. ALEXIS:
22            Object to form.
23       A.   Yes, I think they would expect that.
24  EXAMINATION BY MR. BHATNAGAR:
25       Q.   And because they would be making

Page 81

1  more money in the United States, it seemed
2  reasonable that you could charge them these fees,
3  right?
4       A.   Which fee?
5       Q.   Okay. Strike that.
6            When you and Malvern Burnett and
7  Sachin Dewan sat down and you had the
8  conversation about this whole agreement, the
9  hammering it out, you came to a resolution
10  regarding what the fees were going to be -- what
11  were going to be, right?
12       A.   Yes, we did.
13       Q.   And that resolution was informed by
14  Sachin Dewan's experience regarding what typical
15  fees were, what the market could bear, right?
16       A.   Yes.
17       Q.   And the other aspect of that is what
18  you were going to be giving to the workers in
19  exchange for the fees that they were going to be
20  paying you, right?
21       A.   Yes.
22       Q.   And the one thing that you'd be
23  offering the workers is the salary that a United
24  States job would offer, which is higher than
25  Indian salary, right?

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)            21  (Pages 78 to 81)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 82

1    A.   Yes.
2    Q.   And the second thing you would be
3  offering the workers is a green card; is that
4  right?
5       MR. ALEXIS:
6          Object to form.
7       MS. HAROWSKI:
8          Object to form.
9    A.   It depends on what that worker
10  understood at the time that he came to the United
11  States. I mean, what worker are we talking
12  about? Ones that have never come or ones that
13  have been here?
14  EXAMINATION BY MR. BHATNAGAR:
15    Q.   This is a very simple question. My
16  question is: Your discussion and your rationale
17  for charging 500,000 rupees had to do with the
18  fact that, A, workers were going to get paid more
19  in the United States and, B, as your agreement
20  indicates, workers were going to be getting green
21  cards, right?
22       MR. ALEXIS:
23          Object. Object to form
24  again.
25    A.   We're talking about theory workers,

Page 83

1  right? In theory. A worker under this plan.
2  EXAMINATION BY MR. BHATNAGAR:
3    Q.   Under this plan.
4    A.   In theory, under this plan, yes, the
5  worker would or should expect, because he would
6  never have left India before he had a green card.
7    Q.   Okay. Let's follow that. So, a
8  worker would not pay this amount of money,
9  500,000 rupees, unless they were going to get a
10  higher paying job in the U.S. and get a green
11  card, right?
12       MR. ALEXIS:
13          Object to form.
14       MS. HAROWSKI:
15          Object to form.
16    A.   Right.
17  EXAMINATION BY MR. BHATNAGAR:
18    Q.   Okay. Now, of these -- let's talk a
19  little bit about -- about the fees that you all
20  charged. What were -- how was it determined -- I
21  mean, let me ask you more specifically: How were
22  the fees determined for Sachin Dewan?
23       MR. SHAPIRO:
24          Object to form.
25    A.   In our agreement, we agreed for that

Page 84

1  figure for permanent resident workers. Is that
2  what we're referring to?
3  EXAMINATION BY MR. BHATNAGAR:
4    Q.   Uh-huh. This is all about your
5  agreement.
6    A.   It was one-third.
7    Q.   Okay. So, one-third for you,
8  one-third for Malvern Burnett, one-third for
9  Sachin Dewan, right?
10    A.   Yes.
11    Q.   And what was Sachin Dewan doing to
12  earn his one-third of 500,000 rupees? What was
13  his role in this?
14    A.   His role was getting the workers.
15    Q.   So, recruiting the workers?
16    A.   Correct.
17    Q.   And what was Malvern Burnett doing
18  to get his one-third of this?
19       MR. ALEXIS:
20          Object to form.
21       MR. BHATNAGAR:
22          Let me strike that.
23  EXAMINATION BY MR. BHATNAGAR:
24    Q.   What was Malvern Burnett doing in
25  the contract that you came up with, what was

Page 85

1  Malvern Burnett doing to earn one-third of
2  500,000 rupees?
3       MR. ALEXIS:
4          Object to form.
5    A.   He was in charge of the immigration
6  work.
7  EXAMINATION BY MR. BHATNAGAR:
8    Q.   And the immigration work that he was
9  doing on their behalf, in exchange for that, he
10  would be getting one-third of 500,000 rupees?
11    A.   Correct.
12    Q.   Does that seem to you an excessive
13  fee for immigration work?
14       MR. ALEXIS:
15          Object to form.
16       MS. HAROWSKI:
17          Object to form.
18    A.   No, because I've seen the
19  advertisements in India where they charge upwards
20  of ten or $15,000 for doing the same thing.
21  EXAMINATION BY MR. BHATNAGAR:
22    Q.   Okay. Are you aware that in the
23  summer of 2007, Malvern Burnett charged Signal
24  $5,000 for H2B applications on behalf of 47
25  welders and 130 fitters?

Plaintiffs (P)   Signal Defs. (S)   Dewan Defs. (D)   Burnett Defs. (B)

22  (Pages 82 to 85)

(504)525-1753       HUFFMAN & ROBINSON, INC.       (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 86

1  MR. ALEXIS:
2      Object to form.
3  A.  No.
4  EXAMINATION BY MR. BHATNAGAR:
5      Q.  This is BURNETTCY 2330 and 2332 --
6  2330 through 2332. I'm going to mark it as 517.
7      (Whereupon, Exhibit Number
8      517 was marked for identification.)
9  MR. SHAPIRO:
10     517.
11 MS. BOLLMAN:
12     The Bates?
13 MR. BHATNAGAR:
14     2330 to 2332 of BURNETTCY.
15 I'm just going to read to you the
16 first sentence:
17     "Client:  Signal
18 International."
19     "Fee Agreement, Law Offices
20 of Malvern Burnett."
21     First sentence:
22     "I will represent you in the
23 matter of preparation of two H2B
24 visa petitions for remaining
25 position for Mississippi (47

Page 87

1  welders and 130 fitters)."
2      Did I read that right?
3  A.  Yes.
4  MR. ALEXIS:
5      I'm going to object to the
6  entire line of questioning
7  involving this document because I
8  don't believe that Mr. Pol's a
9  party to that document.  You're
10 asking him to testify about a
11 document that he wasn't a party
12 to.
13 MR. BHATNAGAR:
14     No, I'm not, actually.  I'm
15 not asking him to testify about a
16 document.
17 MR. ALEXIS:
18     Anyway, just to save time,
19 object to form continuing as to
20 any questions on this document.
21 MR. BHATNAGAR:
22     Noted.  Duly noted.
23 EXAMINATION BY MR. BHATNAGAR:
24     Q.  In Paragraph 5, the first sentence:
25     "I estimate the total cost

Page 88

1  of your case at approximately
2  $5,000."
3      Did I read that right?
4  A.  Yes.
5      Q.  And in the last page, there's a
6  check from Signal International to Malvern
7  Burnett in the amount of $5,000.  So, if I were
8  to tell you that Malvern Burnett was hired by
9  Signal to do 47 welder and 130 fitter H2B
10 applications for a sum of $5,000, would it strike
11 you that him charging one-third of 500,000 rupees
12 to do immigration work for an Indian worker was
13 excessive?
14 MR. ALEXIS:
15     Object to form.
16 MS. BOLLMAN:
17     Object to form.
18 MS. HAROWSKI:
19     I'm going to object to the
20 form.  I would like to put on the
21 record that I don't think that
22 your interpretation of this
23 document is necessarily correct,
24 and we haven't had Mr. Burnett's
25 testimony on this document yet.

Page 89

1  EXAMINATION BY MR. BHATNAGAR:
2      Q.  You can answer.
3  A.  Say again.
4  MR. BHATNAGAR:
5      Could you read that back,
6  Carol?
7  THE COURT REPORTER:
8      Question:  And in the last
9  page, there's a check from Signal
10 International to Malvern Burnett
11 in the amount of $5,000.  So, if I
12 were to tell you that Malvern
13 Burnett was hired by Signal to do
14 47 welder and 130 fitter H2B
15 applications for a sum of $5,000,
16 would it strike you that him
17 charging one-third of 500,000
18 rupees to do immigration work for
19 an Indian worker was excessive?
20 A.  I have no idea.
21 EXAMINATION BY MR. BHATNAGAR:
22     Q.  Well, what's your opinion?  Do you
23 think it's excessive?
24 MR. ALEXIS:
25     Object to form.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)          23  (Pages 86 to 89)

(504) 525-1753      HUFFMAN & ROBINSON, INC.      (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 90

1        A.  I don't have an opinion.  It's
2   between Mr. Burnett and Signal and the
3   participants.
4        EXAMINATION BY MR. BHATNAGAR:
5        Q.  I'm not asking about Signal.  I'm
6   saying do you think it was excessive for an
7   Indian worker to pay one-third of 500,000 rupees
8   to get immigration services from Mr. Burnett in
9   light of what he was charging Signal?
10       MR. ALEXIS:
11           Object to form.
12       A.  I really don't have an opinion on
13  that.  First time I have ever seen it.  I haven't
14  thought about it.
15       EXAMINATION BY MR. BHATNAGAR:
16       Q.  So, after you and Mr. Burnett and
17  Sachin Dewan signed a contract, you began the
18  process for J & M recruiting.  So, what was the
19  plan that you had come up with for J & M?
20       A.  Very simple.  Recruit them workers.
21       Q.  Okay.  And Sachin Dewan was to be
22  the Indian recruiter, you were to be the American
23  labor broker and Malvern Burnett was to be the
24  immigration lawyer; is that right?
25       A.  Yes.

Page 91

1        Q.  In the agreement, I think, in
2   Paragraph VII, it says here:
3            "If 'Facilitator,' 'Global'
4        and 'Attorney' decides to increase
5        or reduce the charges for the
6        process of the program of
7        Permanent Residency/Green Card,
8        'Facilitator,' 'Global' and
9        'Attorney' will get paid in the
10       same ratio as described in Section
11       V."
12           So, that's one-third, one-third,
13  one-third; is that right?
14       A.  Yes.
15       Q.  So, let me ask you about Paragraph
16  VII.  Why did you -- did you all contemplate
17  raising the fees that you were -- or lowering the
18  fees that you were charging workers?
19       A.  Well, obviously, there's some
20  contemplation because there's a paragraph about
21  that very subject.
22       Q.  Okay.  Well, let me ask you about
23  that contemplation.  Why did you include that
24  paragraph in there?
25       A.  Well, first of all, I want to make

Page 92

1   it clear that I didn't write this contract.  This
2   was written by Sachin Dewan, but this gives you,
3   you know, latitude to move.  This is just -- I
4   mean, it's a moving target over time.  For
5   instance, today, who would have thought that, you
6   know, our economy would be down 30 percent.  So,
7   you know, you contemplate lowering as well as
8   raising.  You just don't know.
9        Q.  So, it's your recollection that
10  Sachin Dewan drafted this contract?
11       A.  That's my recollection.
12       Q.  Not Malvern Burnett?
13       MR. SHAPIRO:
14           Object to form.
15       A.  I think this came from Sachin.
16       EXAMINATION BY MR. BHATNAGAR:
17       Q.  Okay.  But you signed the contract,
18  so, obviously, you approved everything that was
19  in there?
20       A.  Yes.
21       Q.  Were you familiar with the other
22  recruitment that Dewan Consultants had been
23  involved with bringing Indian workers to the Gulf
24  Coast?
25       MS. HAROWSKI:

Page 93

1            Object to form.
2        A.  Could you please ask that again?
3        EXAMINATION BY MR. BHATNAGAR:
4        Q.  Let me ask that another way.  Were
5   you aware that Dewan Consultants was recruiting
6   Indian workers or had been recruiting Indian
7   workers to go to the Gulf?
8        A.  With me?
9        Q.  No, not with you.  Just in general.
10       A.  No.
11       MR. ALEXIS:
12           The Gulf?
13       MR. SHAPIRO:
14           I think he's already
15       answered that question.
16       A.  I'm not aware of that.
17       MR. SHAPIRO:
18           Objection.
19       EXAMINATION BY MR. BHATNAGAR:
20       Q.  Okay.  Let me ask this another way.
21  You were aware that Sachin -- that Dewan
22  Consultants had been -- had recruited Indian
23  workers to go to Dubai and the Gulf Middle East,
24  right?
25       A.  Yes.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

24  (Pages 90 to 93)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 94

1    Q.   And did you have a sense of what the
2  fees that they charged for workers to go to the
3  Middle East was?
4    MR. SHAPIRO:
5        Object to form.
6    A.   No.  I'm sorry.
7  EXAMINATION BY MR. BHATNAGAR:
8    Q.   The fees that -- was this the first
9  time that you had ever been involved in a project
10  that charged fees to workers as opposed to you
11  getting your compensation from the companies?
12    MR. SHAPIRO:
13        Object to form.
14    A.   I think so.
15  EXAMINATION BY MR. BHATNAGAR:
16    Q.   So, was your entire kind of frame of
17  reference in terms of the fees based on the
18  recommendations of Sachin Dewan?
19    MR. SHAPIRO:
20        Object to form.
21    A.   I think I've already answered that
22  earlier, that I put a lot of weight in what he
23  has to say.
24  EXAMINATION BY MR. BHATNAGAR:
25    Q.   Okay.  Let me show you DEWAN 961.

Page 95

1  Do you recognize this document?  I'm going to
2  mark it, also.
3        (Whereupon, Exhibit Number
4    518 was marked for identification.)
5  EXAMINATION BY MR. BHATNAGAR:
6    Q.   Do you recognize this document?
7    A.   Yes.
8    Q.   And is that your signature at the
9  bottom?
10    A.   Yes.
11    Q.   I'm going to just read the first
12  paragraph:
13        "Be it known that we hereby
14        appoint Dewan Consultants as our
15        authorized representative in India
16        to facilitate the migration of
17        skilled workers to the United
18        States of America for permanent
19        employment under the permanent
20        resident program."
21        Did I read that right?
22    A.   Yes.
23    Q.   And that's your signature at the
24  bottom, right?
25    A.   Yes.

Page 96

1    Q.   So, this is a Power of Attorney that
2  you're giving to Dewan Consultants to enable you
3  to recruit Indian workers for permanent residency
4  in the United States, right?
5    A.   Yes.
6    Q.   And this was with the J & M project
7  in mind; is that right?
8    A.   Yes.
9    Q.   Okay.  I'm now going to show you
10  DEWAN 962 and 963.  Do you recognize that?
11        (Whereupon, Exhibit Number
12    519 was marked for identification.)
13    MS. BOLLMAN:
14        Are you marking those as
15    separate exhibits or one exhibit?
16    MR. BHATNAGAR:
17        Separate.
18  EXAMINATION BY MR. BHATNAGAR:
19    Q.   Do you recognize that document?
20    A.   Yes.
21    Q.   And is that the demand letter that
22  you sent for the J & M recruitment?
23    A.   It is.
24    Q.   And is that your signature at the
25  bottom?

Page 97

1    A.   Yes.
2    Q.   And would it be fair to say that the
3  purpose of both of these agreements was to enable
4  Sachin Dewan to recruit workers for permanent
5  employment under the permanent resident program?
6    A.   Yes.
7    MR. SHAPIRO:
8        Object to form.
9  EXAMINATION BY MR. BHATNAGAR:
10    Q.   I'm now going to show you GR-1732.
11  Do you recognize this document, sir?
12        (Whereupon, Exhibit Number
13    520 was marked for identification.)
14    MS. HAROWSKI:
15        If you could just say a
16    description of the document, that
17    would be easier for us to find it.
18    MR. BHATNAGAR:
19        Sure.  I apologize.
20  GR-1732.
21    MS. HAROWSKI:
22        Got it.
23    MR. BHATNAGAR:
24        It is a demand letter.
25  EXAMINATION BY MR. BHATNAGAR:

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

25  (Pages 94 to 97)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 98

1      Q.   Do you recognize that document?
2      A.   Yes.
3      Q.   And is that a fax to you or a copy
4  of a fax to you from J & M Associates?
5      A.   Yes.
6      Q.   And is that the demand letter
7  setting out their requirements for the job?
8      A.   Yes.
9      Q.   Okay. I'm now going to show you
10  GR-1733, which is a Limited Power of Attorney.
11  Do you recognize this document?
12          (Whereupon, Exhibit Number
13      521 was marked for identification.)
14      A.   Yes.
15  EXAMINATION BY MR. BHATNAGAR:
16      Q.   Is that the Power of Attorney that J
17  & M Associates gave you?
18      A.   Yes.
19      Q.   And is that your signature at the
20  bottom?
21      A.   Yes.
22      Q.   Dated 3/5/04. And then I'm next
23  going to show you GR-1734 and 1735. Do you
24  recognize that document?
25      A.   Yes.

Page 99

1      Q.   And is that your signature at the
2  bottom?
3      A.   Yes.
4      Q.   And the heading says: Global
5  Resources, Incorporated and J & M Associates,
6  Incorporated, Skilled Worker Migration Agreement.
7  I'm marking this as 521.
8  MR. BHATNAGAR:
9          I should just note for the
10  record the Limited Power of
11  Attorney was 520 and the — I
12  didn't actually mark —
13          Can we go off the record for
14  a second?
15          (Whereupon, a discussion was
16  held off the record.)
17  MR. BHATNAGAR:
18          Just a little bit of
19  housekeeping. We have marked for
20  exhibits -- firstly, the --
21  starting with Exhibit Number 518.
22  It's the Global Resources Power of
23  Attorney, which is Bates Number
24  000961. Exhibit Number 519 is the
25  Global Resources demand letter.

Page 100

1  It's Bates Number 000962. That's
2  Dewan production, both of them.
3  And that's Exhibit Number 519.
4  Exhibit Number 520 is from the
5  Global Resources production, 1732
6  is the Bates number, and it is the
7  J & M Power -- demand letter to
8  Michael Pol. That's Exhibit
9  Number 520. Then, Exhibit Number
10  521 is the J & M Limited Power of
11  Attorney to Michael Pol, and
12  that's Bates Number GR-1733. And
13  then, lastly, Exhibit Number 522
14  is Global Resources, Incorporated
15  and J & M Associates, Incorporated
16  Skilled Worker Migration
17  Agreement.
18          (Whereupon, Exhibit Number
19      522 was marked for identification.)
20  EXAMINATION BY MR. BHATNAGAR:
21      Q.   So, let me start with Exhibit Number
22  522, which is Bates Number 1734 and 1735. Do you
23  recognize this document, Mr. Pol?
24      A.   Yes.
25      Q.   And is that the agreement that

Page 101

1  Global Resources and J & M created together
2  regarding the project you were going to be
3  working on for them?
4      A.   Yes.
5      Q.   And is that your signature at the
6  end?
7      A.   Yes.
8      Q.   And it's dated 2/2/04?
9      A.   Yes.
10      Q.   And to the best of your
11  recollection, is that the signature of Billy
12  Wilks?
13      A.   As far as I can tell.
14      Q.   And that's also dated 2/2/04?
15      A.   Yes.
16      Q.   In this agreement, in the second
17  paragraph, I will read it.
18          "This agreement establishes
19      the framework for a business
20      relationship between the two
21      parties to select, acquire and
22      transport to the United States,
23      foreign skilled workers under the
24      'permanent residence' process for
25      migration, and to be employed by J

Page 102

1    & M or its subsidiaries and
2    acquired on behalf of J & M by
3    Global for that purpose."
4        Did I read that right?
5        A.   Yes.
6        Q.   Is it fair to say that that was what
7    the purpose of your agreement was?
8        A.   Yes.
9        Q.   So, the purpose of the agreement was
10   to bring foreign skilled workers under the
11   permanent residence process to be employed by J &
12   M?
13       A.   Yes.
14       Q.   I also would like to call your
15   attention to the third paragraph, and I will read
16   this, also.
17       "Whereas, in the United
18   States, there is a shortage of
19   skilled workers, Global is in the
20   business of assisting skilled
21   workers abroad, for a fee, to
22   migrate to the United States under
23   the I-140 'Permanent Residence'
24   process, and assist them in
25   obtaining employment."

Page 103

1        Did I read that right?
2        A.   Yes.
3        Q.   So, is it fair to say that Global
4    Resources was in the business of assisting
5    skilled workers abroad to assist them in
6    migrating to the United States under the I-140
7    process?
8        A.   Yes.
9        Q.   Okay.  Great.  I'm now going to show
10   you a copy of an advertisement that Sachin Dewan
11   identified as a J & M and/or Zito -- and Zito
12   advertisement.  And it's from the plaintiffs'
13   motion for a protective order.  It was Exhibit
14   Number 69.
15       MR. BHATNAGAR:
16       These are the same exhibits,
17       just for Counsels' sake, these are
18       the same exhibits that we referred
19       to during the Dewan deposition,
20       for the advertisements.
21       MS. BOLLMAN:
22       Uh-huh.
23   EXAMINATION BY MR. BHATNAGAR:
24       Q.   This is Exhibit Number 69 from the
25   plaintiffs' motion for protective order filed

Page 104

1    10/01/08, and Sachin Dewan testified that this
2    was an advertisement for the opportunity at J &
3    M.  Do you recall seeing this advertisement
4    before?
5        A.   No, I didn't.
6        Q.   Did you see any of the
7    advertisements before they were printed?
8        A.   No, I did not.
9        Q.   Did you see any of the
10   advertisements in the newspapers after they were
11   printed?
12       A.   I may have seen one later, but,
13   obviously, I didn't see this one.
14       Q.   This particular one, you don't
15   recognize?
16       A.   No.
17       Q.   Okay.  I'm not marking this, by the
18   way.
19       MR. SHAPIRO:
20       Oh, you're not?
21       MR. BHATNAGAR:
22       No.  I'm just showing it to
23       him.  Let me go ahead and mark it.
24       So, this will be Exhibit Number
25       523.

Page 105

1        (Whereupon, Exhibit Number
2    523 was marked for identification.)
3        MR. BHATNAGAR:
4        And Exhibit Number 524 will
5        be another advertisement that
6        Sachin Dewan testified was related
7        to the J & M project as well,
8        which is Exhibit Number 67 from
9        plaintiffs' motion for a
10       protective order, and I'm marking
11       this as Exhibit Number 524.
12       (Whereupon, Exhibit Number
13   524 was marked for identification.)
14   EXAMINATION BY MR. BHATNAGAR:
15       Q.   Do you recognize this advertisement,
16   sir?
17       A.   No.
18       MS. BOLLMAN:
19       Is that an exhibit to the
20       protective order or for class
21       certification?
22       MR. BHATNAGAR:
23       I'm sorry.  Class
24       certification.
25       MR. ALEXIS:

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

27 (Pages 102 to 105)

(504)525-1753     HUFFMAN & ROBINSON, INC.     (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 110

1    Q.   Was it your recollection that
2  following the publishing of these advertisements,
3  seminars were organized for workers to attend?
4    A.   Yes.
5    Q.   And the -- Sachin Dewan testified
6  that they were J & M seminars in Chennai, Abu
7  Dhabi, Dubai, Bombay and Kerala.  Is that your
8  recollection?
9    A.   I think so.
10   Q.   And these seminars took place in
11 2004, right?
12   A.   I believe you're correct.
13   Q.   And were you at all of these
14 seminars?
15   A.   I don't recall.
16   Q.   Do you recall if there were any J &
17 M seminars that you didn't attend?
18   A.   I just don't remember the ones that
19 I attended or didn't attend.
20   Q.   Okay.  Do you know of any seminars
21 that took place that you weren't able to attend
22 for J & M?
23   A.   It's been five years ago.  I just
24 can't answer.  I don't know.
25   Q.   I mean, that's a sufficient -- the

Page 111

1  question is:  Do you know of any seminars for J &
2  M that you did not attend?
3    MR. KUPPERMAN:
4        Asked and answered.
5  EXAMINATION BY MR. BHATNAGAR:
6    Q.   So, if you don't know of any
7  seminars, that's a legitimate answer, but I just
8  want to get some clarification.
9    MR. KUPPERMAN:
10       Same objection.
11   A.   I don't know.  I don't recall.
12 EXAMINATION BY MR. BHATNAGAR:
13   Q.   Okay.  Just -- I want to be clear as
14 to what it is that you don't recall.  Do you know
15 of any seminars for J & M that you didn't attend?
16   A.   No.
17   MR. KUPPERMAN:
18       Asked --
19 EXAMINATION BY MR. BHATNAGAR:
20   Q.   Okay.  That's fine.  Thank you.
21       The seminars -- let's talk about a
22 seminar.  Take me through a typical meeting.  How
23 would the seminar unfold?
24   MR. KUPPERMAN:
25       Objection to the form.

Page 112

1    A.   Well, of course, every seminar, as
2  we have described it, is different in the sense
3  that you're in a different state, city, country,
4  in the sense that people are speaking maybe a
5  different language.  So, there were many
6  different ways that these seminars went on.  I would
7  never saw one that was the same.  So, it would be
8  difficult to characterize one in general.
9  EXAMINATION BY MR. BHATNAGAR:
10   Q.   Well, Sachin Dewan testified that it
11 was his recollection that though, you know, the
12 locations varied and the languages might have
13 varied, that there was a certain order of
14 presentation, for example.  Was that your
15 recollection as well?
16   MR. KUPPERMAN:
17       Let me just interpose an
18   objection to the constant
19   reference of Mr. Dewan and what he
20   testified about.  I just think
21   that's improper.  It's okay to ask
22   him what he recalls, but not --
23   MS. WASHINGTON:
24       Is that an objection or is
25   it just a moral thing?

Page 113

1    MR. KUPPERMAN:
2        No.  It's an objection,
3    which is why I phrased it that
4    way.
5    MR. ALEXIS:
6        Object to form, also.
7  EXAMINATION BY MR. BHATNAGAR:
8    Q.   You're permitted to answer.
9    A.   I'm sorry to ask you this.  Would
10 you please ask me again?
11   Q.   Mr. Dewan's testimony is now part of
12 the discovery record.  So, certainly, referring
13 to it to give some context is certainly
14 appropriate.  Mr. Dewan testified that it was his
15 recollection that the J & M seminars generally
16 had a certain order of how they would proceed.
17 So, my question is:  Was that your recollection
18 as well?
19   MR. KUPPERMAN:
20       Same objection.
21   A.   No, that's not my recollection.
22 EXAMINATION BY MR. BHATNAGAR:
23   Q.   So, is it -- okay.  At a particular
24 seminar, Sachin Dewan testified that he would
25 recall that, for example, one person would speak

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)          29  (Pages 110 to 113)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 114

```
 1    first, then another person would speak second,
 2    and then, you know, there would be questions or
 3    other things.  Was that your recollection or not?
 4         MR. KUPPERMAN:
 5             Can I just have a continuing
 6    objection?
 7         MR. BHATNAGAR:
 8             Sure.
 9         MR. SHAPIRO:
10             I'm going to join in that,
11    too.
12         MR. ALEXIS:
13             Me, too.
14         MR. SHAPIRO:
15             Chandra, I'm relying on
16    you -- I don't have the deposition
17    transcript in front of me, and I
18    see you don't either, but I'm
19    relying on the fact that your
20    characterization of Mr. Dewan's
21    testimony is accurate.  I have no
22    way of challenging that at this
23    particular moment in time.
24         MR. BHATNAGAR:
25             You know what, for ease of
```

Page 115

```
 1    reference, since it's not really
 2    important, I'm about to move on,
 3    but if there is something that is
 4    an important aspect of Dewan
 5    testimony, for ease of reference,
 6    I will let folks know what page of
 7    the record it is on --
 8         MR. SHAPIRO:
 9             Okay.
10         MR. BHATNAGAR:
11             -- so that it can be
12    verified later on if it's
13    something that's particularly
14    contentious.
15         MR. SHAPIRO:
16             I'll maintain the objection
17    about testifying, about bringing
18    up Mr. Dewan's testimony.
19    EXAMINATION BY MR. BHATNAGAR:
20         Q.   So, what were the topics of the
21    seminar?
22         A.   I think perhaps you have to put
23    yourself in the mind set of the worker, you know,
24    where -- where are we going, what are we going to
25    be doing, what type of facility are we working
```

Page 116

```
 1    in, how much do we get paid, those type
 2    questions.  That's typically what I heard.
 3         Q.   Okay.  The workers would have those
 4    questions, but you would have to figure out a way
 5    to present that information to them before they
 6    began asking questions, right?
 7         A.   I didn't have to figure that out.
 8    That was Mr. Dewan's job to do that.
 9         Q.   But you had a role in this.  You
10    were attending the seminar.
11         A.   Yes.  I tried to come to as many as
12    I could, but I'm not saying that I was at all of
13    them.  I don't recall.
14         Q.   So, at the ones that you were at,
15    what did you do?
16         A.   Mostly sit there.
17         Q.   Did you speak?
18         A.   Depending on where I was and how
19    well the people in that location understood what
20    I was saying, I tried to speak just to introduce
21    myself and where I was from and what my purpose
22    was.
23         Q.   And what was your purpose?
24         A.   Purpose was to be there to assist
25    Mr. Dewan to recruit workers from India to come
```

Page 117

```
 1    to the United States.
 2         Q.   So, you didn't lay out the plan for
 3    the workers at any of the meetings?
 4         A.   No, I never did that.
 5         Q.   And other than introducing yourself,
 6    you didn't describe any of the -- of the major
 7    questions -- strike that.
 8             Other than introducing yourself, you
 9    didn't describe the terms and conditions of the
10    job?
11         A.   I may have -- I may have done that
12    on an individual basis, maybe, occasionally.  I
13    don't recall -- that was not my role.  I didn't
14    do that.
15         Q.   So, what was your role at the
16    seminars?
17         A.   To be there.  To make sure that --
18    you know, that I was representing the company in
19    India.  So that they would see me there.
20         Q.   Was there any particular topic that
21    you insisted had to be included in the seminar?
22         A.   I can't -- I can't say that there
23    was any one particular thing that was insisted.
24    There was a number of things that, you know, I
25    guess you could say components that need to be
```

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

**(504) 525-1753       HUFFMAN & ROBINSON, INC.       (800) 749-1753**
**ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139**

Page 122

1　everything. Generally, I mean, I knew what was
2　going on, but, specifically, I don't know exactly
3　what was going on.
4　EXAMINATION BY MR. BHATNAGAR:
5　　Q.　Okay. So, generally, how would the
6　process work?
7　　A.　You come in and sign up, pay a fee.
8　　Q.　So, what's the fee? What's the
9　first fee?
10　　A.　Can I refer back?
11　　Q.　Please.
12　　A.　If you look at the -- I guess that's
13　Exhibit 516.
14　　Q.　Uh-huh.
15　　A.　Second page, Paragraph V, A, B and
16　C, that was how it was supposed to work.
17　　Q.　So, the record is reflecting, this
18　is Bates Number 942 of the Dewan production, it's
19　the second page of Exhibit 516.
20　　　I'm going to show you another
21　document, Mr. Pol, which might actually help with
22　your recollection. This is Dewan production
23　6429. It's Exhibit Number 525. Do you recognize
24　this document?
25　　　(Whereupon, Exhibit Number

Page 123

1　525 was marked for identification.)
2　MS. HAROWSKI:
3　　What exhibit is it, Chandra?
4　MR. BHATNAGAR:
5　　Exhibit 525.
6　MR. KUPPERMAN:
7　　Do we have a Bates on there?
8　MR. BHATNAGAR:
9　　Yeah. 6429 of Dewan.
10　　A.　I don't think I ever saw this. This
11　is the first time I've ever seen that.
12　EXAMINATION BY MR. BHATNAGAR:
13　　Q.　This is the first time you've ever
14　seen a document like this or this particular
15　document?
16　　A.　Both.
17　　Q.　Okay. Well, let me ask you: The
18　Terms & Conditions for the program that are
19　described at the bottom of the document, I'm just
20　going to go through that with you. It says:
21　　　"Terms & Conditions for
22　Program.
23　　　"Duration For Completion of
24　Process: 18 to 24 months."
25　　　Did I read that right?

Page 124

1　　A.　Yes.
2　　Q.　Then, it says:
3　　　"First installment: Rupees
4　55,555/- equivalent in U.S.
5　dollars in the name of (Global
6　Resources, Incorporated) and
7　rupees 55,555/- equivalent in U.S.
8　dollars in the name of (Malvern C.
9　Burnett) immigration attorney
10　payable - New York - U.S.A. This
11　amount is payable immediately upon
12　signing of the contract. Upon
13　receiving the above amount the
14　labor certification shall be
15　applied which shall take
16　approximately nine months."
17　　　Was that the way your recollection
18　of the process worked, the first installment for
19　the applicant?
20　　A.　Yes.
21　　Q.　And the second installment, it says
22　here:
23　　　"Rupees, 55,555/- equivalent
24　in U.S. dollars in the name of
25　(Global Resources, Incorporated)

Page 125

1　and rupees 55,555/- equivalent
2　U.S. dollars in the name of
3　(Malvern C. Burnett) immigration
4　attorney payable - New York -
5　U.S.A. This installment is
6　payable immediately upon approval
7　of labor certification and before
8　applying for visa petition I-140.
9　This process shall take further
10　nine to 12 months."
11　　　Did I read that right?
12　　A.　Yes.
13　　Q.　"Final installment: Rupees
14　55,555/- equivalent in U.S. dollars
15　in the name of (Global Resources,
16　Incorporated) and rupees 55,555/-
17　equivalent in U.S. dollars in the
18　name of (Malvern C. Burnett)."
19　MR. BHATNAGAR:
20　　Sorry. 6430 is the second
21　page of this exhibit. Apologies.
22　EXAMINATION BY MR. BHATNAGAR:
23　　Q.　-- "in the name of (Malvern C.
24　Burnett) immigration attorney
25　payable - New York - U.S.A. This

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

32　(Pages 122 to 125)

(504)525-1753　　HUFFMAN & ROBINSON, INC.　　(800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 126

1    installment is payable immediately
2    upon receiving finger printing
3    notification and security clearance
4    notification."
5        Did I read that right?
6    A.   Yes.
7    Q.   So, did this comport with your
8    recollection of what the J & M process would have
9    been?
10   A.   Yes.
11   Q.   Now, this three-tiered structure of
12   payments, is this how you and Mr. Dewan and Mr.
13   Burnett conceived of the process when you had
14   discussed prior to embarking on the project?
15   A.   Yes.
16   Q.   And the length of time -- I know
17   that you're not an immigration lawyer, but you
18   did attend some of the seminars and heard
19   representations that were made regarding
20   immigration, right?
21   A.   Yes.
22   Q.   And this length of time, duration
23   for completion of process, 18 to 24 months, is
24   that your recollection for the amount of time
25   that applicants were told the process would take?

Page 127

1    A.   My recollection is that 18 to 24
2    months was always spoken as in general terms, but
3    it could take longer because we could not predict
4    the future of any kind of processing when you
5    deal with the government.  That was a -- just a
6    general guess, was always the way I heard it.
7    Q.   Okay.  Was it your recollection
8    that -- it says here the first installment shall
9    take approximately nine months, the first part of
10   the process.  Was it your recollection that that
11   was a representation that was made?
12   A.   Same answer.
13   Q.   Okay.  And the second installment,
14   it says, this process shall take further nine to
15   12 months.  Was it your recollection that that
16   was a representation that was made as well?
17   MR. KUPPERMAN:
18       Where?  At the meetings?
19   MR. BHATNAGAR:
20       At the meetings.
21   MR. KUPPERMAN:
22       Object to the form.
23   A.   I would have to say the same.
24   EXAMINATION BY MR. BHATNAGAR:
25   Q.   Okay.

Page 128

1    A.   It was in general terms.
2    Q.   Now, I'm going to ask you to please
3    read out loud the first -- the subject line and
4    the first sentence of this.
5    A.   "Subject:  Migration for
6    United States of America.
7        "With reference to your
8    application made to us for the
9    process of your Permanent
10   Residence Visa for United
11   States of America.  We are
12   pleased to inform that you have
13   been selected for J & M
14   Associates, Incorporated,
15   California through Global
16   Resources who have been
17   retained to recruit on their
18   behalf."
19   Q.   That's great.  In bold letters here,
20   it says: "Permanent Residence Visa for United
21   States of America."  So, all of the applicants --
22   was this document given to all of the applicants
23   for J & M?
24   A.   I have no idea.
25   Q.   Okay.  But the process that you

Page 129

1    described, it was all culminating in a permanent
2    residency visa in the United States, right?
3    A.   That was the idea.
4    Q.   Okay.  And all of the workers were
5    supposed to be paying the same amount, right, for
6    J & M?
7    A.   As I recall.
8    Q.   And that amount was supposed to have
9    been 500,000 rupees?
10   MR. KUPPERMAN:
11       Five hundred thousand?
12   MR. SHAPIRO:
13       Object to form.
14   MR. BHATNAGAR:
15       Yeah.
16   EXAMINATION BY MR. BHATNAGAR:
17   Q.   You can feel free to look at the
18   agreement if you want.  The numbers are there in
19   the document, but, if you like, I can give you
20   this to read, too.
21   MR. KUPPERMAN:
22       Instead of making him add up
23   everything, would you ask him if
24   it's set out in the document?
25   EXAMINATION BY MR. BHATNAGAR:

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)                    33  (Pages 126 to 129)

(504)525-1753        HUFFMAN & ROBINSON, INC.        (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 134

Q.   Was that the understanding that you had with the worker, that they would deliver the fee described below and ultimately Global would present the workers with a Contract For Employment that resulted in a permanent resident/green card?

MR. ALEXIS:
    Object to form.
A.   Under the J & M scheme, yes.

EXAMINATION BY MR. BHATNAGAR:
Q.   Okay.  Great.  Then, lastly, 3253 and 54 and 3255 and 56, which I'll be -- I'll put them in -- actually, I'm going to mark them separately just for lack of confusion.  Do you recognize this document?

MS. HAROWSKI:
    Can you tell us what it is?
MR. BHATNAGAR:
    It's an Attorney Services Agreement.
MS. HAROWSKI:
    Thanks.
MR. KUPPERMAN:
    Bates Number 2253 and 54, is that right?

Page 135

MR. BHATNAGAR:
    Right, of the Dewan production.
MS. HAROWSKI:
    No.  53 and 54.  That was Global Resources Services Agreement.  55 and 56 is the Attorney Services Agreement.  That's what I have.
MR. BHATNAGAR:
    No.  Actually -- sorry.  53 and 54 is the Attorney Services Agreement.  51 and 52 is the Global Resources Services Agreement.
MS. HAROWSKI:
    Okay.

EXAMINATION BY MR. BHATNAGAR:
Q.   Do you recognize this document?
A.   I have seen it, yes.
Q.   I'm marking this, meaning the Attorney Services Agreement, Bates marked 3253 and 3254 as Exhibit Number 528.
    (Whereupon, Exhibit Number 528 was marked for identification.)

Page 136

EXAMINATION BY MR. BHATNAGAR:
Q.   Was this the document -- was it your understanding that this was the document that workers would sign in order to retain Malvern Burnett as their attorney to proceed with the immigration process as part of J & M?

MR. ALEXIS:
    Object to form.
A.   I think so, yeah.

EXAMINATION BY MR. BHATNAGAR:
Q.   Okay.  And the first paragraph here, after "Whereas," it says:
    "Whereas in the United States of America, there is a shortage of skilled workers. Attorney is in the business of assisting skilled workers to migrate to the U.S.A. utilizing the 'permanent residence' process. Attorney files all necessary legal documents and paperwork for the application process."
    Did I read that right?
A.   You sure did.
Q.   And was it your understanding that

Page 137

the work that Malvern Burnett would be assisting the workers in obtaining permanent residence process as part of the J & M recruiting?

MR. ALEXIS:
    Object to form.
A.   Yes.

EXAMINATION BY MR. BHATNAGAR:
Q.   Okay.  And then, lastly, 3255 and 56, which is the Dewan Consultants Services Agreement, which I'm marking as Exhibit Number 529, have you seen this before, sir?
    (Whereupon, Exhibit Number 529 was marked for identification.)
A.   I don't recall seeing this before.

EXAMINATION BY MR. BHATNAGAR:
Q.   You don't recall seeing this before?
A.   I don't recall seeing that one.
Q.   Okay.  Let me read this paragraph starting with "Whereas":
    "Whereas in the United States of America, there is a shortage of skilled workers. Dewan has been appointed by Global Resources, U.S.A., as Facilitator to facilitate the program of

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

35  (Pages 134 to 137)

(504) 525-1753        HUFFMAN & ROBINSON, INC.        (800) 749-1753
ONE SHELL SQUARE, #250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

Page 402

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
    KURIAN DAVID, SONY         CIVIL ACTION
 4  VASUDEVAN SULEKHA,
    PALANYANDI THANGAMANI,     NO. 08-1220
 5  MARUGANANTHAM KANDHASAMY,
    HEMANT KHUTTAN, ANDREWS    SECTION "A"
 6  ISSAC PADA VEETTIYL, AND
    DHANANJAYA KECHURA, ON     MAGISTRATE 3
 7  BEHALF OF OTHER SIMILARLY
    SITUATED INDIVIDUALS, AND
 8  SABULAL VIJAYAN, KRISHAN
    KUMAR, JACOB JOSEPH
 9  KADDAKKARAPPALLY, KULDEEP
    SINGH, AND THANASEKAR
10  CHELLAPPAN, INDIVIDUALLY,
11              PLAINTIFFS
12  VERSUS
13  SIGNAL INTERNATIONAL,
    LLC, MALVERN C. BURNETT,
14  GULF COAST IMMIGRATION
    LAW CENTER, L.L.C., LAW    VOLUME 2
15  OFFICES OF MALVERN C.
    BURNETT, A.P.C.,
16  INDO-AMERI SOFT L.L.C.,
    KURELLA RAO, J & M
17  ASSOCIATES, INC. OF
    MISSISSIPPI, GLOBAL
18  RESOURCES, INC., MICHAEL
    POL, SACHIN DEWAN, AND
19  DEWAN CONSULTANTS PVT.
    LTD. (a/k/a MEDTECH
20  CONSULTANTS).
21              DEFENDANTS.
22
23
24
25
```

DESIGNATIONS & OBJECTIONS KEY
Plaintiffs' Affirmative Designations    Plaintiffs' Counter Designations
Signal Defs.' Affirmative Designations  Signal Defs.' Counter Designations
Dewan Defs.' Affirmative Designations   Dewan Defs.' Counter Designations
Burnett Defs.' Affirmative Designations Burnett Defs.' Counter Designations
P - Plaintiffs  S - Signal Defs.  D - Dewan Defs.  B - Burnett Defs.

Page 403

```
 1   Federal Rules of Civil Procedure Rule 30(b)(6)
         deposition of GLOBAL RESOURCES, INC., given
 2   through its designated representative, MICHAEL L.
         POL, 13 Herring Road, Beaumont, Mississippi
 3   39423, taken in the offices of Barrasso, Usdin,
         Kupperman, Freeman & Sarver, Suite 2400, 909
 4   Poydras Street, New Orleans, Louisiana  70112, on
         Thursday, the 18th day of February, 2010,
 5   beginning at 9:17 a.m.
 6   APPEARANCES:
 7        DEWEY & LeBOEUF
             (BY: HUGH SANDLER)
 8           (VIA TELEPHONE)
             1301 Avenue of the Americas
 9        New York, New York 10019
10                AND
11        CHANDRA BHATNAGAR
          AMERICAN CIVIL LIBERTIES UNION
12        18th Floor
          125 Broad Street
13        New York, New York  10004-7400
14           ATTORNEYS FOR THE PLAINTIFFS
15
          MIDDLEBERG, RIDDLE & GIANNA
16        (BY: ERIN CASEY HANGARTNER)
          31st Floor
17        201 St. Charles Avenue
          New Orleans, Louisiana 70170-3100
18
          and
19
          PATRICIA A. BOLLMAN
20        A Professional Law Corporation
          Post Office Box 13707
21        New Orleans, Louisiana  70185
22           ATTORNEYS FOR SIGNAL INTERNATIONAL,
             L.L.C.
23
24
25
```

Page 404

```
 1   APPEARANCES CONTINUED:
 2        PORTEOUS, HAINKEL & JOHNSON
             (BY: RALPH R. ALEXIS, III)
 3        704 Carondelet Street
          New Orleans, Louisiana 70130-3774
 4
             ATTORNEYS FOR GULF COAST IMMIGRATION
 5           LAW CENTER, L.L.C.
 6
          BARRASSO, USDIN, KUPPERMAN,
 7           FREEMAN & SARVER
             (BY: CHRISTY C. HAROWSKI)
 8        Suite 2400
          909 Poydras Street
 9        New Orleans, Louisiana  70112
10           ATTORNEYS FOR GLOBAL RESOURCES,
             INC. AND MICHAEL POL
11
12        STEPHEN H. SHAPIRO
          200 Maine Street
13        Jefferson, Louisiana  70121
14           ATTORNEYS FOR SACHIN DEWAN AND
             DEWAN CONSULTANTS PVT. LTD. ALSO
15           KNOWN AS MEDTECH CONSULTANTS
16
17   ALSO PRESENT:
18        TRACEY BINION
          SIGNAL INTERNATIONAL, L.L.C.
19
20
21
22
23   REPORTED BY:
24        CAROL VALLETTE SLATER
          Certified Court Reporter
25        Registered Professional Reporter
```

Page 405

```
 1                   I N D E X
 2
 3   EXAMINATION BY:                      PAGE
 4   MS. BOLLMAN                          408
 5   MR. ALEXIS                          517
 6   MR. SHAPIRO                         519
 7   MR. BHATNAGAR                       524
 8   MR. SHAPIRO                         577
 9
10
11
12
13   EXHIBITS:
14   Exhibit Number 760                  541
          E-mail chain
15        GR-1701 - 1703
16   Exhibit Number 761                  577
          Hand notes
17
18
19
20
21
22
23
24
25
```

Page 406

```
 1                S T I P U L A T I O N
 2            IT IS STIPULATED AND AGREED by and
 3   between counsel for the parties hereto that the
 4   deposition of the aforementioned witness is
 5   hereby being taken under the Federal Rules of
 6   Civil Procedure, for all purposes, in accordance
 7   with law;
 8            That the formalities of reading and
 9   signing are specifically not waived;
10            That the formalities of sealing,
11   certification and filing are specifically waived;
12            That all objections, save those as
13   to the form of the question and the responsiveness
14   of the answer, are hereby reserved until such
15   time as this deposition, or any part thereof, may
16   be used or sought to be used in evidence.
17
18               *   *   *   *
19
20            CAROL VALLETTE SLATER, Certified
21   Court Reporter, Registered Professional Reporter,
22   in and for the Parish of Orleans, State of
23   Louisiana, officiated in administering the oath
24   to the witness.
25
```

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

2 (Pages 403 to 406)

Page 411

1  discussed your deposition testimony with anyone
2  since your last deposition?
3      A.   No.
4      Q.   Have you spoken with anyone who has
5  given a deposition in this case about their
6  testimony?
7      A.   No.
8      Q.   In your deposition on November 12th,
9  2009, you said that there was an Indian worker
10  that was a dear friend who you speak with every
11  two to three weeks to this day.  What is that
12  worker's name?
13     A.   James Kutty, K-u-t-t-y, and I'm not
14  sure if that's -- that's what I call him, but I'm
15  thinking that he has a South Indian name that's a
16  lot longer than that, but Kutty was short for --
17     Q.   And that's the only name you know
18  him by?
19     A.   That's the only name I know him by.
20     MS. HAROWSKI:
21         Patricia, if you refer to
22     Mr. Pol's deposition transcript
23     from last November and you have
24     the cites, if you would give them
25     to me, that would be great, if

Page 412

1      it's something substantive.
2      MS. BOLLMAN:
3          I didn't -- yes, and I think
4      that's probably the only one I
5      have, but I didn't have the cite
6      for that one.
7      MS. HAROWSKI:
8          Sure.
9  EXAMINATION BY MS. BOLLMAN:
10     Q.   Did Global have an office in India?
11     A.   We did not have an office per se in
12  India.  We had -- we had, you know, a
13  relationship with Dewan Consultants, which if I
14  needed office space, what have you, if I was in
15  India, that it was available to me through him.
16     Q.   Did you have letterhead that listed
17  that address for -- Dewan's address for Global
18  Resources?
19     A.   Yes.
20     Q.   And was Mr. Dewan aware that you
21  used that address on Global's letterhead?
22     A.   Which Mr. Dewan?
23     Q.   Sachin.
24     A.   I'm not sure if Sachin was or not.
25  I know his father had given me permission to do

Page 413

1  that, but his father has since passed away.
2      Q.   When did Global first begin
3  recruiting foreign workers?
4      MS. HAROWSKI:
5          Object to form.
6      A.   I think around 2004, we started
7  trying to recruit workers for J & M.  2004, 2005.
8  The years -- years run together.
9  EXAMINATION BY MS. BOLLMAN:
10     Q.   I understand.  And when you say you
11  began recruiting workers for J & M, would that be
12  the permanent residency program that you did in
13  India for J & M?
14     A.   Yes.
15     Q.   Has Global ever recruited workers
16  from any country other than India?
17     A.   No.
18     MR. SHAPIRO:
19         Object to form.  Sorry.
20  EXAMINATION BY MS. BOLLMAN:
21     Q.   When did you make your first trip to
22  India?
23     A.   1996.
24     Q.   And how long were you there?
25     A.   I don't recall.

Page 414

1      Q.   And what was the purpose of that
2  trip?
3      A.   To -- to create some relationships
4  with -- with some Indian recruiters for the
5  purpose of recruiting Indian workers for Avondale
6  Shipyard in New Orleans.
7      Q.   And what recruiters did you develop
8  a relationship with?
9      A.   Initially, there was a guy named
10  Subodh Navalkar.  He introduced me to Mr. Jagdish
11  Dewan.
12     Q.   And that was Sachin's father; is
13  that correct?
14     A.   Yes.
15     Q.   From 1996 to the present, have you
16  done -- has Global done recruiting with any
17  recruiter in India other than Sachin Dewan or his
18  father?
19     A.   Not directly.
20     Q.   Indirectly?
21     A.   There were some subcontractors
22  that -- that worked with the Dewan Consultants
23  group, and I really don't recall the names or,
24  you know, who the people were.  Mr. Dewan maybe
25  could answer that question.

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

4 (Pages 411 to 414)

Page 415

1    Q.   Well, explain to me how that would
2  work.  How would you be dealing with a
3  subcontractor of Dewan Consultants?
4    MR. SHAPIRO:
5        Object to form.
6    MS. HAROWSKI:
7        Object to form.
8    A.   In fact, you know, I wouldn't
9  actually be working with them.  I would be
10 working with Sachin and he would be working with
11 them.  However, I had occasions to meet some of
12 these people, which I don't recall their names,
13 at different times when I was in India.
14 EXAMINATION BY MS. BOLLMAN:
15   Q.   What would their roles be in the
16 recruiting process, these subcontractors that
17 worked with Dewan or had a relationship with
18 Dewan Consultants?
19   A.   As I understand it, they would
20 assist Mr. Dewan in developing candidates that
21 were interested in working in the United States.
22   Q.   So, these were people who were
23 looking for workers in India and bringing them to
24 Dewan Consultants?
25   MR. SHAPIRO:

Page 416

1        Object to form.
2    A.   I'm not sure I understand the
3  question.
4  EXAMINATION BY MS. BOLLMAN:
5    Q.   Okay.  These subcontractors that had
6  a relationship with Dewan Consultants and --
7  their role -- would you say their role was to
8  find workers for the permanent residency process
9  and bring them to Dewan Consultants?
10   MS. HAROWSKI:
11       Object to form.
12   A.   Well, it would depend on what we
13 were looking for, if we were looking for
14 permanent residents or if we were looking for H2B
15 visas.
16 EXAMINATION BY MS. BOLLMAN:
17   Q.   So, you dealt with subcontractors
18 with respect to both the permanent residence
19 process and the H2B process?
20   MS. HAROWSKI:
21       Object to form.
22   A.   Let me be a little more clear.  I
23 never really dealt with in a business fashion any
24 subcontractor with Dewan Consultants.  However,
25 as I described earlier, I have had the occasion

Page 417

1  to meet some of them in my travels to India.
2  EXAMINATION BY MS. BOLLMAN:
3    Q.   When you met with them, was it just
4  a, you know, casual introduction, this is so-and-
5  so, or was there more of a substantive business
6  meeting?
7    A.   Exactly as you describe earlier,
8  just a casual --
9    Q.   Just a casual business meeting where
10 you were introduced to them.
11       Going back to the time frame of 2003
12 to 2005, when Global was recruiting for the
13 permanent residence process for J & M, whose idea
14 was it to have seminars in India on the
15 employment-based green card process?
16   MR. SHAPIRO:
17       Object to form.
18   A.   Sachin Dewan, Dewan Consultants.
19 EXAMINATION BY MS. BOLLMAN:
20   Q.   Did you help put together any of the
21 content of those seminars?
22   A.   I would say yes, you know, from the
23 standpoint of what type jobs were available,
24 what, you know, area of the country they would be
25 working in, you know, just things of that nature,

Page 418

1  describing the job -- the description of the job,
2  the nature of the job, what have you.
3    Q.   Anything else that you contributed
4  to those seminars?
5    A.   It could be.  I just don't recall
6  exactly what it was.  It would depend on what
7  seminar and, you know, what -- what we were doing
8  at the time.
9    Q.   Why did the cost of the green card
10 process vary?
11   MR. ALEXIS:
12       Object to form.
13   A.   I'm not real sure exactly how the
14 price came about for the green card.  There were
15 discussions between myself and Mr. Dewan and Mr.
16 Burnett about -- about, you know, what to charge.
17 I was not familiar enough with the market at that
18 time to know what, you know -- what were some of
19 the prices that were being charged and what
20 attorneys charged to do that type thing for
21 clients in India, what -- what recruiters
22 charged.  I mean, that was all in discussions
23 and, frankly, I don't remember how the actual
24 number came about.
25 EXAMINATION BY MS. BOLLMAN:

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

5 (Pages 415 to 418)

(504)525-1753                    HUFFMAN & ROBINSON, INC.               (800)749-1753
ONE SHELL SQUARE,#250          CERTIFIED COURT REPORTERS              NEW ORLEANS, LA 70139

Page 431

1    Q.   And what did you tell him?
2    A.   I told him I had spoken to my
3  attorney and that --
4  MS. HAROWSKI:
5        Before -- before you go on,
6    anything that you've spoken with
7    your attorney about would be
8    privileged.  You don't have to say
9    the content of that, but you can
10   continue to answer the question.
11  MS. BOLLMAN:
12       Right.  But to the extent
13   that he repeated what his attorney
14   had told him to Billy Wilks, then,
15   it's no longer privileged.
16  THE WITNESS:
17       I don't mind answering that.
18  MS. BOLLMAN:
19       Let us discuss it first and
20   then she'll instruct you.
21  MS. HAROWSKI:
22       Before you answer, I just
23   want to make sure that we're not
24   waiving any attorney-client
25   privilege by allowing him to

Page 432

1    answer what he told to Mr. Wilks.
2  EXAMINATION BY MS. BOLLMAN:
3    Q.   So, I want you to tell me
4  specifically what you said to Billy Wilks.  So,
5  if you said something that your attorney told
6  you, you can testify as to that, but if it's
7  something your attorney told you that you didn't
8  repeat to Mr. Wilks, then, you should not testify
9  about that.  Okay?
10   A.   Yes, ma'am.
11   Q.   Do you understand?
12   A.   I just told him that my attorney
13  told me not to discuss it with him, but I could
14  listen to what he had to say.
15   Q.   Okay.  And where did you meet with
16  Mr. Wilks?
17   A.   McElroy's Restaurant.
18   Q.   Was any one else at that lunch
19  meeting?
20   A.   You know, I don't think so.  I just
21  don't remember.
22   Q.   Did you have any other discussions
23  with Mr. Wilks about the lawsuit?
24   A.   No, ma'am.
25   Q.   Did you have a meeting with Billy

Page 433

1  Wilks, his sons and Sachin Dewan in January of
2  2007?
3  MR. ALEXIS:
4        Object to form.
5    A.   I don't remember.
6  EXAMINATION BY MS. BOLLMAN:
7    Q.   Do you ever remember meeting with
8  Billy Wilks' sons and Sachin in the United
9  States?
10   A.   I do recall meeting with them, but I
11  don't remember when it was.
12   Q.   Okay.  What was the purpose of that
13  meeting?
14   A.   As I recall, it had something to do
15  with recruiting people for J & M.
16   Q.   Do you remember specifically what
17  was discussed at that meeting?
18   A.   No, ma'am.
19   Q.   Have you ever met Dr. Rao?
20   A.   Yes.
21   Q.   When did you meet him?
22   A.   I met Dr. Rao in Lafayette,
23  Louisiana, sometime in maybe 2005.  Yeah.  I
24  think around 2005.
25   Q.   And what was the purpose of that

Page 434

1  meeting?
2    A.   Well, Mr. Burnett had asked me to
3  meet him.  He requested that I meet with him, and
4  I was in Lafayette and Mr. Rao said that he would
5  meet me there.  And we met at a Holiday Inn hotel
6  on the main drag going down into Lafayette, and
7  it was about 4:00 in the afternoon, and he wanted
8  to discuss the possibilities of him helping me to
9  recruit people in India.  And, frankly, the
10  conversation wasn't very long, other than, you
11  know, niceties, because I really -- at that time,
12  I wasn't interested in doing any business with
13  Dr. Rao.
14   Q.   Why?
15   A.   I didn't need his services.
16   Q.   Is that the only time you met Dr.
17  Rao?
18   A.   I believe it is.
19   Q.   Why did you agree to have the
20  Indo-Ameri Soft PERM candidates come to work for
21  Signal on the H2B visas?
22  MS. HAROWSKI:
23       Object to form.
24   A.   Why did I agree?
25  EXAMINATION BY MS. BOLLMAN:

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

9 (Pages 431 to 434)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE, #250            CERTIFIED COURT REPORTERS              NEW ORLEANS, LA 70139

1    Q.   Yes.
2    A.   Because they were qualified.
3    Q.   Any other reasons?
4    A.   We needed workers.
5    Q.   Were you unable to recruit the
6  necessary number of workers for Signal without
7  using candidates that you had already started the
8  permanent residency process for for other
9  companies?
10    MR. SHAPIRO:
11       Object to form.
12    A.   Considering the time frame -- it is
13  not that we were unable to do it. It's
14  considering the time frame that was involved. It
15  was a short fuse. These people had already been
16  tested, some of them, and others, we already knew
17  of. And it's not a matter of whether we could
18  have -- we could have gotten plenty of other
19  workers from other -- other locations. However,
20  these people were already in the system, so to
21  speak. We knew of them. We knew that they had
22  been tested once and then they were tested again
23  for Signal International by Signal's employees.
24  EXAMINATION BY MS. BOLLMAN:
25    Q.   Have you ever met anyone from Zito?

1    A.   No, ma'am.
2    Q.   In 2006, when you approached Signal
3  about the concept of bringing workers over on H2B
4  visas, did you approach any other companies about
5  bringing H2B workers over from India?
6    MS. HAROWSKI:
7       Object to form.
8    MR. BHATNAGAR:
9       Object to form.
10    A.   I had approached, you know, a lot of
11  different companies.
12  EXAMINATION BY MS. BOLLMAN:
13    Q.   Do you recall which companies you
14  approached?
15    A.   There was a company in Lafayette;
16  there was one in Houma, Jacksonville, Pascagoula.
17  That's about all I can remember.
18    Q.   What was the company in Lafayette?
19    A.   Dynamic Industries.
20    Q.   Houma?
21    A.   I don't recall the name of that
22  company.
23    Q.   Jacksonville?
24    A.   It was Sal -- what was Sal's last
25  name? They were a manpower company. I can't --

1  I can't remember the name that they used for that
2  company. I think they used to be Ameri-Force,
3  but they're something different at that time.
4    Q.   Pascagoula?
5    A.   Knights Marine.
6    Q.   Anyone else?
7    A.   Not that I can recall.
8    Q.   Did you talk to J & M about bringing
9  H2B workers over in 2006?
10    MS. HAROWSKI:
11       Object to form.
12    A.   I don't remember if we were -- I
13  don't remember -- I don't remember talking to
14  them about H2Bs. I remember the permanent
15  resident process.
16  EXAMINATION BY MS. BOLLMAN:
17    Q.   Did you -- I know that you testified
18  in your -- in November that you at least
19  initially started the H2B recruitment process for
20  Knights Marine; is that correct?
21    MR. BHATNAGAR:
22       Object to form.
23    A.   I don't think it was H2. I think it
24  was the permanent resident process was the
25  initial -- was the initial thing that we started

1  to do.
2  EXAMINATION BY MS. BOLLMAN:
3    Q.   Did you begin recruiting for either
4  H2B visas or permanent resident visas for any of
5  the other companies that you just mentioned?
6    A.   We did initially -- we started -- we
7  started the process just by having some seminars
8  for Knights Marine in conjunction with Signal
9  International.
10    Q.   So, I want to make sure I'm
11  understanding what you're telling me. You held
12  seminars in India that pertained to the
13  immigration process for both Knights Marine and
14  Signal at the same time?
15    A.   We did.
16    MR. SHAPIRO:
17       Object to form.
18  EXAMINATION BY MS. BOLLMAN:
19    Q.   How many of those seminars did you
20  hold where you were recruiting for both Knights
21  Marine and Signal?
22    A.   I was in at least one of them, but I
23  don't recall how many.
24    Q.   Where was that seminar held?
25    A.   That I attended was in Cochin.

Plaintiffs (P); Signal Defs. (S) Dewan Defs. (D) Burnett Defs. (B)

10 (Pages 435 to 438)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250            CERTIFIED COURT REPORTERS            NEW ORLEANS, LA 70139

1    Q.   Was Signal -- did you tell anyone at
2    Signal that you were going to be recruiting for
3    Knights Marine at the same time that you were
4    recruiting for Signal?
5    A.   No.
6    Q.   How would you determine whether a
7    candidate was going to Knights Marine or Signal?
8    A.   I wouldn't determine that.  That
9    would be determined by the candidate himself.
10   Q.   What information did you provide the
11   candidates about Knights Marine and Signal in
12   order for them to make the choice?
13   MS. HAROWSKI:
14        Object to form.
15   A.   I think we had even produced a
16   PowerPoint presentation that gave that
17   information.
18   EXAMINATION BY MS. BOLLMAN:
19   Q.   Did the PowerPoint presentation
20   contain information on both Signal and Knights
21   Marine?
22   A.   Yes.
23   Q.   Did you ever suggest to a candidate
24   which company they should go to?
25   MS. HAROWSKI:

1        Object to form.
2    A.   I don't remember suggesting anything
3    to anybody.
4    EXAMINATION BY MS. BOLLMAN:
5    Q.   What were the differences in the
6    companies, Knights Marine and Signal?
7    MS. HAROWSKI:
8        Object to form.
9    A.   Well, one is -- I mean, just in my
10   knowledge of the companies, one is a -- is a
11   marine fabricator that, I think, they fabricate
12   stuff for -- let's just call it offshore
13   equipment, platforms, and I think that Signal is
14   a company that builds platforms and retrofits
15   platforms.  So, there would be some -- I mean,
16   some similarities, but they would be different
17   kind of companies.
18   EXAMINATION BY MS. BOLLMAN:
19   Q.   And what was Knights Marine?
20   A.   I just described that.
21   Q.   All right.  So, then, you confused
22   me, and I apologize.  Knights Marine is which
23   company?  They did what?
24   A.   I think they're in the marine
25   fabrication parts -- let's just call it parts

1    business.  They fabricate parts.
2    Q.   Okay.  And Signal --
3    A.   Would take those parts maybe and --
4    maybe not necessarily from Knights, but Signal
5    would be the company that would retrofit, let's
6    say, an oil rig and they would use parts from
7    another company that would make parts.  That's my
8    understanding, anyway.
9    Q.   Was there any difference in the
10   wages that each company was paying?
11   A.   I don't -- I don't remember what the
12   offered wage was, but that is something that
13   certainly is available.  So, the answer is:  I
14   don't know.
15   Q.   Other than Knights Marine, did you
16   recruit in India for any of the other companies
17   that you listed for me earlier that you had
18   discussed the H2B or permanent resident process
19   with in 2006?
20   A.   No.
21   MR. SHAPIRO:
22        Object to form.
23   MS. HAROWSKI:
24        Could you actually just ask
25   that again?  I got lost in the

1    middle of it.
2    MS. BOLLMAN:
3        You want Carol to read it
4    back?
5    MS. HAROWSKI:
6        Would you mind?
7    THE COURT REPORTER:
8        Question:  Other than
9    Knights Marine, did you recruit in
10   India for any of the other
11   companies that you listed for me
12   earlier that you had discussed the
13   H2B or permanent resident process
14   with in 2006?
15   MR. ALEXIS:
16        Object to form.
17   MS. BOLLMAN:
18        Can we take a quick, five-
19   minute break?
20   MS. HAROWSKI:
21        Sure.  We've been going for
22   about an hour and ten minutes.
23   We'll take a quick break and
24   reconvene.
25        (Whereupon, a discussion was

Plaintiffs (P)  Signal Defs. (S)  Dewan Defs. (D)  Burnett Defs. (B)

11 (Pages 439 to 442)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250           CERTIFIED COURT REPORTERS          NEW ORLEANS, LA 70139

Page 443

1 held off the record.)
2 MS. BOLLMAN:
3 I apologize, I just made
4 notes. I don't have page and line
5 cites for you, Christy, but if we
6 have an issue, I can go back and
7 ask more foundation questions.
8 EXAMINATION BY MS. BOLLMAN:
9 Q. In your deposition in November, you
10 testified that you initially made a telephone
11 call to Mr. Schnoor about bringing foreign
12 workers to Signal. What specifically did you
13 tell Mr. Schnoor?
14 A. I think it was just that, that I
15 could get -- I had access to foreign workers.
16 Q. How long would you say that
17 telephone conversation lasted?
18 A. Ms. Bollman, I tell you, you know,
19 it's been a long time since that conversation. I
20 really would not speculate on how long it was.
21 The substantive part of that conversation was
22 that I had access to foreign workers. That's
23 what I do. Do you have any interest? I'm pretty
24 sure he said yes and that he would get back with
25 me.

Page 444

1 Q. In that telephone conversation, did
2 you discuss the number of workers that Signal
3 might be interested in, of foreign workers that
4 Signal might be interested in bringing to the
5 United States?
6 A. No, ma'am.
7 Q. Did you discuss the type of visa
8 that the workers -- foreign workers would come to
9 Signal on?
10 A. I don't recall.
11 MR. ALEXIS:
12 Would you repeat, please,
13 back, the last two questions and
14 answers?
15 THE COURT REPORTER:
16 Question: In that telephone
17 conversation, did you discuss the
18 number of workers that Signal
19 might be interested in, of foreign
20 workers that Signal might be
21 interested in bringing to the
22 United States?
23 Answer: No, ma'am.
24 Question: Did you discuss
25 the type of visa that the

Page 445

1 workers -- foreign workers would
2 come to Signal on?
3 Answer: I don't recall.
4 EXAMINATION BY MS. BOLLMAN:
5 Q. After the initial telephone call
6 with Mr. Schnoor, what was your next contact with
7 Signal with respect to bringing foreign workers
8 to Signal?
9 MR. SHAPIRO:
10 Object to form.
11 A. As I recall, it was a telephone call
12 from Mr. William Bingle.
13 EXAMINATION BY MS. BOLLMAN:
14 Q. And what did Mr. Bingle say to you?
15 Tell me about the conversation.
16 A. He had interest and wanted to meet
17 and talk about what I had mentioned to Mr.
18 Schnoor.
19 Q. And did you set up a meeting?
20 A. Yes, we did.
21 Q. And do you recall when that meeting
22 took place?
23 A. I don't recall exactly. I mean, I
24 can't -- obviously, I can't recall a date, but it
25 was sometime in early 2006.

Page 446

1 Q. And where was that meeting held?
2 A. At the Signal office in Pascagoula.
3 Q. Who attended the meeting?
4 A. I think Mr. Schnoor was there, Mr.
5 Bingle and, as I recall, we had a conference --
6 conference set up similar to this with Mr.
7 Burnett.
8 Q. So, Mr. Burnett was conferenced in
9 by phone to this meeting?
10 A. Yes.
11 Q. So, Mr. Schnoor, Mr. Bingle, Mr.
12 Burnett was conferenced in, and you were present
13 at the meeting?
14 A. Yes.
15 Q. Anyone else that you recall?
16 A. There may have been another person
17 there, but I don't recall who it was.
18 Q. How long did the meeting last?
19 MR. SHAPIRO:
20 Object to form.
21 A. My best guess is I recall that
22 meeting lasted in the neighborhood of hour to
23 hour and a half.
24 EXAMINATION BY MS. BOLLMAN:
25 Q. Tell me what you recall being

Plaintiffs (P) Signal Defs. (S) Dewan Defs. (D) Burnett Defs. (B)

12 (Pages 443 to 446)

Page 575

1    We have it, but we're
2 reviewing it now.
3 MR. BHATNAGAR:
4    Okay.
5    (Whereupon, a discussion was
6 held off the record.)
7 EXAMINATION BY MR. BHATNAGAR:
8    Q.   So, Mr. Pol, you had a chance to
9 look at the document, right?
10    A.   Yes.
11    Q.   When Mr. Sanders was asked about
12 this document, he testified that he never opened
13 the e-mail, and my question to you is whether you
14 ever received a response from Mr. Sanders in
15 regards to this e-mail, either telephonic or via
16 e-mail?
17    A.   Yeah, I talked to him about it on
18 the phone.
19    Q.   You talked to him about it on the
20 phone?
21    A.   I sure did.  In fact, he thanked me
22 for getting all the consulate -- he called me and
23 thanked me for getting the information from the
24 consulate for him so he'd have the numbers and
25 information.  That's why I remember the call.

Page 576

1    Q.   And do you remember around when the
2 call happened?
3    A.   I don't remember exactly when the
4 call happened, but it was certainly after the
5 e-mail.
6    Q.   So, in late August of 2006?
7    A.   Yeah, I guess that would be a good
8 time.
9    Q.   And can you just talk a little bit
10 about that phone conversation?
11    A.   Well, I just talked to him and he
12 called me on the phone and said thanks for
13 getting that, that was helpful, getting the
14 information, I didn't have to look all of that up
15 for the consulates.  So, I know he got it.
16 MR. BHATNAGAR:
17    Okay.  That's all we have,
18 Mr. Pol.  Thanks again for all of
19 your fortitude.
20 THE WITNESS:
21    Thank you, Chandra.
22 MS. BOLLMAN:
23    I don't have a question, but
24 I would just request that any
25 notes that Mr. Pol took during

Page 577

1 this deposition be attached as an
2 exhibit to the deposition.
3 MS. HAROWSKI:
4    We can do that, but --
5 MS. BOLLMAN:
6    Did he make other notes
7 earlier?
8 THE WITNESS:
9    Uh-uh.  I was scribbling.
10 MS. BOLLMAN:
11    I will put an exhibit number
12 on it.  Exhibit 761.  That's all I
13 have.
14    (Whereupon, Exhibit Number
15 761 was marked for identification.)
16 MR. SHAPIRO:
17    I may have one, one quick
18 one -- one or two.
19    (Whereupon, a discussion was
20 held off the record.)
21 EXAMINATION BY MR. SHAPIRO:
22    Q.   Mr. Pol, some of the lawyers have
23 asked you questions about what we have as the
24 hard copy of the PowerPoint presentation that was
25 shown to job candidates who attended seminars in

Page 578

1 various places in India.  Do you recall
2 testifying about that?
3    A.   Yes.
4    Q.   And you recall reviewing this
5 document, and it's Exhibit 684, and it's got
6 slides, information written in English, and then
7 further back, it has some photographs of what
8 appears to be, I think you testified, the Signal
9 facility in Pascagoula.
10    A.   Yes.
11    Q.   You've been going over to India a
12 pretty fair number of times since 1996?
13    A.   Correct.
14    Q.   Okay.  And you got a lot of friends
15 over in India?
16    A.   Yes.
17    Q.   Okay.  And they're from north India
18 and south India?
19    A.   Yes.
20    Q.   Okay.  And I think at some point in
21 your testimony, you indicated that -- correct me
22 if I'm wrong -- that the brand of English spoken
23 in India is rather imprecise.
24 MR. BHATNAGAR:
25    Object to form.

45 (Pages 575 to 578)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250            CERTIFIED COURT REPORTERS            NEW ORLEANS, LA 70139

Page 563

1  employees go to India to administer that testing,
2  other than that, all of the costs of the
3  enterprise would be borne by the candidates; is
4  that right?
5      A.   Yes.  Yes.
6      Q.   And at that meeting, did Signal ask
7  what fees the workers would be paying?
8      A.   No.
9      MS. HAROWSKI:
10         Object to form; asked and
11      answered.
12  EXAMINATION BY MR. BHATNAGAR:
13      Q.   And the second time that you met
14  with Signal, the senior management, did Signal
15  ask what fees the workers would be paying?
16      A.   No.
17      MS. BOLLMAN:
18         Object to form.
19      MS. HAROWSKI:
20         Object to form.  Chandra,
21      this is the third time we've been
22      through this.  It's getting late.
23      I'm not going to stand for asking
24      questions that have already been
25      asked twice in this deposition.

Page 564

1  So, maybe we can move on.
2      MR. BHATNAGAR:
3         I have one more question
4      about this and then we can move
5      on.
6  EXAMINATION BY MR. BHATNAGAR:
7      Q.   What was the first meeting that you
8  were at with Signal management where the issue of
9  fees that workers were paying was raised?
10      MS. BOLLMAN:
11         Object to form.
12      A.   I wouldn't characterize the
13  offhanded comment to Bill Bingle as a meeting,
14  but he said, what do you think you're going to
15  charge these guys?  And I said, I don't know,
16  about two or $3,000.  And that was, you know,
17  very early on, before we knew anything about, you
18  know, how difficult this was going to be, what
19  the procedures were going to be, nothing.  I
20  mean, it was strictly an offhanded guess and it
21  was -- it had no -- to me, it had no meaning
22  whatsoever.
23  EXAMINATION BY MR. BHATNAGAR:
24      Q.   So, you wouldn't characterize that
25  conversation with Bill Bingle as a meeting,

Page 565

1  right?
2      A.   No.
3      Q.   So, is it fair to say the first
4  meeting you had with Signal where the issue of
5  fees came up was in November of 2006?
6      A.   Yes.
7      Q.   And the conversation you had with
8  Bill Bingle, when was that?
9      A.   I don't know.  Sometime in, I guess,
10  the first quarter of 2006.
11      Q.   Do you remember if it was prior to
12  when Global and Signal signed the contract?
13      MS. HAROWSKI:
14         Chandra, I'm going to object
15      to the form.  You asked this the
16      first time you deposed Mr. Pol.
17      MR. BHATNAGAR:
18         Okay.  I'll state it a
19      different way.  Apologies.
20      MS. HAROWSKI:
21         No problem.
22  EXAMINATION BY MR. BHATNAGAR:
23      Q.   I believe you testified in the first
24  day of deposition that you recalled your
25  conversation with Bill Bingle was prior to the

Page 566

1  signing of the contract between Global and
2  Signal.  Is that your recollection?
3      A.   Yes.
4      Q.   So, I now want to move to Exhibit
5  668, which are the notes from the meeting that
6  Mr. Pol was at where the issue of fees was first
7  raised.
8      A.   I have it.
9      Q.   Great.  Now, in this meeting, you
10  indicate that Signal asked you to refund -- you,
11  I assume, and Mr. Dewan and Mr. Burnett to refund
12  half of the money to workers; is that right?
13      MR. ALEXIS:
14         Object to form; asked and
15      answered.
16      A.   I'm sorry.  I've forgotten the
17  question.
18  EXAMINATION BY MR. BHATNAGAR:
19      Q.   Signal asked you and Mr. -- asked
20  you and the other parties, Mr. Burnett and Mr.
21  Dewan, to refund half of the money to the
22  workers?
23      MR. ALEXIS:
24         Same.
25      A.   That is correct.

Page 571

1  debts to me.
2  EXAMINATION BY MR. BHATNAGAR:
3      Q.   Do you recall Signal writing two
4  checks to you, one in November and one in
5  December of 2007?
6      MS. BOLLMAN:
7          Object to form.
8  EXAMINATION BY MR. BHATNAGAR:
9      Q.   2006. Sorry.
10     A.   Okay. We're talking about a totally
11 different subject here, but, yes, I do remember
12 that.
13     Q.   And can you explain what the checks
14 were for?
15     A.   I thought you were referring to the
16 recruiting process. They didn't owe me anything
17 for that. But those checks were for two weeks of
18 food -- the food that -- that Anjay Keswani --
19 the caterer had done two weeks worth of food and
20 he had his contract was with me and Signal took
21 out what I owed him -- in other words, Signal got
22 up with him and said how much does Michael -- you
23 and they paid him directly and they paid me the
24 difference of what the contract was that I had
25 with Signal versus the one I had with Anjay

Page 572

1  Keswani.
2      Q.   Okay. Great. Was one of the checks
3  in the amount of $7,243?
4      A.   I do not recall the amounts. But
5  that would be easily verifiable.
6      Q.   Okay. But it was reimbursed then
7  for catering.
8      A.   Yes.
9      Q.   Okay. Lastly, and this is the last
10 thing I have, you mentioned that you had had some
11 friends that you let come in the program at a
12 great discount.
13     A.   Yes.
14     Q.   And do you know -- what are the
15 names of the people that you let come at a great
16 discount?
17     A.   I have no idea. I know they were
18 friends of -- and relatives of James Kutty.
19     Q.   Do you remember how many people it
20 was?
21     A.   Not exactly.
22     Q.   And when you gave them a discount,
23 was that just on your recruiting fees or did Mr.
24 Dewan and Mr. Pol also offer the same discount?
25     MR. ALEXIS:

Page 573

1          Object to form.
2      MR. SHAPIRO:
3          Object to form.
4      MR. ALEXIS:
5          Asked and answered already,
6  but --
7      A.   Once again, I think you are
8  referring to Mr. Dewan and Mr. Burnett.
9  EXAMINATION BY MR. BHATNAGAR:
10     Q.   I'm sorry. My apologies.
11     A.   I don't recall whether they
12 discounted them or not.
13     Q.   Did you ask Mr. Dewan and Mr.
14 Burnett to discount the people that you were
15 discounting?
16     A.   Yes, I did.
17     Q.   But you're not sure if they actually
18 did?
19     A.   I'm not positive on that.
20     Q.   And I think you just answered this,
21 but you don't remember how many people it was
22 that you discounted, right?
23     A.   I don't remember.
24     Q.   Okay.
25     MR. BHATNAGAR:

Page 574

1          Can we go off the record for
2  a quick second?
3      MS. HAROWSKI:
4          Sure.
5          (Whereupon, a discussion was
6  held off the record.)
7  EXAMINATION BY MR. BHATNAGAR:
8      Q.   I just want to ask you -- this is
9  the last question, Mr. Pol. Exhibit Number 550,
10 if you could just take a look at that.
11     MR. BHATNAGAR:
12         For those that are playing
13 at home, it's Bates Number
14 SIGE0329048, 049 and 050.
15     MR. SHAPIRO:
16         A Signal document?
17     MR. BHATNAGAR:
18         Yes.
19     MR. ALEXIS:
20         SIGE what?
21     MR. BHATNAGAR:
22         0329048, 9049 and 9050. It
23 was previously marked as Exhibit
24 Number 550.
25     MS. HAROWSKI:

44 (Pages 571 to 574)

Page 555

```
 1   speaking for itself, my question is to Mr. Pol
 2   that in your understanding of the fact that, as
 3   you stated, that the workers would have to
 4   come -- or may have to come back to India at the
 5   conclusion of their H2B visas, how is it possible
 6   that Mr. Dewan had a different understanding than
 7   you?
 8        MR. ALEXIS:
 9            Object to form.
10        A.   Mr. Dewan may have a different
11   recollection, but I do clearly remember Manish
12   Dewan telling somebody that before they left to
13   go to the United States.
14   EXAMINATION BY MR. BHATNAGAR:
15        Q.   Would you say that that's an
16   important fact to share with workers, that they
17   may have to return to India prior to the
18   realization of a permanent residency visa?
19        MS. HAROWSKI:
20            Object to form.
21        MR. SHAPIRO:
22            Object to form.
23        A.   I'm not sure. I guess it depends on
24   the person.
25   EXAMINATION BY MR. BHATNAGAR:
```

Page 556

```
 1        Q.   From your perspective, is that an
 2   important fact?
 3        MR. ALEXIS:
 4            Object to form.
 5        A.   Not really.
 6   EXAMINATION BY MR. BHATNAGAR:
 7        Q.   Sorry?
 8        A.   Not really.
 9        Q.   So, your testimony that the incident
10   that you heard this discussed in Sachin Dewan's
11   office where it was communicated to eight to ten
12   people -- how many people did you recruit to come
13   to Signal?
14        A.   I'm going to say 400.
15        Q.   And eight to ten people were in
16   Sachin Dewan's office who heard that, as you had
17   testified earlier, heard the warning that they
18   may have to return to India at the end of their
19   H2B visas, right?
20        MR. ALEXIS:
21            Object to form.
22        A.   Could you say that again? I'm
23   sorry.
24   EXAMINATION BY MR. BHATNAGAR:
25        Q.   You recruited 490 people to come to
```

Page 557

```
 1   Signal, and in October of 2006, when you say you
 2   heard this conversation, there were eight to ten
 3   people in the room that you heard who were
 4   advised that they might have to return to India;
 5   is that right?
 6        MS. HAROWSKI:
 7            Object to form.
 8        A.   That is right.
 9   EXAMINATION BY MR. BHATNAGAR:
10        Q.   And prior to that, you had not heard
11   any of the workers being advised that they may
12   have to return to India.
13        MR. ALEXIS:
14            Object to form.
15        MR. SHAPIRO:
16            Object to form.
17        A.   No.
18   EXAMINATION BY MR. BHATNAGAR:
19        Q.   And since that time, you did not
20   hear any other workers being advised that they
21   may have to return to India after the H2B visas
22   expire.
23        MR. ALEXIS:
24            Object to form.
25        MR. SHAPIRO:
```

Page 558

```
 1            Object to form.
 2        MS. HAROWSKI:
 3            Object to form. I want to
 4   clarify whether he personally
 5   heard that.
 6        MR. BHATNAGAR:
 7            That's correct.
 8        A.   No.
 9   EXAMINATION BY MR. BHATNAGAR:
10        Q.   Now, are you familiar with a single
11   document that was given to the workers by either
12   Global, Dewan Consultants or Malvern Burnett's
13   law office that mentioned the possibility that
14   workers might have to return to India at the
15   conclusion of the term of their H2B visas?
16        A.   Am I aware of it?
17        Q.   Strike that.
18            Are you familiar with a single
19   document given to workers by either Global, Dewan
20   Consultants or Malvern Burnett's law office that
21   mentions the possibility that workers might have
22   to return to India at the conclusion of the term
23   of their H2B visa?
24        A.   No, I don't recall that.
25        Q.   Okay. Let me ask you, also, you
```

40 (Pages 555 to 558)

Page 559

1  testified earlier about an encounter you had had
2  in a Wal-Mart. Do you remember that?
3      A.   Yes.
4      Q.   And you said that you were
5  approached.
6      A.   Yes.
7      Q.   Did you --
8      A.   I wasn't exactly approached. I ran
9  into somebody.
10     Q.   Could you tell the story with a
11 little bit more detail?
12     A.   Just a guy who said -- he told me
13 that he had come over to work for Signal and that
14 he had his green card and he was so happy and he
15 was thanking me. He said, thank you very much,
16 sir.
17     Q.   And when did you run into this
18 person?
19     A.   It's been about six months ago,
20 maybe.
21     Q.   Six months ago from today?
22     A.   I'm just saying it's been
23 approximately six months ago.
24     Q.   Okay. So, in the fall of 2009; is
25 that fair?

Page 560

1      A.   Yeah.
2      Q.   And where was the Wal-Mart?
3      A.   In D'Iberville, Mississippi.
4      Q.   And does this person still work for
5  Signal?
6      A.   I don't know.
7      Q.   Did you have any recollection of
8  this person prior to seeing them at Wal-Mart?
9      A.   No, I didn't.
10     Q.   And did you know who recruited them?
11     A.   Honestly, I'm telling you, I don't
12 know the guy, I don't recall seeing him. All I
13 know is he stopped me and obviously recognized
14 me.
15     Q.   And what did he say when he
16 approached you?
17     A.   He asked me if I was Michael Pol.
18     Q.   And you said you were?
19     A.   I said yes.
20     Q.   And then what happened?
21     A.   He just said that I had recruited
22 him to come to the U.S. and that he had got his
23 green card.
24     Q.   And did he say if he got his green
25 card through Signal?

Page 561

1      A.   He didn't say. He just said that he
2  was very happy that he had his green card, and he
3  pulled it out and he showed it to me.
4      Q.   He pulled out a green card and
5  showed it to you?
6      A.   He pulled out a card and showed it
7  to me, permanent resident something -- alien
8  card.
9      Q.   Did you ask him where he was working
10 or what he was doing now?
11     A.   No, I didn't ask him.
12     Q.   Did you ask him his name?
13     A.   I did. He told me his name, and I
14 can't remember it.
15     Q.   Did you ask him what kind of work he
16 did?
17     A.   No.
18     Q.   Did you get any information to kind
19 of like keep in touch, send a Christmas card, you
20 know, anything like that?
21     A.   No, I didn't.
22     Q.   Was it possible that he had come to
23 the U.S. through Avondale?
24     A.   Well, you know, I guess it is.
25     Q.   Okay. Let me move on. I wanted to

Page 562

1  ask you about your initial meeting with Signal.
2  You had testified earlier that you had first had
3  a meeting with some of the senior management at
4  Signal, and I believe it was in the early part of
5  2006. Do you remember that?
6      A.   Yeah.
7      Q.   And at that initial meeting, I
8  believe you stated that you told Signal that the
9  candidates would bear the costs of recruiting and
10 travel and all that, and that the charge for
11 Signal for getting the workforce would be
12 nothing; is that right?
13     MR. ALEXIS:
14          I'm going to object to the
15      question as being asked and
16      answered.
17     A.   I did answer that, yes,
18 affirmatively, that that's what I told Signal,
19 except for the part where they did have some
20 expenses for providing the recruiting personnel
21 to test.
22 EXAMINATION BY MR. BHATNAGAR:
23     Q.   So, you told them that other than
24 the expenses that they would have to spend on
25 testing workers and, you know, having Signal

41 (Pages 559 to 562)

Page 543

1    exactly what you want, I do not
2    feel there will be any problems
3    getting the numbers that you need.
4    Particularly for the long term
5    Green Card candidates."
6        Did I read that properly?
7    A.   Yes.
8    Q.   Okay.  What I want to ask you, Mr.
9    Pol, is that you signed your contract -- Global
10   Resources signed the contract with Signal in
11   April of 2006; is that right?
12   A.   Yes.
13   Q.   And this e-mail is in May of 2006,
14   correct?
15   A.   That's correct.  So, when you say
16   "the long term Green Card candidates," it was
17   your understanding in May, 2006, that Signal was
18   looking for long-term green card candidates; is
19   that right?
20   MS. BOLLMAN:
21       Object to form.
22   A.   Yes.
23   EXAMINATION BY MR. BHATNAGAR:
24   Q.   And what did you base this
25   understanding on?

Page 544

1    A.   Numerous discussions, contract.
2    That's about it.
3    Q.   I'm sorry.  You got cut off.  Could
4    you say that again or can it be read back?
5    A.   Numerous discussions with Signal,
6    the contract with Signal, and that's about it.
7    Q.   So, the conversations that you had
8    had with Signal and the contract with Signal all
9    gave you the impression that Signal was in the
10   market for long-term green card candidates?
11   A.   There was no doubt in my mind.
12   Q.   And you had that impression even
13   after you signed the contract with them?
14   A.   Yes.
15   Q.   Can you tell me how long you
16   continued to have the impression that they were
17   looking for long-term green card candidates?
18   MS. BOLLMAN:
19       Object to form.
20   A.   Yes.  I remember -- I remember
21   either reading it in the newspaper, seeing it on
22   TV that they had no idea that they were supposed
23   to get green card candidates or permanent
24   resident candidates.  I believed it all the way
25   till then.

Page 545

1    EXAMINATION BY MR. BHATNAGAR:
2    Q.   So, you believed it up until you
3    read newspaper accounts.
4    A.   Or TV reports.
5    Q.   And do you remember when that was
6    that you saw those?
7    A.   It was sometime, you know, in 2007,
8    Mr. Chandra.
9    Q.   Were you surprised to read in the
10   newspaper or hear on TV that Signal had not been
11   seeking long-term green card candidates?
12   A.   Well, not -- not really.  I mean, I
13   wasn't surprised because I had already been told
14   by Mr. Schnoor that he didn't care what the
15   contract said.  So, I didn't figure he was
16   planning on keeping it anyway.
17   Q.   And while you and Mr. Dewan and Mr.
18   Burnett were recruiting workers for Signal,
19   during that period of time, which I understand
20   terminated for you in November of 2006, it was
21   always your understanding that you were
22   recruiting candidates for long-term green card
23   opportunities, right?
24   A.   You bet.
25   MS. BOLLMAN:

Page 546

1        Object to form.
2    A.   Did you hear me?
3    EXAMINATION BY MR. BHATNAGAR:
4    Q.   You got a little bit muffled with
5    the objection.  Can you say it again?
6    A.   I said:  You bet.
7    Q.   Thanks.  Could I now turn your
8    attention to what I believe has been already
9    marked as --
10   MR. BHATNAGAR:
11       Could we go off the record
12   for a second?
13       (Whereupon, a discussion was
14   held off the record.)
15   EXAMINATION BY MR. BHATNAGAR:
16   Q.   Actually, before I get to that
17   document, Mr. Pol, you testified earlier that it
18   was your understanding that workers were aware
19   that at the conclusion of their H2B visas that
20   they may have to return to India.
21   A.   Yes.
22   Q.   And you said that there was one
23   occasion that you remembered this being told to
24   workers; is that right?
25   A.   I remember that, you know, that they

37 (Pages 543 to 546)

Page 547

1 told them while they were still in India -- it
2 wasn't me, but I remember hearing the
3 conversation that, you know, if the H2B runs out
4 and you don't get -- and the timing doesn't
5 work out right, you may have to come back.
6    Q.   Do you remember when you heard this?
7    A.   I think it was at Sachin Dewan's
8 office in Bombay, or Mumbai.
9    Q.   And do you remember what kind of --
10 was it a seminar or what kind of meeting it was?
11   A.   No.  It was like an informal -- it
12 was just some people that were there at the
13 office.  Wasn't a formal thing.
14   Q.   And how many people were at that
15 meeting?
16   A.   Maybe eight or ten.
17   Q.   Is that the only time that you heard
18 that, the possibility of workers having to come
19 back at the conclusion of H2Bs brought up?
20   A.   That's the only time I personally
21 heard it.
22   Q.   And the eight to ten people that
23 were there, were they applicants or -- were they
24 applicants?
25   A.   I think so.

Page 548

1    Q.   Do you remember when this was?
2    A.   This was just -- just prior to --
3 just prior to some of these guys coming over.
4    Q.   Some of these guys coming over, does
5 that mean the initial wave of workers?
6    A.   Yes.
7    Q.   So, would that be then October of
8 2006?
9    A.   Somewhere in that time frame, yes.
10 October or -- I don't recall.  I think the first
11 group came over maybe in -- maybe November.
12   Q.   And the people that were -- that
13 were being informed of this under your
14 recollection, these were people that had already
15 paid to be in the program, right?
16   A.   You know, I'd have to be honest with
17 you.  I don't know if they did or not.
18   Q.   Okay.  The -- but that's the only
19 time in your recollection that the issue was
20 brought up, correct?
21   MR. ALEXIS:
22       Object to form.
23   MR. SHAPIRO:
24       Object to form.
25   A.   I can say that I heard it one time,

Page 549

1 but I was told that, you know, everybody knew
2 that.
3 EXAMINATION BY MR. BHATNAGAR:
4    Q.   Okay.  I'm now going to read to you
5 a section from Mr. Dewan's deposition.  It's a
6 little bit lengthy, but I'm going to give
7 everybody the page number and the line number so
8 that folks can either verify or follow along if
9 they have the deposition in front of them, and
10 then at the end of that, I'll ask a question.
11 I'm on Page 643, Line 13, and the examination is
12 by Ms. Bollman:
13       "Question:  The workers who
14 were recruited to work at Signal,
15 were they told how long a
16 permanent resident visa could
17 take?
18       "Answer:  Yes.
19       "Mr. Bhatnagar:  Object to
20 form.
21       "Examination by Ms. Bollman:
22       "Question:  How long did you
23 tell them it could take?
24       "Mr. Bhatnagar:  Objection
25 to form.

Page 550

1       "Answer:  It could take more
2 than two years.
3       "Examination by Ms. Bollman:
4       "Question:  Did you tell the
5 candidates that you cannot file
6 for the permanent resident visa
7 until the end of their H2B visa?
8       "Answer:  Not initially, but
9 we told them once they -- once
10 I -- I got to know -- when I was
11 informed that this could not
12 happen, then, we informed the
13 candidates in January of 2007.
14       "Question:  What was their
15 response to that?
16       "Answer:  Most of them were
17 okay with that, and very -- very
18 few of them -- when we had the
19 meeting at the camp, very few of
20 them, they had concerns.
21       "Question:  Did you tell
22 them that they may have to go back
23 to India before they got their
24 permanent resident visas?
25       "Answer:  No, I don't -- I

38 (Pages 547 to 550)

Page 535

1  EXAMINATION BY MR. BHATNAGAR:
2      Q.   Okay. Well, how would you
3  characterize the offer of employment?
4      A.   Well, the offer of employment with
5  Signal was attached -- I've seen it. I mean, it
6  was the official offer of employment somewhere.
7      Q.   Do you disagree with any of the
8  terms in this particular bullet point?
9      MR. SHAPIRO:
10         Object to form.
11      A.   I don't know that I disagree with it
12  except that maybe they got them -- maybe they got
13  their -- whatever Manish or Sachin Dewan, whoever
14  wrote this, whenever they put it in here, they
15  might have gotten them out of order.
16  EXAMINATION BY MR. BHATNAGAR:
17      Q.   Are there any terms in this bullet
18  point that you think mischaracterize the process?
19      MR. SHAPIRO:
20         Object to form.
21      A.   Ask me the question again.
22  EXAMINATION BY MR. BHATNAGAR:
23      Q.   Are there any terms in this third
24  bullet point that I just read into the record
25  that you believe mischaracterize the process?

Page 536

1      MR. SHAPIRO:
2         Object to form.
3      A.   No, I don't think it
4  mischaracterizes it.
5  EXAMINATION BY MR. BHATNAGAR:
6      Q.   Now, this PowerPoint was, to the
7  best of your knowledge, shown at every single one
8  of the seminars, right?
9      A.   It was certainly shown at the ones
10  that I was attending.
11      Q.   It was shown at the one that you
12  attended?
13      A.   Yes.
14      Q.   And it's your belief that it was
15  also shown at the ones that you were not in
16  attendance at?
17      A.   I can't say with all certainty, but
18  I believe it was.
19      Q.   Okay. Can I ask you to look at
20  Slide Number 5?
21      A.   Sure.
22      Q.   And the fourth bullet point down. I
23  will also read that to you.
24         "Validity of Visa could be 9
25  to 11 months and could also be

Page 537

1  renewed for another 11 months
2  period. Within this period the
3  company shall proceed with
4  sponsoring the worker for their
5  'Employment Based Green Card.'"
6         Did I read that right?
7      A.   Yes.
8      Q.   Do you understand that to be one of
9  the terms that the workers would be benefitting
10  from where they would enroll in this process?
11      MS. HAROWSKI:
12         Object to form.
13      A.   Benefitting from what?
14  EXAMINATION BY MR. BHATNAGAR:
15      Q.   I'm sorry. I didn't hear what you
16  said.
17      A.   I said, benefitting from what?
18      Q.   Did you understand that the term
19  that I just read was one of the terms that the
20  workers would be benefitting from if they were to
21  enroll in this process?
22      MR. ALEXIS:
23         Object to form.
24      A.   Well, I would have to go back to
25  earlier during the deposition, you know, where we

Page 538

1  discussed in the contract with Signal that, you
2  know, we thought that the visas may or may not
3  be -- excuse me -- the H2B visas may or may not
4  be approved, and we had no idea whether they
5  would be or not, but we certainly contemplated
6  the fact that they wouldn't and even put in the
7  contract that regardless of whether the H2Bs were
8  approved or not approved, that they would
9  continue with the green card.
10  EXAMINATION BY MR. BHATNAGAR:
11      Q.   So, would it be fair to say that the
12  process was a green card process and that the H2B
13  was a vehicle to get the workers to the United
14  States quicker?
15      A.   Well, the H2B is used, I guess, my
16  understanding of it, it's for almost like an
17  emergency situation. And the workforce problems
18  that we had at that time, we -- we certainly had
19  a situation where it was difficult for employers
20  to find people. So, I guess, you know, the H2B
21  visa itself was a vehicle, yes, to get them here
22  quicker, but at the same time, it was -- it was
23  always contemplated that green cards would be --
24  would be, you know, the process -- excuse me --
25  the green card process would be utilized.

35 (Pages 535 to 538)

Page 539

1  Q.  So, the ultimate goal was a green
2  card and the H2B could be a vehicle to get them
3  here quicker; is that fair?
4      MR. ALEXIS:
5          Object to form.
6      A.  Yes, that's fair.
7  EXAMINATION BY MR. BHATNAGAR:
8      Q.  Okay.  Can I show you Slide Number
9  6, and I just want to ask you about the first
10  bullet point in this slide, where it says:
11          "This process will take 18
12      to 24 months as per stages below."
13          And I should have read on the top of
14  that, it says: "EB3 Category, Employment Based
15  Green Card Program."  Do you see that?
16      A.  I do.
17      Q.  Was that your understanding at the
18  time of the seminar, that the process would take
19  18 to 24 months?
20      MS. HAROWSKI:
21          Object to form; asked and
22      answered.
23  EXAMINATION BY MR. BHATNAGAR:
24      Q.  You can answer, Mr. Pol.
25      A.  For the fifth time, yes.

Page 540

1      Q.  Thank you.
2          Okay.  Page 7, if you could take a
3  look at that, I recall earlier you had said that
4  the last bullet point on Page 7, which I'm not
5  going to read through, you said that it looked
6  like it had been drafted by a lawyer.  Do you
7  remember saying that?
8      A.  I do.
9      Q.  And is it your belief that that was
10  drafted by Mr. Burnett?
11      MR. ALEXIS:
12          Object to form.
13      A.  I'm not positive that Mr. Burnett
14  did that, but it's something that could certainly
15  be asked to him.
16  EXAMINATION BY MR. BHATNAGAR:
17      Q.  Do you believe that he probably
18  drafted it?
19      MR. ALEXIS:
20          Object to form.
21      A.  Whether or not I not I believe that
22  he did or not, I don't think, is material here.
23  I don't know for sure.  That's the answer.
24  EXAMINATION BY MR. BHATNAGAR:
25      Q.  Okay.  I now would like to turn to

Page 541

1  the e-mail that Christy very graciously printed
2  out for everybody.
3      A.  I have it.
4      Q.  Okay.  And it is actually Bates
5  numbered GR-1701 to GR-1703, but, for some
6  reason, the number didn't print out on the copies
7  that I forwarded.
8      MR. SHAPIRO:
9          What number are we up to?
10          Could you give that number
11      again?
12  MR. BHATNAGAR:
13          GR-1701 to 1703.
14  MR. SHAPIRO:
15          Thank you.
16  MR. BHATNAGAR:
17          Could someone just let me
18      know what exhibit number we're up
19      to?
20  THE COURT REPORTER:
21          760.
22  MR. BHATNAGAR:
23          Could I mark that as Exhibit
24      760, please?
25          (Whereupon, Exhibit Number

Page 542

1      760 was marked for identification.)
2  EXAMINATION BY MR. BHATNAGAR:
3      Q.  Mr. Pol, please take a look at that
4  document and let me know when you've had a chance
5  to do so.
6      A.  Okay.  Okay, Chandra.
7      Q.  Okay.  Great.  I'm going to turn
8  your attention to -- well, first of all, the --
9  let the record reflect the document is an e-mail
10  from Bill Bingle to Michael Pol, and below that,
11  there is an e-mail from Michael Pol to Bill
12  Bingle, and below that, there is an e-mail from
13  Bill Bingle to Michael Pol; is that right, Mr.
14  Pol?
15      A.  Yes.
16      Q.  So, I'd like to turn your attention
17  to the second e-mail, which is in the middle, the
18  e-mail from you to Mr. Bingle.
19      A.  Yes.
20      Q.  And in the last paragraph of that
21  e-mail -- and I'm just going to read it, and let
22  me know if I read it right:
23          "Overall, I'm very satisfied
24      about the quality of the
25      candidates and now that we know

36 (Pages 539 to 542)

Page 527

```
1    answered.
2        A.   Forgive me, Mr. Chandra.  I don't --
3    I'm not sure I exactly understand what a priority
4    date is.
5    EXAMINATION BY MR. BHATNAGAR:
6        Q.   Okay.  The -- when -- strike that.
7    I'll ask it this way.
8            In Point Number 6, you say:
9            "Mistakes were made by
10           Signal in handling the employees."
11       A.   Yes.
12       Q.   Can you elaborate as to what those
13   mistakes were?
14       A.   Yes.  First of all, I'd like to
15   qualify it by saying I was not at Signal and most
16   of the things I saw were as a result of news
17   media coverage, and, also, I'd like to qualify
18   this by saying, you know, I had at one time 450
19   Indian employees from India that worked for me
20   right across the river from where we're sitting
21   right here, at Avondale Shipyard.  Of course,
22   when you have 450 people, you have some problems,
23   but I had no problems like this.
24           I can back up to the very beginning.
25   When I first saw the man camp, we'll call it, at
```

Page 528

```
1    Signal, I was very concerned about how close they
2    were putting people and about the -- I shared
3    that with John Sanders.  So, I did see the man
4    camp.  I was -- I didn't realize how tight they
5    were going to pack people in there.  That was the
6    extent of my personal knowledge of it.  I just
7    thought that was a little cramped.  You know, the
8    news reports, I saw that about guys wanting to,
9    you know, enjoy theirself, drink a beer or
10   something like that, and Signal wouldn't allow
11   them to do it.  And that's about the extent of
12   it.
13       Q.   You said that -- you mentioned your
14   concerns about the cramped quarters to John
15   Sanders?
16       A.   Yes.
17       Q.   Do you remember when you brought
18   that to his attention?
19       A.   Yeah, before it was ever occupied.
20       Q.   So, even prior -- so, prior to
21   November of 2006?
22       A.   Yes.
23       Q.   And do you recall his response?
24       A.   He said that if it was -- if it was
25   not satisfactory, that they would do -- you know,
```

Page 529

```
1    that they would make it bigger or move them
2    around or do whatever they could do to -- I mean,
3    he just kind of blew it off.  Actually, he told
4    me that Ron Schnoor liked it, and that's all that
5    mattered.
6        Q.   I'm sorry.  He told that you Ron
7    Schnoor thought that -- he liked the setup and
8    that that was all that mattered?
9        A.   Yes.
10       Q.   And did you follow up with him
11   subsequent to that conversation about your kind
12   of continued concerns?
13       A.   You know, I just -- I just recall
14   having the conversation with him, and this was,
15   of course, prior to all the people that got there
16   and, unfortunately, I was terminated and they
17   didn't -- they didn't want my opinion after that.
18       Q.   Did you raise this concern with
19   anybody other than John Sanders?
20       A.   I don't recall.  You know, John
21   Sanders was like the guy that was in charge of
22   all of this.  He was the one that if you wanted
23   to do something there, he was the guy -- he was
24   Signal's guy.  I think I raised the question with
25   the right guy.
```

Page 530

```
1        Q.   Apart from Signal employees, did you
2    raise this concern with Mr. Dewan or Mr. Burnett?
3        A.   You know, honestly, looking back on
4    it, it -- it was difficult to look at an empty
5    place and determine with all certainty that it
6    was going to be too cramped.  So, I did not raise
7    the question at the time, and even when I did go
8    in there when there were some employees that had
9    come in, it was still kind of open because of the
10   fact that, you know, that all of the employees
11   hadn't arrived yet.  So, you know, at the time,
12   it was not as big a concern as it would have been
13   for me later, when all of the people arrived.
14   You know, I've seen pictures, newspaper accounts
15   and things of the cramped conditions.
16       Q.   You mentioned that Sachin Dewan
17   stayed with you in January of 2007.
18       A.   Yes.
19       Q.   When he stayed with you, did any of
20   these issues come up?
21       A.   I don't think so.
22       MR. SHAPIRO:
23           Object to form.
24   EXAMINATION BY MR. BHATNAGAR:
25       Q.   Do you recall Sachin Dewan ever
```

33 (Pages 527 to 530)

Page 531

1    bringing up similar concerns with cramped
2    quarters or overcrowded workers to you?
3         MR. SHAPIRO:
4             Object to form.
5         A.   Well, I know that Sachin -- I know
6    that Sachin and I did talk about the problems at
7    Signal and, you know, I think the cramped
8    conditions were one of them, but the food was
9    something else, too, you know. The food was --
10   they didn't like the food either.
11   EXAMINATION BY MR. BHATNAGAR:
12        Q.   And, so, you were saying that Sachin
13   Dewan talked with you about the problems at
14   Signal?
15        MR. SHAPIRO:
16            Object to form.
17        A.   Yeah, we had some discussions about,
18   you know, the things that were going on that he
19   knew about or that he heard about from some -- I
20   guess, people that he may have talked to that
21   were there.
22   EXAMINATION BY MR. BHATNAGAR:
23        Q.   And what were his concerns?
24        MR. SHAPIRO:
25            Object to form.

Page 532

1         A.   I'm sorry, Chandra.
2    EXAMINATION BY MR. BHATNAGAR:
3         Q.   I'm sorry. You said that he
4    mentioned to you concerns that he had heard from
5    other people that were there, like, I assume,
6    workers. What were Mr. Dewan's concerns as he
7    communicated them to you?
8         MR. SHAPIRO:
9             Object to form.
10        A.   Well, that's where I got the
11   information that I just gave you a minute ago.
12   It was from, you know, conversations with Sachin.
13   I mean, it starts to run together after some
14   time, but, I mean, I know I talked to Sachin
15   about this, but I also know that I saw newspaper
16   articles and pictures and accounts from other
17   people that were public knowledge. So, you know,
18   I don't remember specifically what Sachin told
19   me, but I do know that it had something to do
20   with food and cramped conditions.
21   EXAMINATION BY MR. BHATNAGAR:
22        Q.   Okay. Great. I next would like to
23   show you Exhibit Number 684, which is the
24   PowerPoint presentation, and I will begin by
25   asking the assistance of whoever is close to by to

Page 533

1    assist you in having that.
2         A.   I have it.
3         Q.   Now, the third page of the
4    PowerPoint, would you take a look at that? It is
5    the Employer Introduction & Benefits page, and
6    the first two bullet points are the names of
7    Knights Marine and then Signal.
8         A.   Yes.
9         Q.   And the third bullet point says --
10   do you see that?
11        A.   Yes.
12        Q.   And then the third bullet point
13   says -- and I will read from it:
14            "Offering Employment Based
15            Green Cards sponsorship and option
16            of H2B Temporary work visas. (All
17            Green Card applicants will
18            automatically be enrolled as H2B
19            candidates, however, it is not
20            guaranteed that they be approved
21            with H2B visas which will bring
22            them to United States within six
23            months. This will not affect the
24            'Employment-based Green Card'
25            process.)"

Page 534

1             Did I read that correctly?
2         A.   Yes.
3         Q.   Was this essentially the offer that
4    was made to the workers if they were to enroll in
5    this process with Signal?
6         MS. BOLLMAN:
7             Object to form.
8         A.   I don't know that this was an offer.
9    I think this was -- the offer was separate and
10   apart from this. This was a seminar and,
11   frankly, I didn't write this and, you know, I
12   just got -- I ended up with a copy of it. So,
13   I'm not sure exactly, you know, other than just
14   general information.
15   EXAMINATION BY MR. BHATNAGAR:
16        Q.   I asked if it was an offer because
17   it says: "Offering Employment Based Green
18   Cards."
19        A.   Well, you know --
20        MR. SHAPIRO:
21            Object to form.
22        A.   I don't -- I don't know that it is
23   the offer. So, I guess if I understand your
24   question correctly, then, I would say, no, it's
25   not the offer of employment.

34 (Pages 531 to 534)

(504)525-1753                    HUFFMAN & ROBINSON, INC.              (800)749-1753
ONE SHELL SQUARE,#250          CERTIFIED COURT REPORTERS        NEW ORLEANS, LA 70139

Page 519

1    Can I ask you a question?
2    MS. HAROWSKI:
3        Sure.
4        (Whereupon, a discussion was
5    held off the record.)
6    MR. ALEXIS:
7        I have no further questions.
8    Thank you.
9    MR. BHATNAGAR:
10       Christy, I have a couple of
11   documents I need to e-mail you for
12   our redirect. Can we arrange for
13   that?
14   MS. HAROWSKI:
15       Yes. Why don't you e-mail
16   them now and I'll have my
17   secretary print them out while
18   Steve does his questions.
19       (Whereupon, a discussion was
20   held off the record.)
21   EXAMINATION BY MR. SHAPIRO:
22       Q.   Mr. Pol, we've already met. I'm
23   Steve Shapiro, and I represent Sachin Dewan and
24   Dewan Consultants.
25       A.   Yes, sir.

Page 520

1        Q.   I've just got a few questions for
2    you. First question is: Based on your personal
3    knowledge, would you say that Signal, in its
4    recruitment effort, wanted to get as many workers
5    as they needed as quickly as possible?
6    MS. BOLLMAN:
7        Object to form.
8    MR. SHAPIRO:
9        Christy walked out of the
10   room.
11       A.   Yes. There was a great sense of
12   urgency in every phone call, every discussion.
13   There was a tremendous sense of urgency from
14   Signal to get the job done quickly.
15   EXAMINATION BY MR. SHAPIRO:
16       Q.   Okay. And do you feel like all the
17   steps that you took in connection with the
18   recruitment process were satisfactory and timely?
19       A.   Yes. As I mentioned in an earlier
20   deposition, I mean, Signal literally snatched my
21   arm off to sign that contract and get going.
22   They needed people badly and we did everything
23   humanly possible to get them the people that they
24   needed when they needed them and, you know, at
25   the end of the day, it was -- it didn't cause

Page 521

1    Signal any harm at all to terminate me because I
2    had already performed.
3        Q.   And with respect to my clients, Mr.
4    Dewan and Dewan Consultants, would you say that
5    they did everything they could within their power
6    to get the job done, or their portion of the job
7    done for Signal?
8    MS. BOLLMAN:
9        Object to form.
10   EXAMINATION BY MR. SHAPIRO:
11       Q.   When I say "job," I mean the
12   recruitment effort in India.
13       A.   Yes, they did.
14       Q.   Okay. And the same question
15   essentially for Mr. Burnett. You feel that Mr.
16   Burnett did everything that he possibly could
17   do --
18       A.   Yes.
19       Q.   -- to complete the recruitment
20   process?
21       A.   (Nods head affirmatively.)
22   MS. BOLLMAN:
23       Object to form.
24   EXAMINATION BY MR. SHAPIRO:
25       Q.   Now, in connection with -- you are

Page 522

1    aware that Signal sent representatives to India
2    to test the job candidates?
3        A.   From the Global Resources side or
4    after they terminated everybody and did it
5    theirself?
6        Q.   Well, right from the get-go, from
7    the very beginning, you're aware, when you were
8    involved and under contract with Signal, you were
9    aware that Signal sent representatives?
10       A.   You bet, I was.
11       Q.   And you saw some of the testing with
12   your own eyes?
13       A.   I did.
14       Q.   Did you see the vast majority of the
15   testing?
16       A.   I saw some testing and I was there
17   for at least three different occasions of
18   testing, and there were Signal employees there on
19   all of those -- in fact, I met them at the
20   airport once.
21       Q.   And you may have covered this, but
22   do you remember who from Signal came to India to
23   oversee the testing?
24       A.   Yes. Albert Taft. Forgive me. I
25   can't remember --

Page 523

1    Q.   Would it be Wade Shause?
2    A.   Shause.
3    Q.   W. A. Shause.
4    A.   W. A. Shause, that is correct. And
5 there was also a guy from Texas, José, and I
6 can't remember José's last name. Really nice
7 guy.
8    Q.   Was José under the employ of Signal?
9    A.   Yes, he was an employee of Signal.
10    Q.   Did anyone from Signal communicate
11 to you that they were satisfied with the testing
12 with the job candidates who ultimately came to
13 Signal to work?
14    MS. BOLLMAN:
15       Object to form.
16    A.   The answer is yes, and it was an
17 emphatic great job, best people I've ever seen,
18 best -- I mean, it was these guys were just
19 elated and, in fact, I sat -- I was on the phone
20 listening to one of them describe to Bill Bingle
21 how wonderful the candidates were that -- that
22 they had tested.
23    MR. SHAPIRO:
24       And with that, I have no
25    further questions. Thank you, Mr.

Page 524

1 Pol.
2    MS. HAROWSKI:
3       Plaintiffs are up next. I
4 see that you have forwarded your
5 e-mail. I will go check with my
6 secretary to see about them.
7       (Whereupon, a discussion was
8 held off the record.)
9 EXAMINATION BY MR. BHATNAGAR:
10    Q.   Good afternoon, Mr. Pol.
11    A.   Hey.
12    Q.   I wanted to thank you for your time
13 again today and wanted to also remind you that
14 while we're not there in person, obviously, all
15 of the conversations and the rules that we said
16 when we set out apply. If you have any
17 difficulty understanding me or hearing me, please
18 let me know, and I'll be glad to reask the
19 question. Does that make sense?
20    A.   Yes, sir. Thank you.
21    Q.   I'd like to begin by showing you a
22 document that Ms. Bollman showed you earlier
23 today. It's DEWAN001152. I will ask the
24 assistance of whoever is sitting closest to you
25 to pass it to you.

Page 525

1    MS. HAROWSKI:
2       He has it.
3 EXAMINATION BY MR. BHATNAGAR:
4    Q.   Do you recognize this document from
5 when you looked at it earlier?
6    A.   I do.
7    Q.   I want to ask you about the third
8 point in the document, where you say:
9       "Malvern is still applying
10    for their permanent residence and
11    extensions."
12       You're obviously referring to
13 Malvern Burnett, right?
14    A.   Yes, sir.
15    Q.   And was it your opinion at the time
16 that you wrote this e-mail, which was April 10th,
17 2007, that Malvern Burnett was indeed applying
18 for permanent residence and extensions for the
19 workers at Signal?
20    A.   Yes. I was under the impression
21 that he was -- that he was if not -- if not had
22 already applied, that he was going to apply at
23 some point in time.
24    Q.   So, would it be more accurate to say
25 that you believed he would apply for permanent

Page 526

1 residence and extensions, but that he had not yet
2 done so?
3    MS. HAROWSKI:
4       Object to form.
5    A.   I don't know that he had done it,
6 but it was my opinion that he would do it.
7 EXAMINATION BY MR. BHATNAGAR:
8    Q.   What was that opinion that you had
9 based upon?
10    A.   Mr. Burnett told me he would do it.
11    Q.   Told you that he would apply for
12 those extensions and permanent residence
13 applications?
14    A.   He did.
15    Q.   And did Mr. Burnett communicate to
16 you when he told you that that the -- about the
17 priority dates and when they might become
18 current?
19    A.   I don't remember any of that. I
20 know there was something about dates and all, but
21 I don't remember specifically about that.
22    Q.   Do you remember when the priority
23 dates became current?
24    MS. HAROWSKI:
25       Object to form; asked and

32 (Pages 523 to 526)

Page 487

1    have on this exhibit. So, I think
2    we should break now, maybe try to
3    get back at 1:00 and I'll go
4    through my outline at lunch.
5         MS. HAROWSKI:
6             That sounds like a good
7    plan.
8         (Whereupon, a discussion was
9    held off the record.)
10   EXAMINATION BY MS. BOLLMAN:
11        Q.   I'm going to be starting with
12   Exhibit 484, Bates Number DEWAN001085.
13        MR. BHATNAGAR:
14            Did both sides have a chance
15   to look at what I e-mailed to
16   Christy?
17        MS. HAROWSKI:
18            Yes. We both had a chance
19   to look at it.
20        MR. ALEXIS:
21            Here is my comment. What
22   page of the deposition was the --
23        MR. BHATNAGAR:
24            The page of the deposition
25   is Page 182, Line 24. And my

Page 488

1    question is:
2             "To the best of your
3    knowledge, what did Mr. Dewan mean
4    when he said I will ok with
5    Knights?"
6             And I actually meant what
7    did Mr. Burnett mean, since he's
8    the person writing it.
9         MR. ALEXIS:
10            And I have no problem with
11   you changing to "what did Mr.
12   Burnett mean" because I objected
13   to the form of the question. My
14   only concern would have been that
15   Mr. Pol wasn't a party to the
16   e-mail, and I did object. So, I
17   have no problem with you changing
18   the name to -- from "Dewan" to
19   "Burnett."
20        MR. BHATNAGAR:
21            Okay. Should I do that on
22   the record, Carol?
23        MR. ALEXIS:
24            You just did. I think we're
25   all agreeing that that's what you

Page 489

1    meant to say.
2         MR. SHAPIRO:
3             Was there an issue with the
4    number of pages, Chandra? Was the
5    one in the record one page and now
6    there's -- and now you've got two?
7         MR. BHATNAGAR:
8             Well, in the transcript, it
9    actually references both 307 and
10   308 of DEWAN. I e-mailed both to
11   Christy and, so, it should be
12   complete now in the exhibits.
13        MS. HAROWSKI:
14            We're going to put the copy
15   with two pages into Carol's
16   binders that has all of the
17   exhibits instead of the one page
18   that's currently in there.
19        MR. BHATNAGAR:
20            Great. Thank you very much,
21   guys.
22   EXAMINATION BY MS. BOLLMAN:
23        Q.   Now, for the record, just so it's
24   clear, we are looking at a document previously
25   marked as Exhibit 484, and it's Bates Number

Page 490

1    DEWAN001085, and my question is: After the date
2    of this e-mail, which is Saturday, October 14th,
3    2006, did J & M agree to let their permanent
4    resident visa candidates go to Signal on H2B
5    visas?
6         MR. ALEXIS:
7             Object to form.
8         A.   As I recall, they did.
9    EXAMINATION BY MS. BOLLMAN:
10        Q.   And who agreed to this on behalf of
11   J & M?
12        A.   Mr. Billy Wilks.
13        Q.   Did J & M believe that the
14   candidates -- their candidates that had gone to
15   work for Signal on H2B visas would come to work
16   for J & M when they received their green cards?
17        MS. HAROWSKI:
18            Object to form.
19        MR. ALEXIS:
20            Object to form.
21        A.   I don't know what he -- what he
22   believed. I'm not sure.
23   EXAMINATION BY MS. BOLLMAN:
24        Q.   Did you ever have any discussions
25   with him about that?

23 (Pages 487 to 490)

(504)525-1753                    HUFFMAN & ROBINSON, INC.                    (800)749-1753
ONE SHELL SQUARE,#250           CERTIFIED COURT REPORTERS           NEW ORLEANS, LA 70139

1    A.   Miss Bollman, I'm sorry, I just
2  don't remember specifically about that particular
3  question.
4    Q.   Did J & M receive any compensation
5  for allowing the workers that it had petitioned
6  for permanent resident visas to go to work for
7  Signal on H2B visas?
8    A.   I've already answered that, but I'll
9  tell you again: No.
10   MR. BHATNAGAR:
11      Object to form.
12 EXAMINATION BY MS. BOLLMAN:
13   Q.   Did you ever tell Signal that some
14 of the workers that were coming to work for it on
15 H2B visas had approved PERMs for J & M?
16   A.   I don't know that anybody had an
17 approved PERM. So, I don't guess I could have
18 said that.
19   Q.   Did you ever tell Signal that some
20 of their H2B workers had previously begun the
21 permanent resident process through J & M?
22   A.   Yes.
23   Q.   Who did you tell?
24   A.   Bill Bingle.
25   Q.   When did you tell him?

1    A.   I don't remember. Probably sometime
2  along this time frame.
3    Q.   Do you remember what you
4  specifically told him?
5    A.   Specifically that, that some of
6  their H2B workers were going to be candidates
7  that had previously applied with other companies.
8    Q.   Was the opportunity to go to work at
9  Signal on an H2B visa offered to every Indian
10 worker who had applied for permanent residence
11 through J & M?
12   MR. BHATNAGAR:
13      Object to form.
14   A.   Please ask that question again.
15   MS. BOLLMAN:
16      I'll have Carol read the
17   question back, please.
18   THE COURT REPORTER:
19      Question: Was the
20   opportunity to go to work at
21   Signal on an H2B visa offered to
22   every Indian worker who had
23   applied for permanent residence
24   through J & M?
25   MR. BHATNAGAR:

1       Object to form.
2    A.   I don't know the answer to that
3  question.
4  EXAMINATION BY MS. BOLLMAN:
5    Q.   Who would?
6    A.   I don't know the answer to that
7  question.
8    Q.   Did you have any discussions with
9  any of the J & M candidates about going to work
10 at Signal on the H2B visa?
11   A.   Me personally?
12   Q.   Yes, you personally.
13   A.   No.
14   MR. ALEXIS:
15      I'm sorry. Would you read
16   that question and answer back for
17   me, please?
18   THE COURT REPORTER:
19      Question: Did you have any
20   discussions with any of the J & M
21   candidates about going to work at
22   Signal on the H2B visa?
23      Answer: Me personally?
24      Question: Yes, you
25   personally.

1       Answer: No.
2  MR. ALEXIS:
3       Thank you.
4  EXAMINATION BY MS. BOLLMAN:
5    Q.   Did you ever give any instructions
6  with any of the J & M candidates about what would
7  happen to their permanent resident visa process
8  with J & M after they came to work at Signal on
9  H2B visa?
10   A.   No.
11   MR. BHATNAGAR:
12      Object to form.
13 EXAMINATION BY MS. BOLLMAN:
14   Q.   Did you ever give any instructions
15 to any of the Signal H2B candidates before their
16 interview at the U.S. consulate for their H2B
17 visa?
18   A.   Me personally?
19   Q.   You personally.
20   A.   No.
21   MR. BHATNAGAR:
22      Object to form.
23 EXAMINATION BY MS. BOLLMAN:
24   Q.   Did you ever instruct any of the
25 Signal H2B candidates on how to complete their

24 (Pages 491 to 494)

Page 479

1    Q.   Someone from Dewan Consultants?
2    A.   -- someone from Dewan Consultants.
3    Q.   And what was your understanding of
4  why the candidates were approaching Dewan
5  Consultants about coming to Signal on the H2B
6  visa?  And when I say "the candidates," I mean
7  the people who had previously been recruited for
8  other companies, J & M, IAS or Zito.
9       MR. BHATNAGAR:
10           Object to form.
11   A.   Well, it's real simple.  They saw an
12 opportunity.
13 EXAMINATION BY MS. BOLLMAN:
14   Q.   I'm going to give you an exhibit
15 that's previously been marked as Exhibit 483.
16      MR. BHATNAGAR:
17           Can you give us the Bates
18      number, please?
19      MS. BOLLMAN:
20           I'm sorry.  It's
21      DEWAN000508, and I'm just going to
22      read each page because they're
23      not -- they don't run in
24      sequential order.  000509, 000511,
25      001077, 001078, 001079 and 001080,

Page 480

1  and this is an in globo exhibit
2  from Mr. Dewan's -- who was -- it
3  was initially introduced in Mr.
4  Dewan's deposition.
5       MS. HAROWSKI:
6           While Counsel is reviewing
7      the document, we need a one-second
8      break, but nobody else leave.
9           (Whereupon, a discussion was
10      held off the record.)
11 EXAMINATION BY MS. BOLLMAN:
12   Q.   In the e-mail on the first page,
13 October 10th, 2006, from Mr. Burnett to Mr.
14 Dewan, it seems that -- first of all, let me ask
15 you this:  It says in the opening line:
16           "We (Michael and Malvern)
17      have met and discussed the
18      impending H2B process for Signal
19      International."
20           Do you recall whether this was
21 referencing any specific meeting that you had
22 had -- you and Mr. Burnett had had?
23   A.   No.
24   Q.   In this e-mail, it seems that you're
25 quite -- you and Mr. Burnett are quite adamant

Page 481

1  that you're not going to use J & M, Indo-Ameri
2  Soft or Zito candidates for the Signal foreign
3  worker process.  In the e-mail on the third page,
4  which is Bates numbered 000511, it closes by
5  saying:
6           "We understand the pressure
7      you are feeling but think that if
8      we properly massage the
9      candidates, all of our interests
10      can be secured and maximized."
11           What did you mean by that sentence?
12 Why did the candidates need to be properly
13 massaged?
14      MR. ALEXIS:
15           Object to form.
16      MS. HAROWSKI:
17           Object to form.
18   A.   I didn't write this.
19 EXAMINATION BY MS. BOLLMAN:
20   Q.   Did you see it before it was sent?
21   A.   I don't think so.  I never -- I
22 never saw it.  I just read it just now.
23   Q.   You've never seen it before today?
24   A.   Not this particular -- I don't
25 recall seeing this before.

Page 482

1    Q.   Do you recall having discussions
2  with Mr. Burnett about pressure that Mr. Dewan
3  was feeling from the J & M, Indo-Ameri Soft and
4  Zito candidates?
5       MR. ALEXIS:
6           Object to form.
7    A.   Yes, I remember having some
8  conversation with him about this.
9  EXAMINATION BY MS. BOLLMAN:
10   Q.   And what was the substance of those
11 conversations?
12      MR. ALEXIS:
13           Object to form.
14   A.   I remember having conversations with
15 Mr. Dewan on the phone.  I remember conversations
16 with Mr. Burnett generally about, I guess, some
17 of the things that are in here.
18 EXAMINATION BY MS. BOLLMAN:
19   Q.   Well, describe to me the general
20 problem or situation that created these e-mails
21 and the pressure that Mr. Dewan was feeling.
22      MS. HAROWSKI:
23           Object to form.
24   A.   Well, looking at the date of this,
25 on October 10th, this is basically a month --

21 (Pages 479 to 482)

Page 483

1  this is a month before Signal personnel started
2  arriving, a month and -- well, maybe a month and
3  a half, and I suspect that there was pressure at
4  that time on Mr. Dewan because a lot of people
5  wanted to come to the U.S. and work. So, they
6  were calling him, they were -- you know, this
7  stuff wasn't a secret. Everybody knew about it.
8  Everybody knew about the fact that we were
9  getting H2B visas, and I think some of these
10  people were pressuring Mr. Dewan to, you know,
11  let them go to the -- to the United States.
12  EXAMINATION BY MS. BOLLMAN:
13      Q.   Would it be a correct statement to
14  say that these candidates, the J & M, Indo-Ameri
15  Soft and Zito candidates, were pressuring Mr.
16  Dewan to let them go to the United States on the
17  Signal H2B visa instead of candidates that you
18  had not previously recruited for any other
19  company?
20      MR. BHATNAGAR:
21          Object to form.
22      A.   Say that one more time.
23  EXAMINATION BY MS. BOLLMAN:
24      Q.   These candidates, the J & M,
25  Indo-Ameri Soft, Zito candidates, is it correct

Page 484

1  to say that the J & M, Indo-Ameri Soft, Zito
2  candidates were pressuring Mr. Dewan to let them
3  go to Signal on the H2B visa instead of Mr. Dewan
4  using candidates who had not previously been
5  recruited for any other company?
6      MR. BHATNAGAR:
7          Object to form.
8      A.   Yes. He had pressure on him from
9  these guys. They wanted to come to the United
10  States.
11  EXAMINATION BY MS. BOLLMAN:
12      Q.   Why were you and Mr. Burnett opposed
13  to this initially, bringing the J & M, Indo-Ameri
14  Soft and Zito candidates to Signal on H2B visas?
15      MS. HAROWSKI:
16          Object to form.
17      A.   Well, in one case, you know, take
18  the Indo-Ameri Soft candidates, it was a
19  reduction in monetary gain. It's what we're all
20  here to do, is make money.
21  EXAMINATION BY MS. BOLLMAN:
22      Q.   Well, really, weren't they all --
23  didn't they -- all of the candidates, the J & M,
24  Indo-Ameri Soft and Zito candidates all represent
25  a reduction in monetary gain?

Page 485

1      A.   I mean, I don't remember. I just
2  remember the Indo-Ameri Soft candidates. I don't
3  think there was that many from Zito. I just
4  don't remember the number. I don't know how many
5  were -- you know, how many were taken, how
6  many -- I just don't remember all the details.
7      Q.   Well, you said that the IAS -- one
8  reason why you and Mr. Burnett were opposed to
9  bringing the J & M, Indo-Ameri Soft and Zito
10  candidates to Signal on H2B visa was that IAS,
11  Indo-Ameri Soft, was a reduction in monetary
12  gain. Was there any other reasons that you
13  were -- you and Mr. Burnett were initially
14  opposed to bringing the J & M, Indo-Ameri Soft
15  and Zito candidates to Signal on H2B visas?
16      A.   I don't remember.
17      Q.   If you could look at Page 001079.
18      MR. BHATNAGAR:
19          Could you say that number
20  again? Thank you.
21      MS. BOLLMAN:
22          001079.
23  EXAMINATION BY MS. BOLLMAN:
24      Q.   And in Item Number 1, and this is an
25  e-mail from Mr. Dewan to Global Resources and

Page 486

1  Malvern Burnett -- and in Item Number 1, it says:
2          "You told me over phone that
3      Billy Wilks has agreed to let
4      these candidates come over at
5      $1,000 per candidate, which you,
6      me and Mal would split equally."
7          Did you have an agreement with Mr.
8  Wilks that he would be paid $1,000 for every J &
9  M candidate that was sent to Signal on an H2B
10  visa?
11      A.   No.
12      Q.   Did you ever tell Mr. Dewan that you
13  had reached that agreement with Mr. Wilks?
14      A.   I don't remember telling him that.
15      Q.   Did you ever have any kind of a
16  discussion like that with Mr. Wilks, about paying
17  him to use his candidates for Signal H2B visas?
18      A.   I just don't recall a conversation
19  like that.
20      Q.   Did you ever pay any money to Mr.
21  Wilks for the J & M candidates that went to work
22  for Signal on an H2B visa?
23      A.   Nope.
24      MS. BOLLMAN:
25          It's 12:10, and that's all I

22 (Pages 483 to 486)

Page 475

```
1          Object to form.
2     A.   I just don't remember.  I mean, I
3   remember reading this, but I don't -- I'm pretty
4   sure that Mal said something to me about this,
5   but I honestly, to this day, I don't know what
6   third preference means.
7   EXAMINATION BY MS. BOLLMAN:
8     Q.   And on Page 8, you understood that
9   the workers would be retested when they arrived
10  in the United States; is that correct?
11        MR. ALEXIS:
12            Object to form; asked and
13        answered.
14    A.   Yes.
15  EXAMINATION BY MS. BOLLMAN:
16    Q.   And this information was provided to
17  the workers, correct?
18    A.   Yes.
19        MR. BHATNAGAR:
20            I'm sorry.  We couldn't hear
21        the last question and answer.
22        Could you just read that back,
23        Carol?  Thank you.
24        THE COURT REPORTER:
25            Question:  And this
```

Page 476

```
1   information was provided to the
2   workers, correct?
3            Answer:  Yes.
4        MR. BHATNAGAR:
5            Thank you.
6   EXAMINATION BY MS. BOLLMAN:
7     Q.   Are you aware of any PowerPoint
8   presentation other than this one that was shown
9   at any of the seminars to potential Signal
10  candidates?
11    A.   I am not.
12    Q.   And was the PowerPoint
13  presentation -- this PowerPoint presentation
14  shown at every seminar you attended in India to
15  recruit Signal workers?
16    A.   Yes.
17    Q.   And on Page 3 and Page 5, this
18  PowerPoint presentation references Knights Marine
19  & Industrial Services as well as Signal
20  Corporation, correct?
21    A.   Yes.
22    Q.   When you first approached Signal and
23  met with Signal about bringing foreign workers to
24  Signal, did you plan to use J & M, Indo-Ameri
25  Soft or Zito workers --
```

Page 477

```
1        MS. HAROWSKI:
2            Object to form.
3   EXAMINATION BY MS. BOLLMAN:
4     Q.   -- as workers at Signal?
5     A.   I did not.
6     Q.   You did not?
7     A.   I did not.
8     Q.   Why did you decide to use J & M,
9   Indo-Ameri Soft and Zito candidates for the
10  Signal H2B visas?
11        MS. HAROWSKI:
12            Object to form; asked and
13        answered.
14    A.   I think -- didn't you ask me this
15  earlier?
16  EXAMINATION BY MS. BOLLMAN:
17    Q.   I asked you about J & M, I think.
18        Well, did you decide to use Indo-
19  Ameri Soft and Zito PERM candidates for the same
20  reason you decided to use J & M candidates?
21    A.   It was useful to have people that
22  were already, as I described earlier, in the
23  system and we knew of because of the time frame
24  being so short.  So, we used -- we used them for
25  exactly that purpose because, A, they wanted to
```

Page 478

```
1   come and, B, we already knew of them and had some
2   documentation on those people.  In other words,
3   they were not forced to go to Signal.  Many of
4   these people approached us.
5        MS. HAROWSKI:
6            Just so we have a clear
7        record before we move on, you
8        previously had asked why Mr. Pol
9        decided to allow IAS candidates to
10       go to Signal, not J & M.  The
11       current question should be why
12       also allow J & M.
13        MS. BOLLMAN:
14            Thank you.
15  EXAMINATION BY MS. BOLLMAN:
16    Q.   You said some of the candidates
17  approached you.
18    A.   When I say "me" -- forgive me.  I
19  didn't mean to interrupt you, but when I say
20  "me," I don't necessarily mean me personally.  I
21  mean this was relayed to me from the man on the
22  ground in India.
23    Q.   Who was Sachin Dewan?
24    A.   Well, it could have been Sachin or
25  Manish Dewan or --
```

20 (Pages 475 to 478)

Page 471

EXAMINATION BY MS. BOLLMAN:
1
2    Q.   And you don't know any of their
3    names?
4    A.   No, ma'am.
5    Q.   I'm going to show you a document
6    which has previously been introduced as Exhibit
7    684.
8    MS. BOLLMAN:
9         For people on the phone, it
10        doesn't have a Bates number.  It's
11        a copy of the PowerPoint
12        presentation that Christy
13        produced, and it was introduced at
14        Mr. Burnett's last deposition.
15   MR. BHATNAGAR:
16        Got it.  Thanks.
17   EXAMINATION BY MS. BOLLMAN:
18   Q.   Is this a copy of the PowerPoint
19   presentation that was given at the seminars to
20   potential H2B workers for Signal?
21   A.   Yes.
22   Q.   Was this PowerPoint also shown to
23   potential H2B workers for Knights Marine?
24   MS. HAROWSKI:
25        Object to form.

Page 472

1    A.   Yes.
2    EXAMINATION BY MS. BOLLMAN:
3    Q.   Do you know who put this PowerPoint
4    presentation together?
5    A.   Someone at Dewan Consultants.
6    Q.   And did you provide the pictures
7    from Signal to Dewan Consultants?
8    A.   I did.
9    Q.   How did you obtain the pictures from
10   Signal?
11   A.   With a camera.
12   Q.   When did you obtain the pictures
13   from Signal?
14   A.   I don't remember exactly when.  I
15   would guess sometime around the signing of this
16   contract.
17   Q.   Who from Signal knew that you were
18   taking these pictures?
19   A.   Bill Bingle knew.  Their
20   superintendent knew.  He's the one who took me
21   around the yard to take the pictures.
22   Q.   Do you know the superintendent's
23   name?
24   A.   I would know him if I saw him, but I
25   can't remember his name.

Page 473

1    Q.   On Page 4 of the PowerPoint, it
2    lists the minimum qualifications.  Did the
3    workers that Global provided to Signal meet these
4    minimum qualifications?
5    A.   Yes, ma'am.
6    Q.   They could all speak, read and write
7    English?
8    A.   My understanding, they all did.
9    Maybe not the kind of English that you and I
10   speak, but --
11   Q.   Whose responsibility was it to
12   confirm that the candidate had the minimum three
13   years experience in the respective field?
14   A.   Well, that was an effort that Mr.
15   Dewan put forth to get certificates from
16   different -- I guess maybe the letters from
17   companies where these people had worked, and
18   those were provided to Signal at the time that
19   these people were tested by Signal.
20   Q.   On the fifth page of the PowerPoint
21   presentation, in the final bullet point, there's
22   a discussion about immigration reform.
23   A.   Which page?
24   Q.   Five.  Sorry.  Do you know what that
25   was referring to, that bullet point is referring

Page 474

1    to?
2    A.   I think he was referring to a time
3    there was some legislation in Congress to change
4    maybe the guest worker or permanent resident
5    program.
6    Q.   Do you know who provided the
7    information for this bullet point?
8    MR. ALEXIS:
9         Object to form.
10   A.   I can tell you that it wasn't me.
11   EXAMINATION BY MS. BOLLMAN:
12   Q.   Okay.  On Page 7, do you know who
13   provided the information for the final bullet
14   point that says "Important Note" on that page?
15   MR. ALEXIS:
16        Object to form.
17   A.   No, ma'am, but it looks like a
18   lawyer wrote it.
19   EXAMINATION BY MS. BOLLMAN:
20   Q.   Did you ever have any discussions
21   with Mr. Burnett about the concept of the third
22   preference employment-based visa category going
23   current in the next -- the 12 months period that
24   this is referring to?
25   MR. ALEXIS:

19 (Pages 471 to 474)

Page 463

1    We're going to take a one-
2 second break to run to the
3 restroom.
4    MS. BOLLMAN:
5        Absolutely.
6    MR. ALEXIS:
7        By the way, I have to take
8 an important phone call at 2:00.
9 I just wanted to tell everybody
10 that.
11    MS. HAROWSKI:
12        We can go off the record.
13        (Whereupon, a discussion was
14 held off the record.)
15 EXAMINATION BY MS. BOLLMAN:
16    Q.   Did Mr. Burnett ever express to
17 Signal his concerns about the difficulties in
18 obtaining H2B visas from India --
19    MS. HAROWSKI:
20        Object to form.
21    A.   Yes.
22    MR. ALEXIS:
23        Object to form.
24 EXAMINATION BY MS. BOLLMAN:
25    Q.   -- for workers from India?

Page 464

1    A.   Yes, he did.  He did share his
2 concerns.
3    Q.   Given the fact that the agreement
4 between Global and Signal, which is marked as
5 Exhibit 423, is executed on April 18th of 2006
6 and that it discusses the H2B and/or permanent
7 resident process, would you say that a
8 substantive discussion of the H2B process was had
9 with Signal prior to the execution of that
10 agreement?
11    MR. BHATNAGAR:
12        Object to form.
13    A.   Yes, I would say that we did discuss
14 with Signal about the H2B process and I'm certain
15 that Mr. Burnett discussed with them how it
16 worked and what his concerns were about the H2B
17 process.  In fact, you know, if you really look
18 at this contract, his concerns show up in this
19 contract, if you look, and it says on Item Number
20 22 on Page 3:
21        "Signal understands and
22    agrees that it is possible that
23    temporary H2B visas may not be
24    issued in a timely manner due to
25    caps set by the U.S. government.

Page 465

1        In any case, the permanent
2    resident (I-140) process will
3    continue as agreed upon."
4 EXAMINATION BY MS. BOLLMAN:
5    Q.   Did you understand what the H2B visa
6 caps set by the U.S. government were?
7    A.   Well, I knew that they had some sort
8 of number that they use on a yearly basis and,
9 you know, I -- it was my understanding that, you
10 know, X amount of visas will be issued for all
11 companies that ask and, you know, once that --
12 I'm assuming that that is the cap that he's
13 talking about, that at the end of the day, when
14 these many visas are issued, then, it's over for
15 maybe that year or for a time period.
16    Q.   And, so, would you say that this was
17 another concern that Mr. Burnett had about
18 potentially bringing H2B workers to Signal from
19 India, because the concern that you initially
20 discussed was the fact that it's difficult to get
21 H2B visas from India in general?
22    MS. HAROWSKI:
23        Object to form.
24    A.   You know, it was my general
25 understanding and, you know, where I gained that

Page 466

1 knowledge from, whether it was from this
2 particular aspect of my career in doing this or
3 whether it was from prior to this, in the 1990s,
4 I don't know where I gained the knowledge.  I
5 just knew that it was difficult.
6 EXAMINATION BY MS. BOLLMAN:
7    Q.   Did Mr. Burnett ever discuss whether
8 there were any conflicts or issues with pursuing
9 H2B visas and permanent resident visas at the
10 same time with -- did he ever have that
11 discussion with Signal?
12    MR. ALEXIS:
13        Object to form; asked and
14 answered.
15    A.   I think I understood it more as a
16 procedural issue.  I understood that,
17 procedurally, you apply for H2B visas and then,
18 at a later date, you can apply for a permanent
19 residence, and that's my understanding.
20 EXAMINATION BY MS. BOLLMAN:
21    Q.   And do you ever recall Mr. Burnett
22 having a discussion about that procedural issue
23 with Signal?
24    A.   Yes, I remember that there were
25 discussions about that.  I just -- I just don't

17 (Pages 463 to 466)

Page 467

1  remember where we were or when it happened. I
2  know that there were discussions about
3  procedurally what you could do and couldn't do
4  with regard to the permanent residence and H2B.
5  Not that it couldn't be done. It's just that it
6  had to be done in a correct manner or fashion.
7  And I guess the proof's in the pudding. Some
8  people have permanent residence that came.
9      Q.   Was it your understanding that if
10 you were successful in obtaining the H2B visas
11 for the workers and they came to Signal on an H2B
12 visa that they would be able to remain in the
13 United States until they got their green card or
14 permanent resident visa?
15     A.   No, that was not my understanding.
16     MR. BHATNAGAR:
17         Object to form.
18 EXAMINATION BY MS. BOLLMAN:
19     Q.   What was your understanding?
20     A.   My understanding was -- is that they
21 may have to go back to India or to their home
22 country, you know, wherever it is, while waiting
23 for permanent residence. Now, that's not to say
24 that it couldn't work out that they could get
25 permanent residence maybe at the end of their H2B

Page 468

1  visa. That was my understanding, that there was
2  a possibility that workers -- H2B visa holders
3  may and perhaps have to go home.
4      Q.   If they had to go home prior to
5  obtaining their permanent resident visa, did you
6  have an understanding as to how long that would
7  be?
8      MR. ALEXIS:
9          Object to form.
10     A.   Not -- not really. I mean, I don't
11 know -- as far as how long they would have to
12 stay at home?
13 EXAMINATION BY MS. BOLLMAN:
14     Q.   Correct.
15     A.   I'm not -- I'm not sure about that.
16 I just know that there was always a possibility
17 that, you know, when your H2B visa is -- is, I
18 guess, expired, that, you know, you have a
19 certain amount of time, unless you have a change
20 of status -- maybe -- did I say that right? Is
21 that the term that they use? That you would, in
22 fact, have to leave the country to remain in a --
23 I'll just call it a legal status so that you
24 wouldn't -- gosh, you're trying to get me to do
25 immigration work here, and I don't know exactly

Page 469

1  what I'm talking about, but I think my
2  understanding is, yes, to answer your question,
3  people may have to go home. For how long? I
4  don't think any of us could come up with a exact
5  number on that amount of days or months or years
6  or whatever it was.
7      Q.   Was that concept, that the workers
8  may have to return to their home country at the
9  conclusion of their H2B visa before they obtain
10 permanent resident status, communicated to
11 Signal?
12     A.   Oh, yes.
13     MR. BHATNAGAR:
14         Object to form.
15 EXAMINATION BY MS. BOLLMAN:
16     Q.   To who?
17     A.   Just in general discussions, I
18 remember that, you know, that Mr. Burnett said,
19 you know, these guys come over for an H2B, but
20 the permanent residence may not kick in until
21 later, and they may end up, in fact, having to go
22 home, and I know that a lot of workers were told
23 the same thing. They understood that.
24     Q.   Were you ever present when a worker
25 was told that?

Page 470

1      A.   I was present. I just don't recall
2  where or at what point. I just know that workers
3  were cautioned that at least in the conversations
4  that I heard, that there was a possibility that
5  they may have to come home prior to getting their
6  permanent residency. The whole idea was, you
7  see, in retrospect, when you look at it, the
8  whole idea was to -- two things. It was a
9  win-win for them and for Signal because Signal
10 could get workers sooner, which they desperately
11 needed, and these guys could be making money at
12 the same time. So, then, they could go home and,
13 you know, they would have made some money and
14 then they would come back when permanent
15 residence process was complete.
16     Q.   What workers do you believe have
17 obtained their permanent resident visas?
18     MS. HAROWSKI:
19         Object to form.
20     A.   You know, I ran into some guys at a
21 Wal-Mart that recognized me that worked for
22 Signal, and they had told me that they had their
23 permanent residence. In fact, one of them pulled
24 out a card, and I didn't know them. They knew
25 me. So, that's how I knew.

18 (Pages 467 to 470)