## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.**<br>**Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |
| **EQUAL EMPLOYMENT OPPORTUNITY**<br>**COMMISSION,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS**<br> **(c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)** | **No. 13-6218** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

**Applies To:**
**David v. Signal**
**(No. 08-1220)**

_____

## MOTION FOR ENTRY OF FINAL JUDGMENT
_____

        Pursuant to Fed. R. Civ. P. 54(b) and 58(b)(2)(A), Plaintiffs respectfully move that the

Court direct entry of final judgment as to the five Plaintiffs whose claims were heard during the

January 2015 trial held before this Court (the "Trial Plaintiffs"), on their claims tried to judgment. As set out in the supporting Memorandum, immediate entry of judgment under Rule 54(b) is appropriate because there is no just reason for delay. The Trial Plaintiffs have been waiting seven years to have their claims heard, each of the Defendants, Signal International, LLC, Burnett Law Office and Dewan Consultants, presents a serious collection risk, and the claims at issue here are separable from those remaining for David Plaintiffs who have yet to proceed to trial.

Plaintiffs respectfully request that their Motion be granted.

Respectfully submitted, this 24th day of February, 2015.

<table>
<tr><td>

s/ Alan B. Howard
Alan B. Howard (pro hac vice)
New York Bar No. 2136661
ahoward@crowell.com
Hugh Sandler (pro hac vice)
New York Bar No. 4712584
hsandler@crowell.com
Melia Amal Bouhabib (pro hac vice)
New York Bar No. 4878468
abouhabib@crowell.com
Chiemi Suzuki (pro hac vice)
New York Bar No. 4330569
csuzuki@crowell.com
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 803-4021

Naomi Tsu (pro hac vice)
Georgia Bar No. 507612
Naomi.tsu@splcenter.org
Daniel Werner (pro hac vice)
Georgia Bar No. 3969839
Daniel.werner@splcenter.org
Kristi Graunke (pro hac vice)
Georgia Bar No. 305653
Southern Poverty Law Center

</td><td>

s/ Tracie L. Washington
Tracie L. Washington, Esq.
Louisiana Bar No. 25925
Louisiana Justice Institute
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Telephone: 504.872.9134
Facsimile: 504.872.9878
tracie@LouisianaJusticeInstitute.org
tlwesq@cox.net

Joseph Bjarnson (pro hac vice)
New York Bar No. 4774055
jbjarnson@swcblaw.com
Sahn Ward Coschignano and Baker, PLLC
333 Earle Ovington Boulevard, Suite 601
Uniondale, New York 11553
Telephone: (516) 228-1300
Facsimile: (516) 228-0038

Ivy Suriyopas (pro hac vice)
New York Bar No. 4406385
isuriyopas@aaldef.org
Dahsong Kim (pro hac vice)
New York Bar No. 5289301
skim@aaldef.org
Asian Am. Leg. Def. &

</td></tr>
</table>

1989 College Ave.
Atlanta, Georgia 30317
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

Meredith Stewart
Louisiana Bar No. 34109
Meredith.stewart@splcenter.org
Southern Poverty Law Center
1055 St. Charles Avenue, Suite 505
New Orleans, Louisiana 70130
Telephone: (504) 486-8982
Facsimile: (504) 486-8947

Anjali J. Nair (*pro hac vice*)
Alabama Bar No. 1160K42Y
anjali.nair@splcenter.org
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
334-956-8255
Facsimile: 334-956-8481

Educ. Fund
99 Hudson Street, 12th Floor
New York, New York 10013
Telephone: (212) 966-5932