**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KURIAN DAVID, et al.**<br>**Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>       **Defendants** | **SECTION "E"** |
| **EQUAL EMPLOYMENT OPPORTUNITY**<br>**COMMISSION,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>       **Defendants** | **SECTION "E"** |
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>       **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS**<br> **(c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)** | **No. 13-6218** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>       **Defendants** | **SECTION "E"** |

**Applies To:**
**David v. Signal**
**(No. 08-1220)**

---

**NOTICE OF SUBMISSION**

---

Please take notice that Plaintiffs in the matter of David v. Signal Int'l, LLC will submit a

Motion for Entry of Final Judgment on March 11, 2015 at 10:00 a.m. or at an earlier time and

date determined by the Court.

Respectfully submitted on February 24, 2015.

s/ *Alan B. Howard*
Alan B. Howard (*pro hac vice*)
New York Bar No. 2136661
ahoward@crowell.com
Hugh Sandler (*pro hac vice*)
New York Bar No. 4712584
hsandler@crowell.com
Melia Amal Bouhabib (*pro hac vice*)
New York Bar No. 4878468
abouhabib@crowell.com
Chiemi Suzuki (*pro hac vice*)
New York Bar No. 4330569
csuzuki@crowell.com
Crowell & Moring LLP
590 Madison Avenue
New York, NY  10022
Telephone:  (212) 803-4021

Naomi Tsu (*pro hac vice*)
Georgia Bar No. 507612
Naomi.tsu@splcenter.org
Daniel Werner (*pro hac vice*)
Georgia Bar No. 3969839
Daniel.werner@splcenter.org
Kristi Graunke (*pro hac vice*)
Georgia Bar No. 305653
Southern Poverty Law Center
1989 College Ave.
Atlanta, Georgia 30317
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

Meredith Stewart
Louisiana Bar No. 34109
Meredith.stewart@splcenter.org
Southern Poverty Law Center
1055 St. Charles Avenue, Suite 505
New Orleans, Louisiana 70130
Telephone: (504) 486-8982
Facsimile: (504) 486-8947

Anjali J. Nair (*pro hac vice*)
Alabama Bar No. 1160K42Y
anjali.nair@splcenter.org

s/ *Tracie L. Washington*
Tracie L. Washington, Esq.
Louisiana Bar No. 25925
Louisiana Justice Institute
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Telephone:  504.872.9134
Facsimile:  504.872.9878
tracie@LouisianaJusticeInstitute.org
tlwesq@cox.net

Joseph Bjarnson (*pro hac vice*)
New York Bar No. 4774055
jbjarnson@swcblaw.com
Sahn Ward Coschignano and Baker, PLLC
333 Earle Ovington Boulevard, Suite 601
Uniondale, New York 11553
Telephone:  (516) 228-1300
Facsimile:  (516) 228-0038

Ivy Suriyopas (*pro hac vice*)
New York Bar No. 4406385
isuriyopas@aaldef.org
Dahsong Kim (*pro hac vice*)
New York Bar No. 5289301
skim@aaldef.org
Asian Am. Leg. Def. &
Educ. Fund
99 Hudson Street, 12th Floor
New York, New York 10013
Telephone: (212) 966-5932

Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
334-956-8255
Facsimile: 334-956-8481