MINUTE ENTRY
MORGAN, J.
March 2, 2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**  Defendants | **SECTION "E"** |

**Related Case:**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**  Defendants | **SECTION "E"** |

**Related Case:**

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**  (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| **SIGNAL INTERNATIONAL, LLC, et al.,**  Defendants | **SECTION "E"** |

1

**Related Case:**

| | |
|---|---|
| **REJI SAMUEL, et al.,**<br>      Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 14-2811** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>      Defendants | **SECTION "E"** |

**Related Case:**

| | |
|---|---|
| **BIJU MAKRUKKATTU JOSEPH, et al.,**<br>      Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 14-2826** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>      Defendants | **SECTION "E"** |

***Applies to: ALL CASES***

A status conference was held on the record on March 2, 2015 at 2:00 p.m. in the chambers of Judge Susie Morgan.

>Participating:    Alan Howard (via telephone), Daniel Werner, Meredith Stewart, Gerald Miller, Robert Canino, Greg Grimsal, Daniel Adams, Eben Colby, Jose Arvelo and Tracie Washington on behalf of the Plaintiffs;
>
>Erin Hangartner (via telephone), Patricia Bollman and Brian Roux on behalf of Defendant, Signal International, LLC and Cross Claimants, Signal International, LLC, Signal International, Inc., Signal International Texas, G.P. and Signal International Texas, L.P. ("Signal");
>
>Stephen Shapiro on behalf of Defendants and Cross Defendants, Sachin Dewan and Dewan Consultants Pvt. Ltd. (the "Dewan Defendants"); and
>
>Timothy Cerniglia on behalf of the Defendants and Cross Defendants, Malvern C. Burnett, the Law

Offices of Malvern C. Burnett, A.P.C. and Gulf Coast Immigration Law Center, L.L.C. ( the "Burnett Defendants").

The parties discussed various issues regarding the judgment to be entered (if any) in the *David* Case. All motions requesting entry of final judgment shall be filed by March 16, 2015. If the Court enters final judgment, all motions for summary judgment regarding claim preclusion and/or issue preclusion shall be filed by May 4, 2015.

The parties agreed any motions for default judgment with respect to J&M and Global will be filed after the related cases have proceeded to final judgment.

The parties discussed the motions pending in the *EEOC* Case. For the reasons stated orally and on the record, EEOC's Motion to Provide Notice[1] and Signal's Countermotion for Sanctions[2] are DENIED.

By March 16, 2015, counsel for EEOC and Signal will meet and confer to discuss how to streamline trial in light of the evidence presented at the first *David* trial. The parties shall also discuss the witnesses each side intends to introduce at trial.

By March 23, 2015, Plaintiffs in each of the consolidated *Achari* Cases shall provide the Court a summary of their claims in chart format similar to the chart attached to the Sixth Amended Complaint in the *David* Case.[3]

The parties discussed the pre-trial deadlines in the related cases. Proposed joint jury instructions, jury interrogatories, and statements of the case are now due on the same day as the proposed pretrial order. The parties shall conform their submissions to the format used by the Court in the first *David* trial.

---

[1] R. Doc. 498.
[2] R. Doc. 503.
[3] *See* R. Doc. 1706-2.

For the reasons stated orally and on the record, Signal's Motions to Continue in the consolidated *Achari* cases are GRANTED IN PART.[4] The Court will grant Signal additional time to depose Plaintiffs. Each Plaintiff's deposition shall be completed within 48 hours of commencement. Plaintiffs requested leave to take additional depositions. By March 3, 2015 at 5:00 p.m., Plaintiffs shall email the law clerk with a list of parties they wish to depose. The Court will issue revised scheduling orders in the *EEOC* Case and the consolidated *Achari* Cases.

The status conference currently set for April 1, 2015 at 2:00 p.m. is CONVERTED to a telephone status conference.

The parties discussed various issues related to the proposed pretrial order. Witnesses and exhibits (including demonstrative exhibits) must be identified with specificity. All exhibits must have Bates numbers.

The Court clarified that the protective orders entered in the related cases do not apply to any evidence admitted (and not filed under seal) in the first *David* trial.

**New Orleans, Louisiana, this 4th day of March, 2015.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:35)

---

[4] R. Docs. 422, 423, 424, 425.