```
 1              IN THE UNITED STATES DISTRICT COURT FOR

 2                THE EASTERN DISTRICT OF LOUISIANA

 3                        AT NEW ORLEANS

 4
    KURIAN DAVID, et al.,                )
 5                                        )
              Plaintiffs,                 )
 6                                        )
                         v.               ) Case No. 08-1220;
 7                                        ) 12-557; 13-6218 "E"
    SIGNAL INTERNATIONAL, LLC, et al.,    ) January 30, 2015
 8                                        ) Jury Trial
              Defendant.                  ) Day Thirteen, AM Session
 9                                        )
    RELATED CASE:                         ) Daily Copy Transcript
10                                        )
    EQUAL EMPLOYMENT OPPORTUNITY          )
11  COMMISSION,                           )
                                          )
12                       Plaintiff,       )
                                          )
13            v.                          )
                                          )
14  SIGNAL INTERNATIONAL, LLC, et al.,    )
                                          )
15                       Defendants.      )
    RELATED CASE:                         )
16                                        )
    LAKSHMANAN PONNAYAN ACHARI, et al.,   )
17                                        )
                         Plaintiff,       )
18                                        )
              v.                          )
19                                        )
    SIGNAL INTERNATIONAL, LLC, et al.,    )
20                                        )
                         Defendant.       )
21                                        )
                                          )
22  APPLIES TO:  DAVID (08-1220)          )

23
                  TRANSCRIPT OF PROCEEDINGS
24
            BEFORE THE HONORABLE SUSIE MORGAN
25
              UNITED STATES DISTRICT JUDGE
```

```
 1              OFFICIAL COURT REPORTER:SUSAN A. ZIELIE, RMR, FCRR
                                       HB-275
 2                                     500 Poydras Street
                                       New Orleans, Louisiana 70130
 3                                     susan_zielie@laed.uscourts.gov
                                       laedcourtreporter@gmail.com
 4                                     504.589.7781

 5              Proceedings Recorded by Computer-aided Stenography

 6
      APPEARANCES:
 7
      For Plaintiffs Salekha,         ALAN HOWARD, ESQ.
 8    Thangamani, Khuttan, Andrews    HUGH SANDLER, ESQ.
      and Kaddakkarappally:           MELIA AMAL BOUHABIB, ESQ.
 9                                    CHIENI SUZUKI, ESQ.
                                      Crowell & Moring, LLP
10                                    590 Madison Avenue
                                      New York NY 10022
11                                    212.803.4021

12    For Plaintiffs SPLC:            DANIEL WERNER, ESQ.
                                      NAOMI TSU, ESQ.
13                                    KRISTI L. GRAUNKE, ESQ.
                                      MORRIS S. DEES, ESQ.
14                                    Southern Poverty Law Center
                                      Immigrant Justice Project
15                                    233 Peachtree Street NE
                                      Atlanta GA 30303
16                                    404.521.6700

17                                    MEREDITH B. STEWART, ESQ.
                                      Southern Poverty Law Center
18                                    1055 St. Charles Avenue
                                      Suite 505
19                                    New Orleans LA 70130

20                                    ANJALI J. NAIR, ESQ.
                                      Southern Poverty Law Center
21                                    400 Washington Avenue
                                      Montgomery AL 36104
22
                                      CHANDRA S. BHATNAGAR, ESQ.
23                                    Human Rights Program -
                                         American Civil Liberties Union
24                                    125 Broad Street
                                      18th Floor
25                                    New York NY 10004
      APPEARANCE - 2
```

03:53PM

2530

```
 1                              IVY O. SURIYOPAS, ESQ.
 2                              DAHSONG KIM, ESQ.
                               Asian American Legal Defense
 3                               and Education Fund
                               99 Hudson Street
 4                              12th Floor
                               New York NY 10013
 5
                               JOSEPH BJARNSON, ESQ.
 6                              Sahn Ward Coschignano & Baker
                               333 Earle Ovington Boulevard
 7                              Suite 601
                               Uniondale NY 11553
 8
                               TRACIE L. WASHINGTON
 9                              Louisiana Justice Institute
                               1631 Elysian Fields Avenue
10                              New Orleans LA 70117

11

12

13
     For Defendant Signal:       ERIN CASEY HANGARTNER, ESQ.
14                              HAL D. UNGAR, ESQ.
                               ELHAM RABBANI, ESQ,
15                              BRIAN ROUX, ESQ.
                               LANCE RYDBERG, ESQ.
16                              ALAN WEINBERGER, ESQ.
                               MITCHELL P. HASENKAMPF, ESQ.
17                              LAUREN MASUR DAVIS, ESQ.
                               Hangartner Rydberg Terrell, LLC
18                              One Shell Square
                               701 Poydras Street
19                              Suite 310
                               New Orleans LA 70139
20
                               PATRICIA BOLLMAN, ESQ.
21                              JAMES CORNBLATT, ESQ.
                               Patricia Bollman, APLC
22                              3636 South I-10 Service Road W.
                               Suite 200
23                              Metairie LA 70001

24

25
```

```
 1    APPEARANCE - 3

 2    For Defendant/Cross            STEPHEN SHAPIRO, ESQ.
      Defendant Dewan:               Stephen Shapiro, ESQ.
 3                                   700 Camp Street
                                     New Orleans LA 70130
 4

 5    For Defendant Burnett:         TIM CERNIGLIA, ESQ.
                                     DANIEL BURAS, JR., ESQ.
 6                                   Law Office of Tim Cerniglia
                                     1521 St. Charles Avenue
 7                                   New Orleans LA 70130

 8
      Unrepresented Defendants:      GLOBAL RESOURCES, INC.
 9                                   MICHAEL POL
                                     J&M ASSOCIATES, INC.,
10                                     of MISSISSIPPI
                                     J&M MARINE & INDUSTRIAL, LLC
11                                   BILLY R. WILKS
                                     INDO-AMERI SOFT, LLC
12                                   KURELLA RAO

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          PROCEEDINGS INDEX

2

   *Testimony of*:

3

       FATHER MICHAEL KELLEHER          2560
4          (Deposition Read Into Record)

5      THOMAS CAFFREY                    2579
           (Deposition Read Into Record)
6
       RAMESH GUNISETTI                  2589
7          Direct by Ms. Bollman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              NEW ORLEANS; LOUISIANA; FRIDAY, JANUARY 30, 2015

 2                         8:20 A.M.

 3         THE COURT:  Good morning.  Mr. Rabbani, I think you had    08:23AM

 4   some exhibits that you wanted me to look at.                     08:23AM

 5         MR. RABBANI:  Yes, Your Honor.  Demonstrative aids.        08:23AM

 6         THE COURT:  So these are photographs that were not on      08:23AM

 7   the exhibit list.                                                08:23AM

 8         MR. RABBANI:  Your Honor, it's actually physical           08:23AM

 9   evidence that we have at our office.  The safety sign is a       08:23AM

10   little bit bigger than that white board, and it's made of        08:23AM

11   aluminum, so I didn't want to bring it down here if Your Honor   08:24AM

12   wasn't going to let us use it.                                   08:24AM

13         THE COURT:  So these are photographs of the physical       08:24AM

14   evidence.                                                        08:24AM

15         MR. RABBANI:  Yes.                                         08:24AM

16         THE COURT:  And were photographs of either the evidence    08:24AM

17   or photographs produced during discovery?                       08:24AM

18         MR. RABBANI:  Your Honor, I can't give you an answer       08:24AM

19   for certain.  I'm not sure if they were or they were not.       08:24AM

20              They were?                                            08:24AM

21         THE COURT:  And they're not -- the photographs are not     08:24AM

22   on the exhibit list?                                            08:24AM

23         MR. RABBANI:  The photographs are not on the exhibit       08:24AM

24   list.                                                            08:24AM

25              Our thought was that we would use them as             08:24AM
```

1    demonstrative aids in order to help the witness relay                08:24AM

2    information to the jury so that that information was more            08:24AM

3    understandable for the jury.                                        08:24AM

4              A respirator is something that actually I didn't          08:24AM

5    even know what it was until it became an issue.  And we have a      08:24AM

6    fear that perhaps the jury won't understand what a respirator       08:24AM

7    is, without actually seeing it and having someone discuss what      08:25AM

8    it is.                                                              08:25AM

9              The safety sign as well is written in another             08:25AM

10   language, it's in Hindi.  A lot of the jurors, I assume, are        08:25AM

11   unfamiliar with the language.  And it would be helpful for the      08:25AM

12   jury to understand the sign if they were able to see the symbols    08:25AM

13   as they relate to the English word on those signs.                  08:25AM

14             And the safety license, Your Honor, is something          08:25AM

15   that, again, unless you're in the industry -- and Signal is one     08:25AM

16   of the only shipyards in the country, as far as I'm aware, that     08:25AM

17   has something like this, an actual license the size of a            08:25AM

18   driver's license that would allow a worker to stop work if they     08:25AM

19   see a dangerous situation.  That's also something that the jury     08:25AM

20   may not be familiar with.  The thought is that perhaps we could     08:25AM

21   show them it on the Elmo, and they could see the language and       08:25AM

22   understand the process.                                             08:25AM

23             THE COURT:  And who are you going to use these with?      08:25AM

24             MR. RABBANI:  Mr. Terry Eley.  He's the safety manager    08:26AM

25   at the Signal's Mississippi yard.  He is the person on the          08:26AM

1   ground, actually on the yard, that's over all of safety at                08:26AM

2   Signal.                                                                     08:26AM

3           THE COURT:  Okay, Mr. Werner.                                       08:26AM

4           MR. WERNER:  Your Honor, these are physical exhibits.              08:26AM

5   These are not demonstratives.                                              08:26AM

6               And this has happened before, where Signal is                  08:26AM

7   trying to make an end-run around not including exhibits on their           08:26AM

8   exhibit list.                                                              08:26AM

9               The sign is substantive.  It's not a demonstration            08:26AM

10  of what the Hindi language looks like.  It's a substantive                 08:26AM

11  safety sign that just simply was not on the exhibit list.  And             08:26AM

12  it shouldn't -- they shouldn't be able to present it to the jury           08:26AM

13  or show it to the jury without including it as an exhibit.                 08:26AM

14          THE COURT:  Well, were either these photographs or the            08:26AM

15  objects themselves produced during discovery?                             08:26AM

16          MR. WERNER:  Not that I'm aware of, no, Your Honor.               08:27AM

17              And I would note as well, the safety license is               08:27AM

18  exactly what -- I believe it was Mr. Shouse tried to take out of          08:27AM

19  his wallet, you know, and show the jury.  And, obviously, he               08:27AM

20  wasn't allowed to do so for the very same reasons, because it             08:27AM

21  wasn't on the exhibit list.                                               08:27AM

22          MR. RABBANI:  Your Honor, if I may, but the safety              08:27AM

23  license was absolutely used in depositions.  Almost -- and I can         08:27AM

24  say this with a high degree of certainty -- almost every single          08:27AM

25  plaintiff saw the safety license and identified the safety               08:27AM

1    license in their depositions, and they were entered as exhibits   08:27AM

2    in those depositions.   08:27AM

3              We have a safety sign on the bench book.  I   08:27AM

4    believe it's 1872.  It's a longer sign.  It's a Hindi sign and   08:27AM

5    an American signed, I think the word Always.  And then another   08:27AM

6    maybe a Spanish sign.  That is on the bench book.   08:27AM

7    This is a blowup, an actual physical sign that we took down off   08:27AM

8    the wall.   08:27AM

9              THE COURT:  So you have available to you photographs of   08:28AM

10   other safety signs?   08:28AM

11             MR. RABBANI:  We do.  But this particular safety sign   08:28AM

12   that is in the bench book is exclusively in Hindi.  And the   08:28AM

13   letters are, for instance, that big.  And there is no   08:28AM

14   translation next to the symbols, the Hindi symbols.   08:28AM

15             But, on this photograph and in the actual physical   08:28AM

16   sign, it's the English language and then the Hindi.  So you know   08:28AM

17   that the -- what is in Hindi is actually represented above in   08:28AM

18   English.  It's the same idea.   08:28AM

19             THE COURT:  Okay.  Well, I'm not going to -- the   08:28AM

20   concept is, you list the things that you're going to use during   08:28AM

21   trial in your exhibit list, and these were not listed on the   08:28AM

22   exhibit list.  So I'm going to exclude them.   08:28AM

23             MR. WERNER:  Thank you, Your Honor.   08:28AM

24             MR. RABBANI:  Thank you, Your Honor.   08:28AM

25             THE COURT:  The objection is sustained.   08:28AM

| | | |
|---|---|---|
| 1 | Anyone else? | 08:28AM |
| 2 | MR. RYDBERG:  Good morning, Your Honor.  I just came | 08:29AM |
| 3 | over in case anyone wanted the update on Ms. Hangartner. | 08:29AM |
| 4 | THE COURT:  We would like to hear. | 08:29AM |
| 5 | MR. RYDBERG:  First of all, she thanks you and all | 08:29AM |
| 6 | counsel for their good wishes. | 08:29AM |
| 7 | She was released from the hospital last night. | 08:29AM |
| 8 | She has not been released from her doctor's care.  She is not | 08:29AM |
| 9 | able to return to work yet. | 08:29AM |
| 10 | They believe she had not really a full-blown | 08:29AM |
| 11 | stroke, as I understand it -- and I'm out of my depth here -- | 08:29AM |
| 12 | but what's called a transient ischemic attack. | 08:29AM |
| 13 | So it was probably dehydration, coupled with the | 08:29AM |
| 14 | effect of some medication she was taking that lowered her heart | 08:29AM |
| 15 | rate, so she wasn't getting enough blood to her brain. | 08:29AM |
| 16 | Hopefully, she'll be back soon, but it won't be today.  I don't | 08:29AM |
| 17 | know about by Monday.  But anyway ... | 08:29AM |
| 18 | THE COURT:  Well, that's all good news. | 08:29AM |
| 19 | MR. RYDBERG:  It is. | 08:29AM |
| 20 | THE COURT:  I'm so pleased, and just tell her we're | 08:29AM |
| 21 | still thinking about her and hope she's better soon. | 08:29AM |
| 22 | MR. RYDBERG:  Thank you.  I will. | 08:29AM |
| 23 | THE COURT:  All right.  So let's bring in the jury. | 08:30AM |
| 24 | CASE MANAGER:  We have some exhibits. | 08:30AM |
| 25 | THE COURT:  We need to catch up on our exhibits from | 08:30AM |

```
 1    yesterday and the day before.                              08:30AM

 2              We have John Sanders' exhibits.                   08:30AM

 3              Does anyone have those for Signal?                08:30AM

 4         MS. BOLLMAN:  I have a list here, Your Honor.  I'm     08:31AM

 5    sorry.                                                      08:31AM

 6              1775, 1016, 1130, 364, 187, 730 --               08:31AM

 7         THE COURT:  Slow down a little.                        08:31AM

 8         MS. BOLLMAN:  I'm sorry.                               08:31AM

 9              730, okay?  1954, 1985.  Signal would like to     08:31AM

10    offer and introduce into evidence those exhibits from Mr.  08:31AM

11    Sanders.                                                    08:31AM

12         THE COURT:  Any objection?                             08:31AM

13              Those are admitted.                               08:31AM

14         CASE MANAGER:  I have two more, Judge.                 08:31AM

15         THE COURT:  Let's check on these two.                  08:31AM

16         CASE MANAGER:  1096.                                   08:31AM

17         MS. BOLLMAN:  I don't have it on the list.            08:31AM

18         THE COURT:  During Signal's?  Or maybe it was somebody 08:31AM

19    else?                                                       08:31AM

20         MS. BOLLMAN:  Oh, yes, I'm sorry.  That was from       08:31AM

21    yesterday.  I apologize.                                    08:31AM

22              1096 and 1367.                                    08:31AM

23         CASE MANAGER:  And 1775.                               08:31AM

24         MS. BOLLMAN:  I said that second one, 1775.           08:32AM

25         CASE MANAGER:  Okay.                                   08:32AM
```

| | |
|---|---|
| 1 | THE COURT:  All right.  Those are admitted. | 08:32AM |
| 2 | (Exhibits admitted.) | 08:32AM |
| 3 | THE COURT:  Do have plaintiffs have any additional for | 08:32AM |
| 4 | John Sanders? | 08:32AM |
| 5 | MR. HOWARD:  No.  I think they have covered all of | 08:32AM |
| 6 | them. | 08:32AM |
| 7 | MR. CERNIGLIA:  Nothing further, Your Honor. | 08:32AM |
| 8 | THE COURT:  All right.  So that takes care of John | 08:32AM |
| 9 | Sanders. | 08:32AM |
| 10 | Hemant Khuttan exhibits? | 08:32AM |
| 11 | MR. HOWARD:  Your Honor, the person who has our list of | 08:32AM |
| 12 | exhibits to Mr. Khuttan and the other witnesses is not in court | 08:32AM |
| 13 | right now.  Can we get those to you on the next break? | 08:32AM |
| 14 | THE COURT:  Okay.  We'll do those. | 08:32AM |
| 15 | And then Mr. Shouse's exhibits? | 08:32AM |
| 16 | MR. HOWARD:  The same for us. | 08:32AM |
| 17 | THE COURT:  So we'll do Khuttan, Shouse and Cochran at | 08:32AM |
| 18 | the break.  And then by that time we'll be ready to do Mr. | 08:32AM |
| 19 | Killen also. | 08:32AM |
| 20 | MR. HOWARD:  Perfect. | 08:32AM |
| 21 | MR. RYDBERG:  I think I can save just a little time | 08:32AM |
| 22 | with Cochran.  The only exhibits were 710 and 696.  And those | 08:32AM |
| 23 | were already in, I believe. | 08:32AM |
| 24 | THE COURT:  Of course, the plaintiffs, you need to | 08:32AM |
| 25 | check to see if you have any? | 08:32AM |

```
 1              MR. HOWARD:  Exactly.                          08:32AM

 2              CASE MANAGER:  I have that they used one.      08:33AM

 3              THE COURT:  Okay.  So we'll do all of those at the  08:33AM

 4   first break.                                             08:33AM

 5              And then I understand there are some exhibits -- I  08:33AM

 6   think Mr. Roux sent us some exhibits that we need to discuss.  08:33AM

 7   And so he asked if we could have oral argument over the lunch  08:33AM

 8   break.  And so what we'll do is, fifteen minutes before the jury  08:33AM

 9   is supposed to come back, we'll discuss those exhibits  08:33AM

10              MR. RABBANI:  Yes, Your Honor.  I'll let Mr. Roux know.  08:33AM

11              THE COURT:  Thank you.                         08:33AM

12              So now we're ready.                           08:33AM

13              (Jury enters.)                                08:35AM

14              THE COURT:  Be seated.  Good morning, ladies and  08:35AM

15   gentlemen of the jury.                                   08:35AM

16              We were -- where we left on Wednesday, Mr. Pat  08:35AM

17   Killen was on the stand, and he's returning this morning.  08:35AM

18   Mr. Killen, you're still under oath.                     08:35AM

19                        CROSS EXAMINATION                   08:35AM

20   BY MR. WERNER:                                           08:35AM

21   Q   Good morning, Mr. Killen.                            08:36AM

22   A   Good morning, sir.                                   08:36AM

23   Q   My name is Dan Werner.  I'm one of the attorneys for the  08:36AM

24   plaintiffs in this case.                                 08:36AM

25              And, if you remember, we attended a deposition  08:36AM
```

| | | |
|---|---|---|
| 1 | together back in June of last year. | 08:36AM |
| 2 | A   Yes, sir. | 08:36AM |
| 3 | Q   And, during that deposition, you swore to tell the truth; is | 08:36AM |
| 4 | that correct? | 08:36AM |
| 5 | A   Yes, sir. | 08:36AM |
| 6 | Q   And you had an opportunity to review and make any | 08:36AM |
| 7 | corrections to the transcript? | 08:36AM |
| 8 | A   Yes, sir. | 08:36AM |
| 9 | Q   Now, I'd like to start out this morning talking a little bit | 08:36AM |
| 10 | about how injuries are handled at Signal. | 08:36AM |
| 11 | First, can you remind the jury, you are the | 08:36AM |
| 12 | director of Environmental Health and Safety at Signal? | 08:36AM |
| 13 | A   Yes, sir. | 08:36AM |
| 14 | Q   And, on Wednesday, you testified about Signal's safety | 08:36AM |
| 15 | record; correct? | 08:37AM |
| 16 | A   Correct. | 08:37AM |
| 17 | Q   And you said it was one of the best in the industry? | 08:37AM |
| 18 | A   Yes, sir.  In the marine industry, yes, sir. | 08:37AM |
| 19 | Q   And this was based on OSHA reportables, which means | 08:37AM |
| 20 | incidents in which there was some kind of treatment, as opposed | 08:37AM |
| 21 | to just diagnostics, like an x-ray? | 08:37AM |
| 22 | A   Yes, sir.  That's correct. | 08:37AM |
| 23 | Q   And there has also been some testimony this week about | 08:37AM |
| 24 | Signal's safety bonus program.  And, as I understand it, the | 08:37AM |
| 25 | safety bonus program was an hourly rate that was paid to certain | 08:37AM |

1    workers?                                                      08:37AM

2    A   Yes, sir.  Fundamentally, yes, sir.                       08:37AM

3    Q   And so it was like 25 or 35 cents an hour that they would 08:37AM

4    get over the course of a month if they were eligible for the  08:37AM

5    bonus?                                                        08:37AM

6    A   Yes, sir.  It was a tiered structured program.  The       08:37AM

7    employees would get one rate, a supervisor who had more       08:37AM

8    responsibility would get maybe like a nickel more, you know.  08:37AM

9    And up the line, yes, sir.                                    08:38AM

10   Q   So, if a worker was getting, say, 25 cents an hour as a   08:38AM

11   safety bonus and was eligible for that safety bonus, and that 08:38AM

12   worker worked 200 hours in a month, that worker would get a $50 08:38AM

13   safety bonus check at the end of the month?                   08:38AM

14   A   Not good with math; but yes, sir.                         08:38AM

15   Q   And the workers liked getting those checks?               08:38AM

16   A   Yes, sir.                                                 08:38AM

17   Q   I think in your deposition you called them a no-mama check? 08:38AM

18   A   Yes, sir.                                                 08:38AM

19   Q   What did that refer to?                                   08:38AM

20   A   It was a separated check from their payroll check.  It    08:38AM

21   wasn't a regular check.  So it was just kind of cliche, the guys 08:38AM

22   would say:  It's a no-mama check because mama don't know nothing 08:38AM

23   about it.  They'd go buy fishing rods and all that kind of    08:38AM

24   stuff.                                                        08:38AM

25   Q   And the way the safety bonus program was set up, if a worker 08:38AM

1    had -- if a worker, an individual worker had a safety violation,    08:38AM

2    that worker would not get the safety bonus for the month?    08:39AM

3    A   Not a violation, sir.  Would be an OSHA recordable.    08:39AM

4    Q   Well, as I understood it -- and I believe you testified    08:39AM

5    about this during your deposition -- there were two ways that    08:39AM

6    somebody could lose their eligibility for the safety bonus:    08:39AM

7            First would be an individual worker having a    08:39AM

8    safety violation, that individual worker would lose eligibility?    08:39AM

9    A   A written -- I want to specify, a written safety violation,    08:39AM

10   yes, sir.    08:39AM

11   Q   Okay.  Understood.  A written safety violation.    08:39AM

12   A   Yes, sir.    08:39AM

13   Q   And then the second way that a safety bonus could be lost    08:39AM

14   would be if there was an OSHA reportable by any worker on a    08:39AM

15   crew, the entire crew would lose the safety bonus, as well as    08:39AM

16   the supervisor would lose his safety bonus?    08:39AM

17   A   Yes, sir.  That's correct.    08:40AM

18   Q   So, if a worker went to the doctor and received treatment    08:40AM

19   that made it an OSHA reportable, you could imagine that some of    08:40AM

20   his coworkers might become irked because they would lose their    08:40AM

21   safety bonus for the month.    08:40AM

22   A   That would be subjective, sir.    08:40AM

23   Q   But you could imagine a scenario where that would happen?    08:40AM

24   A   That's a possibility, yes, sir.    08:40AM

25   Q   And, the fewer reportables, the cheaper Signal's insurance;    08:40AM

1    is that right?                                                    08:40AM

2    A    Yes, sir.                                                    08:40AM

3    Q    Okay.                                                        08:40AM

4                And, the fewer reportables, the more safety awards    08:40AM

5    Signal gets?                                                      08:40AM

6    A    I'm sorry?                                                   08:40AM

7    Q    The more safety awards Signal gets?                          08:40AM

8    A    Yes, sir.                                                    08:40AM

9    Q    I'd like to ask you a little bit about the first aid         08:40AM

10   station.  I believe you testified about that on Wednesday.       08:40AM

11   A    Yes, sir.  I did.                                           08:40AM

12   Q    And first, to be clear, the first aid station is in the     08:40AM

13   yard; is that correct?                                            08:41AM

14   A    Correct, yes, sir.                                          08:41AM

15   Q    It's not at the man camp?                                    08:41AM

16   A    No, sir.  It's at the front gate.                           08:41AM

17   Q    And it's not a health clinic.  This isn't like the Minute   08:41AM

18   Clinic or something like that.  It's a first aid station.        08:41AM

19   A    Correct, sir.                                               08:41AM

20   Q    And it's the place where workers go if they get hurt on the 08:41AM

21   job?                                                              08:41AM

22   A    Initially, yes, sir.                                         08:41AM

23                And let me clarify.  If the injury is a minor        08:41AM

24   issue.  If, you know, it's a severe injury, we definitely take   08:41AM

25   them straight to the -- or we call 911.                          08:41AM

1    Q    Fair enough.                                                          08:41AM

2                And, if someone had the flu, they would go to the              08:41AM

3    doctor in town.  They wouldn't go to the first aid station.                08:41AM

4    A    Not necessarily, sir.                                                 08:41AM

5    Q    And, in fact, if somebody got sick on the job, the protocol           08:41AM

6    would really be that they would tell their foreman, say:  I'm              08:41AM

7    feeling sick, I need to go home, but that wouldn't be reported             08:41AM

8    to medical?                                                                08:42AM

9    A    Correct, sir.                                                         08:42AM

10   Q    And, if a worker got hurt on the job and was patched up at            08:42AM

11   Signal at the first aid station, that would not count as an OSHA           08:42AM

12   recordable?                                                                08:42AM

13   A    We can't patch anyone up, sir, at first aid.                          08:42AM

14   Q    But if somebody had an injury, say, that required a bandage,          08:42AM

15   that would not be an OSHA recordable?                                      08:42AM

16   A    Correct, yes, sir.                                                    08:42AM

17   Q    But if a worker had, say, some kind of a laceration and went          08:42AM

18   into town to go to the doctor, and that laceration required some           08:42AM

19   kind of treatment, that would be an OSHA reportable?                       08:42AM

20   A    Yes, sir.  Yes, sir.                                                  08:42AM

21   Q    So Signal's preference, therefore, would be that somebody             08:42AM

22   who received an injury would first go to the first aid station             08:42AM

23   to receive treatment so that they would avoid it being an OSHA             08:43AM

24   reportable?                                                                08:43AM

25   A    We don't have a preference in that, sir.  The employee makes          08:43AM

1    that decision.                                                    08:43AM

2    Q    But the purpose of the first aid station was to treat       08:43AM

3    injuries that occurred at the workplace, and part of the purpose 08:43AM

4    of that was hopefully to prevent an OSHA reportable from         08:43AM

5    happening?                                                       08:43AM

6    A    No, sir.  That's not correct.                               08:43AM

7              The first aid station is not a treatment center to     08:43AM

8    prevent any OSHA recordable.  It's to kind of help in the minor  08:43AM

9    headaches, band-aids, washing the eyes out.  It's not meant to   08:43AM

10   prevent quote-unquote an OSHA recordable.  We just don't handle  08:43AM

11   it that way.                                                     08:44AM

12   Q    But it probably did prevent some OSHA recordables?          08:44AM

13   A    Oh, I'm sure.  Absolutely.                                  08:44AM

14   Q    And again, the fewer OSHA reportables, the cheaper Signal's 08:44AM

15   insurance, and the more safety awards Signal gets?               08:44AM

16   A    Yes, sir.                                                   08:44AM

17   Q    And to be clear, if one of the Indian H-2B workers fell ill 08:44AM

18   at the man camp, that's not what the first aid station was for?  08:44AM

19   A    No, sir.                                                    08:44AM

20   Q    Earlier this week, the jury was read from John Sanders'     08:44AM

21   diary where he described the Indian H-2B workers at the man camp 08:44AM

22   as dropping from sickness like flies, and he talked about the    08:44AM

23   man camp as a bacterial breeding ground.                        08:44AM

24              At the man camp, there wouldn't be any efforts to,    08:44AM

25   say, quarantine a worker who fell ill from the rest of the       08:45AM

```
 1   workers?                                                         08:45AM

 2   A    Not to my knowledge, no, sir.                               08:45AM

 3   Q    That wouldn't have fallen under your department?           08:45AM

 4   A    No, sir.                                                    08:45AM

 5   Q    Even though it's a health issue?                           08:45AM

 6   A    Yes.  Yes, sir.                                             08:45AM

 7   Q    At Signal's facility?                                      08:45AM

 8   A    Yes, sir.                                                   08:45AM

 9   Q    And the workers were paid to live and to eat at Signal's   08:45AM

10   facility?                                                        08:45AM

11   A    Yes, sir.                                                   08:45AM

12   Q    And yet, you did view it as a concern for your department,  08:45AM

13   which is the health and safety department, that somebody might   08:45AM

14   have had a communicable illness, living in quarters with         08:45AM

15   twenty-four other men, at a man camp with hundreds of men that   08:45AM

16   was on Signal's facility?                                       08:45AM

17   A    No, sir.  It was a separate issue.                         08:45AM

18   Q    So you didn't feel like that was something your department  08:45AM

19   needed to be concerned about?                                   08:45AM

20   A    No, sir.  Not necessarily.                                 08:45AM

21        MR. WERNER:  I'd like to pull up Exhibit 1105, please.     08:46AM

22   BY MR. WERNER:                                                   08:46AM

23   Q    I'm going to show you some pictures from Signal's man camp  08:46AM

24   kitchen.  I want to just ask, do these -- looking at this        08:46AM

25   picture as a health and safety director, do these conditions     08:46AM
```

1    look clean and safe to you?                                    08:46AM

2    A    No, sir.                                                  08:46AM

3          MR. WERNER:  Let's look at 1104.                         08:46AM

4    BY MR. WERNER:                                                 08:46AM

5    Q    Does this -- do the conditions in this picture look clean 08:46AM

6    and safe to you?                                               08:46AM

7    A    No, sir.  It's dirty.                                     08:46AM

8          MR. WERNER:  And let's look at 1102.                     08:46AM

9    BY MR. WERNER:                                                 08:46AM

10   Q    Do these conditions look clean and safe to you?          08:46AM

11   A    Once again, no, sir.                                      08:46AM

12   Q    And, yet, you did nothing to remedy this?                 08:46AM

13   A    It was not under my responsibility, sir.                  08:47AM

14         MR. WERNER:  Let's look at Exhibit 1191, please.         08:47AM

15   BY MR. WERNER:                                                 08:47AM

16   Q    Do you recognize this image?                              08:47AM

17   A    Yes, sir.                                                 08:47AM

18   Q    I believe you looked at it on Wednesday?                  08:47AM

19   A    Yes, sir.                                                 08:47AM

20   Q    And this is an image of Signal's Pascagoula Greenwood Island 08:47AM

21   yard; is that correct?                                         08:47AM

22   A    Yes, sir, that's correct.                                 08:47AM

23   Q    And you told the jury on Wednesday that the --            08:47AM

24         Actually, could you circle the administrative            08:47AM

25   building again, please?                                        08:47AM

| | | |
|---|---|---|
| 1 | A    Yes, sir. | 08:47AM |
| 2 | Q    And why don't you go ahead and circle the man camp as well. | 08:47AM |
| 3 | A    (Witness complies.) | 08:47AM |
| 4 | Q    And you told the jury on Wednesday that both the | 08:47AM |
| 5 | administrative building and the labor camp were built on top of | 08:47AM |
| 6 | a lead-contaminated site? | 08:48AM |
| 7 | A    Formerly lead-contaminated site, yes, sir. | 08:48AM |
| 8 | Q    And the administrative building is -- looking at this image, | 08:48AM |
| 9 | it's about the same size as the man camp; is that right? | 08:48AM |
| 10 | A    Yes, sir. | 08:48AM |
| 11 | Q    And how many people worked in the administration building? | 08:48AM |
| 12 | A    I have no idea. | 08:48AM |
| 13 | Q    Is it less than fifty? | 08:48AM |
| 14 | A    We fluctuate, sir, greatly.  So I have no idea. | 08:48AM |
| 15 | Q    Okay. | 08:48AM |
| 16 |            It's going to be less than 100? | 08:48AM |
| 17 | A    No.  Not necessarily.  It could be more than 100. | 08:48AM |
| 18 | Q    There aren't 250 to 300 people working in the administration | 08:48AM |
| 19 | building? | 08:48AM |
| 20 | A    No, sir.  There's not. | 08:48AM |
| 21 | Q    There were 250 to 300 people living in the man camp? | 08:48AM |
| 22 | A    Yes, sir. | 08:48AM |
| 23 | Q    People didn't sleep in the administration building? | 08:48AM |
| 24 | A    No, sir. | 08:48AM |
| 25 | Q    Or, at least, they shouldn't have? | 08:48AM |

1    A    Yeah.  We hope not.                                          08:49AM

2    Q    They didn't prepare their meals there, except maybe throwing   08:49AM

3    their lunch in the microwave?                                     08:49AM

4    A    Correct.                                                     08:49AM

5    Q    And they didn't shower there every day?                      08:49AM

6    A    No, sir.                                                     08:49AM

7    Q    Now, you told the jury on Wednesday that the clay cap over   08:49AM

8    this lead-contaminated material was not breached during the      08:49AM

9    construction of the man camp; is that correct?                   08:49AM

10   A    That was my understanding, yes, sir.                        08:49AM

11   Q    That was your understanding.                                08:49AM

12            But your understanding was that, in order to            08:49AM

13   breach the clay clap, a dig would have to go all the way through 08:49AM

14   the clay cap and actually hit the contaminated material; is that 08:50AM

15   correct?                                                         08:50AM

16   A    Correct, sir.                                               08:50AM

17   Q    So, if there was even a millimeter of clay between the      08:50AM

18   contaminated material and the hole, you would not consider that  08:50AM

19   to be a breach of the clay cap?                                  08:50AM

20   A    Yes, sir.                                                   08:50AM

21   Q    And, in preparation for your deposition last June, you     08:50AM

22   really for the first time you tried to look up what a breach     08:50AM

23   technically would be?                                            08:50AM

24   A    Correct.  Yes, sir.                                         08:50AM

25   Q    And you couldn't find an answer?                            08:50AM

| | | |
|---|---|---|
| 1 | A   No, sir, I didn't. | 08:50AM |
| 2 | Q   And you never asked anybody at the Mississippi Department of | 08:50AM |
| 3 | Environmental Quality at any time:  What is a breach? | 08:50AM |
| 4 | A   No, sir, I didn't. | 08:50AM |
| 5 | Q   Wednesday, you testified also about the sewage lift station | 08:50AM |
| 6 | and the concerns that that was breaching -- that that might | 08:51AM |
| 7 | breach the clay cap? | 08:51AM |
| 8 | A   Yes, sir. | 08:51AM |
| 9 | Q   And the jury was shown some plans showing that the sewage | 08:51AM |
| 10 | lift station went almost all the way through the clay cap but | 08:51AM |
| 11 | didn't breach it by your definition. | 08:51AM |
| 12 | A   I don't know if it went to the clay cap.  But it didn't | 08:51AM |
| 13 | breach the cap, no, sir. | 08:51AM |
| 14 | Q   But the jury was not told that there was an identical issue | 08:51AM |
| 15 | with the grease trap for the kitchen -- I think that was | 08:51AM |
| 16 | something that we saw a picture of earlier, one of the kitchen | 08:51AM |
| 17 | pictures -- at the labor camp? | 08:51AM |
| 18 | A   I have no idea about the grease trap, sir. | 08:51AM |
| 19 | MR. RABBANI:  Your Honor, objection. | 08:52AM |
| 20 | Can we have a sidebar, please? | 08:52AM |
| 21 | THE COURT:  I'm sorry? | 08:52AM |
| 22 | MR. RABBANI:  Sidebar, please. | 08:52AM |
| 23 | THE COURT:  All right.  Approach. | 08:52AM |
| 24 | (Sidebar conference.  Jury not present.) | 08:52AM |
| 25 | MR. RABBANI:  I believe Your Honor has already ruled | 08:52AM |

1    that the plaintiffs should not be using the term labor camp.          08:52AM

2            THE COURT:  No.  I denied that motion in limine.  But          08:52AM

3    what they were referring to is that I'm trying to have you call        08:52AM

4    things the same thing, to be consistent.  So I said -- I              08:52AM

5    requested that they call it the man camp just for consistency,         08:52AM

6    not because I think labor camp is prejudicial.                         08:52AM

7            MR. WERNER:  And I'm certainly not -- that's just what        08:52AM

8    blows off of the top.  I'll call it man camp from now on.             08:52AM

9            THE COURT:  Thank you.                                         08:52AM

10           (Sidebar concluded.  Jury now present.)                        08:53AM

11           MR. WERNER:  Why don't we go ahead and pull up 855,           08:53AM

12   please.                                                               08:53AM

13   BY MR. WERNER:                                                         08:53AM

14   Q   Now, discussing this grease trap --                               08:53AM

15           MR. WERNER:  And why don't you go ahead and zoom in on        08:53AM

16   the middle email.                                                     08:53AM

17           MR. RABBANI:  Objection, Your Honor.  Foundation.            08:53AM

18           THE COURT:  Sustained.                                        08:53AM

19   BY MR. WERNER:                                                         08:53AM

20   Q   You were not aware that there was a similar issue with the        08:53AM

21   grease trap at the man camp until your June 24, 2014 deposition?      08:53AM

22   A   Yes, sir.                                                          08:54AM

23   Q   And nobody ever consulted you, as director of environmental      08:54AM

24   safety and health -- I should say Environmental Health and           08:54AM

25   Safety, don't want to get that backwards -- to ask whether that       08:54AM

1   particular breach was okay?                                       08:54AM

2   A   No, sir.  I don't recall.                                     08:54AM

3   Q   And nobody ever asked you the best way to resolve that       08:54AM

4   problem?                                                          08:54AM

5   A   I'm sorry?                                                    08:54AM

6   Q   Nobody ever asked you the best way to resolve that problem?  08:54AM

7   A   No, sir.                                                      08:54AM

8   Q   Now, you first went to the Mississippi Department of         08:54AM

9   Environmental Quality to ask for permission to build the man     08:54AM

10  camp on this lead-contaminated site during the second week of    08:54AM

11  October of 2006; is that correct?                                08:54AM

12  A   Yes, sir.                                                     08:54AM

13  Q   And, in fact, you'd already started building the man camp?   08:54AM

14  A   Yes, sir, we had.                                             08:54AM

15        MR. WERNER:  Let me go ahead and pull up Exhibit 482.      08:54AM

16  BY MR. WERNER:                                                    08:54AM

17  Q   And I'm showing you what's been marked as Exhibit 482, which 08:55AM

18  is an October 13th, 2006 letter from you to Tony Russell at the  08:55AM

19  Mississippi Department of Environmental Quality.                 08:55AM

20        Do you recognize this letter?                              08:55AM

21  A   Yes, sir, I do.                                               08:55AM

22  Q   Now, on Wednesday, your counsel showed the jury only part of 08:55AM

23  this letter, which was the second paragraph.  What the jury did  08:55AM

24  not see was the third paragraph of this letter.                  08:55AM

25        MR. WERNER:  If we can go ahead and zoom in on that.       08:55AM

1    BY MR. WERNER:                                              08:55AM

2    Q    And in the third paragraph of the letter, again dated    08:55AM

3    October 13, 2006, Signal, you wrote:  Signal proposes to     08:55AM

4    assemble a temporary housing complex on Greenwood Island.    08:55AM

5            Did I read that correctly?                           08:56AM

6    A    Yes, sir, you did.                                      08:56AM

7    Q    But, again, construction had already begun?            08:56AM

8    A    Correct.  Yes, sir.                                     08:56AM

9    Q    So it was not accurate to suggest that Signal was proposing    08:56AM

10   to assemble the housing complex at the time you wrote this    08:56AM

11   letter?                                                      08:56AM

12   A    No, sir.  We were under construction.                   08:56AM

13   Q    And two paragraphs later, another paragraph that was not    08:56AM

14   shown --                                                     08:56AM

15            MR. WERNER:  If we can zoom in on that, short       08:56AM

16   paragraph.                                                   08:56AM

17   BY MR. WERNER:                                               08:56AM

18   Q    -- you indicated that Signal proposes to add an additional    08:56AM

19   ten inches of fill material.                                 08:56AM

20            Did I read that correctly?                          08:56AM

21   A    Yes, sir.                                               08:56AM

22   Q    And, yet, the construction had already begun?          08:56AM

23   A    Yes, sir.                                               08:56AM

24   Q    And so these statements were not truthful or accurate?    08:56AM

25   A    Not necessarily, sir.                                  08:57AM

1  Q    These statements to a governmental authority were not        08:57AM

2  truthful?                                                          08:57AM

3  A    No, sir.                                                      08:57AM

4  Q    The jury also didn't see the last full paragraph on this     08:57AM

5  page, which reads:  The shipyard further acknowledges that upon    08:57AM

6  cessation of the need for the aforementioned temporary housing     08:57AM

7  complex, which is currently estimated to be eighteen months, the   08:57AM

8  area will be restored to its pre-temporary housing complex usage   08:57AM

9  status.                                                            08:57AM

10            Did I read that correctly?                              08:57AM

11 A    Yes, sir, you did.                                            08:57AM

12 Q    And you said eighteen months in this letter.  It was in part 08:57AM

13 because of a rumor that it would be a year to a year and a         08:58AM

14 half-ish, I think you testified in your deposition, that it        08:58AM

15 would be occupied?                                                 08:58AM

16 A    Yes, sir.  That was the estimate.                             08:58AM

17 Q    And it was also partially because Ron Schnoor told you it     08:58AM

18 would be around a year and a half?                                 08:58AM

19 A    It was senior management.  Yes, sir.                          08:58AM

20 Q    Including Ron Schnoor?                                        08:58AM

21 A    Yes, sir.                                                     08:58AM

22 Q    Now, the man camp is still in use; is that right?            08:58AM

23 A    Yes, sir.                                                     08:58AM

24 Q    Except that it's been converted now.  Every trailer, instead 08:58AM

25 of having twenty-four men living in the trailer, there are two     08:58AM

1   two-man apartments in each trailer; is that correct?                  08:58AM

2   A   I don't know, sir.                                                 08:58AM

3   Q   So you don't know whether it's now -- there are now four           08:58AM

4   people instead of twenty-two people living in the trailer?            08:58AM

5   A   I don't know that, sir.                                            08:58AM

6   Q   There's been testimony about that earlier.                        08:58AM

7                Now, you never told the Mississippi Department of         08:58AM

8   Environmental Quality after those eighteen months expired that        08:58AM

9   you had not restored the area to its pre-housing complex usage?       08:59AM

10  A   No, sir, we didn't.                                               08:59AM

11         MR. WERNER:  Let's go ahead and pull up Exhibit 1147.          08:59AM

12  Scroll down to page 43.                                               08:59AM

13  BY MR. WERNER:                                                        08:59AM

14  Q   On Wednesday -- I keep wanting to say yesterday --                08:59AM

15  Wednesday, your counsel showed the jury this letter as well; is      08:59AM

16  that correct?                                                         08:59AM

17  A   Yes, sir.                                                         08:59AM

18  Q   But your counsel actually blacked out the letter except for      08:59AM

19  the second paragraph.  Do you remember that?                         08:59AM

20  A   I don't recall it being blacked out, sir.                        08:59AM

21  Q   Well, part of what was blacked out on Wednesday was the          08:59AM

22  third paragraph.                                                     08:59AM

23         MR. WERNER:  And if we can go ahead and zoom in on            08:59AM

24  that.                                                                09:00AM

25  BY MR. WERNER:                                                       09:00AM

1    Q   And, just to be clear, this is a November 3, 2006 letter          09:00AM

2    from the port engineer at the Jackson County Port Authority to        09:00AM

3    you; is that correct?                                                 09:00AM

4    A   Yes, sir.                                                         09:00AM

5              Actually, sir, it's to the port engineer from the          09:00AM

6    Department of Environmental Quality.  The Enrique at the bottom,      09:00AM

7    that is the -- was the -- he's the gentleman who signed it for       09:00AM

8    the Mississippi Department of Environmental Quality.                  09:00AM

9    Q   I understand.  He signed it.                                     09:00AM

10             But it was a letter to you?                                 09:00AM

11   A   No, sir.  It's addressed to Michael Smith.                       09:00AM

12             Michael Smith forwarded the letter to me, sir.            09:00AM

13   Q   So Michael Smith forwarded the letter to you?                     09:01AM

14   A   Yes, sir.                                                         09:01AM

15   Q   And the paragraph that was blacked out when it was shown to      09:01AM

16   the jury reads:  Please provide this office with a ten-day           09:01AM

17   notice prior to commencement of construction activities so that      09:01AM

18   the site activities can be observed.                                 09:01AM

19             Did I read that correctly?                                 09:01AM

20   A   Yes, sir.                                                         09:01AM

21   Q   Okay.                                                             09:01AM

22             Now, this letter was dated November 3, 2006.               09:01AM

23   A   Yes, sir.                                                         09:01AM

24   Q   The camp was already fully constructed.                          09:01AM

25   A   Yes, sir.                                                         09:01AM

1    Q    And, in fact, there were already Indian H-2B workers living    09:01AM

2    in the camp at this time?    09:01AM

3    A    Yes, sir.    09:01AM

4            MR. WERNER:  Thank you.  I have nothing further.    09:01AM

5            MR. CERNIGLIA:  No questions, Your Honor.    09:01AM

6            MR. SHAPIRO:  No questions, Your Honor.    09:01AM

7            THE COURT:  Thank you, Mr. Killen.  You are excused.    09:01AM

8            MR. RABBANI:  Your Honor, short redirect?    09:01AM

9            THE COURT:  Oh, I'm sorry.  Pardon me.    09:01AM

10                        REDIRECT EXAMINATION    09:01AM

11   BY MR. RABBANI:    09:01AM

12   Q    Mr. Killen, the letter that plaintiffs' counsel just showed    09:02AM

13   you regarding -- actually, the letter from the port or the    09:02AM

14   M.D.Q. to the port, was that letter blacked out at all when I    09:02AM

15   took your direct examination?    09:02AM

16   A    No, sir.    09:02AM

17   Q    And were you in charge of the running the man camp?    09:02AM

18   A    No, sir.    09:02AM

19   Q    Is it possible that there was an area to quarantine sick    09:02AM

20   workers and you wouldn't know about it?    09:02AM

21   A    If a health issue would have gotten to that level, we have    09:02AM

22   field individuals that work in my group, and they notify me of    09:02AM

23   anything like that, yes, sir.    09:02AM

24   Q    So is it possible that there was a room that someone who had    09:02AM

25   the flu could go spend some time alone in that room?    09:02AM

| | | | |
|---|---|---|---|
| 1 | A | I'm sorry? | 09:02AM |
| 2 | Q | At the man camp. | 09:02AM |
| 3 | A | I don't know, sir. | 09:02AM |
| 4 | Q | Who would be the best person to answer a question like that? | 09:02AM |
| 5 | A | Ms. Rhonda George. | 09:02AM |
| 6 | Q | And do you recall a few moments ago plaintiffs' counsel | 09:02AM |
| 7 | | asked you about Signal's first aid station? | 09:03AM |
| 8 | A | Yes, sir. | 09:03AM |
| 9 | Q | If Indian H-2B workers had something like the flu at the man | 09:03AM |
| 10 | | camp, was it possible for that H-2B worker to walk over to the | 09:03AM |
| 11 | | first aid station and get treatment if he so chose? | 09:03AM |
| 12 | A | Yes, sir. | 09:03AM |
| 13 | | Not just H-2B visa workers, any worker. | 09:03AM |
| 14 | Q | Are things like cough medicine or cough drops and things | 09:03AM |
| 15 | | like that available at the first aid station? | 09:03AM |
| 16 | A | Absolutely, yes, sir. | 09:03AM |
| 17 | | MR. RABBANI:  Thank you.  No further questions. | 09:03AM |
| 18 | | THE COURT:  Now you are excused. | 09:03AM |
| 19 | | (Witness excused.) | 09:03AM |
| 20 | | THE COURT:  Signal can call its next witness. | 09:03AM |
| 21 | | MR. ROUX:  Your Honor, Signal has two designations | 09:03AM |
| 22 | | for -- | 09:03AM |
| 23 | | THE COURT:  Let's come up to the podium. | 09:03AM |
| 24 | | Let's get your reader on the stand. | 09:04AM |
| 25 | | MR. ROUX:  Signal has two designations to read, one for | 09:04AM |

| | | |
|---|---|---|
| 1 | Michael Kelleher and one for Thomas Caffrey. | 09:04AM |
| 2 | THE COURT:  Will you tell the jury who the witness is? | 09:04AM |
| 3 | Or I can do it if you want me to.  But you can do it. | 09:04AM |
| 4 | MR. ROUX:  So Michael Kelleher is the pastor of Sacred | 09:04AM |
| 5 | Heart Catholic Church in Pascagoula, Mississippi. | 09:04AM |
| 6 | THE COURT:  And if you'd identify -- say your name for | 09:04AM |
| 7 | the record. | 09:04AM |
| 8 | THE READER:  Kevin Kinross, K-I-N-R-O-S-S. | 09:04AM |
| 9 | MR. ROUX:  May I approach, Your Honor? | 09:04AM |
| 10 | May I approach the witness? | 09:05AM |
| 11 | THE COURT:  Yes. | 09:05AM |
| 12 | (Following Deposition Of Father Michael Kelleher | 09:04AM |
| 13 | Was Read Into the Record.) | 09:05AM |
| 14 | BY MR. ROUX: | 09:05AM |
| 15 | Q   Sir, can I begin by asking where you attended undergraduate | 09:05AM |
| 16 | education? | 09:05AM |
| 17 | A   St. Patrick's College, Turlis, Ireland. | 09:05AM |
| 18 | Q   And when did you graduate from there? | 09:05AM |
| 19 | A   1965. | 09:05AM |
| 20 | Q   And what is your degree in? | 09:05AM |
| 21 | A   Theology. | 09:05AM |
| 22 | Q   While you were there, did you participate in any student | 09:05AM |
| 23 | groups? | 09:05AM |
| 24 | A   No. | 09:05AM |
| 25 | Q   And did you attend graduate school? | 09:05AM |

```
 1   A   In the same school.                                       09:05AM

 2   Q   Same school.                                              09:05AM

 3              And when did you graduate from there?              09:05AM

 4   A   I was ordained in 1965.                                   09:05AM

 5   Q   I'm sorry?                                                09:05AM

 6   A   '65, 1965.                                                09:05AM

 7   Q   So you finished graduate school and undergraduate at the  09:05AM

 8   same time?                                                    09:05AM

 9   A   Right.  Well, it was a six-year course in the same school. 09:05AM

10   Q   I see.                                                    09:05AM

11              And the graduate degree was in the same subject    09:05AM

12   area?                                                         09:06AM

13   A   Yes.                                                      09:06AM

14   Q   And what seminary did you attend?                         09:06AM

15   A   St. Patrick's.  It was all the same institution.          09:06AM

16   Q   The same program all the way through, okay.               09:06AM

17              And that would also be 1965 when you finished      09:06AM

18   seminary?                                                     09:06AM

19   A   From 1959 to '65.                                         09:06AM

20   Q   And when were you ordained?                               09:06AM

21   A   June 13th, 1965.                                          09:06AM

22   Q   And I assume in Ireland; is that correct?                 09:06AM

23   A   Yes.                                                      09:06AM

24   Q   Where were you first stationed after ordination?          09:06AM

25   A   Biloxi, Mississippi.                                      09:06AM
```

1   Q    In which parish?                                        09:06AM

2   A    Nativity B.V.M. - Blessed Virgin Mary.                  09:06AM

3   Q    When were you assigned to Sacred Heart?                 09:06AM

4   A    Seventeen years ago in the month of September.  I don't know   09:06AM

5   the actual year, but seventeen years ago.                    09:06AM

6   Q    That's fine.                                            09:06AM

7                  And, when you were assigned there, were you   09:06AM

8   assigned as pastor, or as a priest?                          09:06AM

9   A    As pastor.                                              09:06AM

10  Q    Pastor.                                                 09:06AM

11                 Was Sacred Heart new at the time, or was it a 09:06AM

12  pre-existing parish?                                         09:06AM

13  A    It had been in existence for over forty years.          09:06AM

14  Q    And you were there from 2006 to 2008; is that correct?  You   09:06AM

15  were stationed there from 2006 during the time frame of 2006 to   09:07AM

16  2008?                                                        09:07AM

17  A    Oh, yes.  Uh-huh.                                       09:07AM

18  Q    And you're still assigned there today?                  09:07AM

19  A    Yes.                                                    09:07AM

20  Q    Could you describe how Katrina impacted your parish.    09:07AM

21  A    I would describe it as devastating the parish, in the sense   09:07AM

22  that buildings were destroyed, the school was destroyed, and the   09:07AM

23  community was very disrupted, the church community.           09:07AM

24  Q    I assume you stayed at a rectory; is that correct?      09:07AM

25  A    Yes.                                                    09:07AM

| | | |
|---|---|---|
| 1 | Q   Did the rectory suffer any significant damage? | 09:07AM |
| 2 | A   Very much significant damage. | 09:07AM |
| 3 | Q   Did it displace you? | 09:07AM |
| 4 | A   Yes. | 09:07AM |
| 5 | Q   Where did you go in the interim after you were displaced? | 09:07AM |
| 6 | A   I rented a trailer.  The institution paid for it, the | 09:07AM |
| 7 | church, and I lived in it for over a year. | 09:07AM |
| 8 | Q   And after that point was the rectory -- | 09:07AM |
| 9 | A   It was refurbished and liveable again. | 09:07AM |
| 10 | Q   How long did it take before all the church facilities had | 09:07AM |
| 11 | been refurbished or reconstructed? | 09:07AM |
| 12 | A   I'm guessing several years. | 09:07AM |
| 13 | Q   What about parishioners at your church, how were they | 09:07AM |
| 14 | affected by the storm? | 09:07AM |
| 15 | A   Many of them lost their properties and had to relocate out | 09:07AM |
| 16 | of the parish.  And some never came back to the parish.  So, in | 09:07AM |
| 17 | that sense, the parish was very severely impacted. | 09:08AM |
| 18 | Q   Are you aware that there were a number of Signal workers | 09:08AM |
| 19 | from India that attended your church between 2006 and 2008? | 09:08AM |
| 20 | A   Yes. | 09:08AM |
| 21 | Q   How did you first meet or become aware of them? | 09:08AM |
| 22 | A   I saw them.  They were obvious. | 09:08AM |
| 23 | Q   You saw them where? | 09:08AM |
| 24 | A   In church. | 09:08AM |
| 25 | Q   Approximately how many attended mass at your church | 09:08AM |

1    initially?  When you first became aware.  I'll clarify.                      09:08AM

2    A    I'm going to guess about forty came every Sunday.                       09:08AM

3    Q    Did they approach you, or did you first approach them?                  09:08AM

4    A    They approached me.                                                     09:08AM

5    Q    And did they have a specific reason for approaching you?                09:08AM

6    A    May I ask a question?  When you say approach me, what do you            09:08AM

7    mean?                                                                        09:08AM

8    Q    The first time they talked to you or you talked to them on a            09:08AM

9    one-on-one basis, as opposed to just seeing them in mass.                    09:08AM

10   A    They came to church and I would greet them.  I would                    09:08AM

11   introduce myself and they would introduce themselves.  I always             09:08AM

12   found them very gracious.  And just the introduction led to the             09:08AM

13   conversation and more questions.  And that's how I came to know             09:08AM

14   of them as a community.                                                      09:09AM

15   Q    I see.                                                                  09:09AM

16              What kind of questions did they have for you?                     09:09AM

17   A    Initially, no questions, other than inquiring about maybe              09:09AM

18   church services and what was available at the church.                        09:09AM

19              And, later on, when I presume there were some                     09:09AM

20   difficulties with their situation, they -- the big question was             09:09AM

21   could they use our facilities for meeting purposes.                          09:09AM

22   Q    When about did they ask you about using your facility for              09:09AM

23   meeting purposes?                                                            09:09AM

24   A    When?                                                                   09:09AM

25   Q    When.                                                                   09:09AM

| | |
|---|---|
| 1 | A   I have no specific dates at all.  It was, I'm going to | 09:09AM |
| 2 | guess, maybe probably a few months after I first met them.  And | 09:09AM |
| 3 | that's just purely a guess on my part. | 09:09AM |
| 4 | Q   Did you know Sabulal Vijayan? | 09:09AM |
| 5 | A   I'm sorry? | 09:09AM |
| 6 | Q   Sabulal Vijayan? | 09:09AM |
| 7 | A   Is that a name? | 09:09AM |
| 8 | Q   Uh-huh. | 09:09AM |
| 9 | A   I can't say I did know him. | 09:09AM |
| 10 | Q   Did you know Ramesh Gunisetti? | 09:09AM |
| 11 | A   No.  I mean, I can't say that I do.  They would introduce | 09:09AM |
| 12 | themselves, and these names were totally foreign to me, and they | 09:09AM |
| 13 | didn't register. | 09:09AM |
| 14 | Q   That's fine. | 09:10AM |
| 15 | I just have a few more names to see -- just to see | 09:10AM |
| 16 | if any of them ring a bell, if that's okay. | 09:10AM |
| 17 | Did you know Virgeet Kurnan? | 09:10AM |
| 18 | A   No. | 09:10AM |
| 19 | Q   Did you know Hemant Khuttan? | 09:10AM |
| 20 | A   No. | 09:10AM |
| 21 | Q   Did you know Sony Vasudevan Sulekha? | 09:10AM |
| 22 | A   Would you repeat that name, please? | 09:10AM |
| 23 | Q   Sony Vasudevan Sulekha. | 09:10AM |
| 24 | A   The name Sony rings a bell. | 09:10AM |
| 25 | Q   Did you know Palanyandi Thangamani? | 09:10AM |

1   A   I knew them by their appearances but not by their names.   09:10AM

2   Q   What about Isaac Andrews Padavettiyil?   09:10AM

3   A   Again, the name Isaac rings a bell and that's all.   09:10AM

4   Q   And, finally, Jacob Joseph Kadakkarappally?   09:10AM

5   A   Kadakkarappally I think kind of rings a bell, too.   09:10AM

6   Q   How much interaction did you have with the Signal Indian   09:10AM

7   workers?   09:10AM

8   A   No official interaction with them at all.  Just chit-chat   09:10AM

9   before church services and maybe social events, like a dinner   09:10AM

10   after the services some times.  And they would be telling me   09:11AM

11   about their difficult life here and how they were a regretting   09:11AM

12   that their families couldn't be with them and that their living   09:11AM

13   conditions were not exactly suitable and they were finding it   09:11AM

14   difficult there.   09:11AM

15          And I was led to believe, again through casual   09:11AM

16   conversation with them, that, you know, they were disappointed   09:11AM

17   because they were maybe not going to have a path to citizenship.   09:11AM

18   That seemed to be a difficulty for them.   09:11AM

19          And I kind of was reading between the lines,   09:11AM

20   presuming that they had been promised something like that.   09:11AM

21   Q   And when you visited the housing facility did you visit the   09:11AM

22   entertainment lounges?   09:11AM

23   A   That's what it was, the entertainment lounge.  Their common   09:11AM

24   room, their refectory.  I think it was all one, I thought.  I   09:11AM

25   was just in that one building.   09:11AM

1   Q    So, when you say that one building, was this their sleeping

2   quarters?

3   A    I don't know.  I didn't see any beds, but I was led to

4   believe that the beds were right around there.  And I remember

5   there was a television.  I think that was the only furniture in

6   the building.

7   Q    Did the Indian workers tell you that there was a cafeteria

8   facility in the housing facility itself?

9   A    I'm pretty sure they did, that they ate in the facility.

10  Q    So you weren't under the impression that they ate in the TV

11  room that you've just described being in; were you?

12  A    I was under the impression that, yes, that's where they had

13  all their activity there.  That's where they interacted among

14  themselves, watched television, ate.

15  Q    So you were under the impression that that was the extent of

16  their living accommodation; is that correct?

17  A    Yes.

18  Q    Did they say anything else that they had problems with the

19  living conditions?

20  A    I don't remember it.

21  Q    What did you think of the food that you ate there?

22  A    It was Indian food.  I didn't like it, but they seemed to

23  enjoy it very much.

24  Q    So you would say the Indian workers seemed to enjoy the

25  food?

```
 1    A    I had that impression, yes.                          09:12AM

 2    Q    I understand.                                        09:12AM

 3              Did the workers ever complain about being denied 09:12AM

 4    access to religious services?                             09:12AM

 5    A    No.                                                  09:12AM

 6    Q    Did the workers ever complain about having any difficulty 09:12AM

 7    getting to church?                                        09:12AM

 8    A    No.                                                  09:12AM

 9    Q    Do you know how the workers got to your church?      09:12AM

10    A    I think the institution they worked for provided     09:12AM

11    transportation.  And it wouldn't always be on time to pick them 09:12AM

12    up after services but I think they always did get a ride. 09:13AM

13              There might have been one or two --             09:13AM

14         THE READER:  Should I keep reading even though it     09:13AM

15    doesn't designate further?                                09:13AM

16         THE COURT:  Which page are you on?                    09:13AM

17         THE READER:  Page twenty-eight.  The designation shows 09:13AM

18    that it stops at line 12.                                 09:13AM

19         MR. ROUX:  It looks like there's two lines after that 09:13AM

20    that weren't designated.                                  09:13AM

21         THE COURT:  All right.  But they are part of the same 09:13AM

22    sentence?                                                 09:13AM

23         MR. ROUX:  Yes.                                      09:13AM

24         THE COURT:  Start the sentence over and keep reading  09:13AM

25    it.                                                       09:13AM
```

1          THE READER:  I think the institution they worked for        09:13AM

2    provided transportation.  And it wouldn't always be on time to    09:13AM

3    pick them up after services but I think they did always get a     09:13AM

4    ride.                                                             09:13AM

5               There might have been one or two occasions where I     09:13AM

6    actually offered to transport them back to their quarters.        09:13AM

7    BY MR. ROUX:                                                      09:13AM

8    Q    Based on your reading of this email, does it seem like       09:13AM

9    Signal was concerned about meeting the needs of the workers with  09:13AM

10   regards to their transportation?                                  09:13AM

11   A    It would seem like they were, yes.                           09:13AM

12   Q    Did the Indian workers attend mainly morning mass, or were   09:13AM

13   there multiple?                                                   09:13AM

14   A    Multiple, morning and evening.                               09:13AM

15   Q    Do you know if that was consistent with day shift workers    09:14AM

16   and night shift workers?                                          09:14AM

17   A    I presumed it was always, yes.                               09:14AM

18   Q    Did the workers ever complain about transportation?          09:14AM

19   A    Not to me, no.                                               09:14AM

20   Q    Have you heard about it since reading it in the newspaper?   09:14AM

21   A    Yes, I have.                                                 09:14AM

22   Q    When this national news commentator came to interview the    09:14AM

23   workers or to interview a lawyer representing the Indians, I      09:14AM

24   think he --                                                       09:14AM

25   A    Well, I learned of it just immediately before the interview  09:14AM

1    took place.  I was presuming they would interview --                    09:14AM

2            MR. ROUX:  Hold on.  I think you skipped.                       09:14AM

3            THE READER:  We're on page?                                     09:14AM

4            MR. ROUX:  I'm at thirty-seven, line 22.  I just read           09:14AM

5    22, line 3.                                                             09:14AM

6            THE READER:  22.                                                09:14AM

7    BY MR. ROUX:                                                            09:14AM

8    A    Yes, I have.                                                       09:14AM

9    Q    Could you describe that for me.                                    09:14AM

10   A    When the national news commentator came to interview the          09:14AM

11   workers or to interview a lawyer representing the Indians, I            09:14AM

12   think he --                                                             09:15AM

13   Q    I'm sorry, continue.                                              09:15AM

14   A    They -- what was his name?  I can't recall his name.              09:15AM

15   Q    Was it Dan Rather?                                                09:15AM

16           THE COURT:  Will you speak up a little bit.                    09:15AM

17           THE READER:  Yes, ma'am.                                       09:15AM

18   BY MR. ROUX:                                                           09:15AM

19   A    Dan Rather.  I got a call if I can make some facilities          09:15AM

20   available for this interview to take place, and I said yes.  In        09:15AM

21   due time, the arrangements were made.  And the interview took          09:15AM

22   place in the church, which surprised me.  We have lots of              09:15AM

23   facilities, but someone chose the actual sanctuary itself, which       09:15AM

24   wouldn't have been my idea for an interview.                           09:15AM

25   Q    Who called you about setting it up?                               09:15AM

1    A    I honestly have no recollection.  I don't remember.        09:15AM

2    Q    Do you remember if it was somebody with Dan Rather, or if it  09:15AM

3    was somebody from another organization?                         09:15AM

4    A    I honestly don't remember.  I purposely paid no attention to  09:15AM

5    those details then or I still don't.  It's not -- you know, I   09:15AM

6    feel as a pastor I answer all questions and I don't question    09:15AM

7    where they're coming from.                                      09:15AM

8    Q    You said that you were surprised that they conducted the   09:15AM

9    interview in the sanctuary.  Did they inform you beforehand that 09:15AM

10   they were going to do that, or did you learn of it after the    09:15AM

11   interview had happened?                                         09:16AM

12   A    Well, I learned of it just immediately before the interview 09:16AM

13   took place.  I was presuming they would interview in one of the 09:16AM

14   other buildings or around the facility.                         09:16AM

15   Q    Before the fire alarm went off, Father, I believe I was    09:16AM

16   asking you about the meetings at your church and I had confirmed 09:16AM

17   that you were approached by Indian workers, and I had questioned 09:16AM

18   whether it was the workers themselves or whether it was somebody 09:16AM

19   else on their behalf that asked about using your facility for   09:16AM

20   these meetings.                                                 09:16AM

21   A    I think it was the workers themselves.                     09:16AM

22   Q    Do you remember which workers asked you this?              09:16AM

23   A    No, I don't.                                               09:16AM

24   Q    Do you remember if this was an individual, or a group?     09:16AM

25   A    Well, one did the asking.  But there would always be another 09:16AM

1    one or two around in close proximity.                        09:16AM

2    Q    Did you attend any of these meetings?                   09:16AM

3    A    I was invited to attend.  I chose not to.  I would, out of   09:16AM

4    courtesy, accept their invitation to drop in and socialize with   09:16AM

5    them possibly towards the end of the meeting.                09:16AM

6    Q    So you were not at the meetings during any of the        09:16AM

7    discussions?                                                 09:16AM

8    A    No.                                                     09:16AM

9    Q    But you were at the meetings toward the end to socialize?   09:16AM

10   A    Right.  On more than one occasion.                      09:17AM

11   Q    To your knowledge, were all of the Indian workers who came   09:17AM

12   to meet at the church Catholic?                              09:17AM

13   A    I'm going to say that it was my impression that ninety-nine   09:17AM

14   percent of them were Catholic.  On one or two occasions, I would   09:17AM

15   be introduced to maybe one or two who might not have been     09:17AM

16   Catholic.                                                    09:17AM

17   Q    Do you know if any of them were Muslims?                09:17AM

18   A    My impression was that they were Hindus, not Muslims.   09:17AM

19   Q    Does the name Saket Soni sound familiar?               09:17AM

20   A    I recall hearing that name, Saket.                     09:17AM

21   Q    Have you ever spoken to Saket Soni?                    09:17AM

22   A    Again, I don't recall.  I'm sure we had -- my conversations   09:17AM

23   with everyone present was just chitchat, nothing about their   09:17AM

24   situation, the business of the meeting.  Just chitchat.     09:17AM

25   Q    How many times did they meet at your church?           09:17AM

1    A    Again, it's a guess.  Not more than six.  Three, four, five    09:17AM

2    possibly.    09:17AM

3    Q    So you said you felt it was your obligation or part of your    09:17AM

4    ministry, would that be correct, to let them meet there?    09:18AM

5    A    That's correct, yes.    09:18AM

6    Q    If you felt it was part of your ministry to assist in this    09:18AM

7    manner, why didn't you attend the meetings?    09:18AM

8    A    Well, the meetings were called for the purpose of -- for the    09:18AM

9    purpose of -- they had professional representation that knew the    09:18AM

10   facts.  I was not privy to the facts at all with regard to their    09:18AM

11   work, their contracts with the company.  And I knew people from    09:18AM

12   Signal Company, and I felt -- I would have felt equally    09:18AM

13   obligated to respond if they requested the church buildings for    09:18AM

14   a meeting.    09:18AM

15   Q    Is it routine for lawyers to meet with individuals at your    09:18AM

16   church?    09:18AM

17   A    It never arose before that.  That was a first-time    09:18AM

18   experience.    09:18AM

19   Q    Did they ever complain about the bedding situation in the    09:18AM

20   bunkhouses?    09:18AM

21   A    Not to me, no.    09:18AM

22   Q    Did they ever complain about the food?    09:18AM

23   A    Again, not to me, no.    09:18AM

24   Q    Did the workers ever complain about fees they paid in India?    09:18AM

25   A    Not to me, no.    09:18AM

1   Q   Did the workers ever complain about the work itself that   09:18AM

2   they did at Signal?   09:18AM

3   A   No, not to me.   09:18AM

4   Q   Did they ever complain that they felt unsafe because of the   09:18AM

5   work?   09:19AM

6   A   No.   09:19AM

7   Q   Did they ever complain that they felt like they were being   09:19AM

8   -- they were given the dirtiest jobs at Signal?   09:19AM

9   A   No.   09:19AM

10   Q   Did they ever complain about their health benefits?   09:19AM

11   A   No.   09:19AM

12   Q   Did they ever complain about being given false promises?   09:19AM

13   A   I think they certainly led me to believe that they were,   09:19AM

14   that that was the case.  But I was not privy to what the false   09:19AM

15   promise was.   09:19AM

16   Q   Is that correct that earlier you testified that there were   09:19AM

17   between three and five, perhaps six meetings at your church?   09:19AM

18   A   Roughly, yes.  I think that would be about correct.   09:19AM

19   Q   Did these occur over the course of six months?   09:19AM

20   A   Within a six-month timeframe, I would say yes.  Maybe   09:19AM

21   shorter.   09:19AM

22   Q   Would it be correct to say that they met once every month or   09:19AM

23   was it more frequent?   09:19AM

24   A   Once a month would be approximate, I think.   09:19AM

25   Q   Did any of the workers ever mention human trafficking to   09:19AM

1    you?                                                                09:19AM

2    A    No.                                                            09:19AM

3    Q    Did the workers ever tell you they liked working at Signal?   09:19AM

4    A    No.  They never told me that.                                 09:20AM

5    Q    Did they ever tell you that they disliked working at Signal?  09:20AM

6    A    They never verbally said so, but they sure implied that with  09:20AM

7    their -- the impression of unhappiness that they were              09:20AM

8    projecting.                                                        09:20AM

9    Q    When you say that they were projecting, what do you mean by    09:20AM

10   that?                                                              09:20AM

11   A    They would come to church -- you see, I was not privy to       09:20AM

12   their contracts with Signal.  I purposely didn't want to get       09:20AM

13   involved in any of their business.  But they would give the        09:20AM

14   impression that they were unhappy and that they were being         09:20AM

15   mistreated.                                                        09:20AM

16               And, you know, requested if they need to air their      09:20AM

17   grievances, and I provided that.  Other than that, I had no        09:20AM

18   dealings with their business affairs at all.                       09:20AM

19   Q    Did any of the workers appear emaciated?                       09:20AM

20   A    No.                                                           09:20AM

21   Q    Did any of the workers appear overweight?                      09:20AM

22   A    No.                                                           09:20AM

23   Q    Did the workers appear fit?                                    09:20AM

24   A    Yes.                                                          09:20AM

25   Q    Before today had you ever seen the Dan Rather piece?           09:20AM

1    A    No.  I have not seen that.                                     09:21AM

2    Q    In the piece Saket Soni refers to the first meeting he had     09:21AM

3    with the workers, and said that there were 110 workers that         09:21AM

4    showed up, exceeding his expectation of a few.                      09:21AM

5                   Would you agree with that characterization of what   09:21AM

6    he said?                                                            09:21AM

7    A    It did not take place in the church to the best --             09:21AM

8    Q    Let me back up.  Do you agree with my summary of what he       09:21AM

9    said on the video clip?                                             09:21AM

10   A    Yes.  I heard what he said.                                    09:21AM

11   Q    The only reason I ask is because, for the record, what he      09:21AM

12   said isn't on the record itself.                                    09:21AM

13              MR. BHATNAGAR:  Your Honor, there was a passage          09:21AM

14   omitted.  I know it was inadvertent.                                09:21AM

15              MR. ROUX:  Oh.  Oh, I'm sorry.                           09:21AM

16              MR. BHATNAGAR:  Line 11.                                 09:21AM

17   BY MR. ROUX:                                                        09:21AM

18   Q    Did anything that you experienced with them or witness with    09:21AM

19   them or understood from them in this context make you feel like     09:21AM

20   they were in danger?                                                09:21AM

21   A    Not physical danger, not -- I may not have my facts.           09:21AM

22              It seems like the issue of their passports came up       09:21AM

23   and they were not free to go around, move around.                  09:22AM

24              And, like I say, my knowledge is not accurate, I         09:22AM

25   know that.  But they felt -- I got the impression from them that    09:22AM

1    they had the feeling of being trapped here because of their    09:22AM

2    legal status, their contract with Signal.  I think I got the    09:22AM

3    impression from them that they would have gladly left here to    09:22AM

4    seek employment elsewhere if they could, but they weren't able    09:22AM

5    to do that.    09:22AM

6    Q    Let me back up.  Do you agree with my summary of what he    09:22AM

7    said on the video clip?    09:22AM

8    A    Yes.  I heard what he said.    09:22AM

9    Q    The only reason I ask is because, for the record, what he    09:22AM

10   said isn't on the record itself.    09:22AM

11              Did that initial meeting happen at Sacred Heart?    09:22AM

12   A    At Sacred Heart, but not in the church itself.    09:22AM

13   Q    Not in the church itself.    09:22AM

14              Where did that initial happen?    09:22AM

15   A    In the old cafeteria where the group met for the business    09:22AM

16   meetings.    09:22AM

17   Q    Did the group always meet in the cafeteria?    09:22AM

18   A    Yes.    09:22AM

19   Q    Did you ever meet Saket Soni, having now seen him on the    09:22AM

20   screen?    09:23AM

21   A    Yes.  I remember seeing him.    09:23AM

22   Q    Do you recall ever talking to him?    09:23AM

23   A    Well, I remember just exchanging pleasantries maybe, but    09:23AM

24   absolutely no knowledge of anything we said.    09:23AM

25   Q    I'll rephrase the question.    09:23AM

1     Would you say that the meetings being held between 09:23AM

2 the workers and the other parties were -- was clandestine in 09:23AM

3 nature, or was it open? 09:23AM

4 A Open to the general public, no. 09:23AM

5 Q Open in terms of them not hiding that they were meeting? 09:23AM

6 A I think they -- I would have to consider them clandestine 09:23AM

7 meetings. 09:23AM

8 Q When you say that why do you say that? 09:23AM

9 A It was just strictly the Indian community dealing with their 09:23AM

10 immediate problems. 09:23AM

11 Q Would you consider the meetings to have been secret? 09:23AM

12 A Well, I suppose there are degrees of secrecy.  Not absolute 09:23AM

13 secrecy, but yes, they were private meetings. 09:23AM

14 Q Would you be surprised if Signal provided the transportation 09:23AM

15 that got them to these meetings? 09:23AM

16 A No.  I wouldn't be surprised. 09:23AM

17 Q Did Tom Caffrey volunteer at the church at any time between 09:23AM

18 2006 and 2009? 09:24AM

19 A Yes. 09:24AM

20 Q In what capacity did he volunteer? 09:24AM

21 A Transporting the Indians from the camp to the church and 09:24AM

22 being a listening ear to their complaints and issues. 09:24AM

23 Q Did he attend the meetings with the Indian workers? 09:24AM

24 A Yes.  To the best my knowledge, he attended all of them. 09:24AM

25 Q One final question, Father.  At any time in your dealings 09:24AM

1    with the H-2B visa workers, did they ever come to you and       09:24AM

2    request sanctuary?                                              09:24AM

3    A    No.                                                        09:24AM

4         MR. ROUX:  Your Honor, the next reading is from Thomas     09:24AM

5    Caffrey, parishioner from Sacred Heart in Pascagoula,           09:24AM

6    Mississippi.                                                    09:24AM

7         THE COURT:  Yes.                                           09:24AM

8             And we'll have the same reader?                        09:24AM

9         MR. ROUX:  Yes.                                            09:24AM

10            May I approach the witness.                            09:24AM

11        THE COURT:  Yes.                                           09:24AM

12            (Following Deposition Of Thomas Caffrey Was Read       09:24AM

13   Into the Record.)                                               09:24AM

14   BY MR. ROUX:                                                    09:24AM

15   Q    Did you attend undergraduate education at a university?    09:25AM

16   A    Yes.                                                       09:25AM

17   Q    Did you graduate?                                          09:25AM

18   A    Yes.                                                       09:25AM

19   Q    Which university did you attend?                           09:25AM

20   A    The Catholic University of America.  And I also have an    09:25AM

21   undergraduate agree from Mississippi College.                  09:25AM

22   Q    Mississippi College is the name of the college?           09:25AM

23   A    Yes.                                                       09:25AM

24   Q    And what is your degree in from Catholic University?      09:25AM

25   A    Economics/finance.                                         09:25AM

```
 1              I'm sorry to interrupt.  This is Gerald Miller.    09:25AM

 2  But I'm having difficulty hearing the witness.              09:25AM

 3  A    Okay.  Economics/finance.                              09:25AM

 4  Q    And your degree from Mississippi College, what is it in?  09:25AM

 5  A    Mathematics.                                           09:25AM

 6  Q    And when did you graduate from Catholic university?    09:25AM

 7  A    '91, May of '91.                                       09:25AM

 8  Q    And from Mississippi College?                          09:26AM

 9  A    May of '95.                                            09:26AM

10  Q    During the years from 2006 to 2009 or 2008, I should say,  09:26AM

11  are you aware of Indian H-2B visa workers that worked at Signal  09:26AM

12  International?                                               09:26AM

13  A    Yes.                                                   09:26AM

14  Q    Are you aware that some of them attended church at Sacred  09:26AM

15  Heart?                                                      09:26AM

16  A    Oh, yes.                                               09:26AM

17  Q    Did you have interactions with these individuals?      09:26AM

18  A    Yes.                                                   09:26AM

19  Q    When did you first become aware of these individuals?  09:26AM

20  A    I first saw them, it was probably December of '06.  They  09:26AM

21  were walking around the church.  I can't remember what day of  09:26AM

22  the week it was, but looking back I think they had walked from  09:26AM

23  Signal to find the church.                                  09:26AM

24              And once they had found it, they were just kind of  09:26AM

25  -- they couldn't, you know, they were just walking around  09:26AM
```

1  looking at the scenery.  Whatever.  I didn't know what they were  09:26AM

2  doing.  09:26AM

3           But then before Christmas they approached me after  09:26AM

4  mass and wanted me to see if there was some way they could get a  09:26AM

5  ride to the church for Christmas mass.  09:26AM

6           And I spoke to Father Kelleher, and he got a key  09:26AM

7  to the school bus, and I picked them up for mass for Christmas.  09:27AM

8  Q   Do you recall the names of the individuals you first met?  09:27AM

9  A   The one that was acting as the main go-between spoke  09:27AM

10 half-way decent English, he went by George, but now I have no  09:27AM

11 idea knowing -- I don't think that's his full Indian name, but  09:27AM

12 he went by George.  And I met more of them as time went by.  09:27AM

13 Q   Do you recall any of the names of the others that you met  09:27AM

14 with?  09:27AM

15 A   I had to meet with two of them, George called me one night,  09:27AM

16 Chacko I think and Beju, and I knew Kevin.  And I had Kevin's  09:27AM

17 phone number in my wallet for years.  09:27AM

18           I have a lost touch with him, but I spoke to him  09:27AM

19 for a couple of years.  09:27AM

20 Q   So it would be fair to say that you were close with Kevin?  09:27AM

21 A   Yes.  I met several others, but I can't remember their  09:27AM

22 names.  09:27AM

23 Q   Do you recall meeting Sabulal Vijayan?  09:27AM

24 A   I mean, it sounds familiar.  It sounds like maybe he was one  09:27AM

25 of the names in the newspaper.  I'm not sure.  There were times  09:27AM

1   where there was, you know, a hundred Indians in a room with me   09:27AM

2   and he was probably there.  I don't know.  I don't --   09:28AM

3   Q   I just have a couple names I'm going to ask you about.   09:28AM

4   A   Okay.   09:28AM

5   Q   Forgive me if I butcher them.   09:28AM

6              Ramesh Gunisetti, do you recall him?   09:28AM

7   A   I could have very well met with him, but I just don't know.   09:28AM

8   Q   What about Vargeeth Kurian?   09:28AM

9   A   Again, I'm not sure.   09:28AM

10  Q   Hemant Khuttan?   09:28AM

11  A   I don't know.  I could have met him.  I don't know.   09:28AM

12  Q   Just let me know if any of these sound familiar.   09:28AM

13  A   Okay.   09:28AM

14  Q   Sony Vasudevan Sulekha?   09:28AM

15             When you answer, you need to answer in the   09:28AM

16  affirmative.   09:28AM

17  A   Well, I don't recognize the name but it doesn't mean that he   09:28AM

18  didn't tell it to me or something.   09:28AM

19  Q   What about Pol Sang?   09:28AM

20  A   The same.   09:28AM

21  Q   Isaac Andrews Padavettiyil?   09:28AM

22  A   Same.   09:28AM

23  Q   Jacob Joseph Kadakkarrappally?   09:28AM

24  A   Joseph rings a bell, but I don't know.  There could have   09:28AM

25  been more than one Joseph.   09:28AM

| | | |
|---|---|---|
| 1 | Q   Did you meet with them weekly? | 09:28AM |
| 2 | A   Like, it's not like we had a meeting every week.  But, I | 09:28AM |
| 3 | mean, they would call me if they needed something. | 09:28AM |
| 4 | I met them on Sunday mornings.  Sometimes, some of | 09:29AM |
| 5 | them, we'd head out to the house to -- they were looking for | 09:29AM |
| 6 | more work, and they helped us plant a garden.  I went out | 09:29AM |
| 7 | driving around, showing them the coast.  Maybe four or five guys | 09:29AM |
| 8 | in the car. | 09:29AM |
| 9 | Again, I couldn't tell you which guys they were | 09:29AM |
| 10 | except George was almost always there. | 09:29AM |
| 11 | Q   And did you call Southern Poverty Law Center? | 09:29AM |
| 12 | A   Yes. | 09:29AM |
| 13 | Q   Who did you speak with there? | 09:29AM |
| 14 | A   I don't remember who I spoke to the first time.  I know I | 09:29AM |
| 15 | got a call back from JJ. | 09:29AM |
| 16 | Q   That's JJ Rosenbaum? | 09:29AM |
| 17 | A   Yeah. | 09:29AM |
| 18 | Q   And do you recall if you called the New Orleans office or | 09:29AM |
| 19 | the Atlanta office? | 09:29AM |
| 20 | A   I thought they were in Alabama. | 09:29AM |
| 21 | Q   Alabama. | 09:29AM |
| 22 | A   I could be wrong.  I don't know. | 09:29AM |
| 23 | Q   And, when you talked to JJ, what did you tell her? | 09:29AM |
| 24 | A   I told her what I told you. | 09:29AM |
| 25 | Q   And what did she say? | 09:29AM |

1    A    We -- I think we set up a meeting.  She asked it I could get    09:29AM

2    a place for us to meet.    09:29AM

3    Q    And where did you meet with her?    09:29AM

4    A    In the cafeteria on the school campus next to the church.    09:30AM

5    Q    And who else was at that meeting?    09:30AM

6    A    About 100 or more guest workers, Saket Soni.  I think there    09:30AM

7    were -- there might have been more people from Southern Poverty,    09:30AM

8    I'm not sure.  I know JJ was there.  Saket kind of ran the    09:30AM

9    meeting because he could speak Hindi and a lot of them could    09:30AM

10    speak Hindi.    09:30AM

11            A lot of them couldn't understand, because I think    09:30AM

12    they only spoke the language of Kerala, which is Malayalam.    09:30AM

13    Q    Was there anyone to translate into Malayalam for the    09:30AM

14    Malayalams from Kerala?    09:30AM

15    A    They were doing it themselves.  The ones that could speak    09:30AM

16    Malayalam and Hindi were translating what Saket was saying.    09:30AM

17    Q    And were there any translating back and forth into English    09:30AM

18    for the non-Hindi non-Malayalam speakers?    09:30AM

19    A    I think they did once in a while.  I picked up something in    09:30AM

20    there.  I don't remember everything I picked up, but I think    09:30AM

21    they had to let JJ know what was going on.    09:30AM

22    Q    And when abouts was this meeting?    09:31AM

23    A    Probably in March '07 maybe.    09:31AM

24    Q    And how many meetings like this were conducted?    09:31AM

25    A    That was the big one I remember.  I don't remember any other    09:31AM

1   big ones like that.                                                          09:31AM

2   Q   Was this meeting during the day or at night?                            09:31AM

3   A   It was during the day.  It was after church on Sunday.                  09:31AM

4   Q   And, other than this meeting that you have described as                 09:31AM

5   being very large, were there other smaller meetings?                        09:31AM

6   A   I think we may have met again on another Sunday, but it                 09:31AM

7   wasn't -- the turnout wasn't the same.                                      09:31AM

8   Q   Would you say it was half as large?                                     09:31AM

9   A   I can't remember, sir.                                                  09:31AM

10  Q   And do you recall when that meeting occurred?                           09:31AM

11  A   The other one?                                                          09:31AM

12  Q   Uh-huh.                                                                 09:31AM

13  A   Probably a week or two after the first one.                            09:31AM

14  Q   Did you see them at church after they stopped using your               09:31AM

15  bus?                                                                        09:31AM

16  A   Not nearly as many as were going before.                               09:31AM

17  Q   But some?                                                               09:31AM

18  A   Some.                                                                   09:31AM

19  Q   How many would you say?                                                 09:31AM

20  A   I don't know.  One dozen.                                              09:31AM

21  Q   What is your opinion of temporary worker programs that use             09:31AM

22  H-2B visa labor?                                                            09:32AM

23  A   I don't have a problem with it.                                         09:32AM

24  Q   Do you feel the programs are bad?                                       09:32AM

25  A   No.                                                                     09:32AM

1    Q    Do you feel that they're good?                                09:32AM

2    A    If people don't abuse the workers, they're good.            09:32AM

3    Q    Did you go to Father Kelleher to set up the meetings?       09:32AM

4    A    No.                                                          09:32AM

5    Q    Or did the Indian workers?                                  09:32AM

6    A    The Indians called me at night and I went the next day with 09:32AM

7    them.                                                            09:32AM

8    Q    So the Indians called you?                                  09:32AM

9    A    Yes.  George.                                               09:32AM

10   Q    George called you.  Did you put Southern Poverty in touch   09:32AM

11   with George or the other Indian workers?                         09:32AM

12   A    Probably.                                                    09:32AM

13   Q    Do you know if they held meetings that you did not attend?  09:32AM

14   A    I don't know of any.  I'm sure -- I mean, I don't know.  I  09:32AM

15   don't know of any.                                               09:32AM

16   Q    Did you correspond with the Southern Poverty Law Center?    09:32AM

17   A    Yes.                                                         09:32AM

18   Q    And did you correspond with them by email?                  09:32AM

19   A    Mostly phone calls.  I guess that's not correspondence, but 09:32AM

20   I know I was in touch with JJ a lot.                             09:32AM

21   Q    I see.  Does the name Jomon George sound familiar?          09:32AM

22   A    I don't know.                                               09:33AM

23   Q    Roy Punakkattu George?                                      09:33AM

24   A    I don't know.                                               09:33AM

25   Q    George Parathara Thomas?                                    09:33AM

```
 1   A    I'm not sure.                                           09:33AM

 2   Q    Fnu Peter George?                                       09:33AM

 3   A    I'm not sure.                                           09:33AM

 4   Q    Shaiju Vadakkal George?                                 09:33AM

 5   A    I don't know.                                           09:33AM

 6   Q    Georgekutty Puthiyaparampilthomas?                      09:33AM

 7   A    I don't know.                                           09:33AM

 8   Q    George Chakkiyattil?                                    09:33AM

 9   A    I don't know.                                           09:33AM

10   Q    Kevin George Kanappilly?                                09:33AM

11   A    I don't know.                                           09:33AM

12   Q    George Trijo Vadakkepurathan?                           09:33AM

13   A    I don't know.                                           09:33AM

14   Q    John Kunnumpaurathu George?                             09:33AM

15   A    I don't know.                                           09:33AM

16   Q    Philip Pindakadavil George?                             09:33AM

17   A    I don't know.                                           09:33AM

18   Q    Last one.  George Pulikkeparmabil Varghese?             09:33AM

19   A    I don't know.                                           09:33AM

20   Q    Do you believe in your personal experience and knowledge 09:33AM

21   that slaves are typically paid?                              09:34AM

22        THE READER:  Sorry, what page are you on?               09:34AM

23        MR. ROUX:  Fifty-eight.                                 09:34AM

24        THE WITNESS:  Forty-seven?                              09:34AM

25        MR. ROUX:  It's page fifty-eight.                       09:34AM
```

1          THE WITNESS:  I have a designation of forty-seven.      09:34AM

2    BY MR. ROUX:      09:34AM

3    Q   To your knowledge, the workers were not meeting prior to      09:34AM

4    that?      09:34AM

5    A   No.  Maybe with each other.  I don't know.  Not with -- not      09:34AM

6    with me knowing about it.  Not with -- and I don't think -- I      09:34AM

7    think Southern Poverty Law Center was that first contact was      09:34AM

8    that meeting I described earlier where over a hundred people      09:35AM

9    were there.      09:35AM

10   Q   And you said to your knowledge they only met twice; is that      09:35AM

11   correct?      09:35AM

12   A   It could have been two or three times, I don't know.  I      09:35AM

13   mean, people started running away.  People started not going to      09:35AM

14   church because they didn't want to get involved any more because      09:35AM

15   they were scared.  So I don't know.      09:35AM

16   Q   Do you believe in your personal experience and knowledge      09:35AM

17   that slaves are typically paid?      09:35AM

18   A   I guess not.      09:35AM

19   Q   Did this interview take place in the Sacred Heart church, to      09:35AM

20   the best of your knowledge?      09:35AM

21   A   I wish you would have asked me that while it was going on.      09:35AM

22   I know they showed the church a bunch there, the interview with      09:35AM

23   Sony.      09:35AM

24   Q   Uh-huh.  I'd have to see it again.  I wasn't paying      09:35AM

25   attention to where he was sitting.      09:35AM

| | | |
|---|---|---|
| 1 | That's the church, yes. | 09:35AM |
| 2 | MR. ROUX:  That's it, Your Honor. | 09:36AM |
| 3 | THE COURT:  Thank you. | 09:36AM |
| 4 | Signal can call its next witness. | 09:36AM |
| 5 | MS. BOLLMAN:  Our next witness will be Ramesh | 09:36AM |
| 6 | Gunisetti, Your Honor. | 09:36AM |
| 7 | RAMESH GUNISETTI, being first duly sworn, | 09:36AM |
| 8 | testified as follows: | 09:36AM |
| 9 | CASE MANAGER:  Please be seated.  And state and spell | 09:36AM |
| 10 | your name for the record. | 09:36AM |
| 11 | THE WITNESS:  Ramesh Gunisetti. | 09:36AM |
| 12 | CASE MANAGER:  Please spell your name. | 09:37AM |
| 13 | THE WITNESS:  R-A-M-E-S-H.  First name.  Last name is | 09:37AM |
| 14 | Gunisetti, G-U-N-I-S-E-T-T-I. | 09:37AM |
| 15 | DIRECT EXAMINATION | 09:37AM |
| 16 | BY MS. BOLLMAN: | 09:37AM |
| 17 | Q   Good morning, Mr. Gunisetti.  May I call you Mr. Ramesh | 09:37AM |
| 18 | during this testimony? | 09:37AM |
| 19 | A   Yeah.  No problem. | 09:37AM |
| 20 | Q   Thank you. | 09:37AM |
| 21 | Mr. Ramesh, are you married? | 09:37AM |
| 22 | A   Yes. | 09:37AM |
| 23 | Q   What is your wife's name? | 09:37AM |
| 24 | A   Usharani Gunisetti. | 09:37AM |
| 25 | Q   Do you have any children? | 09:37AM |

| | | | |
|---|---|---|---|
| 1 | A | Two boys. | 09:37AM |
| 2 | Q | And how old are they? | 09:37AM |
| 3 | A | One is 14 and one is 11. | 09:37AM |
| 4 | Q | And what is your country of citizenship? | 09:37AM |
| 5 | A | India. | 09:37AM |
| 6 | Q | And what part of India are you from? | 09:37AM |
| 7 | A | Southeast part of the India, from Viskhapatnam. | 09:37AM |
| 8 | Q | And were you born there? | 09:37AM |
| 9 | A | Yes. | 09:37AM |
| 10 | Q | And did you attend school there? | 09:37AM |
| 11 | A | Yes. | 09:38AM |
| 12 | Q | How far did you get in school? | 09:38AM |
| 13 | A | I did -- I did attend class.  I did tenth class.  I mean, in | 09:38AM |
| 14 | | India matriculation. | 09:38AM |
| 15 | Q | And so is tenth grade matriculation similar to graduating | 09:38AM |
| 16 | | from high school in the United States? | 09:38AM |
| 17 | A | No. | 09:38AM |
| 18 | Q | No? | 09:38AM |
| 19 | | So did you complete the equivalent of high school | 09:38AM |
| 20 | | in India | 09:38AM |
| 21 | A | No.  I took tenth standard, like I took matriculation in | 09:38AM |
| 22 | | India.  I went to a technical school. | 09:38AM |
| 23 | Q | And what technical school did you go to? | 09:38AM |
| 24 | A | ITI.  It's a welding course. | 09:38AM |
| 25 | Q | And you studied welding there? | 09:38AM |

```
 1   A    Yes.                                                           09:38AM

 2   Q    And after you studied welding in trade school did you          09:38AM

 3   continue to work as a welder?                                       09:38AM

 4   A    No.                                                            09:38AM

 5   Q    Did you change crafts?                                         09:38AM

 6   A    Yes.                                                           09:39AM

 7   Q    To what craft did you change?                                  09:39AM

 8   A    I changed to fitter job.                                       09:39AM

 9   Q    And how did that -- how did that happen, that you changed      09:39AM

10   from being a welder to a fitter?                                    09:39AM

11   A    Oh, I went to Singapore in 1995 as a welder.  And after       09:39AM

12   that, there they switched me to a chief fitter department, and I    09:39AM

13   started learning from the -- in the country and started working     09:39AM

14   as a fitter.                                                        09:39AM

15   Q    And where do you work now?                                     09:39AM

16   A    Say again?                                                     09:39AM

17   Q    Where do you work now presently?                               09:39AM

18   A    Signal International.                                          09:39AM

19   Q    And how long have you been working at Signal?                  09:39AM

20   A    Eight years now.                                               09:39AM

21   Q    And what is your job position at Signal now?                   09:39AM

22   A    Safety rep.                                                    09:39AM

23   Q    I want to go back now and talk a little bit more about your    09:39AM

24   job experience before you came to Signal.  Before you worked at     09:39AM

25   Signal did you ever work in a country other than India?            09:40AM
```

```
1    A    No.                                                         09:40AM

2    Q    I'm sorry?                                                  09:40AM

3    A    Say again?                                                  09:40AM

4    Q    Before you worked at Signal, did you ever work in a country 09:40AM

5    other than India?                                               09:40AM

6    A    Oh, yes.                                                    09:40AM

7    Q    What countries have you worked in besides India?           09:40AM

8    A    Oh, I work in Singapore, Africa, and Azerbaijan, and in Abu 09:40AM

9    Dhabi and USA.                                                  09:40AM

10   Q    I want to talk about them one at a time for a minute,      09:40AM

11   please.                                                         09:40AM

12                When you worked in Singapore, did you use an agent  09:40AM

13   to get that job?                                                09:40AM

14   A    Yes.                                                        09:40AM

15   Q    And did you pay the agent a fee to get that job?           09:40AM

16   A    Yes.                                                        09:40AM

17   Q    And how much did you pay?                                  09:40AM

18   A    First time when I went to Singapore in 1995, I paid Indian 09:40AM

19   rupees 55,000 rupees.                                           09:41AM

20   Q    And how long was this job opportunity for?                 09:41AM

21   A    That is for first two years contract.                      09:41AM

22   Q    For a two-year contract?                                   09:41AM

23   A    Yes.                                                        09:41AM

24   Q    And did you need a visa to go to Singapore?                09:41AM

25   A    Yes.                                                        09:41AM
```

| | | |
|---|---|---|
| 1 | Q   What was the name of the company that you worked for? | 09:41AM |
| 2 | A   Singapore Technologies Ship Building. | 09:41AM |
| 3 | Q   And what was your position in that company? | 09:41AM |
| 4 | A   I went as a welder, but as -- I worked as a fitter there. | 09:41AM |
| 5 | Q   So that's the company in which you started out as a welder | 09:41AM |
| 6 | but learned to become a fitter? | 09:41AM |
| 7 | A   Yes. | 09:41AM |
| 8 | Q   And how much money did you earn at this job? | 09:41AM |
| 9 | A   In Singapore they used to give us monthly salaries, like. | 09:41AM |
| 10 | So I went on a basic salary of $420, Singapore dollars, and plus | 09:41AM |
| 11 | overtime.  And it will be roughly like -- I used to earn 900 to | 09:42AM |
| 12 | 950 Singapore dollars per month. | 09:42AM |
| 13 | Q   A month? | 09:42AM |
| 14 | A   Yes. | 09:42AM |
| 15 | Q   And after you finished your two-year contract at Singapore, | 09:42AM |
| 16 | where did you go to work? | 09:42AM |
| 17 | A   After that, next country is Africa.  I worked with Cameroon. | 09:42AM |
| 18 | Q   In Cameroon? | 09:42AM |
| 19 | A   Yes. | 09:42AM |
| 20 | Q   And did you use an agent to get that job? | 09:42AM |
| 21 | A   Yes. | 09:42AM |
| 22 | Q   And did you pay the agent a fee to get that job? | 09:42AM |
| 23 | A   Yes. | 09:42AM |
| 24 | Q   And how much did you pay? | 09:42AM |
| 25 | A   40,000 rupees. | 09:42AM |

| | | |
|---|---|---|
| 1 | Q   And did you need a visa to go to Africa -- to Cameroon to | 09:42AM |
| 2 | work? | 09:42AM |
| 3 | A   Say again? | 09:42AM |
| 4 | Q   Did you need a visa to go to Cameroon to work? | 09:42AM |
| 5 | A   Oh, yes. | 09:42AM |
| 6 | Q   And what was your job position at this company? | 09:42AM |
| 7 | A   I went as a fitter. | 09:43AM |
| 8 | Q   And how long did you work there? | 09:43AM |
| 9 | A   Ten or eleven months. | 09:43AM |
| 10 | Q   Eleven months? | 09:43AM |
| 11 | A   Ten or eleven. | 09:43AM |
| 12 | Q   Ten or eleven.  Okay, thank you. | 09:43AM |
| 13 | And where did you -- what was your next job that | 09:43AM |
| 14 | you went to after you left Cameroon? | 09:43AM |
| 15 | A   After Cameroon I selected for -- I went next country | 09:43AM |
| 16 | Azerbaijan is a country and I work in the city, is Baku. | 09:43AM |
| 17 | Q   And what company did you work for there? | 09:43AM |
| 18 | A   Boshell.  That's a company there in Azerbaijan. | 09:43AM |
| 19 | Q   Did you use an agent to get that job? | 09:43AM |
| 20 | A   Yes. | 09:43AM |
| 21 | Q   And did you pay the agent a fee to get that job? | 09:43AM |
| 22 | A   Yes. | 09:43AM |
| 23 | Q   And how long was this job opportunity? | 09:43AM |
| 24 | A   Two years.  I worked for twenty months there. | 09:43AM |
| 25 | Q   You worked for twenty months there. | 09:44AM |

```
1            And what was your position at this company?          09:44AM

2    A    A fitter.                                               09:44AM

3    Q    And how much did you earn?                              09:44AM

4    A    In Baku, my salary plus overtime, everything goes, around a   09:44AM

5    thousand dollars a month.                                   09:44AM

6    Q    And when you completed the job, the two-year contract there,   09:44AM

7    where was the next job opportunity that you had?            09:44AM

8    A    Next, I went to Abu Dhabi.                              09:44AM

9    Q    And who did you work for in Abu Dhabi?                  09:44AM

10   A    D-E-N-Z, it's like Denz.                                09:44AM

11   Q    And did you use an agent to get that job?               09:44AM

12   A    Oh, yes.                                                09:44AM

13   Q    And did you pay the agent a fee to get that job?        09:44AM

14   A    Yes.                                                    09:44AM

15   Q    And how much did you pay the agent?                     09:44AM

16   A    Oh, that's 20,000 Indian rupees.                        09:45AM

17   Q    And how long was that job opportunity?                  09:45AM

18   A    That job was like two years' contract, is what they said.   09:45AM

19   Q    And what was your job position at that company?         09:45AM

20   A    Fitter.                                                 09:45AM

21   Q    And after your two-year contract was up, where did you go   09:45AM

22   after that?                                                 09:45AM

23   A    Say again?                                              09:45AM

24   Q    After your two-year contract was up with that company, where   09:45AM

25   did you go to work?                                        09:45AM
```

1    A    Oh, I did not finish my contract with Abu Dhabi company, and    09:45AM

2    I came back to India to get a chance to USA.    09:45AM

3    Q    Okay.  Was using an agent common in India to get a job    09:45AM

4    abroad?    09:45AM

5    A    Say again?    09:45AM

6    Q    Was using an agent common in India in order to get a job    09:45AM

7    abroad?    09:45AM

8    A    Yes.    09:45AM

9    Q    While you were living in India, did you ever get a job    09:45AM

10   abroad without using an agent?    09:46AM

11   A    No.  We needed agent to go out of India.    09:46AM

12   Q    How did you first hear about the job opportunity with    09:46AM

13   Signal?    09:46AM

14   A    Sachin Dewan was like agent for that game -- like, for that    09:46AM

15   Signal International.  So before that, I met one time in India    09:46AM

16   Sachin Dewan for USA process program, like.    09:46AM

17               So I met by that time, it's not like so urgent,    09:46AM

18   like immediately requirement to that country.  So later on I    09:46AM

19   came to know that there was selections going on in India, so    09:46AM

20   they going to do some tests for Signal and I went to that.    09:47AM

21   Q    What did Sachin Dewan tell you about the job opportunity at    09:47AM

22   Signal?    09:47AM

23   A    He said an H-2B visa, that we will get an extension, an    09:47AM

24   extension, and a green card.    09:47AM

25   Q    And were you going to be going to Signal International as a    09:47AM

1   fitter?                                                        09:47AM

2   A   Oh, yes.                                                   09:47AM

3   Q   Did you have to test for the position at Signal?           09:47AM

4   A   Oh, yes.                                                   09:47AM

5   Q   Describe the testing process to me, please.               09:47AM

6   A   In India there was the two clients came from USA.  By the  09:47AM

7   time I don't know the names.                                   09:47AM

8                   And they've been doing testing.  One side welding  09:47AM

9   tests going on in institute, in Visakhapatnam, where is town --  09:48AM

10  my hometown is, and one side they're doing fitter, like pipe   09:48AM

11  fitters and ship fitters, a paper test.                        09:48AM

12  Q   And by a paper test, you mean you took a written test?     09:48AM

13  A   Yeah.  Like paper test, they have questions on it,         09:48AM

14  measurements, and the layout of a structure.  And we did the   09:48AM

15  paper test of answering what is next, what is next in the paper 09:48AM

16  test like.                                                     09:48AM

17  Q   And did you pass the fitter test?                          09:48AM

18  A   Yes.                                                       09:48AM

19  Q   Had you ever used Mr. Dewan as an agent before this time?  09:48AM

20  A   Oh, no.  This is first time for USA.  Every time I go with a 09:48AM

21  different agencies and different opportunities, which I see in  09:48AM

22  the newspapers and contacted the agents and go through them.    09:48AM

23  Q   Was the process that you went through with Mr. Dewan for the 09:49AM

24  job opportunity at Signal any different than the process you had 09:49AM

25  gone through in the past for your other job opportunities       09:49AM

1    abroad?                                                        09:49AM

2    A    No.  It's totally different from Dewan agents to come to  09:49AM

3    USA, they said we must go to consulate interview to get a visa 09:49AM

4    to travel to come and work for -- in the USA.                  09:49AM

5    Q    Prior to your consulate interview, did you have any meetings 09:49AM

6    with Mr. Dewan?                                                09:49AM

7    A    Yes.                                                      09:49AM

8    Q    What did he tell you?  Was it one meeting?  Did you have one 09:49AM

9    meeting with Mr. Dewan?                                        09:49AM

10   A    Like first time I met him while I'm doing test in India.  09:49AM

11   And after that, in middle I went to another country, for Abu   09:50AM

12   Dhabi.  And after -- I met by that time -- one time and when I  09:50AM

13   came back from Abu Dhabi for the interviews I met again, yeah.  09:50AM

14   Q    All right.  So your at your first meeting when you met Mr. 09:50AM

15   Dewan when you were testing, what did he give you any           09:50AM

16   information about the job opportunity at Signal?               09:50AM

17   A    Yeah.  He said there was an H-2B visa the workers will go to 09:50AM

18   work with Signal, and that's the reason they're doing some     09:50AM

19   testing here.  And go ahead and give a test.                   09:50AM

20   Q    And then when you came back and met with him again before  09:50AM

21   the consulate interview, did he tell you anything in that      09:50AM

22   meeting?                                                       09:50AM

23   A    Yeah.  He said like I came to know when I was in Abu Dhabi, 09:50AM

24   through some of my friends, they said like there was an H-2B   09:51AM

25   visa program is going on with Sachin Dewan, so if you wanted to 09:51AM

1   contact, contact him and see what he says.                                09:51AM

2           And I tried to contact him when I was in Abu Dhabi              09:51AM

3   to see how it -- how far it is.  And I tried to contact him and        09:51AM

4   one time I couldn't get him, like two times I think -- second          09:51AM

5   time I think I caught him on the phone conversation.  So I              09:51AM

6   talked to him.                                                          09:51AM

7           And he said:  Yeah, it's going on.  If you want to             09:51AM

8   come to try for interview, and you must come to India for that         09:51AM

9   consulate interview.                                                    09:51AM

10          And I asked when and how it goes.                              09:51AM

11          And he said:  I'll let you know when it goes.  By              09:51AM

12  the time you must come to India for the consulate interview, and       09:51AM

13  from there the process will start.                                      09:51AM

14  Q   So you came back from Abu Dhabi to India for the consulate         09:51AM

15  interview?                                                              09:52AM

16  A   Yes.                                                                09:52AM

17  Q   And what city was the consulate interview held in?                 09:52AM

18  A   It's Chennai.  It's in Tamil Nadu, state in India.                 09:52AM

19  Q   And did you meet with Mr. Dewan prior to your consulate           09:52AM

20  interview?                                                              09:52AM

21  A   Yes.                                                                09:52AM

22  Q   And what did he tell you at that meeting?                          09:52AM

23  A   Like first time when I went to Chennai, and he gave me the        09:52AM

24  address to come to that particular hotel.  And by the time I          09:52AM

25  went there I didn't met Sachin Dewan by that evening, he's not        09:52AM

```
 1   there.                                                    09:52AM
 2                So I met someone in the office, assistant, or  09:52AM
 3   call.  So they said -- they asked me that I came for a consulate  09:52AM
 4   interview?                                                 09:52AM
 5                Yes, I came for consulate interview from SHAT at  09:52AM
 6   that partner.                                              09:52AM
 7                And they said:  Okay, give all your paperwork and  09:52AM
 8   we will see to apply the consulate interview, it's like you  09:53AM
 9   should apply online and should come out with a date of the  09:53AM
10   interview.  Okay.                                          09:53AM
11                And I asked if Sachin Dewan is here.          09:53AM
12                He said:  No, he'll come back tomorrow, one or two  09:53AM
13   days here.                                                 09:53AM
14   Q   And so did you ultimately meet with Mr. Dewan prior to your  09:53AM
15   consulate interview?                                       09:53AM
16   A   Yes.                                                   09:53AM
17   Q   And did he tell you anything?  Did you have any discussions  09:53AM
18   with him at that time?                                     09:53AM
19   A   No, he said like because there was a lot of people there in  09:53AM
20   that room, getting their consulate interview -- interview  09:53AM
21   paperwork.  And some people been going on to applying a visa at  09:53AM
22   the consulate interview dates.                             09:53AM
23                So he or whoever got consulate interviews     09:53AM
24   confirmed, that like we are going next morning, like certain  09:53AM
25   time and date.  That time I talked to him.                 09:53AM
```

1    Q    And what did he tell you?                          09:54AM

2    A    Oh, he said, oh, your date just came out.  Go straight to    09:54AM

3    the consulate and get your interview.                   09:54AM

4    Q    Did he tell you anything about the interview process?    09:54AM

5    A    Yes.  He said like, if you are going there, he said you're    09:54AM

6    going as -- you're going to interview for an H-2B visa.    09:54AM

7              So if they ask a few questions, say that they    09:54AM

8    asking you what you say you are going, just say H-2B visa.    09:54AM

9              And if they ask you anything about money, just say    09:54AM

10   you paid 25,000 Indian rupees.                          09:54AM

11             And if they ask you when you are coming back, say    09:54AM

12   July 31st, 2007.                                        09:54AM

13   Q    Now, how much were you actually paying for your visa process    09:54AM

14   to Mr. Dewan?                                           09:55AM

15   A    I paid 500,000 rupees.  Five lakhs Indian currency, Indian    09:55AM

16   rupees.                                                 09:55AM

17   Q    And that's approximately how much in US dollars?    09:55AM

18   A    Approximately it's 18,006.  I don't know exact the current    09:55AM

19   rate of Indian currency, but I think roughly fourteen to $15,000    09:55AM

20   US.  I don't know exactly what is.                       09:55AM

21   Q    And how long did you believe you would be staying at Signal    09:55AM

22   when you got to the United States?                       09:55AM

23   A    As per the agent, he said you're going to H-2B visa and    09:55AM

24   you'll get an extension and a extension.  So you'll stay almost    09:55AM

25   thirty months with Signal.                              09:55AM

1    Q    When you went to the consulate for your interview, what    09:55AM

2    questions did the consular office ask you?    09:56AM

3    A    Well, just they asked me first question, I think they asked    09:56AM

4    me what my name.  And exactly, I don't remember it, they asked    09:56AM

5    me how many years experience I got.    09:56AM

6              That's it.  Yeah.    09:56AM

7    Q    That's it?  That's all they asked you?    09:56AM

8    A    Yes.    09:56AM

9    Q    And so did you get the H-2B visa?    09:56AM

10   A    Yes.    09:56AM

11   Q    Did Mr. Dewan ever pressure you to take the job opportunity    09:56AM

12   with Signal?    09:56AM

13   A    No.    09:56AM

14   Q    Did anyone in India pressure you to take the job opportunity    09:56AM

15   with Signal?    09:56AM

16   A    No.  Never.    09:56AM

17   Q    Did Mr. Dewan explain to you how the green card process    09:56AM

18   worked?    09:56AM

19   A    No.  He don't explain anything about green card.  He said    09:56AM

20   when he working for company in Signal, they going to extend and    09:56AM

21   extend, after that they'll start a green card.    09:56AM

22   Q    Did Mr. Dewan tell you that you would have to return to    09:57AM

23   India before you could get your green card?    09:57AM

24   A    No.    09:57AM

25   Q    Did Mr. Dewan talk to you about the living accommodations at    09:57AM

1    Signal?                                                          09:57AM

2    A   Yes.   Before I'm leaving from India to USA, he said your    09:57AM

3    living accommodations, he said, they going to deduct from my pay  09:57AM

4    $35 a day.   He explained not only with me, the group who we are  09:57AM

5    traveling, who we are flying out that evening.                   09:57AM

6    Q   So he was speaking to your whole group?                      09:57AM

7    A   Yes.                                                         09:57AM

8    Q   Why were you willing to pay so much money to the agent for   09:57AM

9    the job opportunity at Signal?                                  09:57AM

10   A   It's a good opportunity to go to work in USA, and it's a     09:57AM

11   good life.   You can make more money than we had made in our    09:57AM

12   countries, I live never really other countries, this was good   09:58AM

13   money.                                                          09:58AM

14            And every time I go to a country, I was the            09:58AM

15   different payments to the agents and that belongs to my         09:58AM

16   salaries.                                                       09:58AM

17            So if there is a salary depends -- that's the way      09:58AM

18   like the Catholic -- an agent money, what I pay out.   So this is 09:58AM

19   like they say extension, extension, green card, and it's good   09:58AM

20   for me and for my life in future, he said.   So I felt for that. 09:58AM

21   Q   I want to move on now and talk about your arrival in the    09:58AM

22   United States.   When did you first arrive in the United States? 09:58AM

23   A   2006 November.                                              09:58AM

24   Q   In November of 2006?                                        09:58AM

25   A   Yes.                                                         09:58AM

1    Q    And where did you arrive?                                09:58AM

2    A    In Mobile.                                               09:58AM

3    Q    Did anyone from Signal meet you there?                   09:58AM

4    A    Yeah.  That evening someone came from Signal to the airport   09:59AM

5    while we are came -- when we are coming out from the airport and   09:59AM

6    we had the luggage at the airport, and someone came and said:   09:59AM

7    We are from Signal, collect your luggages, and get together.   09:59AM

8    There was a bus outside we want to take to the company          09:59AM

9    accommodation.                                                 09:59AM

10   Q    And so you took a bus from the Mobile airport to Signal in   09:59AM

11   Pascagoula?                                                    09:59AM

12   A    Yes.                                                      09:59AM

13   Q    What time of day did you arrive at Signal?               09:59AM

14   A    I think November 26th or 27th.                           09:59AM

15   Q    I'm sorry.  So you arrived on November 26th or 27th.     09:59AM

16            And what time of day was it?  Was it during the      09:59AM

17   daytime?  Was it at night?                                    09:59AM

18   A    It was like evening.  I think after like 8.  8 or 9 o'clock,   09:59AM

19   I don't remember exact time.  But it's night.  Evening like.   09:59AM

20   Q    And so did anyone meet you when you arrived at the Signal   10:00AM

21   accommodations?                                               10:00AM

22   A    Yes.  Once we reached the Signal accommodations I met one   10:00AM

23   person.                                                       10:00AM

24   Q    And who was that?                                        10:00AM

25   A    He said -- he introduced us, like he say his name is John   10:00AM

1    Sanders, I am the camp manager, I'm taking care of you all stuff    10:00AM

2    So you all wait in this TV room.    10:00AM

3                    There was a TV room.  They told us to sit there.    10:00AM

4                    He came in, talked to us, and he gave us $5 of a    10:00AM

5    phone card to call India to your parents and your wife and your    10:00AM

6    family and tell them you safely arrived to US Signal company.    10:00AM

7                    And later on he said:  I'll figure it out, and    10:00AM

8    I'll you all know where you all next -- where you all wanted to    10:00AM

9    go and see what is next like.    10:00AM

10   Q    Okay.  And did they feed you a meal when you arrived?    10:00AM

11   A    Say again?    10:00AM

12   Q    Were you fed a meal when you arrived?    10:00AM

13   A    Yeah.  There is some food that evening -- that night.    10:00AM

14   Q    And when did you think of the accommodations when you    10:01AM

15   arrived at Signal?    10:01AM

16   A    First when I saw the camp, I didn't see my accommodation, so    10:01AM

17   just told us to stay in the TV room.  In the meanwhile they're    10:01AM

18   going to arrange the rest of everything like where our beds,    10:01AM

19   whatever I don't know about that time.  We just waiting in the    10:01AM

20   TV hall to go for the next step.    10:01AM

21   Q    And what was the next step?    10:01AM

22   A    After we call India, we had some food, and after that he    10:01AM

23   opened a bunk, he said there was a bunkhouse, you all going to    10:01AM

24   stay.  And he gave -- he said there was a number, number 8 that    10:01AM

25   was on my bunkhouse.    10:01AM

1          And the people who came there, we all went          10:01AM

2  straight to the bunkhouse and we saw the double-decker beds  10:01AM

3  inside that bunk house.                                       10:01AM

4  Q   How much people were in that bunkhouse, Bunkhouse No. 8?  10:01AM

5  A   He said that night we -- I think eighteen.  Eighteen to   10:02AM

6  twenty people.  That's the bunk beds available in that trailer, 10:02AM

7  in the bunk house.                                            10:02AM

8          And he said:  Just relax for tonight and tomorrow    10:02AM

9  we'll come to know who works for night shifts and day shifts, so 10:02AM

10  that way the people will be changing their place in the bank 10:02AM

11  houses shift wise.                                           10:02AM

12  Q   So they were going to separate bunkhouses by day shift and 10:02AM

13  night shift?                                                 10:02AM

14  A   Yes.  That's what they said first time -- first meet with 10:02AM

15  John Sanders.                                                10:02AM

16  Q   Did you have a problem with how many people were in your  10:02AM

17  bunkhouse?                                                   10:02AM

18  A   First time I -- when I didn't realize -- I mean, I never  10:02AM

19  heard anything because that was the first night I was there and 10:02AM

20  tired.  Traveling and came back and relax.  And he said we   10:02AM

21  should talk next morning again.                             10:02AM

22  Q   And did you talk again the next morning with Mr. Sanders  10:03AM

23  about the accommodations?                                    10:03AM

24  A   I asked:  This many people are going to stay in this     10:03AM

25  accommodation or what like?                                  10:03AM

| | | |
|---|---|---|
| 1 | He said:  Yeah, right now we got less | 10:03AM |
| 2 | accommodations, we're planning to get more bunkhouses, and we | 10:03AM |
| 3 | will separate you -- I mean, we will give little bit more space | 10:03AM |
| 4 | to you all.  But it will take little time while we are working | 10:03AM |
| 5 | on it, while we are in progress of that, more accommodations, | 10:03AM |
| 6 | like. | 10:03AM |
| 7 | Q   And did Signal ever add additional bunkhouses to the man | 10:03AM |
| 8 | camp? | 10:03AM |
| 9 | A   Yes, they added. | 10:03AM |
| 10 | Q   And did people move out of your bunkhouse? | 10:03AM |
| 11 | A   Yes.  Some moved out and some say we are happy in this | 10:03AM |
| 12 | bunkhouse, and we stay all together. | 10:03AM |
| 13 | Q   Did you chose to stay in your bunkhouse? | 10:03AM |
| 14 | A   Yes. | 10:03AM |
| 15 | Q   No. 8.  How many toilets were in your bunkhouse? | 10:03AM |
| 16 | A   In my bunkhouse, there was two toilets. | 10:03AM |
| 17 | Q   And how many sinks? | 10:03AM |
| 18 | A   There were two sinks s in my bunk house.  One sink is in the | 10:04AM |
| 19 | bunkhouse, and one sink is in the bathroom.  One bathroom. | 10:04AM |
| 20 | Q   And how many showers were in the bunkhouse? | 10:04AM |
| 21 | A   I think it's four showers. | 10:04AM |
| 22 | Q   And were there any other trailers with toilet, sinks and | 10:04AM |
| 23 | showers, other bathroom facilities in the man camp? | 10:04AM |
| 24 | A   Yes.  They got a separate trailer like a bunk with showers | 10:04AM |
| 25 | and toilets, and sinks, too. | 10:04AM |

1    Q   Can you describe what other facilities or trailers there          10:04AM

2    were in the man camp at Signal?                                       10:05AM

3    A   They got two TV rooms, like the bunkhouses that they turn         10:05AM

4    into like a TV halls, like that people used to watch TVs.  And        10:05AM

5    there was a separate -- they bought another -- they bought            10:05AM

6    another toilets too, not only one trailer, what I said.  They         10:05AM

7    said -- they bought another showers and toilets extra, more than      10:05AM

8    that.                                                                 10:05AM

9              And they got a separate room for they arranged              10:05AM

10   like computers, computer room like they separate one room for         10:05AM

11   the stuff they bought for us.                                         10:05AM

12             And then the third, like something like to pray             10:05AM

13   room and use that room like --                                        10:05AM

14   Q   And was there a dining hall?                                      10:06AM

15   A   Oh, that's separate.  Cafeteria separated.  They've got a         10:06AM

16   dining and cafeteria that's totally separate, come and eat and        10:06AM

17   go.                                                                   10:06AM

18   Q   And --                                                           10:06AM

19   A   And we got a -- like a picnic tables in between that we used      10:06AM

20   to sit and talk, but it's open.                                       10:06AM

21   Q   And so then after you spent a night at Signal, the next day       10:06AM

22   what did you do?                                                      10:06AM

23   A   That first night they were going to show us the bunkhouse to      10:06AM

24   go to -- go and take relax.                                           10:06AM

25             But before that John Sanders said:  Tomorrow                10:06AM

1   morning at 7:30 come to this TV hall.  The personnel department    10:06AM

2   from Signal will come and start talking to you all.  Like they    10:06AM

3   wanted to do the paperwork.  And you all should be here by 7:30    10:06AM

4   to eat your breakfast and relax in this TV hall and personnel    10:07AM

5   department will come and talk to us.    10:07AM

6   Q   So the next day the personnel department held orientation;    10:07AM

7   is that correct?    10:07AM

8   A   Yes.    10:07AM

9   Q   And what happened at orientation?    10:07AM

10  A   They talked about the insurances, about the rules and    10:07AM

11  regulations of the camp.  And they said:  We going to bring    10:07AM

12  people, like medical -- like doctors, like medical tests,    10:07AM

13  someone had medical tests in the same TV hall.  And they were    10:07AM

14  going to be a bank, people will be here to open my -- our    10:07AM

15  accounts.  And Social Security people also came there to fill    10:07AM

16  out paperwork to apply for Social Security, too.    10:07AM

17  Q   And did you have to fill out and sign paperwork at    10:07AM

18  orientation?    10:07AM

19  A   Yeah.  They gave us some paperwork to sign and give back to    10:07AM

20  them.    10:08AM

21  Q   And were you given time to read those documents before you    10:08AM

22  signed them?    10:08AM

23  A   Oh, yes.  I got -- and I tried to -- when I'm reading I    10:08AM

24  tried to explain one or two people who is sitting next to me:    10:08AM

25  This belongs to Mr. So-and-So.  So I signed while I'm reading.    10:08AM

```
1    Q    So you translated some of the documents for your other H-2B      10:08AM

2    workers?                                                              10:08AM

3    A    Yeah.  Just who was sitting to next to me right and left        10:08AM

4    sides.                                                                10:08AM

5    Q    And how soon after orientation did you begin working on the     10:08AM

6    yard at Signal?                                                       10:08AM

7    A    After we finish all this -- I think one or two assistants       10:08AM

8    and then -- after the second day they said they going to have a      10:08AM

9    boot -- there's a truck, they said there's a boot truck is           10:08AM

10   coming there, and you all go and get what clothes and the safety     10:08AM

11   boots and get ready.  Tomorrow morning you are going to the          10:09AM

12   company, inside the company.                                         10:09AM

13   Q    So what clothing did you receive from the boot truck?           10:09AM

14   A    Well, they gave me two shirts, two pants, and one safety        10:09AM

15   shoe.                                                                 10:09AM

16   Q    And did you have to pay for this clothing?                      10:09AM

17   A    Oh, no.  They said:  The company's providing you all.          10:09AM

18   Q    And so then you got your clothing from the boot truck, what     10:09AM

19   happened after that?                                                 10:09AM

20   A    After that we went home.  Me and myself and other rest of my    10:09AM

21   Indians, we all went there.  We took all the clothings, our          10:09AM

22   sizes, and we came back to our bunkhouse.                            10:09AM

23               And they said:  Get ready tomorrow morning at 6:00       10:09AM

24   o'clock, you all should go to safety orientation inside the          10:09AM

25   shipyard.                                                             10:09AM
```

OFFICIAL TRANSCRIPT
SUSAN A. ZIELIE, CCR, RMR, FCRR

1    Q    And what happened after safety orientation?          10:09AM

2    A    The group, we all came and we went all together to safety    10:10AM

3    trailer.  They give directions to us to go that way, that's the    10:10AM

4    safety trailer, because we are new for that first day.          10:10AM

5              And we went straight there, and we went inside.    10:10AM

6    They told us to sit down, the group.  We all went inside.    10:10AM

7              And there was a Terry Eley gave the orientation    10:10AM

8    sheet, like, and they started talking about orientation, the    10:10AM

9    Signal safety processing and stuff like that.          10:10AM

10             And there was hours waiting, and there was two or    10:10AM

11   three people trying to ask me what's going on in that    10:10AM

12   orientation, so I tried to explain them.          10:10AM

13   So the Terry Eley is safety manager for that department and he    10:10AM

14   said:  You can translate and tell your people.          10:10AM

15             I said:  Yes, I have to problem, as much as I can.    10:10AM

16   And I tried to tell this safety orientation, what they gave me.    10:11AM

17   And I explained to them all.  And after that, they told us to go    10:11AM

18   to warehouse, get ready, take your tools.          10:11AM

19   Q    So after safety orientation you went to get your tools?    10:11AM

20   A    Yes.          10:11AM

21   Q    And then did you --          10:11AM

22             THE COURT:  Mrs. Bollman, maybe this is a good time for    10:11AM

23   us to take a break.          10:11AM

24             MS. BOLLMAN:  Absolutely, Your Honor.          10:11AM

25             THE COURT:  So we'll take a fifteen minute break.    10:11AM

1        I want to remind you of the instructions I've                    10:11AM

2   given you.  Until the trial is over you're not to discuss the         10:11AM

3   case with anyone, including your fellow jurors or anyone else.        10:11AM

4        If anyone approaches you and tries to talk about                 10:11AM

5   the case, do not tell your fellow jurors but advise me about it       10:11AM

6   immediately.                                                          10:11AM

7        You must not communicate with or provide any                     10:11AM

8   information to anyone by any means about this case.  You may not      10:11AM

9   discuss the case, even among yourselves, until it's concluded.        10:11AM

10  And you're instructed to begin your deliberations.                    10:11AM

11       Also please remember you're not to reach any                     10:12AM

12  conclusions in the case until all of the evidence has been            10:12AM

13  presented, the Court has instructed you on the law applicable to      10:12AM

14  the case, and it's given to you for deliberation and decision.        10:12AM

15       And remember, that you're not to communicate with                10:12AM

16  anyone or provide any information about this case by any              10:12AM

17  electronic -- with any of your electronic devices or attempt to      10:12AM

18  gain any information about the case.                                  10:12AM

19       We'll come back at 10:25.                                        10:12AM

20       (Jury Exits.)                                                    10:12AM

21       THE COURT:  You all may have a seat.  Are the people            10:12AM

22  who are prepared to talk about the other exhibits here now?          10:13AM

23       MR. HOWARD:  The list of exhibits?                              10:13AM

24       THE COURT:  Yes.  Let's do the Hemant Khuttan exhibits.        10:13AM

25       MR. HOWARD:  Your Honor, for Hemant Khuttan, plaintiffs         10:13AM

1   used Exhibits 777, 827, 2031, which is a video which was already          10:13AM

2   in evidence, 724, 721 and 727.          10:13AM

3          THE COURT:  Does anyone else have exhibits that they          10:13AM

4   used?          10:13AM

5          MR. CERNIGLIA:  I had one for Mr. Khuttan.  I'm not          10:13AM

6   sure I have it with me.          10:13AM

7          MR. HOWARD:  I have it, Your Honor.  And I have the          10:13AM

8   ones from Signal's cross as well.          10:13AM

9          THE COURT:  All right.  Tell us those, list them so you          10:13AM

10   can tell us if there are any additional ones.          10:13AM

11          MR. HOWARD:  The ones Mr. Burnett's counsel used was          10:13AM

12   1282.          10:14AM

13          The ones from the cross of Signal, it was Exhibit          10:14AM

14   2061 but that was the compilation of welding photos, and he only          10:14AM

15   identified three of them, I believe.  So I don't have the          10:14AM

16   specifics.          10:14AM

17          So maybe I can list it by Bates numbers the ones          10:14AM

18   that should be part of that exhibit.          10:14AM

19          It would be Sig-E 0558545, Sig-E 0558544, and          10:14AM

20   Sig-E 0558543.          10:14AM

21          THE COURT:  And that's it, you said?          10:14AM

22          MR. HOWARD:  Let me just check.          10:14AM

23          In addition they used Exhibit 2142.  And that was          10:14AM

24   it.          10:14AM

25          THE COURT:  Do we have any others?  Cesyle?          10:14AM

| | | |
|---|---|---|
| 1 | CASE MANAGER:  I have one more:  1005. | 10:15AM |
| 2 | MR. HOWARD:  1005 they would not have used that with | 10:15AM |
| 3 | Mr. Khuttan.  1005 was used with Mr. Shouse on cross.  That's | 10:15AM |
| 4 | the one about the Indian smell. | 10:15AM |
| 5 | MS. BOLLMAN:  We have two other ones, Your Honor, 877 | 10:15AM |
| 6 | and 827. | 10:15AM |
| 7 | CASE MANAGER:  He said those. | 10:15AM |
| 8 | MR. HOWARD:  777 was the same one we used.  And 827 is | 10:15AM |
| 9 | the one we used.  That's why I didn't say it again. | 10:15AM |
| 10 | MS. BOLLMAN:  I'm sorry. | 10:15AM |
| 11 | THE COURT:  And 1005, do you have that on the Shouse | 10:15AM |
| 12 | list? | 10:15AM |
| 13 | MR. HOWARD:  That was on Mr. Sandler's cross of Mr. | 10:15AM |
| 14 | Shouse.  That was our one exhibit for that. | 10:15AM |
| 15 | CASE MANAGER:  Yes. | 10:15AM |
| 16 | THE COURT:  All right.  So any objection to any of | 10:15AM |
| 17 | those exhibits? | 10:15AM |
| 18 | MR. CERNIGLIA:  No objection. | 10:15AM |
| 19 | MR. SHAPIRO:  No objection. | 10:15AM |
| 20 | MS. BOLLMAN:  No objection. | 10:15AM |
| 21 | THE COURT:  All right.  So those are admitted. | 10:15AM |
| 22 | (Exhibits Admitted.) | 10:15AM |
| 23 | THE COURT:  Then let's talk about the Shouse exhibits. | 10:15AM |
| 24 | MR. HOWARD:  I don't think I have the direct | 10:15AM |
| 25 | examination, so I'd have to defer to Signal. | 10:15AM |

```
1          MR. RABBANI:  Signal didn't introduce any exhibits          10:15AM

2     through Mr. Shouse.                                              10:16AM

3          THE COURT:  Did anyone else?                               10:16AM

4          MR. SHAPIRO:  No, none here, Your Honor.                   10:16AM

5          THE COURT:  All right.                                     10:16AM

6              And then how about Mr. Cochran.                        10:16AM

7          MR. HOWARD:  Mr. Cochran, I have listed on the direct      10:16AM

8     the two exhibits which are already in evidence, which are 696   10:16AM

9     and 710.  And on cross plaintiffs used Exhibit 278.            10:16AM

10         THE COURT:  Any other exhibits?                            10:16AM

11         MR. SHAPIRO:  None, your Honor.                            10:16AM

12         MS. BOLLMAN:  No, Your Honor.                              10:16AM

13         THE COURT:  Any objection to that exhibit?                 10:16AM

14         MS. BOLLMAN:  No, Your Honor.                              10:16AM

15         MR. SHAPIRO:  No, Your Honor.                              10:16AM

16         THE COURT:  Then it's admitted.                            10:16AM

17             (Exhibit Admitted.)                                    10:16AM

18         THE COURT:  Then with Pat Killen.                          10:16AM

19         MR. HOWARD:  On the direct we have that they used          10:16AM

20    Exhibit 1191, which was already in evidence.  482, 1147 which   10:16AM

21    was already in evidence.  503, 405, 1190, and 60.              10:16AM

22             On cross, we had 1105, 1104, 1102, 1191, 482.         10:16AM

23         THE COURT:  Any other exhibits anyone can identify?        10:17AM

24         MR. SHAPIRO:  None here.                                   10:17AM

25         MS. BOLLMAN:  No, Your Honor.                              10:17AM
```

1        CASE MANAGER:  I have 855 and 1147.                    10:17AM

2        MR. HOWARD:  855 I believe is not admitted.  I think   10:17AM

3    they put it up on the screen and there was no foundation laid.   10:17AM

4    Is that the one?  So I did not offer that in evidence.    10:17AM

5             The other one, I'm sorry, 1147?  That was used on   10:17AM

6    direct.  So that I have on the direct list.  We just also pulled   10:17AM

7    it up on cross.                                            10:17AM

8        THE COURT:  All right.  Any objection?                 10:17AM

9        MR. CERNIGLIA:  No.                                     10:17AM

10       MR. SHAPIRO:  No objection.                            10:17AM

11       THE COURT:  All right.  Or additional exhibits?  Those  10:17AM

12   are admitted.                                              10:17AM

13            (Exhibits Admitted.)                              10:17AM

14       THE COURT:  Were there any exhibits with Mr. Kelleher?  10:17AM

15       MR. HOWARD:  I don't believe so.                       10:17AM

16       MS. BOLLMAN:  No, Your Honor.                          10:17AM

17       THE COURT:  Or Mr. Caffrey?                            10:17AM

18       MR. BOWLER:  No, Your Honor.                           10:17AM

19       THE COURT:  So that's good.  We are up-to-date on the  10:17AM

20   exhibits.                                                  10:17AM

21            I wanted to mention to you all, I know -- is there  10:17AM

22   an exhibit issue?                                          10:18AM

23            I know I'm getting some communications from you   10:18AM

24   all about the TVPA verdict forms and jury instructions, and it   10:18AM

25   seems we're -- the point of contention is centering on this   10:18AM

1   verdict form having to do with punitive damages, whether it's        10:18AM

2   cumulative or needs to be plaintiff by plaintiff.                    10:18AM

3           It would be helpful to me if you all could find            10:18AM

4   some examples of cases where it was done one way or another, or      10:18AM

5   if there are any cases where a district court judge might have       10:18AM

6   talked about it that would be helpful.                               10:18AM

7           So although I haven't had a chance to look at the          10:18AM

8   cases you're citing so far, my suspicion is they don't really        10:18AM

9   have to do with verdict forms.                                       10:18AM

10          So if you can find anything you can find in the            10:18AM

11  way of examples or cases, orders, anything discussing that, it       10:18AM

12  would be helpful.                                                    10:18AM

13          MR. HOWARD:  Will do, Your Honor.                          10:19AM

14          THE COURT:  Mr. Sanders?                                    10:19AM

15          (Discussion held off the record with counsel.)             10:19AM

16          MR. SANDLER:  There was one exhibit for Ms. Colline        10:19AM

17  Stevens, 657.                                                        10:19AM

18          THE COURT:  That was not introduced previously?            10:19AM

19          MR. SANDLER:  I don't believe so.                          10:19AM

20          THE COURT:  All right.  Any objection?                     10:19AM

21          MS. BOLLMAN:  No, Your Honor.                              10:19AM

22          MR. SHAPIRO:  No, Your Honor.                              10:19AM

23          MR. CERNIGLIA:  No, Your Honor.                            10:19AM

24          THE COURT:  That exhibit is admitted.                      10:19AM

25          (Exhibit Admitted.)                                        10:19AM

| | | |
|---|---|---|
| 1 | THE COURT:  The objections with respect to the | 10:19AM |
| 2 | documents that you wanted to use during Rhonda George's | 10:19AM |
| 3 | testimony, do you all think -- I think that she's the next | 10:19AM |
| 4 | witness; is that correct? | 10:19AM |
| 5 | MS. BOLLMAN:  That's correct, Your Honor. | 10:19AM |
| 6 | MR. ROUX:  Yes, Your Honor. | 10:19AM |
| 7 | THE COURT:  So maybe we'd better discuss that now | 10:19AM |
| 8 | because this witness may not take us to lunch; correct?  I mean, | 10:19AM |
| 9 | I don't know how long cross would be. | 10:20AM |
| 10 | MR. ROUX:  It's possible, Your Honor. | 10:20AM |
| 11 | THE COURT:  That we would get to her before lunch. | 10:20AM |
| 12 | MR. ROUX:  That's correct, Your Honor. | 10:20AM |
| 13 | THE COURT:  All right.  So let's talk about, does | 10:20AM |
| 14 | Signal -- does the plaintiff have a person who can address those | 10:20AM |
| 15 | exhibits here? | 10:20AM |
| 16 | MR. ROUX:  Your Honor, if may I approach, I have copies | 10:20AM |
| 17 | for the Court. | 10:20AM |
| 18 | THE COURT:  We printed off what was attached to the | 10:20AM |
| 19 | email. | 10:20AM |
| 20 | MR. ROUX:  I think I have copies of actual exhibits. | 10:20AM |
| 21 | THE COURT:  Okay. | 10:20AM |
| 22 | MS. STEWART:  Your Honor, I'm Meredith Stewart for the | 10:20AM |
| 23 | plaintiffs. | 10:20AM |
| 24 | THE COURT:  We've put it into two groups; right?  There | 10:20AM |
| 25 | is a series of pictures and then some emails? | 10:20AM |

| | | |
|---|---|---|
| 1 | MS. STEWART:  That's correct.  And then I believe | 10:20AM |
| 2 | earlier in the evening, yesterday, you had sent another exhibit, | 10:20AM |
| 3 | a third exhibit, Exhibit 1679 that we'd also objected to but you | 10:21AM |
| 4 | didn't submit that exhibit to the Court as an objected-to | 10:21AM |
| 5 | exhibit. | 10:21AM |
| 6 | So I wanted to hear the status on whether that's | 10:21AM |
| 7 | something you were going to use. | 10:21AM |
| 8 | MR. ROUX:  I'm sorry.  Which one?  16 -- | 10:21AM |
| 9 | MS. STEWART:  79. | 10:21AM |
| 10 | MR. ROUX:  I think I removed that exhibit.  I did not | 10:21AM |
| 11 | put that on my list.  I removed that. | 10:21AM |
| 12 | MS. STEWART:  Great.  So it's two categories: | 10:21AM |
| 13 | First category is a series of photos taken at a | 10:21AM |
| 14 | man camp at an unknown date.  And Your Honor had previously | 10:21AM |
| 15 | ordered that they could use or introduce evidence, photos or | 10:21AM |
| 16 | videos, of the man camp post-lawsuit if someone could | 10:21AM |
| 17 | authenticate them, if someone could testify that they indeed | 10:21AM |
| 18 | depict the man camp as it looked when one or more of the | 10:21AM |
| 19 | plaintiffs were there, and that it was a fair and accurate | 10:21AM |
| 20 | depiction of man camp that was actually used by one or more of | 10:21AM |
| 21 | the plaintiffs. | 10:22AM |
| 22 | And, finally, that the photos or video evidence | 10:22AM |
| 23 | that they want to use were not taken after any significant or | 10:22AM |
| 24 | material improvements or repairs were made to the man camp. | 10:22AM |
| 25 | So they submitted a series of photos which we have | 10:22AM |

| | | |
|---|---|---|
| 1 | some serious concerns about their authenticity.  We don't know | 10:22AM |
| 2 | when all of of the photos were taken.  How far after the lawsuit | 10:22AM |
| 3 | was filed. | 10:22AM |
| 4 | They depict a man camp that is very clean, and is | 10:22AM |
| 5 | not consistent with the testimony we've hear thus far about what | 10:22AM |
| 6 | the man camp looked like when the plaintiffs were there. | 10:22AM |
| 7 | Lastly, there are at least three in the group that | 10:22AM |
| 8 | should certainly not be admitted.  One is Exhibit 1544, it's a | 10:22AM |
| 9 | photo of the man camp laundry facility which plaintiff Hemant | 10:22AM |
| 10 | Khuttan already testified did not accurately depict what the | 10:22AM |
| 11 | laundry facility looked like while he was there. | 10:22AM |
| 12 | There are two additional photos of sofas in the | 10:22AM |
| 13 | lounge, exhibits -- | 10:23AM |
| 14 | THE COURT:  Let me find -- just a second.  1544.  I | 10:23AM |
| 15 | don't see that. | 10:23AM |
| 16 | CASE MANAGER:  Judge, I think you already ruled on that | 10:23AM |
| 17 | one. | 10:23AM |
| 18 | THE COURT:  Right.  This is you're referring that it | 10:23AM |
| 19 | was previously ruled on.  Not that it's in this group today. | 10:23AM |
| 20 | MS. STEWART:  Oh, yeah.  But they had sent that to us | 10:23AM |
| 21 | as an exhibit that they wanted to use, so I'm not sure if it | 10:23AM |
| 22 | ended up in the packet they gave to Your Honor today. | 10:23AM |
| 23 | THE COURT:  But you're saying it's in this packet, but | 10:23AM |
| 24 | it's not. | 10:23AM |
| 25 | MR. ROUX:  We had some difficulties with the exhibit | 10:23AM |

1    this morning.  Some of them didn't have exhibit stickers on        10:23AM

2    them.        10:23AM

3            THE COURT:  So you do want to want to use 1544.        10:23AM

4            MR. ROUX:  Yes, Your Honor.        10:23AM

5            THE COURT:  All right.  So I've got it with me.        10:23AM

6            MS. STEWART:  The other two exhibits are 1546 and        10:23AM

7    Exhibit 1635.  Both are photos of sofas in the lounge.  Your        10:23AM

8    Honor has already ruled the images of those sofas that were on        10:23AM

9    the video they took of the man camp were not admissible because        10:24AM

10   those sofas were purchased, they were new.  So our position is        10:24AM

11   those exhibits certainly should not be admitted.        10:24AM

12            But, just to review, our position is that all of        10:24AM

13   it, the exhibits, photos that were taken after the lawsuit of        10:24AM

14   the man camp should not be admissible because they do not comply        10:24AM

15   with your order about admissibility.        10:24AM

16            THE COURT:  1544, 1556 and 1635 -- which I don't have,        10:24AM

17   by the way -- are all pictures of the sofas in the lounge areas        10:24AM

18   taken around the time of video?        10:24AM

19            MS. STEWART:  1544 is the photo of the laundry facility        10:24AM

20   that Mr. Hemant Khuttan testified to.        10:24AM

21            THE COURT:  1635 were the two sofas?        10:24AM

22            MS. STEWART:  That's correct.        10:24AM

23            THE COURT:  And are those taken at the same time as the        10:24AM

24   video?        10:24AM

25            MR. ROUX:  Your Honor, no.  These photographs were        10:24AM

1    taken a few days after the lawsuit.                          10:24AM

2            With respect to the sofas in particular, I've        10:24AM

3    conferred with Rhonda George, who actually took the photos, and   10:24AM

4    those photos are actually the original sofas prior to        10:25AM

5    replacement.  They look very similar.  That's one of the things   10:25AM

6    that she will talk about, is that -- she'll authenticate that   10:25AM

7    those are the original sofas.                                10:25AM

8            THE COURT:  All right.  We need to hurry.  So I need to   10:25AM

9    hear from Mr. Roux.                                          10:25AM

10           So, when are all of the photographs that you want    10:25AM

11   to use were taken within what period of time after the lawsuit?   10:25AM

12           MR. ROUX:  A few days.  I believe it was March 13,   10:25AM

13   2008, which would have been less than a week after the lawsuit   10:25AM

14   was filed.                                                   10:25AM

15           THE COURT:  And they're all taken by --              10:25AM

16           MR. ROUX:  Rhonda George, yes.                       10:25AM

17           THE COURT:  Personally?                              10:25AM

18           MR. ROUX:  That's correct, Your Honor.               10:25AM

19           THE COURT:  And is her testimony that no changes had   10:25AM

20   been made?  Or what changes will she say had been made?      10:25AM

21           MR. ROUX:  She'll be able to indicate any changes that   10:25AM

22   occurred from the time that she came on board in 2007 to the   10:25AM

23   time of the photos.  But will testify that they're substantially   10:26AM

24   similar to what the man camp looked like when she --         10:26AM

25           THE COURT:  What changes will she say there were made   10:26AM

```
 1   to?                                                              10:26AM

 2           MR. ROUX:  I believe there were flowers that added when  10:26AM

 3   she was hired which would have occurred after May 2007.          10:26AM

 4           THE COURT:  That would have been before.                 10:26AM

 5           MR. ROUX:  Before the lawsuit was filed.                 10:26AM

 6               As far as changes between when the lawsuit was       10:26AM

 7   file between the time of the pictures and the time of the        10:26AM

 8   lawsuit, there were no changes.                                  10:26AM

 9           THE COURT:  Will she testify that she did any cleaning   10:26AM

10   or straightening up?                                             10:26AM

11           MR. ROUX:  She will be testifying about any cleaning     10:26AM

12   and any cleaning that was routine and any cleaning that          10:26AM

13   happened.  But it was my understanding that there was no         10:26AM

14   specific cleaning within that specific time period that was      10:26AM

15   abnormal or out of the normal course of business for Signal.     10:26AM

16           THE COURT:  All right.  So the photographs that we've    10:26AM

17   discussed and the ones that were submitted to me, provided Ms.   10:26AM

18   George testifies that they were taken March 13 or around that    10:26AM

19   time or that she personally took them, and that she's going to   10:27AM

20   testify that they were not material, then I'll allow her to use  10:27AM

21   these photographs and for her to testify.                        10:27AM

22               Obviously, the plaintiffs are going to cross         10:27AM

23   examine her about specifically what was done and try to make the 10:27AM

24   point that it didn't look -- that it looked different from the   10:27AM

25   way it looked when the plaintiffs were there.  But I think it's  10:27AM
```

1    close enough in time and she certainly can give her own personal    10:27AM

2    testimony about it.    10:27AM

3              So let's talk about the emails that are in the    10:27AM

4    2008 time period.    10:27AM

5         MR. ROUX:  I believe the two emails that they've    10:27AM

6    objected to have to have to do with two individuals, one that    10:27AM

7    was involved in a vehicle accident and one that was taken ill    10:27AM

8    and was hospitalized and later medivaced back to India.  Those    10:27AM

9    two individuals had their respective accidents and illness in    10:27AM

10   February of 2008, and the decision making that occurred with    10:28AM

11   respect to housing or who was going to repatriate their remains    10:28AM

12   in the medivac back to India occurred at the same time prior to    10:28AM

13   the lawsuit.    10:28AM

14        THE COURT:  How are these relevant?    10:28AM

15        MR. ROUX:  During the cross of Chris Cunningham, Mr.    10:28AM

16   Sanders indicated two expenses on the man camp cost center.  To    10:28AM

17   cross examine him, these represent costs that were expended for    10:28AM

18   these two individuals.    10:28AM

19        THE COURT:  Do you want to respond?    10:28AM

20        MS. STEWART:  Yeah.  Your Honor, the issue is that    10:28AM

21   these two individuals are not plaintiffs in this lawsuit.  And,    10:28AM

22   though Mr. Sandler did raise the issue about the cost of the    10:28AM

23   airlifting a worker, that worker was never mentioned by name.    10:28AM

24             Plaintiffs have not raised any evidence about    10:28AM

25   specific Indian workers who are not plaintiffs in this lawsuit.    10:28AM

1    And our position is that these are irrelevant.  The emails go          10:28AM

2    into detail about personal wages of these workers who are not          10:28AM

3    plaintiffs in this lawsuit.  And we just haven't -- we haven't         10:28AM

4    opened the door to that with our testimony thus far.                    10:28AM

5            THE COURT:  Well, I think that you all have asked              10:29AM

6    questions and had testimony about many people other than the           10:29AM

7    five plaintiffs.  So that's -- in that sense, you have.  But           10:29AM

8    these are things that happened in 2008, well after all these           10:29AM

9    plaintiffs were gone.  And I don't think that they're relevant         10:29AM

10   to the issues in the case, so I'm going to grant the objection         10:29AM

11   with respect to Exhibit 1665 and 1639.                                  10:29AM

12           All right.  So I'll give you all a few minutes.               10:29AM

13   Anybody who needs to -- but I'm going to bring the jury back in        10:29AM

14   at 10:30.  So, whoever need to be in here then, I'll see you           10:29AM

15   then.                                                                   10:29AM

16           MR. ROUX:  Thank you, Your Honor.                             10:29AM

17               (Proceedings in Recess.)                                   10:29AM

18               (Jury enters.)                                             10:34AM

19               DIRECT EXAMINATION (CONTINUED)                            10:35AM

20   BY MS. BOLLMAN:                                                        10:35AM

21   Q   Mr. Ramesh, before we took the break, you were talking to us      10:35AM

22   about safety orientation before you went to work on the yard.         10:35AM

23   Can you tell me what was discussed at the safety orientation          10:35AM

24   meeting that day?                                                       10:35AM

25   A   You're talking about day one?                                      10:35AM

1    Q    Yes.                                                    10:35AM

2    A    They talk about safety rules and regulations in that Signal   10:35AM

3    International saying that you must -- if you on a scaffold you   10:35AM

4    must tie off 100 percent.  If you one-on-one of the ladder, if   10:36AM

5    you're standing on the ladder, you should tie off with a ladder   10:36AM

6    and tie off with a safety harness.  And, if you're going inside   10:36AM

7    of any confined spaces and you are all be working in that, make   10:36AM

8    sure that the confined space has been checked and cleared by the   10:36AM

9    safety department cleared.  Make sure you are all lead and --   10:36AM

10   they said about safety, they said make sure you must tie off if   10:36AM

11   you're on a scaffold.  When your working on a scaffold, you must   10:36AM

12   tie off 100 percent with the safety harness.  And, if you're on   10:36AM

13   the ladders, working on the ladders, you must tie off 100   10:36AM

14   percent the ladder and by ourselves.  And, if we are going any   10:36AM

15   confined spaces to work, so make sure the tank was cleared   10:37AM

16   before you going in.  And your lead a confined space a tender   10:37AM

17   going in and out, there should be a tender also.  Without any   10:37AM

18   tender, don't do anything.  Stuff on that ways.                10:37AM

19   Q    And how soon -- did they discuss anyone else at safety   10:37AM

20   orientation?                                                   10:37AM

21   A    Yeah.  Signal's facility, you have any minor or major or   10:37AM

22   anything incidents or injuries, report to your supervisors   10:37AM

23   immediately.  Immediately the supervisors will contact safety   10:37AM

24   department and we will continue that like.                     10:37AM

25   Q    And how soon after the safety orientation did you begin   10:37AM

| | | |
|---|---|---|
| 1 | working on the yard at Signal? | 10:37AM |
| 2 | A    After that safety orientation, they told us to go to -- | 10:37AM |
| 3 | there's a warehouse.  They'll get ready all your tools.  And | 10:38AM |
| 4 | from there your foremans will come and take you all back to your | 10:38AM |
| 5 | work areas. | 10:38AM |
| 6 | Q    And what craft were you going to work at Signals as? | 10:38AM |
| 7 | A    As a fitter.  As a structural a fitter, a ship fitter. | 10:38AM |
| 8 | Q    So is a structural fitter an a ship fitter the same? | 10:38AM |
| 9 | A    Same.  Literally, the same. | 10:38AM |
| 10 | Q    And, when your foreman came and got you, how many other | 10:38AM |
| 11 | Indian H-2B workers were on your crew with that foreman? | 10:38AM |
| 12 | A    Day one, first, I was with two or three Indians.  And I have | 10:38AM |
| 13 | a mixed crew with them.  I think I have some Spanish people and | 10:38AM |
| 14 | white and black in that crew.  I don't remember exactly but it's | 10:38AM |
| 15 | a mix of crew. | 10:39AM |
| 16 | Q    And how long did you work as a fitter at Signal? | 10:39AM |
| 17 | A    I think I work like two weeks as a fitter. | 10:39AM |
| 18 | Q    And what position did you hold after the two weeks a fitter? | 10:39AM |
| 19 | A    Oh, they said my foreman came and asked me to pack up, talk | 10:39AM |
| 20 | all your tools and we going down.  I said where?  They saying | 10:39AM |
| 21 | they going to switch you to the safety department. | 10:39AM |
| 22 | Q    And so you went to work in the safety department after that? | 10:39AM |
| 23 | A    Yes. | 10:39AM |
| 24 | Q    And what was your job title? | 10:39AM |
| 25 | A    Safety representative. | 10:39AM |

1    Q    Had you ever been a safety representative before?    10:39AM

2    A    Oh, no.    10:39AM

3    Q    Did you train when you became a safety representative?    10:39AM

4    A    Yeah.  My boss, like Terry Eley has been trying me some and    10:39AM

5    he send with me with the seniors in the safety reps.  Along with    10:40AM

6    him, there used to be two or three safety reps on the rig.  They    10:40AM

7    told me first follow with them and learn.  And in the meantime    10:40AM

8    they start asking me to translate.  If they have any problem    10:40AM

9    with the rest of the Indians, they have any problem with the    10:40AM

10   communication of the foremens, and they tried to start calling    10:40AM

11   me and they used to send me to that particular foreman to talk    10:40AM

12   to them.    10:40AM

13   Q    When you were transferred from the fitting department to the    10:40AM

14   safety department, did you get a raise?    10:40AM

15   A    First, like everyone got first class rate, like all fitters,    10:40AM

16   $18.50.  That's first pay I got from Signal.  And, after a few    10:40AM

17   weeks, I think, I got raise like usually got raise for everyone    10:40AM

18   19.25.    10:40AM

19   Q    So the raise that you got in a few weeks was given across    10:40AM

20   the board to everybody on the yard?    10:41AM

21   A    Yes.  Some.  Some people got raises in that time like.  Some    10:41AM

22   fitters, some welders.    10:41AM

23   Q    So was that raise given to you because you had moved to    10:41AM

24   safety, or because they were giving raises across the yard?    10:41AM

25   A    Not across the yard.  Like they gave some raises to a few    10:41AM

1   workers in the company by that time.                          10:41AM

2   Q   Were you the only Indian H-2B worker working in the safety   10:41AM

3   department?                                                   10:41AM

4   A   No.  I work for day shift as a translator and as a safety   10:41AM

5   rep.  And they brought another person for the night shift also   10:41AM

6   from India, from one of Indians that's been worked at night   10:41AM

7   shift also.                                                   10:41AM

8   Q   So there was a night shift safety representative?        10:41AM

9   A   Yeah.  Night shift safety representative.  Plus a translator   10:41AM

10  too at night shift.                                           10:41AM

11  Q   During the H-2B program describe your job duties when you   10:42AM

12  work in the safety departments a safety representative?       10:42AM

13  A   At first in the morning before the crew work starts we    10:42AM

14  safety reps will start going -- if we working on a rig, the rig   10:42AM

15  got some few tanks.  The coverage, find spaces tanks as being   10:42AM

16  cleared by the chemist.  That's the first person we come and   10:42AM

17  check clear the tanks.  And, after that, we will check priority   10:42AM

18  on that every morning twice a day.  Like me, I'll safety rep   10:42AM

19  will start taking -- checking all the tanks and putting       10:42AM

20  certificate saying all good.                                  10:42AM

21          And, after that, people start working.  And I will   10:42AM

22  make rounds on the rigs on the work areas, make sure everything   10:42AM

23  is perfect.  And the -- we find no dropped objects or we will   10:42AM

24  try to make sure the people are being tied off and working in   10:42AM

25  good condition.                                               10:42AM

| | | |
|---|---|---|
| 1 | And, in the meantime, if someone needs to go to | 10:43AM |
| 2 | doctors, doctor appointments, the management from the camp used | 10:43AM |
| 3 | to call me and used to send me with the Indians to the doctor's | 10:43AM |
| 4 | to talk to them. | 10:43AM |
| 5 | Q   So some of your job duties included translating? | 10:43AM |
| 6 | A   Yes. | 10:43AM |
| 7 | Q   What languages do you speak? | 10:43AM |
| 8 | A   I speak Hindi, English and my -- my language, Telugu. | 10:43AM |
| 9 | Q   Where did you learn to speak English? | 10:43AM |
| 10 | A   Oh, I went to school from my nursery, an English medium | 10:43AM |
| 11 | school in India in my hometown.  I went to school in English and | 10:43AM |
| 12 | all my subjects are in English. | 10:43AM |
| 13 | Q   Were there any Indian languages other than Telugu and Hindi | 10:43AM |
| 14 | that the Indian H-2B workers spoke? | 10:43AM |
| 15 | A   Yes. | 10:43AM |
| 16 | Q   What were they? | 10:43AM |
| 17 | A   They got some Kennada.  They speak Kennada.  And some people | 10:43AM |
| 18 | speak Malayalam from Kerala.  And some people speak Gujarati | 10:44AM |
| 19 | too. | 10:44AM |
| 20 | Q   How did you handle the wages where you were asked to | 10:44AM |
| 21 | translate an Indian H-2B worker that were you speaking with both | 10:44AM |
| 22 | Malayalam or another Indian language that you do not speak? | 10:44AM |
| 23 | A   Most of the people knows Hindi.  It's the national language | 10:44AM |
| 24 | for us.  Most of the people, whoever works in Gulf and foreign | 10:44AM |
| 25 | countries, they'll try to speak Hindi.  And, if the people who | 10:44AM |

1   can't understand Hindi also, some of the Malayalam translators,          10:44AM

2   they used to translate them.  They used to solve that problems           10:44AM

3   if they have.                                                            10:44AM

4   Q   And what kind of situations did you translate in for Signal?         10:44AM

5   A   Say again.                                                           10:44AM

6   Q   What -- when would you translate for Signal, in what types           10:44AM

7   of situations?                                                           10:45AM

8   A   In the yard, I used to translate if a foreman wants to call          10:45AM

9   me and translate to the worker if he don't understand.                   10:45AM

10              And, in the camps, the management used to call for           10:45AM

11  meetings in cafeteria and we used to talk to them.  I used to            10:45AM

12  translate about those times.  If they need any problems to the           10:45AM

13  management, like accommodation.  Like they used to have a                 10:45AM

14  managers, if some Indian don't get perfect answer from that              10:45AM

15  person, so they used to call me to try to answer that to tell            10:45AM

16  them what he wants exactly what's the problem belongs to                 10:45AM

17  anything in the camp wise or work wise or medical wise.                   10:45AM

18  Q   So you would translate on the yard and in the man camp?              10:45AM

19  A   Yes.  If they need me they used to call me to the man camp           10:45AM

20  too.                                                                     10:46AM

21  Q   And did you ever go with the H-2B workers to their doctor's          10:46AM

22  appointments?                                                            10:46AM

23  A   Oh, yes.                                                             10:46AM

24  Q   And why did you do that?                                             10:46AM

25  A   They said one time they got a communication problem with the         10:46AM

1    doctors while they went to a doctor to checkup, regular checkup,    10:46AM

2    like.  So they couldn't understand.  I think they maybe called    10:46AM

3    company, whatever it is.  But they start asking me can you go    10:46AM

4    and talk to them while I have a problem or anyone else.  And I    10:46AM

5    started doing that way.    10:46AM

6    Q    And would Signal pay you when you went to the doctor with an    10:46AM

7    H-2B worker?    10:46AM

8    A    Yes.  My regular schedule, my work hours.  I work from 1 to    10:46AM

9    6 to 5 in that in my work, hours.    10:46AM

10   Q    Did you ever prepare any safety signs as a part of your job    10:46AM

11   duties as a safety representative?    10:46AM

12   A    Yes.  Yeah.  We did some signs in English to add Hindi,    10:47AM

13   like.  In December or January we started putting some signs.    10:47AM

14   Q    You personally helped prepare those signs in English and in    10:47AM

15   Hindi?    10:47AM

16   A    No.  Some of our Indian H-2B workers used to help me to    10:47AM

17   write in Hindi the lines there.    10:47AM

18   Q    Who helped you prepare the signs?    10:47AM

19   A    One time -- yeah.  One time Hemant Khuttan helped me to    10:47AM

20   translate the Hindi words, and I brought him to the safety    10:47AM

21   trailer.  I came to the trailer.  They bought a computer    10:47AM

22   keyboard to type.  And he wrote some translating words    10:48AM

23   translating to Hindi for two or three Indians.    10:48AM

24   Q    And so were you able to prepare those signs using the Hindi    10:48AM

25   keyboard?    10:48AM

```
 1    A    Yes.                                                    10:48AM

 2    Q    How often did you have camp meetings?                   10:48AM

 3    A    Like, I mean, how often is like depends.  If they have an  10:48AM

 4    emergency to talk to them or if the people got some problems to  10:48AM

 5    talk to management or like that way they used to arrange camp  10:48AM

 6    meetings in the cafeteria.                                   10:48AM

 7    Q    Did anyone other than you ever translate at camp meetings?  10:48AM

 8    A    I think two or three times, I think Reggie has been     10:48AM

 9    translator in Malyalum.  I don't know what his last name is but  10:48AM

10    his last name is Reggie.                                     10:48AM

11    Q    Did Signal pay when you translated for camp meetings?   10:48AM

12    A    Yes.                                                    10:49AM

13    Q    Do you recall a camp meeting on March 8, 2007 where Mr.  10:49AM

14    Schnoor spoke to the H-2B workers?                           10:49AM

15    A    Yes.                                                    10:49AM

16    Q    And did you translate at that meeting?                  10:49AM

17    A    Yeah.  Yeah.  Yes.                                      10:49AM

18    Q    And were you the only translator?                      10:49AM

19    A    No.  I translated to Hindi animal la lump translated by  10:49AM

20    Reggie.                                                      10:49AM

21    Q    Before you went to that camp meeting did Mr. Schnoor tell  10:49AM

22    you what he was going to say?                                10:49AM

23    A    No.                                                     10:49AM

24    Q    Were you upset at any of the things that Mr. Schnoor said at  10:49AM

25    that meeting?                                                10:50AM
```

| | | |
|---|---|---|
| 1 | A    I didn't upset, no. | 10:50AM |
| 2 | Q    Did you feel threatened by what Mr. Schnoor said at that | 10:50AM |
| 3 | meeting? | 10:50AM |
| 4 | A    No.  I never feel threatened.  We continued work in the | 10:50AM |
| 5 | shipyard, me and the rest of Indians, too, after that. | 10:50AM |
| 6 | Q    Do you remember an incident that happened at the Signal man | 10:50AM |
| 7 | camp the next day, on March 9, 2007? | 10:50AM |
| 8 | A    Yes. | 10:50AM |
| 9 | Q    Where were you that morning? | 10:50AM |
| 10 | A    That morning, I usually get up early in the morning to get | 10:50AM |
| 11 | dressed, go take shower, get dressed and go to eat.  So I was in | 10:50AM |
| 12 | the bunkhouse getting ready to come to the cafeteria. | 10:50AM |
| 13 | Q    And did you then -- did you go to the cafeteria as in your | 10:50AM |
| 14 | normal routine? | 10:50AM |
| 15 | A    Yeah.  Yes.  I went to cafeteria to eat my breakfast and | 10:50AM |
| 16 | pack food for my lunch to company. | 10:50AM |
| 17 | Q    And what happened while you were at the cafeteria? | 10:51AM |
| 18 | A    I saw few people that early morning and they're in the | 10:51AM |
| 19 | cafeteria and the picnic tables in the area.  A few Indians | 10:51AM |
| 20 | asked me what's going on.  I said oh, I don't know, what's all | 10:51AM |
| 21 | of the sudden -- I don't know what's happening there.  And I | 10:51AM |
| 22 | asked Dale what's going on.  And he said, oh, nothing.  And I | 10:51AM |
| 23 | went, I took my tiffin.  I mean, I finished my breakfast.  I go | 10:51AM |
| 24 | packed my food and went back to my bunkhouse and grabbed my | 10:51AM |
| 25 | safety boots and get ready to come out to work.  And -- | 10:51AM |

1    Q   And what happened after that?                          10:51AM

2    A   While I'm getting dressed to go to work, one of the Indian   10:51AM

3    came to me and asked, said like:  Hey Sabulal cut his wrists.  I   10:51AM

4    was shocked.  And I said -- I said:  What's wrong?          10:51AM

5                I ran and came out from the bunkhouse to see   10:52AM

6    what's going on there.  And the two or three other Indians   10:52AM

7    taking Sabulal working towards outside, he's holding his wrists.   10:52AM

8    And I was like -- blind.                                     10:52AM

9    Q   Was Sabulal pleading?                                   10:52AM

10   A   They hold his hand and they taking him, two or three people.   10:52AM

11   Q   Were you upset?                                         10:52AM

12   A   I was totally shocked and upset.  I was like -- I never saw   10:52AM

13   in my -- we working in foreign countries, this is the first time   10:52AM

14   I saw that.                                                  10:52AM

15   Q   And what happened after that?                           10:52AM

16   A   When we came out from the door, I mean from outside, the one   10:52AM

17   of the other Indian brought his car and we -- they putting him   10:52AM

18   in backseat.  And one of Indian told me to sit in front, and we   10:52AM

19   went to emergency hospital, emergency in Pascagoula.  And, once   10:53AM

20   we reached there, they took him inside and I stood outside.   10:53AM

21   Q   Did Sabulal la say anything when you were in the car taking   10:53AM

22   him to the emergency room?                                   10:53AM

23   A   No.                                                      10:53AM

24   Q   And did you go into the emergency room with him?        10:53AM

25   A   No.                                                      10:53AM

1    When I reached there, someone came with a    10:53AM

2  wheelchair, and he was sitting.  And they took him inside and    10:53AM

3  they stopped.  Not let us go in.  So me and like two or three,    10:53AM

4  we were standing outside the emergency.    10:53AM

5  Q   How long did you stay at the emergency room?    10:53AM

6  A   I think I was stayed like twenty, twenty-five minutes.  And    10:53AM

7  someone came from the camp, some other Indian, and told me:    10:53AM

8  Hey, there was a cops cars are at the gate at the accommodation    10:53AM

9  like at camp.  Can you see what's going on, that we will take    10:54AM

10  care of this.  And they put me in another car and send -- they    10:54AM

11  dropped me back to the main camp.    10:54AM

12    And there was -- when I reached to the main camp,    10:54AM

13  I saw two police cars was stand by there.    10:54AM

14  Q   Were there police cars parked at the man camp?    10:54AM

15  A   Yeah.  Near by that guard shed, it was there.    10:54AM

16  Q   And did you interact at all with the police?    10:54AM

17  A   No, I didn't talk to no one.  No police talked to me.    10:54AM

18  Q   So did you then return to the man camp?    10:54AM

19  A   Yeah.  After that, I went inside.    10:54AM

20    There were people -- all the rest of the Indians    10:54AM

21  were sitting in that picnic table spots, and they sad mood.    10:54AM

22  Q   I'm sorry?    10:54AM

23  A   They all in a sad mood and talking together.    10:54AM

24  Q   Did you go to work that day?    10:54AM

25  A   No.  No one went to work on that day.  Day shift, none of    10:54AM

1    the Indians went back to work that morning.                    10:55AM

2    Q   Did anyone from Signal management come over to the man camp?  10:55AM

3    A   Yeah.                                                       10:55AM

4              That morning, we all one time -- I don't remember,    10:55AM

5    one or two times.  But, one time, I saw Bill Bingle came there  10:55AM

6    to talk to Indians.  But we all refused not to talk to him.  No  10:55AM

7    one -- I mean, all refused not to talk to him.  And he left.    10:55AM

8    Q   Did you do any translating for Signal that day?            10:55AM

9    A   That morning, Bill Bingle came up there, and we all sitting  10:55AM

10   in that picnic table area.  And he was standing there, too:     10:55AM

11   Ramesh, can you translate?  Bill Bingle asked me.  And I said:  10:55AM

12   Yeah.  And he started asking Luke, he tried to talk.  But -- and  10:55AM

13   I explained to him, like -- -and he said like:  We don't want to  10:56AM

14   talk.  We don't want to talk to management right now.  I just    10:56AM

15   translated that.  And he left.                                  10:56AM

16   Q   Did you translate for any workers who had doctor's         10:56AM

17   appointments on that day?                                       10:56AM

18   A   Yeah.  Yes.                                                 10:56AM

19   Q   So you didn't go into the yard to work, but you did take    10:56AM

20   some workers to the doctor and translate?                       10:56AM

21   A   Yes.  I got a phone call from Darrell, I think.  Said they  10:56AM

22   got two or three must go to doctors, just checkup and follow-up,  10:56AM

23   you want to, you can take them or not.                          10:56AM

24              So that's important, too, health wise.  I mean,      10:56AM

25   they got to follow-up checkup.  So I took them to the doctor's  10:56AM

| | | |
|---|---|---|
| 1 | that morning, like after 10:30, 11 o'clock, I think so. | 10:57AM |
| 2 | Q   And did you go back to work the following day? | 10:57AM |
| 3 | A   Yes.  I worked. | 10:57AM |
| 4 | The rest of all the Indians went back to work the | 10:57AM |
| 5 | following day. | 10:57AM |
| 6 | Q   Before you went to the cafeteria that morning, had anyone | 10:57AM |
| 7 | from Signal told you that Signal was going to be terminating | 10:57AM |
| 8 | workers that morning? | 10:57AM |
| 9 | A   No.  No one said nothing. | 10:57AM |
| 10 | MR. BHATNAGA:  Objection, hearsay. | 10:57AM |
| 11 | THE COURT:  Sustained, the objection to hearsay. | 10:57AM |
| 12 | MS. BOLLMAN:  I asked you if he was told something. | 10:57AM |
| 13 | Not a hearsay statement. | 10:57AM |
| 14 | THE COURT:  Overruled. | 10:57AM |
| 15 | BY MS. BOLLMAN: | 10:57AM |
| 16 | Q   Were you upset by what you saw on that morning? | 10:57AM |
| 17 | A   Yes. | 10:57AM |
| 18 | Q   Why? | 10:57AM |
| 19 | A   Because Sabulal cut his wrists like that made me a lot of | 10:57AM |
| 20 | upset.  Because of we all came from India to work and that's | 10:57AM |
| 21 | incident happened that shocked me like. | 10:58AM |
| 22 | Q   Were you afraid to work at Signal after March 9th? | 10:58AM |
| 23 | A   No. | 10:58AM |
| 24 | Q   After March 9th, did Signal start a program called the | 10:58AM |
| 25 | elders? | 10:58AM |

1    A    Yes.  They said in the meantime -- actually, on that March       10:58AM

2    9th, the company tried to ask us to come to management is              10:58AM

3    calling us a few Indians can come there and talk.  They said no        10:58AM

4    one wants to go there and talk.  And that's like -- I don't know       10:58AM

5    when it started but they started the elders program.  They            10:58AM

6    saying from each bunk if you select a person we all select a           10:58AM

7    person that we can talk to them.                                       10:58AM

8    Q    So the elder program had a representative from each               10:58AM

9    bunkhouse from the man camp?                                           10:59AM

10   A    Yes.                                                              10:59AM

11   Q    And how were the elders chosen?                                   10:59AM

12   A    Say again?                                                        10:59AM

13   Q    How were the elders chosen?  Did Signal choose them or did       10:59AM

14   the workers select them?                                              10:59AM

15   A    From each bunkhouse, they select the bunkhouse that can be        10:59AM

16   representative for us.                                                 10:59AM

17   Q    Were you chosen by your bunkhouse to be an elder?                 10:59AM

18   A    Yes.                                                              10:59AM

19   Q    And did the elders meet with Signal management?                   10:59AM

20   A    Yes.                                                              10:59AM

21   Q    How often?                                                        10:59AM

22   A    Monthly twice, I think.  Twice.  Or two or three times a          10:59AM

23   month.                                                                 10:59AM

24   Q    And what happened at those meetings, what was discussed at        10:59AM

25   those meetings?                                                        10:59AM

1    A    If they are the bunk, elders used to come and talk.  And, if      10:59AM

2    they have any issues, they try to explain to the management.           10:59AM

3    And the management used to say that, okay, we address, you all         11:00AM

4    address it there and we will make sure the problem going to be         11:00AM

5    solved as soon as possible.                                            11:00AM

6    Q    What type of issues did your bunkhouse have you talk to           11:00AM

7    management about?                                                      11:00AM

8    A    Sometimes they address the food in my bunkhouse.  And            11:00AM

9    something is like that -- I forget right now.  But bunkhouse,          11:00AM

10   food and stuff like that.  Cleaning.                                   11:00AM

11   Q    What was the issue with the food?                                 11:00AM

12   A    Food?  From India, I'm from southeast of India, southeast        11:00AM

13   part of India.  Each person likes a different taste and                11:00AM

14   different way.  I think they tried to address that food problem        11:00AM

15   to be solved in good taste like.                                       11:01AM

16   Q    So not everybody liked the food at Signal?                        11:01AM

17   A    Oh, that, I don't know.  But everybody have their own taste.     11:01AM

18   I like too spicy food.  Some people don't like to eat spicy           11:01AM

19   food.  Some people like to eat bread, Indian bread.                    11:01AM

20   Q    Did Signal do anything to respond to those food complaints?       11:01AM

21   A    Yes.  They -- yes.                                                11:01AM

22   Q    What did they do?                                                 11:01AM

23   A    One time, they brought the cafeteria person in the cafeteria     11:01AM

24   meeting.  And I think his name is Anjay, I don't know his last         11:01AM

25   name is.  But Anjay came and started talking to all Indians.           11:01AM

1    Already have some problem with the food, tried to give you all          11:01AM

2    what you all want to eat.  We try to answer that way the food.          11:01AM

3    So the people start giving some of their items in the food.             11:01AM

4    Q   And were those items ultimately provided in the cafeteria?          11:02AM

5    A   Yes.                                                                 11:02AM

6    Q   I want to ask you a few questions about your experience with        11:02AM

7    life in the man camp.  Did you ever use the Signal                      11:02AM

8    transportation at the man camp?                                         11:02AM

9    A   Yes.  In starting, I used.                                          11:02AM

10   Q   And where would you have the Signal transportation take you?        11:02AM

11   A   They used to take to Walmart after my work and they used to         11:02AM

12   take us to banks and sometimes -- wherever we want.  Where the          11:02AM

13   areas to go to clubs or anything else, they used to drop us.            11:02AM

14   And they used to pick them up.  Pick us back when we call them.         11:02AM

15   Q   Did the Signal transportation ever refuse to take you               11:02AM

16   somewhere you wand to go?                                               11:02AM

17   A   Within the limit area in the transportation is they never           11:02AM

18   refused.                                                                11:03AM

19   Q   Did you ever get sick from eating the food at the man camp?         11:03AM

20   A   No.                                                                 11:03AM

21   Q   Did you like the food that is served at the man camp?               11:03AM

22   A   I didn't like it.  But I said like my taste is totally              11:03AM

23   different.                                                              11:03AM

24   Q   Did you shower in your bunkhouse or in the shower trailer?          11:03AM

25   A   I used to take shower in my bunkhouse because I used to get         11:03AM

1    little early in the morning so I had no problems.  I never had     11:03AM

2    any problem at all.     11:03AM

3    Q    You never had to wait in line to take a shower?     11:03AM

4    A    Oh, no.     11:03AM

5    Q    When you were working at Signal on the H-2B program, did you     11:03AM

6    eat lunch in the shipyard?     11:03AM

7    A    Yes.     11:03AM

8    Q    Did you bring your lunch from the man camp?     11:03AM

9    A    Yeah.  First, in the morning, every morning, like breakfast     11:03AM

10   and I packed my lunch.  And usual, everyone does, I'll take --     11:03AM

11   I'll take to the shipyard.     11:04AM

12   Q    And so how did that work?  Did the cafeteria supply food for     11:04AM

13   your lunches?     11:04AM

14   A    Yep.     11:04AM

15   Q    And what did you put your lunch in to take it to the     11:04AM

16   shipyard?     11:04AM

17   A    No.  When we came that first time, first day, when they were     11:04AM

18   doing all the orientations, they gave a tiffin box like a lunch     11:04AM

19   box.  And they say you all can pack your food every morning from     11:04AM

20   the cafeteria in the tiffin boxes and you can take it to the     11:04AM

21   work area, to the work spot.     11:04AM

22   Q    And were you charged for tiffin box?     11:04AM

23   A    No.     11:04AM

24   Q    And did your lunch ever spoil in the tiffin box?     11:04AM

25   A    My lunches never spoiled.  I used to put in my lunch bag and     11:04AM

| | |
|---|---|
| 1 | used to take to company. | 11:04AM |
| 2 | Q   Did security ever search your bags when you were going into | 11:04AM |
| 3 | the man camp? | 11:04AM |
| 4 | A   Oh, yes. | 11:04AM |
| 5 | Q   Did it upset you that security searched your bags? | 11:04AM |
| 6 | A   No.  They said sometimes you used random checks, we want to | 11:04AM |
| 7 | check.  And I said it's okay. | 11:05AM |
| 8 | Q   Did they ever search your bags when you were leaving the man | 11:05AM |
| 9 | camp? | 11:05AM |
| 10 | A   Leaving man camp? | 11:05AM |
| 11 | Q   When you were leaving the man camp, going out of the man | 11:05AM |
| 12 | camp. | 11:05AM |
| 13 | A   No. | 11:05AM |
| 14 | Q   Were you ever locked in the man camp? | 11:05AM |
| 15 | A   Say again? | 11:05AM |
| 16 | Q   Were you ever locked into the man camp? | 11:05AM |
| 17 | A   No.  We don't have any locks to the bunkhouses, to the | 11:05AM |
| 18 | doors. | 11:05AM |
| 19 | Q   Were you ever prevented from leaving the man camp when you | 11:05AM |
| 20 | wanted to leave? | 11:05AM |
| 21 | A   No objections from no one, anyone who wanted to leave the | 11:05AM |
| 22 | camp. | 11:05AM |
| 23 | Q   Were you free to come and go? | 11:05AM |
| 24 | A   Yes. | 11:05AM |
| 25 | Q   Did security ask to see your badge when you went into the | 11:05AM |

2644

1    man camp?                                                      11:05AM

2    A    Yes.  Sometimes they used to ask to show a badges because  11:05AM

3    then they used to change the security guards in that spot, in  11:05AM

4    that location.  They used to ask us to can you show our badge.  11:06AM

5    Q    Did security ever ask to see your badge when you left the  11:06AM

6    man camp?                                                      11:06AM

7    A    No.  Never.                                               11:06AM

8    Q    Did you ever see security searching the bunkhouses?  The  11:06AM

9    trailers where you slept where the bunks were?                 11:06AM

10   A    I think, one time, they searched our bunkhouses, like they  11:06AM

11   say a random check to search.                                  11:06AM

12                   And I asked why.                               11:06AM

13   Q    And what did they tell you?                               11:06AM

14   A    They said they found -- they find -- I don't have that much  11:06AM

15   experience on that.  Like, they said they found some bullet in  11:06AM

16   the area.  So they got the message and they told us, to all the  11:06AM

17   elders, that they wanted to check bunkhouses and random.  Then  11:07AM

18   everyone agreed it.                                            11:07AM

19   Q    So they notified the elders that they were going to be     11:07AM

20   checking the bunkhouses?                                       11:07AM

21   A    Yes.  If there's anything they're going to do, they used to  11:07AM

22   send the messages to the elders saying that we're going to do  11:07AM

23   this evening, we're going to have meeting or we're going to have  11:07AM

24   meeting in the conference room in Signal like in their ways.   11:07AM

25   Q    And so they did a random search because a bullet was found  11:07AM

1   in the man camp?                                                    11:07AM

2   A    Not in the man camp but near the kitchen area.                 11:07AM

3   Q    Of the man camp?  The kitchen area of the man camp?            11:07AM

4   A    Someone informed me.  I didn't see this.                       11:07AM

5   Q    But the elders were present for the bunkhouse search?          11:07AM

6   A    Yes.  After the work, we came out.  They said after we work    11:07AM

7   hours when we all will be there, then only they can check.  So      11:07AM

8   they said okay.                                                     11:07AM

9   Q    Was there a rule about firearms at the man camp?               11:07AM

10  A    Say again?                                                     11:08AM

11  Q    Was there a rule about guns, weapons, at the man camp?         11:08AM

12  A    Oh, no.  They said no guns.  Like, they got first              11:08AM

13  documentation like a sign, we signed, they said this is all the     11:08AM

14  rules and regulations.  We cannot carry anything into the          11:08AM

15  bunkhouses.                                                         11:08AM

16  Q    Other than the time that you just described when Signal        11:08AM

17  security was looking for a weapon, did you ever see Signal          11:08AM

18  security guards checking through the bunkhouses?                    11:08AM

19  A    No.                                                            11:08AM

20  Q    Did you ever see a Signal security guard with a gun?           11:08AM

21  A    I never saw that.                                              11:08AM

22  Q    How did you do your laundry at the man camp?                   11:08AM

23  A    In the startings when we came, we used to come back after      11:08AM

24  work, we used to go to the laundry room to wash our clothes.        11:08AM

25  And there used to be like a cue for that laundry for washing        11:08AM

1    clothes like.  So after some -- after a few days or after a        11:08AM

2    week, I don't know how long it took, but they said like we're      11:09AM

3    going arrange a laundry wash for our clothes.  You just drop the    11:09AM

4    clothes in that, in that cabinet in the laundry room.  There       11:09AM

5    will be someone going to clean and get ready for you all for the   11:09AM

6    next day or next evening.                                          11:09AM

7    Q    So Signal had someone that would wash your clothes and give   11:09AM

8    them back to you?                                                  11:09AM

9    A    Yes.                                                          11:09AM

10   Q    Did Signal have someone clean the man camp?                   11:09AM

11   A    Say again?                                                    11:09AM

12   Q    Did Signal have someone clean the man camp?                   11:09AM

13   A    Yeah.  All the bunks, they have some cleaners, they come and  11:09AM

14   they used to clean the bunkhouses.  The bunk inside, the carpets   11:09AM

15   and stuff, they used to clean it.  They won't touch anything on    11:09AM

16   our beds.                                                          11:09AM

17   Q    And did the camp have a camp manager?                         11:09AM

18   A    Yes.                                                          11:09AM

19   Q    Who was that?                                                 11:10AM

20   A    In the starting, there was a manager used to be there.        11:10AM

21   Like, I forgot his name, he was a male.  But he was there for      11:10AM

22   few months.                                                       11:10AM

23            And, after that, Rhonda George came as a manager         11:10AM

24   there.                                                             11:10AM

25   Q    And what did the camp manager do?                            11:10AM

1    A    She used to take care of everything.  Rhonda George, when          11:10AM

2    she came as a camp manager, if anybody got a little problem,            11:10AM

3    whatever problem, she used to solve them.  And she used to             11:10AM

4    direct and talk to them the way she can address.  If she cannot        11:10AM

5    do it, she used to call me and address that problem to the             11:10AM

6    person.                                                                11:10AM

7    Q    So you could -- the H-2B workers could address their              11:10AM

8    problems with the camp manager?                                        11:10AM

9    A    Yes.                                                              11:10AM

10   Q    In the spring of 2007, did Signal have a family day?             11:10AM

11   A    Yeah.  Yes.  They said a family day like a picnic.               11:11AM

12   Q    Like a picnic.                                                    11:11AM

13          And what was -- did everyone at Signal come?  Was             11:11AM

14   everyone as Signal invited to family day?                             11:11AM

15   A    Yes.  Everyone who works there, they invited to that picnic.     11:11AM

16   I mean, like family day.                                              11:11AM

17   Q    And did you attend?                                              11:11AM

18   A    Yes.                                                             11:11AM

19   Q    And did a lot of the H-2B workers go to family day?             11:11AM

20   A    Yes.                                                             11:11AM

21   Q    And what did you do at family day?  What happened there?        11:11AM

22   A    Just, I mean, this is first time in Signal what a family day     11:11AM

23   is, but I don't know what that is.  So we asked how it will be        11:11AM

24   like.  They said people like to play games, they play games,         11:11AM

25   golf and will enjoy food, whatever, singing songs and stuff.         11:12AM

1    And someone asked me like what type of games do you all play    11:12AM

2    like.  And, in India, we play like cricket is first -- nice game    11:12AM

3    for us, like.  So they asked us like cricket?  For the first    11:12AM

4    time, they don't know what cricket is in the company is.  So we    11:12AM

5    say:  We can play cricket?  And they asked how much -- what do    11:12AM

6    you all need like for the cricket, like?  Said, I explained them    11:12AM

7    like, for cricket, we need bat and ball, wickets and stuff like    11:12AM

8    that.    11:12AM

9    Q    And did Signal get you equipment so that you could play    11:12AM

10   cricket at family day?    11:12AM

11   A    Yeah.  They said we will see that we can arrange or not, but    11:12AM

12   right now we don't have all the play stuff.    11:12AM

13              And, all of the sudden, they said, after one day,    11:13AM

14   I think, they said:  Yeah, we can arrange that stuff; you all    11:13AM

15   like to play?  I said:  Yeah.    11:13AM

16   Q    So I'm going to show you a photograph that's been marked as    11:13AM

17   Exhibit 1689 and ask you if you recognize this photo.  It should    11:13AM

18   show up on your screen.    11:13AM

19              Wrong one?    11:13AM

20        MR. BHATNAGAR:  Your Honor, may I approach before the    11:13AM

21   photo is published?    11:13AM

22        THE COURT:  Yes.    11:13AM

23        MS. BOLLMAN:  We're double-checking to make sure.    11:13AM

24        (Discussion held off the record with counsel.)    11:14AM

25   BY MS. BOLLMAN:    11:14AM

| | |
|---|---|
| 1 | Q   I'm going to show you a photo that's been marked 1689.  It | 11:14AM |
| 2 | showed show up on your screen. | 11:14AM |
| 3 | And I'm going to ask you if you recognize that | 11:14AM |
| 4 | photo.  Do you recognize that photo? | 11:14AM |
| 5 | A   Yes. | 11:15AM |
| 6 | Q   What is that a picture of? | 11:15AM |
| 7 | A   That is a picture that we played cricket in that picnic. | 11:15AM |
| 8 | Q   And was this at family day? | 11:15AM |
| 9 | A   Yes. | 11:15AM |
| 10 | Q   And is this a fair and accurate representation of H-2B | 11:15AM |
| 11 | workers playing cricket on that day? | 11:15AM |
| 12 | A   Yes.  We enjoyed playing cricket there. | 11:15AM |
| 13 | Q   Great. | 11:15AM |
| 14 | Then I'm going to show you another photo that's | 11:15AM |
| 15 | been marked as Exhibit 1631 and ask if you recognize that | 11:15AM |
| 16 | photograph. | 11:15AM |
| 17 | A   Yes. | 11:15AM |
| 18 | Q   And what is that a picture of? | 11:15AM |
| 19 | A   Playing cricket.  On this side, I'm playing. | 11:15AM |
| 20 | Q   You can mark it. | 11:16AM |
| 21 | Is that you? | 11:16AM |
| 22 | A   Yes.  At bat. | 11:16AM |
| 23 | Q   You have the bat. | 11:16AM |
| 24 | And is this a fair and accurate representation of | 11:16AM |
| 25 | your playing cricket that day? | 11:16AM |

1   A   Yes.                                                        11:16AM

2   Q   And then I'm going to show you a photo that's been marked as   11:16AM

3   1685 and ask if you recognize that photo.                      11:16AM

4              What is that a picture of?                           11:16AM

5   A   Yeah.  They said in, that picnic, they have a raffle draws,   11:16AM

6   and one of the Indian got the lottery, that raffle.  He won that   11:16AM

7   TV.                                                             11:16AM

8   Q   One of the Indians won the TV?                              11:16AM

9   A   Yes.                                                        11:16AM

10  Q   And is this a fair and accurate representation of what you   11:16AM

11  saw that day?                                                   11:16AM

12  A   Yes.                                                        11:16AM

13             You see that yellow shirt, the off-sleeves, he won   11:16AM

14  the TV.  I don't know what color it is.                        11:16AM

15  Q   Great.  Thank you.                                         11:17AM

16             I'm going to switch now and talk for a minute       11:17AM

17  about the employment based green card process.  Did Signal ever   11:17AM

18  begin the green card process for you?                          11:17AM

19  A   Yes.                                                        11:17AM

20  Q   When?                                                       11:17AM

21  A   While they having the meetings like in the camp meetings,   11:17AM

22  they said there was an H-2B visa program, we're going to get an   11:17AM

23  extension, extension.  After that management, said we're going   11:17AM

24  to apply green card processing program.  And they started I     11:17AM

25  think in 2008, August or September.  I don't remember exactly.   11:17AM

2651

1    Q    And was your labor certification application approved?    11:17AM

2    A    Yes.  I approved the certification.    11:17AM

3              And a few more other Indians, too.    11:17AM

4    Q    And was the second step of the process, your I-140,    11:17AM

5    approved?    11:18AM

6    A    Yes.  My I-140 was approved.    11:18AM

7    Q    And have you received your green card?    11:18AM

8    A    No.    11:18AM

9    Q    Why not?    11:18AM

10   A    Signal -- immigration authorities says like we approved    11:18AM

11   I-140 and they are still in waiting list.  In the cue.  So we    11:18AM

12   should wait for that.    11:18AM

13   Q    So you're still waiting in the cue for your green card?    11:18AM

14   A    Yes.    11:18AM

15   Q    And then I just have a few more questions for you.    11:18AM

16             While you were working at Signal, did Signal    11:18AM

17   personnel refer to you by your badge number?    11:18AM

18   A    Say again?    11:18AM

19   Q    While you were working at Signal, did Signal personnel refer    11:18AM

20   to you by your badge number?    11:18AM

21   A    No.    11:18AM

22   Q    Did Signal ever treat you differently than it's other    11:18AM

23   workers because you were Indian?    11:18AM

24   A    No.    11:18AM

25   Q    Did you like -- do you like working at Signal?    11:18AM

| | | |
|---|---|---|
| 1 | A    Yes. | 11:18AM |
| 2 | Q    While you were working at Signals on the H-2B program, did | 11:18AM |
| 3 | you make friends with other employees at Signal who were not | 11:19AM |
| 4 | H-2B workers? | 11:19AM |
| 5 | A    Yeah.  Who works in Signal, I used to make friends with | 11:19AM |
| 6 | them.  They used to take me out.  We used to go out. | 11:19AM |
| 7 | Q    Did you ever go to their homes? | 11:19AM |
| 8 | A    Yeah.  I went one of my coworkers, safety rep.  He took me | 11:19AM |
| 9 | to his house. | 11:19AM |
| 10 | Q    And did you ever go into town with them? | 11:19AM |
| 11 | A    Yeah.  With different friends.  I mean, different | 11:19AM |
| 12 | colleagues. | 11:19AM |
| 13 | Q    And did you ever go on vacation while you were working at | 11:19AM |
| 14 | Signal? | 11:19AM |
| 15 | A    I think I went one time to Texas or somewhere.  Yeah, Texas, | 11:19AM |
| 16 | I think. | 11:19AM |
| 17 | Q    Did anyone in Signal management ever ask you for information | 11:19AM |
| 18 | about meetings the H-2B workers were having? | 11:20AM |
| 19 | A    No. | 11:20AM |
| 20 | Q    Did you ever attend a meeting with the H-2B workers held in | 11:20AM |
| 21 | a church in Pascagoula? | 11:20AM |
| 22 | A    I think, one time, one of my -- there was a man who used to | 11:20AM |
| 23 | work, he don't have a car.  He told me to drop him to particular | 11:20AM |
| 24 | church.  And I just -- I dropped him there. | 11:20AM |
| 25 | Q    Did you attend the meeting at all? | 11:20AM |

| | | |
|---|---|---|
| 1 | A    No. | 11:20AM |
| 2 | Q    Did anyone in Signal management ever ask you to spy on the | 11:20AM |
| 3 | other H-2B workers? | 11:20AM |
| 4 | A    No.  No, never. | 11:20AM |
| 5 |           MS. BOLLMAN:  That's all I have at the same time, Your | 11:20AM |
| 6 | Honor. | 11:20AM |
| 7 |           MR. BHATNAGAR:  Good morning, Your Honor. | 11:21AM |
| 8 |                      CROSS EXAMINATION | 11:21AM |
| 9 | BY MR. BHATNAGAR: | 11:21AM |
| 10 | Q    Good morning, sir.  My name is Chandra Bhatnagar and I | 11:21AM |
| 11 | represent the plaintiffs in this matter. | 11:21AM |
| 12 |           Mr. Gunisetti, is it all right if I call you Mr. | 11:21AM |
| 13 | Ramesh? | 11:21AM |
| 14 | A    Yeah, no problem. | 11:21AM |
| 15 | Q    Mr. Ramesh, before you came to work at Signal, you testified | 11:21AM |
| 16 | you work abroad; right? | 11:21AM |
| 17 | A    Yes. | 11:21AM |
| 18 | Q    And, initially, you worked in Singapore and I believe you | 11:21AM |
| 19 | said you were paid 55,000 rupees for that job; right? | 11:21AM |
| 20 | A    Yes. | 11:21AM |
| 21 | Q    And that's roughly $500? | 11:21AM |
| 22 | A    My -- not $5?  It might be 500 to six or seven, I don't know | 11:22AM |
| 23 | exactly. | 11:22AM |
| 24 | Q    Ballpark. | 11:22AM |
| 25 | A    Yeah. | 11:22AM |

1  Q   And then you worked in Cameroon in Africa, and you paid                    11:22AM

2  40,000 rupees; right?                                                          11:22AM

3  A   Right.                                                                     11:22AM

4  Q   And that's about $400?                                                     11:22AM

5  A   Approximately.                                                             11:22AM

6  Q   And then I believe you testified that you worked in                        11:22AM

7  Azerbaijan in central Asia, and how much did you pay to go                     11:22AM

8  there?                                                                         11:22AM

9  A   Say again?                                                                 11:22AM

10 Q   How much did you pay to go to Azerbaijan?                                  11:22AM

11 A   I think it was thirty or 35,000, if I remember right.                     11:22AM

12 Q   So that's less than $400; right?                                          11:22AM

13 A   Yes.                                                                       11:22AM

14 Q   And, lastly, you worked in the Middle East, specifically in              11:22AM

15 Abu Dhabi; correct?                                                           11:22AM

16 A   Yes.                                                                       11:22AM

17 Q   And, to go there, I believe you testified that you paid                   11:22AM

18 20,000 rupees; right?                                                         11:22AM

19 A   Yes, 20,000.                                                              11:22AM

20 Q   And that's roughly $200?                                                  11:22AM

21 A   By that time, it might be more.  Like two hundred, $250.                  11:22AM

22 Q   And you had a two year contract that you were supposed to be             11:23AM

23 going on to Abu Dhabi on?                                                     11:23AM

24 A   Yeah.  That's what they said, the company.                               11:23AM

25 Q   Now, you paid 500,000 rupees to come to work at Signal;                   11:23AM

| | | |
|---|---|---|
| 1 | right? | 11:23AM |
| 2 | A    Right. | 11:23AM |
| 3 | Q    For an H-2B visa and a green card; right? | 11:23AM |
| 4 | A    Yes. | 11:23AM |
| 5 | Q    And that amount, 500,000 rupees, that's more than ten times | 11:23AM |
| 6 | what you paid for any of your previous work opportunities | 11:23AM |
| 7 | oversees; right? | 11:23AM |
| 8 | A    Right. | 11:23AM |
| 9 | Q    And 500,000 rupees is roughly, I think you said, you | 11:23AM |
| 10 | testified roughly 14,000 or $15,000?  Is that what you said? | 11:23AM |
| 11 | A    I mean roughly said because -- | 11:23AM |
| 12 | Q    Sure. | 11:23AM |
| 13 | A    Because by the time the rates different. | 11:23AM |
| 14 | Q    So let's talk about your journey to Signal.  It's July of | 11:23AM |
| 15 | 2006 and you're in Abu Dhabi.  And I believe you said you were | 11:23AM |
| 16 | working for Denz Corporation; right? | 11:23AM |
| 17 | A    Yes. | 11:23AM |
| 18 | Q    And you talked to some of your friends on the telephone, and | 11:23AM |
| 19 | they'd tell you about the opportunity to come to the United | 11:24AM |
| 20 | States on an H-2B visa to go to Signal; right? | 11:24AM |
| 21 | A    Right. | 11:24AM |
| 22 | Q    And the H-2B visa is ultimately going to go to a green card; | 11:24AM |
| 23 | right? | 11:24AM |
| 24 | A    No.  They said, if you go to H-2B visa, we'll get extension, | 11:24AM |
| 25 | extension and a green card. | 11:24AM |

| | | |
|---|---|---|
| 1 | Q    Correct, correct.  Appreciate that clarification? | 11:24AM |
| 2 | So at that time you're working for Denz in Abu | 11:24AM |
| 3 | Dhabi; right? | 11:24AM |
| 4 | A    Yes. | 11:24AM |
| 5 | Q    And you have a bit of a dilemma; right?  You have a bit of a | 11:24AM |
| 6 | dilemma:  Do you keep your job in Abu Dhabi or do you go back to | 11:24AM |
| 7 | India and pursue the opportunity with Signal; right? | 11:24AM |
| 8 | A    Right. | 11:24AM |
| 9 | Q    That's the choice that you had to make; right? | 11:24AM |
| 10 | A    Yes. | 11:24AM |
| 11 | Q    And so when you're -- you're worried that, if you leave the | 11:24AM |
| 12 | job in Abu Dhabi and if the Signal opportunity falls through, | 11:24AM |
| 13 | you've then lost your job; right? | 11:24AM |
| 14 | A    Can you repeat one more time? | 11:24AM |
| 15 | Q    Sure, sure. | 11:24AM |
| 16 | You're concerned that, if you leave your position | 11:24AM |
| 17 | in Abu Dhabi to go to India to seek the opportunity with Signal, | 11:24AM |
| 18 | that then you might -- that might fall through and you might | 11:25AM |
| 19 | lose your job in Abu Dhabi by; correct? | 11:25AM |
| 20 | A    Yes. | 11:25AM |
| 21 | Q    So -- but at the same time you were interested in the | 11:25AM |
| 22 | opportunity to go to work at Signal; right? | 11:25AM |
| 23 | A    Yes.  The USA. | 11:25AM |
| 24 | Q    And so you figured out a solution for how to avoid this | 11:25AM |
| 25 | problem; didn't you? | 11:25AM |

```
 1    A    Say again one more time.                              11:25AM

 2    Q    You figured out a solution for how to avoid this problem;   11:25AM

 3    right?                                                     11:25AM

 4    A    Yes.                                                  11:25AM

 5    Q    And the solution was that you told your employer in Abu    11:25AM

 6    Dhabi that you had a medical emergency in India that you needed  11:25AM

 7    to attend to; right?                                       11:25AM

 8    A    Right.                                                11:25AM

 9    Q    And that was not a truthful statement; right?         11:25AM

10    A    Yes.  It's not a truthful statement, but I want to explain  11:25AM

11    to you what there.                                         11:25AM

12    Q    Please.                                               11:25AM

13    A    Because the reason we went there for two months, I was there  11:25AM

14    like roughly two months, I think.  I don't know how many days    11:25AM

15    that is.  So this is an opportunity going on.  So some of like   11:25AM

16    -- they said like if it's a good opportunity if you'd like to    11:26AM

17    come and attend for that interview and see how it goes.  And, if  11:26AM

18    you get a leave from the company and if they give you a leave     11:26AM

19    and you can come down, it will be fine.                     11:26AM

20              And I tried to ask the leave, the way I you just  11:26AM

21    expressed this.  But, in the meantime, I said:  Look, if you're  11:26AM

22    not able to give me, I'm going to quit my job, I can resign it,   11:26AM

23    too.  My management in Abu Dhabi.                           11:26AM

24    Q    But, ultimately, that's not what you chose to do?     11:26AM

25    A    Which one?                                            11:26AM
```

1    Q    I mean, that wasn't your decision.  You didn't quit your job    11:26AM

2    Abu Dhabi.  You told them that you had a medical emergency in    11:26AM

3    India; right?    11:26AM

4    A    Yeah.  Medical emergency.  If they can't give that, then I    11:26AM

5    quit.  They said they want to give me a chance to me.    11:26AM

6    Q    So you told them you had a medical emergency.  You then went    11:26AM

7    to India; correct?    11:26AM

8    A    Yes.    11:26AM

9    Q    And is it your testimony that you didn't lie to your    11:26AM

10   employer Denz?  Are you saying that you didn't lie to them?    11:27AM

11   A    I said medical emergency.    11:27AM

12   Q    And that was not true?    11:27AM

13   A    Yes.    11:27AM

14   Q    Okay.    11:27AM

15             So you're willing to be untruthful to your    11:27AM

16   employer in Abu Dhabi because you didn't want to lose your job;    11:27AM

17   right?    11:27AM

18   A    Yes.    11:27AM

19   Q    And you were willing to lie to your employer to save your    11:27AM

20   job; is that fair?    11:27AM

21   A    Like, not only myself, a lot of people who came by the time,    11:27AM

22   too.  I think they said -- they gave me idea.    11:27AM

23   Q    I'm just asking about you, though.  You were willing to do    11:27AM

24   that in order to save your job; right?    11:27AM

25   A    Right.    11:27AM

1   Q   So let's fast-forward the story.  You tell your employer      11:27AM

2   that there is a medical emergency.  You go back to India; right?   11:27AM

3   A   Right.                                                         11:27AM

4   Q   You get to India, and the opportunity to come to the United   11:27AM

5   States looks like it's actually going to come through.  And, at   11:27AM

6   some point, you realize:  I'm not going to go back to Abu Dhabi;  11:27AM

7   right?                                                            11:28AM

8   A   If I select for the USA, right.                               11:28AM

9   Q   So at that point do you call Denz and say:  Listen, I know I  11:28AM

10  have a two year contract with you but I'm actually not coming     11:28AM

11  back to the Abu Dhabi, I'm going stay in India?                   11:28AM

12  A   I didn't inform anything to them.                             11:28AM

13  Q   So you never called Denz back?                                11:28AM

14  A   No.                                                           11:28AM

15  Q   You just left with no word?                                   11:28AM

16  A   No.                                                           11:28AM

17  Q   And why didn't you call them back?                            11:28AM

18  A   I never thought nothing about that.                           11:28AM

19  Q   You never thought that, even though you had a two-year        11:28AM

20  contract with them, that you should call them and inform them     11:28AM

21  that you were not returning?                                      11:28AM

22  A   No.                                                           11:28AM

23  Q   Okay.                                                         11:28AM

24              So now you're back in India and you have a meeting    11:28AM

25  with Sachin Dewan; right?                                         11:28AM

1   A   Yes.                                                11:28AM

2   Q   And, in that meeting, Mr. Dewan is preparing you for your   11:28AM

3   consular interview; right?                              11:28AM

4   A   Yeah.                                               11:28AM

5   Q   And he tells you to tell the United States consulate that   11:28AM

6   you were paying 35,000 rupees for your fees to go to the United   11:28AM

7   States; correct?                                        11:29AM

8   A   Yeah.  He been explaining, not only me, been explaining to   11:29AM

9   all the group who is going for that consulate interview that day   11:29AM

10  morning.                                                11:29AM

11  Q   So he's telling you and he's telling the other people who   11:29AM

12  are also there that you should tell the United States consulate   11:29AM

13  that you paid 35,000 rupees in order to go to US; correct?   11:29AM

14  A   Yes.  For paperwork, what he said.                   11:29AM

15  Q   Right.                                              11:29AM

16              And you knew that to be a false statement that he   11:29AM

17  was asking you to make; right?                          11:29AM

18  A   Right.                                              11:29AM

19  Q   And you were prepared to make that false statement to the   11:29AM

20  consulate if they asked you that question; weren't you?   11:29AM

21  A   Yes.                                                11:29AM

22  Q   Now, when you get to the consulate, no one at the consulate   11:29AM

23  ever asked that you question; do they?  They never say how much   11:29AM

24  did you pay?                                            11:29AM

25  A   No.                                                 11:29AM

| | | |
|---|---|---|
| 1 | Q   But they do ask you what your trade is; right? | 11:29AM |
| 2 | A   Trade and my experience. | 11:29AM |
| 3 | Q   Right. | 11:29AM |
| 4 |          And you tell them you're a fitter; right? | 11:29AM |
| 5 | A   And I got this much experience. | 11:29AM |
| 6 | Q   And you tell them how much experience you have; correct? | 11:30AM |
| 7 | A   Yes. | 11:30AM |
| 8 | Q   So the reason that you were prepared to tell them, if they'd | 11:30AM |
| 9 | asked, that you paid 35,000 rupees, which was not truthful, was | 11:30AM |
| 10 | because you were worried that if you told the truth you might | 11:30AM |
| 11 | lose the opportunity to come to the US and come to Signal; | 11:30AM |
| 12 | right? | 11:30AM |
| 13 | A   Yes. | 11:30AM |
| 14 | Q   So let's back up for a second.  Now, in your recruitment | 11:30AM |
| 15 | with Mr. Dewan, you had a very different experience than many of | 11:30AM |
| 16 | the other Indian workers; is that fair? | 11:30AM |
| 17 | A   Say again? | 11:30AM |
| 18 | Q   In your recruitment with Mr. Dewan, you had a very different | 11:30AM |
| 19 | experience than many of the other Indian workers; is that fair? | 11:30AM |
| 20 | A   There's no difference anything in between me and other | 11:30AM |
| 21 | Indians. | 11:30AM |
| 22 | Q   Okay.  Okay. | 11:30AM |
| 23 |          When you first found out about the opportunity to | 11:30AM |
| 24 | come to Signal and get a green card H-2B visa in the United | 11:30AM |
| 25 | States, Mr. Dewan gave you have a price tag, a quote, of 600,000 | 11:30AM |

```
 1   rupees; right?                                               11:30AM

 2   A   Right.  First time.                                      11:30AM

 3   Q   And 600,000 rupees in India is also referred to as 6 lakhs;  11:31AM

 4   right?                                                       11:31AM

 5   A   Correct.                                                 11:31AM

 6   Q   And a lakh is 100,000 of something, anything?            11:31AM

 7   A   A lakh is 100,000 Indian rupees.                         11:31AM

 8   Q   But a lakh can also refer to other objects, too.  Like, you  11:31AM

 9   can have one lakh jelly beans or one lakh soccer balls?      11:31AM

10   A   Right.                                                   11:31AM

11   Q   So Mr. Dewan gives you a price tag of six lakhs, otherwise  11:31AM

12   known as 600,000 rupees, that's how much it's going to cost to  11:31AM

13   come to America and work at Signal, get your H-2B visa and get a  11:31AM

14   green card; right?                                           11:31AM

15   A   Yeah.  In process.                                       11:31AM

16   Q   In process, right.                                       11:31AM

17               But you tell Mr. Dewan:  That's more than I want  11:31AM

18   to pay?  Right?  That's what you say?                        11:31AM

19   A   Yeah.  I requested him.                                  11:31AM

20   Q   Right.  You say:  I'm not going to pay six lakhs, I can't  11:31AM

21   pay you six lakhs; right?                                    11:31AM

22   A   Yes.                                                     11:31AM

23   Q   You say:  Mr. Dewan, I want a discount.  Right?  You ask him  11:31AM

24   for a discount?                                              11:31AM

25   A   I mean, discount was like -- yes.                        11:31AM
```

1      Okay, go ahead.                                                11:31AM

2  Q   I'm sorry, go ahead.                                          11:31AM

3  A   There was a price tag.  As Mr. Bhatnagar is saying, there's   11:31AM

4  a price tag of say 600,000 rupees.  And I tried to ask that       11:32AM

5  600,000 rupees, by the time I'm not affordable for that.  But I   11:32AM

6  asked is there any possibilities that you all can give me some    11:32AM

7  discount.                                                         11:32AM

8  Q   Right.                                                        11:32AM

9           So you asked Mr. Dewan for a discount.  And Mr.          11:32AM

10 Dewan could have said:  No, this is what the price of             11:32AM

11 recruitment is.  But that's not what he said.                     11:32AM

12 A   Yes.                                                          11:32AM

13 Q   He actually agreed, Mr. Sachin Dewan, the head of Dewan       11:32AM

14 Consultants, agreed to give you a huge discount; didn't he?       11:32AM

15 A   Yeah.                                                         11:32AM

16 Q   He agreed to reduce your price tag for this recruitment from  11:32AM

17 600,000 rupees to 500,000 rupees; isn't that right?              11:32AM

18 A   Yes.  For me, yeah.                                           11:32AM

19 Q   And that's a significant reduction.  You'd agree with that;   11:32AM

20 right?                                                            11:32AM

21 A   Right.                                                        11:32AM

22 Q   If you're going to go buy a house and someone says:  The      11:32AM

23 price tag of the house is 600,000 dollars.  And you say:  You     11:32AM

24 know what, I just can't pay $600,000.  And they say:  Okay, it's  11:32AM

25 $500,000.  That's a significant reduction?                        11:32AM

1    A    Exactly.                                                      11:33AM

2    Q    So, based upon your request, Mr. Dewan makes a special       11:33AM

3    arrangement for you; right?                                       11:33AM

4    A    No.  He never did any special arrangements.  He's like there 11:33AM

5    was like few people I heard like he give some more same           11:33AM

6    discounts to a few owner Indians, too.  Not only me.  Like no     11:33AM

7    special --                                                        11:33AM

8    Q    That's not the only special arrangement, the price range.    11:33AM

9    There were other things that Mr. Dewan did for you that were a    11:33AM

10   little different than the other Indian workers; right?            11:33AM

11   A    There no difference.                                         11:33AM

12   Q    You were supposed to come up with a check, a demand draft    11:33AM

13   for Mr. Pol and for Mr. Burnett; right?                           11:33AM

14   A    Yes.                                                         11:33AM

15   Q    And you told Mr. Dewan?  You know what, I just can't come up  11:33AM

16   with the demand draft for $1,550 to Mr. Pole and Mr. Burnett.     11:33AM

17   That's what you told them; right?                                 11:33AM

18   A    Yes.  I think.                                               11:33AM

19   Q    You told them like:  I can't come up with these demand       11:33AM

20   drafts, I can't give you with these checks; right?                11:33AM

21   A    No.  I said:  Look, I can give you the cash, if I'm okay.    11:33AM

22   And he agreed it.                                                 11:34AM

23   Q    Right.                                                       11:34AM

24             But, for the other workers, as you're probably          11:34AM

25   aware, they had to give checks.  They had to go to the bank and   11:34AM

1   get a demand draft and give those to Mr. Dewan to give to Mr.   11:34AM

2   Pol and Mr. Burnett; right?   11:34AM

3   A   Right.   11:34AM

4   Q   But you didn't have to do that.   11:34AM

5   A   Yeah.  I didn't get time to do that all things.   11:34AM

6   Q   But you didn't get time to do that but you also didn't have   11:34AM

7   to do that; right?   11:34AM

8   A   Yes.   11:34AM

9   Q   Were you an exception in terms of what was required; right?   11:34AM

10   A   That's not an exception.  Actually, the same thing to start   11:34AM

11   process to give Michael Pol and Malvern Burnett is.  But he said   11:34AM

12   like:  Don't worry, I'll take care of that.   11:34AM

13   Q   He said:  Don't worry, I'll take care of that?  That's what   11:34AM

14   he told you?   11:34AM

15   A   Yes.   11:34AM

16   Q   Mr. Dewan told you that?   11:34AM

17   A   Yeah.   11:34AM

18   Q   And did you ever write checks to Mr. Burnett or Mr. Pol?   11:34AM

19   A   No.   11:34AM

20   Q   So you came to Signal without ever having written them a   11:34AM

21   check?   11:34AM

22   A   Never.   11:34AM

23   Q   Okay.   11:34AM

24            Let's talk about the special arrangement that you   11:34AM

25   had or whatever special arrangements you might have had when you   11:34AM

2666

1    came to Signal.                                                    11:34AM

2              Now, you're arrived at Signal in November of 2006;       11:34AM

3    right?  Is that what you said?                                     11:35AM

4    A    Yes.                                                          11:35AM

5    Q    And, when you arrived, how many people were in your wave?     11:35AM

6    A    I don't know exact number.  I think twenty to thirty people   11:35AM

7    in between.                                                        11:35AM

8    Q    Twenty to thirty people in your wave, okay.                   11:35AM

9    A    But -- excuse me.  But not in same town.  They came from      11:35AM

10   different cities from India.                                       11:35AM

11   Q    But you all arrived on the same bus together to Signal?       11:35AM

12   A    Yeah.  In Mobile.                                             11:35AM

13   Q    In Mobile?                                                    11:35AM

14   A    From Mobile.                                                  11:35AM

15   Q    And it was about twenty to thirty guys who were in your       11:35AM

16   wave; right?                                                       11:35AM

17   A    Yeah.  Not exactly, but I'm just rough, like twenty to        11:35AM

18   thirty people.                                                     11:35AM

19   Q    Sure, sure.                                                   11:35AM

20             Now, you mentioned that you were translating the         11:35AM

21   next day after you arrived.  You mentioned that you were           11:35AM

22   translating for the one or two people on either side of you        11:35AM

23   during the orientation.  Right?                                    11:35AM

24   A    Right.                                                        11:35AM

25   Q    If there were twenty to thirty guys, other than the one or    11:35AM

1    two people on either side of you, you were not translating for    11:35AM

2    those other twenty-eight people; right?    11:35AM

3    A    Yeah.  What happened is that they, like people who can read    11:35AM

4    and write, like we had been sitting in the rows, that try to    11:36AM

5    explain -- they might explained to the rest of people.  But I    11:36AM

6    explained only to my right and left side.    11:36AM

7    Q    You only translated for the people on your left and the    11:36AM

8    people on your right at the most?    11:36AM

9    A    At the most.    11:36AM

10   Q    The other twenty-eight people, you didn't translate for?    11:36AM

11   A    I didn't translate because I'm not a translator by the time.    11:36AM

12   Q    Right.  You're not a translator at that time; right?    11:36AM

13   A    Yes.    11:36AM

14   Q    So, you also mentioned I believe in your testimony earlier    11:36AM

15   that you thought when you were arrived that the conditions in    11:36AM

16   the bunkhouse was cramped; is that right?    11:36AM

17   A    Say again?    11:36AM

18   Q    The conditions in your bunkhouse was cramped?  Your trailer?    11:36AM

19   A    What's that mean?    11:36AM

20   Q    Cramped means too many people in too little space.    11:36AM

21            Would you agree with that?    11:36AM

22   A    Yeah.  That first night, is a little crowded.    11:36AM

23            But, before that, the management, John Sanders,    11:36AM

24   said:  We're going to try to ship you all, like.    11:36AM

25   Q    So let's just take that in small pieces, if we could?    11:36AM

```
 1              So you arrive and you say this is too crowded,    11:36AM
 2   this is too many people in one space.  And then you communicate  11:36AM
 3   that the next among to John Sanders; right?              11:37AM
 4   A   Yes.                                                  11:37AM
 5   Q   And John Sanders tells you:  Don't worry, we're going to be  11:37AM
 6   bringing in more trailers.  Right?                       11:37AM
 7   A   Yeah.  They explained there they ordered some more trailers  11:37AM
 8   but it will take a little time to come to that facility.  11:37AM
 9   Q   And none of the prior overseas jobs that you had you an ever  11:37AM
10   lived with twenty men in a room?                         11:37AM
11   A   I lived with fifteen people in a room, in an apartment.  11:37AM
12   Q   In an apartment.                                     11:37AM
13              Had you lived with twenty people in a trailer ever  11:37AM
14   before?                                                  11:37AM
15   A   In a trailer, no.                                    11:37AM
16   Q   Okay.                                                11:37AM
17              So Mr. Sanders tells you additional trailers are  11:37AM
18   on the way; right?  He says that?                        11:37AM
19   A   Yeah.  That's what he said.  That's day one.         11:37AM
20   Q   Did Mr. Sanders tell you that he didn't even get approval  11:37AM
21   for the new trailers until January?                      11:37AM
22   A   Say again?                                           11:37AM
23   Q   Did Mr. Sanders also tell you that he didn't even get  11:37AM
24   approval for the new trailers until January?             11:37AM
25   A   No, he didn't say that.  He said like they ordering some  11:37AM
```

1    more trailers, they will be shortly here.  But he never                    11:38AM

2    mentioned me the time or month and days.                                   11:38AM

3    Q    But you're arrived in November; correct?                              11:38AM

4    A    Yeah.  I came in November.                                            11:38AM

5    Q    And, if never really Sanders did not even get approval for            11:38AM

6    the new trailers until January, you would agree that that's a              11:38AM

7    significant amount of time that you're waiting for the new                 11:38AM

8    trailers; right?                                                           11:38AM

9    A    Yeah.                                                                  11:38AM

10   Q    So let's go back to your original arrival at Signal and the           11:38AM

11   orientation.                                                               11:38AM

12                You mentioned you were setting forth kind of what             11:38AM

13   the conditions were in the different facilities that existed;              11:38AM

14   right?  And you mentioned I think a computer room; right?  You             11:38AM

15   mentioned a computer room?  That there was a computer room?                11:38AM

16   A    There was computer rooms separately there.                            11:38AM

17   Q    Right.  There was computer room, you said, at Signal; right?          11:38AM

18   A    Yeah.  But when that computer room came with the new                  11:38AM

19   accommodations when they're brought in extra bunks.                        11:38AM

20   Q    That computer room didn't exist when you arrived; right?              11:38AM

21   A    No.                                                                   11:38AM

22   Q    Didn't exist then?                                                    11:38AM

23                When the computer room did arrive -- you're                   11:39AM

24   calling it a computer room.  Did the computer room have any                11:39AM

25   computers in it?                                                           11:39AM

| | |
|---|---|
| 1 | A    There's no computers in it.  They got computers like | 11:39AM |
| 2 | cabinets that did it, and one room was left if the people want | 11:39AM |
| 3 | it. | 11:39AM |
| 4 | Q    But there's no computers in the computer room? | 11:39AM |
| 5 | A    Yes.  No computers in the computer room. | 11:39AM |
| 6 | Q    Okay.  I just wand to clarify that. | 11:39AM |
| 7 | So you arrived at Signal and you come on an H-2B | 11:39AM |
| 8 | visa as a fitter; right? | 11:39AM |
| 9 | A    Yes. | 11:39AM |
| 10 | Q    And I think you testified earlier that your H-2B visa was -- | 11:39AM |
| 11 | it was not for a safety position, it was for a fitter; right? | 11:39AM |
| 12 | A    Right. | 11:39AM |
| 13 | Q    But, within two weeks of your arrival at Signal, you're | 11:39AM |
| 14 | moved to a new position; right? | 11:39AM |
| 15 | A    Yes. | 11:39AM |
| 16 | Q    And your new position is a safety position; right? | 11:39AM |
| 17 | A    Yes.  Safety representative. | 11:39AM |
| 18 | Q    A safety representative, okay. | 11:39AM |
| 19 | And you didn't take any pay cut with that | 11:39AM |
| 20 | transfer; did you? | 11:39AM |
| 21 | A    No. | 11:39AM |
| 22 | Q    In fact, you said that you were one of the few workers that | 11:39AM |
| 23 | got a pay raise around that time; right? | 11:39AM |
| 24 | A    Yeah.  By the time they been raising pay for a few people. | 11:40AM |
| 25 | Q    Right. | 11:40AM |

2671

| | | |
|---|---|---|
| 1 | And were you among those few people? | 11:40AM |
| 2 | A   I'm also in that. | 11:40AM |
| 3 | Q   All right. | 11:40AM |
| 4 | In fact, you've never gotten a pay cut during your | 11:40AM |
| 5 | tire time at Signal; have you? | 11:40AM |
| 6 | A   Like, an H-2B visa? | 11:40AM |
| 7 | Q   Yeah. | 11:40AM |
| 8 | A   In H-2B visa program? | 11:40AM |
| 9 | Q   Since you've been at Signal, have you gotten a pay cut? | 11:40AM |
| 10 | A   No.  I mean, in H-2B visa, like. | 11:40AM |
| 11 | Q   So you transferred over from an H-2B visa as a fitter to a | 11:40AM |
| 12 | safety representative position; right? | 11:40AM |
| 13 | A   Right. | 11:40AM |
| 14 | Q   Do you know if it was lawful for you to transfer from the | 11:40AM |
| 15 | H-2B visa as a fitter to a different job at Signal? | 11:40AM |
| 16 | MS. BOLLMAN:  Objection, Your Honor.  Calls for a legal | 11:40AM |
| 17 | conclusion. | 11:40AM |
| 18 | MR. BHATNAGAR:  I'm simply seeking whether or not he | 11:40AM |
| 19 | knows. | 11:40AM |
| 20 | THE COURT:  Sustained. | 11:40AM |
| 21 | MR. BHATNAGAR: | 11:41AM |
| 22 | Q   Were you told by Signal that there would be any legal | 11:41AM |
| 23 | impediment or obstacle to you shifting from a fitter position to | 11:41AM |
| 24 | a safety position? | 11:41AM |
| 25 | A   No.  They said like they been plans for me for safety | 11:41AM |

1    department to do safety jobs safety representative plus they                11:41AM

2    need this assistants to be transferred to rest of the Indians.             11:41AM

3    So that's the main thing I think that they switching me in the             11:41AM

4    day shifts.  And they added another person for night shift, too.           11:41AM

5    Q   Okay.  So they said --                                                 11:41AM

6    A   At nights.                                                             11:41AM

7    Q   -- they transferred you in part because of your language               11:41AM

8    ability; right?  Because you're able to speak English as well;            11:41AM

9    is that right?                                                             11:41AM

10          THE COURT:  Mr. Bhatnagar, can you slow down a little,             11:41AM

11   please?                                                                    11:41AM

12          MR. BHATNAGAR:  I'm so sorry.  My apologies.  I'll ask             11:41AM

13   the question again, hopefully slower and clearer perhaps, too.             11:41AM

14   BY MR. BHATNAGAR:                                                          11:41AM

15   Q   So you were moved to the safety department in part because            11:41AM

16   of your language abilities; correct?                                       11:41AM

17   A   Yes.                                                                   11:41AM

18   Q   And you testified earlier that your native language is                 11:42AM

19   Telugu; right?                                                            11:42AM

20   A   My mother, yes.                                                        11:42AM

21   Q   Your mother tongue; right?                                            11:42AM

22   A   Yes.                                                                   11:42AM

23   Q   But you also speak Hindi; right?                                       11:42AM

24   A   Yes.                                                                   11:42AM

25   Q   There were other Indian H-2B workers at Signal who also               11:42AM

1  spoke Hindi; right?                                              11:42AM

2  A   Right.                                                       11:42AM

3  Q   And who also spoke English; right?                          11:42AM

4            And some of them spoke Hindi better than you;         11:42AM

5  right?                                                           11:42AM

6  A   Right.                                                       11:42AM

7  Q   And English better than you?                                11:42AM

8  A   Might be.                                                    11:42AM

9  Q   Might be.                                                    11:42AM

10           So there were other workers who could have been       11:42AM

11 transferred over and served as translators, but you were the one 11:42AM

12 who was chosen; right?                                           11:42AM

13 A   Yes.  Because that was that the first.  When I came in the  11:42AM

14 month of December, they've got people there, too.  But, again,  11:42AM

15 they chose.  I never asked them for that.  I never asked them to 11:42AM

16 go forward that.  They preferred me to be in a safety           11:42AM

17 department.                                                      11:42AM

18 Q   They preferred you.  I think that's right.  Right?          11:42AM

19 A   Yes.  They preferred me better.                             11:42AM

20 Q   So this jury heard on Wednesday Mr. Hemant, and I'm not     11:42AM

21 going to ask you to compare your English to Mr. Hemant.  That's 11:43AM

22 not fair.                                                        11:43AM

23           But I will you, Mr. Hemant is a native Hindi          11:43AM

24 speaker; isn't he?                                               11:43AM

25 A   Yes.                                                         11:43AM

1   Q   His mother tongue is Hindi?                        11:43AM

2   A   Yes.                                               11:43AM

3   Q   He's from Delhi, he's a Hindi guy?                 11:43AM

4   A   He's a Delhi from India and he's the last group of people   11:43AM

5   came to Signal.                                        11:43AM

6   Q   Right, right.                                      11:43AM

7           But I'm just saying, when he got to Signal, he was   11:43AM

8   able to speak Hindi; right?                            11:43AM

9   A   Yeah.  He can speck Hindi.                         11:43AM

10  Q   He reads and writes Hindi as well, in your experience and   11:43AM

11  observation; right?                                    11:43AM

12  A   Yes.                                               11:43AM

13  Q   And I think you said that you sought his assistance on some   11:43AM

14  projects earlier, so he probably reads and writes Hindi better   11:43AM

15  than you; right?                                       11:43AM

16  A   Right.                                             11:43AM

17  Q   So he just as well could have been chosen to be a translator   11:43AM

18  for Signal instead of you; couldn't he?                 11:43AM

19  A   Before he came, I became a translator to Signal.  Before he   11:43AM

20  arrived, I was a translator.                            11:43AM

21  Q   Okay.  Understood.                                 11:44AM

22          Now, you mentioned that you were asked to       11:44AM

23  translate a safety sign from English into Hindi; correct?   11:44AM

24  A   Correct.                                           11:44AM

25  Q   But, when you were given that assignment, you found it to be   11:44AM

```
 1   challenging; correct?                                   11:44AM
 2   A   It's not like challenges like there's one big page for all   11:44AM
 3   of India.  That's sort of in my mind, is the people who can read   11:44AM
 4   Hindi, that can be an advantage to them, too.           11:44AM
 5   Q   I'm sorry, let me ask that a different way that's maybe more   11:44AM
 6   clear.                                                  11:44AM
 7                You found the assignment to you that was given to   11:44AM
 8   you, the request to translate this sign from English into   11:44AM
 9   written Hindi, you found that to be a difficult assignment for   11:44AM
10   you to do; right?                                       11:44AM
11   A   They asked me that I can write in Hindi.  So I said:  No, I   11:44AM
12   can't write Hindi.  I can speak Hindi.  And my boss asked me   11:44AM
13   that there's any one of your Indians can write Hindi.   11:44AM
14   Q   So you can't write Hindi; is that what you're saying?   11:44AM
15   A   Yes.                                                11:45AM
16   Q   And you can't read Hindi?                           11:45AM
17   A   No.                                                 11:45AM
18   Q   So you can't write in Hindi and you can't write in Hindi.   11:45AM
19   So you reached out to Mr. Hemant and others to help you with   11:45AM
20   this assignment.                                        11:45AM
21   A   I asked them can you help me out.                   11:45AM
22   Q   Of course.  You asked can they help you --          11:45AM
23           THE COURT:  Slow down a little bit.             11:45AM
24   BY MR. BHATNAGAR:                                       11:45AM
25   Q   You asked them if they can help you out?            11:45AM
```

| | | |
|---|---|---|
| 1 | A    Yeah. | 11:45AM |
| 2 | Q    And they agreed? | 11:45AM |
| 3 | A    Hemant was -- he came forward. | 11:45AM |
| 4 | Q    And, in fact, Hemant did the translation for you; and, as a | 11:45AM |
| 5 | result, the sign was created; correct? | 11:45AM |
| 6 | A    Yeah.  He gave the things to have translated into English to | 11:45AM |
| 7 | the Hindi words, Indian words.  So that as meaning came out on | 11:45AM |
| 8 | the walls. | 11:45AM |
| 9 | Q    Okay. | 11:45AM |
| 10 |         But, even after that, Signal never asked Mr. | 11:45AM |
| 11 | Hemant to be a translator; did they? | 11:45AM |
| 12 | A    No. | 11:45AM |
| 13 | Q    No. | 11:45AM |
| 14 |         So let me ask you a bit about your translation | 11:45AM |
| 15 | work for Signal, Mr. Ramesh.  You were the eyes and ears of the | 11:45AM |
| 16 | company; right? | 11:46AM |
| 17 | A    Say again? | 11:46AM |
| 18 | Q    You were the eyes and ears of the company? | 11:46AM |
| 19 | A    No.  How can I be eyes and ears to the company? | 11:46AM |
| 20 | Q    Okay. | 11:46AM |
| 21 |         You were paid to translate.  You were paid to | 11:46AM |
| 22 | listen from one side and then speak to the other side; correct? | 11:46AM |
| 23 | A    They not paid me any special price or special rate to | 11:46AM |
| 24 | translate.  They be trying to ask me to translate when I'm like | 11:46AM |
| 25 | working out.  Like my shift starts morning at 6 and ends by 5 or | 11:46AM |

| | | |
|---|---|---|
| 1 | 5:30.  And, in the meantime, they needs me, they ask me to do | 11:46AM |
| 2 | this, I used to do it. | 11:46AM |
| 3 | Q   I think we're saying the same thing.  I understand. | 11:46AM |
| 4 | So you spoke both to the Indian H-2B workers as | 11:46AM |
| 5 | well as to Signal management pretty much every day? | 11:46AM |
| 6 | A   On the same spot. | 11:46AM |
| 7 | Q   On the same spot, every day? | 11:46AM |
| 8 | A   Whenever required. | 11:46AM |
| 9 | Q   And you spent hours sitting with Darrell Snyder in the | 11:46AM |
| 10 | shack, hearing individual complaints from Indian workers as | 11:46AM |
| 11 | well; right?  Or individual issues with Indian workers as well; | 11:47AM |
| 12 | correct? | 11:47AM |
| 13 | A   Yes.  I want to explain to you about that. | 11:47AM |
| 14 | After the end of my shift, the starting, a lot | 11:47AM |
| 15 | Indians, they had the problems with their passports and stuff | 11:47AM |
| 16 | like that.  So I have, after 5:30, 6 o'clock, Darrell Snyder | 11:47AM |
| 17 | used to come to the TV hall.  And that's after the job.  We're | 11:47AM |
| 18 | finished, my schedule has been done.  But, still, the people | 11:47AM |
| 19 | wants to come and talk to Darrell to help me out of this.  And | 11:47AM |
| 20 | people used to ask me, Indians asked me to help me out in that | 11:47AM |
| 21 | way, too.  So we used to stick around a couple of hours, free of | 11:47AM |
| 22 | cost.  They never paid a single dollar to me. | 11:47AM |
| 23 | Q   So you spent a lot of time sitting with Darrell Snyder? | 11:47AM |
| 24 | A   With Indians, too. | 11:47AM |
| 25 | Q   With Indians, too. | 11:47AM |

| | | |
|---|---|---|
| 1 | But with Indians, too, along with Darrell Snyder. | 11:47AM |
| 2 | A    Only on the particular spots only. | 11:47AM |
| 3 | Q    And you would acknowledge that you spent more time with | 11:47AM |
| 4 | Darrell Snyder than virtually any other Indian H-2B workers; | 11:48AM |
| 5 | correct? | 11:48AM |
| 6 | A    No.  I been on both side.  I mean, even there, I was there | 11:48AM |
| 7 | whenever they want me with there.  But not much with Darrell, | 11:48AM |
| 8 | not much with company, nothing.  They need, they used to call me | 11:48AM |
| 9 | to finish up that assignment or translate or done whatever the | 11:48AM |
| 10 | problem is. | 11:48AM |
| 11 | Q    So Signal would ask you to send messages to the workers: | 11:48AM |
| 12 | This is what the management is saying, can you please pass this | 11:48AM |
| 13 | information to the workers.  Right?  They would do that; | 11:48AM |
| 14 | correct? | 11:48AM |
| 15 | A    No, no.  Anything important.  Like, not messages. | 11:48AM |
| 16 | What you do mean like messages? | 11:48AM |
| 17 | Q    There might be some instruction that's coming from Signal | 11:48AM |
| 18 | management regarding the workers.  Tomorrow, please remember | 11:48AM |
| 19 | that X meeting is happening; right?  You might be asked to pass | 11:48AM |
| 20 | a message from Signal management to the Indian workers.  As a | 11:48AM |
| 21 | translator, that might be what you'd be asked to do? | 11:48AM |
| 22 | A    No.  The managers there already.  They would post the sign | 11:48AM |
| 23 | or they let them know we're going to have a meeting tomorrow | 11:48AM |
| 24 | morning at 5:30 or 6 o'clock in the cafeteria.  And by the time | 11:48AM |
| 25 | when we all gather, for example.  So they used to asked me to | 11:49AM |

1    stand and talk.  Then I'll talk.  If they asked me they want to                11:49AM

2    have a meeting at 2:00 o'clock in the afternoon, they used to                   11:49AM

3    call me to translate with the Indian people.                                   11:49AM

4    Q    But even on March 9th, for example, you were asked to meet                 11:49AM

5    with a couple of other Indian workers with management; right?                  11:49AM

6    A    They asked to know what's happening.  Then wanted to know --              11:49AM

7    Q    They wanted to know from you what's happening with the                    11:49AM

8    Indian workers; right?                                                         11:49AM

9    A    Not with me.  They asked with me along with someone else,                 11:49AM

10   too.                                                                           11:49AM

11   Q    With you and one other person?                                           11:49AM

12   A    Yes.                                                                      11:49AM

13   Q    So they asked you and one other person to meet with them on              11:49AM

14   March 9th after Sabular cut himself?                                          11:49AM

15   A    Yes.                                                                      11:49AM

16   Q    They asked to meet with you and one other worker to tell                 11:49AM

17   them what's happening?                                                        11:49AM

18   A    I don't know -- that's what they asked us to come and talk               11:49AM

19   to them.                                                                      11:49AM

20   Q    That's what they asked you to do?                                        11:49AM

21   A    Not me.  They asked me and a couple more guys along with me,             11:49AM

22   too.                                                                          11:49AM

23   Q    Okay.  That's fine.                                                      11:49AM

24               So you would also be asked by them to give                       11:49AM

25   messages backs to other Indian workers; right?                               11:50AM

2680

```
 1    A    No.  That's not -- that's not messages.  No.        11:50AM

 2    Q    All right.  We'll move on.                          11:50AM

 3              So, in your experience at Signal, prior to March   11:50AM

 4    of 2000 -- you're aware this lawsuit was filed in March of 2008;  11:50AM

 5    right?                                                    11:50AM

 6    A    Something I heard like that.                         11:50AM

 7    Q    Okay.                                                11:50AM

 8              Prior to March of 2008 when this lawsuit was    11:50AM

 9    filed, you never heard anyone at Signal non-Indian workers but  11:50AM

10    the other Signal workers, you never heard anyone at Signal make  11:50AM

11    discriminatory and disparaging statements about Indian people;  11:50AM

12    right?                                                    11:50AM

13    A    Repeat one more time.                                11:50AM

14    Q    Sure.                                                11:50AM

15              In your time at Signal before this lawsuit was  11:50AM

16    filed, you never heard anyone at Signal make discriminatory or  11:50AM

17    disparaging statements about Indian workers; right?      11:50AM

18    A    Right, no.                                           11:50AM

19    Q    Never heard that?                                    11:50AM

20    A    I have never heard by the time.                      11:51AM

21    Q    And you never heard other workers telling you about those  11:51AM

22    statements either; right?                                11:51AM

23    A    Yes, no.                                             11:51AM

24    Q    You're agreeing with me?                             11:51AM

25    A    Say again?                                           11:51AM
```

|    |     |         |
|----|-----|---------|
| 1  | Q   You're agreeing with me.  You said yes, no.  I just want to | 11:51AM |
| 2  | make sure it's clear. | 11:51AM |
| 3  | A   No, no, no.  I didn't get the question.  Can you repeat one | 11:51AM |
| 4  | more time? | 11:51AM |
| 5  | Q   You never heard other Indian workers telling you that they | 11:51AM |
| 6  | had heard disparaging statements made about Indians? | 11:51AM |
| 7  | A   No Indians said to me like that. | 11:51AM |
| 8  | Q   No one said that to you? | 11:51AM |
| 9  | A   Yeah. | 11:51AM |
| 10 | Q   So you have no knowledge of anyone at Signal saying that | 11:51AM |
| 11 | Indians were behaving like animals you; never heard that? | 11:51AM |
| 12 | A   I never heard that. | 11:51AM |
| 13 | Q   And you have no knowledge of anyone at Signal referring to | 11:51AM |
| 14 | the Indian man camp as the reservation; right? | 11:51AM |
| 15 | A   Man camp as a reservation. | 11:51AM |
| 16 | Q   As the reservation, you never heard anyone at Signal call | 11:51AM |
| 17 | the man camp the reservation? | 11:51AM |
| 18 | A   In front of me, I never heard anything like that.  But I | 11:51AM |
| 19 | don't know how this came out from Indians.  There's nothing I | 11:52AM |
| 20 | heard from Signal management or from Indian side that's the word | 11:52AM |
| 21 | you are trying to say just now. | 11:52AM |
| 22 | Q   You never heard the term reservations? | 11:52AM |
| 23 | A   I never heard that much words, that many words. | 11:52AM |
| 24 | Q   And you never heard anyone at Signal advising other Signal | 11:52AM |
| 25 | employees not to shake hands with Indian people; right? | 11:52AM |

1   A   No.  Everyone shake hands first thing in the morning when we        11:52AM
2   go to the company, when the gang box meetings:  Hey, how are           11:52AM
3   you, what's up buddy?  That's the fashion that we say there.           11:52AM
4   Q   And you never heard anyone at Signal expressing the view           11:52AM
5   that in India people were pooping in ditches out in public?  You       11:52AM
6   never heard anything like that; right?                                 11:52AM
7   A   No.                                                                 11:52AM
8   Q   No?  Okay.                                                          11:52AM
9           And you have no knowledge of anyone at Signal                  11:52AM
10  expressing the view that the whole country of India smelled;          11:52AM
11  right?  You never heard that?                                          11:52AM
12  A   The whole country smelled?  No, I never heard.  If I heard,        11:52AM
13  I will defend that.  Because I'm from India, too.                     11:53AM
14  Q   If you heard that, you would defend that, because you're           11:53AM
15  from India, too?                                                       11:53AM
16  A   Yeah.  Yeah.  I'm from India.                                      11:53AM
17  Q   And you have no knowledge of anyone at Signal expressing the       11:53AM
18  view that, quote:  If the country smells, the people are going        11:53AM
19  to smell the same as the country.  Right?  You never heard that?      11:53AM
20  A   No.  That just first time I heard it from you.  I mean, I          11:53AM
21  have never heard anything there.                                       11:53AM
22  Q   And you think --                                                   11:53AM
23  A   That's what I said.  Like, I'm also from India.                    11:53AM
24  Q   Would you call that a disparaging statement?                       11:53AM
25  A   If somebody said it.                                               11:53AM

```
 1                    But I never heard it.                      11:53AM

 2   Q   But, if somebody said that, you would find that pretty 11:53AM

 3   offensive.                                                  11:53AM

 4   A   No doubt.                                               11:53AM

 5                    But I never heard.  That's what I'm trying to say. 11:53AM

 6   Q   I understand.                                           11:53AM

 7                    But, if you heard it, you would find it offensive? 11:53AM

 8   A   I would talk, definitely.                               11:53AM

 9   Q   Okay.                                                   11:53AM

10                    Let me ask you about threats.  Threats that were 11:53AM

11   made -- I think your lawyer, Ms. Bollman, asked you about  11:53AM

12   whether or not you thought that -- whether or not you had ever 11:53AM

13   heard threats at Signal.  Do you remember that?            11:54AM

14   A   Yes.                                                    11:54AM

15   Q   So is it your testimony that, prior to this lawsuit being 11:54AM

16   filed, you never heard anyone at Signal threaten Indian workers 11:54AM

17   with deportation?                                           11:54AM

18   A   No.                                                     11:54AM

19   Q   No?  Okay.                                              11:54AM

20                    And you -- I'm sorry?                      11:54AM

21   A   I never heard nothing about that.                       11:54AM

22   Q   Never heard nothing about that.  All right.             11:54AM

23   A   And one thing I want to tell you is I'm just an employee. 11:54AM

24   And they -- whatever they want to talk to them, just I used to 11:54AM

25   talk to them.  Like, I am not involved in anything.  I'm just an 11:54AM
```

1    ordinary like other Indians in the company.                     11:54AM

2    Q   Okay.                                                        11:54AM

3              So you have no knowledge of anyone at Signal           11:54AM

4    telling the Indian workers at a meeting, quote:  This is         11:54AM

5    America, this is not your India, if you want to stay in this     11:54AM

6    country, shut up, keep quiet and sit down.  You never heard that 11:54AM

7    before?                                                          11:54AM

8    A   Now, in the meetings, they never said shut up and sit down.  11:54AM

9              While using while they're having cafeteria             11:54AM

10   meeting.  And, cafeteria meeting, they put ten, twelve people    11:55AM

11   try to ask questions to people whoever talking there.  And they  11:55AM

12   tell them one-by-one, if you ask the questions, then we can      11:55AM

13   answer it.  And we can hear properly what you all wanted to do.  11:55AM

14   I mean, what you all are asking.                                 11:55AM

15   Q   So you did hear the last thing I said; is that correct?  The 11:55AM

16   last question I just asked you, you did hear that statement?     11:55AM

17   A   No.  Nobody said shut up and sit down.  No way.  Because I'm  11:55AM

18   standing there, too, at that meetings.                           11:55AM

19             But, in that cafeteria meetings like, like again,      11:55AM

20   like big meetings or minor meetings with Indians, anything else, 11:55AM

21   with Signal, I have never heard that at all.                     11:55AM

22   Q   Okay.                                                        11:55AM

23             And you have no knowledge of anyone in Signal          11:55AM

24   senior management telling Indian H-2B workers that they should   11:55AM

25   think very carefully about suing Signal; right?                  11:55AM

```
 1   A    No.                                                    11:55AM

 2   Q    You never heard someone say that if the Indian workers did   11:55AM

 3   file a lawsuit that Signal would not be doing any visa      11:56AM

 4   extensions and that the H-2B program would be terminated on July   11:56AM

 5   31, 2007?                                                   11:56AM

 6   A    I translated some meeting what Ms. Bollman said like.  11:56AM

 7            But, until that day, I don't know what's this      11:56AM

 8   suing company or I don't know nothing about rest of the Indians   11:56AM

 9   or the deal is.                                             11:56AM

10   Q    My question is a much more simple question.  My question is:   11:56AM

11   Did you hear those words being spoken?                      11:56AM

12   A    I don't remember exactly.                              11:56AM

13   Q    You don't remember, okay.                              11:56AM

14            If someone had said those things, meaning if       11:56AM

15   someone had said:  If you sue Signal there will be no visa  11:56AM

16   extensions and the H-2B program will terminate on July 31, 2007,   11:56AM

17   would you consider that to be a threat?                     11:56AM

18   A    I don't consider it as a threat.                       11:56AM

19            But, if that's the situation comes, as Indian and  11:56AM

20   rest of the Indians, we can talk and we can talk -- we can do   11:57AM

21   what best solution that way.  If I'm going I think that way.  If   11:57AM

22   the situation comes bad or different way, like nobody can stop   11:57AM

23   the 31st of July, if they want to extend, extend visa.  In the   11:57AM

24   meantime, they said we're going to do extension, extension.  And   11:57AM

25   I never thought that would be a trick.                      11:57AM
```

1   Q   But were you worried.  I mean, you certainly would be   11:57AM

2   worried if someone told you:  Mr. Ramesh, if you don't do X, Y,   11:57AM

3   Z, you're not going to get a visa extension on July 31st.   11:57AM

4   Right?  That would worry you?   11:57AM

5   A   I mean, I never thought that much about the time lag.   11:57AM

6   Because I don't thought the 12th -- because along with me, along   11:57AM

7   with Ramesh, they've got some more Indians by the time, too.   11:57AM

8   Q   Okay.  So they got some more Indians, is what they did?   11:57AM

9   A   Yeah.  When you saying that the 12th is everybody going to   11:57AM

10  listen, right.   11:57AM

11  Q   So you mentioned that you were a translator for the March   11:57AM

12  8th, 2007 speech that Mr. Ron Schnoor gave to the workers;   11:58AM

13  right?   11:58AM

14  A   Yes.   11:58AM

15  Q   And, as a translator, you heard the words that he said and   11:58AM

16  you spoke those words to the Indian workers; right?   11:58AM

17  A   Yeah.  As much as I can.   11:58AM

18  Q   As much as you can.   11:58AM

19  A   Exactly.   11:58AM

20  Q   To the best of your ability?   11:58AM

21  A   To the best of ability with me.  And, by that time, there   11:58AM

22  was a Malayalam translator, too.  But what he said in Malayalam,   11:58AM

23  I don't know.   11:58AM

24  Q   Understood.   11:58AM

25          Let's talk about conditions.  You heard the   11:58AM

1  workers complaining about the conditions at Signal; correct?    11:58AM

2  A   Yes.  There were bunks.  A lot of people in bunkhouses.  And  11:58AM

3  about food.    11:58AM

4              And, every time when we tried to tell to the    11:58AM

5  management, they said taken care of; they need some time to    11:58AM

6  solve the problems.    11:58AM

7  Q   And you shared those complaints; didn't you?    11:58AM

8  A   Yeah.    11:58AM

9  Q   Let me ask it another way.    11:58AM

10             Did you agree with those complaints?    11:58AM

11  A   Yeah.  About the bunkhouses and the beds, yes.    11:59AM

12  Q   You also heard complaints about the sanitation, meaning the  11:59AM

13  water, the toilets, the sanitation facilities.  You are heard    11:59AM

14  complaints about that, too; right?    11:59AM

15  A   I didn't heard about that.  But I think that went straight   11:59AM

16  to the camp managers, I believe.    11:59AM

17  Q   Would you have agreed with those complaints about flooding   11:59AM

18  and sanitation and toilets and showers?    11:59AM

19  A   If it's that flooding like toilets or something, we must get 11:59AM

20  that to the company to the camp managers, whoever taking care of 11:59AM

21  camp.    11:59AM

22  Q   My question is:  Would you have agreed with those    11:59AM

23  complaints?    11:59AM

24  A   If it is sanitary, yes.    11:59AM

25  Q   You also heard complaints about the $35 per day deduction;   11:59AM

1    right?                                                    11:59AM

2    A    Yeah.                                                11:59AM

3    Q    And did you also have a complaint about paying $35 a day, or   11:59AM

4    was that okay with you?                                   11:59AM

5    A    It's okay for me.  Because -- I want to explain what there.   11:59AM

6    In India, already agent said that they are going to get a   12:00PM

7    deduction of $35 day for food and accommodation.  I didn't mind   12:00PM

8    about that.  Like, it's okay for me.                     12:00PM

9    Q    Mr. Dewan told you that you were going to have a $35 day   12:00PM

10   deduction; right?                                         12:00PM

11   A    Me and the group of people leaving that evening.  I already   12:00PM

12   had testified to that before.                            12:00PM

13   Q    Right.                                               12:00PM

14              He told you and he told the group -- your       12:00PM

15   testimony is --                                           12:00PM

16   A    Everyone in that group.                              12:00PM

17   Q    Your testimony is he told you --                     12:00PM

18   A    Yes.                                                 12:00PM

19   Q    -- and the rest of the group that you were with, who were   12:00PM

20   all leaving India, about the $35 a day deduction; right?   12:00PM

21   A    Yes.                                                 12:00PM

22   Q    And he told you hours before you were going to get on your   12:00PM

23   plane; right?                                             12:00PM

24   A    Say again.                                           12:00PM

25   Q    He told you hours, just a few hours before you were going to   12:00PM

2689

```
 1   get on the your plane?                                    12:00PM

 2   A   Yes.                                                  12:00PM

 3   Q   So, if you had a concern about the $35 a day deduction, you   12:00PM

 4   were not in a position to do anything about it; you were?  12:01PM

 5   A   I didn't thought that.  Because I -- usually if I go there,  12:01PM

 6   some companies will give food, some companies we should cook our  12:01PM

 7   foods.  So that's what my experience is.                   12:01PM

 8   Q   Right.                                                 12:01PM

 9              But nowhere that you'd ever been had you been  12:01PM

10   charged $35 a day; had you?                                12:01PM

11   A   Where?                                                 12:01PM

12   Q   Nowhere that you had ever worked internationally had you  12:01PM

13   ever been charged $35 per day as a deduction; had you?     12:01PM

14   A   When I in Singapore, I used to cook.  And I used to spend my  12:01PM

15   money for cooking and eat.  And they used to deduct for the  12:01PM

16   accommodation.                                             12:01PM

17   Q   I appreciate that.  That's a little bit of a different  12:01PM

18   answer than the question that I'm asking.                  12:01PM

19              You have not worked anywhere else internationally  12:01PM

20   where $35 per day came out of your salary?                 12:01PM

21   A   Oh, no.                                                12:01PM

22   Q   No, okay.                                              12:01PM

23              So, when you first moved into the Signal man camp  12:01PM

24   in December of 2006, counting yourself, you had twenty men who  12:01PM

25   lived in your bunkhouse; correct?                          12:02PM
```

1    A    Roughly eighteen or twenty, I said.                      12:02PM

2    Q    Okay.                                                    12:02PM

3              And when you gave your deposition in 2008 --        12:02PM

4    sorry -- 2009, January, I believe you testified that there were  12:02PM

5    only two men remaining in your bunkhouse; is that right?      12:02PM

6    A    At the last program, end of the H-2B, that's what you're  12:02PM

7    asking now?                                                   12:02PM

8    Q    I'm saying, when you gave your deposition in January of  12:02PM

9    2009, you testified that there were only two men remaining in  12:02PM

10   your bunkhouse.   Is that correct?                            12:02PM

11   A    It's last.                                               12:02PM

12              But, in the startings, 2007 and eight, we used to  12:02PM

13   be eighteen people.  Nobody wants to move from the bunkhouse.  12:02PM

14   Q    But, in 2009, January, there were two or three guys --   12:02PM

15   A    Two or three, whatever you said, yeah.  Because everyone  12:02PM

16   going back to India left.  The people that wants to go back to  12:02PM

17   India, they gone.  And --                                     12:03PM

18   Q    So let's talk about -- we saw the picture on the screen that  12:03PM

19   Ms. Bollman showed you of you playing cricket at family day.  Do  12:03PM

20   you remember that?                                            12:03PM

21   A    Yes.                                                     12:03PM

22   Q    Now, you started at Signal in November of 2006; correct?  12:03PM

23   A    Correct.                                                 12:03PM

24   Q    And this lawsuit was filed in March of 2008; right?      12:03PM

25   A    Right.                                                   12:03PM

| | | |
|---|---|---|
| 1 | Q   And, in that sixteen month period, that's the only time that | 12:03PM |
| 2 | you ever played cricket? | 12:03PM |
| 3 | A   Yeah.  Yes. | 12:03PM |
| 4 | Q   Okay. | 12:03PM |
| 5 | A   We don't have that much of time to play. | 12:03PM |
| 6 | Q   Understood. | 12:03PM |
| 7 | In 2008, Signal made a decision to recruit new | 12:03PM |
| 8 | Indian H-2B workers to come to the company; right? | 12:03PM |
| 9 | A   Right. | 12:03PM |
| 10 | Q   And your father was part of that recruitment; wasn't he? | 12:03PM |
| 11 | A   No. | 12:03PM |
| 12 | Q   Your father had nothing to do with the recruitment? | 12:03PM |
| 13 | A   No. | 12:03PM |
| 14 | My father took my cousin and a few more people to | 12:04PM |
| 15 | Mumbia. | 12:04PM |
| 16 | Q   So -- | 12:04PM |
| 17 | A   Selection. | 12:04PM |
| 18 | Q   Are you aware of reports to Signal -- | 12:04PM |
| 19 | A   Say again. | 12:04PM |
| 20 | Q   Are you aware of reports to Signal that your father was | 12:04PM |
| 21 | involved in the recruitment of Indian H-2B workers? | 12:04PM |
| 22 | A   No. | 12:04PM |
| 23 | Q   You're not aware of that? | 12:04PM |
| 24 | A   He's not a recruiter there, no. | 12:04PM |
| 25 | Q   Okay. | 12:04PM |

| | | |
|---|---|---|
| 1 | MR. BHATNAGAR:  Can we pull up Exhibit No. 913, please. | 12:04PM |
| 2 | BY MR. BHATNAGAR: | 12:04PM |
| 3 | Q   Mr. Ramesh, this is an email.  I'm going see if this helps | 12:04PM |
| 4 | refresh your recollection as to whether or not you personally | 12:04PM |
| 5 | were aware of any of these reports.  And you're not a party to | 12:04PM |
| 6 | this email so I'm only going to ask you about the accuracy of | 12:04PM |
| 7 | what's contained therein.  And I'll give you a second to look at | 12:04PM |
| 8 | the document. | 12:04PM |
| 9 | It's an email chain between Mr. Darrell Snyder and | 12:04PM |
| 10 | Ms. Rhonda George. | 12:05PM |
| 11 | Can you say who Rhonda George is again? | 12:05PM |
| 12 | MS. BOLLMAN:  Objection, Your Honor.  Foundation. | 12:05PM |
| 13 | THE COURT:  So he's -- just a second.  So he didn't | 12:05PM |
| 14 | write the email or receive it? | 12:05PM |
| 15 | MR. BHATNAGAR:  He did not write or receive the email. | 12:05PM |
| 16 | But he and his father are referred to, and I just want to ask | 12:05PM |
| 17 | him about the accuracy. | 12:05PM |
| 18 | THE COURT:  You can ask him about those facts but take | 12:05PM |
| 19 | it down.  Take the exhibit down. | 12:05PM |
| 20 | MR. BHATNAGAR:  Oh, sure.  Okay. | 12:05PM |
| 21 | BY MR. BHATNAGAR: | 12:05PM |
| 22 | Q   So, Mr. Ramesh, if I told you that Rhonda George wrote to | 12:05PM |
| 23 | Darrell Snyder, quote:  Rumor on the home front is that Ramesh's | 12:05PM |
| 24 | dad was standing out front and anyone that wanted in to | 12:05PM |
| 25 | interview with Signal in (CU) had to pay dad to get inside. | 12:05PM |

1   I've been trying to find out the amount he was collecting.                    12:06PM

2            Would that refresh your recollection as to whether                    12:06PM

3   or not you were aware of reports that your father was involved                 12:06PM

4   in H-2B recruiting in India to come to Signal?                                 12:06PM

5   A    No.                                                                       12:06PM

6   Q    No?                                                                       12:06PM

7   A    I want to explain to you that.                                           12:06PM

8   Q    Please.                                                                   12:06PM

9   A    My father is not a recruiter there.  And there was a testing            12:06PM

10  facilities going on for the test for pipe, welder.  They should               12:06PM

11  pay a test fee there.  So they got my cousin, my brother and a                12:06PM

12  few other friends, they went there.  They might be paying the                 12:06PM

13  testing fees.  That's what my dad said.  That he is not an agent              12:06PM

14  or he's not H-2B recruiter.                                                   12:06PM

15  Q    Was your dad collecting fees from any of the applicants?                 12:06PM

16  A    No.                                                                       12:06PM

17  Q    No?                                                                       12:06PM

18  A    He's collected to pay that for my brother for his pipe test.            12:06PM

19  Q    So I'm going read you another email from Ms. George, and                 12:06PM

20  also you can let me know if this refreshes your recollection;                 12:07PM

21  okay?                                                                         12:07PM

22            This is again from Rhonda George to Darrell                         12:07PM

23  Snyder:  Additional word is if they got by, quote, dad it costs              12:07PM

24  $8,000 to the agent to get a job here.  If dad -- in quotes                   12:07PM

25  again -- stopped them, he collected $12,000 and gave $8,000 to                12:07PM

1    the agent and pocketed $4,000.  Word has it that dad -- in          12:07PM

2    quotes again -- got money from thirty guys.  That a tidy sum for    12:07PM

3    dad if it is true.  This just kind of fit in with what you said     12:07PM

4    about meeting Ramesh's dad one day and you not knowing why he       12:07PM

5    kept hanging out around front.  He supposedly told them, if they    12:07PM

6    paid him, that his son was a big man with the company and           12:07PM

7    because of this he could get help them get on with the Signal       12:07PM

8    quicker/easier.                                                     12:07PM

9                 Does that refreshing your recollection?                12:07PM

10   A    No.                                                            12:07PM

11   Q    Are those statements inaccurate?                               12:07PM

12   A    My dad never said anything else.  I don't know why his name    12:08PM

13   came up.                                                            12:08PM

14   Q    So your dad never collected any money --                       12:08PM

15   A    No.                                                            12:08PM

16   Q    -- from Indian H-2B recruits?                                  12:08PM

17   A    No.                                                            12:08PM

18   Q    And your dad never stood outside an H-2B recruiting or         12:08PM

19   testing facility?                                                   12:08PM

20   A    No.  Just was standing there to go do tests at the facility    12:08PM

21   there.  That's it.                                                  12:08PM

22   Q    So, if I told you that Rhonda George sent that email, you'd    12:08PM

23   say that she was mistaken; right?                                   12:08PM

24   A    Might be.  But -- I never had that confrontation with my       12:08PM

25   dad.  I have nothing else.  He passed away in August.              12:08PM

| | | |
|---|---|---|
| 1 | Q    Were you a big man with the company? | 12:08PM |
| 2 | A    No.  I'm a zero man with the company. | 12:08PM |
| 3 | Q    You're a zero man with a company? | 12:08PM |
| 4 | A    Yeah.  As an Indian.  And as a worker like the rest of the | 12:08PM |
| 5 | workers in the company. | 12:08PM |
| 6 | Q    So why were you a zero man with the company as an Indian? | 12:08PM |
| 7 | A    No.  You said I'm a big man.  That's what I'm saying, like | 12:08PM |
| 8 | I'm just a normal work, as usually the rest of the workers | 12:08PM |
| 9 | there. | 12:08PM |
| 10 | Q    So let's move on to, Ms. Bollman asked you about the green | 12:08PM |
| 11 | card issue. | 12:09PM |
| 12 | She mentioned that Signal told you that they would | 12:09PM |
| 13 | sponsor you for a guard; right? | 12:09PM |
| 14 | A    Say again? | 12:09PM |
| 15 | Q    Signal told you at some point in 2008 that they would | 12:09PM |
| 16 | sponsor you for a green card. | 12:09PM |
| 17 | THE COURT:  Mr. Bhatnagar, this might be a good time to | 12:09PM |
| 18 | take our lunch break, if you're switching topics in your | 12:09PM |
| 19 | testimony. | 12:09PM |
| 20 | Let's do that.  We'll come back at 1:10. | 12:09PM |
| 21 | I want to remind you to comply with all the | 12:09PM |
| 22 | instructions that you've given you earlier. | 12:09PM |
| 23 | (Jury exits.) | 12:09PM |
| 24 | THE COURT:  So I think we've dealt with everything that | 12:10PM |
| 25 | we needed to for this afternoon, so I'll see you all at 1:10. | 12:10PM |

1        (Proceedings in recess.)                                    12:10PM

2

3

4                        CERTIFICATE

5

6

7          I, Susan A. Zielie, Official Court Reporter,
   do hereby certify that the foregoing transcript is correct.

8

9

10                        /S/ SUSAN A. ZIELIE, FCRR
                          _____
11                          Susan A. Zielie, FCRR

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,550** [1] - 2664:16
**$12,000** [1] - 2693:25
**$15,000** [2] - 2601:19, 2655:10
**$18.50** [1] - 2628:16
**$200** [1] - 2654:20
**$250** [1] - 2654:21
**$35** [10] - 2603:4, 2687:25, 2688:3, 2688:7, 2688:9, 2688:20, 2689:3, 2689:10, 2689:13, 2689:20
**$4,000** [1] - 2694:1
**$400** [2] - 2654:4, 2654:12
**$420** [1] - 2593:10
**$50** [1] - 2542:12
**$500** [1] - 2653:21
**$500,000** [1] - 2663:25
**$600,000** [1] - 2663:24
**$8,000** [2] - 2693:24, 2693:25

## '

**'06** [1] - 2580:20
**'07** [1] - 2584:23
**'65** [2] - 2561:6, 2561:19
**'91** [2] - 2580:7
**'95** [1] - 2580:9

## /

**/S** [1] - 2696:9

## 0

**0558543** [1] - 2613:20
**0558544** [1] - 2613:19
**0558545** [1] - 2613:19
**08-1220** [2] - 2528:6, 2528:22

## 1

**1** [1] - 2632:8
**100** [6] - 2549:16, 2549:17, 2584:6, 2626:4, 2626:12, 2626:13
**100,000** [2] - 2662:6, 2662:7
**10004** [1] - 2529:25
**10013** [1] - 2530:4
**10022** [1] - 2529:10
**1005** [4] - 2614:1,

2614:2, 2614:3, 2614:11
**1016** [1] - 2538:6
**1055** [1] - 2529:18
**1096** [2] - 2538:16, 2538:22
**10:25** [1] - 2612:19
**10:30** [2] - 2625:14, 2638:1
**11** [3] - 2576:16, 2590:3, 2638:1
**110** [1] - 2576:3
**1102** [2] - 2548:8, 2615:22
**1104** [2] - 2548:3, 2615:22
**1105** [2] - 2547:21, 2615:22
**1130** [1] - 2538:6
**1147** [4] - 2556:11, 2615:20, 2616:1, 2616:5
**11553** [1] - 2530:7
**1190** [1] - 2615:21
**1191** [3] - 2548:14, 2615:20, 2615:22
**12** [1] - 2568:18
**12-557** [1] - 2528:7
**125** [1] - 2529:24
**1282** [1] - 2613:12
**12th** [3] - 2530:4, 2686:6, 2686:9
**13** [3] - 2554:3, 2622:12, 2623:18
**13-6218** [1] - 2528:7
**1367** [1] - 2538:22
**13th** [2] - 2553:18, 2561:21
**14** [1] - 2590:3
**14,000** [1] - 2655:10
**1521** [1] - 2531:6
**1544** [5] - 2620:8, 2620:14, 2621:3, 2621:16, 2621:19
**1546** [1] - 2621:6
**1556** [1] - 2621:16
**16** [1] - 2619:8
**1631** [2] - 2530:9, 2649:15
**1635** [3] - 2621:7, 2621:16, 2621:21
**1639** [1] - 2625:11
**1665** [1] - 2625:11
**1679** [1] - 2619:3
**1685** [1] - 2650:3
**1689** [2] - 2648:17, 2649:1
**1775** [3] - 2538:6, 2538:23, 2538:24
**18,006** [1] - 2601:18

**187** [1] - 2538:6
**1872** [1] - 2536:4
**18th** [1] - 2529:24
**19.25** [1] - 2628:18
**1954** [1] - 2538:9
**1959** [1] - 2561:19
**1965** [3] - 2560:19, 2561:4, 2561:6, 2561:17, 2561:21
**1985** [1] - 2538:9
**1995** [2] - 2591:11, 2592:18
**1:10** [2] - 2695:20, 2695:25

## 2

**2** [1] - 2529:25
**20,000** [3] - 2595:16, 2654:18, 2654:19
**200** [2] - 2530:22, 2542:12
**2000** [1] - 2680:4
**2006** [17] - 2553:11, 2553:18, 2554:3, 2557:1, 2557:22, 2562:14, 2562:15, 2563:19, 2578:18, 2580:10, 2603:23, 2603:24, 2655:15, 2666:2, 2689:24, 2690:22
**2007** [10] - 2601:12, 2622:22, 2623:3, 2633:13, 2634:7, 2647:10, 2685:5, 2685:16, 2686:12, 2690:12
**2008** [15] - 2562:14, 2562:16, 2563:19, 2580:10, 2622:13, 2624:4, 2624:10, 2625:8, 2650:25, 2680:4, 2680:8, 2690:3, 2690:24, 2691:7, 2695:15
**2009** [5] - 2578:18, 2580:10, 2690:4, 2690:9, 2690:14
**2014** [1] - 2552:21
**2015** [2] - 2528:7, 2533:1
**2031** [1] - 2613:1
**2061** [1] - 2613:14
**212.803.4021** [1] - 2529:11
**2142** [1] - 2613:23
**22** [3] - 2570:4, 2570:5, 2570:6
**233** [1] - 2529:15

**24** [1] - 2552:21
**25** [2] - 2542:3, 2542:10
**25,000** [1] - 2601:10
**250** [2] - 2549:18, 2549:21
**2560** [1] - 2532:3
**2579** [1] - 2532:5
**2589** [1] - 2532:6
**26th** [2] - 2604:14, 2604:15
**278** [1] - 2615:9
**27th** [2] - 2604:14, 2604:15
**2:00** [1] - 2679:2

## 3

**3** [4] - 2531:1, 2557:1, 2557:22, 2570:5
**30** [2] - 2528:7, 2533:1
**300** [2] - 2549:18, 2549:21
**30303** [1] - 2529:15
**31** [2] - 2685:5, 2685:16
**310** [1] - 2530:19
**31st** [3] - 2601:12, 2685:23, 2686:3
**333** [1] - 2530:6
**35** [1] - 2542:3
**35,000** [4] - 2654:11, 2660:6, 2660:13, 2661:9
**36104** [1] - 2529:21
**3636** [1] - 2530:22
**364** [1] - 2538:6

## 4

**40,000** [2] - 2593:25, 2654:2
**400** [1] - 2529:21
**404.521.6700** [1] - 2529:16
**405** [1] - 2615:21
**43** [1] - 2556:12
**482** [4] - 2553:15, 2553:17, 2615:20, 2615:22

## 5

**5** [4] - 2605:4, 2632:9, 2653:22, 2676:25
**500** [2] - 2529:2, 2653:22
**500,000** [5] - 2601:15, 2654:25, 2655:5, 2655:9, 2663:17

**503** [1] - 2615:21
**504.589.7781** [1] - 2529:4
**505** [1] - 2529:18
**55,000** [2] - 2592:19, 2653:19
**590** [1] - 2529:10
**5:30** [3] - 2677:1, 2677:16, 2678:24

## 6

**6** [5] - 2632:9, 2662:3, 2676:25, 2677:16, 2678:24
**60** [1] - 2615:21
**600,000** [7] - 2661:25, 2662:3, 2662:12, 2663:4, 2663:5, 2663:17, 2663:23
**601** [1] - 2530:7
**657** [1] - 2617:17
**696** [2] - 2539:22, 2615:8
**6:00** [1] - 2610:23

## 7

**700** [1] - 2531:3
**70001** [1] - 2530:23
**701** [1] - 2530:18
**70117** [1] - 2530:10
**70130** [4] - 2529:2, 2529:19, 2531:3, 2531:7
**70139** [1] - 2530:19
**710** [2] - 2539:22, 2615:9
**721** [1] - 2613:2
**724** [1] - 2613:2
**727** [1] - 2613:2
**730** [2] - 2538:6, 2538:9
**777** [2] - 2613:1, 2614:8
**79** [1] - 2619:9
**7:30** [2] - 2609:1, 2609:3

## 8

**8** [6] - 2604:18, 2605:24, 2606:4, 2607:15, 2633:13
**827** [3] - 2613:1, 2614:6, 2614:8
**855** [3] - 2552:11, 2616:1, 2616:2
**877** [1] - 2614:5
**8:20** [1] - 2533:2

**8th** [1] - 2686:12

## 9

**9** [2] - 2604:18, 2634:7
**900** [1] - 2593:11
**911** [1] - 2544:25
**913** [1] - 2692:1
**950** [1] - 2593:12
**99** [1] - 2530:3
**9th** [5] - 2638:22, 2638:24, 2639:2, 2679:4, 2679:14

## A

**A.M** [1] - 2533:2
**abilities** [1] - 2672:16
**ability** [3] - 2672:8, 2686:20, 2686:21
**able** [9] - 2534:12, 2535:12, 2537:9, 2577:4, 2622:21, 2632:24, 2657:22, 2672:8, 2674:8
**abnormal** [1] - 2623:15
**abouts** [1] - 2584:22
**abroad** [5] - 2596:4, 2596:7, 2596:10, 2598:1, 2653:16
**absolute** [1] - 2578:12
**absolutely** [5] - 2535:23, 2546:13, 2559:16, 2577:24, 2611:24
**Abu** [23] - 2592:8, 2595:8, 2595:9, 2596:1, 2598:11, 2598:13, 2598:23, 2599:2, 2599:14, 2654:15, 2654:23, 2655:15, 2656:2, 2656:6, 2656:12, 2656:17, 2656:19, 2657:5, 2657:23, 2658:2, 2658:16, 2659:6, 2659:11
**abuse** [1] - 2586:2
**accept** [1] - 2572:4
**access** [1] - 2568:4
**accident** [1] - 2624:7
**accidents** [1] - 2624:9
**accommodation** [8] - 2567:16, 2604:9, 2605:16, 2606:25, 2631:13, 2636:8, 2688:7, 2689:16
**accommodations** [9] - 2602:25, 2603:3,

2604:21, 2604:22, 2605:14, 2606:23, 2607:2, 2607:5, 2669:19
**accounts** [1] - 2609:15
**accuracy** [2] - 2692:6, 2692:17
**accurate** [7] - 2554:9, 2554:24, 2576:24, 2619:19, 2649:10, 2649:24, 2650:10
**accurately** [1] - 2620:10
**ACHARI** [1] - 2528:16
**acknowledge** [1] - 2678:3
**acknowledges** [1] - 2555:5
**acting** [1] - 2581:9
**activities** [2] - 2557:17, 2557:18
**activity** [1] - 2567:13
**actual** [6] - 2534:17, 2536:7, 2536:15, 2562:5, 2570:23, 2618:20
**add** [3] - 2554:18, 2607:7, 2632:12
**added** [3] - 2607:9, 2623:2, 2672:4
**addition** [1] - 2613:23
**additional** [8] - 2539:3, 2554:18, 2607:7, 2613:10, 2616:11, 2620:12, 2668:17, 2693:23
**address** [10] - 2599:24, 2618:14, 2640:3, 2640:4, 2640:8, 2640:14, 2647:4, 2647:5, 2647:7
**addressed** [1] - 2557:11
**administration** [3] - 2549:11, 2549:18, 2549:23
**administrative** [3] - 2548:24, 2549:5, 2549:8
**admissibility** [1] - 2621:15
**admissible** [2] - 2621:9, 2621:14
**Admitted** [4] - 2614:22, 2615:17, 2616:13, 2617:25
**admitted** [10] - 2538:13, 2539:1, 2539:2, 2614:21,

2615:16, 2616:2, 2616:12, 2617:24, 2620:8, 2621:11
**advantage** [1] - 2675:4
**advise** [1] - 2612:5
**advising** [1] - 2681:24
**affairs** [1] - 2575:18
**affected** [1] - 2563:14
**affordable** [1] - 2663:5
**aforementioned** [1] - 2555:6
**afraid** [1] - 2638:22
**Africa** [4] - 2592:8, 2593:17, 2594:1, 2654:1
**afternoon** [2] - 2679:2, 2695:25
**agencies** [1] - 2597:21
**agent** [22] - 2592:12, 2592:15, 2593:20, 2593:22, 2594:19, 2594:21, 2595:11, 2595:13, 2595:15, 2596:3, 2596:6, 2596:10, 2596:11, 2596:14, 2597:19, 2601:23, 2603:8, 2603:18, 2688:6, 2693:13, 2693:24, 2694:1
**agents** [3] - 2597:22, 2598:2, 2603:15
**ago** [3] - 2559:6, 2562:4, 2562:5
**agree** [8] - 2576:5, 2576:8, 2577:6, 2579:21, 2663:19, 2667:21, 2669:6, 2687:10
**agreed** [8] - 2644:18, 2663:13, 2663:14, 2663:16, 2664:22, 2676:2, 2687:17, 2687:22
**agreeing** [2] - 2680:24, 2681:1
**ahead** [10] - 2549:2, 2552:11, 2552:15, 2553:15, 2553:25, 2556:11, 2556:23, 2598:19, 2663:1, 2663:2
**aid** [13] - 2544:9, 2544:12, 2544:18, 2545:3, 2545:11, 2545:13, 2545:22, 2546:2, 2546:7, 2546:18, 2559:7, 2559:11, 2559:15

**aided** [1] - 2529:5
**aids** [3] - 2533:5, 2534:1, 2546:9
**air** [1] - 2575:16
**airlifting** [1] - 2624:23
**airport** [4] - 2604:4, 2604:5, 2604:6, 2604:10
**AL** [1] - 2529:21
**al** [5] - 2528:4, 2528:7, 2528:14, 2528:16, 2528:19
**Alabama** [2] - 2583:20, 2583:21
**ALAN** [2] - 2529:7, 2530:16
**alarm** [1] - 2571:15
**allow** [2] - 2534:18, 2623:20
**allowed** [1] - 2535:20
**almost** [5] - 2533:23, 2535:24, 2551:10, 2583:10, 2601:24
**alone** [1] - 2558:25
**aluminum** [1] - 2533:11
**AM** [1] - 2528:8
**AMAL** [1] - 2529:8
**AMERI** [1] - 2531:11
**America** [3] - 2579:20, 2662:13, 2684:5
**American** [3] - 2529:23, 2530:2, 2536:5
**amount** [3] - 2655:5, 2669:7, 2693:1
**Andrews** [3] - 2529:8, 2566:2, 2582:21
**animal** [1] - 2633:19
**animals** [1] - 2681:11
**ANJALI** [1] - 2529:20
**Anjay** [2] - 2640:24, 2640:25
**answer** [11] - 2533:18, 2550:25, 2559:4, 2571:6, 2582:15, 2631:14, 2631:15, 2641:2, 2684:13, 2689:18
**answering** [1] - 2597:15
**anyway** [1] - 2537:17
**apartment** [2] - 2668:11, 2668:12
**apartments** [1] - 2556:1
**APLC** [1] - 2530:21
**apologies** [1] - 2672:12
**apologize** [1] -

2538:21
**appear** [3] - 2575:19, 2575:21, 2575:23
**APPEARANCE** [2] - 2529:25, 2531:1
**APPEARANCES** [1] - 2529:6
**appearances** [1] - 2566:1
**applicable** [1] - 2612:13
**applicants** [1] - 2693:15
**application** [1] - 2651:1
**APPLIES** [1] - 2528:22
**apply** [4] - 2600:8, 2600:9, 2609:16, 2650:24
**applying** [1] - 2600:21
**appointments** [3] - 2630:2, 2631:22, 2637:17
**appreciate** [2] - 2656:1, 2689:17
**approach** [9] - 2551:23, 2560:9, 2560:10, 2564:3, 2564:6, 2579:10, 2618:16, 2648:20
**approached** [3] - 2564:4, 2571:17, 2581:3
**approaches** [1] - 2612:4
**approaching** [1] - 2564:5
**approval** [3] - 2668:20, 2668:24, 2669:5
**approved** [5] - 2651:1, 2651:2, 2651:5, 2651:6, 2651:10
**approximate** [1] - 2574:24
**area** [11] - 2555:8, 2556:9, 2558:19, 2561:12, 2634:19, 2637:10, 2641:17, 2642:21, 2644:16, 2645:2, 2645:3
**areas** [4] - 2621:17, 2627:5, 2629:22, 2641:13
**argument** [1] - 2540:7
**arose** [1] - 2573:17
**arrange** [5] - 2605:18, 2633:5, 2646:3, 2648:11, 2648:14
**arranged** [1] - 2608:9

**arrangement** [3] - 2664:3, 2664:8, 2665:24
**arrangements** [3] - 2570:21, 2664:4, 2665:25
**arrival** [3] - 2603:21, 2669:10, 2670:13
**arrive** [5] - 2603:22, 2604:1, 2604:13, 2668:1, 2669:23
**arrived** [15] - 2604:15, 2604:20, 2605:6, 2605:10, 2605:12, 2605:15, 2666:2, 2666:5, 2666:11, 2666:21, 2667:15, 2669:3, 2669:20, 2670:7, 2674:20
**Asia** [1] - 2654:7
**asian** [1] - 2530:2
**assemble** [2] - 2554:4, 2554:10
**assigned** [4] - 2562:3, 2562:7, 2562:8, 2562:18
**assignment** [5] - 2674:25, 2675:7, 2675:9, 2675:20, 2678:9
**assist** [1] - 2573:6
**assistance** [1] - 2674:13
**assistant** [1] - 2600:2
**assistants** [2] - 2610:7, 2672:2
**ASSOCIATES** [1] - 2531:9
**assume** [3] - 2534:10, 2561:22, 2562:24
**AT** [1] - 2528:3
**ate** [4] - 2567:9, 2567:10, 2567:14, 2567:21
**Atlanta** [2] - 2529:15, 2583:19
**attached** [1] - 2618:18
**attack** [1] - 2537:12
**attempt** [1] - 2612:17
**attend** [17] - 2560:25, 2561:14, 2569:12, 2572:2, 2572:3, 2573:7, 2578:23, 2579:15, 2579:19, 2586:13, 2590:10, 2590:13, 2647:17, 2652:20, 2652:25, 2657:7, 2657:17
**attended** [6] - 2540:25, 2560:15,

2563:19, 2563:25, 2578:24, 2580:14
**attention** [2] - 2571:4, 2588:25
**attorneys** [1] - 2540:23
**August** [2] - 2650:25, 2694:25
**authenticate** [2] - 2619:17, 2622:6
**authenticity** [1] - 2620:1
**authorities** [1] - 2651:10
**authority** [1] - 2555:1
**Authority** [1] - 2557:2
**available** [5] - 2536:9, 2559:15, 2564:18, 2570:20, 2606:6
**Avenue** [5] - 2529:10, 2529:18, 2529:21, 2530:9, 2531:6
**avoid** [2] - 2545:23, 2656:24, 2657:2
**awards** [3] - 2544:4, 2544:7, 2546:15
**aware** [16] - 2534:16, 2535:16, 2552:20, 2563:18, 2563:21, 2564:1, 2580:11, 2580:14, 2580:19, 2664:25, 2680:4, 2691:18, 2691:20, 2691:23, 2692:5, 2693:3
**Azerbaijan** [5] - 2592:8, 2594:16, 2594:18, 2654:7, 2654:10

## B

**B.V.M** [1] - 2562:2
**backs** [1] - 2679:25
**backseat** [1] - 2635:18
**backwards** [1] - 2552:25
**bacterial** [1] - 2546:23
**bad** [2] - 2585:24, 2685:22
**badge** [5] - 2643:25, 2644:4, 2644:5, 2651:17, 2651:20
**badges** [1] - 2644:2
**bag** [1] - 2642:25
**bags** [3] - 2643:2, 2643:5, 2643:8
**Baker** [1] - 2530:6
**Baku** [2] - 2594:16, 2595:4

**ball** [1] - 2648:7
**ballpark** [1] - 2653:24
**balls** [1] - 2662:9
**band** [1] - 2546:9
**band-aids** [1] - 2546:9
**bandage** [1] - 2545:14
**bank** [3] - 2606:10, 2609:14, 2664:25
**banks** [1] - 2641:12
**based** [4] - 2541:19, 2569:8, 2650:17, 2664:2
**basic** [1] - 2593:10
**basis** [1] - 2564:9
**bat** [3] - 2648:7, 2649:22, 2649:23
**Bates** [1] - 2613:17
**bathroom** [3] - 2607:19, 2607:23
**beans** [1] - 2662:9
**became** [4] - 2534:5, 2564:1, 2628:3, 2674:19
**become** [4] - 2543:20, 2563:21, 2580:19, 2593:6
**bedding** [1] - 2573:19
**beds** [7] - 2567:3, 2567:4, 2605:18, 2606:2, 2606:6, 2646:16, 2687:11
**BEFORE** [1] - 2528:24
**beforehand** [1] - 2571:9
**begin** [5] - 2560:15, 2610:5, 2612:10, 2626:25, 2650:18
**begun** [2] - 2554:7, 2554:22
**behalf** [1] - 2571:19
**behaving** [1] - 2681:11
**Beju** [1] - 2581:16
**bell** [5] - 2565:16, 2565:24, 2566:3, 2566:5, 2582:24
**belongs** [3] - 2603:15, 2609:25, 2631:16
**bench** [3] - 2536:3, 2536:6, 2536:12
**benefits** [1] - 2574:10
**best** [10] - 2541:17, 2553:3, 2553:6, 2559:4, 2576:7, 2578:24, 2588:20, 2685:21, 2686:20, 2686:21
**better** [6] - 2537:21, 2618:7, 2673:4, 2673:7, 2673:19,

2674:14
**between** [13] - 2550:17, 2563:19, 2566:19, 2574:17, 2578:1, 2578:17, 2581:9, 2608:19, 2623:6, 2623:7, 2661:20, 2666:7, 2692:9
**BHATNAGA** [1] - 2638:10
**Bhatnagar** [4] - 2653:10, 2663:3, 2672:10, 2695:17
**BHATNAGAR** [16] - 2529:22, 2576:13, 2576:16, 2648:20, 2653:7, 2653:9, 2671:18, 2671:21, 2672:12, 2672:14, 2675:24, 2692:1, 2692:2, 2692:15, 2692:20, 2692:21
**big** [9] - 2536:13, 2564:20, 2584:25, 2585:1, 2675:2, 2684:20, 2694:6, 2695:1, 2695:7
**bigger** [1] - 2533:10
**Bill** [3] - 2637:5, 2637:9, 2637:11
**BILLY** [1] - 2531:11
**Biloxi** [1] - 2561:25
**Bingle** [3] - 2637:5, 2637:9, 2637:11
**bit** [11] - 2533:10, 2541:9, 2544:9, 2570:16, 2591:23, 2607:3, 2656:5, 2675:23, 2676:14, 2689:17
**BJARNSON** [1] - 2530:5
**black** [1] - 2627:14
**blacked** [5] - 2556:18, 2556:20, 2556:21, 2557:15, 2558:14
**Blessed** [1] - 2562:2
**blind** [1] - 2635:8
**blood** [1] - 2537:15
**blown** [1] - 2537:10
**blows** [1] - 2552:8
**blowup** [1] - 2536:7
**board** [3] - 2533:10, 2622:22, 2628:20
**BOLLMAN** [26] - 2530:20, 2538:4, 2538:8, 2538:17, 2538:20, 2538:24, 2589:5, 2589:16,

2611:24, 2614:5, 2614:10, 2614:20, 2615:12, 2615:14, 2615:25, 2616:16, 2617:21, 2618:5, 2625:20, 2638:12, 2638:15, 2648:23, 2648:25, 2653:5, 2671:16, 2692:12
**Bollman** [7] - 2530:21, 2532:7, 2611:22, 2683:11, 2685:6, 2690:19, 2695:10
**bonus** [13] - 2541:24, 2541:25, 2542:5, 2542:11, 2542:13, 2542:25, 2543:2, 2543:6, 2543:13, 2543:15, 2543:16, 2543:21
**book** [3] - 2536:3, 2536:6, 2536:12
**boot** [4] - 2610:9, 2610:13, 2610:18
**boots** [2] - 2610:11, 2634:25
**born** [1] - 2590:8
**Boshell** [1] - 2594:18
**boss** [2] - 2628:4, 2675:12
**bottom** [1] - 2557:6
**bought** [5] - 2608:5, 2608:7, 2608:11, 2632:21
**BOUHABIB** [1] - 2529:8
**Boulevard** [1] - 2530:6
**BOWLER** [1] - 2616:18
**box** [5] - 2642:18, 2642:19, 2642:22, 2642:24, 2682:2
**boxes** [1] - 2642:20
**boys** [1] - 2590:1
**brain** [1] - 2537:15
**breach** [8] - 2550:13, 2550:19, 2550:22, 2551:3, 2551:7, 2551:11, 2551:13, 2553:1
**breached** [1] - 2550:8
**breaching** [1] - 2551:6
**bread** [2] - 2640:19
**break** [8] - 2539:13, 2539:18, 2540:4, 2540:8, 2611:23, 2611:25, 2625:21, 2695:18
**breakfast** [4] - 2609:4, 2634:15, 2634:23,

2642:9
**breeding** [1] - 2546:23
**BRIAN** [1] - 2530:15
**bring** [5] - 2533:11,
2537:23, 2609:11,
2625:13, 2642:8
**bringing** [1] - 2668:6
**Broad** [1] - 2529:24
**brother** [2] - 2693:11,
2693:18
**brought** [5] - 2629:5,
2632:20, 2635:17,
2640:23, 2669:19
**buddy** [1] - 2682:3
**build** [1] - 2553:9
**building** [10] -
2548:25, 2549:5,
2549:8, 2549:11,
2549:19, 2549:23,
2553:13, 2566:25,
2567:1, 2567:6
**Building** [1] - 2593:2
**buildings** [3] -
2562:22, 2571:14,
2573:13
**built** [1] - 2549:5
**bullet** [2] - 2644:15,
2644:25
**bunch** [1] - 2588:22
**bunk** [9] - 2605:23,
2606:3, 2606:6,
2606:7, 2607:18,
2607:24, 2639:6,
2640:1, 2646:14
**bunkhouse** [33] -
2605:23, 2605:25,
2606:2, 2606:4,
2606:17, 2607:10,
2607:12, 2607:13,
2607:15, 2607:16,
2607:19, 2607:20,
2608:23, 2610:22,
2634:12, 2634:24,
2635:5, 2639:9,
2639:15, 2639:17,
2640:6, 2640:8,
2640:9, 2641:24,
2641:25, 2645:5,
2667:16, 2667:18,
2689:25, 2690:5,
2690:10, 2690:13
**Bunkhouse** [1] -
2606:4
**bunkhouses** [15] -
2573:20, 2606:12,
2607:2, 2607:7,
2608:3, 2643:17,
2644:8, 2644:10,
2644:17, 2644:20,
2645:15, 2645:18,

2646:14, 2687:2,
2687:11
**bunks** [4] - 2644:9,
2646:13, 2669:19,
2687:2
**BURAS** [1] - 2531:5
**Burnett** [6] - 2531:5,
2664:13, 2664:16,
2665:2, 2665:11,
2665:18
**Burnett's** [1] -
2613:11
**bus** [5] - 2581:7,
2585:15, 2604:8,
2604:10, 2666:11
**business** [5] -
2572:24, 2575:13,
2575:18, 2577:15,
2623:15
**butcher** [1] - 2582:5
**buy** [2] - 2542:23,
2663:22
**BY** [29] - 2540:20,
2547:22, 2548:4,
2548:9, 2548:15,
2552:13, 2552:19,
2553:16, 2554:1,
2554:17, 2556:13,
2556:25, 2558:11,
2560:14, 2569:7,
2570:7, 2570:18,
2576:17, 2579:14,
2588:2, 2589:16,
2625:20, 2638:15,
2648:25, 2653:9,
2672:14, 2675:24,
2692:2, 2692:21

---

# C

**cabinet** [1] - 2646:4
**cabinets** [1] - 2670:2
**cafeteria** [23] - 2567:7,
2577:15, 2577:17,
2584:4, 2608:15,
2608:16, 2631:11,
2633:6, 2634:12,
2634:13, 2634:15,
2634:17, 2634:19,
2638:6, 2640:23,
2641:4, 2642:12,
2642:20, 2678:24,
2684:9, 2684:10,
2684:19
**Caffrey** [5] - 2560:1,
2578:17, 2579:5,
2579:12, 2616:17
**CAFFREY** [1] - 2532:5
**Cameroon** [7] -
2593:17, 2593:18,

2594:1, 2594:4,
2594:14, 2594:15,
2654:1
**camp** [102] - 2544:15,
2546:18, 2546:21,
2546:23, 2546:24,
2547:15, 2547:23,
2549:2, 2549:5,
2549:9, 2549:21,
2550:9, 2551:17,
2552:1, 2552:5,
2552:6, 2552:8,
2552:21, 2553:10,
2553:13, 2555:22,
2557:24, 2558:2,
2558:17, 2559:2,
2559:10, 2578:21,
2605:1, 2605:16,
2607:8, 2607:23,
2608:2, 2609:11,
2619:14, 2619:16,
2619:18, 2619:20,
2619:24, 2620:4,
2620:6, 2620:9,
2621:9, 2621:14,
2622:24, 2624:16,
2630:2, 2631:17,
2631:18, 2631:19,
2633:2, 2633:5,
2633:7, 2633:11,
2633:13, 2633:21,
2634:7, 2636:7,
2636:9, 2636:11,
2636:12, 2636:14,
2636:18, 2637:2,
2639:9, 2641:7,
2641:8, 2641:19,
2641:21, 2642:8,
2643:3, 2643:9,
2643:10, 2643:11,
2643:12, 2643:14,
2643:16, 2643:19,
2643:22, 2644:1,
2644:6, 2645:1,
2645:2, 2645:3,
2645:9, 2645:11,
2645:22, 2646:10,
2646:12, 2646:17,
2646:25, 2647:2,
2647:8, 2650:21,
2681:14, 2681:15,
2681:17, 2687:16,
2687:20, 2687:21,
2689:23
**Camp** [1] - 2531:3
**camps** [1] - 2631:10
**campus** [1] - 2584:4
**cannot** [2] - 2645:14,
2647:4
**cap** [7] - 2550:7,

2550:14, 2550:19,
2551:7, 2551:10,
2551:12, 2551:13
**capacity** [1] - 2578:20
**car** [5] - 2583:8,
2635:17, 2635:21,
2636:10, 2652:23
**card** [19] - 2596:24,
2602:17, 2602:19,
2602:21, 2602:23,
2603:19, 2605:5,
2650:17, 2650:18,
2650:24, 2651:7,
2651:13, 2655:3,
2655:22, 2655:25,
2661:24, 2662:14,
2695:11, 2695:16
**care** [9] - 2537:8,
2539:8, 2605:1,
2636:10, 2647:1,
2665:12, 2665:13,
2687:5, 2687:20
**carefully** [1] - 2684:25
**carpets** [1] - 2646:14
**carry** [1] - 2645:14
**cars** [3] - 2636:8,
2636:13, 2636:14
**Case** [1] - 2528:6
**case** [12] - 2537:3,
2540:24, 2574:14,
2612:3, 2612:5,
2612:8, 2612:9,
2612:12, 2612:14,
2612:16, 2612:18,
2625:10
**CASE** [15] - 2528:9,
2528:15, 2537:24,
2538:14, 2538:16,
2538:23, 2538:25,
2540:2, 2589:9,
2589:12, 2614:1,
2614:7, 2614:15,
2616:1, 2620:16
**cases** [4] - 2617:4,
2617:5, 2617:8,
2617:11
**CASEY** [1] - 2530:13
**cash** [1] - 2664:21
**casual** [1] - 2566:15
**catch** [1] - 2537:25
**categories** [1] -
2619:12
**category** [1] - 2619:13
**Catholic** [8] - 2560:5,
2572:12, 2572:14,
2572:16, 2579:20,
2579:24, 2580:6,
2603:18
**caught** [1] - 2599:5
**center** [2] - 2546:7,

2624:16
**Center** [6] - 2529:14,
2529:17, 2529:20,
2583:11, 2586:16,
2588:7
**centering** [1] -
2616:25
**central** [1] - 2654:7
**cents** [2] - 2542:3,
2542:10
**CERNIGLIA** [7] -
2531:5, 2539:7,
2558:5, 2613:5,
2614:18, 2616:9,
2617:23
**Cerniglia** [1] - 2531:6
**certain** [3] - 2533:19,
2541:25, 2600:24
**certainly** [6] - 2552:7,
2574:13, 2620:8,
2621:11, 2624:1,
2686:1
**certainty** [1] - 2535:24
**certificate** [1] -
2629:20
**CERTIFICATE** [1] -
2696:4
**certification** [2] -
2651:1, 2651:2
**certify** [1] - 2696:7
**cessation** [1] - 2555:6
**Cesyle** [1] - 2613:25
**Chacko** [1] - 2581:16
**chain** [1] - 2692:9
**Chakkiyattil** [1] -
2587:8
**challenges** [1] -
2675:2
**challenging** [1] -
2675:1
**chance** [3] - 2596:2,
2617:7, 2658:5
**CHANDRA** [1] -
2529:22
**Chandra** [1] - 2653:10
**change** [3] - 2591:5,
2591:7, 2644:3
**changed** [2] - 2591:8,
2591:9
**changes** [6] -
2622:19, 2622:20,
2622:21, 2622:25,
2623:6, 2623:8
**changing** [1] -
2606:10
**characterization** [1] -
2576:5
**charge** [1] - 2558:17
**charged** [3] - 2642:22,
2689:10, 2689:13

**Charles** [2] - 2529:18, 2531:6
**chat** [1] - 2566:8
**cheaper** [2] - 2543:25, 2546:14
**check** [17] - 2538:15, 2539:25, 2542:13, 2542:17, 2542:20, 2542:21, 2542:22, 2613:22, 2629:17, 2643:7, 2644:11, 2644:17, 2645:7, 2664:12, 2665:21
**checked** [1] - 2626:8
**checking** [4] - 2629:19, 2644:20, 2645:18, 2648:23
**checks** [5] - 2542:15, 2643:6, 2664:20, 2664:25, 2665:18
**checkup** [4] - 2632:1, 2637:22, 2637:25
**chemist** [1] - 2629:16
**Chennai** [2] - 2599:18, 2599:23
**chief** [1] - 2591:12
**CHIENI** [1] - 2529:9
**children** [1] - 2589:25
**chit** [1] - 2566:8
**chit-chat** [1] - 2566:8
**chitchat** [2] - 2572:23, 2572:24
**choice** [1] - 2656:9
**choose** [1] - 2639:13
**chose** [6] - 2559:11, 2570:23, 2572:3, 2607:13, 2657:24, 2673:15
**chosen** [5] - 2639:11, 2639:13, 2639:17, 2673:12, 2674:17
**Chris** [1] - 2624:15
**Christmas** [3] - 2581:3, 2581:5, 2581:7
**church** [39] - 2562:23, 2563:7, 2563:10, 2563:13, 2563:19, 2563:24, 2563:25, 2564:10, 2564:18, 2566:9, 2568:7, 2568:9, 2570:22, 2571:16, 2572:12, 2572:25, 2573:13, 2573:16, 2574:17, 2575:11, 2576:7, 2577:12, 2577:13, 2578:17, 2578:21, 2580:14, 2580:21, 2580:23, 2581:5,

2584:4, 2585:3, 2585:14, 2588:14, 2588:19, 2588:22, 2589:1, 2652:21, 2652:24
**Church** [1] - 2560:5
**circle** [2] - 2548:24, 2549:2
**cities** [1] - 2666:10
**citing** [1] - 2617:8
**citizenship** [2] - 2566:17, 2590:4
**city** [2] - 2594:16, 2599:17
**Civil** [1] - 2529:23
**clandestine** [2] - 2578:2, 2578:6
**clap** [1] - 2550:13
**clarification** [1] - 2656:1
**clarify** [3] - 2544:23, 2564:1, 2670:6
**class** [3] - 2590:13, 2628:15
**clay** [8] - 2550:7, 2550:13, 2550:14, 2550:17, 2550:19, 2551:7, 2551:10, 2551:12
**clean** [9] - 2548:1, 2548:5, 2548:10, 2620:4, 2646:5, 2646:10, 2646:12, 2646:14, 2646:15
**cleaners** [1] - 2646:13
**cleaning** [6] - 2623:9, 2623:11, 2623:12, 2623:14, 2640:10
**clear** [6] - 2544:12, 2546:17, 2557:1, 2629:17, 2675:6, 2681:2
**cleared** [4] - 2626:8, 2626:9, 2626:15, 2629:16
**clearer** [1] - 2672:13
**cliche** [1] - 2542:21
**clients** [1] - 2597:6
**clinic** [1] - 2544:17
**Clinic** [1] - 2544:18
**clip** [2] - 2576:9, 2577:7
**close** [3] - 2572:1, 2581:20, 2624:1
**clothes** [6] - 2610:10, 2645:24, 2646:1, 2646:3, 2646:4, 2646:7
**clothing** [3] - 2610:13, 2610:16, 2610:18

**clothings** [1] - 2610:21
**clubs** [1] - 2641:13
**coast** [1] - 2583:7
**Cochran** [4] - 2539:17, 2539:22, 2615:6, 2615:7
**colleagues** [1] - 2652:12
**collect** [1] - 2604:7
**collected** [3] - 2693:18, 2693:25, 2694:14
**collecting** [2] - 2693:1, 2693:15
**College** [5] - 2560:17, 2579:21, 2579:22, 2580:4, 2580:8
**college** [1] - 2579:22
**Colline** [1] - 2617:16
**color** [1] - 2650:14
**coming** [6] - 2571:7, 2601:11, 2604:5, 2610:10, 2659:10, 2678:17
**commencement** [1] - 2557:17
**commentator** [2] - 2569:22, 2570:10
**COMMISSION** [1] - 2528:11
**common** [3] - 2566:23, 2596:3, 2596:6
**communicable** [1] - 2547:14
**communicate** [3] - 2612:7, 2612:15, 2668:2
**communication** [2] - 2628:10, 2631:25
**communications** [1] - 2616:23
**community** [4] - 2562:23, 2564:14, 2578:9
**companies** [2] - 2689:6
**company** [39] - 2573:11, 2593:1, 2593:3, 2593:5, 2594:6, 2594:17, 2594:18, 2595:1, 2595:19, 2595:24, 2596:1, 2602:20, 2604:8, 2605:6, 2610:12, 2629:1, 2632:3, 2634:16, 2639:2, 2643:1, 2648:4, 2654:24,

2657:18, 2676:16, 2676:18, 2676:19, 2678:8, 2682:2, 2684:1, 2685:8, 2687:20, 2691:8, 2694:6, 2695:1, 2695:2, 2695:3, 2695:5, 2695:6
**Company** [1] - 2573:12
**company's** [1] - 2610:17
**compare** [1] - 2673:21
**compilation** [1] - 2613:14
**complain** [11] - 2568:3, 2568:6, 2569:18, 2573:19, 2573:22, 2573:24, 2574:1, 2574:4, 2574:7, 2574:10, 2574:12
**complaining** [1] - 2687:1
**complaint** [1] - 2688:3
**complaints** [10] - 2578:22, 2640:20, 2677:10, 2687:7, 2687:10, 2687:12, 2687:14, 2687:17, 2687:23, 2687:25
**complete** [1] - 2590:19
**completed** [1] - 2595:6
**complex** [5] - 2554:4, 2554:10, 2555:7, 2555:8, 2556:9
**complies** [1] - 2549:3
**comply** [2] - 2621:14, 2695:21
**computer** [14] - 2608:10, 2632:21, 2669:14, 2669:15, 2669:16, 2669:17, 2669:18, 2669:20, 2669:23, 2669:24, 2670:4, 2670:5
**Computer** [1] - 2529:5
**Computer-aided** [1] - 2529:5
**computers** [6] - 2608:10, 2669:25, 2670:1, 2670:4, 2670:5
**concept** [1] - 2536:20
**concern** [2] - 2547:12, 2689:3
**concerned** [3] - 2547:19, 2569:9,

2656:16
**concerns** [2] - 2551:6, 2620:1
**concluded** [2] - 2552:10, 2612:9
**conclusion** [1] - 2671:17
**conclusions** [1] - 2612:12
**condition** [1] - 2629:25
**conditions** [10] - 2547:25, 2548:5, 2548:10, 2566:13, 2567:19, 2667:15, 2667:18, 2669:13, 2686:25, 2687:1
**conducted** [2] - 2571:8, 2584:24
**conference** [2] - 2551:24, 2644:24
**conferred** [1] - 2622:3
**confined** [4] - 2626:7, 2626:8, 2626:15, 2626:16
**confirmed** [2] - 2571:16, 2600:24
**confrontation** [1] - 2694:24
**consider** [5] - 2550:18, 2578:6, 2578:11, 2685:17, 2685:18
**consistency** [1] - 2552:5
**consistent** [3] - 2552:4, 2569:15, 2620:5
**constructed** [1] - 2557:24
**construction** [5] - 2550:9, 2554:7, 2554:12, 2554:22, 2557:17
**consular** [2] - 2602:2, 2660:3
**consulate** [23] - 2598:3, 2598:9, 2598:21, 2599:9, 2599:12, 2599:14, 2599:17, 2599:19, 2600:3, 2600:5, 2600:8, 2600:15, 2600:20, 2600:22, 2600:23, 2601:3, 2602:1, 2660:5, 2660:9, 2660:12, 2660:20, 2660:22
**Consultants** [1] - 2663:14

consulted [1] - 2552:23

contact [6] - 2588:7, 2599:1, 2599:2, 2599:3, 2626:23

contacted [1] - 2597:22

contained [1] - 2692:7

contaminated [6] - 2549:6, 2549:7, 2550:8, 2550:14, 2550:18, 2553:10

contention [1] - 2616:25

context [1] - 2576:19

continue [3] - 2570:13, 2591:3, 2626:24

CONTINUED [1] - 2625:19

continued [1] - 2634:4

contract [12] - 2577:2, 2592:21, 2592:22, 2593:15, 2595:6, 2595:18, 2595:21, 2595:24, 2596:1, 2654:22, 2659:10, 2659:20

contracts [2] - 2573:11, 2575:12

conversation [3] - 2564:13, 2566:16, 2599:5

conversations [1] - 2572:22

converted [1] - 2555:24

cook [2] - 2689:6, 2689:14

cooking [1] - 2689:15

copies [2] - 2618:16, 2618:20

cops [1] - 2636:8

Copy [1] - 2528:9

CORNBLATT [1] - 2530:21

Corporation [1] - 2655:16

correct [67] - 2541:4, 2541:15, 2541:16, 2541:22, 2543:17, 2544:13, 2544:14, 2544:19, 2545:9, 2545:16, 2546:6, 2548:21, 2548:22, 2550:4, 2550:9, 2550:15, 2550:16, 2550:24, 2553:11, 2554:8, 2556:1, 2556:16, 2557:3,

2561:22, 2562:14, 2562:24, 2567:16, 2573:4, 2573:5, 2574:16, 2574:18, 2574:22, 2588:11, 2609:7, 2618:4, 2618:5, 2618:8, 2618:12, 2619:1, 2621:22, 2622:18, 2654:15, 2656:1, 2656:19, 2658:7, 2660:7, 2660:13, 2661:6, 2662:5, 2669:3, 2672:16, 2674:23, 2674:24, 2675:1, 2676:5, 2676:22, 2677:12, 2678:5, 2678:14, 2684:15, 2687:1, 2689:25, 2690:10, 2690:22, 2690:23, 2696:7

corrections [1] - 2541:7

correctly [4] - 2554:5, 2554:20, 2555:10, 2557:19

correspond [2] - 2586:16, 2586:18

correspondence [1] - 2586:19

Coschignano [1] - 2530:6

cost [4] - 2624:16, 2624:22, 2662:12, 2677:22

costs [2] - 2624:17, 2693:23

cough [2] - 2559:14

counsel [9] - 2537:6, 2553:22, 2556:15, 2556:18, 2558:12, 2559:6, 2613:11, 2617:15, 2648:24

count [1] - 2545:11

counting [1] - 2689:24

countries [5] - 2592:7, 2603:12, 2630:25, 2635:13

country [16] - 2534:16, 2590:4, 2591:13, 2591:25, 2592:4, 2593:17, 2594:15, 2594:16, 2596:18, 2598:11, 2603:14, 2682:10, 2682:12, 2682:18, 2682:19, 2684:6

County [1] - 2557:2

couple [5] - 2581:19,

2582:3, 2677:21, 2679:5, 2679:21

coupled [1] - 2573:13

course [7] - 2539:24, 2542:4, 2561:9, 2574:19, 2590:24, 2623:15, 2675:22

Court [4] - 2612:13, 2618:17, 2619:4, 2696:6

COURT [115] - 2528:1, 2529:1, 2533:3, 2533:6, 2533:13, 2533:16, 2533:21, 2534:23, 2535:3, 2535:14, 2536:9, 2536:19, 2536:25, 2537:4, 2537:18, 2537:20, 2537:23, 2537:25, 2538:7, 2538:12, 2538:15, 2538:18, 2539:1, 2539:3, 2539:8, 2539:14, 2539:17, 2539:24, 2540:3, 2540:11, 2540:14, 2551:21, 2551:23, 2552:2, 2552:9, 2552:18, 2558:7, 2558:9, 2559:18, 2559:20, 2559:23, 2560:2, 2560:6, 2560:11, 2568:16, 2568:21, 2568:24, 2570:16, 2579:7, 2579:11, 2589:3, 2611:22, 2611:25, 2612:21, 2612:24, 2613:3, 2613:9, 2613:21, 2613:25, 2614:11, 2614:16, 2614:21, 2614:23, 2615:3, 2615:5, 2615:10, 2615:13, 2615:16, 2615:18, 2615:23, 2616:8, 2616:11, 2616:14, 2616:17, 2616:19, 2617:14, 2617:18, 2617:20, 2617:24, 2618:1, 2618:7, 2618:11, 2618:13, 2618:18, 2618:21, 2618:24, 2620:14, 2620:18, 2620:23, 2621:3, 2621:5, 2621:16, 2621:21, 2621:23, 2622:8, 2622:15, 2622:17, 2622:19, 2622:25, 2623:4, 2623:9,

2623:16, 2624:14, 2624:19, 2625:5, 2638:11, 2638:14, 2648:22, 2671:20, 2672:10, 2675:23, 2692:13, 2692:18, 2695:17, 2695:24

court [2] - 2539:12, 2617:5

courtesy [1] - 2572:4

cousin [2] - 2691:14, 2693:11

coverage [1] - 2629:15

covered [1] - 2539:5

coworkers [2] - 2543:20, 2652:8

craft [2] - 2591:7, 2627:6

crafts [1] - 2591:5

cramped [3] - 2667:16, 2667:18, 2667:20

created [1] - 2676:5

crew [7] - 2543:15, 2627:11, 2627:13, 2627:14, 2627:15, 2629:13

cricket [14] - 2648:2, 2648:3, 2648:4, 2648:5, 2648:6, 2648:7, 2648:10, 2649:7, 2649:11, 2649:12, 2649:19, 2649:25, 2690:19, 2691:2

CROSS [2] - 2540:19, 2653:8

cross [11] - 2613:8, 2613:13, 2614:3, 2614:13, 2615:9, 2615:22, 2616:7, 2618:9, 2623:22, 2624:15, 2624:17

crowded [2] - 2667:22, 2668:1

Crowell [1] - 2529:9

CU [1] - 2692:25

cue [2] - 2645:25, 2651:11, 2651:13

cumulative [1] - 2617:2

Cunningham [1] - 2624:15

currency [2] - 2601:15, 2601:19

current [1] - 2601:18

cut [6] - 2635:3, 2638:19, 2670:19, 2671:4, 2671:9,

2679:14

# D

dad [13] - 2692:24, 2692:25, 2693:13, 2693:15, 2693:23, 2693:24, 2694:1, 2694:3, 2694:4, 2694:12, 2694:14, 2694:18, 2694:25

DAHSONG [1] - 2530:2

Daily [1] - 2528:9

Dale [1] - 2634:22

damage [2] - 2563:1, 2563:2

damages [1] - 2617:1

Dan [5] - 2540:23, 2570:15, 2570:19, 2571:2, 2575:25

danger [2] - 2576:20, 2576:21

dangerous [1] - 2534:19

DANIEL [2] - 2529:12, 2531:5

Darrell [11] - 2637:21, 2677:9, 2677:16, 2677:19, 2677:23, 2678:1, 2678:4, 2678:7, 2692:9, 2692:23, 2693:22

date [5] - 2600:9, 2600:25, 2601:2, 2616:19, 2619:14

dated [2] - 2554:2, 2557:22

dates [2] - 2565:1, 2600:22

DAVID [2] - 2528:4, 2528:22

DAVIS [1] - 2530:17

days [6] - 2600:13, 2622:1, 2622:12, 2646:1, 2657:14, 2669:2

daytime [1] - 2604:17

deal [1] - 2685:9

dealing [1] - 2578:9

dealings [2] - 2575:18, 2578:25

dealt [1] - 2695:24

December [4] - 2580:20, 2632:13, 2673:14, 2689:24

decent [1] - 2581:10

decision [5] - 2546:1, 2612:14, 2624:10, 2658:1, 2691:7

**decker** [1] - 2606:2
**deduct** [2] - 2603:3, 2689:15
**deduction** [6] - 2687:25, 2688:7, 2688:10, 2688:20, 2689:3, 2689:13
**DEES** [1] - 2529:13
**defend** [2] - 2682:13, 2682:14
**Defendant** [4] - 2528:8, 2530:13, 2531:2, 2531:5
**defendant** [1] - 2528:20
**Defendant/Cross** [1] - 2531:2
**Defendants** [2] - 2528:15, 2531:8
**Defense** [1] - 2530:2
**defer** [1] - 2614:25
**definitely** [2] - 2544:24, 2683:8
**definition** [1] - 2551:11
**degree** [5] - 2535:24, 2560:20, 2561:11, 2579:24, 2580:4
**degrees** [1] - 2578:12
**dehydration** [1] - 2537:13
**Delhi** [2] - 2674:3, 2674:4
**deliberation** [1] - 2612:14
**deliberations** [1] - 2612:10
**demand** [4] - 2664:12, 2664:16, 2664:19, 2665:1
**demonstration** [1] - 2535:9
**demonstrative** [2] - 2533:5, 2534:1
**demonstratives** [1] - 2535:5
**denied** [2] - 2552:2, 2568:3
**DENZ** [1] - 2595:10
**Denz** [6] - 2595:10, 2655:16, 2656:2, 2658:10, 2659:9, 2659:13
**department** [19] - 2547:3, 2547:12, 2547:13, 2547:18, 2591:12, 2609:1, 2609:5, 2609:6, 2611:13, 2626:9, 2626:24, 2627:21,

2627:22, 2628:13, 2628:14, 2629:3, 2672:1, 2672:15, 2673:17
**Department** [6] - 2551:2, 2553:8, 2553:19, 2556:7, 2557:6, 2557:8
**departments** [1] - 2629:12
**depict** [2] - 2619:18, 2620:4, 2620:10
**depiction** [1] - 2619:20
**deportation** [1] - 2683:17
**Deposition** [4] - 2532:4, 2532:5, 2560:12, 2579:12
**deposition** [9] - 2540:25, 2541:3, 2542:17, 2543:5, 2550:21, 2552:21, 2555:14, 2690:3, 2690:8
**depositions** [3] - 2535:23, 2536:1, 2536:2
**depth** [1] - 2537:11
**describe** [6] - 2562:20, 2562:21, 2570:9, 2597:5, 2608:1, 2629:11
**described** [5] - 2546:21, 2567:11, 2585:4, 2588:8, 2645:16
**designate** [1] - 2568:15
**designated** [1] - 2568:20
**designation** [2] - 2568:17, 2588:1
**designations** [2] - 2559:21, 2559:25
**destroyed** [1] - 2562:22
**detail** [1] - 2625:2
**details** [1] - 2571:5
**devastating** [1] - 2562:21
**devices** [1] - 2612:17
**Dewan** [38] - 2531:2, 2596:14, 2596:16, 2596:21, 2597:19, 2597:23, 2598:2, 2598:6, 2598:9, 2598:15, 2598:25, 2599:19, 2599:25, 2600:11, 2600:14,

2601:14, 2602:11, 2602:17, 2602:22, 2602:25, 2659:25, 2660:2, 2661:15, 2661:18, 2661:25, 2662:11, 2662:17, 2662:23, 2663:9, 2663:10, 2663:13, 2664:2, 2664:9, 2664:15, 2665:1, 2665:16, 2688:9
**Dhabi** [23] - 2592:9, 2595:8, 2595:9, 2596:1, 2598:12, 2598:13, 2598:23, 2599:2, 2599:14, 2654:15, 2654:23, 2655:15, 2656:3, 2656:6, 2656:12, 2656:17, 2656:19, 2657:6, 2657:23, 2658:2, 2658:16, 2659:6, 2659:11
**diagnostics** [1] - 2541:21
**diary** [1] - 2546:21
**difference** [2] - 2661:20, 2664:11
**different** [21] - 2597:21, 2597:24, 2598:2, 2603:15, 2623:24, 2640:13, 2640:14, 2641:23, 2652:11, 2655:13, 2661:15, 2661:18, 2664:10, 2666:10, 2669:13, 2671:15, 2675:5, 2685:22, 2689:17
**differently** [1] - 2651:22
**difficult** [3] - 2566:11, 2566:14, 2675:9
**difficulties** [2] - 2564:20, 2620:25
**difficulty** [3] - 2566:18, 2568:6, 2580:2
**dig** [1] - 2550:13
**dilemma** [2] - 2656:5, 2656:6
**dining** [2] - 2608:14, 2608:16
**dinner** [1] - 2566:9
**direct** [7] - 2558:15, 2614:24, 2615:7, 2615:19, 2616:6, 2647:4
**Direct** [4] - 2532:7
**DIRECT** [2] - 2589:15,

2625:19
**directions** [1] - 2611:3
**director** [3] - 2541:12, 2547:25, 2552:23
**dirtiest** [1] - 2574:8
**dirty** [1] - 2548:7
**disappointed** [1] - 2566:16
**discount** [6] - 2662:23, 2662:24, 2662:25, 2663:7, 2663:9, 2663:14
**discounts** [1] - 2664:6
**discovery** [2] - 2533:17, 2535:15
**discriminatory** [2] - 2680:11, 2680:16
**discuss** [7] - 2534:7, 2540:6, 2540:9, 2612:2, 2612:9, 2618:7, 2626:19
**discussed** [3] - 2623:17, 2625:23, 2639:24
**discussing** [2] - 2552:14, 2617:11
**Discussion** [1] - 2617:15
**discussion** [1] - 2648:24
**discussions** [2] - 2572:7, 2600:17
**disliked** [1] - 2575:5
**disparaging** [4] - 2680:11, 2680:17, 2681:6, 2682:24
**displace** [1] - 2563:3
**displaced** [1] - 2563:5
**disrupted** [1] - 2562:23
**district** [1] - 2617:5
**DISTRICT** [3] - 2528:1, 2528:2, 2528:25
**ditches** [1] - 2682:5
**doctor** [7] - 2543:18, 2545:3, 2545:18, 2630:2, 2632:1, 2632:6, 2637:20
**doctor's** [5] - 2537:8, 2630:3, 2631:21, 2637:16, 2637:25
**doctors** [4] - 2609:12, 2630:2, 2632:1, 2637:22
**document** [1] - 2692:8
**documentation** [1] - 2645:13
**documents** [3] - 2609:21, 2610:1, 2618:2

**dollar** [1] - 2677:22
**dollars** [5] - 2593:10, 2593:12, 2595:5, 2601:17, 2663:23
**done** [4] - 2617:4, 2623:23, 2677:18, 2678:9
**door** [2] - 2625:4, 2635:16
**doors** [1] - 2643:18
**double** [2] - 2606:2, 2648:23
**double-checking** [1] - 2648:23
**double-decker** [1] - 2606:2
**doubt** [1] - 2683:4
**down** [14] - 2533:11, 2536:7, 2538:7, 2556:12, 2611:6, 2627:20, 2657:19, 2672:10, 2675:23, 2684:6, 2684:8, 2684:17, 2692:19
**dozen** [1] - 2585:20
**draft** [3] - 2664:12, 2664:16, 2665:1
**drafts** [1] - 2664:20
**draws** [1] - 2650:5
**dressed** [3] - 2634:11, 2635:2
**driver's** [1] - 2534:18
**driving** [1] - 2583:7
**drop** [4] - 2572:4, 2641:13, 2646:3, 2652:23
**dropped** [3] - 2629:23, 2636:11, 2652:24
**dropping** [1] - 2546:22
**drops** [1] - 2559:14
**due** [1] - 2570:21
**duly** [1] - 2589:7
**during** [20] - 2533:17, 2535:15, 2536:20, 2538:18, 2541:3, 2543:5, 2550:8, 2553:10, 2562:15, 2572:6, 2580:10, 2585:2, 2585:3, 2589:18, 2604:16, 2618:2, 2624:15, 2629:11, 2666:23, 2671:4
**duties** [3] - 2629:11, 2630:5, 2632:11

**E**

**ear** [1] - 2578:22

**Earle** [1] - 2530:6
**early** [3] - 2634:10,
2634:18, 2642:1
**earn** [3] - 2593:8,
2593:11, 2595:3
**ears** [3] - 2676:15,
2676:18, 2676:19
**East** [1] - 2654:14
**EASTERN** [1] - 2528:2
**eat** [10] - 2547:9,
2608:16, 2609:4,
2634:11, 2634:15,
2640:18, 2640:19,
2641:2, 2642:6,
2689:15
**eating** [1] - 2641:19
**economics/finance**
[2] - 2579:25, 2580:3
**Education** [1] - 2530:3
**education** [2] -
2560:16, 2579:15
**effect** [1] - 2537:14
**efforts** [1] - 2546:24
**eight** [7] - 2568:17,
2587:23, 2587:25,
2591:20, 2667:2,
2667:10, 2690:7
**eighteen** [2] - 2555:7,
2555:12, 2556:8,
2606:5, 2690:1,
2690:13
**either** [5] - 2533:16,
2535:14, 2666:22,
2667:1, 2680:22
**elder** [2] - 2639:8,
2639:17
**elders** [10] - 2638:25,
2639:5, 2639:11,
2639:13, 2639:19,
2640:1, 2644:17,
2644:19, 2644:22,
2645:5
**electronic** [2] -
2612:17
**eleven** [4] - 2594:9,
2594:10, 2594:11,
2594:12
**Eley** [4] - 2534:24,
2611:7, 2611:13,
2628:4
**ELHAM** [1] - 2530:14
**eligibility** [2] - 2543:6,
2543:8
**eligible** [2] - 2542:4,
2542:11
**Elmo** [1] - 2534:21
**elsewhere** [1] - 2577:4
**Elysian** [1] - 2530:9
**emaciated** [1] -
2575:19

**email** [11] - 2552:16,
2569:8, 2586:18,
2618:19, 2692:3,
2692:6, 2692:9,
2692:14, 2692:15,
2693:19, 2694:22
**emails** [4] - 2618:25,
2624:3, 2624:5,
2625:1
**emergency** [13] -
2633:4, 2635:19,
2635:22, 2635:24,
2636:4, 2636:5,
2657:6, 2658:2,
2658:4, 2658:6,
2658:11, 2659:2
**employee** [2] -
2545:25, 2683:23
**employees** [3] -
2542:7, 2652:3,
2681:25
**employer** [5] - 2657:5,
2658:10, 2658:16,
2658:19, 2659:1
**EMPLOYMENT** [1] -
2528:10
**employment** [2] -
2577:4, 2650:17
**end** [6] - 2535:7,
2542:13, 2572:5,
2572:9, 2677:14,
2690:6
**end-run** [1] - 2535:7
**ended** [1] - 2620:22
**ends** [1] - 2676:25
**engineer** [2] - 2557:2,
2557:5
**English** [19] - 2534:13,
2536:16, 2536:18,
2581:10, 2584:17,
2630:8, 2630:9,
2630:10, 2630:11,
2630:12, 2632:12,
2632:14, 2672:8,
2673:3, 2673:7,
2673:21, 2674:23,
2675:8, 2676:6
**enjoy** [3] - 2567:23,
2567:24, 2647:25
**enjoyed** [1] - 2649:12
**Enrique** [1] - 2557:6
**entered** [1] - 2536:1
**enters** [2] - 2540:13,
2625:18
**entertainment** [2] -
2566:22, 2566:23
**entire** [1] - 2543:15
**environmental** [1] -
2552:23
**Environmental** [8] -

2541:12, 2551:3,
2552:24, 2553:9,
2553:19, 2556:8,
2557:6, 2557:8
**EQUAL** [1] - 2528:10
**equally** [1] - 2573:12
**equipment** [1] -
2648:9
**equivalent** [1] -
2590:19
**ERIN** [1] - 2530:13
**ESQ** [28] - 2529:7,
2529:8, 2529:8,
2529:9, 2529:12,
2529:12, 2529:13,
2529:13, 2529:17,
2529:20, 2529:22,
2530:1, 2530:2,
2530:5, 2530:13,
2530:14, 2530:14,
2530:15, 2530:15,
2530:16, 2530:16,
2530:17, 2530:20,
2530:21, 2531:2,
2531:2, 2531:5,
2531:5
**estimate** [1] - 2555:16
**estimated** [1] - 2555:2
**et** [5] - 2528:4, 2528:7,
2528:14, 2528:16,
2528:19
**evening** [11] -
2569:14, 2599:25,
2603:5, 2604:4,
2604:18, 2604:19,
2605:13, 2619:2,
2644:23, 2646:6,
2688:11
**events** [1] - 2566:9
**evidence** [13] -
2533:9, 2533:14,
2533:16, 2538:10,
2612:12, 2613:2,
2615:8, 2615:20,
2615:21, 2616:4,
2619:15, 2619:22,
2624:24
**exact** [3] - 2601:18,
2604:19, 2666:6
**exactly** [13] - 2535:18,
2540:1, 2566:13,
2601:20, 2602:4,
2627:14, 2631:16,
2650:25, 2653:23,
2664:1, 2666:17,
2685:12, 2686:19
**examination** [2] -
2558:15, 2614:25
**EXAMINATION** [5] -
2540:19, 2558:10,

2589:15, 2625:19,
2653:8
**examine** [2] - 2623:23,
2624:17
**example** [2] - 2678:25,
2679:4
**examples** [2] - 2617:4,
2617:11
**exceeding** [1] -
2576:4
**except** [4] - 2550:2,
2555:24, 2556:18,
2583:10
**exception** [2] -
2665:9, 2665:10
**exchanging** [1] -
2577:23
**exclude** [1] - 2536:22
**exclusively** [1] -
2536:12
**excuse** [1] - 2666:9
**excused** [3] - 2558:7,
2559:18, 2559:19
**Exhibit** [18] - 2547:21,
2548:14, 2553:15,
2553:17, 2556:11,
2613:13, 2613:23,
2615:9, 2615:17,
2615:20, 2617:25,
2619:3, 2620:8,
2621:7, 2625:11,
2648:17, 2649:15,
2692:1
**exhibit** [24] - 2533:7,
2533:22, 2533:23,
2535:8, 2535:11,
2535:13, 2535:21,
2536:21, 2536:22,
2613:18, 2614:14,
2615:13, 2616:22,
2617:16, 2617:24,
2619:2, 2619:3,
2619:4, 2619:5,
2619:10, 2620:21,
2620:25, 2621:1,
2692:19
**Exhibits** [4] - 2539:2,
2613:1, 2614:22,
2616:13
**exhibits** [34] - 2533:4,
2535:4, 2535:7,
2536:1, 2537:24,
2537:25, 2538:2,
2538:10, 2539:10,
2539:12, 2539:15,
2539:22, 2540:5,
2540:6, 2540:9,
2612:22, 2612:23,
2612:24, 2613:3,
2614:17, 2614:23,

2615:1, 2615:8,
2615:10, 2615:23,
2616:11, 2616:14,
2616:20, 2618:15,
2618:20, 2620:13,
2621:6, 2621:11,
2621:13
**exist** [2] - 2669:20,
2669:22
**existed** [1] - 2669:13
**existence** [1] -
2562:13
**existing** [1] - 2562:12
**Exits** [1] - 2612:20
**exits** [1] - 2695:23
**expectation** [1] -
2576:4
**expended** [1] -
2624:17
**expenses** [1] -
2624:17
**experience** [15] -
2573:18, 2587:20,
2588:16, 2591:24,
2602:5, 2641:6,
2644:15, 2661:2,
2661:5, 2661:6,
2661:15, 2661:19,
2674:10, 2680:3,
2689:7
**experienced** [1] -
2576:18
**expired** [1] - 2556:8
**explain** [10] - 2602:17,
2602:19, 2609:24,
2611:12, 2640:2,
2657:10, 2667:5,
2677:13, 2688:5,
2693:7
**explained** [7] -
2603:4, 2611:17,
2637:13, 2648:6,
2667:5, 2667:6,
2668:7
**explaining** [2] -
2660:8
**expressed** [1] -
2657:21
**expressing** [3] -
2682:4, 2682:10,
2682:17
**extend** [4] - 2602:20,
2602:21, 2685:23
**extension** [13] -
2596:23, 2596:24,
2601:24, 2603:19,
2650:23, 2655:24,
2655:25, 2685:24,
2686:3
**extensions** [2] -

2685:4, 2685:16
**extent** [1] - 2567:15
**extra** [2] - 2608:7, 2669:19
**eyes** [4] - 2546:9, 2676:15, 2676:18, 2676:19

## F

**facilities** [9] - 2563:10, 2564:21, 2570:19, 2570:23, 2607:23, 2608:1, 2669:13, 2687:13, 2693:10
**facility** [17] - 2547:7, 2547:10, 2547:16, 2564:22, 2566:21, 2567:8, 2567:9, 2571:14, 2571:19, 2620:9, 2620:11, 2621:19, 2626:21, 2668:8, 2694:19, 2694:20
**fact** [6] - 2545:5, 2553:13, 2558:1, 2670:22, 2671:4, 2676:4
**facts** [4] - 2573:10, 2576:21, 2692:18
**fair** [10] - 2545:1, 2581:20, 2619:19, 2649:10, 2649:24, 2650:10, 2658:20, 2661:16, 2661:19, 2673:22
**fall** [1] - 2656:18
**fallen** [1] - 2547:3
**falls** [1] - 2656:12
**false** [4] - 2574:12, 2574:14, 2660:16, 2660:19
**familiar** [5] - 2534:20, 2572:19, 2581:24, 2582:12, 2586:21
**families** [1] - 2566:12
**family** [11] - 2605:6, 2647:10, 2647:11, 2647:14, 2647:16, 2647:19, 2647:21, 2647:22, 2648:10, 2649:8, 2690:19
**far** [8] - 2534:16, 2590:12, 2599:3, 2617:8, 2620:2, 2620:5, 2623:6, 2625:4
**fashion** [1] - 2682:3
**fast** [1] - 2659:1
**fast-forward** [1] -

2659:1
**father** [7] - 2691:10, 2691:12, 2691:14, 2691:20, 2692:16, 2693:3, 2693:9
**Father** [5] - 2560:12, 2571:15, 2578:25, 2581:6, 2586:3
**FATHER** [1] - 2532:3
**FCRR** [3] - 2529:1, 2696:9, 2696:10
**fear** [1] - 2534:6
**February** [1] - 2624:10
**fed** [1] - 2605:12
**fee** [5] - 2592:15, 2593:22, 2594:21, 2595:13, 2693:11
**feed** [1] - 2605:10
**fees** [4] - 2573:24, 2660:6, 2693:13, 2693:15
**fell** [2] - 2546:17, 2546:25
**fellow** [2] - 2612:3, 2612:5
**felt** [4] - 2573:3, 2573:6, 2573:12, 2574:4, 2574:7, 2576:25, 2603:20
**few** [28] - 2559:6, 2565:2, 2565:15, 2576:4, 2601:7, 2622:1, 2622:12, 2625:12, 2628:16, 2628:19, 2628:25, 2629:15, 2634:18, 2634:19, 2639:3, 2641:6, 2646:1, 2646:22, 2651:3, 2651:15, 2664:5, 2664:6, 2670:22, 2670:24, 2671:1, 2688:25, 2691:14, 2693:12
**fewer** [3] - 2543:25, 2544:4, 2546:14
**field** [1] - 2558:22
**Fields** [1] - 2530:9
**fifteen** [3] - 2540:8, 2611:25, 2668:11
**fifty** [3] - 2549:13, 2587:23, 2587:25
**fifty-eight** [2] - 2587:23, 2587:25
**figure** [1] - 2605:7
**figured** [2] - 2656:24, 2657:2
**file** [2] - 2623:7, 2685:3
**filed** [8] - 2620:3,

2622:14, 2623:5, 2680:4, 2680:9, 2680:16, 2683:16, 2690:24
**fill** [3] - 2554:19, 2609:15, 2609:17
**final** [1] - 2578:25
**finally** [2] - 2566:4, 2619:22
**fine** [4] - 2562:6, 2565:14, 2657:19, 2679:23
**finish** [3] - 2596:1, 2610:7, 2678:9
**finished** [5] - 2561:7, 2561:17, 2593:15, 2634:23, 2677:18
**fire** [1] - 2571:15
**firearms** [1] - 2645:9
**first** [76] - 2537:5, 2540:4, 2541:11, 2543:7, 2544:9, 2544:12, 2544:18, 2545:3, 2545:11, 2545:13, 2545:22, 2546:2, 2546:7, 2546:18, 2550:22, 2553:8, 2559:7, 2559:11, 2559:15, 2561:24, 2563:21, 2564:1, 2564:3, 2564:8, 2565:2, 2573:17, 2576:2, 2580:19, 2580:20, 2581:8, 2583:14, 2585:13, 2588:7, 2589:7, 2589:13, 2592:18, 2592:21, 2596:12, 2597:20, 2598:10, 2598:14, 2599:23, 2602:3, 2603:22, 2605:16, 2606:14, 2606:18, 2606:19, 2608:23, 2611:4, 2619:13, 2627:12, 2628:7, 2628:15, 2628:16, 2629:13, 2629:16, 2635:13, 2642:9, 2642:17, 2645:12, 2647:22, 2648:2, 2648:3, 2661:23, 2662:2, 2667:22, 2673:13, 2682:1, 2682:20, 2689:23
**first-time** [1] - 2573:17
**fishing** [1] - 2542:23
**fit** [2] - 2575:23, 2694:3
**fitter** [2] - 2591:8,

2591:10, 2591:12, 2591:14, 2593:4, 2593:6, 2594:7, 2595:2, 2595:20, 2597:1, 2597:10, 2597:17, 2627:7, 2627:8, 2627:16, 2627:17, 2627:18, 2661:4, 2670:8, 2670:11, 2671:11, 2671:15, 2671:23
**fitters** [4] - 2597:11, 2628:15, 2628:22
**fitting** [1] - 2628:13
**five** [6] - 2573:1, 2574:17, 2583:7, 2601:15, 2625:7, 2636:6
**flies** [1] - 2546:22
**flooding** [2] - 2687:17, 2687:19
**Floor** [2] - 2529:24, 2530:4
**flowers** [1] - 2623:2
**flu** [3] - 2545:2, 2558:25, 2559:9
**fluctuate** [1] - 2549:14
**flying** [1] - 2603:5
**Fnu** [1] - 2587:2
**follow** [3] - 2628:7, 2637:22, 2637:25
**follow-up** [2] - 2637:22, 2637:25
**following** [3] - 2560:12, 2638:2, 2638:5
**Following** [1] - 2579:12
**follows** [1] - 2589:8
**food** [28] - 2567:21, 2567:22, 2567:25, 2573:22, 2605:13, 2605:22, 2634:16, 2634:24, 2640:8, 2640:10, 2640:11, 2640:12, 2640:14, 2640:16, 2640:18, 2640:19, 2640:20, 2641:1, 2641:2, 2641:3, 2641:19, 2641:21, 2642:12, 2642:19, 2647:25, 2687:3, 2688:7, 2689:6
**foods** [1] - 2689:7
**FOR** [1] - 2528:1
**foregoing** [1] - 2696:7
**foreign** [3] - 2565:12, 2630:24, 2635:13
**foreman** [6] - 2545:6,

2627:10, 2627:11, 2627:19, 2628:11, 2631:8
**foremans** [1] - 2627:4
**foremens** [1] - 2628:10
**forget** [1] - 2640:9
**forgive** [1] - 2582:5
**forgot** [1] - 2646:21
**form** [1] - 2617:1
**formerly** [1] - 2549:7
**forms** [2] - 2616:24, 2617:9
**forth** [2] - 2584:17, 2669:12
**forty** [4] - 2562:13, 2564:2, 2587:24, 2588:1
**forty-seven** [2] - 2587:24, 2588:1
**forward** [3] - 2659:1, 2673:16, 2676:3
**forwarded** [2] - 2557:12, 2557:13
**foundation** [3] - 2552:17, 2616:3, 2692:12
**four** [6] - 2547:15, 2555:25, 2556:3, 2573:1, 2583:7, 2607:21
**fourteen** [1] - 2601:19
**frame** [1] - 2562:15
**free** [3] - 2576:23, 2643:23, 2677:21
**frequent** [1] - 2574:23
**FRIDAY** [1] - 2533:1
**friends** [6] - 2598:24, 2652:3, 2652:5, 2652:11, 2655:18, 2693:12
**front** [6] - 2544:16, 2635:18, 2681:18, 2692:23, 2692:24, 2694:5
**full** [3] - 2537:10, 2555:4, 2581:11
**full-blown** [1] - 2537:10
**fully** [1] - 2557:24
**Fund** [1] - 2530:3
**fundamentally** [1] - 2542:2
**furniture** [1] - 2567:5
**future** [1] - 2603:20

## G

**G-U-N-I-S-E-T-T-I** [1] - 2589:14

GA [1] - 2529:15
gain [1] - 2612:18
game [2] - 2596:14, 2648:2
games [3] - 2647:24, 2648:1
gang [1] - 2682:2
garden [1] - 2583:6
gate [2] - 2544:16, 2636:8
gather [1] - 2678:25
general [1] - 2578:4
gentleman [1] - 2557:7
gentlemen [1] - 2540:15
George [30] - 2559:5, 2581:10, 2581:12, 2581:15, 2583:10, 2586:9, 2586:10, 2586:11, 2586:21, 2586:23, 2586:25, 2587:2, 2587:4, 2587:8, 2587:10, 2587:12, 2587:14, 2587:16, 2587:18, 2622:3, 2622:16, 2623:18, 2646:23, 2647:1, 2692:10, 2692:11, 2692:22, 2693:19, 2693:22, 2694:22
George's [1] - 2618:2
Georgekutty [1] - 2587:6
Gerald [1] - 2580:1
given [10] - 2574:8, 2574:12, 2609:21, 2612:2, 2612:14, 2628:19, 2628:23, 2674:25, 2675:7, 2695:22
gladly [1] - 2577:3
GLOBAL [1] - 2531:8
go-between [1] - 2581:9
golf [1] - 2647:25
governmental [1] - 2555:1
grabbed [1] - 2634:24
gracious [1] - 2564:12
grade [1] - 2590:15
graduate [7] - 2560:18, 2560:25, 2561:3, 2561:7, 2561:11, 2579:17, 2580:6
graduating [1] - 2590:15
grant [1] - 2625:10

GRAUNKE [1] - 2529:13
grease [4] - 2551:15, 2551:18, 2552:14, 2552:21
great [3] - 2619:12, 2649:13, 2650:15
greatly [1] - 2549:14
green [18] - 2596:24, 2602:17, 2602:19, 2602:21, 2602:23, 2603:19, 2650:17, 2650:18, 2650:24, 2651:7, 2651:13, 2655:3, 2655:22, 2655:25, 2661:24, 2662:14, 2695:10, 2695:16
Greenwood [2] - 2548:20, 2554:4
greet [1] - 2564:10
grievances [1] - 2575:17
ground [2] - 2535:1, 2546:23
group [16] - 2558:22, 2571:24, 2577:15, 2577:17, 2603:4, 2603:6, 2611:2, 2611:6, 2620:7, 2620:19, 2660:9, 2674:4, 2688:11, 2688:14, 2688:16, 2688:19
groups [2] - 2560:23, 2618:24
guard [3] - 2636:15, 2645:20, 2695:13
guards [2] - 2644:3, 2645:18
guess [6] - 2564:2, 2565:2, 2565:3, 2573:1, 2586:19, 2588:18
guessing [1] - 2563:12
guest [1] - 2584:6
Gujarati [1] - 2630:18
Gulf [1] - 2630:24
gun [1] - 2645:20
Gunisetti [2] - 2565:10, 2582:6, 2589:6, 2589:11, 2589:14, 2589:17, 2589:24, 2653:12
GUNISETTI [2] - 2532:6, 2589:7
guns [2] - 2645:11, 2645:12
guy [1] - 2674:3

guys [8] - 2542:21, 2583:7, 2583:9, 2666:15, 2666:25, 2679:21, 2690:14, 2694:2

## H

H-2B [62] - 2546:17, 2546:21, 2558:1, 2559:9, 2559:10, 2559:13, 2579:1, 2580:11, 2585:22, 2596:23, 2598:17, 2598:24, 2601:6, 2601:8, 2601:23, 2602:9, 2610:1, 2627:11, 2629:2, 2629:11, 2630:14, 2630:21, 2631:21, 2632:7, 2632:16, 2633:14, 2642:5, 2647:7, 2647:19, 2649:10, 2650:22, 2652:2, 2652:4, 2652:18, 2652:20, 2653:3, 2655:3, 2655:20, 2655:22, 2655:24, 2661:24, 2662:13, 2670:7, 2670:10, 2671:6, 2671:8, 2671:10, 2671:11, 2671:15, 2672:25, 2677:4, 2678:4, 2684:24, 2685:4, 2685:16, 2690:6, 2691:8, 2691:21, 2693:4, 2693:14, 2694:16, 2694:18
HAL [1] - 2530:14
half [4] - 2555:14, 2555:18, 2581:10, 2585:8
half-ish [1] - 2555:14
half-way [1] - 2581:10
hall [6] - 2605:20, 2608:14, 2609:1, 2609:4, 2609:13, 2677:17
halls [1] - 2608:4
hand [1] - 2635:10
handle [2] - 2546:10, 2630:20
handled [1] - 2541:10
hands [2] - 2681:25, 2682:1
HANGARTNER [1] - 2530:13
Hangartner [2] -

2530:17, 2537:3
hanging [1] - 2694:5
happy [1] - 2607:11
harness [2] - 2626:6, 2626:12
HASENKAMPF [1] - 2530:16
HB-275 [1] - 2529:1
head [2] - 2583:5, 2663:13
headaches [1] - 2546:9
Health [2] - 2541:12, 2552:24
health [8] - 2544:17, 2547:5, 2547:13, 2547:25, 2552:24, 2558:21, 2574:10, 2637:24
hear [9] - 2537:4, 2596:12, 2619:6, 2620:5, 2622:9, 2684:13, 2684:15, 2684:16, 2685:11
heard [48] - 2569:20, 2576:10, 2577:8, 2606:19, 2664:5, 2673:20, 2680:6, 2680:9, 2680:10, 2680:16, 2680:19, 2680:20, 2680:21, 2681:5, 2681:6, 2681:11, 2681:12, 2681:16, 2681:18, 2681:20, 2681:22, 2681:23, 2681:24, 2682:4, 2682:6, 2682:11, 2682:12, 2682:14, 2682:19, 2682:20, 2682:21, 2683:1, 2683:5, 2683:7, 2683:13, 2683:16, 2683:21, 2683:22, 2684:6, 2684:21, 2685:2, 2686:15, 2686:25, 2687:12, 2687:13, 2687:15, 2687:25
hearing [3] - 2572:20, 2580:2, 2677:10
hearsay [3] - 2638:10, 2638:11, 2638:13
Heart [2] - 2560:5, 2562:3, 2562:11, 2577:11, 2577:12, 2579:5, 2580:15, 2588:19
heart [1] - 2537:14
held [7] - 2578:1, 2586:13, 2599:17,

2609:6, 2617:15, 2648:24, 2652:20
help [10] - 2534:1, 2546:8, 2632:16, 2675:19, 2675:21, 2675:22, 2675:25, 2677:19, 2677:20, 2694:7
helped [4] - 2583:6, 2632:14, 2632:18, 2632:19
helpful [4] - 2534:11, 2617:3, 2617:6, 2617:12
helps [1] - 2692:3
Hemant [1] - 2539:10, 2565:19, 2582:10, 2612:24, 2612:25, 2620:9, 2621:20, 2632:19, 2673:20, 2673:21, 2673:23, 2675:19, 2676:3, 2676:4, 2676:11
hereby [1] - 2696:7
hiding [1] - 2578:5
high [3] - 2535:24, 2590:16, 2590:19
himself [1] - 2679:14
Hindi [45] - 2534:10, 2535:10, 2536:4, 2536:12, 2536:14, 2536:16, 2536:17, 2584:9, 2584:10, 2584:16, 2584:18, 2630:8, 2630:13, 2630:23, 2630:25, 2631:1, 2632:12, 2632:15, 2632:17, 2632:20, 2632:23, 2632:24, 2633:19, 2672:23, 2673:1, 2673:4, 2673:23, 2674:1, 2674:3, 2674:8, 2674:9, 2674:10, 2674:14, 2674:23, 2675:4, 2675:9, 2675:11, 2675:12, 2675:13, 2675:14, 2675:16, 2675:18, 2676:7
Hindus [1] - 2572:18
hired [1] - 2623:3
hit [1] - 2550:14
hold [3] - 2570:2, 2627:18, 2635:10
holding [1] - 2635:7
hole [1] - 2550:18
home [3] - 2545:7, 2610:20, 2692:23

**homes** [1] - 2652:7
**hometown** [2] - 2597:10, 2630:11
**honestly** [2] - 2571:1, 2571:4
**Honor** [62] - 2533:5, 2533:8, 2533:11, 2533:18, 2534:14, 2535:4, 2535:16, 2535:22, 2536:23, 2536:24, 2537:2, 2538:4, 2539:7, 2539:11, 2540:10, 2551:19, 2551:25, 2552:17, 2558:5, 2558:6, 2558:8, 2559:21, 2560:9, 2576:13, 2579:4, 2589:2, 2589:6, 2611:24, 2612:25, 2613:7, 2614:5, 2615:4, 2615:11, 2615:12, 2615:14, 2615:15, 2615:25, 2616:16, 2616:18, 2617:13, 2617:21, 2617:22, 2617:23, 2618:5, 2618:6, 2618:10, 2618:12, 2618:16, 2618:22, 2619:14, 2620:22, 2621:4, 2621:8, 2621:25, 2622:18, 2624:20, 2625:16, 2648:20, 2653:6, 2653:7, 2671:16, 2692:12
**HONORABLE** [1] - 2528:24
**hope** [2] - 2537:21, 2550:1
**hopefully** [3] - 2537:16, 2546:4, 2672:13
**hospital** [2] - 2537:7, 2635:19
**hospitalized** [1] - 2624:8
**hotel** [1] - 2599:24
**hour** [2] - 2542:3, 2542:10
**hourly** [1] - 2541:25
**hours** [10] - 2542:12, 2611:10, 2632:8, 2632:9, 2645:7, 2677:9, 2677:21, 2688:22, 2688:25
**house** [7] - 2583:5, 2606:3, 2606:7, 2607:18, 2652:9,

2663:22, 2663:23
**houses** [1] - 2606:11
**housing** [8] - 2554:4, 2554:10, 2555:6, 2555:8, 2556:9, 2566:21, 2567:8, 2624:11
**HOWARD** [20] - 2529:7, 2539:5, 2539:11, 2539:16, 2539:20, 2540:1, 2612:23, 2612:25, 2613:7, 2613:11, 2613:22, 2614:2, 2614:8, 2614:13, 2614:24, 2615:7, 2615:19, 2616:2, 2616:15, 2617:13
**Hudson** [1] - 2530:3
**huge** [1] - 2663:14
**HUGH** [1] - 2529:8
**human** [1] - 2574:25
**Human** [1] - 2529:23
**hundred** [3] - 2582:1, 2588:8, 2654:21
**hundreds** [1] - 2547:15
**hurry** [1] - 2622:8
**hurt** [2] - 2544:20, 2545:10

**I**

**I-10** [1] - 2530:22
**I-140** [3] - 2651:4, 2651:6, 2651:11
**idea** [7] - 2536:18, 2549:12, 2549:14, 2551:18, 2570:24, 2581:11, 2658:22
**identical** [1] - 2551:14
**identified** [2] - 2535:25, 2613:15
**identify** [2] - 2560:6, 2615:23
**ill** [3] - 2546:17, 2546:25, 2624:7
**illness** [2] - 2547:14, 2624:9
**image** [3] - 2548:16, 2548:20, 2549:8
**images** [1] - 2621:8
**imagine** [2] - 2543:19, 2543:23
**immediate** [1] - 2578:10
**immediately** [6] - 2569:25, 2571:12, 2596:18, 2612:6, 2626:23

**Immigrant** [1] - 2529:14
**immigration** [1] - 2651:10
**impacted** [2] - 2562:20, 2563:17
**impediment** [1] - 2671:23
**implied** [1] - 2575:6
**important** [2] - 2637:24, 2678:15
**impression** [10] - 2567:10, 2567:12, 2567:15, 2568:1, 2572:13, 2572:18, 2575:7, 2575:14, 2576:25, 2577:3
**improvements** [1] - 2619:24
**IN** [1] - 2528:1
**inaccurate** [1] - 2694:11
**inadvertent** [1] - 2576:14
**INC** [2] - 2531:8, 2531:9
**inches** [1] - 2554:19
**incident** [2] - 2634:6, 2638:21
**incidents** [2] - 2541:20, 2626:22
**included** [1] - 2630:5
**including** [4] - 2535:7, 2535:13, 2555:20, 2612:3
**indeed** [1] - 2619:17
**INDEX** [1] - 2532:1
**India** [63] - 2563:19, 2573:24, 2590:5, 2590:6, 2590:7, 2590:14, 2590:20, 2590:22, 2591:25, 2592:5, 2592:7, 2596:2, 2596:3, 2596:6, 2596:9, 2596:11, 2596:15, 2596:19, 2597:6, 2598:10, 2599:8, 2599:12, 2599:14, 2599:18, 2602:14, 2602:23, 2603:2, 2605:5, 2605:22, 2624:8, 2624:12, 2629:6, 2630:11, 2638:20, 2640:12, 2640:13, 2648:2, 2656:7, 2656:17, 2657:6, 2658:3, 2658:7, 2659:2, 2659:4, 2659:11,

2659:24, 2662:3, 2666:10, 2674:4, 2675:3, 2682:5, 2682:10, 2682:13, 2682:15, 2682:16, 2682:23, 2684:5, 2688:6, 2688:20, 2690:16, 2690:17, 2693:4
**Indian** [73] - 2546:17, 2546:21, 2558:1, 2559:9, 2566:6, 2567:7, 2567:22, 2567:24, 2569:12, 2571:17, 2572:11, 2578:9, 2578:23, 2580:11, 2581:11, 2586:5, 2586:11, 2592:18, 2595:16, 2601:10, 2601:15, 2601:19, 2614:4, 2624:25, 2627:11, 2629:2, 2630:13, 2630:14, 2630:21, 2630:22, 2631:14, 2632:16, 2635:2, 2635:17, 2635:18, 2636:7, 2640:19, 2650:6, 2651:23, 2661:16, 2661:19, 2662:7, 2664:10, 2672:25, 2676:7, 2677:4, 2677:10, 2677:11, 2678:4, 2678:20, 2679:3, 2679:5, 2679:8, 2679:25, 2680:9, 2680:11, 2680:17, 2681:5, 2681:14, 2681:20, 2681:25, 2683:16, 2684:4, 2684:24, 2685:2, 2685:19, 2686:16, 2691:8, 2691:21, 2694:16, 2695:4, 2695:6
**Indians** [42] - 2569:23, 2570:11, 2578:21, 2582:1, 2586:6, 2586:8, 2610:21, 2627:12, 2628:9, 2629:6, 2630:3, 2632:23, 2634:5, 2634:19, 2635:6, 2636:20, 2637:1, 2637:6, 2638:4, 2639:3, 2640:20, 2650:8, 2651:3, 2661:21, 2664:6, 2672:2, 2675:13, 2677:15, 2677:20,

2677:24, 2677:25, 2678:1, 2681:6, 2681:7, 2681:11, 2681:19, 2684:1, 2684:20, 2685:8, 2685:20, 2686:7, 2686:8
**indicate** [1] - 2622:21
**indicated** [2] - 2554:18, 2624:16
**individual** [6] - 2543:1, 2543:7, 2543:8, 2571:24, 2677:10, 2677:11
**individuals** [9] - 2558:22, 2573:15, 2580:17, 2580:19, 2581:8, 2624:6, 2624:9, 2624:18, 2624:21
**INDO** [1] - 2531:11
**INDO-AMERI** [1] - 2531:11
**INDUSTRIAL** [1] - 2531:10
**industry** [3] - 2534:15, 2541:17, 2541:18
**inform** [3] - 2571:9, 2659:12, 2659:20
**information** [8] - 2534:2, 2598:16, 2612:8, 2612:16, 2612:18, 2652:17, 2678:13
**informed** [1] - 2645:4
**initial** [2] - 2577:11, 2577:14
**injuries** [3] - 2541:10, 2546:3, 2626:22
**injury** [4] - 2544:23, 2544:24, 2545:14, 2545:22
**inquiring** [1] - 2564:17
**inside** [11] - 2606:3, 2610:12, 2610:24, 2611:5, 2611:6, 2626:6, 2635:20, 2636:2, 2636:19, 2646:14, 2692:25
**instance** [1] - 2536:13
**instead** [3] - 2555:24, 2556:4, 2674:18
**institute** [1] - 2597:9
**Institute** [1] - 2530:9
**institution** [4] - 2561:15, 2563:6, 2568:10, 2569:1
**instructed** [2] - 2612:10, 2612:13
**instruction** [1] -

2678:17
**instructions** [3] -
2612:1, 2616:24,
2695:22
**insurance** [2] -
2543:25, 2546:15
**insurances** [1] -
2609:10
**interact** [1] - 2636:16
**interacted** [1] -
2567:13
**interaction** [2] -
2566:6, 2566:8
**interactions** [1] -
2580:17
**interested** [1] -
2656:21
**interim** [1] - 2563:5
**INTERNATIONAL** [3] -
2528:7, 2528:14,
2528:19
**International** [5] -
2580:12, 2591:18,
2596:15, 2596:25,
2626:3
**internationally** [2] -
2689:12, 2689:19
**interrupt** [1] - 2580:1
**interview** [40] -
2569:22, 2569:23,
2569:25, 2570:1,
2570:10, 2570:11,
2570:20, 2570:21,
2570:24, 2571:9,
2571:11, 2571:12,
2571:13, 2588:19,
2588:22, 2598:3,
2598:5, 2598:21,
2599:8, 2599:9,
2599:12, 2599:15,
2599:17, 2599:20,
2600:4, 2600:5,
2600:8, 2600:10,
2600:15, 2600:20,
2600:22, 2601:3,
2601:4, 2601:6,
2602:1, 2657:17,
2660:3, 2660:9,
2692:25
**interviews** [2] -
2598:13, 2600:23
**introduce** [6] -
2538:10, 2564:11,
2565:11, 2615:1,
2619:15
**introduced** [3] -
2572:15, 2604:25,
2617:18
**introduction** [1] -
2564:12

**invitation** [1] - 2572:4
**invited** [3] - 2572:3,
2647:14, 2647:15
**involved** [6] - 2575:13,
2588:14, 2624:7,
2683:25, 2691:21,
2693:3
**Ireland** [2] - 2560:17,
2561:22
**irked** [1] - 2543:20
**irrelevant** [1] - 2625:1
**Isaac** [3] - 2566:2,
2566:3, 2582:21
**ischemic** [1] - 2537:12
**ish** [1] - 2555:14
**Island** [2] - 2548:20,
2554:4
**issue** [13] - 2534:5,
2544:24, 2547:5,
2547:17, 2551:14,
2552:20, 2558:21,
2576:22, 2616:22,
2624:20, 2624:22,
2640:11, 2695:11
**issues** [5] - 2578:22,
2625:10, 2640:2,
2640:6, 2677:11
**items** [2] - 2641:3,
2641:4
**ITI** [1] - 2590:24
**itself** [7] - 2567:8,
2570:23, 2574:1,
2576:12, 2577:10,
2577:12, 2577:13
**IVY** [1] - 2530:1

**J**

**J&M** [2] - 2531:9,
2531:10
**Jackson** [1] - 2557:2
**Jacob** [2] - 2566:4,
2582:23
**JAMES** [1] - 2530:21
**January** [8] - 2528:7,
2632:13, 2668:21,
2668:24, 2669:6,
2690:4, 2690:8,
2690:14
**JANUARY** [1] - 2533:1
**jelly** [1] - 2662:9
**JJ** [6] - 2583:15,
2583:16, 2583:23,
2584:8, 2584:21,
2586:20
**job** [52] - 2544:21,
2545:5, 2545:10,
2591:8, 2591:21,
2591:24, 2592:13,
2592:15, 2592:20,

2593:8, 2593:20,
2593:22, 2594:6,
2594:13, 2594:19,
2594:21, 2594:23,
2595:6, 2595:7,
2595:11, 2595:13,
2595:17, 2595:18,
2595:19, 2596:3,
2596:6, 2596:9,
2596:12, 2596:21,
2597:24, 2597:25,
2598:16, 2602:11,
2602:14, 2603:9,
2627:24, 2629:11,
2630:5, 2632:10,
2653:19, 2656:6,
2656:12, 2656:13,
2656:19, 2657:22,
2658:1, 2658:16,
2658:20, 2658:24,
2671:15, 2677:17,
2693:24
**jobs** [3] - 2574:8,
2668:9, 2672:1
**John** [11] - 2538:2,
2539:4, 2539:8,
2546:20, 2587:14,
2604:25, 2606:15,
2608:25, 2667:23,
2668:3, 2668:5
**Jomon** [1] - 2586:21
**Joseph** [4] - 2566:4,
2582:23, 2582:24,
2582:25
**JOSEPH** [1] - 2530:5
**journey** [1] - 2655:14
**JR** [1] - 2531:5
**judge** [2] - 2617:5,
2620:16
**Judge** [1] - 2538:14
**JUDGE** [1] - 2528:25
**July** [6] - 2601:12,
2655:14, 2685:4,
2685:16, 2685:23,
2686:3
**June** [4] - 2541:1,
2550:21, 2552:21,
2561:21
**jurors** [3] - 2534:10,
2612:3, 2612:5
**Jury** [5] - 2528:8,
2540:13, 2612:20,
2612:18, 2695:23
**jury** [29] - 2534:2,
2534:3, 2534:6,
2534:12, 2534:19,
2535:12, 2535:13,
2535:19, 2537:23,
2540:8, 2540:15,
2541:11, 2546:20,

2548:23, 2549:4,
2550:7, 2551:9,
2551:14, 2551:24,
2552:10, 2553:22,
2553:23, 2555:4,
2556:15, 2557:16,
2560:2, 2616:24,
2625:13, 2673:20
**Justice** [2] - 2529:14,
2530:9

**K**

**K-I-N-R-O-S-S** [1] -
2560:8
**Kadakkarappally** [2] -
2566:4, 2566:5
**Kadakkarrappally** [1]
- 2582:23
**Kaddakkarappally** [1]
- 2529:8
**Kanappilly** [1] -
2587:10
**Katrina** [1] - 2562:20
**keep** [5] - 2556:14,
2568:14, 2568:24,
2656:6, 2684:6
**KELLEHER** [1] -
2532:3
**Kelleher** [6] - 2560:1,
2560:4, 2560:12,
2581:6, 2586:3,
2616:14
**Kennada** [2] - 2630:17
**kept** [1] - 2694:5
**Kerala** [3] - 2584:12,
2584:14, 2630:18
**Kevin** [4] - 2560:8,
2581:16, 2581:20,
2587:10
**Kevin's** [1] - 2581:16
**key** [1] - 2581:6
**keyboard** [2] -
2632:22, 2632:25
**Khuttan** [13] - 2529:8,
2539:10, 2539:12,
2539:17, 2565:19,
2582:10, 2612:24,
2612:25, 2613:5,
2614:3, 2620:10,
2621:20, 2632:19
**Killen** [7] - 2539:19,
2540:17, 2540:18,
2540:21, 2558:7,
2558:12, 2615:18
**KIM** [1] - 2530:2
**kind** [14] - 2541:20,
2542:21, 2542:23,
2545:17, 2545:19,
2546:8, 2564:16,

2566:5, 2566:19,
2580:24, 2584:8,
2631:4, 2669:12,
2694:3
**Kinross** [1] - 2560:8
**kitchen** [5] - 2547:24,
2551:15, 2551:16,
2645:2, 2645:3
**knowing** [3] -
2581:11, 2588:6,
2694:4
**knowledge** [16] -
2547:2, 2572:11,
2576:24, 2577:24,
2578:24, 2587:20,
2588:3, 2588:10,
2588:16, 2588:20,
2681:10, 2681:13,
2682:9, 2682:17,
2684:3, 2684:23
**known** [1] - 2662:12
**knows** [2] - 2630:23,
2671:19
**KRISTI** [1] - 2529:13
**Kunnumpaurathu** [1]
- 2587:14
**kURELLA** [1] -
2531:12
**KURIAN** [1] - 2528:4
**Kurian** [1] - 2582:8
**Kurnan** [1] - 2565:17

**L**

**LA** [6] - 2529:19,
2530:10, 2530:19,
2530:23, 2531:3,
2531:7
**labor** [6] - 2549:5,
2551:17, 2552:1,
2552:6, 2585:22,
2651:1
**laceration** [2] -
2545:17, 2545:18
**ladder** [4] - 2626:4,
2626:5, 2626:14
**ladders** [2] - 2626:13
**ladies** [1] - 2540:14
**laedcourtreporter@
gmail.com** [1] -
2529:3
**lag** [1] - 2686:5
**laid** [1] - 2616:3
**lakh** [5] - 2662:6,
2662:7, 2662:8,
2662:9
**lakhs** [5] - 2601:15,
2662:3, 2662:11,
2662:20, 2662:21
**LAKSHMANAN** [1] -

2528:16
**LANCE** [1] - 2530:15
**language** [12] -
2534:10, 2534:11,
2534:21, 2535:10,
2536:16, 2584:12,
2630:8, 2630:22,
2630:23, 2672:7,
2672:16, 2672:18
**languages** [2] -
2630:7, 2630:13
**large** [2] - 2585:5,
2585:8
**last** [14] - 2537:7,
2541:1, 2550:21,
2555:4, 2587:18,
2589:13, 2633:9,
2633:10, 2640:24,
2674:4, 2684:15,
2684:16, 2690:6,
2690:11
**lastly** [2] - 2620:7,
2654:14
**laundry** [8] - 2620:9,
2620:11, 2621:19,
2645:22, 2645:24,
2645:25, 2646:3,
2646:4
**LAUREN** [1] - 2530:17
**Law** [7] - 2529:14,
2529:17, 2529:20,
2531:6, 2583:11,
2586:16, 2588:7
**law** [1] - 2612:13
**lawful** [1] - 2671:4
**lawsuit** [19] - 2619:16,
2620:2, 2621:13,
2622:1, 2622:11,
2622:13, 2623:5,
2623:6, 2623:8,
2624:13, 2624:21,
2624:25, 2625:3,
2680:4, 2680:8,
2680:15, 2683:15,
2685:3, 2690:24
**lawyer** [3] - 2569:23,
2570:11, 2683:11
**lawyers** [1] - 2573:15
**layout** [1] - 2597:14
**lead** [6] - 2549:6,
2549:7, 2550:8,
2553:10, 2626:9,
2626:16
**lead-contaminated**
[4] - 2549:6, 2549:7,
2550:8, 2553:10
**learn** [3] - 2571:10,
2628:7, 2630:9
**learned** [3] - 2569:25,
2571:12, 2593:6

**learning** [1] - 2591:13
**least** [2] - 2549:25,
2620:7
**leave** [7] - 2643:20,
2643:21, 2656:11,
2656:16, 2657:18,
2657:20
**leaving** [7] - 2603:2,
2643:8, 2643:10,
2643:11, 2643:19,
2688:11, 2688:20
**led** [4] - 2564:12,
2566:15, 2567:3,
2574:13
**left** [12] - 2540:16,
2577:3, 2594:14,
2610:3, 2637:7,
2637:15, 2644:5,
2659:15, 2667:6,
2667:7, 2670:2,
2690:16
**Legal** [1] - 2530:2
**legal** [3] - 2577:2,
2671:16, 2671:22
**less** [5] - 2549:13,
2549:16, 2607:1,
2622:13, 2654:12
**letter** [17] - 2553:18,
2553:20, 2553:23,
2553:24, 2554:2,
2554:11, 2555:12,
2556:15, 2556:18,
2557:1, 2557:10,
2557:12, 2557:13,
2557:22, 2558:12,
2558:13, 2558:14
**letters** [1] - 2536:13
**level** [1] - 2558:21
**Liberties** [1] - 2529:23
**license** [9] - 2534:14,
2534:17, 2534:18,
2535:17, 2535:23,
2535:25, 2536:1
**lie** [3] - 2658:9,
2658:10, 2658:19
**life** [4] - 2566:11,
2603:11, 2603:20,
2641:7
**lift** [2] - 2551:5,
2551:10
**limine** [1] - 2552:2
**limit** [1] - 2641:17
**line** [5] - 2542:9,
2568:18, 2570:4,
2570:5, 2642:3
**Line** [1] - 2576:16
**lines** [3] - 2566:19,
2568:19, 2632:17
**list** [19] - 2533:7,
2533:22, 2533:24,

2535:8, 2535:11,
2535:21, 2536:20,
2536:21, 2536:22,
2538:4, 2538:17,
2539:11, 2612:23,
2613:9, 2613:17,
2614:12, 2616:6,
2619:11, 2651:11
**listed** [2] - 2536:21,
2615:7
**listen** [3] - 2659:9,
2676:22, 2686:10
**listening** [1] - 2578:22
**literally** [1] - 2627:9
**live** [2] - 2547:9,
2603:12
**liveable** [1] - 2563:9
**lived** [5] - 2563:7,
2668:10, 2668:11,
2668:13, 2689:25
**living** [11] - 2547:14,
2549:21, 2555:25,
2556:4, 2558:1,
2566:12, 2567:16,
2567:19, 2596:9,
2602:25, 2603:3
**LLC** [6] - 2528:7,
2528:14, 2528:19,
2530:17, 2531:10,
2531:11
**LLP** [1] - 2529:9
**location** [1] - 2644:4
**locked** [2] - 2643:14,
2643:16
**locks** [1] - 2643:17
**look** [14] - 2533:4,
2548:1, 2548:3,
2548:5, 2548:8,
2548:10, 2548:14,
2550:22, 2617:7,
2622:5, 2623:24,
2657:21, 2664:21,
2692:7
**looked** [7] - 2548:18,
2619:18, 2620:6,
2620:11, 2622:24,
2623:24, 2623:25
**looking** [6] - 2547:24,
2549:8, 2580:22,
2581:1, 2583:5,
2645:17
**looks** [3] - 2535:10,
2568:19, 2659:13
**lose** [8] - 2543:6,
2543:8, 2543:15,
2543:16, 2543:20,
2656:19, 2658:16,
2661:11
**lost** [4] - 2543:13,
2563:15, 2581:18,

2656:13
**lottery** [1] - 2650:6
**Louisiana** [2] -
2529:2, 2530:9
**LOUISIANA** [2] -
2528:2, 2533:1
**lounge** [4] - 2566:23,
2620:13, 2621:7,
2621:17
**lounges** [1] - 2566:22
**lowered** [1] - 2537:14
**luggage** [1] - 2604:6
**luggages** [1] - 2604:7
**Luke** [1] - 2637:12
**lump** [1] - 2633:19
**lunch** [13] - 2540:7,
2550:3, 2618:8,
2618:11, 2634:16,
2642:6, 2642:8,
2642:10, 2642:15,
2642:18, 2642:24,
2642:25, 2695:18
**lunches** [2] - 2642:13,
2642:25

## M

**M.D.Q** [1] - 2558:14
**ma'am** [1] - 2570:17
**Madison** [1] - 2529:10
**main** [4] - 2581:9,
2636:11, 2636:12,
2672:3
**major** [1] - 2626:21
**Malayalam** [9] -
2584:12, 2584:13,
2584:16, 2584:18,
2630:18, 2630:22,
2631:1, 2686:22
**Malayalams** [1] -
2584:14
**male** [1] - 2646:21
**Malvern** [1] - 2665:11
**Malyalum** [1] - 2633:9
**mama** [3] - 2542:17,
2542:22
**man** [78] - 2544:15,
2546:18, 2546:21,
2546:23, 2546:24,
2547:15, 2547:23,
2549:2, 2549:9,
2549:21, 2550:9,
2552:5, 2552:8,
2552:21, 2553:9,
2553:13, 2555:22,
2556:1, 2558:17,
2559:2, 2559:9,
2607:7, 2607:23,
2608:2, 2619:14,
2619:16, 2619:18,

2619:20, 2619:24,
2620:4, 2620:6,
2620:9, 2621:9,
2621:14, 2622:24,
2624:16, 2631:18,
2631:19, 2634:6,
2636:14, 2636:18,
2637:2, 2639:9,
2641:7, 2641:8,
2641:19, 2641:21,
2642:8, 2643:3,
2643:8, 2643:10,
2643:11, 2643:14,
2643:16, 2643:19,
2644:1, 2644:6,
2645:1, 2645:2,
2645:3, 2645:9,
2645:11, 2645:22,
2646:10, 2646:12,
2652:22, 2681:14,
2681:15, 2681:17,
2689:23, 2694:6,
2695:1, 2695:2,
2695:3, 2695:6,
2695:7
**management** [25] -
2555:19, 2630:2,
2631:10, 2631:13,
2633:5, 2637:2,
2637:14, 2639:2,
2639:19, 2640:2,
2640:3, 2640:7,
2650:23, 2652:17,
2653:2, 2657:23,
2667:23, 2677:5,
2678:12, 2678:18,
2678:20, 2679:5,
2681:20, 2684:24,
2687:5
**manager** [9] -
2534:24, 2605:1,
2611:13, 2646:17,
2646:20, 2646:23,
2646:25, 2647:2,
2647:8
**MANAGER** [13] -
2537:24, 2538:14,
2538:16, 2538:23,
2538:25, 2540:2,
2589:9, 2589:12,
2614:1, 2614:7,
2614:15, 2616:1,
2620:16
**managers** [4] -
2631:14, 2678:22,
2687:16, 2687:20
**manner** [1] - 2573:7
**March** [15] - 2584:23,
2622:12, 2623:18,
2633:13, 2634:7,

2638:22, 2638:24, 2639:1, 2679:4, 2679:14, 2680:3, 2680:4, 2680:8, 2686:11, 2690:24
**MARINE** [1] - 2531:10
**marine** [1] - 2541:18
**mark** [1] - 2649:20
**marked** [5] - 2553:17, 2648:16, 2649:1, 2649:15, 2650:2
**married** [1] - 2589:21
**Mary** [1] - 2562:2
**mass** [6] - 2563:25, 2564:9, 2569:12, 2581:4, 2581:5, 2581:7
**MASUR** [1] - 2530:17
**material** [6] - 2550:8, 2550:14, 2550:18, 2554:19, 2619:24, 2623:20
**math** [1] - 2542:14
**mathematics** [1] - 2580:5
**matriculation** [3] - 2590:14, 2590:15, 2590:21
**matter** [1] - 2653:11
**meal** [2] - 2605:10, 2605:12
**meals** [1] - 2550:2
**mean** [32] - 2564:7, 2565:11, 2575:9, 2581:24, 2582:17, 2583:3, 2586:14, 2588:13, 2590:13, 2597:12, 2606:18, 2607:3, 2618:8, 2633:3, 2634:23, 2635:16, 2637:7, 2637:24, 2647:16, 2647:22, 2652:11, 2655:11, 2658:1, 2662:25, 2667:19, 2671:10, 2678:6, 2678:16, 2682:20, 2684:14, 2686:1, 2686:5
**meaning** [3] - 2676:7, 2685:14, 2687:12
**means** [3] - 2541:19, 2612:8, 2667:20
**meant** [1] - 2546:9
**meantime** [6] - 2628:7, 2630:1, 2639:1, 2657:21, 2677:1, 2685:24
**meanwhile** [1] - 2605:17

**measurements** [1] - 2597:14
**medical** [11] - 2545:8, 2609:12, 2609:13, 2631:17, 2657:6, 2658:2, 2658:4, 2658:6, 2658:11, 2659:2
**medication** [1] - 2537:14
**medicine** [1] - 2559:14
**medium** [1] - 2630:10
**medivac** [1] - 2624:12
**medivaced** [1] - 2624:8
**meet** [20] - 2563:21, 2572:12, 2572:25, 2573:4, 2573:15, 2577:17, 2577:19, 2581:15, 2583:1, 2584:2, 2584:3, 2599:19, 2600:14, 2604:3, 2604:20, 2606:14, 2639:19, 2679:4, 2679:13, 2679:16
**meeting** [46] - 2564:21, 2564:23, 2569:9, 2572:5, 2572:24, 2573:14, 2576:2, 2577:11, 2578:5, 2581:23, 2583:2, 2584:1, 2584:5, 2584:9, 2584:22, 2585:2, 2585:4, 2585:10, 2588:3, 2588:8, 2598:8, 2598:9, 2598:14, 2598:22, 2599:22, 2625:24, 2633:13, 2633:16, 2633:21, 2633:25, 2634:3, 2640:24, 2644:23, 2644:24, 2652:20, 2652:25, 2659:24, 2660:2, 2678:19, 2678:23, 2679:2, 2684:4, 2684:10, 2685:6, 2694:4
**meetings** [36] - 2571:16, 2571:20, 2572:2, 2572:6, 2572:9, 2573:7, 2573:8, 2574:17, 2577:16, 2578:1, 2578:7, 2578:11, 2578:13, 2578:15, 2578:23, 2584:24,

2585:5, 2586:3, 2586:13, 2598:5, 2631:11, 2633:2, 2633:6, 2633:7, 2633:11, 2639:24, 2639:25, 2650:21, 2652:18, 2682:2, 2684:8, 2684:18, 2684:19, 2684:20
**MELIA** [1] - 2529:8
**men** [7] - 2547:15, 2555:25, 2668:10, 2689:24, 2690:5, 2690:9
**mention** [2] - 2574:25, 2616:21
**mentioned** [11] - 2624:23, 2666:20, 2666:21, 2667:14, 2669:2, 2669:12, 2669:14, 2669:15, 2674:22, 2686:11, 2695:12
**Meredith** [1] - 2618:22
**MEREDITH** [1] - 2529:17
**message** [2] - 2644:16, 2678:20
**messages** [6] - 2644:22, 2678:11, 2678:15, 2678:16, 2679:25, 2680:1
**met** [22] - 2565:2, 2574:22, 2577:15, 2581:8, 2581:12, 2581:13, 2581:21, 2582:7, 2582:11, 2583:4, 2585:6, 2588:10, 2596:15, 2596:17, 2598:10, 2598:12, 2598:13, 2598:14, 2598:20, 2599:25, 2600:2, 2604:22
**Metairie** [1] - 2530:23
**Michael** [7] - 2557:11, 2557:12, 2557:13, 2560:1, 2560:4, 2560:12, 2665:11
**MICHAEL** [2] - 2531:9, 2532:3
**microwave** [1] - 2550:3
**Middle** [1] - 2654:14
**middle** [2] - 2552:16, 2598:11
**might** [24] - 2543:20, 2547:13, 2551:6, 2568:13, 2569:5, 2572:15, 2584:7,

2617:5, 2653:22, 2654:21, 2656:18, 2661:10, 2666:25, 2667:5, 2673:8, 2673:9, 2678:17, 2678:19, 2678:21, 2693:12, 2694:24, 2695:17
**Miller** [1] - 2580:1
**millimeter** [1] - 2550:17
**mind** [2] - 2675:3, 2688:7
**ministry** [2] - 2573:4, 2573:6
**minor** [4] - 2544:23, 2546:8, 2626:21, 2684:20
**minute** [3] - 2592:10, 2611:25, 2650:16
**Minute** [1] - 2544:17
**minutes** [3] - 2540:8, 2625:12, 2636:6
**Mississippi** [13] - 2534:25, 2551:2, 2553:8, 2553:19, 2556:7, 2557:8, 2560:5, 2561:25, 2579:6, 2579:21, 2579:22, 2580:4, 2580:8
**MISSISSIPPI** [1] - 2531:10
**mistaken** [1] - 2694:23
**mistreated** [1] - 2575:15
**MITCHELL** [1] - 2530:16
**mix** [1] - 2627:15
**mixed** [1] - 2627:13
**Mobile** [5] - 2604:2, 2604:10, 2666:12, 2666:13, 2666:14
**moments** [1] - 2559:6
**Monday** [1] - 2537:17
**money** [9] - 2593:8, 2601:9, 2603:8, 2603:11, 2603:13, 2603:18, 2689:15, 2694:2, 2694:14
**Montgomery** [1] - 2529:21
**month** [16] - 2542:4, 2542:12, 2542:13, 2543:2, 2543:21, 2562:4, 2574:20, 2574:22, 2574:24, 2593:12, 2593:13, 2595:5, 2639:23, 2669:2, 2673:14,

2691:1
**monthly** [2] - 2593:9, 2639:22
**months** [13] - 2555:7, 2555:12, 2556:8, 2565:2, 2574:19, 2594:9, 2594:10, 2594:24, 2594:25, 2601:25, 2646:22, 2657:13, 2657:14
**mood** [2] - 2636:21, 2636:23
**MORGAN** [1] - 2528:24
**Moring** [1] - 2529:9
**morning** [40] - 2533:3, 2537:2, 2540:14, 2540:17, 2540:21, 2540:22, 2541:9, 2569:12, 2569:14, 2589:17, 2600:24, 2606:21, 2606:22, 2609:1, 2610:11, 2610:23, 2621:1, 2629:13, 2629:18, 2634:9, 2634:10, 2634:18, 2637:1, 2637:4, 2637:9, 2638:1, 2638:6, 2638:8, 2638:16, 2642:1, 2642:9, 2642:19, 2653:7, 2653:10, 2660:10, 2676:25, 2678:24, 2682:1
**mornings** [1] - 2583:4
**MORRIS** [1] - 2529:13
**most** [4] - 2630:23, 2630:24, 2667:8, 2667:9
**mostly** [1] - 2586:19
**mother** [3] - 2672:20, 2672:21, 2674:1
**motion** [1] - 2552:2
**move** [6] - 2576:23, 2603:21, 2607:10, 2680:2, 2690:13, 2695:10
**moved** [5] - 2607:11, 2628:23, 2670:14, 2672:15, 2689:23
**MR** [144] - 2533:5, 2533:8, 2533:15, 2533:18, 2533:23, 2534:24, 2535:4, 2535:16, 2535:22, 2536:11, 2536:23, 2536:24, 2537:2, 2537:5, 2537:19, 2537:22, 2539:5,

2539:7, 2539:11, 2539:16, 2539:20, 2539:21, 2540:1, 2540:10, 2540:20, 2547:21, 2547:22, 2548:3, 2548:4, 2548:8, 2548:9, 2548:14, 2548:15, 2551:19, 2551:22, 2551:25, 2552:7, 2552:11, 2552:13, 2552:15, 2552:17, 2552:19, 2553:15, 2553:16, 2553:25, 2554:1, 2554:15, 2554:17, 2556:11, 2556:13, 2556:23, 2556:25, 2558:4, 2558:5, 2558:6, 2558:8, 2558:11, 2559:17, 2559:21, 2559:25, 2560:4, 2560:9, 2560:14, 2568:19, 2568:23, 2569:7, 2570:2, 2570:4, 2570:7, 2570:18, 2576:13, 2576:15, 2576:16, 2576:17, 2579:4, 2579:9, 2579:14, 2587:23, 2587:25, 2588:2, 2589:2, 2612:23, 2612:25, 2613:5, 2613:7, 2613:11, 2613:22, 2614:2, 2614:8, 2614:13, 2614:18, 2614:19, 2614:24, 2615:1, 2615:4, 2615:7, 2615:11, 2615:15, 2615:19, 2615:24, 2616:2, 2616:9, 2616:10, 2616:15, 2616:18, 2617:13, 2617:16, 2617:19, 2617:22, 2617:23, 2618:6, 2618:10, 2618:12, 2618:16, 2618:20, 2619:8, 2619:10, 2620:25, 2621:4, 2621:25, 2622:12, 2622:16, 2622:18, 2622:21, 2623:2, 2623:5, 2623:11, 2624:5, 2624:15, 2625:16, 2638:10, 2648:20, 2653:7, 2653:9, 2671:18, 2671:21, 2672:12, 2672:14, 2675:24,

2692:1, 2692:2, 2692:15, 2692:20, 2692:21
**MS** [34] - 2538:4, 2538:8, 2538:17, 2538:20, 2538:24, 2589:5, 2589:16, 2611:24, 2614:5, 2614:10, 2614:20, 2615:12, 2615:14, 2615:25, 2616:16, 2617:21, 2618:5, 2618:22, 2619:1, 2619:9, 2619:12, 2620:20, 2621:6, 2621:19, 2621:22, 2624:20, 2625:20, 2638:12, 2638:15, 2648:23, 2648:25, 2653:5, 2671:16, 2692:12
**multiple** [2] - 2569:13, 2569:14
**Mumbia** [1] - 2691:15
**Muslims** [2] - 2572:17, 2572:18
**must** [11] - 2598:3, 2599:8, 2599:12, 2612:7, 2626:3, 2626:4, 2626:10, 2626:11, 2626:13, 2637:22, 2687:19

## N

**Nadu** [1] - 2599:18
**NAIR** [1] - 2529:20
**name** [30] - 2540:23, 2560:6, 2565:7, 2565:22, 2565:24, 2566:3, 2570:14, 2572:19, 2572:20, 2579:22, 2581:11, 2582:17, 2586:21, 2589:10, 2589:12, 2589:13, 2589:23, 2593:1, 2602:4, 2604:25, 2624:23, 2633:9, 2633:10, 2640:24, 2640:25, 2646:21, 2653:10, 2694:12
**names** [9] - 2565:12, 2565:15, 2566:1, 2581:8, 2581:13, 2581:22, 2581:25, 2582:3, 2597:7
**NAOMI** [1] - 2529:12
**national** [3] - 2569:22, 2570:10, 2630:23

**native** [2] - 2672:18, 2673:23
**nativity** [1] - 2562:2
**nature** [1] - 2578:3
**NE** [1] - 2529:15
**near** [2] - 2636:15, 2645:2
**nearly** [1] - 2585:16
**necessarily** [4] - 2545:4, 2547:20, 2549:17, 2554:25
**need** [20] - 2537:25, 2539:24, 2540:6, 2545:7, 2555:6, 2575:16, 2582:15, 2592:24, 2594:1, 2594:4, 2622:8, 2625:14, 2631:12, 2631:19, 2648:6, 2648:7, 2672:2, 2678:8, 2687:5
**needed** [5] - 2547:19, 2583:3, 2596:11, 2657:6, 2695:25
**needs** [5] - 2569:9, 2617:2, 2625:13, 2630:1, 2677:1
**never** [67] - 2551:2, 2556:7, 2563:16, 2573:17, 2575:4, 2575:6, 2602:16, 2603:12, 2606:18, 2624:23, 2634:4, 2635:12, 2641:17, 2642:1, 2642:3, 2642:25, 2644:7, 2645:21, 2653:4, 2659:13, 2659:18, 2659:19, 2660:23, 2664:4, 2665:22, 2669:1, 2669:5, 2671:4, 2673:15, 2676:10, 2677:22, 2680:9, 2680:10, 2680:16, 2680:19, 2680:20, 2680:21, 2681:5, 2681:11, 2681:12, 2681:16, 2681:18, 2681:22, 2681:23, 2681:24, 2682:4, 2682:6, 2682:11, 2682:12, 2682:19, 2682:21, 2683:1, 2683:5, 2683:16, 2683:21, 2683:22, 2684:6, 2684:8, 2684:21, 2685:25, 2686:5, 2694:12, 2694:14, 2694:18,

2694:24
**New** [10] - 2529:2, 2529:10, 2529:19, 2529:25, 2530:4, 2530:10, 2530:19, 2531:3, 2531:7, 2583:18
**NEW** [2] - 2528:3, 2533:1
**new** [11] - 2562:11, 2611:4, 2621:10, 2668:21, 2668:24, 2669:6, 2669:7, 2669:18, 2670:14, 2670:16, 2691:7
**news** [3] - 2537:18, 2569:22, 2570:10
**newspaper** [2] - 2569:20, 2581:25
**newspapers** [1] - 2597:22
**next** [32] - 2536:14, 2539:13, 2559:20, 2579:4, 2584:4, 2586:6, 2589:4, 2589:5, 2593:17, 2594:13, 2594:15, 2595:7, 2595:8, 2597:15, 2600:24, 2605:8, 2605:9, 2605:20, 2605:21, 2606:21, 2606:22, 2608:21, 2609:6, 2609:24, 2610:3, 2618:3, 2634:7, 2646:6, 2666:21, 2668:3
**nice** [1] - 2648:2
**nickel** [1] - 2542:8
**night** [21] - 2537:7, 2569:16, 2581:15, 2585:2, 2586:6, 2604:17, 2604:19, 2605:13, 2606:5, 2606:9, 2606:13, 2606:19, 2608:21, 2608:23, 2629:5, 2629:6, 2629:8, 2629:9, 2629:10, 2667:22, 2672:4
**nights** [1] - 2672:6
**nine** [1] - 2572:13
**ninety** [1] - 2572:13
**ninety-nine** [1] - 2572:13
**no-mama** [2] - 2542:17, 2542:22
**nobody** [6] - 2552:23, 2553:3, 2553:6, 2684:17, 2685:22,

2690:13
**non** [3] - 2584:18, 2680:9
**non-Hindi** [1] - 2584:18
**non-Indian** [1] - 2680:9
**non-Malayalam** [1] - 2584:18
**none** [5] - 2615:4, 2615:11, 2615:24, 2636:25, 2668:9
**normal** [2] - 2623:15, 2634:14, 2695:8
**note** [1] - 2535:17
**nothing** [15] - 2539:7, 2542:22, 2548:12, 2558:4, 2572:23, 2634:22, 2638:9, 2659:18, 2678:8, 2681:19, 2683:21, 2683:22, 2685:8, 2691:12, 2694:25
**notice** [1] - 2557:17
**notified** [1] - 2644:19
**notify** [1] - 2558:22
**November** [10] - 2557:1, 2557:22, 2603:23, 2603:24, 2604:14, 2604:15, 2666:2, 2669:3, 2669:4, 2690:22
**nowhere** [2] - 2689:9, 2689:12
**number** [7] - 2563:18, 2581:17, 2605:24, 2651:17, 2651:20, 2666:6
**numbers** [1] - 2613:17
**nursery** [1] - 2630:10
**NY** [4] - 2529:10, 2529:25, 2530:4, 2530:7

## O

**o'clock** [6] - 2604:18, 2610:24, 2638:1, 2677:16, 2678:24, 2679:2
**oath** [1] - 2540:18
**objected** [3] - 2619:3, 2619:4, 2624:6
**objected-to** [1] - 2619:4
**objection** [17] - 2536:25, 2538:12, 2551:19, 2552:17, 2614:16, 2614:18, 2614:19, 2614:20,

2615:13, 2616:8, 2616:10, 2617:20, 2625:10, 2638:10, 2638:11, 2671:16, 2692:12

**objections** [2] - 2618:1, 2643:21

**objects** [3] - 2535:15, 2629:23, 2662:8

**obligated** [1] - 2573:13

**obligation** [1] - 2573:3

**observation** [1] - 2674:11

**observed** [1] - 2557:18

**obstacle** [1] - 2671:23

**obvious** [1] - 2563:22

**obviously** [2] - 2535:19, 2623:22

**occasion** [1] - 2572:10

**occasions** [2] - 2569:5, 2572:14

**occupied** [1] - 2555:15

**occur** [1] - 2574:19

**occurred** [6] - 2546:3, 2585:10, 2622:22, 2623:3, 2624:10, 2624:12

**October** [3] - 2553:11, 2553:18, 2554:3

**OF** [2] - 2528:2, 2528:23

**off-sleeves** [1] - 2650:13

**offensive** [2] - 2683:3, 2683:7

**offer** [2] - 2538:10, 2616:4

**offered** [1] - 2569:6

**office** [6] - 2533:9, 2557:16, 2583:18, 2583:19, 2600:2, 2602:2

**Office** [1] - 2531:6

**Official** [1] - 2696:6

**official** [1] - 2566:8

**OFFICIAL** [1] - 2529:1

**often** [3] - 2633:2, 2633:3, 2639:21

**old** [2] - 2577:15, 2590:2

**omitted** [1] - 2576:14

**once** [7] - 2548:11, 2574:22, 2574:24, 2580:24, 2584:19, 2604:22, 2635:19

**One** [1] - 2530:18

**one** [127] - 2534:15, 2538:24, 2540:2, 2540:23, 2541:17, 2542:7, 2546:17, 2551:16, 2559:25, 2560:1, 2564:9, 2566:24, 2566:25, 2567:1, 2568:13, 2569:5, 2571:13, 2571:25, 2572:1, 2572:10, 2572:14, 2572:15, 2578:25, 2581:9, 2581:15, 2581:24, 2582:25, 2584:25, 2585:11, 2585:13, 2585:20, 2587:18, 2590:3, 2592:10, 2596:15, 2597:8, 2597:10, 2598:8, 2598:12, 2599:4, 2600:12, 2604:22, 2607:18, 2607:19, 2608:6, 2608:10, 2609:24, 2610:7, 2610:14, 2613:5, 2614:1, 2614:4, 2614:8, 2614:9, 2614:14, 2616:4, 2616:5, 2617:4, 2617:16, 2619:8, 2619:18, 2619:20, 2620:8, 2620:17, 2622:5, 2624:6, 2624:7, 2625:25, 2626:4, 2627:12, 2629:6, 2631:25, 2632:19, 2635:2, 2635:16, 2635:18, 2636:17, 2636:25, 2637:4, 2637:5, 2637:7, 2638:9, 2639:4, 2640:23, 2643:21, 2644:10, 2648:13, 2648:19, 2650:6, 2650:8, 2652:8, 2652:15, 2652:22, 2656:14, 2657:1, 2657:25, 2660:22, 2662:9, 2666:22, 2666:25, 2668:2, 2668:19, 2670:2, 2670:22, 2673:11, 2675:2, 2675:13, 2676:22, 2679:11, 2679:13, 2679:16, 2680:13, 2681:3, 2681:8, 2683:23, 2684:12, 2694:4

**one-by-one** [1] - 2684:12

**one-on-one** [2] - 2564:9, 2626:4

**ones** [9] - 2584:15, 2585:1, 2613:8, 2613:10, 2613:11, 2613:13, 2613:17, 2614:5, 2623:17

**online** [1] - 2600:9

**open** [5] - 2578:3, 2578:4, 2578:5, 2608:20, 2609:14

**opened** [2] - 2605:23, 2625:4

**opinion** [1] - 2585:21

**opportunities** [3] - 2597:21, 2597:25, 2655:6

**opportunity** [23] - 2541:6, 2592:20, 2594:23, 2595:7, 2595:17, 2596:12, 2596:21, 2597:24, 2598:16, 2602:11, 2602:14, 2603:9, 2603:10, 2655:19, 2656:7, 2656:12, 2656:17, 2656:22, 2657:15, 2657:16, 2659:4, 2661:11, 2661:23

**OPPORTUNITY** [1] - 2528:10

**opposed** [2] - 2541:20, 2564:9

**oral** [1] - 2540:7

**ordained** [2] - 2561:4, 2561:20

**order** [6] - 2534:1, 2550:12, 2596:6, 2621:15, 2658:24, 2660:13

**ordered** [2] - 2619:15, 2668:7

**ordering** [1] - 2668:25

**orders** [1] - 2617:11

**ordinary** [1] - 2684:1

**ordination** [1] - 2561:24

**organization** [1] - 2571:3

**orientation** [18] - 2609:6, 2609:9, 2609:18, 2610:5, 2610:24, 2611:1, 2611:7, 2611:8, 2611:12, 2611:16, 2611:19, 2625:22, 2625:23, 2626:20, 2626:25, 2627:2, 2666:23, 2669:11

**orientations** [1] - 2642:18

**original** [3] - 2622:4, 2622:7, 2669:10

**ORLEANS** [2] - 2528:3, 2533:1

**Orleans** [7] - 2529:2, 2529:19, 2530:10, 2530:19, 2531:3, 2531:7, 2583:18

**OSHA** [13] - 2541:19, 2543:3, 2543:14, 2543:19, 2545:11, 2545:15, 2545:19, 2545:23, 2546:4, 2546:8, 2546:10, 2546:12, 2546:14

**otherwise** [1] - 2662:11

**ourselves** [1] - 2626:14

**outside** [6] - 2604:8, 2635:7, 2635:16, 2635:20, 2636:4, 2694:18

**overruled** [1] - 2638:14

**overseas** [1] - 2668:9

**oversees** [1] - 2655:7

**overtime** [2] - 2593:11, 2595:4

**overweight** [1] - 2575:21

**Ovington** [1] - 2530:6

**own** [2] - 2624:1, 2640:17

**owner** [1] - 2664:6

## P

**pack** [3] - 2627:19, 2634:16, 2642:19

**packed** [2] - 2634:24, 2642:10

**packet** [2] - 2620:22, 2620:23

**Padavettiyil** [2] - 2566:2, 2582:21

**page** [8] - 2555:5, 2556:12, 2568:16, 2568:17, 2570:3, 2587:22, 2587:25, 2605:2

**paid** [22] - 2541:25, 2547:9, 2563:6, 2571:4, 2573:24, 2587:21, 2588:17, 2592:18, 2601:10, 2601:15, 2653:19, 2654:1, 2654:17,

2654:25, 2655:6, 2660:13, 2661:9, 2676:21, 2676:23, 2677:22, 2694:6

**Palanyandi** [1] - 2565:25

**pants** [1] - 2610:14

**paper** [5] - 2597:11, 2597:12, 2597:13, 2597:15

**paperwork** [7] - 2600:7, 2600:21, 2609:3, 2609:16, 2609:17, 2609:19, 2660:14

**paragraph** [9] - 2553:23, 2553:24, 2554:2, 2554:13, 2554:16, 2556:4, 2556:19, 2556:22, 2557:15

**paragraphs** [1] - 2554:13

**Parathara** [1] - 2586:25

**Pardon** [1] - 2558:9

**parents** [1] - 2605:5

**parish** [7] - 2562:1, 2562:12, 2562:20, 2562:21, 2563:16, 2563:17

**parishioner** [1] - 2579:5

**parishioners** [1] - 2563:13

**parked** [1] - 2636:14

**part** [16] - 2546:3, 2553:22, 2555:12, 2556:21, 2565:3, 2568:21, 2573:3, 2573:6, 2590:6, 2590:7, 2613:18, 2632:10, 2640:13, 2672:7, 2672:15, 2691:10

**partially** [1] - 2555:17

**participate** [1] - 2560:22

**particular** [7] - 2536:11, 2553:1, 2599:24, 2622:2, 2628:11, 2652:23, 2678:2

**parties** [1] - 2578:2

**partner** [1] - 2600:6

**party** [1] - 2692:5

**Pascagoula** [6] - 2548:20, 2560:5, 2579:5, 2604:11, 2635:19, 2652:21

**pass** [3] - 2597:17, 2678:12, 2678:19
**passage** [1] - 2576:13
**passed** [1] - 2694:25
**passports** [2] - 2576:22, 2677:15
**past** [1] - 2597:25
**pastor** [5] - 2560:4, 2562:8, 2562:9, 2562:10, 2571:6
**Pat** [2] - 2540:16, 2615:18
**patch** [1] - 2545:13
**patched** [1] - 2545:10
**path** [1] - 2566:17
**PATRICIA** [1] - 2530:20
**Patricia** [1] - 2530:21
**Patrick's** [2] - 2560:17, 2561:15
**pay** [29] - 2592:15, 2592:17, 2593:22, 2593:24, 2594:21, 2595:13, 2595:15, 2603:3, 2603:8, 2603:18, 2610:16, 2628:16, 2632:6, 2633:11, 2654:7, 2654:10, 2660:24, 2662:18, 2662:20, 2662:21, 2663:24, 2670:19, 2670:23, 2670:24, 2671:4, 2671:9, 2692:25, 2693:11, 2693:18
**paying** [5] - 2588:24, 2601:13, 2660:6, 2688:3, 2693:12
**payments** [1] - 2603:15
**payroll** [1] - 2542:20
**Peachtree** [1] - 2529:15
**people** [86] - 2549:11, 2549:18, 2549:21, 2549:23, 2556:4, 2573:11, 2584:7, 2586:2, 2588:8, 2588:13, 2600:19, 2600:21, 2606:1, 2606:4, 2606:6, 2606:10, 2606:16, 2606:24, 2607:10, 2608:4, 2609:12, 2609:14, 2609:15, 2609:24, 2611:11, 2611:14, 2612:21, 2625:6, 2627:13, 2628:21, 2629:21, 2629:24, 2630:17,

2630:18, 2630:23, 2630:24, 2630:25, 2633:4, 2634:18, 2635:10, 2636:20, 2640:18, 2640:19, 2641:3, 2647:24, 2658:21, 2660:11, 2664:5, 2666:5, 2666:6, 2666:8, 2666:18, 2666:22, 2667:1, 2667:2, 2667:3, 2667:5, 2667:7, 2667:8, 2667:10, 2667:20, 2668:2, 2668:11, 2668:13, 2670:2, 2670:24, 2671:1, 2673:14, 2674:4, 2675:3, 2677:18, 2677:20, 2679:3, 2680:11, 2681:25, 2682:5, 2682:18, 2684:10, 2684:11, 2687:2, 2688:11, 2690:13, 2690:16, 2691:14
**per** [5] - 2593:12, 2601:23, 2687:25, 2689:13, 2689:20
**percent** [4] - 2572:14, 2626:4, 2626:12, 2626:14
**perfect** [3] - 2539:20, 2629:23, 2631:14
**perhaps** [4] - 2534:6, 2534:20, 2574:17, 2672:13
**period** [4] - 2622:11, 2623:14, 2624:4, 2691:1
**permission** [1] - 2553:9
**person** [16] - 2534:25, 2539:11, 2559:4, 2604:23, 2618:14, 2629:5, 2629:16, 2631:15, 2639:6, 2639:7, 2640:13, 2640:23, 2647:6, 2672:4, 2679:11, 2679:13
**personal** [4] - 2587:20, 2588:16, 2624:1, 2625:2
**personally** [4] - 2622:17, 2623:19, 2632:14, 2692:4
**personnel** [5] - 2609:1, 2609:4, 2609:6, 2651:17,

2651:19
**Peter** [1] - 2587:2
**Philip** [1] - 2587:16
**phone** [5] - 2581:17, 2586:19, 2599:5, 2605:5, 2637:21
**photo** [10] - 2620:9, 2621:19, 2648:17, 2648:21, 2649:1, 2649:4, 2649:14, 2650:2, 2650:3
**photograph** [3] - 2536:15, 2648:16, 2649:16
**photographs** [12] - 2533:6, 2533:13, 2533:16, 2533:17, 2533:21, 2533:23, 2535:14, 2536:9, 2621:25, 2622:10, 2623:16, 2623:21
**photos** [12] - 2613:14, 2619:13, 2619:15, 2619:22, 2619:25, 2620:2, 2620:12, 2621:7, 2621:13, 2622:3, 2622:4, 2622:23
**physical** [6] - 2533:8, 2533:13, 2535:4, 2536:7, 2536:15, 2576:21
**pick** [4] - 2568:11, 2569:3, 2641:14
**picked** [3] - 2581:7, 2584:19, 2584:20
**picnic** [9] - 2608:19, 2634:19, 2636:21, 2637:10, 2647:11, 2647:12, 2647:15, 2649:7, 2650:5
**picture** [8] - 2547:25, 2548:5, 2551:16, 2649:6, 2649:7, 2649:18, 2650:4, 2690:18
**pictures** [5] - 2547:23, 2551:17, 2618:25, 2621:17, 2623:7
**piece** [2] - 2575:25, 2576:2
**pieces** [1] - 2667:25
**Pindakadavil** [1] - 2587:16
**pipe** [3] - 2597:10, 2693:10, 2693:18
**place** [9] - 2544:20, 2570:1, 2570:20, 2570:22, 2571:13, 2576:7, 2584:2,

2588:19, 2606:10
**plaintiff** [5] - 2535:25, 2617:2, 2618:14, 2620:9
**Plaintiff** [2] - 2528:12, 2528:17
**plaintiffs** [19] - 2539:3, 2539:24, 2540:24, 2552:1, 2612:25, 2615:9, 2618:23, 2619:19, 2619:21, 2620:6, 2623:22, 2623:25, 2624:21, 2624:24, 2624:25, 2625:3, 2625:7, 2625:9, 2653:11
**Plaintiffs** [3] - 2528:5, 2529:7, 2529:12
**plaintiffs'** [2] - 2558:12, 2559:6
**plane** [2] - 2688:23, 2689:1
**planning** [1] - 2607:2
**plans** [2] - 2551:9, 2671:25
**plant** [1] - 2583:6
**play** [9] - 2647:24, 2648:1, 2648:2, 2648:5, 2648:9, 2648:12, 2648:15, 2691:5
**played** [2] - 2649:7, 2691:2
**playing** [6] - 2649:11, 2649:12, 2649:19, 2649:25, 2690:19
**pleading** [1] - 2635:9
**pleasantries** [1] - 2577:23
**pleased** [1] - 2537:20
**plus** [4] - 2593:10, 2595:4, 2629:9, 2672:1
**pocketed** [1] - 2694:1
**podium** [1] - 2559:23
**point** [6] - 2563:8, 2616:25, 2623:24, 2659:6, 2659:9, 2695:15
**POL** [1] - 2531:9
**Pol** [5] - 2582:19, 2664:13, 2665:2, 2665:11, 2665:18
**pole** [1] - 2664:16
**police** [4] - 2636:13, 2636:14, 2636:16, 2636:17
**PONNAYAN** [1] - 2528:16
**pooping** [1] - 2682:5

**port** [4] - 2557:2, 2557:5, 2558:13, 2558:14
**Port** [1] - 2557:2
**position** [19] - 2591:21, 2593:3, 2594:6, 2595:1, 2595:19, 2597:3, 2621:10, 2621:12, 2625:1, 2627:18, 2656:16, 2670:11, 2670:14, 2670:16, 2671:12, 2671:23, 2671:24, 2689:4
**possibilities** [1] - 2663:6
**possibility** [1] - 2543:24
**possible** [5] - 2558:19, 2558:24, 2559:10, 2618:10, 2640:5
**possibly** [2] - 2572:5, 2573:2
**post** [2] - 2619:16, 2678:22
**post-lawsuit** [1] - 2619:16
**Poverty** [8] - 2529:14, 2529:17, 2529:20, 2583:11, 2584:7, 2586:10, 2586:16, 2588:7
**Poydras** [2] - 2529:2, 2530:18
**pray** [1] - 2608:12
**pre** [3] - 2555:8, 2556:9, 2562:12
**pre-existing** [1] - 2562:12
**pre-housing** [1] - 2556:9
**pre-temporary** [1] - 2555:8
**preference** [2] - 2545:21, 2545:25
**preferred** [3] - 2673:16, 2673:18, 2673:19
**prejudicial** [1] - 2552:6
**preparation** [1] - 2550:21
**prepare** [5] - 2550:2, 2632:10, 2632:14, 2632:18, 2632:24
**prepared** [3] - 2612:22, 2660:19, 2661:8
**preparing** [1] - 2660:2

present [5] - 2535:12, 2551:24, 2552:10, 2572:23, 2645:5
presented [1] - 2612:13
presently [1] - 2591:17
pressure [2] - 2602:11, 2602:14
presume [1] - 2564:19
presumed [1] - 2569:17
presuming [3] - 2566:20, 2570:1, 2571:13
pretty [3] - 2567:9, 2677:5, 2683:2
prevent [4] - 2546:4, 2546:8, 2546:10, 2546:12
prevented [1] - 2643:19
previous [1] - 2655:6
previously [3] - 2617:18, 2619:14, 2620:19
price [9] - 2661:25, 2662:11, 2663:3, 2663:4, 2663:10, 2663:16, 2663:23, 2664:8, 2676:23
priest [1] - 2562:8
printed [1] - 2618:18
priority [1] - 2629:17
private [1] - 2578:13
privy [3] - 2573:10, 2574:14, 2575:11
problem [22] - 2553:4, 2553:6, 2585:23, 2589:19, 2606:16, 2611:15, 2628:8, 2628:9, 2631:16, 2631:25, 2632:4, 2640:4, 2640:14, 2641:1, 2642:2, 2647:2, 2647:3, 2647:5, 2653:14, 2656:25, 2657:2, 2678:10
problems [9] - 2567:18, 2578:10, 2631:2, 2631:12, 2633:4, 2642:1, 2647:8, 2677:15, 2687:6
PROCEEDINGS [2] - 2528:23, 2532:1
Proceedings [3] - 2529:5, 2625:17, 2696:1

process [15] - 2534:22, 2596:16, 2597:5, 2597:23, 2597:24, 2599:13, 2601:4, 2601:13, 2602:17, 2650:17, 2650:18, 2651:4, 2662:15, 2662:16, 2665:11
processing [2] - 2611:9, 2650:24
produced [2] - 2533:17, 2535:15
professional [1] - 2573:9
program [19] - 2541:24, 2541:25, 2542:6, 2542:25, 2561:16, 2596:16, 2598:25, 2629:11, 2638:24, 2639:5, 2639:8, 2642:5, 2650:22, 2650:24, 2652:2, 2671:8, 2685:4, 2685:16, 2690:6
Program [1] - 2529:23
programs [2] - 2585:21, 2585:24
progress [1] - 2607:5
Project [1] - 2529:14
projecting [2] - 2575:8, 2575:9
projects [1] - 2674:14
promise [1] - 2574:15
promised [1] - 2566:20
promises [1] - 2574:12
properly [1] - 2684:13
properties [1] - 2563:15
proposes [2] - 2554:3, 2554:18
proposing [1] - 2554:9
protocol [1] - 2545:5
provide [3] - 2557:16, 2612:7, 2612:16
provided [6] - 2568:10, 2569:2, 2575:17, 2578:14, 2623:17, 2641:4
providing [1] - 2610:17
proximity [1] - 2572:1
public [2] - 2578:4, 2682:5
published [1] - 2648:21

Pulikkeparmabil [1] - 2587:18
pull [5] - 2547:21, 2552:11, 2553:15, 2556:11, 2692:1
pulled [1] - 2616:6
Punakkattu [1] - 2586:23
punitive [1] - 2617:1
purchased [1] - 2621:10
purely [1] - 2565:3
purpose [4] - 2546:2, 2546:3, 2573:8, 2573:9
purposely [2] - 2571:4, 2575:12
purposes [2] - 2564:21, 2564:23
pursue [1] - 2656:7
put [8] - 2586:10, 2616:3, 2618:24, 2619:11, 2636:10, 2642:15, 2642:25, 2684:10
Puthiyaparampiltho mas [1] - 2587:6
putting [3] - 2629:19, 2632:13, 2635:17

## Q

Quality [6] - 2551:3, 2553:9, 2553:19, 2556:8, 2557:6, 2557:8
quarantine [2] - 2546:25, 2558:19
quarters [3] - 2547:14, 2567:2, 2569:6
questioned [1] - 2571:17
questions [15] - 2558:5, 2558:6, 2559:17, 2564:13, 2564:16, 2564:17, 2571:6, 2597:13, 2601:7, 2602:2, 2625:6, 2641:6, 2651:15, 2684:11, 2684:12
quicker/easier [1] - 2694:8
quiet [1] - 2684:6
quit [3] - 2657:22, 2658:1, 2658:5
quote [6] - 2546:10, 2661:25, 2682:18, 2684:4, 2692:23, 2693:23

quote-unquote [1] - 2546:10
quotes [2] - 2693:24, 2694:2

## R

R-A-M-E-S-H [1] - 2589:13
RABBANI [19] - 2530:14, 2533:5, 2533:8, 2533:15, 2533:18, 2533:23, 2534:24, 2535:22, 2536:11, 2536:24, 2540:10, 2551:19, 2551:22, 2551:25, 2552:17, 2558:8, 2558:11, 2559:17, 2615:1
Rabbani [1] - 2533:3
raffle [2] - 2650:5, 2650:6
raise [7] - 2624:22, 2628:14, 2628:17, 2628:19, 2628:23, 2670:23
raised [1] - 2624:24
raises [3] - 2628:21, 2628:24, 2628:25
raising [1] - 2670:24
Ramesh [15] - 2565:10, 2582:6, 2589:5, 2589:11, 2589:17, 2589:21, 2625:21, 2637:11, 2653:13, 2653:15, 2676:15, 2686:2, 2686:7, 2692:3, 2692:22
RAMESH [2] - 2532:6, 2589:7
Ramesh's [2] - 2692:23, 2694:4
ran [2] - 2584:8, 2635:5
random [4] - 2643:6, 2644:11, 2644:17, 2644:25
range [1] - 2664:8
RAO [1] - 2531:12
rate [6] - 2537:15, 2541:25, 2542:7, 2601:19, 2628:15, 2676:23
rates [1] - 2655:13
Rather [4] - 2570:15, 2570:19, 2571:2, 2575:25
ray [1] - 2541:21

reach [1] - 2612:11
reached [5] - 2604:22, 2635:20, 2636:1, 2636:12, 2675:19
Read [4] - 2532:4, 2532:5, 2560:13, 2579:12
read [12] - 2546:20, 2554:5, 2554:20, 2555:10, 2557:19, 2559:25, 2570:4, 2609:21, 2667:3, 2675:3, 2675:16, 2693:19
reader [2] - 2559:24, 2579:8
READER [8] - 2560:8, 2568:14, 2568:17, 2569:1, 2570:3, 2570:6, 2570:17, 2587:22
reading [8] - 2566:19, 2568:14, 2568:24, 2569:8, 2569:20, 2579:4, 2609:23, 2609:25
reads [4] - 2555:5, 2557:16, 2674:10, 2674:14
ready [9] - 2539:18, 2540:12, 2610:11, 2610:23, 2611:18, 2627:3, 2634:12, 2634:25, 2646:5
realize [2] - 2606:18, 2659:6
really [6] - 2537:10, 2545:6, 2550:22, 2603:12, 2617:8, 2669:5
reason [6] - 2564:5, 2576:11, 2577:9, 2598:18, 2657:13, 2661:8
reasons [1] - 2535:20
receive [4] - 2545:23, 2610:13, 2692:14, 2692:15
received [3] - 2543:18, 2545:22, 2651:7
Recess [1] - 2625:17
recess [1] - 2696:1
recognize [8] - 2548:16, 2553:20, 2582:17, 2648:17, 2649:3, 2649:4, 2649:15, 2650:3
recollection [5] - 2571:1, 2692:4, 2693:2, 2693:20,

2694:9
**reconstructed** [1] - 2563:11
**record** [9] - 2541:15, 2560:7, 2576:11, 2576:12, 2577:9, 2577:10, 2589:10, 2617:15, 2648:24
**Record** [4] - 2532:4, 2532:5, 2560:13, 2579:13
**recordable** [5] - 2543:3, 2545:12, 2545:15, 2546:8, 2546:10
**recordables** [1] - 2546:12
**Recorded** [1] - 2529:5
**recruit** [1] - 2691:7
**recruiter** [3] - 2691:24, 2693:9, 2693:14
**recruiting** [2] - 2693:4, 2694:18
**recruitment** [7] - 2661:14, 2661:18, 2663:11, 2663:16, 2691:10, 2691:12, 2691:21
**recruits** [1] - 2694:16
**rectory** [3] - 2562:24, 2563:1, 2563:8
**redirect** [1] - 2558:8
**REDIRECT** [1] - 2558:10
**reduce** [1] - 2663:16
**reduction** [2] - 2663:19, 2663:25
**refectory** [1] - 2566:24
**refer** [4] - 2542:19, 2651:17, 2651:19, 2662:8
**referred** [2] - 2662:3, 2692:16
**referring** [3] - 2552:3, 2620:18, 2681:13
**refers** [1] - 2576:2
**refresh** [2] - 2692:4, 2693:2
**refreshes** [1] - 2693:20
**refreshing** [1] - 2694:9
**refurbished** [2] - 2563:9, 2563:11
**refuse** [1] - 2641:15
**refused** [3] - 2637:6, 2637:7, 2641:18
**regard** [1] - 2573:10
**regarding** [2] - 2558:13, 2678:18
**regards** [1] - 2569:10

**Reggie** [3] - 2633:8, 2633:10, 2633:20
**register** [1] - 2565:13
**regretting** [1] - 2566:11
**regular** [3] - 2542:21, 2632:1, 2632:8
**regulations** [3] - 2609:11, 2626:2, 2645:14
**relate** [1] - 2534:13
**RELATED** [2] - 2528:9, 2528:15
**relax** [4] - 2606:8, 2606:20, 2608:24, 2609:4
**relay** [1] - 2534:1
**released** [2] - 2537:7, 2537:8
**relevant** [2] - 2624:14, 2625:9
**religious** [1] - 2568:4
**relocate** [1] - 2563:15
**remaining** [2] - 2690:5, 2690:9
**remains** [1] - 2624:11
**remedy** [1] - 2548:12
**remember** [32] - 2540:25, 2556:19, 2567:4, 2567:20, 2571:1, 2571:2, 2571:4, 2571:22, 2571:24, 2577:21, 2577:23, 2580:21, 2581:21, 2583:14, 2584:20, 2584:25, 2585:9, 2602:4, 2604:19, 2612:11, 2612:15, 2627:14, 2634:6, 2637:4, 2650:25, 2654:11, 2678:18, 2683:13, 2685:12, 2685:13, 2690:20
**remind** [3] - 2541:11, 2612:1, 2695:21
**removed** [2] - 2619:10, 2619:11
**rented** [1] - 2563:6
**rep** [4] - 2591:22, 2629:5, 2629:18, 2652:8
**repairs** [1] - 2619:24
**repatriate** [1] - 2624:11
**repeat** [4] - 2565:22, 2656:14, 2680:13, 2681:3
**rephrase** [1] - 2577:25
**replacement** [1] -

2622:5
**report** [1] - 2626:22
**reportable** [5] - 2543:14, 2543:19, 2545:19, 2545:24, 2546:4
**reportables** [4] - 2541:19, 2543:25, 2544:4, 2546:14
**reported** [1] - 2545:7
**Reporter** [1] - 2696:6
**REPORTER:SUSAN** [1] - 2529:1
**reports** [4] - 2691:18, 2691:20, 2692:5, 2693:3
**represent** [2] - 2624:17, 2653:11
**representation** [4] - 2573:9, 2649:10, 2649:24, 2650:10
**representative** [13] - 2627:25, 2628:1, 2628:3, 2629:8, 2629:9, 2629:12, 2632:11, 2639:8, 2639:16, 2670:17, 2670:18, 2671:12, 2672:1
**represented** [1] - 2536:17
**representing** [2] - 2569:23, 2570:11
**reps** [3] - 2628:5, 2628:6, 2629:14
**request** [3] - 2579:2, 2664:2, 2675:8
**requested** [4] - 2552:5, 2573:13, 2575:16, 2662:19
**required** [4] - 2545:14, 2545:18, 2665:9, 2677:8
**requirement** [1] - 2596:18
**reservation** [4] - 2681:14, 2681:15, 2681:16, 2681:17
**reservations** [1] - 2681:22
**resign** [1] - 2657:22
**resolve** [2] - 2553:3, 2553:6
**RESOURCES** [1] - 2531:8
**respect** [4] - 2618:1, 2622:2, 2624:11, 2625:11
**respective** [1] - 2624:9

**respirator** [2] - 2534:4, 2534:6
**respond** [3] - 2573:13, 2624:19, 2640:20
**responsibility** [2] - 2542:8, 2548:13
**rest** [14] - 2546:25, 2605:18, 2610:20, 2628:9, 2634:5, 2636:20, 2638:4, 2667:5, 2672:2, 2685:8, 2685:20, 2688:19, 2695:4, 2695:8
**restored** [2] - 2555:8, 2556:9
**result** [1] - 2676:5
**return** [3] - 2537:9, 2602:22, 2636:18
**returning** [2] - 2540:17, 2659:21
**review** [2] - 2541:6, 2621:12
**Rhonda** [11] - 2559:5, 2618:2, 2622:3, 2622:16, 2646:23, 2647:1, 2692:10, 2692:11, 2692:22, 2693:22, 2694:22
**ride** [3] - 2568:12, 2569:4, 2581:5
**rig** [3] - 2628:6, 2629:14
**Rights** [1] - 2529:23
**rigs** [1] - 2629:22
**ring** [1] - 2565:16
**rings** [4] - 2565:24, 2566:3, 2566:5, 2582:24
**RMR** [1] - 2529:1
**Road** [1] - 2530:22
**rods** [1] - 2542:23
**Ron** [3] - 2555:17, 2555:20, 2686:12
**room** [34] - 2558:24, 2558:25, 2566:24, 2567:11, 2582:1, 2600:20, 2605:2, 2605:3, 2605:17, 2608:9, 2608:10, 2608:13, 2635:22, 2635:24, 2636:5, 2644:24, 2645:24, 2646:4, 2668:10, 2668:11, 2669:14, 2669:15, 2669:17, 2669:18, 2669:20, 2669:23, 2669:24, 2670:2, 2670:4, 2670:5

**rooms** [3] - 2608:3, 2669:16
**Rosenbaum** [1] - 2583:16
**rough** [1] - 2666:17
**roughly** [10] - 2574:18, 2593:11, 2601:19, 2653:21, 2654:20, 2655:9, 2655:10, 2655:11, 2657:14, 2690:1
**rounds** [1] - 2629:22
**routine** [3] - 2573:15, 2623:12, 2634:14
**Roux** [3] - 2540:6, 2540:10, 2622:9
**ROUX** [42] - 2530:15, 2559:21, 2559:25, 2560:4, 2560:9, 2560:14, 2568:19, 2568:23, 2569:7, 2570:2, 2570:4, 2570:7, 2570:18, 2576:15, 2576:17, 2579:4, 2579:9, 2579:14, 2587:23, 2587:25, 2588:2, 2589:2, 2618:6, 2618:10, 2618:12, 2618:20, 2619:8, 2619:10, 2620:25, 2621:4, 2621:25, 2622:12, 2622:16, 2622:18, 2622:21, 2623:2, 2623:5, 2623:11, 2624:5, 2624:15, 2625:16
**rows** [1] - 2667:4
**Roy** [1] - 2586:23
**rule** [2] - 2645:9, 2645:11
**ruled** [4] - 2551:25, 2620:16, 2620:19, 2621:8
**rules** [3] - 2609:10, 2626:2, 2645:14
**rumor** [2] - 2555:13, 2692:23
**run** [1] - 2535:7
**running** [2] - 2558:17, 2588:13
**rupees** [24] - 2592:19, 2593:25, 2595:16, 2601:10, 2601:15, 2601:16, 2653:19, 2654:2, 2654:18, 2654:25, 2655:5, 2655:9, 2660:6, 2660:13, 2661:9,

2662:1, 2662:3, 2662:7, 2662:12, 2663:4, 2663:5, 2663:17
**Russell** [1] - 2553:18
**RYDBERG** [6] - 2530:15, 2537:2, 2537:5, 2537:19, 2537:22, 2539:21
**Rydberg** [1] - 2530:17

## S

**Sabural** [9] - 2565:4, 2565:6, 2581:23, 2635:3, 2635:7, 2635:9, 2635:21, 2638:19, 2679:14
**Sachin** [8] - 2596:14, 2596:16, 2596:21, 2598:25, 2599:25, 2600:11, 2659:25, 2663:13
**Sacred** [8] - 2560:4, 2562:3, 2562:11, 2577:11, 2577:12, 2579:5, 2580:14, 2588:19
**sad** [2] - 2636:21, 2636:23
**safe** [3] - 2548:1, 2548:6, 2548:10
**safely** [1] - 2605:6
**safety** [92] - 2533:9, 2534:9, 2534:14, 2534:24, 2535:1, 2535:11, 2535:17, 2535:22, 2535:25, 2536:3, 2536:10, 2536:11, 2541:14, 2541:24, 2541:25, 2542:11, 2542:13, 2542:25, 2543:1, 2543:2, 2543:6, 2543:8, 2543:9, 2543:11, 2543:13, 2543:15, 2543:16, 2543:21, 2544:4, 2544:7, 2546:15, 2547:13, 2547:25, 2552:24, 2591:22, 2610:10, 2610:14, 2610:24, 2611:1, 2611:2, 2611:4, 2611:9, 2611:13, 2611:16, 2611:19, 2625:22, 2625:23, 2626:2, 2626:6, 2626:9, 2626:10, 2626:12, 2626:19,

2626:23, 2626:25, 2627:2, 2627:21, 2627:22, 2627:25, 2628:1, 2628:3, 2628:5, 2628:6, 2628:14, 2628:24, 2629:2, 2629:4, 2629:8, 2629:9, 2629:12, 2629:14, 2629:18, 2632:10, 2632:11, 2632:20, 2634:25, 2652:8, 2670:11, 2670:16, 2670:17, 2670:18, 2671:12, 2671:24, 2671:25, 2672:1, 2672:15, 2673:16, 2674:23
**Safety** [2] - 2541:12, 2552:25
**Sahn** [1] - 2530:6
**Saket** [8] - 2572:19, 2572:20, 2572:21, 2576:2, 2577:19, 2584:6, 2584:8, 2584:16
**salaries** [2] - 2593:9, 2603:16
**salary** [4] - 2593:10, 2595:4, 2603:17, 2689:20
**Salekha** [1] - 2529:7
**sanctuary** [3] - 2570:23, 2571:9, 2579:2
**Sanders** [16] - 2538:11, 2539:4, 2539:9, 2605:1, 2606:15, 2606:22, 2608:25, 2617:14, 2624:16, 2667:23, 2668:3, 2668:5, 2668:17, 2668:20, 2668:23, 2669:5
**Sanders'** [2] - 2538:2, 2546:20
**Sandler** [1] - 2624:22
**SANDLER** [3] - 2529:8, 2617:16, 2617:19
**Sandler's** [1] - 2614:13
**Sang** [1] - 2582:19
**sanitary** [1] - 2687:24
**sanitation** [3] - 2687:12, 2687:13, 2687:18
**save** [3] - 2539:21, 2658:19, 2658:24
**saw** [16] - 2535:25,

2551:16, 2563:22, 2563:23, 2580:20, 2605:16, 2606:2, 2634:18, 2635:12, 2635:14, 2636:13, 2637:5, 2638:16, 2645:21, 2650:11, 2690:18
**scaffold** [3] - 2626:3, 2626:11
**scared** [1] - 2588:15
**scenario** [1] - 2543:23
**scenery** [1] - 2581:1
**schedule** [2] - 2632:8, 2677:18
**Schnoor** [7] - 2555:17, 2555:20, 2633:14, 2633:21, 2633:24, 2634:2, 2686:12
**school** [18] - 2560:25, 2561:1, 2561:2, 2561:7, 2561:9, 2562:22, 2581:7, 2584:4, 2590:10, 2590:12, 2590:16, 2590:19, 2590:22, 2590:23, 2591:2, 2630:10, 2630:11
**screen** [5] - 2577:20, 2616:3, 2648:18, 2649:2, 2690:18
**scroll** [1] - 2556:12
**search** [5] - 2643:2, 2643:8, 2644:11, 2644:25, 2645:5
**searched** [2] - 2643:5, 2644:10
**searching** [1] - 2644:8
**seat** [1] - 2612:21
**seated** [2] - 2540:14, 2589:9
**second** [12] - 2538:24, 2543:13, 2553:10, 2553:23, 2556:19, 2599:4, 2610:8, 2620:14, 2651:4, 2661:14, 2692:7, 2692:13
**secrecy** [2] - 2578:12, 2578:13
**secret** [1] - 2578:11
**Security** [2] - 2609:15, 2609:16
**security** [9] - 2643:2, 2643:5, 2643:25, 2644:3, 2644:5, 2644:8, 2645:17, 2645:18, 2645:20
**see** [37] - 2534:12,

2534:19, 2534:21, 2539:25, 2553:24, 2555:4, 2561:10, 2564:15, 2565:15, 2567:3, 2575:11, 2581:4, 2585:14, 2586:21, 2588:24, 2597:21, 2599:1, 2599:3, 2600:8, 2605:9, 2605:16, 2620:15, 2625:14, 2635:5, 2636:9, 2643:25, 2644:5, 2644:8, 2645:4, 2645:17, 2645:20, 2648:11, 2650:13, 2657:17, 2692:3, 2695:25
**seeing** [3] - 2534:7, 2564:9, 2577:21
**seek** [2] - 2577:4, 2656:17
**seeking** [1] - 2671:18
**seem** [2] - 2569:8, 2569:11
**select** [5] - 2639:6, 2639:14, 2639:15, 2659:8
**selected** [1] - 2594:15
**selection** [1] - 2691:17
**selections** [1] - 2596:19
**seminary** [2] - 2561:14, 2561:18
**send** [6] - 2628:5, 2628:11, 2630:3, 2636:10, 2644:22, 2678:11
**senior** [2] - 2555:19, 2684:24
**seniors** [1] - 2628:5
**sense** [3] - 2562:21, 2563:17, 2625:7
**sent** [4] - 2540:6, 2619:2, 2620:20, 2694:22
**sentence** [2] - 2568:22, 2568:24
**separate** [9] - 2547:17, 2606:12, 2607:3, 2607:24, 2608:5, 2608:9, 2608:10, 2608:15, 2608:16
**separated** [2] - 2542:20, 2608:15
**separately** [1] - 2669:16
**September** [2] -

2562:4, 2650:25
**series** [3] - 2618:25, 2619:13, 2619:25
**serious** [1] - 2620:1
**served** [2] - 2641:21, 2673:11
**Service** [1] - 2530:22
**services** [6] - 2564:18, 2566:9, 2566:10, 2568:4, 2568:12, 2569:3
**Session** [1] - 2528:8
**set** [3] - 2542:25, 2584:1, 2586:3
**setting** [2] - 2570:25, 2669:12
**seven** [4] - 2570:4, 2587:24, 2588:1, 2653:22
**seventeen** [2] - 2562:4, 2562:5
**several** [2] - 2563:12, 2581:21
**severe** [1] - 2544:24
**severely** [1] - 2563:17
**sewage** [2] - 2551:5, 2551:9
**shack** [1] - 2677:10
**Shaiju** [1] - 2587:4
**shake** [2] - 2681:25, 2682:1
**SHAPIRO** [9] - 2531:2, 2558:6, 2614:19, 2615:4, 2615:11, 2615:15, 2615:24, 2616:10, 2617:22
**Shapiro** [1] - 2531:2
**shared** [1] - 2687:7
**SHAT** [1] - 2600:5
**shed** [1] - 2636:15
**sheet** [1] - 2611:8
**Shell** [1] - 2530:18
**shift** [15] - 2569:15, 2569:16, 2606:11, 2606:12, 2606:13, 2629:4, 2629:5, 2629:7, 2629:8, 2629:9, 2620:10, 2636:25, 2672:4, 2676:25, 2677:14
**shifting** [1] - 2671:23
**shifts** [3] - 2606:9, 2672:4
**Ship** [1] - 2593:2
**ship** [4] - 2597:11, 2627:7, 2627:8, 2667:24
**shipyard** [6] - 2555:5, 2610:25, 2634:5, 2642:6, 2642:11,

2642:16
**shipyards** [1] -
2534:16
**shirt** [1] - 2650:13
**shirts** [1] - 2610:14
**shocked** [3] - 2635:4,
2635:12, 2638:21
**shoe** [1] - 2610:15
**short** [2] - 2554:15,
2558:8
**shorter** [1] - 2574:21
**shortly** [1] - 2669:1
**Shouse** [7] - 2535:18,
2539:17, 2614:3,
2614:11, 2614:14,
2614:23, 2615:2
**Shouse's** [1] -
2539:15
**show** [13] - 2534:21,
2535:13, 2535:19,
2547:23, 2608:23,
2644:2, 2644:4,
2648:16, 2648:18,
2649:1, 2649:2,
2649:14, 2650:2
**showed** [7] - 2553:22,
2556:15, 2558:12,
2576:4, 2588:22,
2649:2, 2690:19
**shower** [6] - 2550:5,
2634:11, 2641:24,
2641:25, 2642:3
**showers** [6] -
2607:20, 2607:21,
2607:23, 2607:24,
2608:7, 2687:18
**showing** [3] - 2551:9,
2553:17, 2583:7
**shown** [3] - 2551:9,
2554:14, 2557:15
**shows** [1] - 2568:17
**shut** [3] - 2684:6,
2684:8, 2684:17
**sick** [4] - 2545:5,
2545:7, 2558:19,
2641:19
**sickness** [1] - 2546:22
**side** [10] - 2597:8,
2597:10, 2649:19,
2666:22, 2667:1,
2667:6, 2676:22,
2678:6, 2681:20
**Sidebar** [1] - 2552:10
**sidebar** [3] - 2551:20,
2551:22, 2551:24
**sides** [1] - 2610:4
**Sig** [3] - 2613:19,
2613:20
**Sig-E** [3] - 2613:19,
2613:20

**sign** [19] - 2533:9,
2534:9, 2534:12,
2535:9, 2535:11,
2536:3, 2536:4,
2536:6, 2536:7,
2536:11, 2536:16,
2609:17, 2609:19,
2645:13, 2674:23,
2675:8, 2676:5,
2678:22
**SIGNAL** [3] - 2528:7,
2528:14, 2528:19
**Signal** [191] - 2530:13,
2534:15, 2535:2,
2535:6, 2538:3,
2538:9, 2541:10,
2541:12, 2544:5,
2544:7, 2545:11,
2546:15, 2554:3,
2554:9, 2554:18,
2559:20, 2559:21,
2559:25, 2563:18,
2566:6, 2569:9,
2573:12, 2574:2,
2574:8, 2575:3,
2575:5, 2575:12,
2577:2, 2578:14,
2580:11, 2580:23,
2589:4, 2591:18,
2591:19, 2591:21,
2591:24, 2591:25,
2592:4, 2596:13,
2596:15, 2596:20,
2596:22, 2596:25,
2597:3, 2597:24,
2598:16, 2598:18,
2601:21, 2601:25,
2602:12, 2602:15,
2602:20, 2603:1,
2603:9, 2604:3,
2604:4, 2604:7,
2604:10, 2604:13,
2604:20, 2604:22,
2605:6, 2605:15,
2607:7, 2608:2,
2608:21, 2609:2,
2610:6, 2611:9,
2613:13, 2614:25,
2615:1, 2618:14,
2623:15, 2626:2,
2627:1, 2627:16,
2628:16, 2631:4,
2631:6, 2632:6,
2633:11, 2634:6,
2637:2, 2637:8,
2638:7, 2638:22,
2638:24, 2639:13,
2639:19, 2640:16,
2640:20, 2641:7,
2641:10, 2641:15,
2642:5, 2644:24,

2645:16, 2645:17,
2645:20, 2646:7,
2646:10, 2646:12,
2647:10, 2647:13,
2647:14, 2647:22,
2648:9, 2650:17,
2651:10, 2651:16,
2651:19, 2651:22,
2651:25, 2652:3,
2652:5, 2652:14,
2652:17, 2653:2,
2653:15, 2654:25,
2655:14, 2655:20,
2656:7, 2656:12,
2656:17, 2656:22,
2661:11, 2661:24,
2662:13, 2665:20,
2666:1, 2666:2,
2666:11, 2669:10,
2669:17, 2670:7,
2670:13, 2671:5,
2671:9, 2671:15,
2671:22, 2672:25,
2674:5, 2674:7,
2674:18, 2674:19,
2676:10, 2676:15,
2677:5, 2678:11,
2678:17, 2678:20,
2680:3, 2680:9,
2680:10, 2680:15,
2680:16, 2681:10,
2681:13, 2681:16,
2681:20, 2681:24,
2682:4, 2682:9,
2682:17, 2683:13,
2683:16, 2684:3,
2684:21, 2684:23,
2684:25, 2685:3,
2685:15, 2687:1,
2689:23, 2690:22,
2691:7, 2691:18,
2691:20, 2692:25,
2693:4, 2694:7,
2695:12, 2695:15
**Signal's** [15] -
2534:25, 2538:18,
2541:14, 2541:24,
2543:25, 2545:21,
2546:14, 2547:7,
2547:9, 2547:16,
2547:23, 2548:20,
2559:7, 2613:8,
2626:21
**Signals** [2] - 2627:6,
2652:2
**signed** [6] - 2536:5,
2557:7, 2557:9,
2609:22, 2609:25,
2645:13
**significant** [6] -
2563:1, 2563:2,

2619:23, 2663:19,
2663:25, 2669:7
**signs** [8] - 2534:13,
2536:10, 2632:10,
2632:12, 2632:13,
2632:14, 2632:18,
2632:24
**similar** [4] - 2552:20,
2590:15, 2622:5,
2622:24
**simple** [1] - 2685:10
**simply** [2] - 2535:11,
2671:18
**Singapore** [12] -
2591:11, 2592:8,
2592:12, 2592:18,
2592:24, 2593:2,
2593:9, 2593:10,
2593:12, 2593:15,
2653:18, 2689:14
**singing** [1] - 2647:25
**single** [2] - 2535:24,
2677:22
**sink** [2] - 2607:18,
2607:19
**sinks** [4] - 2607:17,
2607:18, 2607:22,
2607:25
**sit** [7] - 2605:3,
2608:20, 2611:6,
2635:18, 2684:6,
2684:8, 2684:17
**site** [4] - 2549:6,
2549:7, 2553:10,
2557:18
**sitting** [9] - 2588:25,
2609:24, 2610:3,
2636:2, 2636:21,
2637:9, 2667:4,
2677:9, 2677:23
**situation** [5] -
2534:19, 2564:20,
2572:24, 2573:19,
2685:19, 2685:22
**situations** [2] -
2631:4, 2631:7
**six** [9] - 2561:9,
2573:1, 2574:17,
2574:19, 2574:20,
2653:22, 2662:11,
2662:20, 2662:21
**six-month** [1] -
2574:20
**six-year** [1] - 2561:9
**sixteen** [1] - 2691:1
**size** [2] - 2534:17,
2549:9
**sizes** [1] - 2610:22
**skipped** [1] - 2570:2
**slaves** [2] - 2587:21,

2588:17
**sleep** [1] - 2549:23
**sleeping** [1] - 2567:1
**sleeves** [1] - 2650:13
**slept** [1] - 2644:9
**slow** [3] - 2538:7,
2672:10, 2675:23
**slower** [1] - 2672:13
**small** [1] - 2667:25
**smaller** [1] - 2585:5
**smell** [2] - 2614:4,
2682:19
**smelled** [2] - 2682:10,
2682:12
**smells** [1] - 2682:18
**Smith** [3] - 2557:11,
2557:12, 2557:13
**Snyder** [8] - 2677:9,
2677:16, 2677:23,
2678:1, 2678:4,
2692:9, 2692:23,
2693:23
**so-and-So** [1] -
2609:25
**soccer** [1] - 2662:9
**social** [1] - 2566:9
**Social** [2] - 2609:15,
2609:16
**socialize** [2] - 2572:4,
2572:9
**sofas** [9] - 2620:12,
2621:7, 2621:8,
2621:10, 2621:17,
2621:21, 2622:2,
2622:4, 2622:7
**SOFT** [1] - 2531:11
**solution** [4] - 2656:24,
2657:2, 2657:5,
2685:21
**solve** [3] - 2631:2,
2647:3, 2687:6
**solved** [2] - 2640:5,
2640:15
**someone** [25] -
2534:7, 2545:2,
2558:24, 2570:23,
2600:2, 2604:4,
2604:6, 2609:13,
2619:16, 2619:17,
2630:1, 2636:1,
2636:7, 2645:4,
2646:5, 2646:7,
2646:10, 2646:12,
2648:1, 2663:22,
2679:9, 2685:2,
2685:14, 2685:15,
2686:2
**sometimes** [5] -
2583:4, 2640:8,
2641:12, 2643:6,

2644:2
**somewhere** [2] - 2641:16, 2652:15
**son** [1] - 2694:6
**songs** [1] - 2647:25
**Soni** [5] - 2572:19, 2572:21, 2576:2, 2577:19, 2584:6
**Sony** [5] - 2565:21, 2565:23, 2565:24, 2582:14, 2588:23
**soon** [6] - 2537:16, 2537:21, 2610:5, 2626:19, 2626:25, 2640:5
**sorry** [25] - 2538:5, 2538:8, 2538:20, 2544:6, 2551:21, 2553:5, 2558:9, 2559:1, 2561:5, 2565:5, 2570:13, 2576:15, 2580:1, 2587:22, 2592:2, 2604:15, 2614:10, 2616:5, 2619:8, 2636:22, 2663:2, 2672:12, 2675:5, 2683:20, 2690:4
**sort** [1] - 2675:3
**sought** [1] - 2674:13
**sound** [3] - 2572:19, 2582:12, 2586:21
**sounds** [2] - 2581:24
**South** [1] - 2530:22
**southeast** [3] - 2590:7, 2640:12
**Southern** [8] - 2529:14, 2529:17, 2529:20, 2583:11, 2584:7, 2586:10, 2586:16, 2588:7
**space** [5] - 2607:3, 2626:8, 2626:16, 2667:20, 2668:2
**spaces** [3] - 2626:7, 2626:15, 2629:15
**Spanish** [2] - 2536:6, 2627:13
**speaker** [1] - 2673:24
**speakers** [1] - 2584:18
**speaking** [2] - 2603:6, 2630:21
**special** [8] - 2664:2, 2664:4, 2664:7, 2664:8, 2665:24, 2665:25, 2676:23
**specific** [5] - 2564:5, 2565:1, 2623:14, 2624:25
**specifically** [2] -

2623:23, 2654:14
**specifics** [1] - 2613:16
**specify** [1] - 2543:9
**speck** [1] - 2674:9
**speech** [1] - 2686:12
**spell** [2] - 2589:9, 2589:12
**spend** [2] - 2558:25, 2689:14
**spent** [4] - 2608:21, 2677:9, 2677:23, 2678:3
**spicy** [2] - 2640:18
**SPLC** [1] - 2529:12
**spoil** [1] - 2642:24
**spoiled** [1] - 2642:25
**spoken** [2] - 2572:21, 2685:11
**sponsor** [2] - 2695:13, 2695:16
**spot** [4] - 2642:21, 2644:3, 2677:6, 2677:7
**spots** [2] - 2636:21, 2678:2
**spring** [1] - 2647:10
**spy** [1] - 2653:2
**Square** [1] - 2530:18
**St** [4] - 2529:18, 2531:6, 2560:17, 2561:15
**stand** [4] - 2540:17, 2559:24, 2636:13, 2679:1
**standard** [1] - 2590:21
**standing** [6] - 2626:5, 2636:4, 2637:10, 2684:18, 2692:24, 2694:20
**start** [14] - 2541:9, 2568:24, 2599:13, 2602:21, 2609:2, 2628:8, 2628:10, 2629:14, 2629:19, 2629:21, 2632:3, 2638:24, 2641:3, 2665:10
**started** [15] - 2553:13, 2588:13, 2591:13, 2593:5, 2611:8, 2632:5, 2632:13, 2637:12, 2639:5, 2640:25, 2650:24, 2690:22
**starting** [3] - 2641:9, 2646:20, 2677:14
**startings** [2] - 2645:23, 2690:12
**starts** [2] - 2629:13, 2676:25

**state** [2] - 2589:9, 2599:18
**statement** [7] - 2638:13, 2657:9, 2657:10, 2660:16, 2660:19, 2682:24, 2684:16
**statements** [2] - 2554:24, 2555:1, 2680:11, 2680:17, 2680:22, 2681:6, 2694:11
**States** [10] - 2590:16, 2601:22, 2603:22, 2655:20, 2659:5, 2660:5, 2660:7, 2660:12, 2661:25
**STATES** [2] - 2528:1, 2528:25
**station** [14] - 2544:10, 2544:12, 2544:18, 2545:3, 2545:11, 2545:22, 2546:2, 2546:7, 2546:18, 2551:5, 2551:10, 2559:7, 2559:11, 2559:15
**stationed** [2] - 2561:24, 2562:15
**status** [3] - 2555:9, 2577:2, 2619:6
**stay** [9] - 2601:24, 2605:17, 2605:24, 2606:24, 2607:12, 2607:13, 2636:5, 2659:11, 2684:5
**stayed** [2] - 2562:24, 2636:6
**staying** [1] - 2601:21
**Stenography** [1] - 2529:5
**step** [3] - 2605:20, 2605:21, 2651:4
**STEPHEN** [1] - 2531:2
**Stephen** [1] - 2531:2
**Stevens** [1] - 2617:17
**STEWART** [10] - 2529:17, 2618:22, 2619:1, 2619:9, 2619:12, 2620:20, 2621:6, 2621:19, 2621:22, 2624:20
**Stewart** [1] - 2618:22
**stick** [1] - 2677:21
**stickers** [1] - 2621:1
**still** [8] - 2537:21, 2540:18, 2555:22, 2562:18, 2571:5, 2651:11, 2651:13, 2677:18

**stood** [2] - 2635:20, 2694:18
**stop** [2] - 2534:18, 2685:22
**stopped** [3] - 2585:14, 2636:3, 2693:25
**stops** [1] - 2568:18
**storm** [1] - 2563:14
**story** [1] - 2659:1
**straight** [5] - 2544:25, 2601:2, 2606:2, 2611:5, 2687:15
**straightening** [1] - 2623:10
**Street** [6] - 2529:2, 2529:15, 2529:24, 2530:3, 2530:18, 2531:3
**strictly** [1] - 2578:9
**stroke** [1] - 2537:11
**structural** [2] - 2627:7, 2627:8
**structure** [1] - 2597:14
**structured** [1] - 2542:6
**student** [1] - 2560:22
**studied** [2] - 2590:25, 2591:2
**stuff** [12] - 2542:24, 2605:1, 2608:11, 2611:9, 2626:18, 2640:10, 2646:15, 2647:25, 2648:7, 2648:12, 2648:14, 2677:15
**subject** [1] - 2561:11
**subjective** [1] - 2543:22
**subjects** [1] - 2630:12
**submit** [1] - 2619:4
**submitted** [2] - 2619:25, 2623:17
**substantially** [1] - 2622:23
**substantive** [2] - 2535:9, 2535:10
**sudden** [2] - 2634:21, 2648:13
**sue** [1] - 2685:15
**suffer** [1] - 2563:1
**suggest** [1] - 2554:9
**suing** [2] - 2684:25, 2685:8
**suitable** [1] - 2566:13
**Suite** [4] - 2529:18, 2530:7, 2530:19, 2530:22
**Sulekha** [3] - 2565:21, 2565:23, 2582:14
**sum** [1] - 2694:2

**summary** [2] - 2576:8, 2577:6
**Sunday** [4] - 2564:2, 2583:4, 2585:3, 2585:6
**supervisor** [2] - 2542:7, 2543:16
**supervisors** [2] - 2626:22, 2626:23
**supply** [1] - 2642:12
**suppose** [1] - 2578:12
**supposed** [3] - 2540:9, 2654:22, 2664:12
**supposedly** [1] - 2694:5
**SURIYOPAS** [1] - 2530:1
**surprised** [4] - 2570:22, 2571:8, 2578:14, 2578:16
**Susan** [2] - 2696:6, 2696:10
**SUSAN** [1] - 2696:9
**susan_zielie@laed. uscourts.gov** [1] - 2529:3
**SUSIE** [1] - 2528:24
**suspicion** [1] - 2617:8
**sustained** [4] - 2536:25, 2552:18, 2638:11, 2671:20
**SUZUKI** [1] - 2529:9
**switch** [2] - 2627:21, 2650:16
**switched** [1] - 2591:12
**switching** [2] - 2672:3, 2695:18
**swore** [1] - 2541:3
**sworn** [1] - 2589:7
**symbols** [3] - 2534:12, 2536:14

---

**T**

**table** [2] - 2636:21, 2637:10
**tables** [2] - 2608:19, 2634:19
**tag** [6] - 2661:25, 2662:11, 2663:3, 2663:4, 2663:16, 2663:23
**Tamil** [1] - 2599:18
**tank** [1] - 2626:15
**tanks** [4] - 2629:15, 2629:17, 2629:19
**taste** [4] - 2640:13, 2640:15, 2640:17, 2641:22

technical [2] -
  2590:22, 2590:23
technically [1] -
  2550:23
Technologies [1] -
  2593:2
telephone [1] -
  2655:18
television [2] -
  2567:5, 2567:14
Telugu [3] - 2630:8,
  2630:13, 2672:19
temporary [4] -
  2554:4, 2555:6,
  2555:8, 2585:21
ten [7] - 2554:19,
  2557:16, 2594:9,
  2594:11, 2594:12,
  2655:5, 2684:10
ten-day [1] - 2557:16
tender [3] - 2626:16,
  2626:17, 2626:18
tenth [3] - 2590:13,
  2590:15, 2590:21
term [2] - 2552:1,
  2681:22
terminate [1] -
  2685:16
terminated [1] -
  2685:4
terminating [1] -
  2638:7
terms [2] - 2578:5,
  2665:9
Terrell [1] - 2530:17
Terry [4] - 2534:24,
  2611:7, 2611:13,
  2628:4
test [13] - 2597:3,
  2597:11, 2597:12,
  2597:13, 2597:15,
  2597:16, 2597:17,
  2598:10, 2598:19,
  2693:10, 2693:11,
  2693:18
testified [18] -
  2541:14, 2543:4,
  2544:10, 2551:5,
  2555:14, 2574:16,
  2589:8, 2620:10,
  2621:20, 2653:15,
  2654:6, 2654:17,
  2655:10, 2670:10,
  2672:18, 2688:12,
  2690:4, 2690:9
testifies [1] - 2623:18
testify [5] - 2619:17,
  2622:23, 2623:9,
  2623:20, 2623:21
testifying [1] -

2623:11
Testimony [1] -
  2532:2
testimony [15] -
  2541:23, 2556:6,
  2589:18, 2618:3,
  2620:5, 2622:19,
  2624:2, 2625:4,
  2625:6, 2658:9,
  2667:14, 2683:15,
  2688:15, 2688:17,
  2695:19
testing [7] - 2597:5,
  2597:8, 2598:15,
  2598:19, 2693:9,
  2693:13, 2694:19
tests [5] - 2596:20,
  2597:9, 2609:12,
  2609:13, 2694:20
Texas [2] - 2652:15
Thangamani [2] -
  2529:8, 2565:25
THE [128] - 2528:1,
  2528:2, 2528:24,
  2533:3, 2533:6,
  2533:13, 2533:16,
  2533:21, 2534:23,
  2535:3, 2535:14,
  2536:9, 2536:19,
  2536:25, 2537:4,
  2537:18, 2537:20,
  2537:23, 2537:25,
  2538:7, 2538:12,
  2538:15, 2538:18,
  2539:1, 2539:3,
  2539:8, 2539:14,
  2539:17, 2539:24,
  2540:3, 2540:11,
  2540:14, 2551:21,
  2551:23, 2552:2,
  2552:9, 2552:18,
  2558:7, 2558:9,
  2559:18, 2559:20,
  2559:23, 2560:2,
  2560:6, 2560:8,
  2560:11, 2568:14,
  2568:16, 2568:17,
  2568:21, 2568:24,
  2569:1, 2570:3,
  2570:6, 2570:16,
  2570:17, 2579:7,
  2579:11, 2587:22,
  2587:24, 2588:1,
  2589:3, 2589:11,
  2589:13, 2611:22,
  2611:25, 2612:21,
  2612:24, 2613:3,
  2613:9, 2613:21,
  2613:25, 2614:11,
  2614:16, 2614:21,

2614:23, 2615:3,
  2615:5, 2615:10,
  2615:13, 2615:16,
  2615:18, 2615:23,
  2616:8, 2616:11,
  2616:14, 2616:17,
  2616:19, 2617:14,
  2617:18, 2617:20,
  2617:24, 2618:1,
  2618:7, 2618:11,
  2618:13, 2618:18,
  2618:21, 2618:24,
  2620:14, 2620:18,
  2620:23, 2621:3,
  2621:5, 2621:16,
  2621:21, 2621:23,
  2622:8, 2622:15,
  2622:17, 2622:19,
  2622:25, 2623:4,
  2623:9, 2623:16,
  2624:14, 2624:19,
  2625:5, 2638:11,
  2638:14, 2648:22,
  2671:20, 2672:10,
  2675:23, 2692:13,
  2692:18, 2695:17,
  2695:24
themselves [7] -
  2535:15, 2564:11,
  2565:12, 2567:14,
  2571:18, 2571:21,
  2584:15
theology [1] - 2560:21
therefore [1] - 2545:21
therein [1] - 2692:7
they've [5] - 2597:8,
  2608:15, 2624:5,
  2673:14, 2686:7
thinking [1] - 2537:21
third [5] - 2553:24,
  2554:2, 2556:22,
  2608:12, 2619:3
Thirteen [1] - 2528:8
thirty [9] - 2570:4,
  2601:25, 2654:11,
  2666:6, 2666:8,
  2666:15, 2666:18,
  2666:25, 2694:2
thirty-seven [1] -
  2570:4
THOMAS [1] - 2532:5
Thomas [4] - 2560:1,
  2579:4, 2579:12,
  2586:25
thousand [1] - 2595:5
threat [2] - 2685:17,
  2685:18
threaten [1] - 2683:16
threatened [2] -
  2634:2, 2634:4

threats [3] - 2683:10,
  2683:13
three [17] - 2573:1,
  2574:17, 2588:12,
  2611:11, 2613:15,
  2620:7, 2627:12,
  2628:6, 2632:23,
  2633:8, 2635:6,
  2635:10, 2636:3,
  2637:22, 2639:22,
  2690:14, 2690:15
throwing [1] - 2550:2
tidy [1] - 2694:2
tie [6] - 2626:4,
  2626:5, 2626:6,
  2626:10, 2626:12,
  2626:13
tied [1] - 2629:24
tiered [1] - 2542:6
tiffin [5] - 2634:23,
  2642:18, 2642:20,
  2642:22, 2642:24
TIM [3] - 2531:5
Tim [1] - 2531:6
timeframe [1] -
  2574:20
tire [1] - 2671:5
tired [1] - 2606:20
title [1] - 2627:24
TO [1] - 2528:22
today [5] - 2537:16,
  2562:18, 2575:25,
  2620:19, 2620:22
together [6] - 2541:1,
  2604:7, 2607:12,
  2611:2, 2636:23,
  2666:11
toilet [1] - 2607:22
toilets [8] - 2607:15,
  2607:16, 2607:25,
  2608:6, 2608:7,
  2687:13, 2687:18,
  2687:19
Tom [1] - 2578:17
tomorrow [7] -
  2600:12, 2606:8,
  2608:25, 2610:11,
  2610:23, 2678:18,
  2678:23
tongue [2] - 2672:21,
  2674:1
tonight [1] - 2606:8
Tony [1] - 2553:18
took [21] - 2536:7,
  2558:15, 2570:1,
  2570:21, 2571:13,
  2590:21, 2597:12,
  2604:10, 2610:21,
  2621:9, 2622:3,
  2623:19, 2625:21,

2634:23, 2635:20,
  2636:2, 2637:25,
  2646:2, 2652:8,
  2691:14
tools [4] - 2611:18,
  2611:19, 2627:3,
  2627:20
top [2] - 2549:5,
  2552:8
topics [1] - 2695:18
totally [5] - 2565:12,
  2598:2, 2608:16,
  2635:12, 2641:22
touch [4] - 2581:18,
  2586:10, 2586:20,
  2646:15
toward [1] - 2572:9
towards [2] - 2572:5,
  2635:7
town [5] - 2545:3,
  2545:18, 2597:9,
  2652:10, 2666:9
TRACIE [1] - 2530:8
trade [3] - 2591:2,
  2661:1, 2661:2
trafficking [1] -
  2574:25
trailer [16] - 2555:24,
  2555:25, 2556:1,
  2556:4, 2563:6,
  2606:6, 2607:24,
  2608:6, 2611:3,
  2611:4, 2632:21,
  2641:24, 2667:18,
  2668:13, 2668:15
trailers [11] - 2607:22,
  2608:1, 2644:9,
  2668:6, 2668:7,
  2668:17, 2668:21,
  2668:24, 2669:1,
  2669:6, 2669:8
train [1] - 2628:3
Transcript [1] - 2528:9
transcript [2] - 2541:7,
  2696:7
TRANSCRIPT [1] -
  2528:23
transfer [2] - 2670:20,
  2671:14
transferred [5] -
  2628:13, 2671:11,
  2672:2, 2672:7,
  2673:11
transient [1] - 2537:12
translate [26] -
  2584:13, 2611:14,
  2628:8, 2630:21,
  2631:2, 2631:4,
  2631:6, 2631:8,
  2631:9, 2631:12,

2631:18, 2632:20,
2633:7, 2633:16,
2637:11, 2637:16,
2637:20, 2667:10,
2667:11, 2674:23,
2675:8, 2676:21,
2676:24, 2678:9,
2679:3
**translated** [8] -
2610:1, 2633:11,
2633:19, 2637:15,
2667:7, 2676:6,
2685:6
**translating** [9] -
2584:16, 2584:17,
2630:5, 2632:22,
2632:23, 2637:8,
2666:20, 2666:22,
2667:1
**translation** [3] -
2536:14, 2676:4,
2676:14
**translator** [14] -
2629:4, 2629:9,
2633:9, 2633:18,
2667:11, 2667:12,
2674:17, 2674:19,
2674:20, 2676:11,
2678:21, 2686:11,
2686:15, 2686:22
**translators** [2] -
2631:1, 2673:11
**transport** [1] - 2569:6
**transportation** [9] -
2568:11, 2569:2,
2569:10, 2569:18,
2578:14, 2641:8,
2641:10, 2641:15,
2641:17
**transporting** [1] -
2578:21
**trap** [4] - 2551:15,
2551:18, 2552:14,
2552:21
**trapped** [1] - 2577:1
**travel** [1] - 2598:4
**traveling** [2] - 2603:5,
2606:20
**treat** [2] - 2546:2,
2651:22
**treatment** [6] -
2541:20, 2543:18,
2545:19, 2545:23,
2546:7, 2559:11
**Trial** [1] - 2528:8
**trial** [2] - 2536:21,
2612:2
**trick** [1] - 2685:25
**tried** [16] - 2535:18,
2550:22, 2599:2,

2599:3, 2609:23,
2609:24, 2611:12,
2611:16, 2628:10,
2637:12, 2639:2,
2640:14, 2641:1,
2657:20, 2663:4,
2687:4
**tries** [1] - 2612:4
**Trijo** [1] - 2587:12
**truck** [4] - 2610:9,
2610:13, 2610:18
**true** [2] - 2658:12,
2694:3
**truth** [2] - 2541:3,
2661:10
**truthful** [5] - 2554:24,
2555:2, 2657:9,
2657:10, 2661:9
**try** [10] - 2599:8,
2623:23, 2629:24,
2630:25, 2631:15,
2640:2, 2641:2,
2667:4, 2667:24,
2684:11
**trying** [8] - 2535:7,
2552:3, 2611:11,
2628:4, 2676:24,
2681:21, 2683:5,
2693:1
**TSU** [1] - 2529:12
**Turlis** [1] - 2560:17
**turn** [1] - 2608:3
**turnout** [1] - 2585:7
**TV** [14] - 2567:10,
2605:2, 2605:3,
2605:17, 2605:20,
2608:3, 2608:4,
2609:1, 2609:4,
2609:13, 2650:7,
2650:8, 2650:14,
2677:17
**TVPA** [1] - 2616:24
**TVs** [1] - 2608:4
**twelve** [1] - 2684:10
**twenty** [20] - 2547:15,
2555:25, 2556:4,
2568:17, 2594:24,
2594:25, 2606:6,
2636:6, 2666:6,
2666:8, 2666:15,
2666:17, 2666:25,
2667:2, 2667:10,
2668:10, 2668:13,
2689:24, 2690:1
**twenty-eight** [3] -
2568:17, 2667:2,
2667:10
**twenty-five** [1] -
2636:6
**twenty-four** [2] -

2547:15, 2555:25
**twenty-two** [1] -
2556:4
**twice** [4] - 2588:10,
2629:18, 2639:22
**two** [77] - 2538:14,
2538:15, 2543:5,
2554:13, 2555:25,
2556:1, 2556:4,
2559:21, 2559:25,
2568:13, 2568:19,
2569:5, 2572:1,
2572:14, 2572:15,
2581:15, 2585:13,
2588:12, 2590:1,
2592:21, 2592:22,
2593:15, 2594:24,
2595:6, 2595:18,
2595:21, 2595:24,
2597:6, 2599:4,
2600:12, 2607:16,
2607:18, 2608:3,
2609:24, 2610:7,
2610:14, 2611:10,
2614:5, 2615:8,
2618:24, 2619:12,
2620:12, 2621:6,
2621:21, 2624:5,
2624:6, 2624:9,
2624:16, 2624:18,
2624:21, 2627:12,
2627:17, 2627:18,
2628:6, 2632:23,
2633:8, 2635:6,
2635:10, 2636:3,
2636:13, 2637:5,
2637:22, 2639:22,
2654:21, 2654:22,
2657:13, 2657:14,
2659:10, 2659:19,
2666:22, 2667:1,
2670:13, 2690:5,
2690:9, 2690:14,
2690:15
**two-man** [1] - 2556:1
**two-year** [6] -
2592:22, 2593:15,
2595:6, 2595:21,
2595:24, 2659:19
**type** [3] - 2632:22,
2640:6, 2648:1
**types** [1] - 2631:6
**typically** [2] - 2587:21,
2588:17

## U

**ultimately** [4] -
2600:14, 2641:4,
2655:22, 2657:24

**under** [7] - 2540:18,
2547:3, 2548:13,
2554:12, 2567:10,
2567:12, 2567:15
**undergraduate** [4] -
2560:15, 2561:7,
2579:15, 2579:21
**understandable** [1] -
2534:3
**understood** [6] -
2543:4, 2543:11,
2576:19, 2674:21,
2686:24, 2691:6
**unfamiliar** [1] -
2534:11
**UNGAR** [1] - 2530:14
**unhappiness** [1] -
2575:7
**unhappy** [1] - 2575:14
**Union** [1] - 2529:23
**Uniondale** [1] - 2530:7
**United** [10] - 2590:16,
2601:22, 2603:22,
2655:19, 2659:4,
2660:5, 2660:6,
2660:12, 2661:24
**UNITED** [2] - 2528:1,
2528:25
**university** [3] -
2579:15, 2579:19,
2580:6
**University** [2] -
2579:20, 2579:24
**unknown** [1] -
2619:14
**unless** [1] - 2534:15
**unquote** [1] - 2546:10
**Unrepresented** [1] -
2531:8
**unsafe** [1] - 2574:4
**untruthful** [1] -
2658:15
**up** [50] - 2537:25,
2542:9, 2542:25,
2545:10, 2545:13,
2547:21, 2550:22,
2552:11, 2553:15,
2556:11, 2559:23,
2568:12, 2569:3,
2570:16, 2570:25,
2576:4, 2576:8,
2576:22, 2577:6,
2581:7, 2584:1,
2584:19, 2584:20,
2586:3, 2595:21,
2595:24, 2616:3,
2616:7, 2616:19,
2620:22, 2623:10,
2627:19, 2634:10,
2637:9, 2637:22,

2637:25, 2641:14,
2648:18, 2649:2,
2661:14, 2664:12,
2664:15, 2664:19,
2678:9, 2682:3,
2684:6, 2684:8,
2684:17, 2692:1,
2694:13
**up-to-date** [1] -
2616:19
**update** [1] - 2537:3
**upset** [7] - 2633:24,
2634:1, 2635:11,
2635:12, 2638:16,
2638:20, 2643:5
**urgent** [1] - 2596:17
**US** [5] - 2601:17,
2601:20, 2605:6,
2660:13, 2661:11
**USA** [11] - 2592:9,
2596:2, 2596:16,
2597:6, 2597:20,
2598:3, 2598:4,
2603:2, 2603:10,
2656:23, 2659:8
**usage** [2] - 2555:8,
2556:9
**Usharani** [1] - 2589:24
**usual** [1] - 2642:10

## V

**vacation** [1] - 2652:13
**Vadakkal** [1] - 2587:4
**Vadakkepurathan** [1]
- 2587:12
**Vargeeth** [1] - 2582:8
**Varghese** [1] -
2587:18
**Vasudevan** [3] -
2565:21, 2565:23,
2582:14
**vehicle** [1] - 2624:7
**verbally** [1] - 2575:6
**verdict** [3] - 2616:24,
2617:1, 2617:9
**video** [7] - 2576:9,
2577:7, 2613:1,
2619:22, 2621:9,
2621:18, 2621:24
**videos** [1] - 2619:16
**view** [4] - 2547:12,
2682:4, 2682:10,
2682:18
**Vijayan** [3] - 2565:4,
2565:6, 2581:23
**violation** [5] - 2543:1,
2543:3, 2543:8,
2543:9, 2543:11
**Virgeet** [1] - 2565:17

**Virgin** [1] - 2562:2
**virtually** [1] - 2678:4
**visa** [35] - 2559:13, 2579:1, 2580:11, 2585:22, 2592:24, 2594:1, 2594:4, 2596:23, 2598:3, 2598:17, 2598:25, 2600:21, 2601:6, 2601:8, 2601:13, 2601:23, 2602:9, 2650:22, 2655:3, 2655:20, 2655:22, 2655:24, 2661:24, 2662:13, 2670:8, 2670:10, 2671:6, 2671:8, 2671:10, 2671:11, 2671:15, 2685:3, 2685:15, 2685:23, 2686:3
**Visakhapatnam** [1] - 2597:9
**visit** [1] - 2566:21
**visited** [1] - 2566:21
**Viskhapatnam** [1] - 2590:7
**volunteer** [2] - 2578:17, 2578:20

## W

**wages** [2] - 2625:2, 2630:20
**wait** [3] - 2605:2, 2642:3, 2651:12
**waiting** [5] - 2605:19, 2611:10, 2651:11, 2651:13, 2669:7
**walk** [1] - 2559:10
**walked** [1] - 2580:22
**walking** [2] - 2580:21, 2580:25
**wall** [1] - 2536:8
**wallet** [2] - 2535:19, 2581:17
**walls** [1] - 2676:8
**Walmart** [1] - 2641:11
**wand** [2] - 2641:16, 2670:6
**wants** [6] - 2631:8, 2631:16, 2639:4, 2677:19, 2690:13, 2690:16
**Ward** [1] - 2530:6
**warehouse** [2] - 2611:18, 2627:3
**wash** [3] - 2645:24, 2646:3, 2646:7
**washing** [2] - 2546:9, 2645:25

**Washington** [1] - 2529:21
**WASHINGTON** [1] - 2530:8
**watch** [1] - 2608:4
**watched** [1] - 2567:14
**water** [1] - 2687:13
**wave** [3] - 2666:5, 2666:8, 2666:16
**ways** [3] - 2543:5, 2626:18, 2644:24
**weapon** [1] - 2645:17
**weapons** [1] - 2645:11
**Wednesday** [1] - 2540:16, 2541:14, 2544:10, 2548:18, 2548:23, 2549:4, 2550:7, 2551:5, 2553:22, 2556:14, 2556:15, 2556:21, 2673:20
**week** [8] - 2541:23, 2546:20, 2553:10, 2580:22, 2583:2, 2585:13, 2622:13, 2646:2
**weekly** [1] - 2583:1
**weeks** [5] - 2627:17, 2627:18, 2628:17, 2628:19, 2670:13
**WEINBERGER** [1] - 2530:16
**welder** [6] - 2591:3, 2591:10, 2591:11, 2593:4, 2593:5, 2693:10
**welders** [1] - 2628:22
**welding** [5] - 2590:24, 2590:25, 2591:2, 2597:8, 2613:14
**WERNER** [29] - 2529:12, 2535:4, 2535:16, 2536:23, 2540:20, 2547:21, 2547:22, 2548:3, 2548:4, 2548:8, 2548:9, 2548:14, 2548:15, 2552:7, 2552:11, 2552:13, 2552:15, 2552:19, 2553:15, 2553:16, 2553:25, 2554:1, 2554:15, 2554:17, 2556:11, 2556:13, 2556:23, 2556:25, 2558:4
**Werner** [2] - 2535:3, 2540:23
**wheelchair** [1] - 2636:2

**white** [2] - 2533:10, 2627:14
**whole** [3] - 2603:6, 2682:10, 2682:12
**wickets** [1] - 2648:7
**wife** [1] - 2605:5
**wife's** [1] - 2589:23
**WILKS** [1] - 2531:11
**willing** [4] - 2603:8, 2658:15, 2658:19, 2658:23
**wise** [5] - 2606:11, 2631:17, 2637:24
**wish** [1] - 2588:21
**wishes** [1] - 2537:6
**Witness** [2] - 2549:3, 2559:19
**WITNESS** [4] - 2587:24, 2588:1, 2589:11, 2589:13
**witness** [11] - 2534:1, 2559:20, 2560:2, 2560:10, 2576:18, 2579:10, 2580:2, 2589:4, 2589:5, 2618:4, 2618:8
**witnesses** [1] - 2539:12
**won** [3] - 2650:6, 2650:8, 2650:13
**word** [6] - 2534:13, 2536:5, 2659:15, 2681:20, 2693:23, 2694:1
**words** [9] - 2632:20, 2632:22, 2676:7, 2681:23, 2685:11, 2686:15, 2686:16
**worker** [26] - 2534:18, 2542:10, 2542:12, 2542:25, 2543:1, 2543:2, 2543:7, 2543:8, 2543:14, 2543:18, 2545:10, 2545:17, 2546:25, 2559:10, 2559:13, 2585:21, 2624:23, 2629:2, 2630:21, 2631:9, 2632:7, 2679:16, 2695:4
**workers** [104] - 2542:1, 2542:15, 2544:20, 2546:17, 2546:21, 2547:1, 2547:9, 2558:1, 2558:20, 2559:9, 2559:13, 2563:18, 2566:7, 2567:7, 2567:24, 2568:3, 2568:6, 2568:9,

2569:9, 2569:12, 2569:15, 2569:16, 2569:18, 2569:23, 2570:11, 2571:17, 2571:18, 2571:21, 2571:22, 2572:11, 2573:24, 2574:1, 2574:25, 2575:3, 2575:19, 2575:21, 2575:23, 2576:3, 2578:2, 2578:23, 2579:1, 2580:11, 2584:6, 2586:2, 2586:5, 2586:11, 2588:3, 2598:17, 2610:2, 2624:25, 2625:2, 2627:11, 2629:1, 2630:14, 2631:21, 2632:16, 2633:14, 2637:16, 2637:20, 2638:8, 2639:14, 2647:7, 2647:19, 2649:11, 2651:23, 2652:4, 2652:18, 2652:20, 2653:3, 2661:16, 2661:19, 2664:10, 2664:24, 2670:22, 2672:25, 2673:10, 2677:4, 2677:10, 2677:11, 2678:4, 2678:11, 2678:13, 2678:18, 2678:20, 2679:5, 2679:8, 2679:25, 2680:9, 2680:10, 2680:17, 2680:21, 2681:5, 2683:16, 2684:4, 2684:24, 2685:2, 2686:12, 2686:16, 2687:1, 2691:8, 2691:21, 2695:5, 2695:8
**workplace** [1] - 2546:3
**works** [4] - 2606:9, 2630:24, 2647:15, 2652:5
**worried** [4] - 2656:11, 2661:10, 2686:1, 2686:2
**worry** [4] - 2665:12, 2665:13, 2668:5, 2686:4
**wrists** [3] - 2635:3, 2635:7, 2638:19
**write** [11] - 2632:17, 2665:18, 2667:4, 2675:11, 2675:12, 2675:13, 2675:14,

2675:18, 2692:14, 2692:15
**writes** [2] - 2674:10, 2674:14
**written** [7] - 2534:9, 2543:9, 2543:11, 2597:12, 2665:20, 2675:9
**wrote** [4] - 2554:3, 2554:10, 2632:22, 2692:22

## X

**x-ray** [1] - 2541:21

## Y

**yard** [13] - 2534:25, 2535:1, 2544:13, 2548:21, 2610:6, 2625:22, 2627:1, 2628:20, 2628:24, 2628:25, 2631:8, 2631:18, 2637:19
**year** [15] - 2541:1, 2555:13, 2555:18, 2561:9, 2562:5, 2563:7, 2592:22, 2593:15, 2595:6, 2595:21, 2595:24, 2654:22, 2659:10, 2659:19
**years** [11] - 2562:4, 2562:5, 2562:13, 2563:12, 2580:10, 2581:17, 2581:19, 2591:20, 2592:21, 2594:24, 2602:5
**years'** [1] - 2595:18
**yellow** [1] - 2650:13
**yesterday** [2] - 2538:1, 2538:21, 2556:14, 2619:2
**York** [3] - 2529:10, 2529:25, 2530:4
**yourself** [1] - 2689:24
**yourselves** [1] - 2612:9

## Z

**zero** [3] - 2695:2, 2695:3, 2695:6
**ZIELIE** [2] - 2529:1, 2696:9
**Zielie** [2] - 2696:6, 2696:10
**zoom** [4] - 2552:15, 2553:25, 2554:15,

2556:23