1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3     *****************************************************************

4     KURIAN DAVID, ET AL.

5                                    CIVIL ACTION NO. 08-1220
      VERSUS                         SECTION "E"
6                                    NEW ORLEANS, LOUISIANA
                                     MONDAY, FEBRUARY 9, 2015, 12:30 P.M.
7     SIGNAL INTERNATIONAL,
      LLC, ET AL.
8

9     EQUAL EMPLOYMENT
      OPPORTUNITY COMMISSION
10
                                     CIVIL ACTION NO. 12-557
11    VERSUS                         SECTION "E"

12
      SIGNAL INTERNATIONAL,
13    LLC, ET AL.

14
      LAKSHMANAN PONNAYAN ACHARI,
15    ET AL.

16                                   CIVIL ACTION NO. 13-6218
      VERSUS                         C/W 13-6219, 13-6220,
17                                   13-6221, 14-732
                                     SECTION "E"
18
      SIGNAL INTERNATIONAL, LLC, ET AL
19

20    APPLIES TO:  DAVID V. SIGNAL
21                 (NO. 08-1220)

22    *****************************************************************

23                **DAY 19  AFTERNOON SESSION**
                   TRANSCRIPT OF JURY TRIAL PROCEEDINGS
24            HEARD BEFORE THE HONORABLE SUSIE MORGAN
                   UNITED STATES DISTRICT JUDGE
25

                        **OFFICIAL TRANSCRIPT**

12:29:06

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:        CROWELL & MORING
                                 BY:  ALAN HOWARD, ESQ.
 4                                    HUGH D. SANDLER, ESQ.
                                 590 MADISON AVENUE
 5                               NEW YORK, NY 10022

 6

 7                               SOUTHERN POVERTY LAW CENTER
                                 IMMIGRANT JUSTICE PROJECT
 8                               BY:  DANIEL WERNER, ESQ.
                                      NAOMI TSU, ESQ.
 9                                    MELIA AMAL BOUHABIB, ESQ.
                                      KRISTI GRAUNKE, ESQ.
10                               233 PEACHTREE STREET NE
                                 ATLANTA, GA 30303
11

12                               AMERICAN CIVIL LIBERTIES UNION
13                               BY:  CHANDRA S. BHATNAGAR, ESQ.
                                 FOUNDATION (NEW YORK/BROAD)
14                               125 BROAD STREET, 18TH FLOOR
                                 NEW YORK, NY 10004
15

16                               SOUTHERN POVERTY LAW CENTER
17                               BY:  NAOMI TSU, ESQ.
                                 IMMIGRANT JUSTICE PROJECT
18                               1989 COLLEGE AVENUE NE
                                 ATLANTA, GA 30317
19

20
      FOR THE SIGNAL ENTITIES:   HANGARTNER RYDBERG TERRELL & HART
21                               BY:  ERIN CASEY HANGARTNER, ESQ.
                                      LANCE R. RYDBERG, ESQ.
22                                    ALAN D. WEINBERGER, ESQ.
                                      ELHAM RABBANI, ESQ.
23                                    BRIAN ROUX, ESQ.
                                 ONE SHELL SQUARE
24                               701 POYDRAS STREET, SUITE 310
                                 NEW ORLEANS, LA 70139
25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR SACHIN DEWAN:           STEPHEN SHAPIRO, ESQ.
                                 ATTORNEY AT LAW
4                                700 CAMP STREET
                                 NEW ORLEANS, LA 70130
5

6

     FOR MALVERN BURNETT:        LAW OFFICE OF TIM CERNIGLIA
7                                BY:  TIM CERNIGLIA, ESQ.
                                 1521 ST. CHARLES AVENUE
8                                NEW ORLEANS, LA 70130

9

10   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
11                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
12                               NEW ORLEANS, LA 70130
                                 (504) 589-7779
13                               Cathy_Pepper@laed.uscourts.gov

14

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
15   PRODUCED BY COMPUTER.

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

1

**I N D E X**

2

3    EXAMINATIONS                                              PAGE

4

5    **SACHIN DEWAN**.........................................4628

6    DIRECT EXAMINATION BY MR. SHAPIRO (CONTINUED)........4628

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **P-R-O-C-E-E-D-I-N-G-S**

12:29:06  2              MONDAY, FEBRUARY 9, 2015

12:29:06  3         A F T E R N O O N   S E S S I O N

12:29:06  4              (COURT CALLED TO ORDER)

12:29:06  5

12:29:06  6

12:39:35  7         THE DEPUTY CLERK:  All rise, please.

12:39:35  8         THE COURT:  Before we start, is anybody from the

12:39:37  9    plaintiffs here to tell me about specific decisions about

12:39:40 10    harassing conditions?

12:39:43 11         MS. GRAUNKE:  Yes, we did hunt down the exact persons.

12:39:47 12    So Marler, Cunningham and Schnoor are making the decisions to

12:39:52 13    charge $35 a day.

12:39:54 14         THE COURT:  Let me get something where I can write.

12:40:00 15             So Marler -- say it again.

12:40:00 16         MS. GRAUNKE:  -- Cunningham and Schnoor, making the

12:40:06 17    relevant decisions to charge $35 a day to require the Indian

12:40:11 18    workers to live in the man camp, to build the man camp on

12:40:14 19    Signal's yard, to house 24 people to a trailer, and to keep

12:40:21 20    them under guard.

12:40:29 21         THE COURT:  What do you mean *keep under guard?*

12:40:31 22         MS. GRAUNKE:  Hiring security and setting up the

12:40:33 23    security checks there at Signal.

12:40:34 24         THE COURT:  The gate -- the fence that was around the

12:40:36 25    camp?

                         **OFFICIAL TRANSCRIPT**

4623

12:40:36  1        MS. GRAUNKE:  Correct.  Yes.

12:40:38  2        And then lower -- there were some lower level

12:40:41  3   management, Mr. Sanders, Ms. Spears, Ms. Binion, and Mr. Snyder

12:40:49  4   who, with upper management's approval, set the man camp rules

12:40:53  5   and any penalties or punishments for rule breaking.

12:40:53  6        THE COURT:  I'm sorry, say --

12:41:02  7        MS. GRAUNKE:  Sure.  It's Sanders, Spears, Binion and

12:41:05  8   Synder.

12:41:13  9        And --

12:41:13 10        THE COURT:  Okay.  And Signal -- I'm sorry.

12:41:16 11        MS. GRAUNKE:  And Your Honor did want to know about

12:41:17 12   complaints made by Jacob and Sabulal -- I'm sorry, some of the

12:41:21 13   plaintiffs with regard to some of the conditions.  Did you want

12:41:23 14   to clarify something I said before, before I move on?

12:41:27 15        THE COURT:  Is that one of the harassing conditions,

12:41:28 16   not responding to complaints?

12:41:30 17        MS. GRAUNKE:  Correct.  Both Jacob and Sabulal,

12:41:34 18   Mr. Jacob and Mr. Sabulal testified that they raised living

12:41:39 19   conditions issues with Signal management.  Mr. Jacob testified

12:41:45 20   that he asked Mr. Synder and Mr. Sanders to reduce

12:41:48 21   overcrowding, to improve privacy, to improve the food, to

12:41:54 22   improve transportation options, to install boot racks outside

12:42:01 23   the bunkhouses.

12:42:04 24        Mr. Sabulal also testified that he asked for

12:42:07 25   improved living conditions with fewer workers per room, to

**OFFICIAL TRANSCRIPT**

12:42:11  1    provide better food.  And to have the workers' rights

12:42:15  2    respected.

12:42:15  3        THE COURT:  And who did they ask -- all of those were

12:42:17  4    asked of whom?

12:42:18  5        MS. GRAUNKE:  Mr. Jacob testified that he asked

12:42:22  6    Mr. Synder and Mr. Sanders regarding his concerns.  I'm not

12:42:25  7    sure -- Mr. Sony also testified to that as well.  Mr. Sabulal

12:42:35  8    didn't say to whom he had specifically made these complaints.

12:42:38  9        THE COURT:  So it was Jacob went to Synder and Sanders.

12:42:42 10        MS. GRAUNKE:  And Mr. Sony as well.

12:42:44 11        THE COURT:  And we're not sure about Sabulal.

12:42:46 12        MS. GRAUNKE:  That's correct.

12:42:47 13        THE COURT:  Does Signal want to give some thought to

12:42:49 14    this and then respond at the break?

12:42:52 15        MR. WEINBERGER:  I can respond to it now, Your Honor.

12:42:56 16        THE COURT:  Okay.  Anybody who wants to can sit down,

12:42:58 17    but really we've got just a few minutes.

12:43:02 18        MR. HOWARD:  I do have one thing to add, though.  On

12:43:04 19    the issue for an environment of harassment, we also adduced

12:43:11 20    evidence and proffered the testimony about the failure of

12:43:14 21    Signal to follow its own anti-harassment policy, which was

12:43:19 22    company policy, that's Exhibit 177.  And Mr. -- Ms. Binion's

12:43:23 23    testimony that she wasn't even aware of the policy that

12:43:27 24    required reporting of offensive e-mails and Mr. Marler's

12:43:31 25    testimony that the policy, while the Indian workers were there

OFFICIAL TRANSCRIPT

12:43:36  1     was, to quote him, woefully inadequate.

12:43:39  2          THE COURT:  Remember, we're talking about the

12:43:41  3     discrimination claim.

12:43:43  4          MR. HOWARD:  Correct.

12:43:47  5          MR. WEINBERGER:  Thank you, Your Honor.  Your Honor,

12:43:50  6     good afternoon.  Alan Weinberger for Signal.

12:43:52  7              Your Honor, with regard to the discrimination

12:43:54  8     claim, the chickens have now come home to roost.  I was

12:44:00  9     ridiculed, not by the Court, of course, but by the other side

12:44:04 10     for constantly harping on the fact that they were saying,

12:44:07 11     seemingly, that the decisions in question were made by the

12:44:13 12     upper level management of the company.  And I kept going back

12:44:17 13     to this issue, and I heard that it was self-evident that this

12:44:22 14     was true or that was true.

12:44:23 15              Well, now the chickens have come home to roost,

12:44:26 16     because now that you've required the plaintiffs to specify in a

12:44:33 17     very detailed way what their claim is for the very first time,

12:44:38 18     they have talked about a supervisor, which is enormously

12:44:42 19     important.

12:44:42 20          THE COURT:  They've talked about a supervisor?

12:44:44 21          MR. WEINBERGER:  A supervisor, someone who is a

12:44:46 22     supervisor.

12:44:46 23          THE COURT:  As opposed to management.

12:44:48 24          MR. WEINBERGER:  The very upper level management of the

12:44:50 25     company.  Your Honor, this has enormous implications.

**OFFICIAL TRANSCRIPT**

12:44:55  1           THE COURT:  Well, I think it -- what I'm looking at is

12:44:56  2   the jury instructions.

12:44:58  3           MR. WEINBERGER:  Exactly.  Not just the jury

12:45:00  4   instructions, but the verdict form.  Now I need to talk to the

12:45:03  5   Court about *Faragher*.

12:45:06  6           THE COURT:  Well, I'm familiar with that.  That's what

12:45:07  7   led me to these questions.

12:45:09  8           MR. WEINBERGER:  Precisely.  Precisely, Your Honor.

12:45:11  9           THE COURT:  What I need to do is go back and look at

12:45:14 10   what the plaintiffs have said to see how it fits.  And which

12:45:18 11   one are you talking about is the supervisor?

12:45:22 12           MR. WEINBERGER:  Well, Darrel Snyder, for one, would be

12:45:25 13   a supervisor, would he not?

12:45:29 14           MS. HANGARTNER:  Darrel Snyder was not in a supervisory

12:45:33 15   capacity.

12:45:34 16           THE COURT:  He's not even a supervisor?

12:45:35 17           MS. HANGARTNER:  Correct.  He was a project --

12:45:36 18           THE COURT:  And he's not upper level management?

12:45:38 19           MS. HANGARTNER:  He was a project manager.

12:45:38 20           THE COURT:  Okay.

12:45:42 21           MR. WEINBERGER:  So the people that were mentioned by

12:45:44 22   Kristi --

12:45:45 23           THE COURT:  So she talked about Marler, Cunningham and

12:45:48 24   Schnoor.  There's no question they're upper level management.

12:45:51 25           MS. HANGARTNER:  No question whatsoever.

**OFFICIAL TRANSCRIPT**

12:45:52  1          THE COURT:  Then she talked about Sanders.

12:45:55  2          MS. HANGARTNER:  No.  He was not in a supervisory

12:45:56  3    position either.

12:45:57  4          MR. WEINBERGER:  As a matter of the law.

12:45:59  5          THE COURT:  Spears.

12:46:02  6          MS. HANGARTNER:  No.  She reported directly to

12:46:04  7    Chris Cunningham and was not in a supervisory role.

12:46:07  8          THE COURT:  And Binion.  Binion was a supervisor.

12:46:12  9    Isn't she director of HR?

12:46:13 10          MS. HANGARTNER:  Were you director at that point?

12:46:15 11              Yes.  Yes, Your Honor.

12:46:18 12          THE COURT:  And then Synder we talked about.  And was

12:46:23 13    there somebody else?  I think that's all.

12:46:30 14              Okay.  So Ms. Graunke.

12:46:34 15          MS. GRAUNKE:  Your Honor, these are individuals

12:46:35 16    Mr. Snyder, Mr. Sanders, who have the word *manager* in their

12:46:40 17    title, so I'm a little unclear what's being argued here.

12:46:42 18              But regardless, Signal has known that these are

12:46:44 19    the individuals who were involved in making these decisions,

12:46:47 20    and has elected not to plead *Faragher* and *Ellerth* as an

12:46:53 21    affirmative defense under Rule 18 as the law required them to

12:46:58 22    do.  So at this point, it's very late to be raising this

12:47:00 23    defense.  It's far too late, and it doesn't have a proper

12:47:04 24    place, we would argue.

12:47:04 25              But more crucially, all these people who have

**OFFICIAL TRANSCRIPT**

12:47:07 1  been mentioned, have a significant management role and, in

12:47:10 2  fact, have management in their title.

12:47:12 3          THE COURT:  Okay.  All right.  I got it.

12:47:13 4              All right.  Let's bring the jury back.

12:47:15 5          MR. WEINBERGER:  Just one question before you do that.

12:47:17 6  Did you want to do a charge conference right now, Judge?  You

12:47:20 7  didn't.

12:47:20 8          THE COURT:  No.  We're going to do that later today.  I

12:47:22 9  just wanted to know that because I'm working on the jury

12:47:25 10  instructions and that was important to -- to that process.

12:47:28 11         MR. WEINBERGER:  Thank you, Your Honor.

12:47:29 12         THE COURT:  Okay.  Let's bring the jury in.

12:47:47 13             (WHEREUPON, at 12:47 p.m. the jury panel enters the

12:48:05 14  courtroom.)

12:48:05 15         THE COURT:  All right.  Be seated.

12:48:05 16             Mr. Shapiro, you may proceed.

12:48:07 17         MR. SHAPIRO:  Thank you, Your Honor.

12:48:07 18             If I could have just a moment.  I'm trying to get

12:48:07 19  back to where I was.

12:48:07 20                         **SACHIN DEWAN**

12:48:07 21   was called as a witness and, after being previously sworn by

12:49:00 22   the Clerk, was examined and testified on his oath as follows:

12:49:00 23  DIRECT EXAMINATION BY MR. SHAPIRO:  (Continued)

12:49:05 24  Q.   Good afternoon, Mr. Dewan.

12:49:38 25  A.   Good afternoon.

                              **OFFICIAL TRANSCRIPT**

12:49:39  1  Q.   Mr. Dewan, we were talking about the recruitment effort

12:49:48  2  that Dewan Consultants made in connection with recruitment for

12:49:56  3  Zito, IAS and J & M.  And I want to go back, you were talking

12:50:00  4  about the labor certifications.  I want to ask you this, in

12:50:17  5  this recruitment effort -- in these recruitment efforts, were

12:50:23  6  there fees charged to the workers?

12:50:26  7  A.   Yes.

12:50:26  8  Q.   Okay.  And with respect to each company, were the fees

12:50:37  9  about the same, the total fee?

12:50:42 10  A.   The amount was same, but the -- but the structuring was

12:50:51 11  different.

12:50:51 12  Q.   Okay.  Well, what was the -- what was the structure for

12:50:58 13  example, for the J & M recruitment?

12:51:03 14  A.   The J & M recruitment, the workers were supposed to pay

12:51:09 15  500,000 Indian rupees, and this was to be paid in three

12:51:16 16  installments at, the first, before the labor certification was

12:51:23 17  supposed to be filed; the second installment was supposed to be

12:51:30 18  paid after the approvals of labor certifications; and the third

12:51:35 19  was supposed to be paid before they left for the U.S., when the

12:51:41 20  third stage of the consulate, you know, interviews were over

12:51:46 21  and before they were supposed to go.

12:51:48 22          But, again, now, each of this installment was divided

12:51:55 23  into three parts:  One was paid to Mr. Pol.  One was paid to

12:52:03 24  Mr. Burnett.  And the third was paid to Dewan.

12:52:06 25  Q.   Okay.  So, now, when you mentioned 500,000 rupees, what

**OFFICIAL TRANSCRIPT**

12:52:16  1    was that -- at that time, what was the equivalent of that sum

12:52:22  2    into United States dollars?

12:52:25  3    A.    I would say roughly it was about 10,000, 10,000 U.S.

12:52:29  4    dollars.

12:52:29  5    Q.    So each -- you and Mr. Burnett and Mr. Pol would make

12:52:37  6    about 3,000 or maybe a little more than 3,000 or so, or was it

12:52:42  7    less?

12:52:43  8    A.    I think more or less it worked out to around 3,750,

12:52:48  9    something like that.

12:52:49 10    Q.    So the total was more like a little over $11,000?

12:52:54 11    A.    Yeah.  Probably.

12:52:55 12    Q.    And I know the exchange rates change, but --

12:52:58 13    A.    Yeah.

12:52:58 14    Q.    -- over the years.

12:53:01 15          And so the workers were required to pay in the three

12:53:08 16    stages, and the first stage was a pretty important stage in the

12:53:16 17    process.  How important was it?

12:53:25 18    A.    Are you asking me about the payment or --

12:53:26 19    Q.    No, obtaining the labor certification.

12:53:32 20    A.    Yeah, the labor certification definitely was -- was

12:53:35 21    important.

12:53:36 22    Q.    Okay.  And you were paid -- you were paid in rupees; is

12:53:50 23    that correct?

12:53:50 24    A.    Correct.

12:53:51 25    Q.    Okay.  And how was Mr. Burnett and Mr. Pol paid?

**OFFICIAL TRANSCRIPT**

12:53:57  1   A.   They were paid in demand drafts.  The workers were asked

12:54:04  2   to bring -- the job candidates were asked to bring demand

12:54:10  3   drafts in their name.

12:54:11  4   Q.   Okay.  Now, and the total fee that was quoted to each

12:54:30  5   individual job candidate, did any of the candidates have any

12:54:39  6   difficulty accepting that as the required payment?

12:54:46  7   A.   It's yes and no, because when we advertised, a lot of -- a

12:54:51  8   lot of job candidates came, and I would say more than

12:54:58  9   50 percent of them said that they would not be in a position to

12:55:03  10  pay this kind of money.

12:55:05  11  Q.   So what did those people do?

12:55:07  12  A.   They just -- they just refused and they left.  I mean,

12:55:11  13  they did not join the program.

12:55:13  14  Q.   Okay.  And the individuals that did pay, did you advise

12:55:24  15  them in any way how to raise the funds to make the payments,

12:55:31  16  the individual payments and then the total -- and the total

12:55:34  17  payment?

12:55:35  18  A.   No.

12:55:35  19  Q.   Okay.  Now, I want to show you a document -- actually,

12:56:12  20  before I show you that document, I have a few more questions

12:56:14  21  for you.

12:56:14  22          How long did it take -- you mentioned that it took a

12:56:38  23  little longer to get the labor certifications?

12:56:44  24  A.   Yeah.  What I was informed -- what I was informed earlier

12:56:47  25  was that the implementation of PERM and the completion of the

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 12:56:54 | 1 |
| 12:56:59 | 2 |
| 12:57:00 | 3 |
| 12:57:10 | 4 |
| 12:57:18 | 5 |
| 12:57:22 | 6 |
| 12:57:26 | 7 |
| 12:57:30 | 8 |
| 12:57:36 | 9 |
| 12:57:40 | 10 |
| 12:57:49 | 11 |
| 12:57:52 | 12 |
| 12:58:01 | 13 |
| 12:58:10 | 14 |
| 12:58:11 | 15 |
| 12:58:14 | 16 |
| 12:58:18 | 17 |
| 12:58:24 | 18 |
| 12:58:29 | 19 |
| 12:58:34 | 20 |
| 12:58:38 | 21 |
| 12:58:46 | 22 |
| 12:59:24 | 23 |
| 12:59:30 | 24 |
| 12:59:33 | 25 |

process would take around nine months, but it took a lot more than what I was -- what I was told.

Q.   Okay.  Let me get back to the payment with you, the total payment.  Your understanding as a recruiter in India, is that sum a reasonable and fair sum to charge workers who are immigrating or migrating to the United States of America?

A.   Yeah.  People from India, they migrate, not only to the U.S., they migrate to Canada, they migrate to Australia and a few other countries, but the choice -- the choice of migrating for Indians is definitely U.S. and Canada and Australia.  And people pay more than -- more than this.

Q.   Okay.  And is there something about being recruited to the United States that is significant to the workers?

A.   I didn't get the question.

Q.   Okay.  Is there something that's significant about going to the United States to work for these workers?

A.   The significance here, what I thought, because when people apply for migration to other countries, the job is not guaranteed, but the significance here was they were given -- they were given jobs as well.  They were guaranteed for jobs as well.

Q.   Now, I want to show you a document -- okay, but ultimately the labor certifications were approved for both J & M, IAS and Zito; isn't that right?  Were they approved?

A.   Most of them, yes.  Most of them.

**OFFICIAL TRANSCRIPT**

12:59:35 1   Q.   Not all?

12:59:37 2   A.   No, not all.

12:59:37 3   Q.   Do you recall how many were approved for J & M?

12:59:43 4   A.   I would not give -- I would not be able to give you the

12:59:46 5   exact number, but there was a small percentage of the

12:59:53 6   approvals, I think.

12:59:53 7   Q.   And IMS -- IAS?

12:59:59 8   A.   More or less -- more or less all -- more or less, I

13:00:03 9   think -- I would say about 95 percent were approved, but there

13:00:08 10  were a few that were not approved.

13:00:09 11  Q.   Okay.  Now, at some point during the labor certification

13:00:24 12  application process, that process was -- do you recall what

13:00:31 13  happened to the process?

13:00:35 14  A.   Sorry, is the question related to the --

13:00:38 15  Q.   Yeah.  To the labor certifications that were filed, were

13:00:43 16  they timely?

13:00:46 17  A.   Sorry, I didn't get the question.

13:00:47 18  Q.   Was there -- do you recall that there was any delay in

13:00:53 19  obtaining the labor certifications?

13:00:55 20  A.   Yes.  There was a delay in obtaining the labor

13:00:58 21  certifications.

13:00:58 22  Q.   And what -- did you understand what the delay was?

13:01:04 23  A.   My understanding was that the delay was because the PERM,

13:01:08 24  the PERM process, which is the electronic way of filing the

13:01:13 25  labor certification, was not -- was not implemented.  That

**OFFICIAL TRANSCRIPT**

13:01:19 1    caused the delay.

13:01:19 2    Q.    Okay.  Were you surprised at this delay?

13:01:25 3    A.    Well, as I said in the beginning, I mean, I had back of my

13:01:32 4    mind, I did have that thing that delays are possible with this.

13:01:36 5          But we did inform all of them, all the job candidates

13:01:43 6    that it is soon going to be implemented, and once it is

13:01:49 7    implemented, the labor certifications will be filed because, as

13:01:54 8    far as I remember, as soon as -- as soon as the labor

13:01:59 9    certification under PERM was implemented, we -- we did -- we

13:02:04 10   did inform all the workers that -- that -- that the PERM is

13:02:09 11   implemented and --

13:02:11 12   Q.    Okay.  But before you got to that point, I understand your

13:02:16 13   testimony is that -- and correct me if I'm wrong -- that you

13:02:19 14   were expecting the labor certification to be approved in nine

13:02:22 15   months?

13:02:22 16   A.    Yes, that was -- that was the understanding I was given.

13:02:25 17   Q.    Okay.  So after that nine-month period of time, did you

13:02:28 18   start hearing from any of the job candidates asking you what

13:02:33 19   was the reason for delay?

13:02:37 20   A.    Yeah.  I told them.  I told the job candidates that the

13:02:40 21   delay is because of the -- because of the implementation of

13:02:44 22   PERM.

13:02:45 23   Q.    Okay.  You had to field all the questions, right?

13:02:50 24   A.    Yes.  I had to -- I had to -- I had to answer all of them

13:02:56 25   on a daily basis almost, I mean, but -- but I never thought --

**OFFICIAL TRANSCRIPT**

13:03:00  1   I never thought it would take that long because, okay, delays

13:03:04  2   are there.

13:03:05  3           If I am told that the -- something is going to be

13:03:11  4   implemented, and the delay -- I mean, in my mind was it could

13:03:17  5   be a month or it may be two months or maximum three months.

13:03:23  6   Q.   Okay.  And how long did it ultimately take to get the

13:03:30  7   labor certifications approved?

13:03:33  8   A.   I think, as I said earlier, I think the IS approvals took

13:03:38  9   almost two years, and the J & M and Zito took a little bit less

13:03:45 10   than two years.

13:03:46 11   Q.   Did anyone -- any of the job candidates drop out of the

13:03:51 12   program?

13:03:51 13   A.   Yeah, a few of them, because of the delays they said that,

13:03:55 14   we would not like to continue.  They would not like to continue

13:03:59 15   with the program.

13:03:59 16   Q.   Okay.  Did any of them ask for refunds of their money?

13:04:05 17   A.   Yes, absolutely.

13:04:05 18   Q.   Who gave the refunds?

13:04:07 19   A.   Dewan gave them the refunds.

13:04:11 20   Q.   Do you give refunds for the fees that were paid to you

13:04:15 21   only?

13:04:17 22   A.   No.  I paid them -- I paid them even the share of -- in

13:04:23 23   case of IAS, I paid them the share of what they had paid to

13:04:31 24   Rao.

13:04:31 25           In the case of J & M, I paid them Dewan's payment,

**OFFICIAL TRANSCRIPT**

13:04:35  1    refunded back.  I refunded them the payment they had made to

13:04:40  2    Mr. Pol and Mr. Burnett, and the same case in the case of Zito.

13:04:45  3    Q.    Did you ask Mr. Burnett and Mr. Pol to contribute to the

13:04:52  4    refunds?

13:04:52  5    A.    Yes.  I did ask them.

13:04:56  6    Q.    Okay.  What was the response?

13:04:58  7    A.    The response was that Dewan could substitute -- substitute

13:05:05  8    the guys.  Once the labor certification is filed, Dewan would

13:05:09  9    be -- would be -- you know, could substitute them.  If you are

13:05:16 10    paying a different, you could reimburse that from a new

13:05:19 11    substitute candidate.

13:05:21 12    Q.    What do you mean by substitution?

13:05:23 13    A.    Substitution was basically once the labor certification

13:05:31 14    was approved for a candidate, and when the I-140 is being

13:05:40 15    filed, you could substitute him with a new candidate -- or with

13:05:43 16    a new job candidate.

13:05:44 17    Q.    Why was that?  Why were you able to substitute?

13:05:52 18    A.    This information was given to me by Mr. Burnett that they

13:05:55 19    could be substituted because the guys who -- who -- for whom

13:06:00 20    Mr. Burnett has applied for the -- for the labor certification,

13:06:06 21    and if he backs out, he could be substituted during the filing

13:06:11 22    of I-140 with a new candidate.

13:06:13 23    Q.    Now, what was the next step in these recruitment

13:06:22 24    processes?

13:06:25 25    A.    Once the labor certification was -- was approved, I was

**OFFICIAL TRANSCRIPT**

13:06:30 1    asked by Mr. Burnett that he would want to do the paperwork for

13:06:38 2    the job candidates, and I was asked to bring them to meet with

13:06:46 3    Mr. Burnett.  At that point of time, they were asked to bring

13:06:51 4    their second payments.

13:06:52 5    Q.    Okay.  Their second payments was going to be how much?

13:07:00 6    A.    It was the same amount, which was close to, I believe,

13:07:05 7    166,000 rupees, something like that.

13:07:08 8    Q.    Okay.  What did Mr. Burnett want you to do to further the

13:07:13 9    next step in the process?

13:07:26 10   A.    He informed me -- around the time the labor certifications

13:07:28 11   were getting approved, he informed me, somewhere in December of

13:07:39 12   2005 or January of 2006, something like that, that the --

13:07:44 13   the -- the priority dates were backlogged from July of 2005.

13:07:53 14          So he asked me to inform the candidates that there

13:08:03 15   was a backlog which was not there earlier, and for many, many

13:08:06 16   years it was current.

13:08:08 17          He asked me to tell the candidates about -- about --

13:08:15 18   about the delay about the priority dates.  Also, he asked me

13:08:20 19   that -- that we need to have an annexure to the agreement.

13:08:26 20   Q.    Okay, but before all of that happened, what was the

13:08:30 21   next -- what was the next task to be done after obtaining the

13:08:33 22   labor certifications?  What was Dewan Consultants supposed to

13:08:37 23   do?

13:08:38 24   A.    We were -- we were asked to call the candidates, to bring

13:08:43 25   in the candidates, and for Mr. Burnett to complete the

**OFFICIAL TRANSCRIPT**

13:08:53  1    paperwork for the I-140.

13:08:56  2    Q.    Now, would you explain what the I-140 is.

13:08:58  3    A.    My understanding -- or the understanding given to me at

13:09:01  4    that point of time was, after the labor approval, the I-140 is

13:09:06  5    the application for the visa that is made to USCIS.

13:09:12  6    Q.    Okay.  What is the USCIS?

13:09:16  7    A.    I believe that's the -- that's like the immigration,

13:09:20  8    immigration department of U.S.

13:09:27  9    Q.    Do you know what their role was to be in the -- in the

13:09:31 10    processing of the I-140's?

13:09:39 11    A.    The role was to grant the visa, which was through an

13:09:42 12    application which was known as I-140.

13:09:44 13    Q.    Okay.  How is an I-140, say, similar or different from a

13:09:51 14    permanent resident visa application?

13:09:58 15    A.    I believe it's part of the permanent resident visa

13:10:03 16    process.  It's a part of it.

13:10:04 17    Q.    So who took those steps, who took the next steps to apply

13:10:08 18    for the I-140's?

13:10:10 19    A.    The step was -- I mean, the applications were done by

13:10:13 20    Mr. Burnett and filed by Mr. Burnett's office.

13:10:15 21    Q.    Okay.  Were I-140's filed for all of the job candidates?

13:10:23 22    A.    No, they were not filed for all the candidates.

13:10:26 23    Q.    Why is that?

13:10:28 24    A.    Because -- because few candidates, they backed out.  When

13:10:32 25    they heard about the -- when they heard about the -- the

13:10:36 1    backlog of the priority dates, some of them, they did not want

13:10:41 2    to continue with that.

13:10:41 3    Q.    From your point of view as a recruiter and what was shared

13:10:46 4    with you by Mr. Burnett, what was the -- what is a priority

13:10:53 5    date?  What does that mean?

13:10:58 6    A.    What I understand is -- or what I understood was that

13:11:03 7    there -- after you -- after your visa is approved by USCIS,

13:11:09 8    like they have -- they have a number of -- number of slots

13:11:16 9    that are -- that are available -- that are available or are

13:11:21 10   granted by the -- by the -- by the immigration.

13:11:25 11          So there was a backlog that -- like, the numbers --

13:11:31 12   the numbers of -- the number of applications approved by the

13:11:35 13   USCIS was more than the -- more than the slots that were

13:11:42 14   granted per year.  So that created -- that created the backlog.

13:11:49 15   Q.    Now, the term "retrogress" has been used a lot in this

13:11:58 16   trial.  Is retrogression of the dates the same as what you're

13:12:03 17   saying were simply a backlog?

13:12:07 18   A.    I don't exactly know the terminology, why they use

13:12:11 19   retrogression, but, I mean, as a common man, I just understood

13:12:18 20   it in a simple way.

13:12:19 21   Q.    Okay.  So you used the terminology "backlog"?

13:12:23 22   A.    Yeah.

13:12:24 23   Q.    With the understanding that a priority date might be set

13:12:26 24   for 2006, but if it's backlogged, that means the priority date

13:12:32 25   goes back to an earlier year?

**OFFICIAL TRANSCRIPT**

13:12:35  1    A.    Correct.

13:12:36  2    Q.    That affects how you would -- the timing of when you could

13:12:41  3    get a green card or a permanent resident visa?

13:12:44  4    A.    Yeah.  The impression that I had at that point of time was

13:12:48  5    that if -- if it -- if it has backlog by three years, then the

13:12:57  6    candidate would have to wait.

13:12:59  7          Even after the -- even after the approval of I-140,

13:13:03  8    he would have to wait for those many numbers of years to go to

13:13:07  9    the consulate and get his visa and go to the U.S.

13:13:10 10    Q.    Okay.  Now, when did you first learn that these priority

13:13:18 11    dates had backlogged?

13:13:23 12    A.    I believe it was December of 2005 or January of 2006.

13:13:28 13    Q.    Did anyone tell you about when the priority dates actually

13:13:36 14    backlogged?

13:13:39 15    A.    No.

13:13:39 16    Q.    Okay.  Well, when I say actually, did anybody tell you

13:13:44 17    that the dates had been backlogged, the priority dates?

13:13:49 18    A.    Nobody else told me about it because I relied on

13:13:54 19    Mr. Burnett, the information from him.

13:13:55 20    Q.    Okay.  So Mr. Burnett told you about the backlog?

13:13:59 21    A.    Yes.

13:13:59 22    Q.    Okay.  When was this?

13:14:02 23    A.    As I said, this was in December of 2005 or January of

13:14:07 24    2006.

13:14:07 25    Q.    What was your understanding of when -- the date to which

**OFFICIAL TRANSCRIPT**

13:14:23 1  the priority dates had backlogged?

13:14:25 2  A.    The understanding given to me was the priority dates

13:14:32 3  backlogged in July 2005.

13:14:34 4  Q.    Okay.  At that point in time, you had been through this

13:14:43 5  recruitment process, and it's been going on for a little while,

13:14:47 6  what was your reaction when you learned this?

13:14:49 7  A.    I was upset.

13:14:52 8  Q.    Why were you upset?

13:14:53 9  A.    I was upset because I was facing the candidates already

13:14:59 10  with the delays of labor certification.  Now this comes in the

13:15:07 11  picture about the delay of the priority dates backlogged.

13:15:11 12          So I was -- I was upset because the candidates would

13:15:16 13  be upset -- in turn, upset with me, because I was the front

13:15:19 14  man.

13:15:19 15  Q.    Okay.  You were -- were you hearing from the candidates?

13:15:23 16  A.    Yes, I was.

13:15:24 17  Q.    Were they advised that the dates had backlogged?

13:15:27 18  A.    Yes, they were advised about the dates because Mr. Burnett

13:15:31 19  asked me to make the annexure to the agreement.

13:15:35 20  Q.    Did anything happen -- when these dates backlogged, did

13:15:46 21  any of these workers drop out of the program?

13:15:49 22  A.    Yes.  A few of them, they backed out.  They said, we would

13:15:52 23  not like to continue with the program.

13:15:53 24  Q.    They already paid some money to you, Mr. Pol and

13:16:00 25  Mr. Burnett?

**OFFICIAL TRANSCRIPT**

13:16:01  1    A.    Yes.   The candidates who had paid us -- who had paid us,

13:16:07  2    the first -- the first installment was refunded back to them.

13:16:13  3    Q.    Okay.  Who refunded that?

13:16:17  4    A.    Dewan refunded back to them.

13:16:19  5    Q.    When you say Dewan, are you referring to Dewan

13:16:22  6    Consultants, or are you referring to Sachin Dewan?

13:16:24  7    A.    No, I'm referring to the company, Dewan Consultants.

13:16:27  8    Q.    Were you okay with that?  As the managing director, were

13:16:37  9    you okay to give those refunds?

13:16:38 10    A.    Yeah, because -- I was okay with that because the

13:16:40 11    understanding that I had was that the -- the candidate to whom

13:16:47 12    I was giving a refund could be substituted.  Now that the labor

13:16:53 13    certifications were approved, I could, I could get -- get a new

13:16:58 14    candidate and substitute him, and get my reimbursement, what

13:17:03 15    I'm refunding.

13:17:03 16    Q.    Okay.  So you actually refunded on behalf of Dewan

13:17:11 17    Consultants, as well as Mr. Pol, and as well as Mr. Burnett?

13:17:13 18    A.    Yes.  I refunded them Dewan Consultants' portion, as well

13:17:19 19    as Mr. Burnett and Mr. Pol's portion.

13:17:21 20    Q.    Okay.  What, if anything, was done with the -- in terms of

13:17:31 21    notifying the workers about the delays?

13:17:43 22    A.    In the annexure, it was -- it was mentioned that -- about

13:17:47 23    the priority dates, and it was mentioned about the -- that it

13:17:51 24    will take more time.

13:17:51 25    Q.    I'm going to now show you a document.

**OFFICIAL TRANSCRIPT**

13:18:23  1           Okay.  Now, Mr. Dewan, I'm going to try to make this
13:18:28  2   as large as I can for you to see it and for everyone to see it.
13:18:37  3           Do you recognize this document?
13:18:39  4   A.   Yes, I do.
13:18:40  5   Q.   Okay.  What is this document?
13:18:52  6   A.   This is the annexure that was made to the agreement
13:18:58  7   informing -- informing the -- that they were -- they were
13:19:05  8   initially informed that the whole process of the permanent
13:19:10  9   resident visa would take 24 months, but now it was delayed due
13:19:17 10   to unforeseen reasons.
13:19:18 11           It also says about the -- that it was informed them
13:19:23 12   that the I-140 approvals would take about six to eight months,
13:19:28 13   but now, because of the priority dates that have -- that have
13:19:32 14   become -- you know, that has backlogged, it will take more
13:19:36 15   time.
13:19:36 16   Q.   I'm going to -- is that your signature?
13:20:04 17   A.   Yes, sir.
13:20:04 18   Q.   You see that this particular agreement -- you see the name
13:20:44 19   of that individual --
13:20:47 20   A.   Yes.
13:20:48 21   Q.   -- in handwriting?
13:20:49 22   A.   Yes.  Joseph Jacob Kadakkarappally.
13:20:53 23   Q.   Do you know him to be one of the plaintiffs going to trial
13:20:57 24   in this case?
13:20:59 25   A.   Yes, I do.

**OFFICIAL TRANSCRIPT**

13:20:59  1    Q.    So, Mr. Jacob was part of one of the earlier recruitment

13:21:07  2    efforts, wasn't he?

13:21:08  3    A.    Yes, he was.

13:21:08  4    Q.    Do you know of any others that are going to trial in this

13:21:19  5    particular case that came from one of the prior recruitment

13:21:21  6    efforts?

13:21:21  7    A.    I believe it's Mr. Andrews Isaac.

13:21:29  8    Q.    Did he sign a similar document?

13:21:33  9    A.    To my recollection, I think he did sign this.

13:21:35  10    Q.    So I want to show you -- I tried to pull that out the best

13:22:15  11    I can.  Would you read that?

13:22:20  12    A.    "As stated in Clause Number 5 of main agreement, the

13:22:25  13    permanent resident status/green card process would take

13:22:28  14    24 months.  Due to unforeseen delays by the U.S. Department of

13:22:33  15    Labor, the implementation of new PERM process was delayed until

13:22:40  16    June 2005.  However J & M Associates, Inc., immediately filed

13:22:45  17    the labor certification in August and September 2005, and the

13:22:51  18    same was completed within seven months' time."

13:23:05  19    Q.    Now, I want to direct your attention to another portion of

13:23:07  20    this document, and I would like you to read that as well.

13:23:21  21    A.    "Your immigrant visa petition approval I-140 shall be

13:23:29  22    completed within six to eight months period from the date of

13:23:32  23    filing.  However, due to backlog of the third preference

13:23:37  24    skilled labor visa category for nationals of India which took

13:23:43  25    place in July 2005, there may be additional administrative

**OFFICIAL TRANSCRIPT**

13:23:49 1    delays to your obtaining the immigrant visa.  This delay were

13:23:56 2    not anticipated when you first contracted to obtain lawful

13:24:02 3    permanent residence in the United States because the third

13:24:06 4    preference skilled labor visa category was" --

13:24:10 5    Q.   Right.  I got it.  I need to get the rest of that for you.

13:24:26 6              To make it easier, I'm just going to call out the

13:24:29 7    whole paragraph.  So you were at the part --

13:24:32 8    A.   -- "was current up until July 2005, and, in fact, had been

13:24:41 9    current for many years.  As a result of the backlog, we cannot

13:24:47 10   give a date certain for your priority dates to become current.

13:24:52 11   However, we believe that within the next 12 months your

13:24:57 12   priority dates will become current.  As this depends entirely

13:25:02 13   on the allocation of visas by the U.S. Department of State, we

13:25:08 14   can only give an estimate of how long it may take."

13:25:16 15   Q.   Okay.  So was that consistent with your understanding,

13:25:19 16   that it would take another 12 months for the priority dates

13:25:26 17   they were talking about to become current?

13:25:28 18   A.   Yeah.  This was in consistent [verbatim] with what I was

13:25:34 19   made to understand by Mr. Burnett.

13:25:36 20   Q.   This was consistent?

13:25:37 21   A.   Yes.

13:25:38 22   Q.   At that time?

13:25:38 23   A.   Yes.

13:25:39 24   Q.   All right.  So the candidates were okay with signing

13:26:33 25   that -- with that document; is that correct?

**OFFICIAL TRANSCRIPT**

13:26:35  1   A.    No, not all.  There were a few that -- that did not wish

13:26:42  2   to -- did not wish to continue with the program.

13:26:46  3   Q.    Okay.  Sorry, I'm having a little technical difficulty

13:27:43  4   here with all of this.

13:28:05  5         So, with this 12-month delay, why did you elect to

13:28:11  6   continue with the recruitment when you were facing some

13:28:16  7   problems with the candidates -- or were you facing problems

13:28:20  8   with the candidates because of the delay?

13:28:24  9   A.    I'm sorry.  Just give me the question again.

13:28:25 10   Q.    Okay.  Were you having some problems with the candidates

13:28:29 11   because of these delays in the green card process?

13:28:32 12   A.    Yes, I was having problems.  The candidates were upset,

13:28:36 13   and I was -- I was facing problems with them on a daily basis.

13:28:41 14   Q.    Okay.  So even in the face of these problems, why did you

13:28:47 15   elect to continue with the recruitment when you were facing

13:28:52 16   these problems?

13:28:52 17   A.    Because I was given to understand that the priority dates

13:28:59 18   was current for many, many years.  What I was -- what I was

13:29:06 19   told, that it will become current again in the next 12 months.

13:29:10 20   Q.    Now, did you believe what Mr. Burnett told you about the

13:29:14 21   priority dates becoming current in 12 months?

13:29:18 22   A.    Yes, I believed him because he was an immigration lawyer,

13:29:23 23   so --

13:29:23 24   Q.    Now, sitting here today, what is your understanding of the

13:29:28 25   date on which the priority dates actually backlogged?

**OFFICIAL TRANSCRIPT**

13:29:35  1    A.    Sitting here today, I think I was deceived by Mr. Burnett

13:29:40  2    because I only got to know during my depositions in August that

13:29:43  3    the priority dates had -- had backlogged, not in July of 2005,

13:29:49  4    but it had backlogged in January of 2005.

13:29:52  5    Q.    Okay.  So why was this significant to you?

13:29:58  6    A.    It was significant to me because I -- I was -- I was the

13:30:04  7    front man.  I needed to know the facts.

13:30:06  8           I needed to know the facts.  I was the front man.  I

13:30:09  9    needed -- I was facing these candidates, their anxiety about

13:30:15 10    the delays, and I had to give them the right information.

13:30:17 11    Q.    Sitting here today, had you known about the actual backlog

13:30:25 12    date, what would you have done?

13:30:28 13    A.    I would have -- I would have put a full stop to that whole

13:30:32 14    process there and then.

13:30:33 15    Q.    Okay.  But at that time, you had no idea?

13:30:38 16    A.    No, I had no idea.

13:30:40 17    Q.    You had no idea of the real date, the real priority --

13:30:43 18    when the dates -- when the priority dates were backlogged to?

13:30:49 19    A.    I had no idea about -- the idea that we -- what was told

13:30:52 20    to me, that it was July 2005.  That was the understanding given

13:30:59 21    to me, but had I been -- had I been told that it can take years

13:31:09 22    to get it, I would have -- I would have put a full stop to it.

13:31:11 23    Q.    Okay.  So in these recruitment efforts, was the third

13:31:19 24    installment ever paid by any of the job candidates?

13:31:21 25    A.    No.

**OFFICIAL TRANSCRIPT**

13:31:21  1    Q.   Why is that?

13:31:23  2    A.   Because -- because they didn't get -- they didn't get into

13:31:28  3    that stage where they had to go to the consulate because --

13:31:33  4    because of the priority dates.

13:31:35  5    Q.   Okay.  And what did many of them do?

13:31:43  6    A.   They -- they started -- they started withdrawing from

13:31:48  7    the -- withdrawing from the process.

13:31:50  8    Q.   Okay.  And when they withdrew from the process, what did

13:31:53  9    you do?

13:31:55 10    A.   I refunded their monies back.

13:31:56 11    Q.   Okay.  And how many refunds did you give?

13:32:02 12    A.   I gave refunds to hundreds of candidates.

13:32:05 13    Q.   How much money did that add up to be?

13:32:09 14    A.   I think, in U.S. dollars, it would be -- I can't give an

13:32:16 15    exact figure, but it was -- it could be close to a million

13:32:21 16    dollars.

13:32:21 17    Q.   How long -- let me put it to you this way.  You started

13:32:28 18    giving refunds right then and there, when these workers dropped

13:32:31 19    out of these programs?

13:32:33 20    A.   Yeah.  The candidates requested that they would not want

13:32:39 21    to continue with the program.  Sooner or later, they were --

13:32:44 22    they were given refunds.  Some were given refunds in -- like

13:32:52 23    the complete amount in one go, and some were given in parts.

13:32:57 24    Q.   How were you possibly doing this?  How were you able to

13:33:02 25    give these refunds?

**OFFICIAL TRANSCRIPT**

13:33:10  1    A.    Of course, from the business.  I was giving them from the

13:33:13  2    business.

13:33:13  3    Q.    What kind of hardship did this place on you?

13:33:18  4    A.    Well, I was mentally -- mentally very much disturbed for

13:33:24  5    so many years because I was -- basically, whatever I was

13:33:31  6    earning, I was just refunding the candidates over a period of

13:33:33  7    time.

13:33:33  8    Q.    Are you still refunding candidates today their money?

13:33:37  9    A.    Yes, because Dewan -- Dewan went out of business in 2008.

13:33:45 10    It was very difficult for me.  Till date, I'm refunding the

13:33:48 11    monies.

13:33:48 12    Q.    Now, let me direct your attention now to the Signal

13:33:52 13    recruitment.  Do you recall in the late summer of 2005 what

13:34:02 14    occurred in the United States?

13:34:04 15    A.    Yes.  I was -- of course, I read through the news, and I

13:34:11 16    was also informed by Mr. Pol and Mr. Burnett that Katrina --

13:34:16 17    Katrina and Rita had occurred here.

13:34:19 18    Q.    Okay.  Now, at about this time, the labor certification

13:34:27 19    had been -- had been approved for the recruitment efforts?

13:34:32 20    A.    Yes.

13:34:33 21    Q.    That's all, not the I-140's?

13:34:35 22    A.    No.

13:34:35 23    Q.    So at that time, did you learn anything about a marine

13:34:51 24    fabricator that was in need of skilled welders and fitters?

13:34:55 25    A.    Yes, I did.

**OFFICIAL TRANSCRIPT**

13:34:56  1    Q.   What was the name of that company?

13:35:00  2    A.   It was Signal International.

13:35:02  3    Q.   Okay.  How did you learn about Signal?

13:35:07  4    A.   Through Mr. Pol.

13:35:07  5    Q.   Okay.  At any time were you approached by Mr. Pol about

13:35:17  6    recruiting skilled laborers, welders and fitters, for Signal?

13:35:22  7    A.   Yes.

13:35:22  8    Q.   Okay.  When was that?

13:35:28  9    A.   I think it was somewhere in April, April of 2006.

13:35:34 10    Q.   What was your understanding of the kinds of workers that

13:35:40 11    Signal needed?

13:35:41 12    A.   My understanding given to me was they need welders and

13:35:46 13    fitters.

13:35:46 14    Q.   Did you ever learn where Signal operated its facilities?

13:35:53 15    A.   Yes.  I was told that they have -- they have -- their

13:36:01 16    main -- their main -- the main company is in Mississippi,

13:36:06 17    Pascagoula -- in Pascagoula, Mississippi, and they also had

13:36:13 18    branched out in Orange, Texas, and I think in Alabama also.

13:36:17 19    Q.   Okay.  Did you at some point learn what Signal's needs

13:36:23 20    were, in numbers, for workers at its Pascagoula facility?

13:36:31 21    A.   As far as I remember, I think it was 290.

13:36:36 22    Q.   What about for the Orange, Texas, facility?

13:36:41 23    A.   I think it was a little -- a little less than that, but I

13:36:47 24    don't -- I don't recollect the exact numbers.  But I think the

13:36:49 25    total -- the total numbers that they needed was 590.

**OFFICIAL TRANSCRIPT**

13:36:52  1    Q.    Okay.  And did you learn from Mr. Pol the kind of

13:37:02  2    sponsorship that Signal would -- would offer for workers to be

13:37:09  3    recruited from India?

13:37:13  4    A.    Yeah, what I was told was Signal will apply -- apply for

13:37:16  5    the permanent resident visa process for everybody.  They will

13:37:21  6    also try and apply for the H2B visas, and if that is denied,

13:37:28  7    they would continue with the process of permanent resident

13:37:33  8    visa.

13:37:33  9    Q.    Okay.  Now, again, why did you get involved in another

13:37:41 10    permanent resident visa program, having experienced the delays

13:37:46 11    in the prior recruitment efforts?

13:37:49 12    A.    Because -- because -- because they gave an option of H2B,

13:37:57 13    and I thought it's -- it's -- it's worth a try if they get the

13:38:03 14    H2B visas.

13:38:04 15          Also, my understanding was that, I mean, now that the

13:38:10 16    PERM was already implemented and -- so that -- that was only

13:38:18 17    taking about -- about six months or seven months to get the

13:38:22 18    PERM approvals --

13:38:24 19    Q.    Let me stop you right there for a second.  When you say

13:38:26 20    the PERM was implemented, for the jury, what did that -- what

13:38:31 21    did that mean to you, that the PERM was -- please explain what

13:38:37 22    you mean by PERM --

13:38:38 23    A.    PERM is the electronic way of filing the labor

13:38:42 24    certifications.

13:38:42 25    Q.    Okay.  So that was something that was unforeseen, and

**OFFICIAL TRANSCRIPT**

13:38:46 1    now --

13:38:47 2    A.   Now that was already in place.  The I-140 -- the I-140

13:38:54 3    would take another -- another six to eight months.

13:38:57 4         As promised by Mr. -- Mr. Burnett, that the backlog

13:39:04 5    dates would become current in the next 12 months.

13:39:09 6    Q.   As per what -- as per what I showed you in the annexure

13:39:14 7    that was shared with the workers?

13:39:16 8    A.   Exactly.  So I had no problems with it because at that

13:39:19 9    point of time my belief was, by the time -- by the time the

13:39:23 10   labor certifications -- the PERM process, that is going to take

13:39:28 11   about six to seven months and -- and the I-140 will take about

13:39:34 12   six to eight months, so -- and the understanding that in the

13:39:39 13   next 12 months, that the priority dates will become current, so

13:39:44 14   I had no problem with this.

13:39:45 15   Q.   Okay.  With respect to the H2B aspect of this, if it

13:39:57 16   hadn't been approved, then what was your view about how long

13:40:02 17   the permanent resident visa would take?

13:40:06 18   A.   The understanding that I had at that time, with the facts

13:40:11 19   that -- that were in place, I -- I believed that in 24 months

13:40:16 20   the -- the permanent resident visa process would be completed.

13:40:28 21   Q.   Now, if I understand your testimony, the H2B visa was not

13:40:30 22   necessarily a certainty?

13:40:35 23   A.   Yes, because the understanding that was given to me on

13:40:38 24   what I had was after IMI in '96, the labor department had --

13:40:48 25   the labor department had made up their mind that there is

13:40:51 1    always a permanent need of welders and fitters in the area of

13:40:57 2    this Gulf Coast and the shipyards here, so they don't -- they

13:41:04 3    don't grant any more H2B visas.

13:41:07 4         So I had that in back of my mind, but, at the same

13:41:10 5    time, Mr. Burnett and Mr. Pol gave me the impression that

13:41:13 6    because of Katrina and Rita there is a good chance that the

13:41:18 7    H2Bs might be approved.

13:41:20 8    Q.   Okay.  So it was your understanding then that there would

13:41:27 9    be a green card application process and an attempt to get the

13:41:32 10   H2B visa proved as well; is that correct?

13:41:37 11   A.   Yes.

13:41:37 12   Q.   Okay.  Now, just to clarify a little bit something about

13:41:52 13   the H2B process.  If the H2B -- the initial H2B that we're

13:42:00 14   talking about was granted -- first of all, where would it have

13:42:04 15   to be granted?  Where would the workers have to be if the H2B

13:42:09 16   was granted?

13:42:10 17   A.   Whenever they were residing or working, if that was India

13:42:19 18   or Dubai, the United Arab Emirates.

13:42:25 19   Q.   So, going through this, if -- your understanding was if

13:42:33 20   the first H2B was granted, what would happen next?

13:42:41 21   A.   My understanding was that the worker would go on an H2B

13:42:46 22   visa, and Signal would file for their permanent resident visa

13:42:52 23   application.

13:42:52 24   Q.   Okay.  Going back to the H2B, did you understand anything

13:42:58 25   else about the H2B process, about extensions, for example?

**OFFICIAL TRANSCRIPT**

13:43:02  1   A.    Yeah, I was -- I was informed that there is a possibility

13:43:06  2   of -- of two extensions because the initial visa validity,

13:43:13  3   which is 10 months, and the -- each extension is of 10 months.

13:43:19  4   Q.    Okay.  Now, it's come up here in trial that sometimes it

13:43:24  5   might have been nine months for the first visa or -- eight or

13:43:28  6   nine months.  Why would that have happened, from your

13:43:31  7   understanding?

13:43:32  8   A.    Because, if the visa -- typically, the -- as I understand

13:43:38  9   is that the H2B visas are approved and has a validity of

13:43:48 10   October to July, because it is splitted, the quota.  The quota

13:43:55 11   that is there for every year is divided into two parts.

13:43:59 12            So -- so, the first part, I believe, is from January

13:44:05 13   to -- to September, and the second part is from, like,

13:44:10 14   October -- first of October to July of the next year.

13:44:18 15            So if the visa petition, which has a date of, let's

13:44:23 16   say, first off, October, and if a job applicant goes to the

13:44:28 17   consulate and gets his visa maybe a month later, after the

13:44:35 18   petition -- the date that is there on the petition, so the

13:44:39 19   validity on his passport, the visa that would be issued by the

13:44:44 20   consulate, will be not for ten months, it will be for nine

13:44:48 21   months, because he's gone one month late to the consulate to

13:44:51 22   get the visa.

13:44:52 23   Q.    I appreciate that clarification.

13:44:55 24            So, if there were to be two possible extensions, then

13:45:04 25   how long would the job candidate -- or the workers be able to

**OFFICIAL TRANSCRIPT**

13:45:10 1  stay at Signal in the United States, assuming the two

13:45:14 2  extensions were granted?

13:45:17 3  A.   Assuming the two extensions were granted, the job

13:45:22 4  candidate would have stayed there for 30 months.

13:45:24 5  Q.   In the meantime, there would be a permanent resident visa

13:45:31 6  application in process?

13:45:32 7  A.   Yes.

13:45:33 8  Q.   You sound very conversant about this now, but who

13:45:43 9  explained all of these things to you?

13:45:46 10  A.   Mr. Burnett.

13:45:48 11  Q.   Okay.  You believed him?

13:45:53 12  A.   Yes, I did.

13:45:53 13  Q.   Okay.  So, in your mind, when was Signal -- well, first of

13:46:06 14  all, let me backtrack a little.  Who was responsible for --

13:46:10 15  once the H2B visa was approved and the workers were sent to the

13:46:14 16  United States for work at Signal, who was it up to to apply for

13:46:18 17  the first extension?

13:46:25 18  A.   It was up to Signal and Mr. Burnett to file their

13:46:28 19  extensions.

13:46:28 20  Q.   Okay.  Would that -- who was it up to to file for the

13:46:35 21  permanent resident visa application?

13:46:37 22  A.   Again, it would be up to -- up to Signal and Mr. Burnett

13:46:40 23  to file for the green card application, for the permanent

13:46:44 24  resident visa applications.

13:46:53 25  Q.   Now, the important point is were the H2B visa extensions a

**OFFICIAL TRANSCRIPT**

13:46:58  1    certainty?

13:47:01  2    A.    To my belief, to my belief, any visa or any -- any visa

13:47:06  3    for any country is not -- is not a certainty.  It's up to the

13:47:11  4    consulate to grant you the visa.  It is up to the

13:47:16  5    immigration -- when you enter a country, it is up to the

13:47:21  6    immigration of that country.

13:47:23  7            This happens -- it happens all the time, even in the

13:47:26  8    Middle East, the candidate is sent back from the airport, back

13:47:29  9    to India.  So, I mean, it's never a certainty.

13:47:35 10            There are incidents where even the candidate goes

13:47:39 11    to -- goes to the country -- to that country, and something

13:47:43 12    happens for unforeseen reasons, and they have to come back.

13:47:49 13            So my belief is always it is up to the -- any visa

13:47:54 14    for any country, it is up to the government of that country to

13:47:59 15    grant the visa or the extensions.

13:48:01 16    Q.    So it would not be up to Dewan Consultants; is that

13:48:04 17    correct?

13:48:04 18    A.    Absolutely not.

13:48:05 19    Q.    Now, at the time that you learned about the recruitment

13:48:23 20    effort to Signal through Mr. Pol, did anyone advise you that a

13:48:34 21    permanent resident visa could not be applied for until the

13:48:36 22    second and final extension of the H2B -- or the H2B extension

13:48:39 23    was granted?

13:48:42 24    A.    I was -- I was -- I was -- when the recruitment -- the

13:48:49 25    recruitment was initiated, I was not informed by anybody.  I

**OFFICIAL TRANSCRIPT**

13:48:53  1    was shocked to learn this only -- only in -- only in January of

13:49:04  2    2007.

13:49:04  3    Q.    What were you doing in January of 2007?  Where were you?

13:49:06  4    A.    I learned this when I was -- I was here in the U.S.  I

13:49:12  5    came to visit Signal.  That's the time I learned that the

13:49:17  6    permanent resident visa cannot be applied until the two

13:49:20  7    extensions.

13:49:20  8    Q.    Okay.  Who shared that with you at that time?

13:49:23  9    A.    Mr. Burnett shared that with me.

13:49:26 10    Q.    Your reaction?

13:49:31 11    A.    I was very upset.  Again, I was very upset.

13:49:35 12    Q.    Why?

13:49:36 13    A.    Because this should have been told to me even before we

13:49:42 14    initiated the recruitment process for Signal, before we started

13:49:45 15    the testing.

13:49:48 16    Q.    Why?

13:49:48 17    A.    Because I would have passed on this information to all the

13:49:52 18    workers, all the job applicants --

13:49:54 19    Q.    Okay.

13:49:57 20    A.    -- that the permanent resident visa process will only be

13:50:03 21    filed after the H2B extensions, if the H2Bs are granted.

13:50:09 22    Q.    Now, let me ask you this:  In the recruitment process in

13:50:19 23    India, did you tell the candidates, the job candidates for

13:50:22 24    Signal, that if the H2B extension was not granted, in other

13:50:28 25    words, when they came to the United States and for some reason

**OFFICIAL TRANSCRIPT**

13:50:30  1   it was not granted, that they would have to go back to India?

13:50:33  2   A.   Yes.

13:50:33  3   Q.   Why would that be so?

13:50:35  4   A.   That's -- that's -- that's -- that's a very, you know,

13:50:41  5   understanding statement -- I mean, any -- not only to the U.S.

13:50:47  6   If they go to any country, if their visa is not renewed or not

13:50:52  7   extended, they have to come back to the -- they have to come

13:50:55  8   back to their country.

13:50:56  9   Q.   Okay.  That's based on your -- that's based on information

13:51:01 10   that was shared by whom?

13:51:04 11   A.   This is based on my experience that I have with -- in

13:51:09 12   recruitment in all the countries, Saudi Arabia or UAE.  There

13:51:16 13   are cases, even in Saudi Arabia, that the visa is not renewed,

13:51:21 14   and in that case the candidate has to come back.

13:51:23 15   Q.   How many workers have you recruited over the last

13:51:28 16   30 years?  Well, let me ask, how long have you been in the

13:51:31 17   recruitment business?

13:51:35 18   A.   I've been full time, full time into recruitment business

13:51:40 19   since 1991.

13:51:40 20   Q.   Okay.  In all of that time, did you understand workers

13:51:55 21   from India who went to work abroad, all over the world, that

13:52:00 22   they understood what a visa is and what it meant?

13:52:10 23   A.   Yeah, because most of these workers -- most of these

13:52:14 24   workers who came --

13:52:15 25          THE COURT:  Hold on.

**OFFICIAL TRANSCRIPT**

13:52:19 1          MR. BHATNAGAR:  Objection --

13:52:20 2          THE COURT:  Maybe you could lay a foundation for how he

13:52:25 3    has personal knowledge.

13:52:28 4    EXAMINATION BY MR. SHAPIRO:

13:52:28 5    Q.   You've been in the recruitment business since 1991 full

13:52:31 6    time; is that correct?

13:52:31 7    A.   Yes, sir.

13:52:33 8    Q.   How many workers have you recruited total, approximately,

13:52:35 9    over the years?

13:52:37 10   A.   It would be very difficult for me to give a figure, but

13:52:40 11   thousands.

13:52:40 12   Q.   Did you say a thousand?

13:52:43 13   A.   Thousands.

13:52:44 14   Q.   Thousands.

13:52:44 15   A.   Yeah.

13:52:46 16   Q.   Okay.  These are -- these are for -- these are for work

13:52:52 17   opportunities overseas in how many different countries?

13:52:56 18   A.   I have personally recruited mostly to Saudi Arabia and

13:53:03 19   United States -- sorry, United Arab Emirates.  As I mentioned,

13:53:09 20   a few to Kuwait and Bahrain and Qatar.  This is what I

13:53:17 21   understand.

13:53:17 22   Q.   Now, in recruiting those people, the workers, were they

13:53:25 23   happy with you?  Did they come back to hire you again for

13:53:30 24   further recruitment?

13:53:31 25   A.   Absolutely, yes.  Every -- every -- every year, we get so

OFFICIAL TRANSCRIPT

13:53:36  1    many candidates who finish their contracts with their company,

13:53:40  2    and they come back to us to go for new companies -- to apply

13:53:45  3    for new companies.

13:53:46  4    Q.   So in your experience, what is your impression of what the

13:53:51  5    worker understands a visa to be, a visa to work in a foreign

13:53:57  6    country to be?

13:53:58  7    A.   You see, I --

13:54:01  8         MR. BHATNAGAR:  Objection, relevance.

13:54:03  9         THE COURT:  Overruled.

13:54:10 10         THE WITNESS:  Should I answer?

13:54:11 11         THE COURT:  You can answer.  You can answer.

13:54:13 12         THE WITNESS:  Sorry.  Just give me the question again.

13:54:16 13         MR. SHAPIRO:  Can you read it back, I'm sorry.

13:54:16 14         (WHEREUPON, at this point in the proceedings, the

13:54:16 15    question was read back by the reporter.)

13:54:36 16         THE WITNESS:  To my understanding, with my -- with my

13:54:39 17    past experience, I understand that every -- every -- every

13:54:46 18    applicant or every job worker that goes overseas understands

13:54:49 19    that the visa is issued by -- issued by the -- by the

13:54:55 20    government and not by -- not by the recruiter or not by the

13:54:59 21    company who is sponsoring them.  They understand that.

13:55:02 22              It is up to that government of that country,

13:55:08 23    particular country, to issue the visa or to renew the visa.

13:55:13 24              Most of those candidates who were applying for

13:55:16 25    Signal were all -- had all previous -- previously worked --

OFFICIAL TRANSCRIPT

13:55:22 1  worked overseas.

13:55:23 2  EXAMINATION BY MR. SHAPIRO:

13:55:23 3  Q.   That would include the five plaintiffs that are going to

13:55:26 4  trial now; isn't that correct?

13:55:28 5  A.   I think most of them, except for maybe -- except for maybe

13:55:32 6  two.

13:55:32 7  Q.   Okay.  Now, at some point did you learn that Mr. Pol had

13:55:42 8  entered actually into a written contract with Signal?

13:55:45 9  A.   Yes.

13:55:46 10 Q.   Okay.  Did you ever see the contract?

13:55:54 11 A.   I saw it much, much later, but not when -- not when the --

13:55:58 12 not when the recruitment process was -- was initiated, not at

13:56:03 13 that time.

13:56:03 14 Q.   Okay.  I'm going to pull up an exhibit, I hope.  Oh, I

13:56:32 15 forgot one detail.

13:56:42 16      Okay.  Is this the contract that you had seen?

13:56:58 17 A.   Yes.

13:56:58 18 Q.   I wanted to alert your attention to this paragraph here.

13:57:25 19 Go ahead and read it.

13:57:28 20 A.   "This agreement establishes the framework for business

13:57:31 21 relationship between two parties to select, acquire, and

13:57:36 22 transport to and from the United States foreign skilled

13:57:41 23 workers, hereinafter, foreign workers, under the H2B temporary

13:57:46 24 program and/or the permanent resident process, to be employed

13:57:55 25 by Signal or its subsidiaries, and acquired on behalf of Signal

**OFFICIAL TRANSCRIPT**

13:58:00  1   by Global for that purpose.

13:58:04  2   Q.   Okay.  Now, what is -- what is Global?  What is Global

13:58:09  3   Resources, Inc.?

13:58:11  4   A.   Global Resources is the company of Michael Pol.

13:58:15  5   Q.   So that's a different company from his previous company,

13:58:19  6   IMI?

13:58:19  7   A.   That's right.

13:58:20  8   Q.   Do you know whatever happened to his previous company?

13:58:36  9   A.   I think I was told that he sold his company, IMI.

13:58:41 10   Q.   The passage that you read about the H2B and permanent

13:58:44 11   resident, first of all, was that explained to you by Mr. Pol?

13:58:49 12   A.   What Mr. Pol told me was that Signal will apply for green

13:58:56 13   cards for the permanent resident visa process and also apply

13:59:01 14   for H2B visas.  If H2B visas are denied, they will continue

13:59:07 15   with the permanent resident visa process.

13:59:10 16   Q.   Okay.  And was it your understanding that under this

13:59:19 17   contract Mr. Pol had the authority to appoint an attorney, an

13:59:26 18   immigration attorney?

13:59:27 19   A.   Yeah.  That's what I understand.

13:59:28 20   Q.   And who did he appoint?

13:59:32 21   A.   He appointed Mr. Burnett.

13:59:34 22   Q.   And your understanding of this agreement -- was it your

13:59:39 23   understanding of this agreement that Mr. Pol had the authority

13:59:42 24   to hire a recruiting agent?

13:59:45 25   A.   Yes.  I saw that, that he had the authority, since he was

**OFFICIAL TRANSCRIPT**

13:59:50 1    the main recruiter.

13:59:51 2    Q.   And do you understand what the goal of Global Resources

13:59:57 3    and Michael Pol was in this recruitment effort?

14:00:03 4    A.   The role of Global -- what -- what understanding I was

14:00:08 5    given was that Global will help Signal with the -- with the

14:00:15 6    recruitment, and Global will -- will appoint -- will appoint

14:00:28 7    the recruiting agency in India and also appoint the immigration

14:00:33 8    lawyer.

14:00:34 9            But I was -- I was also given to understand that

14:00:39 10   Global is also going to provide with the accommodation --

14:00:43 11   accommodation and food for these workers that will come to --

14:00:49 12   the job candidates that will come to Signal.

14:00:53 13   Q.   So when you say that -- first of all, let me direct your

14:01:16 14   attention to a provision in this agreement.  Okay.  I pulled

14:02:01 15   out this part of the -- now I have to show it to you.  I've

14:02:05 16   pulled out this part of the contract.  Go ahead and read that,

14:02:08 17   if you would.

14:02:10 18   A.   "Global shall provide housing, transportation and meals,

14:02:15 19   accommodations, for any foreign worker during the period of

14:02:19 20   employment in the U.S. for Signal.  The costs for any such

14:02:26 21   accommodations to be provided to the foreign workers shall be

14:02:30 22   agreed upon between the foreign worker and Global and shall be

14:02:35 23   paid for by the foreign worker."

14:02:40 24   Q.   That's all I need you to read.

14:02:41 25            So that's consistent with your understanding that

**OFFICIAL TRANSCRIPT**

14:02:47 1  Global would provide for housing, transportation and meals; is

14:02:55 2  that correct?

14:02:56 3  A.   Yes, correct.

14:03:21 4  Q.   And was it your understanding that any money would be

14:03:26 5  deducted from the wages of the workers to pay for --

14:03:28 6  A.   Yes.  That was informed to me by Mr. Pol.

14:03:32 7  Q.   Okay.  And what amount was that?  Did he ever share that

14:03:37 8  with you?

14:03:38 9  A.   He did share that with me, but offhand I don't

14:03:45 10 recollect -- I don't recollect the amount.

14:03:46 11 Q.   Now, the contract is not between you and Signal, is it?

14:03:52 12 A.   No.  The -- Global was the main recruiter and this is a

14:04:03 13 contract between two parties.

14:04:03 14 Q.   Okay.  Now, what is the significance of that to you as a

14:04:09 15 recruiter when there is a main recruiter?

14:04:12 16 A.   Sorry, I didn't understand the question.

14:04:12 17 Q.   What is the significance of having a main recruiter who

14:04:19 18 hires you as a recruiter in India?

14:04:25 19 A.   The main recruiter's role, of course, is much, much more

14:04:32 20 bigger.  He's supposed to be interacting with the company and

14:04:36 21 giving him all the information.  And as per -- as per the laws

14:04:44 22 in India, Global could not recruit directly from India, so he

14:04:49 23 had to appoint a recruitment firm in India.

14:04:52 24 Q.   Okay.  And do you know why Pol chose -- or Global or

14:05:00 25 Mr. Pol chose you to handle the recruitment process in India?

**OFFICIAL TRANSCRIPT**

14:05:03  1    A.    That's what I just said, that because as per laws in

14:05:09  2    India, as per the Immigration Act, a foreign company cannot be,

14:05:17  3    you know, recruiting -- they can recruit directly but only

14:05:22  4    under a special permission, but usually they have to apply --

14:05:26  5    they have to appoint recruitment agency who has a license in

14:05:31  6    India.

14:05:31  7    Q.    Right.  And I don't think my -- I'll clarify the question

14:05:37  8    a little bit for you.  Why did he recruit Dewan Consultants in

14:05:43  9    particular for the recruitment?

14:05:44 10    A.    Of course, because he knew that -- he knew that Dewan

14:05:48 11    Consultants had delivered good candidates to him during IMI

14:05:53 12    time and thought that that was almost 400 workers, so Dewan has

14:06:00 13    the capacity to fulfill those requirements and also reputation.

14:06:05 14    Q.    Okay.  Now, did, in fact, Signal -- do you know if Signal

14:06:17 15    was made aware that you needed to have a demand letter and a

14:06:22 16    Power of Attorney?

14:06:23 17    A.    Yes.

14:06:26 18    Q.    And did you receive such a demand letter from Signal?

14:06:31 19    A.    Yes.

14:06:32 20    Q.    Do you recall when that was?

14:06:37 21    A.    I think it was somewhere in May or June of 2006.

14:06:42 22    Q.    Okay.  And you also needed the Power of Attorney; is that

14:06:54 23    correct?

14:06:54 24    A.    Correct.

14:06:54 25    Q.    And was that -- was a Power of Attorney given to you?

**OFFICIAL TRANSCRIPT**

14:07:03  1    A.    Yes.

14:07:05  2    Q.    Okay.  And I would like to pull up a document for you.

14:07:52  3    I'll get back to this in a minute.  I want to show you this

14:08:38  4    document here.  Do you recognize this document?

14:08:44  5          Oops, I haven't put it up yet.  Sorry.

14:08:53  6          Do you recognize this document?

14:08:53  7    A.    Yes.  This is the second -- second Power of Attorney that

14:09:00  8    was sent to me.

14:09:02  9    Q.    Okay.  There was a first Power of Attorney?

14:09:07 10    A.    Yes.  There was a first limited Power of Attorney given to

14:09:10 11    me for the -- for the -- that was when -- when the recruitment

14:09:17 12    process was initiated, when the testing was initiated,

14:09:20 13    somewhere in May or June of 2006.

14:09:22 14    Q.    And that Power of Attorney was simply a very brief letter

14:09:27 15    giving you a limited Power of Attorney just to get going?

14:09:31 16    A.    Yeah.  That Power of Attorney, as I explained earlier in

14:09:33 17    my testimony, that it was sent to me to take necessary

14:09:38 18    permissions from the immigration department to advertise and

14:09:43 19    conduct interviews.

14:09:45 20    Q.    And this Power of Attorney, I just want to -- was this a

14:10:07 21    typical Power of Attorney that you would receive?

14:10:08 22    A.    No.

14:10:08 23    Q.    What was different about it?

14:10:12 24    A.    In the first place, I did not request for this Power of

14:10:17 25    Attorney.  It was sent to me by Signal.  And to my

                              **OFFICIAL TRANSCRIPT**

14:10:22  1   understanding, it could have been to -- because I think by

14:10:29  2   August, Signal knew that the H2Bs, the H2B were -- were kind of

14:10:36  3   granted by the -- by the labor -- by the labor department, so

14:10:43  4   I --

14:10:43  5   Q.   Let me ask you something.  I was trying to ask you a

14:10:46  6   question about what your understanding of your powers to be

14:10:51  7   under this Power of Attorney.  What did this authorize Dewan,

14:10:56  8   Dewan Consultants to do?

14:11:00  9   A.   It authorizes, I think, to -- Dewan to basically do that.

14:11:07 10   I'll have to read the whole thing, because it's been a while

14:11:10 11   that I have read this one, but it was authorizing me to -- to,

14:11:16 12   you know, act on their behalf.

14:11:18 13   Q.   Okay.  And let me just show you -- just because you

14:11:27 14   indicated you wanted to read it a little bit to refresh your

14:11:31 15   memory, let me show you.  If you could just read it to

14:12:03 16   yourself, that would be fine.  Just to refresh your memory.

14:12:07 17   A.   (Witness complies.)  Yes.

14:12:58 18   Q.   And does that refresh your memory as to what your role was

14:13:04 19   to be as Signal's power -- what this Power of Attorney gave you

14:13:10 20   the authority to do?

14:13:11 21   A.   Yeah.  This Power of Attorney gave me the -- gave me the

14:13:16 22   authority to, you know -- to be their -- to be their lawful

14:13:27 23   agent and also represent them -- represent them for the -- for

14:13:34 24   the recruitment -- for the recruitment process, and also it

14:13:41 25   says that "including but not limited to filing of the -- of the

OFFICIAL TRANSCRIPT

14:13:46  1    applications."

14:13:47  2    Q.    Okay.  And what did that mean to you?

14:13:54  3    A.    That's -- to me that means the filing is -- they are

14:14:00  4    giving me the -- probably the power to complete the paperwork

14:14:04  5    but not -- not the filing.

14:14:07  6    Q.    But not the filing.  Okay.

14:14:09  7            Now, I want to show you another part of it, if you

14:14:13  8    just read that.

14:14:45  9    A.    (Witness reviews the document.)  Yes.

14:14:45 10    Q.    Actually, it continues on to the next page, and I'm going

14:14:49 11    to bring that up for you as well.  And that completes the

14:15:05 12    passage.

14:15:22 13    A.    Yes.

14:15:22 14    Q.    One more thing I want to show you.  I think I've shown you

14:15:31 15    this already.  Do you recognize your signature at the bottom of

14:15:45 16    this?

14:15:46 17    A.    Yes, I do.

14:15:47 18    Q.    And who signed from Signal International?

14:15:50 19    A.    That's Mr. Schnoor.

14:15:52 20    Q.    So with this Power of Attorney in hand -- let me ask you

14:16:18 21    this:  As a recruiter, what did this Power of Attorney really

14:16:23 22    mean to you as far as what you could do on behalf of Signal in

14:16:25 23    India?

14:16:28 24    A.    I think it gave me all the authority to -- it gave me all

14:16:32 25    the authority that I feel was right to act on their behalf --

                          **OFFICIAL TRANSCRIPT**

14:16:40  1   to act on their behalf, whatever I felt was right to do for

14:16:46  2   them.

14:16:46  3   Q.   Okay.  Now, did they give -- did Signal give you any kind

14:16:51  4   of money or anything of value for giving you this Power of

14:16:56  5   Attorney?

14:16:58  6   A.   No.

14:16:58  7   Q.   Did you give Signal any money for this?

14:17:07  8   A.   No.

14:17:07  9   Q.   Or anything of value?

14:17:11 10   A.   I think this Power of Attorney was -- was supposed to

14:17:15 11   be -- to sign -- to sign any document on their behalf, if

14:17:20 12   required in India or if -- if -- if -- if there were anything

14:17:27 13   that needed to be -- that needed to be, you know -- to be

14:17:34 14   addressed in India during the recruitment process, it was

14:17:38 15   authorizing me to do that.

14:17:40 16   Q.   Okay.  And -- and you did what -- you did that on behalf

14:17:46 17   of Signal, didn't you?  You did what was required of you; is

14:17:51 18   that correct?

14:17:51 19   A.   I did whatever was -- was -- was asked me to do as per the

14:18:00 20   correspondence and as per what I was instructed to do.  I did

14:18:05 21   everything I was instructed to do.

14:18:06 22   Q.   So notwithstanding that you had a Power of Attorney to act

14:18:10 23   on Signal's behalf, you had to follow specific instructions

14:18:13 24   from Signal?

14:18:18 25   A.   See, of course, time to time there were instructions given

**OFFICIAL TRANSCRIPT**

14:18:23  1    to me of, you know, how the things -- this came to -- I came

14:18:30  2    into picture with -- with -- with Signal only after -- after

14:18:37  3    the testing had started and -- and the H2Bs were approved.

14:18:44  4    Q.    Okay.  Fair enough.

14:18:46  5          But notwithstanding the fact that you had power to

14:18:48  6    act on Signal's behalf, if Signal told you to do something or

14:18:52  7    if they wanted you to do something, would you have to do it?

14:18:55  8    A.    Yeah.  They had -- I mean, my understanding is that they

14:19:02  9    are the company.  If they are instructing me to do something, I

14:19:05 10    will act as per their instructions.

14:19:07 11    Q.    Now, as their attorney, I say attorney, but as per the

14:19:23 12    Power of Attorney, did you act lawfully at all times when you

14:19:28 13    carried out your responsibilities for Signal?

14:19:32 14    A.    Yes, I think so.  I acted lawfully.

14:19:34 15    Q.    I'm sorry?

14:19:36 16    A.    I think I acted lawfully.

14:19:37 17    Q.    Okay.  And would you have acted in any other way, is my

14:19:43 18    question?

14:19:44 19    A.    No.

14:19:44 20    Q.    And when Signal actually did want you to do something

14:19:52 21    specific, you followed their instruction, isn't that -- did you

14:19:57 22    follow their instructions?

14:19:58 23    A.    Correct.

14:19:58 24    Q.    Now, how did you go about the recruitment of workers for

14:20:04 25    employment at Signal?  What was the first thing you did?

**OFFICIAL TRANSCRIPT**

14:20:10  1    A.    I was -- when I was given the -- when I was given the
14:20:14  2    request, I was -- I advertised and I was told by Mr. Pol that
14:20:23  3    somebody from Signal -- from Signal would come to test the job
14:20:29  4    candidates.
14:20:30  5    Q.    Okay.  And let's take it step by step.  Did you say you
14:20:39  6    advertised in the newspaper?
14:20:41  7    A.    Yes, we advertised -- we advertised in the newspapers.
14:20:47  8    And during the -- during the first -- before the first -- first
14:20:56  9    testing that took place, there was a seminar also conducted,
14:21:02 10    and after the seminar -- after the seminar, the job candidates
14:21:07 11    who accepted the terms and conditions or the offer that was
14:21:12 12    being made, they came for the testing.
14:21:15 13    Q.    Okay.  And I appreciate your telling us that, but I wanted
14:21:20 14    to find out a little bit more about the first initial steps
14:21:24 15    that you took in advertising.
14:21:27 16          How was the advertising done?  How did Dewan
14:21:31 17    Consultants do the advertising?  What did they do?
14:21:39 18    A.    They -- basically we took the information that was
14:21:42 19    provided by Mr. Pol.
14:21:44 20    Q.    And did you need any special permission from any
14:21:50 21    government entity?
14:21:51 22    A.    Yes.
14:21:51 23    Q.    And what permission did that have to come from?
14:21:54 24    A.    That had to come from the protector of immigrant.  That
14:21:59 25    permission is basically not required -- not required when you

14:22:03  1   advertise -- when you advertise with your address and if you're

14:22:10  2   advertising this in Mumbai, with your registered address.

14:22:13  3          But if you are advertising for -- for example, if I'm

14:22:19  4   advertising this in south India or I'm advertising this in

14:22:22  5   north India, then I have to procure permission because I'm

14:22:25  6   going to be conducting interviews other than my registered

14:22:29  7   office, so I need to have permission from the protector of

14:22:34  8   immigrants.

14:22:35  9   Q.    And that's an absolute requirement, isn't it?

14:22:38 10   A.    That's an absolute requirement.  In fact, you have to show

14:22:40 11   the permission to the -- to the local protector of immigrant.

14:22:46 12   If I'm advertising, let's say, in Delhi, so I have -- before

14:22:49 13   I -- before I advertise and conduct the interviews -- conduct

14:22:53 14   the interviews, the testing or the interviews, I need to take

14:22:57 15   this permission and show it to the local protector of

14:23:00 16   immigrants, and I also have to show it to the local police

14:23:05 17   station.

14:23:07 18   Q.    Really.  Now, you have to show it to the local police

14:23:09 19   station.  Why is that?

14:23:12 20   A.    See, it's basically for when there is a gathering -- when

14:23:19 21   there is a gathering -- when usually these kind of recruitment

14:23:23 22   happen, at times there will be 500 up to maybe even 600 people

14:23:29 23   coming -- coming for the -- coming for the testing.  Because

14:23:32 24   you expect at times 200 will come and 500 turn up.  So at times

14:23:40 25   it gets -- the neighboring -- the neighboring office or the

**OFFICIAL TRANSCRIPT**

14:23:46  1    neighboring -- somebody might just pick up the phone and

14:23:50  2    complain that there is a big crowd here, and it's -- you know,

14:23:56  3    then -- so when somebody calls up the police station, they are

14:24:00  4    already aware of what's happening there.

14:24:03  5           So the permission, they already have seen the

14:24:07  6    permission and they have a copy of the permission.  And if

14:24:09  7    somebody picks up the phone and calls the protector of

14:24:13  8    immigrant that there is an illegal recruitment happening here,

14:24:16  9    which is -- somebody -- because it's very common in India that

14:24:19 10    a lot of recruiting agents who are not registered with the

14:24:22 11    ministry conduct this recruitments.

14:24:24 12           So if somebody complains to the protector of

14:24:28 13    immigrant, he is aware that this -- that this agency or this

14:24:33 14    recruitment firm has taken the permission and given us a copy

14:24:37 15    of the permission and he is, you know, legally doing the

14:24:40 16    interviews or testing there.

14:24:43 17    Q.    So does Dewan Consultants always comply with that

14:24:48 18    requirement to --

14:24:51 19    A.    Yes.

14:24:51 20    Q.    -- talk to the police --

14:24:52 21    A.    Yes.

14:24:52 22    Q.    -- talk to the -- notify the police?

14:24:55 23    A.    Yes.  If we don't do -- when there is a big interviews --

14:25:00 24    when there is a big interviews, if you do this, you are at a

14:25:05 25    very big risk of doing it.

**OFFICIAL TRANSCRIPT**

14:25:07  1    Q.    Something came up in this trial about a disturbance during

14:25:11  2    a recruiting event in south India where your subagent Salimon

14:25:24  3    was there, and the police were called.  Do you have any

14:25:27  4    personal knowledge about that event?

14:25:28  5    A.    Yes.  I recollect that event, yes.

14:25:31  6    Q.    Were you there?

14:25:31  7    A.    I was there.  And the same thing happened, that somebody

14:25:35  8    from the neighborhood called up the police station and said

14:25:38  9    that there is a big gathering here, and it was actually

14:25:43 10    Salimon's house, so the neighbors were kind of, you know,

14:25:48 11    worried what's going on.  So somebody -- somebody from the

14:25:52 12    neighborhood called -- called the police station, and the

14:25:55 13    police came there and they saw the permission and they left.

14:25:57 14    Q.    That was -- nothing happened then, right?

14:26:03 15    A.    No, nothing happened.

14:26:04 16    Q.    No adverse consequences, right?

14:26:06 17    A.    No.

14:26:07 18    Q.    And has that ever happened to Dewan Consultants before?

14:26:14 19    A.    Yeah, it does happen.

14:26:15 20    Q.    And why -- are there ever any repercussions because of the

14:26:25 21    recruitment effort?

14:26:28 22    A.    If you don't have the permission, you have to shut down.

14:26:31 23    You just have to shut down.  If somebody calls up the police

14:26:34 24    and they come or -- you have to shut down.

14:26:36 25    Q.    So what I'm asking you is that, did you always have the

**OFFICIAL TRANSCRIPT**

14:26:40 1    permission?

14:26:40 2    A.    Yes.

14:26:42 3    Q.    Now, I just wanted to get back to the ads with you

14:26:56 4    briefly.  What kind of information would you put in the

14:27:03 5    advertisements for the Signal recruitment effort?

14:27:11 6    A.    The initial ads said "H2B/permanent resident visa."

14:27:17 7    Q.    And why did it say H2B/permanent resident visa?

14:27:24 8    A.    That was the understanding that was given to me by

14:27:26 9    Mr. Pol.

14:27:30 10   Q.    Okay.  And what you have previously testified to about

14:27:34 11   your understanding of the process, is that -- is that the basis

14:27:37 12   for putting H2B/permanent resident visa in the advertisement?

14:27:43 13   A.    Yes.

14:27:44 14   Q.    Are there any other reasons -- do you include all the

14:27:53 15   details of a recruitment effort -- or did you put all the

14:27:58 16   efforts -- the details of the recruitment effort in the

14:28:02 17   advertisements for the Signal recruiting?

14:28:04 18   A.    See, I basically used the subject line, the subject line

14:28:10 19   that was given to me in the demand letter, H2B/permanent

14:28:15 20   resident visa, as per my understanding that Signal was supposed

14:28:18 21   to file for the permanent resident visa process.

14:28:23 22   Q.    Right.  That was the -- in the initial demand letter that

14:28:26 23   you were talking about earlier?

14:28:27 24   A.    Yes.

14:28:28 25   Q.    In the subject line of that letter, what did it say?

**OFFICIAL TRANSCRIPT**

14:28:34 1   A.    The subject line of that demand letter was H2B/permanent

14:28:38 2   resident visa process.

14:28:39 3   Q.    Now, what was a typical response to the ads for the Signal

14:28:53 4   recruitment?

14:28:56 5   A.    They were in phases, so they were different.  They were

14:28:59 6   different from each other.

14:29:00 7         But, to begin from the first one, when we advertised

14:29:07 8   with H2B/permanent resident visa process, at that point of time

14:29:13 9   H2B visa was a big question mark.  So we had to, you know, call

14:29:20 10  them to the seminars and explain them that -- explain them

14:29:26 11  about -- about the companies, about the process.

14:29:30 12        The handouts that we gave to them also -- also

14:29:37 13  mentioned about the -- about the delays.  It told them about

14:29:42 14  the -- about the -- about the priority dates.  It gave them all

14:29:52 15  the details.

14:29:53 16        So when the candidate came to the seminars, they were

14:29:57 17  informed.  They had a lot of questions to ask me.  If they

14:30:07 18  accepted -- if they accepted the terms and conditions, then

14:30:09 19  they were asked to come for the testing.

14:30:18 20        The second phase -- sorry, I didn't go over the

14:30:22 21  second phase -- the second phase -- because there were three --

14:30:25 22  three testings that happened, all of which -- two testing

14:30:31 23  happened before the grant of the H2B visas, and the third --

14:30:37 24  the third testing happened after the H2Bs were -- were -- were

14:30:43 25  granted.

**OFFICIAL TRANSCRIPT**

14:30:43  1          So the third set of -- during the -- before the third

14:30:50  2     testing, the advertisements that were placed were only placed

14:30:54  3     with only H2Bs.

14:30:55  4     Q.   Why was that?

14:30:57  5     A.   Because at that time, H2Bs were already granted, so it was

14:31:05  6     very clear that they would first go on the -- they would first

14:31:08  7     go on the H2B visa.

14:31:10  8          So I didn't see a reason to put it in the ads, but,

14:31:16  9     yes, when the candidates came to the office and after the

14:31:19 10     testing, I did mention to them -- or I did tell them that they

14:31:23 11     will be eligible for a permanent resident visa process, that

14:31:28 12     Signal -- Signal had promised Mr. Pol, and Pol had informed me.

14:31:33 13     Q.   So all the later groups of people would have a very

14:31:36 14     similar -- the same opportunity as the earlier group; is that

14:31:39 15     correct?

14:31:39 16     A.   Sorry, give me the question again.

14:31:42 17     Q.   Did the advertisements that you put in the newspapers to

14:31:46 18     attract people for the -- in the later stages of the

14:31:48 19     recruitment, even though it said H2B, would they have the same

14:31:52 20     opportunities that the earlier workers had?

14:31:54 21     A.   Yes, yes, they would have the same -- although it was not

14:31:57 22     mentioned in the ads, but they were supposed to have the

14:32:01 23     same -- same opportunity about the permanent resident visa

14:32:06 24     process.

14:32:06 25          THE COURT:  Mr. Shapiro, would this be a good time to

**OFFICIAL TRANSCRIPT**

14:32:09  1    take a break?

14:32:10  2            MR. SHAPIRO:  Yes, actually excellent.

14:32:13  3            THE COURT:  How much longer do you have?  Do you have a

14:32:19  4    fair amount?

14:32:20  5            MR. SHAPIRO:  I would say -- I'm trying to give you a

14:32:24  6    good idea.

14:32:33  7            THE COURT:  That's okay.  More than a few minutes.  So

14:32:36  8    we'll take our break.

14:32:38  9            MR. SHAPIRO:  Two hours probably, maybe not that long.

14:32:41 10            THE COURT:  So we'll come back -- let's just take a

14:32:46 11    10-minute break.  We'll come back at 10:40.

14:32:49 12                 Please remember the instructions I've given you.

14:32:51 13                 Not 10:40, 2:40.

14:32:51 14            (WHEREUPON, at 2:32 p.m., the jury panel leaves the

14:32:51 15    courtroom.)

14:33:27 16            THE COURT:  See you all in ten minutes.

14:33:27 17            (WHEREUPON, at 2:33 p.m., the Court was in recess.)

14:47:00 18            THE COURT SECURITY OFFICER:  All rise.

14:47:02 19            (WHEREUPON, at 2:47 p.m., the jury panel enters the

14:47:30 20    courtroom.)

14:47:30 21            THE COURT:  All right.  Be seated.

14:47:55 22            MR. SHAPIRO:  May I begin, Your Honor?

14:47:56 23            THE COURT:  Yes.

14:47:57 24            MR. SHAPIRO:  Oh, I'm sorry.

14:48:00 25    EXAMINATION BY MR. SHAPIRO:

                              **OFFICIAL TRANSCRIPT**

14:48:02  1    Q.    Mr. Dewan, one thing I wanted to show you earlier is you

14:48:05  2    mentioned that there were -- one requirement that you had was

14:48:10  3    to get a demand letter from Signal and also a Power of

14:48:16  4    Attorney.  So I wanted to show you the document, and I want you

14:48:24  5    to tell me if you recognize it.

14:48:32  6    A.    Yes, I recognize it.

14:48:33  7    Q.    Who is it addressed to?

14:48:42  8    A.    It's addressed to Dewan Consultants Private, Limited.

14:48:58  9    Q.    Do you know the individual who signed?

14:49:01 10    A.    Mr. Bingle.

14:49:03 11    Q.    Was this the Power of Attorney that was given to you

14:49:12 12    initially by Signal?

14:49:14 13    A.    Yes.

14:49:17 14    Q.    Okay.  I want to call your attention to something.

14:49:34 15          This document was required for you to recruit in

14:49:43 16    India initially?

14:49:44 17    A.    Yes.

14:49:44 18    Q.    If you look at the highlighted section, the subject line,

14:49:50 19    can you read that?

14:49:51 20    A.    Yeah.  It says, "Acquisition of skilled workers for

14:49:56 21    H2B/permanent resident" -- "residence to the U.S.A."

14:50:01 22    Q.    So when you received this letter, what did it mean to you?

14:50:07 23    A.    I mean, it meant to me that Signal will apply for the H2B

14:50:12 24    and the permanent resident visa process.  Because if you read

14:50:17 25    the third line from the first paragraph, it says, "temporary

**OFFICIAL TRANSCRIPT**

14:50:21  1   and permanent."

14:50:22  2   Q.   Right.  I'm going to get to that.

14:50:44  3        Let's start with this paragraph.  Let me try it

14:51:01  4   again.  Got it this time.

14:51:04  5        Go ahead and read that paragraph for us, would you,

14:51:07  6   Mr. Dewan.

14:51:07  7   A.   "To Whom It May Concern, be it known that we hereby

14:51:14  8   appoint Dewan Consultants Private, Limited, as our

14:51:19  9   representative in India to facilitate the recruitment of

14:51:23 10   skilled workers to the United States of America for employment

14:51:29 11   under the temporary and permanent resident program."

14:51:33 12   Q.   Based on your knowledge as was explained to you by

14:51:39 13   Mr. Burnett, what was your understanding of this -- of this

14:51:45 14   paragraph?

14:51:47 15   A.   The understanding was given to me by Mr. Pol, not by

14:51:50 16   Mr. Burnett.

14:51:50 17   Q.   Okay.  Did that comport with -- was that consistent with

14:51:59 18   your understanding?

14:52:00 19   A.   Yes.

14:52:01 20   Q.   What was the understanding?

14:52:04 21   A.   My understanding from Mr. Pol was they will apply for the

14:52:11 22   permanent resident visa process and the H2B, and the Power of

14:52:19 23   Attorney is in consistent with what Mr. Pol told me.

14:52:25 24   Q.   Mr. Pol being the general recruiter, the lead recruiter,

14:52:25 25   right?

**OFFICIAL TRANSCRIPT**

14:52:32  1    A.    Yes.  The main recruiter.

14:52:33  2    Q.    Main recruiter.  Thank you.

14:52:41  3          Then we have this, which, again, this was the very

14:52:43  4    first Power of Attorney that you received?

14:52:45  5    A.    Yes.

14:52:45  6    Q.    Go ahead and read that.

14:52:47  7    A.    "We further give a limited Power of Attorney to Dewan

14:52:52  8    Consultants to sign any legal document or letter which may be

14:52:57  9    required to obtain permission from government/immigration

14:53:03 10    agencies in India for advertising, conducting seminars and

14:53:08 11    trade tests to further our efforts."

14:53:10 12    Q.    Okay.  Consistent with this Power of Attorney, these last

14:53:18 13    few things were some of the steps that you undertook on behalf

14:53:21 14    of Signal?

14:53:22 15    A.    Yes, sir.

14:53:22 16    Q.    Now, I would like to get back to where we left off.  I

14:53:59 17    believe we were talking about procedure for giving information

14:54:10 18    to the workers.

14:54:10 19          Now, did Dewan Consultants conduct seminars or have

14:54:18 20    meetings with any of the workers who might be interested in the

14:54:23 21    Signal recruitment effort?

14:54:24 22    A.    Yes.

14:54:27 23    Q.    Okay.  Where -- in what cities were the seminars

14:54:35 24    conducted?

14:54:37 25    A.    The seminar was conducted in Cochin.  It was conducted in

**OFFICIAL TRANSCRIPT**

14:54:43  1    Chennai.  It was conducted in Mumbai and Delhi, and also Dubai,

14:54:54  2    in United Arab Emirates.

14:54:55  3    Q.    Okay.  Can you explain for the jury where Cochin is

14:55:05  4    located?

14:55:10  5    A.    Cochin is in the south part of India.

14:55:12  6    Q.    How about Chennai?

14:55:14  7    A.    Chennai is also south.

14:55:16  8    Q.    Delhi?

14:55:18  9    A.    Delhi is to the north of India.

14:55:21 10    Q.    Now, when you conducted these seminars, how many

14:55:33 11    workers -- or job candidates, I should say, would typically

14:55:36 12    attend each seminar?

14:55:38 13    A.    It's difficult to say because it used to be different in

14:55:42 14    every city, and every day used to be different, but I would say

14:55:50 15    between a hundred to -- hundred to two hundred.

14:55:54 16    Q.    Okay.  Who attended the seminars from Dewan Consultants?

14:56:02 17    A.    It was me in most of the seminars.  In the south, it was

14:56:12 18    Salimon.

14:56:13 19    Q.    Okay.  Now, who is Salimon?

14:56:22 20    A.    Salimon was my representative.

14:56:26 21    Q.    Okay.  What did he do for you as your representative?

14:56:32 22    A.    He basically -- because most of the -- most of the job

14:56:38 23    applicants that came from -- like, applied for this program of

14:56:45 24    permanent resident visa process were from the south.  So I

14:56:51 25    thought it would be a good idea to have somebody who is locally

**OFFICIAL TRANSCRIPT**

14:56:56  1   based there and also speaks -- speaks their language.

14:57:01  2   Q.    Okay.  Where is Salimon locally based?

14:57:07  3   A.    Salimon is based in Kerala.

14:57:10  4   Q.    Kerala being?

14:57:13  5   A.    That's a state.

14:57:14  6   Q.    What city is in Kerala that's the big city?

14:57:16  7   A.    He was from Kumarakom.

14:57:28  8   Q.    What city in Kerala was the seminar conducted in?

14:57:38  9   A.    The seminar was conducted in Cochin.

14:57:42 10   Q.    Was Mr. Burnett at any of these seminars?

14:57:52 11   A.    I don't recall that for the Signal seminars.

14:57:56 12   Q.    Just for the Signal seminars?

14:57:58 13   A.    I don't recall him being there.

14:57:59 14   Q.    Okay.  What about the one in Dubai?

14:58:05 15   A.    I don't recall that either.

14:58:05 16   Q.    Was Michael Pol at any of the seminars?

14:58:09 17   A.    Yes.

14:58:09 18   Q.    Which ones did he attend?

14:58:13 19   A.    He attended the seminars, because seminars for Signal were

14:58:17 20   only conducted for the initial round of -- before the initial

14:58:21 21   round of testing, so he was there for all the seminars.

14:58:29 22   Q.    Okay.  And the purpose of the seminar was what?

14:58:36 23   A.    Mr. Pol had brought some pictures of the -- of the yard

14:58:43 24   from Pascagoula, so -- and also -- so we showed them those

14:58:50 25   pictures in the presentation, and then the terms and

**OFFICIAL TRANSCRIPT**

14:58:55  1    conditions, how the process will -- will begin and -- the --

14:59:02  2    the different stages of the process of labor certification and

14:59:07  3    I-140 and the complete process.

14:59:09  4            And also in those seminars we told them about the

14:59:15  5    possibility of the H2B -- H2B visas, that if H2B visas are

14:59:21  6    granted, they would go on the H2B visas first.

14:59:24  7    Q.   Okay.  And were those things always explained -- how were

14:59:32  8    those things explained?  What language was used in each

14:59:36  9    seminar?

14:59:40 10    A.   The printouts were given in English, explaining them the

14:59:44 11    process and a little bit about Dewan, a little bit about

14:59:49 12    Global, a little bit about Mr. Burnett and the process and -- I

14:59:58 13    don't recollect if the salaries were mentioned there, but I

15:00:01 14    think so.

15:00:02 15    Q.   Actually, I'm going to show you another exhibit.  I'm

15:00:27 16    going to show you Exhibit 790.  I'm just going to show you the

15:00:37 17    title -- oops -- the title for now.  You can see it on your

15:00:44 18    screen.  It might be a little clearer.  Do you recognize that

15:00:49 19    document?

15:00:51 20    A.   Yeah, can I see the whole thing?

15:00:53 21    Q.   Okay.

15:01:00 22    A.   Yes, I recognize it.

15:01:01 23    Q.   It's not signed by anybody, right?

15:01:04 24    A.   No, it's not signed.  It was basically a layout of the --

15:01:09 25    a layout of the process and, you know, giving some details

OFFICIAL TRANSCRIPT

15:01:13  1   about the company and about -- about the recruiters and

15:01:21  2   Mr. Burnett.

15:01:21  3   Q.   Now, I certainly don't want you to read the whole

15:01:29  4   document.  I want to highlight a few portions of this document

15:01:31  5   for you.  You mentioned that it gave a kind of -- a little bit

15:01:37  6   of an introduction to who was doing the recruiting and who was

15:01:44  7   going to perform the services, the legal services.  And if you

15:01:52  8   look at this paragraph, this introductory paragraph, is that

15:02:02  9   your recollection of what was presented to the workers?

15:02:08  10  A.   Yeah.  This was presented to the Signal -- Signal workers

15:02:12  11  at the seminar.

15:02:13  12  Q.   And what does it say on the top there?

15:02:19  13  A.   "H2B and employment-based green card program."

15:02:23  14  Q.   Okay.  And these documents were -- they were written --

15:02:31  15  this document is written in English.  Was it your understanding

15:02:38  16  that the workers at all of the sites who attended the seminars

15:02:44  17  could read English?

15:02:46  18  A.   Yes.  Especially in the -- in the south India, the

15:02:51  19  literacy rate is the highest in India, and everybody reads

15:02:56  20  English.  That's -- like, all these -- most -- it's widely read

15:03:04  21  in south India than it's read anywhere else.

15:03:06  22  Q.   And just to walk you through the document a little bit

15:03:12  23  more, this is the second section of this document.  Who were

15:03:41  24  the employer sponsors that were presented to the workers?

15:03:48  25  A.   This document is saying Knights Marine & Industrial

**OFFICIAL TRANSCRIPT**

15:03:52  1  Services and Signal Corporation.

15:03:53  2  Q.   Was there any reason why Knights Marine was on this

15:03:59  3  document?

15:03:59  4  A.   Mr. Pol had also informed us that Knights Marine would

15:04:03  5  also need -- would also need workers under -- under a similar

15:04:10  6  process with an option of H2B and permanent resident visa

15:04:15  7  process, but we never -- we never took Knight Marines further.

15:04:21  8  It was just, like, a beginning, but then after that Mr. Pol

15:04:26  9  instructed me that they would -- he would just go with Signal,

15:04:29 10  not with Knights Marine.

15:04:33 11  Q.   And again, we have here -- oops.  I didn't get the whole

15:04:46 12  paragraph.

15:04:47 13       So this talks about what was being offered to the

15:05:01 14  workers as far as an opportunity?

15:05:04 15  A.   Exactly.  This was my understanding, that all the green

15:05:09 16  card applicants, you know, will -- will be -- will be offered

15:05:16 17  the H2B but -- and it's not a guarantee that H2Bs would be

15:05:23 18  granted, but the employment -- and that will not affect the

15:05:29 19  process of the permanent resident visa, the employment-based

15:05:35 20  green card.

15:05:36 21  Q.   This document was -- which is this one, was circulated to

15:05:41 22  all of the job candidates?

15:05:42 23  A.   Yeah.  Every candidate that walked into the seminar was

15:05:47 24  handed out this -- this -- a copy of this.

15:05:50 25  Q.   And all of these things were explained to them anyway?

**OFFICIAL TRANSCRIPT**

15:05:54 1    A.    Yes.  This was explained also in a presentation.  That's

15:05:59 2    what I recollect, which the presentation also included some

15:06:04 3    pictures from the Signal International yard in Pascagoula.

15:06:09 4    Q.    Okay.  And it also gave in this section here, gave a

15:06:15 5    little bit more information about salary?  What else did it --

15:06:22 6    A.    Yeah.  It gives the salary range between 14 to $18 per

15:06:26 7    hour, and gives accommodation, transportation and food provided

15:06:33 8    with salary deductions.

15:06:34 9    Q.    Now, going to the next page, and I see -- I see something

15:06:51 10   written on the top of this document.  I want to bring -- bring

15:06:56 11   this to your attention.  Can you read that, that signature?

15:07:10 12   A.    It's Jacob.

15:07:12 13   Q.    Was each worker given one of these documents that had

15:07:21 14   their name on it?

15:07:22 15   A.    No, I don't recall that.

15:07:23 16   Q.    Okay.  So going through this a little bit more, you would

15:07:33 17   have -- the next section talked about what -- what a worker

15:07:39 18   would have to do to qualify.  What were these requirements?

15:07:47 19   A.    It says:  "Minimum qualification, with high school

15:07:51 20   certificate, must speak, read and write English, minimum

15:07:57 21   three years' experience in the respective field, must have a

15:08:02 22   valid passport, must pass the written and practical test given

15:08:07 23   by the companies, must pass the medical examination."

15:08:11 24   Q.    Okay.  And so would it be fair to say that these were

15:08:17 25   requirements for the workers to go over to work for Signal?

15:08:22 1    A.    I guess so.   This was the requirements that were given to

15:08:26 2    me by Mr. Pol.

15:08:27 3    Q.    So did Mr. Pol draft this document?

15:08:32 4    A.    I don't recall him drafting the document, but he

15:08:36 5    definitely must have had a look at -- because he was there

15:08:41 6    during the seminar, so I -- I -- I don't recall it, but I think

15:08:47 7    I must have definitely shown him the document since he was

15:08:52 8    present there.

15:08:52 9    Q.    Okay.  And just briefly, without reading the whole thing,

15:09:00 10   you have this next section.  I cut off the top a little bit.

15:09:11 11   Can you read the very top of it?

15:09:13 12   A.    Yeah.  It says, "H2B temporary work visa, Knights

15:09:20 13   Marines."  And -- do you want me just to read the top portion.

15:09:23 14   Q.    Sorry?

15:09:23 15   A.    Do you want me to read the whole thing?

15:09:26 16   Q.    No, I don't.  I just wanted you to look at it and see if

15:09:30 17   it's your understanding of the recruitment effort to Signal?

15:09:38 18   A.    (Witness reviews the document.)

15:10:01 19          Yeah, reading this today, it looks like there are

15:10:05 20   some inputs from Mr. Burnett as well about the -- talking about

15:10:11 21   the H2B visa and --

15:10:16 22   Q.    See, that's what -- I was going to ask you next about

15:10:18 23   that.  Was there any reason why that was put in there?

15:10:21 24   A.    Yeah, this is information that was given to me by

15:10:25 25   Mr. Burnett.

**OFFICIAL TRANSCRIPT**

15:10:25 1    Q.    Okay.  And the H2 -- did you ever know what an H2C visa

15:10:33 2    was?

15:10:33 3    A.    I just recall a conversation about that, but I don't

15:10:37 4    exactly recall.  It's been years.  I don't exactly recall

15:10:40 5    entirely.

15:10:41 6    Q.    But on the top it says -- what does it say on the top?

15:10:45 7    A.    It says, "H2B temporary work visa."

15:10:50 8    Q.    Was it your understanding that that's what the visa --

15:10:52 9    A.    This was my understanding, that the validity of the visa

15:10:56 10   is between nine to -- nine to 11 months.  This was my

15:11:00 11   understanding.

15:11:01 12   Q.    And I want to go now to the final part of this document.

15:11:21 13   And what does the top category -- the top title say on this?

15:11:27 14   A.    It says, "EB3 category, employment-based green card

15:11:32 15   program."

15:11:32 16   Q.    Okay.  And what was your understanding of the EB3?

15:11:43 17   A.    EB3, to my understanding, was employment-based Category 3

15:11:48 18   visa, which was a permanent resident -- one of the -- one of

15:11:52 19   the -- one of the categories of the visas for the permanent

15:11:56 20   resident visa program.

15:11:57 21   Q.    Now, so it would be fair to say that this walks -- walked

15:12:07 22   the job candidate through all of the various requirements,

15:12:13 23   Stage 1, Stage 2, and then Stage 3?

15:12:19 24   A.    Yes.

15:12:20 25   Q.    And then part of Stage 3 would be what?

**OFFICIAL TRANSCRIPT**

15:12:31 1    A.    Yeah, this is before the -- before the candidate goes to

15:12:35 2    the -- goes to the U.S. consulate or embassy, he has to obtain

15:12:41 3    a police clearance certificate and medical checkup and

15:12:48 4    fingerprinting -- fingerprints.

15:12:49 5    Q.    You have to do a similar -- by the way, this was part of

15:12:52 6    the security clearance?

15:12:53 7    A.    That's right.

15:12:53 8    Q.    A medical checkup, all part of the security clearance?

15:13:01 9    A.    Correct.

15:13:01 10   Q.    Fingerprints?

15:13:04 11   A.    Yes.

15:13:07 12   Q.    And background check?

15:13:09 13   A.    Yes.

15:13:09 14   Q.    Did any of the workers come to you, the job candidates

15:13:16 15   come to you and ask you questions about either what you told

15:13:20 16   them or what the document meant?

15:13:25 17   A.    Sorry, give me the question again.

15:13:26 18   Q.    Did any of the job candidates -- I'm giving you all the

15:13:31 19   seminars, but in general, even though there were several

15:13:35 20   different seminars that happened, did any of the job candidates

15:13:40 21   come up to you personally and ask you questions about this --

15:13:46 22   the contents of this document?

15:13:47 23   A.    Yes.  Yes, a lot of them.

15:13:49 24   Q.    Sorry?

15:13:50 25   A.    Yes.  Yes, a lot of them, they came up to me and asked

**OFFICIAL TRANSCRIPT**

15:13:53 1   questions.  And -- and I -- and if they, like -- but I also

15:14:01 2   wanted to make sure they understand in their -- in their

15:14:05 3   regional language, so I asked Salimon to explain them in their

15:14:09 4   native language the complete process.

15:14:11 5   Q.    Okay.  And when was that necessary?  At what seminars was

15:14:17 6   Salimon's presence necessary?

15:14:19 7   A.    Salimon's presence were mostly in south -- south part of

15:14:26 8   India.

15:14:26 9   Q.    Cochin and Chennai?

15:14:30 10  A.    That's right.

15:14:31 11  Q.    And how about in Delhi?

15:14:33 12  A.    Delhi, people speak Hindi or English, which I speak.

15:14:37 13  Q.    And Mumbai?

15:14:40 14  A.    Mumbai, also people speak either Hindi or English.

15:14:44 15  Q.    What happens in Dubai?

15:14:45 16  A.    Dubai, also everybody speaks -- all the Indian workers

15:14:47 17  that go to work to Dubai, they speak Hindi and English.

15:14:52 18  Q.    So at the seminars, was anything explained to the workers,

15:15:21 19  the job candidates about any risks associated with the

15:15:27 20  application process?

15:15:28 21  A.    Yes, it was.

15:15:29 22  Q.    And what was explained?

15:15:30 23  A.    By this time we knew that there were delays with the --

15:15:39 24  with the -- with the labor certifications and with the backlog,

15:15:43 25  so we did inform them about that.

**OFFICIAL TRANSCRIPT**

15:15:44  1    Q.    Okay.  Now, at any of these seminars, were any specific

15:15:52  2    promises ever made to any of the job candidates?

15:16:01  3    A.    I don't recall of any specific promises, but this was the

15:16:03  4    offer that was made to them and it was -- it was -- it was

15:16:06  5    their choice to accept it or to decline it.

15:16:08  6    Q.    Okay.  When you say *offer*, what do you mean by that?

15:16:14  7    A.    Offer, that was -- that was -- that was passed on to me by

15:16:20  8    Mr. Pol, which Signal was offering.

15:16:23  9    Q.    Okay.  When you say -- but when you say *offer*, are you

15:16:27 10    saying that this -- this was a job offer, or was it something

15:16:33 11    else?

15:16:33 12    A.    This is the complete thing which explains about the

15:16:37 13    process of the visa.  So -- the main thing is the time frame,

15:16:43 14    the process, that was more important to explain.

15:16:47 15    Q.    Okay.  So I just wanted to make clear, this is not a job

15:16:51 16    offer, right?

15:16:52 17    A.    No, this is not a job offer.

15:16:56 18          MR. BHATNAGAR:  Objection.  Leading.

15:16:57 19          THE COURT:  Sustained.

15:16:58 20          MR. SHAPIRO:  Sorry.

15:17:00 21    EXAMINATION BY MR. SHAPIRO:

15:17:07 22    Q.    What was the purpose of giving the job candidates this and

15:17:10 23    explaining everything to them?

15:17:12 24    A.    The purpose of giving this was to explain them the process

15:17:17 25    of the -- the process of the visa, how much time it's going to

**OFFICIAL TRANSCRIPT**

15:17:22 1    take.

15:17:23 2    Q.   Okay.

15:17:30 3         THE COURT:  Mr. Shapiro, can you speak up so the jury

15:17:32 4    can hear you?

15:17:32 5         MR. SHAPIRO:  Sorry.

15:17:33 6         THE COURT:  It won't come off of there.  You just have

15:17:33 7    to --

15:17:37 8         MR. SHAPIRO:  I know.  I'm sorry.

15:17:41 9         THE COURT:  I'm sorry you have to lean over so much.  I

15:17:42 10   wonder if it would help if he lifted the -- won't the podium go

15:17:46 11   up?  That's it?  Okay.

15:17:52 12        MR. SHAPIRO:  I'll do my best.  I'm sorry, Your Honor.

15:17:54 13   EXAMINATION BY MR. SHAPIRO:

15:17:55 14   Q.   So in this Signal recruitment effort, did you give any

15:18:00 15   details of the recruitment effort to Signal over the telephone

15:18:04 16   to any of the workers?

15:18:07 17   A.   I don't recall that.

15:18:09 18        THE COURT:  Just speak louder.  I think if you speak

15:18:14 19   louder, you can be a little farther away, but speak up.

15:18:18 20        MR. SHAPIRO:  Okay.  Thank you.

15:18:19 21   EXAMINATION BY MR. SHAPIRO:

15:18:22 22   Q.   In the Signal recruitment effort, did you answer questions

15:18:26 23   and give status reports to the candidates at any time?

15:18:34 24   A.   Yes.  Post -- post their testing, we did give the -- from

15:18:45 25   time to time what was required to be the next step.

**OFFICIAL TRANSCRIPT**

15:18:49 1    Q.    I'm going to get to testing in a minute.

15:18:52 2          Did Dewan Consultants or Mr. Dewan, Sachin Dewan,

15:18:57 3    personally conduct any business with the Signal job candidates

15:19:02 4    by e-mail?

15:19:04 5    A.    I don't recall that.  I don't think so.  We didn't do

15:19:07 6    that.

15:19:08 7    Q.    Okay.  If there was any e-mail, would it have been

15:19:11 8    something that would be in the nature of any kind of a promise

15:19:15 9    or any kind of an offer?

15:19:17 10   A.    No.

15:19:18 11   Q.    Did Sachin Dewan and Dewan Consultants conduct business

15:19:29 12   with any of the job candidates for Signal by U.S. mail or

15:19:38 13   private courier, like FedEx or DHL?

15:19:43 14   A.    No.

15:19:43 15   Q.    Now, I'm going to move on to what happened after the

15:20:03 16   Signal recruitment began.  I want to find out a little bit from

15:20:09 17   you about what happened to the candidates from IAS, J & M, and

15:20:17 18   Zito recruitment effort who were still -- wished to wait for

15:20:21 19   their green card to -- or the priority dates to become current.

15:20:28 20   What happened to some of -- what happened to many of these

15:20:31 21   people?

15:20:32 22   A.    After the H2Bs were approved and the job candidates

15:20:39 23   started getting their visas approved from the consulate, they

15:20:44 24   heard about it and they came to us and asked us that -- you

15:20:50 25   know, they were -- some of them were upset, that we have been

**OFFICIAL TRANSCRIPT**

15:20:56  1    waiting for so long and why -- like these guys have just

15:21:01  2    applied and they got the visa approved.  And I explained them

15:21:04  3    that this is an H2B visa that they are going on.

15:21:08  4            And some of them, they showed me their interest and

15:21:13  5    that we would like to go to that company, but at the same time

15:21:18  6    that then I told them that your application has already been

15:21:22  7    made.  At that point of time they had already paid their second

15:21:26  8    installment and Mr. Burnett was supposed to file their I-140s,

15:21:31  9    so I informed them that they would have to give up their old

15:21:37 10    process, the old -- with their old companies in order to go

15:21:41 11    Signal.

15:21:42 12    Q.   Okay.  So you had job candidates from the previous

15:21:51 13    recruitment efforts interested in the Signal -- in the Signal

15:21:55 14    recruitment effort, right?

15:21:56 15    A.   Yes.

15:21:57 16    Q.   And you gave them an opportunity to join in on the Signal

15:22:02 17    opportunity?

15:22:02 18    A.   Yes.

15:22:03 19    Q.   And did you set any specific conditions for this -- this

15:22:11 20    particular group of workers from the three prior recruitment

15:22:16 21    efforts, did you set any conditions for joining the Signal

15:22:19 22    recruitment?

15:22:20 23    A.   Yeah.  The condition was that either -- either they --

15:22:27 24    they give up their old process, which was for IAS, J & M and

15:22:32 25    Zito or the second choice was to wait and continue, and the

**OFFICIAL TRANSCRIPT**

15:22:42  1  third option they always had was to -- to -- to ask for a
15:22:46  2  refund and cancel the whole -- their old process.  So these
15:22:50  3  were basically three options that they had.
15:22:51  4  Q.   Okay.  And with respect to the -- how many people took you
15:22:56  5  up on the first option?
15:23:01  6  A.   As far as I recollect, I think about 50 percent,
15:23:05  7  50 percent of J & M -- of J & M candidates made a choice to go
15:23:10  8  to Signal.
15:23:11  9  Q.   And what about IAS or Zito?
15:23:19 10  A.   Zito, as far as I recollect, there were very, very few.  I
15:23:24 11  think the numbers would be between 20 and 30, something like
15:23:27 12  that.  And IAS was between, I think, around 60 or 70 people.
15:23:33 13  Q.   Did any of the workers from the prior recruitment efforts
15:23:43 14  exercise the second option that you gave them?
15:23:44 15  A.   As I said, for J & M, 50 percent of the -- 50 percent of
15:23:49 16  the J & M workers opted to make the choice for the second
15:23:53 17  option, that was to wait and -- wait for their -- wait for
15:23:58 18  their old process to complete.
15:24:00 19  Q.   So some joined Signal and some stayed with their old
15:24:04 20  process?
15:24:04 21  A.   Yeah.  About 50 percent joined Signal.
15:24:06 22  Q.   And what about the third option that you gave the workers
15:24:15 23  who were -- the job candidates who were waiting for their
15:24:17 24  permanent resident visa?
15:24:19 25  A.   That option they always had right from the beginning,

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 15:24:22 | 1 |

right the beginning.  From the time of labor certification, a
few had -- a few had dropped out and canceled at that time and
we had -- we were speaking about substituting them, so that
option was -- they always had that option.

Q.    Okay.  For those who were interested in coming for the
Signal recruitment, what did you do about the fees that they
had already paid in the prior recruitment effort?

A.    We agreed to -- to adjust that fees in the Signal
recruitment.

Q.    When you say *adjust*, what do you mean by that?

A.    I mean transfer that fees to the recruitment of Signal.

Q.    Okay.

A.    So if they have -- if -- if they had already paid two
installment, they would have to pay the third installment only.

Q.    And would they have to pay any additional sum for the H2B
processing -- or the H2B visa itself?

A.    Yes.  They would have to pay 33,500, which was, again,
split into three, so Dewan's -- Dewan's portion was 11,000 --
about 11,000 something.

Q.    11,000 --

A.    Rupees.

Q.    -- rupees?

A.    Yes, sir.

Q.    What would happen to the other 22,000 plus rupees?

A.    One part would go to Mr. Pol and one part would go to

OFFICIAL TRANSCRIPT

15:26:00  1    Mr. Burnett.

15:26:00  2    Q.   Now, I want to take you to -- direct your attention to the

15:26:22  3    next step in the Signal recruitment process.  What had to

15:26:26  4    happen next after certain job candidates were identified?

15:26:40  5    A.   They had the wait -- they had to wait for the H2B

15:26:43  6    approvals -- H2B approvals to be cleared.

15:26:46  7    Q.   And -- but did they have to undertake any tests or

15:26:54  8    testing?

15:26:56  9    A.   I'm sorry, are you referring to the candidates for J & M?

15:27:00 10    Q.   No, no, no.  I'm sorry.  Let me clarify that for you.

15:27:09 11         So at this point in time, how many groups of workers,

15:27:16 12    job candidates did you have that were coming from the old

15:27:24 13    recruitment effort for J & M in particular?

15:27:26 14    A.   I would say it was about 200, 220, something -- something

15:27:38 15    of that.

15:27:38 16    Q.   And that was -- that was a group that was considered folks

15:27:45 17    from a prior recruitment effort that wanted to go to Signal?

15:27:48 18    A.   Correct.

15:27:48 19    Q.   And did you recruit any workers for Signal that had never

15:27:58 20    been through the prior recruitment effort?

15:28:01 21    A.   Yes, we did.  The first round of testing that we did in

15:28:04 22    June were only direct Signal recruits.

15:28:07 23         Even the second round of testing that we did were

15:28:14 24    only direct Signal recruits.

15:28:15 25         The third round of testing that we did in October

**OFFICIAL TRANSCRIPT**

4699

15:28:18  1    were the candidates from J & M and IAS and Zito.  As well,

15:28:27  2    there were candidates who came seeing the advertisements of

15:28:31  3    only H2B.

15:28:32  4    Q.   I'm going to get to that in a little while.

15:28:36  5         But what was the next step for any of the workers

15:28:43  6    that were going to have a chance to go to Signal in the

15:28:50  7    recruitment effort?

15:28:51  8    A.   I'm sorry, I need the question again.

15:28:52  9    Q.   What was the next step in the recruitment process for the

15:28:57 10    workers, the job candidates that came from the prior

15:29:01 11    recruitment effort or the fresh candidates?

15:29:02 12    A.   The first thing, they had to go for a test that was given

15:29:08 13    by the Signal -- the Signal representatives that came -- the

15:29:14 14    Signal staff that came to India for to test them.

15:29:19 15    Q.   Who from Signal came to India to test and select the

15:29:25 16    workers?

15:29:25 17    A.   For the first two trips, Mr. Albert Taft and Mr. W. A.

15:29:38 18    Shouse came to India.

15:29:41 19    Q.   Do you recall when they came to India to do some testing?

15:29:46 20    A.   The first round was in June, the second round of testing

15:29:51 21    would be -- would be in July or August.  I don't exactly recall

15:29:59 22    that, but it was maybe a month later than the first round of

15:30:03 23    interviews.

15:30:04 24         The third round of interviews and testing were in

15:30:07 25    October.

**OFFICIAL TRANSCRIPT**

15:30:07  1   Q.    In what cities was the testing conducted?

15:30:20  2   A.    I missed out.  In the third round of testing, there was

15:30:26  3   somebody from the Texas -- Mr. -- I don't recall his second

15:30:31  4   name, but Mr. Jose.

15:30:33  5   Q.    So Jose?

15:30:34  6   A.    Yeah, Mr. Jose came for the third round, along with

15:30:39  7   Mr. Shouse and Mr. Albert.

15:30:40  8   Q.    Would the same Jose Pastrana refresh your memory?

15:30:46  9   A.    Yeah, probably he was the one.

15:30:47 10   Q.    So these Signal representatives would come to how many

15:30:58 11   different cities in India to do the testing?

15:31:03 12   A.    We went -- the Signal representatives went with us to

15:31:09 13   Cochin, Chennai, Mumbai, Delhi and Dubai and United Arab

15:31:17 14   Emirates.

15:31:17 15   Q.    Why was one test done in Dubai?

15:31:24 16   A.    It was -- the reason was to get more experienced

15:31:31 17   candidates who have prior Gulf experience.

15:31:36 18         Another reason was Dubai has a lot of companies that

15:31:42 19   use the flux core -- the flux core welding.  They have one of

15:31:49 20   the largest shipyards there and a lot of oil companies, so they

15:31:53 21   use the flux core technology quite -- more than what's used in

15:32:00 22   India.

15:32:01 23   Q.    Okay.  What is the typical -- while we're on that subject,

15:32:04 24   what is the typical form of welding that's used in India?

15:32:07 25   A.    Mostly it's stick welding.

**OFFICIAL TRANSCRIPT**

15:32:13  1    Q.    What does stick welding mean?

15:32:16  2    A.    It's a different set of -- the equipment is different.

15:32:21  3    The raw material that is used is different than the flux core

15:32:28  4    welding.

15:32:28  5            In flux core welding, you use -- you use a MIG

15:32:35  6    machine, and you use CO2 gas.  It has a gun, and it has a wire.

15:32:40  7    The wire is in the roll.

15:32:43  8            In stick welding, there is no gas in that.  It's --

15:32:47  9    it has a different machinery -- not a big machine.  It's a

15:32:57 10    regular rectifier that's used for the stick welding.

15:32:59 11            It has a stick kind of rod, which -- which is the raw

15:33:03 12    material for welding.

15:33:04 13    Q.    So was it your understanding that Signal was looking for

15:33:11 14    flux core welders?

15:33:13 15    A.    Yes.

15:33:13 16    Q.    What sites were used for the testing in the various cities

15:33:21 17    that you mentioned?

15:33:22 18    A.    In all the sites, the specialized trade centers that had

15:33:30 19    flux core machines were used -- were used.

15:33:34 20    Q.    Okay.  Were those tests given to fitters as well?

15:33:40 21    A.    Not the flux core welding test.  They were different.

15:33:45 22    Q.    What kind of test was given to the fitters?

15:33:48 23    A.    The fitters were only given written tests.

15:33:51 24    Q.    When you say a written test, is it just sitting down and

15:33:55 25    answering questions and then getting the test graded?

**OFFICIAL TRANSCRIPT**

15:33:59  1    A.    Yeah.  That's right.  They were given a test in English,

15:34:02  2    and they had to take that test and qualify for the --

15:34:07  3    Q.    The Signal people, Mr. Shouse and Mr. Taft, were the ones

15:34:15  4    that were conducting the tests on behalf of Signal, right?

15:34:19  5    A.    Correct.  In the first two round of -- in the first two

15:34:23  6    round of testing.  In the second -- in the third round of

15:34:26  7    testing, Mr. Jose was testing the fitters.

15:34:30  8    Q.    Do you recall who was testing the fitters when -- before

15:34:36  9    Mr. Pastrana came in, who was testing the fitters?

15:34:41 10    A.    Mr. Shouse.

15:34:43 11    Q.    So Mr. Taft was testing the welders?

15:34:46 12    A.    Yes, correct.

15:34:46 13    Q.    How did -- now, were you present at all of these testings?

15:35:02 14    A.    Most of them, but not all.

15:35:03 15    Q.    Okay.  If you weren't there, who would be there in your

15:35:07 16    place?

15:35:11 17    A.    Manish would be there.  As I recall, I think Manish used

15:35:16 18    to be there.

15:35:16 19    Q.    If it was in south India, would anyone else be there in

15:35:23 20    your place or in Manish's place?

15:35:23 21    A.    I don't really recall.  I don't recall.  It's been years.

15:35:31 22    I don't recall.

15:35:31 23    Q.    Understood.

15:35:35 24          Now, how did the welder job candidates do on the

15:35:42 25    practical test?

**OFFICIAL TRANSCRIPT**

15:35:48  1    A.    It was not an easy test.  It was difficult.  It was

15:35:53  2    difficult.  But a guy who was -- who was probably 90 percent

15:36:03  3    close to passing the test, and still, like -- like, he was not

15:36:08  4    perfect, but, like, with little bit flaws in the test, was

15:36:12  5    given -- was given a retest by Mr. Taft.  That's what I recall

15:36:20  6    right now.

15:36:20  7            But a guy who would be 50 percent or 60 percent

15:36:25  8    would -- would -- Mr. Taft would fail him.

15:36:28  9    Q.    Okay.  If that worker was failed, that job candidate was

15:36:33 10    failed -- failed the test, was he just told to go home?

15:36:38 11    A.    Yeah.  If he didn't pass the test, he was asked to go

15:36:43 12    home.

15:36:43 13    Q.    What was -- if you know -- what the success rate was for

15:36:47 14    the workers that were marginal, but were tested and who were

15:36:52 15    retested?

15:36:53 16    A.    It was marginal, marginal.

15:36:55 17    Q.    Marginal meaning?  Marginal meaning just failed the test

15:37:01 18    by a little bit, and they were retested?

15:37:04 19    A.    I would say five to 10 percent.

15:37:06 20    Q.    Okay.  Mr. Taft was okay -- did Mr. Taft recommend that

15:37:13 21    procedure, to retest?

15:37:14 22    A.    Yeah, he was okay with that, to give them a retest, yeah.

15:37:18 23    Q.    Okay.  He was okay with it, but was --

15:37:24 24    A.    Yeah, because, see, a welder, if he has -- a welder has an

15:37:27 25    experience even of 20 years, he's been welding for 20 years --

15:37:32  1   this is my experience, what I have personally seen -- if a

15:37:40  2   welder has an experience of 20 years, and if he is out of touch

15:37:45  3   of welding for two months, if he sits home for two months or

15:37:50  4   three months, then after two, three months, if he takes a test,

15:37:56  5   then it's very likely chance that he will fail, even with an

15:37:59  6   experience of 20 years.

15:38:01  7   Q.   Is that why some workers were tested again?

15:38:11  8   A.   That's right.  Mr. Taft was shown their -- shown their

15:38:16  9   experience certificates and shown their experience that he's

15:38:18 10   been working for 20 years.  So, they were -- Mr. Taft gave them

15:38:24 11   a second chance.

15:38:25 12   Q.   Okay.  So the job candidates actually had to show up with

15:38:28 13   some papers showing their work experience?

15:38:31 14   A.   Yeah, absolutely.  They had to come up with their résumés.

15:38:34 15   They had to come up with their experience letters from the

15:38:37 16   previous companies.  They had to come with that.

15:38:40 17   Q.   What about the fitters on the written test, did they

15:38:54 18   largely do pretty well?

15:38:57 19   A.   Yeah, fitters who knew the work -- who knew the work, they

15:39:04 20   passed the test.

15:39:06 21   Q.   Did any fail?

15:39:08 22   A.   Sorry?

15:39:09 23   Q.   Did any fail?

15:39:10 24   A.   Yeah, a lot of them.

15:39:11 25   Q.   Okay.  Now, did a Mr. John Sanders from Signal ever arrive

**OFFICIAL TRANSCRIPT**

15:39:33 1    at the -- around the testing time?

15:39:35 2    A.    Yes, he did.  That was the third round of testing.

15:39:39 3    Q.    Okay.  What was Mr. Sanders' role during the third

15:39:43 4    testing?

15:39:43 5    A.    I think he just went to supervise and see -- supervise and

15:39:52 6    see, you know, how -- how they were doing the test.

15:39:58 7          All I knew, that he was in charge of this -- he would

15:40:05 8    be in charge once -- once the -- once the job candidates

15:40:09 9    arrived.

15:40:09 10         What I was told, that he was the -- the corporate

15:40:14 11   program manager.  The program -- the program for these Indian

15:40:18 12   workers, he would be the one who would be in charge of.

15:40:20 13         So I guess, I mean, he had come to see how -- how

15:40:27 14   they -- how the Signal -- you know, the supervisors and all

15:40:31 15   the -- Mr. Shouse and Mr. Taft and Mr. Jose were testing.

15:40:35 16   Q.    Was it your understanding that he was a little bit higher

15:40:42 17   up in management than --

15:40:44 18   A.    Yes, that was my understanding, that he was a little -- on

15:40:48 19   a management level person.

15:40:50 20   Q.    Was it your understanding from Mr. Sanders that he was

15:40:58 21   pleased with the way the testing went?

15:41:00 22   A.    I was not there during the third round of testing most of

15:41:03 23   the time.  Most of the time I wasn't there.  But I -- I found

15:41:11 24   out there was some problems going on with the testing,

15:41:14 25   especially with Mr. Jose, and I brought it up.

**OFFICIAL TRANSCRIPT**

15:41:17  1    Q.    Okay.  Now, let's talk about that a minute.  You learned

15:41:25  2    something -- you learned something about Mr. Pastrana, about

15:41:28  3    the way he was testing?

15:41:29  4    A.    Yes.  Yes.

15:41:31  5    Q.    What did you learn?

15:41:33  6    A.    I learned that -- that he was -- he was considering the

15:41:41  7    candidates who actually were -- were -- actually could not take

15:41:47  8    the test, or actually failed, and he was still considering

15:41:51  9    them, those candidates.

15:41:58  10            I also heard that there were some candidates that

15:42:01  11   Mr. Jose had failed, and he was considering --

15:42:10  12            MR. RABBANI:  Objection.  Hearsay.

15:42:11  13            THE COURT:  Sustained.

15:42:15  14            MR. SHAPIRO:  Your Honor, from a party opponent, would

15:42:21  15   it still be hearsay?

15:42:21  16            THE COURT:  I don't know who -- actually, I don't know

15:42:24  17   who -- who said these things, so I don't know if it's a party

15:42:27  18   or not.

15:42:28  19            MR. SHAPIRO:  Okay.

15:42:28  20   EXAMINATION BY MR. SHAPIRO:

15:42:31  21   Q.    How did you learn this information about the failure of

15:42:38  22   the testing?

15:42:38  23   A.    I heard it from Manish, my brother.

15:42:41  24   Q.    From your brother?

15:42:44  25   A.    Yeah.

**OFFICIAL TRANSCRIPT**

15:42:44 1    Q.    Did you do anything about it?

15:42:49 2    A.    Yes.  I -- I took it up with Mr. Jose first.  I took it

15:42:55 3    up, and I told him.

15:42:56 4    Q.    What did you tell him?

15:42:58 5    A.    I told him that I heard about this from Manish, that this

15:43:04 6    is what is happening.  I mean, candidates -- he's passing --

15:43:10 7    basically, he's passing 90 percent of the candidates that are

15:43:14 8    going to him.  He's passing everybody.

15:43:15 9    Q.    Would that have been unusual for you to see?

15:43:23 10   A.    That's very unusual for me to see that 90 percent of the

15:43:26 11   people are passing the test, because, from the experience of

15:43:30 12   the -- from the first and the second recruitment, that was not

15:43:31 13   the case.

15:43:32 14   Q.    Okay.  Mr. Pastrana was testing toward the end of the

15:43:38 15   recruitment?

15:43:38 16   A.    Yes.  That was the last testing.

15:43:40 17   Q.    Do you have any personal knowledge that anyone from

15:43:52 18   Signal, like Mr. Shouse or Mr. Taft, tried to address -- knew

15:43:58 19   of the problems with Mr. Pastrana and tried to address them

15:44:02 20   with him?

15:44:02 21   A.    To my understanding, what I understood was Mr. Shouse was

15:44:07 22   more senior than Mr. Taft and Mr. Jose.  So I felt it was my

15:44:13 23   duty to bring that up to Mr. Shouse, since he was -- he was

15:44:19 24   senior than them.

15:44:20 25          Since he was -- because Mr. John was not on the

**OFFICIAL TRANSCRIPT**

1  testing site all the time.  He just briefly went, and he came

2  back, but Mr. Jose was there all the time.  So I felt, being --

3  if he's there, it's my duty to inform him what's going on.

4  Q.   Do you remember what he told you when you informed him of

5  this?

6  A.   I would not exactly recall what he had told me at that

7  point of time.  My duty was to put it across to him that this

8  is not the right thing.

9  Q.   Okay.

10 A.   I remember somewhere in the e-mail, I did write this to --

11 I did this -- I did write this to Mr. John, also.

12 Q.   To Mr. who?

13 A.   To Mr. John.

14 Q.   John Sanders?

15 A.   To John Sanders.

16 Q.   Do you recall what Mr. -- how Mr. Sanders responded to

17 you?

18 A.   Sorry.

19 Q.   Do you recall how Mr. Sanders responded to you when you

20 gave him that information?

21 A.   I don't -- I don't recall that.

22 Q.   Okay.  At any time -- during the -- before the recruitment

23 -- or before the testing or during the testing, did anyone from

24 Signal tell you about -- no, did you tell anybody about the

25 flux core welding skills that the workers might have?

**OFFICIAL TRANSCRIPT**

15:45:56  1    A.    Yes.  I did inform Mr. John.  As far as I remember, this
15:46:04  2    was during the second -- maybe the second -- second testing
15:46:11  3    time that flux core -- it's not easy to find flux core arc
15:46:19  4    welders in India.
15:46:22  5          You will find good welders, but you will have to
15:46:24  6    train them -- you will have to train them after they arrive in
15:46:29  7    the U.S. on the flux core arc because it's -- it's not a very
15:46:32  8    big deal because if he is a good welder, he could pick up flux
15:46:39  9    core -- flux core welding in about a week's time.
15:46:40 10          So I -- I had put this up in writing to Mr. John
15:46:45 11    Sanders about this issue.
15:46:45 12    Q.    You never heard back from him on it?
15:46:51 13    A.    I must have heard back from him.
15:46:54 14    Q.    Okay.  Was it your understanding, though --
15:46:55 15    A.    Yes, I did hear back from him that.  He agreed -- he
15:46:59 16    agreed in an e-mail back to me saying that they would train --
15:47:03 17    they would train the welders after they arrive in the U.S.
15:47:06 18    Q.    Now, in the recruitment effort, was it your understanding
15:47:09 19    as part of the recruitment effort that the workers were going
15:47:12 20    to be not retrained, but they were going to be tested anyway
15:47:16 21    upon arrival at Signal in the United States?
15:47:19 22    A.    That's a general practice all across the world, that a
15:47:24 23    welder, when he goes to any new site -- any new site or any new
15:47:30 24    company or any new site, he has to be tested and certified.
15:47:34 25    Q.    Okay.  Now, what was the ultimate goal of testing --

15:47:51 1   having Signal test the workers in India?

15:47:55 2   A.    In a lot of places, there is a third-party certification

15:48:00 3   certifying -- certifying that the welder is fit to do the job.

15:48:08 4          In a lot of cases, a lot of companies, they have

15:48:11 5   their own standard with something like -- something like --

15:48:16 6   like -- like ISO, ISO certification, which sets a standard --

15:48:24 7   which sets a standard of work.

15:48:26 8   Q.    Is that an -- ISO, is that an organization?

15:48:30 9   A.    Yeah.  Yeah.  So they have their own standard, and so he

15:48:34 10  has to -- he has to qualify and pass that, you know, that

15:48:38 11  standard of testing.

15:48:40 12  Q.    Did you ever learn of the term "first class welders" at

15:48:45 13  any point during the Signal recruitment effort?

15:48:51 14  A.    I heard about it, and I saw somewhere on the -- I think,

15:48:54 15  in these applications.

15:48:55 16  Q.    Did you know of that term before, before the Signal

15:48:59 17  recruitment effort?

15:49:00 18  A.    No.

15:49:04 19  Q.    But you learned it at some point during the process of

15:49:07 20  recruitment?

15:49:08 21  A.    Yeah.

15:49:10 22  Q.    It was sort of late in the process?

15:49:12 23  A.    Yes.

15:49:13 24  Q.    Now, at what point in time did the workers -- or the job

15:49:32 25  candidates receive offer letters for employment at Signal?

**OFFICIAL TRANSCRIPT**

15:49:37  1    A.    Signal gave them offer letters before they went for the
15:49:49  2    consulate interviews.
15:49:51  3    Q.    What was the reaction of the workers when they received
15:49:57  4    the letter?  Do you remember?
15:50:00  5    A.    I don't recollect the reaction.
15:50:02  6    Q.    Now, before we get into the consulate interviews, I want
15:50:22  7    to ask you, at some point in time around the testing, did you
15:50:27  8    come to learn that the H2B visas had been approved?
15:50:30  9    A.    Yes.
15:50:31 10    Q.    Was it before the testing or during or after?
15:50:38 11    A.    I think it was after the second testing.
15:50:40 12    Q.    After the second.  So it would be in late summer, but
15:50:45 13    before September or October?
15:50:47 14    A.    I think somewhere in September.
15:50:48 15    Q.    And do you recall what entity in the United States
15:50:55 16    approved the H2B visas?
15:51:00 17    A.    I believe it was USCIS.
15:51:02 18    Q.    Just to shorten it a little bit, is that the Customs and
15:51:10 19    Immigration Service?
15:51:13 20    A.    Today, I would not recall what exactly --
15:51:16 21    Q.    You just know it as USCIS?
15:51:20 22    A.    Yes.  That's what I remember right now.
15:51:21 23    Q.    How did -- how did the USCIS characterize the approvals?
15:51:35 24    A.    It's like an approval notice.  It says the name of the
15:51:40 25    company.  It says the -- it has the -- the address.  It has --

**OFFICIAL TRANSCRIPT**

15:51:48 1    it has the -- the dates of the visa validation.

15:51:54 2         If it's a named petition, then the names of the

15:51:58 3    workers are given on it.  If it's unnamed, then it just says

15:52:03 4    unnamed.

15:52:04 5         It also says the -- the -- the visa petition number,

15:52:11 6    and it also says to which consulate that visa is sent to, to

15:52:19 7    which consulate or embassy it's sent to.

15:52:21 8    Q.    So it sounds like it provides a fair amount of

15:52:26 9    information; is that correct?

15:52:26 10   A.    Correct.

15:52:27 11   Q.    Now, in this instance, how was the -- how was the approval

15:52:36 12   characterized?  Was it unnamed or named?

15:52:38 13   A.    It was unnamed.

15:52:39 14   Q.    For how many workers?

15:52:44 15   A.    As far as I recollect, it was for 590 workers.

15:52:50 16   Q.    So as a recruiter, what did that mean for you?  You now

15:53:00 17   had an authorization for H2B visas for 590 unnamed workers?

15:53:07 18   A.    Yeah, to me, it's like -- when you say unnamed means

15:53:15 19   Signal could recruit and select anyone they like.  It's that

15:53:20 20   block of the visa is open -- open to -- to anyone that is --

15:53:25 21   that is selected -- that is selected by Signal.

15:53:28 22   Q.    Okay.  At this point in time, had Signal selected all of

15:53:36 23   the workers that it needed?

15:53:37 24   A.    No.  At the time the H2Bs were approved, Signal had not

15:53:43 25   selected all the workers.

Q.   Okay.  How many at that time had been selected by Signal?

A.   I would not recall.  I would not be able to recall that.

Q.   Okay.  But your role -- your role in assisting Signal was to do what?

A.   My -- my role was to facilitate the testing of lining up the -- placing the advertisements.  When the testing are done, bring the candidates to the testing site, see that their résumés are there and their certificates or the experience letters are there.  They have -- they have pictures, like a photo.  They have -- they have a valid passport.  This is what my role was.

Q.   So that's your role as a recruiter of workers in India?

A.   Yes.

Q.   Okay.  Now, at some point in time, did you receive a visit from anyone at Signal who was even a -- in a higher managerial or executive role or position?

A.   Yes.  Before -- before Mr. John Sanders came, Mr. Bill Bingle came to India along with Mr. Burnett.

Q.   The timing of this, I think you indicated that John Sanders came at the third testing?

A.   Yes.  John Sanders came after Mr. Bingle.

Q.   So why did Mr. Bingle come to India?

A.   I believe he had come to India to meet with all the consulates.  He first came to Dubai.  He met with the consulate in Dubai.  Then he came to India.  He met the consulate in

OFFICIAL TRANSCRIPT

15:56:10  1   Chennai.  He met the consulate in Delhi.  He also met the

15:56:17  2   consulate in Mumbai.

15:56:19  3          So the purpose of him coming was -- I believe, was to

15:56:25  4   establish the need of these -- of the job candidates and -- in

15:56:36  5   the U.S. and to establish that also -- also to establish that

15:56:47  6   Signal was, I believe, a reputable company and a large company.

15:56:49  7   Q.    So when Mr. Bingle went to the embassy in Delhi and the

15:56:55  8   consulates in Mumbai and Chennai, what did he do?

15:57:00  9   A.    I don't know what happened inside because I didn't go

15:57:02 10   inside with him.

15:57:02 11   Q.    Did you come to learn what he did and what he explained to

15:57:05 12   the --

15:57:05 13   A.    Yeah, the basic -- the basic -- the idea of him coming

15:57:11 14   to -- of him coming to India was to -- to go to these

15:57:16 15   consulates and, you know, just tell them about the urgency of

15:57:21 16   the workers.  So, I mean, I knew what he was going to speak.

15:57:23 17   Q.    When you say urgency of the workers, do you mean the

15:57:31 18   urgency of Signal?

15:57:32 19   A.    Yeah.  The urgency of workers for Signal, I mean, to

15:57:41 20   arrive in the U.S. and work for Signal, and also probably to

15:57:45 21   establish that -- because H2Bs were denied before -- before

15:57:51 22   this Signal process, there were few companies who brought

15:57:56 23   H2B -- who brought H2B visas, and all the visas were rejected.

15:58:00 24          We had a similar -- I mean, I have seen it least once

15:58:07 25   Mr. Pol brought visas for North American shipyard, and majority

15:58:11  1    of them were rejected.

15:58:13  2         So the Indian consulates will just reject any H2B

15:58:18  3    visas.  The U.S. consulates in India would reject the H2B

15:58:23  4    visas.

15:58:23  5         So I believe he wanted to meet with the consulate and

15:58:25  6    establish that -- and establish that, you know, Signal is a

15:58:31  7    reputable company, and this is a real need for -- for workers.

15:58:35  8    Q.   Well, was it your understanding from anyone at Signal that

15:58:41  9    there was a real shortage of workers on the Gulf Coast?

15:58:44 10    A.   Not from Signal in general.  Signal did not give me that

15:58:47 11    understanding.  But, I mean, I had an understanding because

15:58:51 12    of -- because of Katrina and Rita, I mean, I had the general

15:58:56 13    understanding that the workers would not be available there

15:58:59 14    because I had heard that a lot of people had moved out of that

15:59:02 15    area, so (witness trails off).

15:59:07 16    Q.   What about the Signal -- what kind of company was Signal

15:59:12 17    again?

15:59:13 18    A.   Sorry?

15:59:13 19    Q.   What kind of company is Signal again?

15:59:19 20    A.   Signal is -- the understanding what I had, that they have

15:59:23 21    a yard where they repair the oil rigs and make -- repair and

15:59:30 22    construct new oil rigs.

15:59:31 23    Q.   Did you learn anything about the volume of -- the volume of

15:59:35 24    of work that Signal had after Katrina and Rita?

15:59:40 25    A.   No.  I just -- I just knew that they had -- they had work,

**OFFICIAL TRANSCRIPT**

15:59:47 1    lots of work.  That's all I heard.

15:59:49 2    Q.   So yet -- they had tons of work, so that they needed tons

15:59:54 3    of workers?

15:59:54 4    A.   Yeah.  I mean, it's obvious when they need 590 workers,

15:59:58 5    they have to have a lot of work.

16:00:01 6    Q.   Okay.  Did you feel a sense of urgency from the people you

16:00:07 7    met at Signal to make sure that this recruitment effort was

16:00:11 8    going to happen as quickly as possible?

16:00:17 9    A.   I didn't -- I didn't see the urgency until the H2Bs were

16:00:21 10   approved.  Before that, I did not see any urgency.

16:00:26 11        But once the H2B visas were approved, I saw e-mails

16:00:32 12   back and forth, and the urgency in everybody to be -- to get

16:00:37 13   into action.

16:00:37 14   Q.   Well, as a recruiter who had now come to learn about the

16:00:42 15   H2B program from Mr. Burnett, what did that mean to you in

16:00:47 16   terms of -- what did it mean to you that there was a lot of

16:00:52 17   activity by Signal and a sense of urgency?

16:00:58 18   A.   The sense that -- the sense I got was that Signal was keen

16:01:04 19   in getting these workers as soon as they could.

16:01:10 20        Because there was a lot of backlog, also, at the

16:01:13 21   consulate.  For the consulate interviews, there was a lot of

16:01:17 22   backlog.  So what I'm recollecting was this was, again, one of

16:01:21 23   the reasons -- one of the reasons that Mr. Bingle had come to

16:01:26 24   India to request the consulate for the backlog because, as far

16:01:32 25   as I'm recollecting, the consulate in Delhi and Chennai had a

**OFFICIAL TRANSCRIPT**

16:01:39 1  backlog of, like, two months.

16:01:40 2  Q.   When you say a backlog, though, what do you mean?

16:01:43 3  A.   When I say backlog means when you -- when you -- when

16:01:49 4  you -- you have to go on the U.S. consulate -- or the VFS.  The

16:01:57 5  VFS was the company who was the outsourcing company.  You have

16:02:01 6  to go to their site, fill out the form.  Then once you fill out

16:02:04 7  the form, it takes you to book an appointment with the

16:02:09 8  consulate to appear for the personal interview at the

16:02:13 9  consulate.

16:02:13 10         So the appointments were backlogged for, like, two

16:02:18 11 months.  So there would be a wait for two to -- up to three

16:02:20 12 months to go to the consulate to get your visa stamped.  So I

16:02:25 13 believe that was one of the -- one of the reasons why

16:02:28 14 Mr. Bingle had come.

16:02:30 15 Q.   Okay.  Now, when Mr. Bingle was here, did you have any

16:02:37 16 conversations with him?

16:02:37 17 A.   Yes.

16:02:39 18 Q.   What did Mr. Bingle tell you about Signal's need for

16:02:46 19 workers and the kinds of visas that Signal wanted the workers

16:02:51 20 to come over on?

16:02:55 21 A.   Once -- once the H2Bs were approved, my -- something that

16:03:02 22 was going on my mind was whether or not Signal will apply for

16:03:08 23 the green cards.

16:03:10 24         So I do recollect speaking with Mr. Bingle about this

16:03:15 25 when he came to India, and I knew that he's -- he's one of

**OFFICIAL TRANSCRIPT**

16:03:20  1    the -- one of the -- one of the senior management at Signal.

16:03:25  2    So that was my main concern, to ask him whether Signal will

16:03:33  3    apply for the green cards.

16:03:35  4    Q.   As originally intended?

16:03:37  5    A.   Yes.

16:03:37  6    Q.   What did he tell you?

16:03:39  7    A.   He told me that, yes, Signal will apply for green cards

16:03:43  8    for all the workers.

16:03:44  9    Q.   Now, I want to bring you to the consulate interviews.

16:04:02 10    There were consulate interviews in various cities across India,

16:04:08 11    if I understand your testimony right.   What were the cities,

16:04:13 12    again, just to refresh my memory?

16:04:15 13    A.   It was Chennai, it was Mumbai, and it was Delhi.

16:04:21 14              There were some visas for Dubai, but Dubai refused to

16:04:27 15    give Signal visa, the Dubai consulate, so those visas were

16:04:36 16    ultimately transferred to India by Mr. Burnett and Signal.

16:04:42 17    Q.   Now, was anyone -- were you at every consulate interview?

16:04:52 18    A.   No.

16:04:52 19    Q.   Okay.   Which ones did you attend?

16:04:56 20    A.   No, I didn't go for the consulate interviews.

16:04:58 21    Q.   No.   Let me backtrack.   I didn't mean the consulate

16:05:02 22    interview itself.   Were there meetings prior to the consulate

16:05:06 23    interview?

16:05:06 24    A.   Yes.

16:05:07 25    Q.   Was anyone -- were you at all the meetings prior to each

**OFFICIAL TRANSCRIPT**

16:05:15 1   consulate interview?

16:05:16 2   A.   Not all, but most of them.

16:05:18 3   Q.   Okay.  What was your role in participating in these

16:05:23 4   meetings?

16:05:25 5   A.   My role was to help Mr. Burnett fill out the form for the

16:05:32 6   consulate.

16:05:34 7        Also, Mr. Burnett had asked me that all these job

16:05:39 8   applicants -- or the job candidates should come with their

16:05:43 9   résumé, their experience, their previous -- previous experience

16:05:48 10   letters, and their -- if they were married, he asked me to

16:05:55 11   bring their marriage certificates.  If they had children, to

16:05:58 12   bring their children birth certificates.

16:06:01 13        If they had some, like, bank accounts, to establish

16:06:06 14   that, you know, they have -- they are a resident of that -- of

16:06:10 15   that -- of that village or of that city.  Some -- the pay slips

16:06:19 16   from the previous companies showing the salaries that they were

16:06:21 17   getting.  I think that was most of it.

16:06:29 18        So my -- my work primarily there was to see that all

16:06:34 19   the candidates had all these documents in their file ready

16:06:41 20   before -- before they go and meet Mr. Burnett.

16:06:48 21        After Mr. Burnett spoke with the candidates, I would

16:06:51 22   probably translate that in Hindi or English, because some of

16:07:01 23   them could not understand Mr. Burnett -- even though they spoke

16:07:05 24   English, but because of the accent, they could not -- they

16:07:09 25   could not understand the accent.

**OFFICIAL TRANSCRIPT**

1    So I had to -- I had to kind of repeat the same thing

2    again, probably, in English, but just to reconfirm that they

3    understood what Mr. Burnett is asking them or what Mr. Burnett

4    is -- you know, wants from them.

5    Q.    Okay.  What did Mr. Burnett tell the workers in his

6    preparation of the workers for the consulate interviews?

7    A.    He basically was trying to tell them what to expect when

8    they -- when they go to the consulate.

9    Q.    Do you recall what Mr. Burnett told them as to what the

10   workers could expect when they went for their interview?

11   A.    I think the main thing was -- the main thing was about

12   their -- their previous experience -- the previous experience,

13   because that was one thing which was very important to

14   establish that -- that the job candidate who was going for the

15   consulate interview is a welder, had a previous experience of a

16   welder or a fitter.

17         Second, the most important thing was -- was to

18   establish with the consulate that he -- he will come back to

19   India, that he had very strong roots in India -- to prove to

20   the consulate that he has strong roots in India, he has a bank

21   account, he has money here, he has -- he has some kind of

22   property here, he's married, and he has children, so he has the

23   roots to come back to India.

24         So this was the main two thing that Mr. Burnett

25   was -- was trying to tell the candidates to establish --

16:09:16  1   establish to the workers.

16:09:16  2   Q.   Did Mr. Burnett ever tell any of the workers to tell the

16:09:33  3   consulate official that the worker didn't pay -- let me strike

16:09:38  4   that question.

16:09:39  5        Did Mr. Burnett ever instruct any of the workers to

16:09:56  6   misrepresent how much they had paid for the recruitment effort?

16:10:00  7   A.   As far as the payment goes, what I recollect was the --

16:10:05  8   the job candidates were asked to pay 33,500 rupees.  That's

16:10:13  9   what the actual charge was for H2B visa.

16:10:19 10        What Mr. Burnett was telling them to tell the

16:10:24 11   consulate -- because at that point of time, they were going for

16:10:27 12   the H2B visa, and that was the fees they were supposed to pay

16:10:31 13   for the H2B visa.

16:10:32 14   Q.   In fact, those were the fees they did pay for the H2B

16:10:36 15   visa, right?

16:10:37 16   A.   Correct.  That was the total H2B fees that they paid,

16:10:42 17   which, of course, I mentioned before that out of that, the

16:10:46 18   33,000 was divided into three parts, for Mr. Pol, Mr. Burnett,

16:10:51 19   and Dewan Consultants.  But the total was 33,500 rupees that

16:10:58 20   they were paying for the H2B visa.

16:11:00 21   Q.   Did Mr. Burnett tell the workers to mislead any of the

16:11:10 22   consulate officials as to the kind of visa that they were

16:11:14 23   coming over to the United States on to work for Signal?

16:11:21 24   A.   No, he did not.  He did not tell anybody to mislead the

16:11:24 25   consulate on the type of visa.  He asked them to tell them it

**OFFICIAL TRANSCRIPT**

16:11:27 1   was H2B.   It was H2B visa.

16:11:30 2   Q.   The workers actually had paid some 5 lakh rupees, or

16:11:48 3   500,000 rupees.   What was that fee for?

16:11:50 4   A.   That fee was for the permanent resident visa process.

16:11:56 5   Q.   So if the workers told the consulate, I paid 33,500 rupees

16:12:06 6   for coming over to Signal on an H2B visa, that would be telling

16:12:12 7   the truth, wouldn't it?

16:12:13 8   A.   Absolutely.

16:12:14 9   Q.   Do you happen to know if any of those questions were even

16:12:21 10  asked about amount of fees or kinds of visa?

16:12:27 11  A.   I think so.   Only in Mumbai consulate it was asked.

16:12:34 12  Q.   Did you ever personally tell any of the workers prior to

16:12:46 13  their interviews with the consulate to misrepresent or lie to

16:12:52 14  the consulate officials about the kind of visa that these men

16:13:01 15  were coming over on or the amount of money they had paid to

16:13:04 16  obtain the visa?

16:13:06 17  A.   We asked them to say that they were going on an H2B visa,

16:13:09 18  and if the consulate asked, they should say H2B visa.

16:13:13 19  Q.   Because that's what they were going over on, correct?

16:13:16 20  A.   Correct.

16:13:17 21  Q.   Now, you mentioned that you collected some paperwork for

16:13:40 22  the workers and made sure that everything was in order for

16:13:43 23  their file before going to the consulate interview?

16:13:46 24  A.   Yes.

16:13:47 25  Q.   Okay.   Were there any other documents that were prepared

**OFFICIAL TRANSCRIPT**

16:13:52  1    that were included in that packet of information?

16:14:02  2    A.   There could have been some other documents, but I would

16:14:05  3    not -- I would not recall exactly what was all of it.  But I

16:14:12  4    have only told you most of -- most of it -- most of it what was

16:14:15  5    in the file.

16:14:18  6              There could have been have their property papers,

16:14:21  7    which I missed out earlier.  If the worker had property, like a

16:14:26  8    house on his name or his family name, I think those documents

16:14:31  9    were included in that file.

16:14:33 10    Q.   Okay.  Were there any -- to your knowledge, were there any

16:14:36 11    immigration forms or papers that had to be reviewed by a

16:14:42 12    consulate official?

16:14:45 13    A.   I think so, yes, there was one consulate form that I

16:14:51 14    don't -- I don't recall the number of that form, but, yes,

16:14:53 15    there was -- I think there was -- it had to be filled on-line,

16:14:58 16    and a printout of that had to be taken.

16:15:00 17    Q.   That was a necessary document for the worker to bring to

16:15:03 18    the consulate so that the consulate official could see it?

16:15:07 19    A.   Yes.

16:15:07 20    Q.   One of the plaintiffs going to trial in this case

16:15:19 21    testified that he was told to say to the consulate officials

16:15:28 22    that he was a fitter and not a welder.

16:15:37 23    A.   I don't recall that exactly, but I do remember some of

16:15:42 24    the -- some of the welders, they give test for fitters.  I do

16:15:51 25    remember that.

**OFFICIAL TRANSCRIPT**

16:15:52  1   Q.   Okay.  But going back to the question I was about to ask,
16:15:58  2   and that is, that if the worker has brought all these papers
16:16:03  3   with his work experience and everything that is required, those
16:16:12  4   papers would reflect the actual kind of work that he did; is
16:16:18  5   that --
16:16:18  6   A.   Exactly.  Because -- because all workers had to -- all the
16:16:25  7   job applicants, all the job workers had to bring minimum of two
16:16:29  8   years' experience letters from their previous companies.
16:16:37  9        I do recollect that that was a very important
16:16:42 10   document to show to the consulate about their skills.
16:16:45 11   Q.   Okay.  So if somebody testified -- one of the plaintiffs
16:16:50 12   testifies that he was told to represent to the consulate that
16:16:55 13   he was a fitter when he was actually a welder, but yet his
16:17:03 14   documents said he was a fitter, that wouldn't work, would it?
16:17:09 15   A.   No.
16:17:09 16   Q.   Do you recall, in the total number of workers that went to
16:17:59 17   all of the consulate interviews, did they all get their visas,
16:18:04 18   their passports stamped?
16:18:07 19   A.   Not all.  There were some rejections.  The visas were not
16:18:15 20   granted by the consulates or the embassy.
16:18:20 21   Q.   Do you know why some of the workers might have been
16:18:23 22   rejected at the consulate or not stamped?
16:18:29 23   A.   I think mostly the reason would have been for the
16:18:41 24   unmarried -- for the unmarried job candidates.  Also, there
16:18:46 25   could be -- there was -- there were a few candidates who --

**OFFICIAL TRANSCRIPT**

16:18:51 1   who's -- who were -- who were rejected because of their work

16:18:55 2   experience.

16:18:56 3   Q.   Okay.  Is that something that might be a common occurrence

16:19:02 4   during a consulate interview?

16:19:06 5   A.   Yeah, I guess this was -- this was the main -- main two

16:19:09 6   reasons, because they had to establish that they have strong

16:19:12 7   roots here, and if a guy was unmarried, he would have had all

16:19:16 8   the reasons to stay back.

16:19:18 9        Also, there were candidates who -- I don't know, the

16:19:24 10  consulate must have thought that these companies or whatever --

16:19:29 11  the experience letters they attached, probably they didn't

16:19:32 12  believe them.

16:19:32 13  Q.   That would be grounds for immediate -- not cancellation,

16:19:41 14  but disapproval of a visa?

16:19:43 15  A.   Yes, sir.

16:19:44 16  Q.   So after the -- when the visas were stamped by the

16:19:56 17  consulate, what kind of visa was stamped in the workers'

16:19:59 18  passports?

16:20:03 19  A.   This was like a -- like a sticker.  They paste it on

16:20:07 20  your -- one of the leaves of your -- of your passport -- the

16:20:12 21  front pages of your passport.  It as your -- it has the picture

16:20:17 22  of the candidate that has been scanned and loaded on the --

16:20:21 23  online on the VFS -- VFS site is what the VISA is like.

16:20:31 24  Q.   What I'm asking is what kind of visa, in this instance, in

16:20:35 25  this recruitment effort, was actually stamped on the passport?

16:20:38  1    A.    Oh, I'm sorry, it was H2B visa.

16:20:40  2    Q.    Okay.  Now, you mentioned the VFS.  That is some kind of

16:20:49  3    an outsource private company that does some work on behalf of

16:20:54  4    the United States consulate?

16:20:55  5    A.    Yes.  It's an outsource company.  VFS does for most of

16:21:03  6    the -- most of the consulates and embassies, at least in

16:21:09  7    India -- they do for many countries, and U.S. is one of them.

16:21:12  8          You have to go to VFS office for the fingerprinting.

16:21:20  9    As far as I recollect, you have to fill out the form,

16:21:27 10    everything online off the VFS site.

16:21:30 11          Once the visa is stamped on the passport, the

16:21:36 12    consulate sends the passport back to the VFS office.

16:21:40 13    Q.    Okay.  Why do they do that?

16:21:42 14    A.    Because they have been outsourced to -- to either post the

16:21:51 15    passport back or to hand over the passport in person back to

16:21:56 16    the -- back to the applicant.

16:22:00 17          Also, they have been outsourced for the -- for the

16:22:04 18    forms and for the fingerprinting, which I believe the consulate

16:22:13 19    would want to avoid the crowd there.

16:22:15 20    Q.    Why is fingerprinting done as part of this effort -- this

16:22:24 21    effort?

16:22:24 22    A.    I believe it's for security reasons.

16:22:26 23    Q.    Is it part of a security clearance?

16:22:30 24    A.    Yes.

16:22:35 25    Q.    What would the VFS do with the passports once they were

**OFFICIAL TRANSCRIPT**

16:22:39  1   finished with them?

16:22:41  2   A.    They would hand it over back to the -- back to the

16:22:45  3   applicant.

16:22:45  4   Q.    Okay.  The applicant being like the plaintiffs who are

16:22:55  5   going to trial in this case?

16:22:56  6   A.    Yes, sir.

16:22:57  7   Q.    What would the workers do with their passports?

16:23:05  8   A.    The workers used to bring the passports back to our

16:23:07  9   office, the candidates.

16:23:11 10           There were a set of candidates who -- who had come

16:23:17 11   on -- who had come on leave from -- from Dubai, from UAE, and

16:23:25 12   some from Saudi Arabia, and some from -- very few from Bahrain.

16:23:34 13   So these were mostly the J & M and the Indo-Ameri Soft and the

16:23:39 14   ISA recruits that were recruited either in India or in Dubai,

16:23:46 15   so they had not resigned their -- most of them had not resigned

16:23:51 16   their jobs and come, so they -- they requested us that they

16:23:58 17   want to go back to those countries and resign from their

16:24:01 18   present jobs and take their -- take their dues from the

16:24:07 19   companies, the salaries and the dues, and then come back.

16:24:12 20           So those set of workers brought their passports back

16:24:16 21   to us later.

16:24:16 22   Q.    Because they wanted to return and -- when you say collect

16:24:19 23   their dues, what is dues?

16:24:20 24   A.    It's like the money that they have to receive from the

16:24:23 25   companies where they were working.

**OFFICIAL TRANSCRIPT**

16:24:25  1   Q.   Do you know of any instance in any of the recruitment

16:24:29  2   efforts where a worker quit his job to come back to India just

16:24:34  3   to attend a seminar with Dewan Consultants?

16:24:40  4   A.   I don't specifically remember anybody about that.   Dewan

16:24:44  5   Consultants will -- will never tell anybody to quit his job and

16:24:48  6   come for a seminar.

16:24:49  7   Q.   What about quit his job and join our recruitment effort,

16:24:58  8   would Dewan Consultants ever tell a worker to do that?

16:25:00  9   A.   No.   We had -- we had asked the workers who mostly were

16:25:04 10   the -- mostly were the J & M -- J & M and IAS and Zito

16:25:12 11   candidates who were working abroad and who were from Dubai,

16:25:15 12   they had applied in Dubai, we had specifically told them not to

16:25:19 13   resign from their jobs because there is a possibility of the

16:25:23 14   consulate rejecting your visa.

16:25:27 15        It was specifically told to them, there is a

16:25:29 16   possibility Signal will not pass you in the test.   So that was

16:25:34 17   also a possibility.

16:25:37 18        Dewan would have never told anybody to resign --

16:25:39 19   resign their present jobs and come to India for to take the --

16:25:44 20   to take the test or to attend seminar or to attend the

16:25:48 21   consulate interview.

16:25:51 22        There were also people that had been tested in Dubai,

16:25:57 23   but the Dubai consulate refused the visas to all -- all

16:26:03 24   those -- for all those applicants.   Those workers also came to

16:26:07 25   India to get their visas stamped.   Even to those candidates, we

**OFFICIAL TRANSCRIPT**

16:26:12  1    had told not to resign from the present job.

16:26:14  2    Q.    Okay.  Now, getting back to -- so your testimony is that

16:26:21  3    when the candidates for Signal, the recruits now for Signal,

16:26:29  4    would get their passports back, they would bring them to Dewan

16:26:31  5    Consultants to hold on to?

16:26:33  6    A.    Yeah.  That's the regular practice in India with the

16:26:38  7    recruitment agents, that the passport is usually collected once

16:26:44  8    the person is tested or interviewed and he passes the interview

16:26:52  9    test.  The passport is given back at the time when he -- when

16:26:56 10    he is ready for his departure.

16:26:58 11    Q.    This is a -- this is a normal and standard practice in

16:27:06 12    India?

16:27:06 13    A.    That's a common practice in India.

16:27:08 14    Q.    Okay.  What is the -- what is the reason for a recruiting

16:27:22 15    agent to hold a passport in this situation?

16:27:27 16    A.    The reason for -- the reason for the recruiting agents to

16:27:33 17    hold the passport is, one, is that to completely -- complete

16:27:39 18    the forms for the visas, because there are a lot of time there

16:27:43 19    are information like about his previous travel or his previous

16:27:47 20    work, work that he has done, if he's worked overseas, overseas

16:27:52 21    in Dubai, and those informations are needed on the forms.

16:27:55 22    Okay, that is one.

16:27:58 23          Second is, if the visa is stamped on the passport and

16:28:03 24    the applicant, the job applicant wishes not to travel or for

16:28:09 25    some -- for some unforeseen reasons, you know, somebody is sick

**OFFICIAL TRANSCRIPT**

16:28:16  1   in his family and he decides not to join the company, so it is

16:28:19  2   the recruitment agency's duty in most of the consulates to take

16:28:26  3   the passport back to the consulate, to cancel the visa and add

16:28:31  4   that visa back to the block.

16:28:33  5   Q.    When you say *add the visa back to the block*, are you

16:28:36  6   talking about, like, the 590 unnamed visa -- unnamed workers

16:28:45  7   that were approved?

16:28:45  8   A.    Yes, sir.  The unnamed -- the unnamed -- the unnamed visas

16:28:49  9   that are there.  For instance, giving an example, like there

16:28:54 10   was a visa approval for 20 workers and one visa approval, and

16:29:00 11   if out of that 20 two of them decide not to travel, so you have

16:29:04 12   to -- we have to send the passport back for the visa

16:29:08 13   cancellation.  It is our responsibility and duty to see that

16:29:11 14   the company doesn't loses the visa.

16:29:14 15   Q.    How serious do you take that responsibility?

16:29:17 16   A.    Absolutely.  The company always -- the company always

16:29:20 17   holds us responsible.  I mean, here with the U.S. visa, I don't

16:29:26 18   know about the charges exactly, but like a visa for

16:29:31 19   Saudi Arabia, the company has to pay a fees of almost

16:29:38 20   2,000 Saudi riyals, which is equivalent to around 500 U.S.

16:29:43 21   dollars, so the company loses that -- if the company loses the

16:29:48 22   visa, they back charge us that money.

16:29:51 23   Q.    Okay.  And the job -- the workers, the job candidates

16:30:00 24   never have given you any kind of problem about that procedure?

16:30:06 25   A.    No, sir.  It's a normal practice in India to hold the

16:30:10  1   passport and hand over the passport to the job worker before

16:30:14  2   his travel.

16:30:15  3   Q.    Okay.  Is there anything illegal about doing that in

16:30:18  4   India?

16:30:18  5         THE COURT:  You need to speak louder.  I can't hear

16:30:21  6   you.

16:30:22  7   EXAMINATION BY MR. SHAPIRO:

16:30:24  8   Q.    Is there anything illegal about holding the worker's

16:30:27  9   passport in the fashion you just discussed?

16:30:28 10   A.    No, sir.  There is nothing illegal about holding the

16:30:32 11   passports.  All the companies that have -- that have the

16:30:35 12   license for recruitment are authorized to collect the passport,

16:30:41 13   take them to the consulate, take them -- take them to

16:30:45 14   immigration office for the immigration clearances, fill out

16:30:49 15   their paperwork and do the legal paperwork for them, so they

16:30:55 16   are authorize by the ministry of overseas -- the Indian

16:31:00 17   Overseas Affairs to keep the passports, or to keep the passport

16:31:04 18   in their office.

16:31:06 19   Q.    And those passports are kept until when?

16:31:09 20   A.    Those passports in generally are kept 'til their

16:31:15 21   departure.

16:31:15 22   Q.    And then at that point they are given back to the workers?

16:31:20 23   A.    Yes, sir.  They are generally given back to the workers

16:31:23 24   once -- once the job applicant is ready to travel.

16:31:26 25   Q.    Have you ever, Mr. Dewan, ever personally canceled a visa

**OFFICIAL TRANSCRIPT**

16:31:38 1   in any of the passports of any worker you've ever recruited?

16:31:46 2   A.    I have never canceled anybody's visa.

16:31:49 3   Q.    What if you did that?

16:31:51 4   A.    Sorry?

16:31:51 5   Q.    What if you did that, what would happen to you?

16:31:54 6   A.    I know it's -- the passport is a document which is --

16:31:58 7   which is not a document of, you know, a candidate's document.

16:32:03 8   It's a document of the Indian government.  The passport is a

16:32:11 9   document of Indian government.  It's not a document of the

16:32:17 10  candidate.  I cannot write or I cannot cancel anything which is

16:32:19 11  a government document.  I understand that.

16:32:20 12        THE COURT:  Mr. Shapiro, how much longer do you have?

16:32:27 13  You're not near the end?  We'll take another break.

16:32:30 14        Let's take another 10-minute break.  I want you

16:32:32 15  to remember the instructions that I've given you.  We'll come

16:32:35 16  back at 4:40, and I want all the lawyers in place at 4:40.

16:32:42 17        THE DEPUTY CLERK:  Everyone rise, please.

16:32:43 18        (WHEREUPON, at 4:32 p.m. the jury panel leaves the

16:33:11 19  courtroom.)

16:33:11 20        THE COURT:  Mr. Dewan, you're not to discuss your

16:33:14 21  testimony with anyone during the break.

16:33:16 22        THE WITNESS:  Sure.

16:33:17 23        THE COURT:  Thank you.

16:36:01 24        (WHEREUPON, at 4:36 p.m. the Court took a recess.)

16:44:42 25        THE DEPUTY CLERK:  Everyone rise.

**OFFICIAL TRANSCRIPT**

16:45:31  1          (WHEREUPON, at 4:45 p.m. the jury panel enters the

16:45:58  2   courtroom.)

16:45:58  3          THE COURT:  All right.  Have a seat.

16:46:33  4           Are you ready?

16:46:34  5          MR. SHAPIRO:  I'm ready.

16:46:36  6          THE COURT:  Let's go.

16:46:37  7   EXAMINATION BY MR. SHAPIRO:

16:46:37  8   Q.   Mr. Dewan, I want to ask you about some documents that

16:46:40  9   were issued to the plaintiffs who are going to trial in this

16:46:45  10  case.  I'm going to pull up -- this is Exhibit Number 804.

16:47:42  11  Mr. Dewan, I want you to look at this document and tell me if

16:47:46  12  you recognize it.

16:47:51  13  A.   Could you -- yeah, show me the second page.

16:47:54  14  Q.   Okay.  Oops.

16:48:05  15  A.   Yes, I recognize it.

16:48:06  16  Q.   Okay.  Let me go back to the first page, if I can.  Now,

16:48:18  17  to whom was this document given?

16:48:24  18  A.   The document was given to the job candidate.

16:48:27  19  Q.   Okay.  And in this instance, who was the job candidate?

16:48:34  20  A.   The job candidate in this incident -- instance is

16:48:47  21  Thangamani.  That's T-H-A-N-G-A-M-A-N-I.

16:48:55  22  Q.   Do you understand Mr. Thangamani to be one of the

16:49:05  23  plaintiffs going to trial in the case?

16:49:07  24  A.   Yes, sir.

16:49:07  25  Q.   I want to show you this first paragraph.  What was the --

**OFFICIAL TRANSCRIPT**

what was the purpose of including this paragraph in this letter?

A.   This was basically informing that -- this informs actually that his application was received and then he was subsequently tested and Signal International -- for the client Signal International, and then Signal, the company, shall proceed with the -- with the -- with your H2B and employment-based resident visa for United States of America.

But I would just like add that this -- this letter was not a letter that was given to the candidate to explain him the process, because at this point of time the candidate had already attended the seminar, he had already attended the test. This letter was basically only meant to be given to him -- meant to be taken to the bank to -- to see the process and to make -- help him -- you know, for the bank to make the -- to make the drafts, which will be in U.S. dollars.

So this -- the intention of this letter was -- was only for the purpose of the job candidate to take this letter to the bank and make the -- make the U.S. dollar draft. Because this is subsequent to his passing the test.  We would not be giving this -- this process -- explanation of the process after he's passed the test.

Q.   Okay.  Now, I note that if you look at the top of this letter, right here, I'm going to highlight that little -- is that Dewan Consultants' letterhead?

OFFICIAL TRANSCRIPT

16:51:45  1    A.    Yes, sir.

16:51:45  2    Q.    Okay.  And when was this letter issued to Mr. Thangamani?

16:51:51  3    A.    This is issued on June 23rd, 2006.  So he -- he -- looks

16:52:02  4    like he's one of the candidates from the first -- the first

16:52:06  5    testing -- first testing that happened in June.

16:52:09  6    Q.    Okay.  Now -- I'm having a little trouble with the --

16:52:25  7    because it's downloading a lot of things.  Let me just use the

16:52:29  8    ELMO.  That might make it a little easier.  Before I get to --

16:52:49  9    I want to show you another letter.  It's Exhibit 763.  And to

16:53:10 10    whom is this letter addressed?

16:53:11 11    A.    It is addressed to Mr. Sony V. S.

16:53:25 12    Q.    Did you come to learn that Mr. Sony V. S. or Mr. Sony

16:53:31 13    Sulekha is one of the plaintiffs going to trial in the case?

16:53:37 14    A.    Yes, sir.

16:53:37 15    Q.    And I want to show you the second page.  At the very

16:53:53 16    bottom, where my finger is here, it shows what your title is in

16:54:04 17    the company, is that correct, or what it was at the time?

16:54:07 18    A.    Yeah, it could be.

16:54:09 19    Q.    And above it, it talks a little bit about what, in this

16:54:14 20    area right up here?

16:54:15 21    A.    Salary?  Salary?

16:54:21 22    Q.    Yes.

16:54:22 23    A.    It says, "14 to 18 USD per hour, 40 hours per week."

16:54:29 24    Q.    And this is something that was shared with the workers,

16:54:37 25    including this particular worker, when he was about to -- when

                          **OFFICIAL TRANSCRIPT**

16:54:45  1   he was in seminars learning about the Signal recruitment

16:54:49  2   effort?

16:54:49  3   A.   Yes.

16:54:49  4   Q.   And do you see the signature next to your printed name?

16:54:57  5   A.   Yes.

16:54:59  6   Q.   And whose signature is that?

16:55:03  7   A.   That looks like Salimon's signature?

16:55:10  8   Q.   You would recognize Salimon's signature?

16:55:14  9   A.   Yes, sir.

16:55:15 10   Q.   And is he signing on your behalf?

16:55:17 11   A.   Yes.

16:55:18 12   Q.   And what you just testified to is in a postscript at the

16:55:29 13   bottom; is that correct?

16:55:30 14   A.   Yes.

16:55:30 15   Q.   Right here.

16:55:31 16   A.   Yes.  "P.S.  Produce this letter to the bank to make

16:55:38 17   dollars draft."

16:55:39 18   Q.   Now, so this letter, like the first letter given to

16:55:49 19   Mr. Thangamani, the purpose of this letter was what?

16:55:54 20   A.   The purpose of the letter was solely to take it to the --

16:55:59 21   to take it to the bank and for -- for the bank to understand

16:56:03 22   for what he needs -- needs a dollar draft.

16:56:06 23   Q.   Now, let's go back for a moment to the letter from --

16:56:12 24   given to Mr. Thangamani.  On the second page it says the same

16:56:26 25   thing, right?

**OFFICIAL TRANSCRIPT**

16:56:28  1    A.    I can't see.

16:56:28  2    Q.    I'm sorry, I haven't -- the same thing as the letter you

16:56:47  3    just looked at; is that correct?

16:56:48  4    A.    Correct.

16:56:49  5    Q.    Okay.  Now I want to show you another letter, which I will

16:57:00  6    pull up.  Is this on your letterhead?

16:57:21  7    A.    Yes.

16:57:21  8    Q.    And what is the date?

16:57:25  9    A.    It's October 25th, 2006?

16:57:31  10   Q.    Which means to you what?

16:57:32  11   A.    Which means to me that he's from the -- he's from the

16:57:37  12   third -- third set of recruitment candidates that happened in

16:57:41  13   October.

16:57:41  14   Q.    Okay.  Now, let me show you the whole letter, the first

16:57:49  15   page -- we don't have the first page.  I'll have to show you on

16:57:58  16   the ELMO.  At least the first page -- okay.  Is this letter --

16:58:19  17   is there anything different about this -- who is this addressed

16:58:23  18   to, first of all?

16:58:25  19   A.    It's addressed to Mr. Andrews Isaac.

16:58:28  20   Q.    Have you come to learn this is one of the plaintiffs who

16:58:33  21   is going to trial in this case?

16:58:34  22   A.    Yes.

16:58:34  23   Q.    Now, is there anything a little bit different about this

16:58:44  24   letter?

16:59:03  25   A.    This is like more -- more brief.  It's a very, very brief

**OFFICIAL TRANSCRIPT**

16:59:09  1   letter, which few of the terms and the conditions are -- I

16:59:15  2   don't see it as -- as it was shown in the other two exhibits

16:59:19  3   that -- that's more elaborate.

16:59:23  4   Q.   And so this is actually a one-page letter; isn't that

16:59:23  5   correct?

16:59:28  6   A.   Yes.

16:59:28  7   Q.   Okay.  Now, do you see your signature at the bottom of

16:59:32  8   this letter?

16:59:33  9   A.   Yes.

16:59:33 10   Q.   Okay.  Now, one thing I wanted to alert your attention to

16:59:41 11   on this letter is -- I asked you if there was something

16:59:45 12   different.  I'm going to highlight something for you.  If I

16:59:49 13   can't highlight, I'm going to call it out.

17:00:08 14   A.   Green card.

17:00:09 15   Q.   Right.  The other two letters say "H2B visa and

17:00:14 16   employment-based permanent resident visa."

17:00:19 17            Is there any reason why this letter is different from

17:00:22 18   the other two?

17:00:22 19   A.   I don't exactly recollect why it is written like this.

17:00:28 20   But what I recall was that Mr. Andrews was a J & M -- J & M

17:00:37 21   candidate, and he had only made his two payments and this, I

17:00:46 22   believe, is the last payment that he's making.  And so I feel

17:00:55 23   it's just because he's just making the last payment, and the

17:01:03 24   payment was probably just for the purpose of -- for purpose of

17:01:10 25   the green card process.

**OFFICIAL TRANSCRIPT**

17:01:10  1    Q.    Okay.  Now, the first three letters that I've just shown
17:01:35  2    you, are these letters an offer of employment from Signal?
17:01:39  3    A.    No.  These letters were basically given to them only
17:01:42  4    for -- only with the intention to show it to the bank to make
17:01:45  5    the dollar drafts.  Because initially when we started this
17:01:49  6    process way back in 2003 and the job candidates went to the
17:01:54  7    bank and asked for the dollar drafts to be made in the name of
17:01:58  8    Mr. Burnett and Mr. Rao, the banks asked us the reason, what --
17:02:04  9    what is this dollar draft for?  So then they asked us to
17:02:10  10   give -- give it -- some kind of explanation why the dollar
17:02:13  11   draft is needed, so this letter was solely for that purpose.
17:02:18  12   Q.    Okay.  And finally, I'm going to show you another letter,
17:02:28  13   Exhibit 499.  Do you recognize this letter?
17:02:42  14   A.    Yes, I do.
17:02:43  15   Q.    Do you recognize the signature at the bottom of this
17:02:48  16   letter?
17:02:53  17   A.    That looks like the signature of Salimon.
17:03:01  18   Q.    Was the purpose of this letter the same as what you've
17:03:05  19   described the previous letters I've shown you?
17:03:14  20   A.    Yes, it says -- the purpose, yeah, it says
17:03:21  21   "employment-based permanent resident visa for the United States
17:03:25  22   of America."
17:03:25  23   Q.    That would be right there?  Do you see that?
17:03:39  24   A.    Can I see the date?
17:03:40  25   Q.    Yeah.  Let me try to call it out for you instead.

**OFFICIAL TRANSCRIPT**

17:04:07  1          What does this letter inform this particular

17:04:09  2  individual?

17:04:12  3  A.   As I mentioned to you before, that this was -- this

17:04:15  4  information was not meant for the -- for the job applicant.  It

17:04:19  5  was meant to be for the bank.

17:04:21  6  Q.   I understand that.  But was this a letter -- was this an

17:04:33  7  offer -- like the other ones, was this a letter -- an offer of

17:04:36  8  employment for work at Signal?

17:04:38  9  A.   No, this was not a letter of offer.

17:04:40 10  Q.   Now, there is one other plaintiff in this case,

17:04:48 11  Mr. Hemant Khuttan.

17:04:53 12          I'm sorry.  Let me go back.  I wanted to ask you one

17:04:54 13  other question about this just identify it.  This letter is

17:05:01 14  made out to whom?

17:05:05 15  A.   Mr. Jacob.

17:05:06 16  Q.   Okay.  And do you understand that Mr. Jacob is one of the

17:05:10 17  plaintiffs going to trial in this case?

17:05:12 18  A.   Yes, I understand that.

17:05:12 19  Q.   Okay.  And do you see the date there, what is the date?

17:05:17 20  A.   14 November, 2006.

17:05:18 21  Q.   And what does that date mean to you?

17:05:21 22  A.   The date means that he was one of the candidates who was

17:05:25 23  selected in the last -- last round of interviews, that was the

17:05:30 24  third round of testing.

17:05:32 25  Q.   Okay.  Now, the letters that I've just shown you, how were

17:05:57 1   they given to all of these workers?  What method?

17:06:04 2   A.   They were asked to collect it from Salimon's -- from

17:06:10 3   Salimon if they were in south, or if they were in Mumbai, they

17:06:15 4   were asked to collect it from our office.

17:06:22 5   Q.   But another purpose of this letter is what?

17:06:24 6   A.   The purpose -- the sole purpose of this letter was only

17:06:31 7   to -- only to show it to the bank, so that the bank understood

17:06:37 8   what they are asking the -- for what they are asking for the

17:06:42 9   dollar draft.

17:06:42 10  Q.   But it also shows that this person has passed the test for

17:06:49 11  Signal.

17:06:49 12  A.   Yes.

17:06:50 13  Q.   And they've been selected for the job, right?

17:06:53 14  A.   Yes.  Because the bank should understand that it is -- it

17:06:58 15  is for the intention for an overseas job and the candidate has

17:07:03 16  given his test, so just an understanding for the bank that --

17:07:07 17  that he's applying for an overseas job, so it is connected to

17:07:12 18  overseas job to make it more clear.

17:07:13 19  Q.   Right.  And this is something that would be required for

17:07:15 20  the bank to look at in order to issue a demand draft or a

17:07:20 21  check?

17:07:20 22  A.   Yes.

17:07:20 23  Q.   Now, there is another plaintiff in this case,

17:07:45 24  Mr. Hemant Khuttan.  Do you know if Mr. Hemant Khuttan was

17:07:51 25  given a letter like this to give to the bank so that he could

**OFFICIAL TRANSCRIPT**

17:07:59 1    get demand drafts to pay the fees for recruitment and the legal

17:08:04 2    fees and the legal broker fees?

17:08:07 3    A.   I don't recall it.  I don't recall it.  But if he has

17:08:12 4    made -- if he has made the dollar drafts, then for sure -- for

17:08:18 5    sure he was given this letter.

17:08:19 6    Q.   Okay.  Now, was there anything that you knew that was a

17:08:27 7    little bit unusual about Mr. Hemant Khuttan?

17:08:33 8    A.   Unusual about Hemant Khuttan was he was -- he was son

17:08:42 9    of -- son of friend of Mr. Shivram, Mr. Shivram Dhir,

17:08:52 10   S-H-I-V-R-A-M, and Dhir is D-H-I-R.

17:08:58 11        And he was -- Mr. Shivram -- he is very, very close

17:09:05 12   friend's son.  Even my father, he knew -- he knew his father,

17:09:10 13   Hemant Khuttan's father, like on a few occasions they had --

17:09:13 14   they had met in Delhi, along with Mr. Shivram.

17:09:18 15   Q.   Was Mr. Hemant Khuttan kind of a special case for you in

17:09:27 16   terms of a worker that you wanted to send over to Signal?

17:09:31 17   A.   Yes, sir.

17:09:31 18   Q.   And why was that?

17:09:32 19   A.   His -- his father -- his father had requested,

17:09:40 20   Mr. Shivram, that he wanted to send both his sons to the U.S.

17:09:46 21        MR. BHATNAGAR:  Objection, hearsay.

17:09:49 22        MR. SHAPIRO:  How is it hearsay?  He's talking from

17:09:51 23   personal knowledge.

17:09:53 24        MR. BHATNAGAR:  He's testified this is what --

17:09:54 25        THE COURT:  No.  Right, he didn't say what he said, but

**OFFICIAL TRANSCRIPT**

17:09:56  1   he also -- I guess you need to lay a foundation for whether he

17:10:00  2   knew that from personal knowledge.

17:10:02  3         MR. SHAPIRO:  Okay.

17:10:04  4         THE COURT:  Without asking him what he said -- what

17:10:07  5   someone said.

17:10:08  6         MR. SHAPIRO:  Okay.

17:10:14  7   EXAMINATION BY MR. SHAPIRO:

17:10:15  8   Q.   How did you come to learn about the relationship between

17:10:18  9   Mr. Shivram Dhir and Hemant Khuttan's father?

17:10:25 10   A.   Through my father.

17:10:26 11   Q.   Through your father?

17:10:27 12   A.   Yes.  As I mentioned earlier, that my father had met

17:10:32 13   Hemant Khuttan's father on a few occasions along with

17:10:36 14   Mr. Shivram and then -- so my father knew him for many years

17:10:40 15   because Hemant Khuttan's father was in the police force in

17:10:44 16   Delhi, and on a few occasions they met, along with Mr. Shivram.

17:10:51 17   Q.   And because of that relationship, did you offer the

17:10:58 18   opportunity for Mr. Khuttan to join the Signal recruitment

17:11:03 19   effort at a reduced fee?

17:11:05 20   A.   Yes, I did.

17:11:06 21         MR. BHATNAGAR:  Objection.  Leading.

17:11:07 22         THE COURT:  Sustained.

17:11:09 23         MR. SHAPIRO:  I'll rephrase.

17:11:09 24   EXAMINATION BY MR. SHAPIRO:

17:11:19 25   Q.   You charged fees -- how much did you normally charge in

                        **OFFICIAL TRANSCRIPT**

17:11:24 1    fees to each worker?

17:11:29 2    A.   We charged the job candidates that came for -- that came

17:11:33 3    for -- to work for Signal paid 33,500 in total for the H2B, and

17:11:42 4    they paid around 500,000, between 500 to 600,000, including all

17:11:51 5    that for the permanent resident visa process.

17:11:55 6    Q.   Okay.  And did you offer Mr. Khuttan a reduced fee?

17:12:04 7    A.   Yes.

17:12:06 8         MR. BHATNAGAR:  Objection.  Leading.

17:12:06 9         THE COURT:  Sustained.

17:12:09 10   EXAMINATION BY MR. SHAPIRO:

17:12:09 11   Q.   What fee did you offer Mr. Khuttan?

17:12:12 12   A.   I offered -- initially the amount was not decided.  I was

17:12:21 13   asked to give a discount, and I spoke to -- I spoke to Mr. Pol

17:12:27 14   about it, that he's known to -- his father was known to my

17:12:32 15   father and also very, very close friend of Mr. Shivram, they

17:12:37 16   are just like brothers, so we'll have to offer some discount.

17:12:41 17   After Mr. Pol agreed, then we -- we give him -- like, I think

17:12:45 18   all in all he paid about, as far as I recollect right now,

17:12:49 19   about 350,000 rupees in total.

17:12:53 20   Q.   Total.  Was -- and was all of that paid in India?

17:12:57 21   A.   Yes.

17:12:58 22   Q.   Was there any paid afterwards, after Mr. Khuttan arrived

17:13:03 23   in the United States?

17:13:03 24   A.   Yes.  I think 100,000 was paid -- 100,000 was paid by his

17:13:10 25   father after Hemant Khuttan arrived in the U.S. to work for

17:13:16 1    Signal.

17:13:16 2    Q.    Okay.  So if Mr. Hemant Khuttan, if his testimony is that

17:13:24 3    he actually paid eight lakh rupees, would that be incorrect?

17:13:29 4    A.    Absolutely incorrect.

17:13:30 5    Q.    Now, the last step in the process, the recruitment

17:13:45 6    process, was -- what did you require the workers to do as the

17:13:49 7    last step in the recruitment process?

17:13:54 8    A.    In the last step, they were required to come to the office

17:13:59 9    and sign the -- sign the papers, the MOUs, declarations, the

17:14:10 10   agreements, and they were given a predeparture orientation.

17:14:21 11   Then they were handed out their passports and their tickets.

17:14:26 12   And this was the last step in the --

17:14:29 13   Q.    And how close was this to when they -- when the workers

17:14:34 14   were to depart for the United States to go to work for Signal?

17:14:39 15   A.    Most of these candidates were -- in India were from the

17:14:43 16   south, so most of the time -- I would say most of the time they

17:14:51 17   came a day earlier, a day earlier than their flights.

17:14:54 18   Q.    Okay.  And did you happen to know what the workers would

17:15:01 19   do when they came to Mumbai initially, when they first arrived

17:15:05 20   in Mumbai?

17:15:09 21   A.    They would report to our office in the morning, and they

17:15:17 22   were -- they were asked to -- asked to come to meet me most of

17:15:23 23   the time in person in a group of five to seven people in my

17:15:30 24   cabin, and I briefed them up.  And then they had to go to

17:15:36 25   Salimon, to Salimon and Ramesh were collecting their last

17:15:44 1   payments and handing out -- after they were handing out the
17:15:50 2   passports and the tickets to them.
17:15:51 3   Q.   Was this meeting the day that they were to depart for the
17:15:58 4   United States?
17:16:00 5   A.   Usually it used to be one day before.
17:16:04 6   Q.   Were there ever instances where they would -- the workers
17:16:12 7   would come to your office on the day of departure to review --
17:16:17 8   to go through your final orientation, make the last payment,
17:16:22 9   and retrieve their passports back?
17:16:25 10  A.   See, most of the flights to the U.S. from India, they
17:16:30 11  leave early in the morning or, like -- most of them are past
17:16:36 12  midnight.  So they used to come a day earlier in the morning to
17:16:40 13  my office so that they don't have to spend money and stay in
17:16:47 14  the hotels, so after they finished at my office, most of the
17:16:54 15  candidates had -- had these last minute shopping that they
17:16:58 16  wanted to do, so they used to do the shopping and then go to
17:17:03 17  the airport.
17:17:03 18  Q.   Okay.  So when you're talking about the day before, you're
17:17:07 19  talking about the morning before a flight that was to leave the
17:17:13 20  early morning the next day?
17:17:15 21  A.   Correct.
17:17:15 22  Q.   And so if the plaintiffs are testifying that they came to
17:17:21 23  your office late in the afternoon to meet with you before they
17:17:30 24  were to depart for a flight hours later on the next day, would
17:17:34 25  that be correct?

**OFFICIAL TRANSCRIPT**

17:17:36  1   A.    As far as I recollect, most of them, they came -- they

17:17:40  2   came on flights from -- from -- from the respective cities.

17:17:46  3   They took a morning flight and they came to our office

17:17:50  4   around -- around, between 10:00 and 11:00, because the offices

17:17:54  5   in India, they open at 10:00.  They open at 10 o'clock.  So

17:17:58  6   they came to our office between 10:00 and 11:00.

17:18:01  7   Q.    Okay.  Now -- and so what would you do -- I know you

17:18:11  8   described it a little bit already, but were the workers given

17:18:18  9   plenty of opportunity to read the documents that they were --

17:18:24 10   that they need to sign?

17:18:24 11   A.    Yes.

17:18:29 12   Q.    And were these documents explained to them?

17:18:38 13   A.    As far as I recollect, they were given out the documents

17:18:42 14   to put their names -- to put their names on it and to put their

17:18:48 15   address, if needed, on the documents.  As far as I recollect, I

17:18:55 16   think the MOUs had their addresses on them.  So they were --

17:19:01 17   they were handed out these documents.  They were made to write

17:19:04 18   their names, they were made to write their address on it, and

17:19:20 19   after they were completed, they were asked to come to my cabin.

17:19:22 20   Q.    When you say your cabin, what does that mean?

17:19:25 21   A.    Where I sit, my office area where I sit.  And I used to

17:19:29 22   take about five to seven candidates at one time.

17:19:34 23   Q.    Okay.  And how many documents would the workers need to

17:19:40 24   sign?

17:19:48 25   A.    There was the Burnett service agreement, there was Pol's

**OFFICIAL TRANSCRIPT**

17:19:52  1   service agreement, there was Dewan's service agreement, and

17:19:55  2   there was the MOU.  And if he was a -- J & M, Zito, or

17:20:06  3   Indo-Ameri Soft candidates, they had to sign the declarations.

17:20:09  4   Q.   Now, the declaration that you just mentioned, what was the

17:20:17  5   declaration?

17:20:24  6   A.   The declaration was basically -- the job candidate to

17:20:27  7   declare that he is -- he was giving up his earlier green card

17:20:33  8   process, what was filed for Indo-Ameri Soft, for J & M or for

17:20:41  9   Zito.

17:20:42 10   Q.   And that was one of the requirements that they had to

17:20:44 11   undertake to join the Signal program; is that correct?

17:20:47 12   A.   Yes, correct.

17:20:48 13   Q.   Now, I want to direct your attention to Exhibit 607.  I'm

17:21:12 14   going to show you the first page and then I'm going to show you

17:21:14 15   the second page.  Now, this document, is this -- is this the

17:21:27 16   declaration you've been referring to that the worker had to

17:21:36 17   sign?

17:21:36 18   A.   I can't see it.

17:21:37 19   Q.   Oh, I'm sorry.  Here we go.  First page, second page.

17:21:47 20   A.   Yes, sir.

17:21:47 21   Q.   Okay.  Now, whose name appears on this declaration?

17:22:01 22   A.   Mr. K. J. Jacob.

17:22:08 23   Q.   Now, I want to direct your attention to --

17:22:16 24   A.   See, if you see the handwriting, the name is written by

17:22:19 25   Mr. Jacob himself.  And he was supposed to write the address

**OFFICIAL TRANSCRIPT**

17:22:24 1    where he has left it out blank.  This is what I -- I just

17:22:27 2    testified earlier, that these were handed out to each and every

17:22:30 3    one for -- to fill this out and then come to me.

17:22:40 4    Q.   Is it possible there might have been another reason why

17:22:43 5    this -- this address was blocked out?

17:22:50 6    A.   Sorry?

17:22:50 7    Q.   Do you know of any other reason -- never mind.  I'll move

17:22:53 8    on to the next question.

17:22:55 9            So is it your testimony that this is the document

17:23:01 10   that you required the workers who started out in the J & M

17:23:08 11   process --

17:23:08 12   A.   Yes.

17:23:08 13   Q.   -- or other processes, other recruitment processes, to

17:23:12 14   give up that process so that they could join the Signal

17:23:16 15   process?

17:23:17 16   A.   Correct.

17:23:17 17   Q.   Why would they have to give up the old process?

17:23:20 18   A.   Because they were informed that Signal would apply for

17:23:25 19   their permanent resident visa process afresh.

17:23:30 20   Q.   Now, and --

17:23:33 21   A.   And that was the condition, that they would have to give

17:23:36 22   up their old process in order -- if they want to go to Signal.

17:23:41 23   Q.   So they couldn't have the two processes going at the same

17:23:46 24   time?

17:23:47 25   A.   No, that was the understanding I had.

**OFFICIAL TRANSCRIPT**

17:23:48  1    Q.    And where did you learn that understanding?

17:23:57  2    A.    This is the understanding that we had between Mr. Burnett

17:24:02  3    and Mr. Pol and me that, like, if they want to go, they have to

17:24:10  4    give up, because Signal will apply for the -- will apply for

17:24:13  5    the green card afresh, for the permanent resident visa process

17:24:21  6    afresh.

17:24:24  7    Q.    Now, I want to show you in particular this paragraph here,

17:24:39  8    and I would like you to read that.

17:24:57  9    A.    You want me to read it out?

17:24:59 10    Q.    Yes, if you would, please.

17:25:00 11    A.    "However, if I am offered the employment with

17:25:07 12    Signal International, L.L.C., upon issuance of H2B visa by the

17:25:12 13    U.S. embassy/consulate, I will have no objection to cancel my

17:25:18 14    previous employment-based visa/green card process.  Therefore,

17:25:25 15    I hereby authorize and empower Signal International, L.L.C., to

17:25:30 16    make a fresh application to the concerned authorities for my

17:25:34 17    employment-related visa/green card for the concerned -- from

17:25:43 18    the concerned U.S.A. authorities.  I once again repeat and

17:25:47 19    reiterate that I have no objection if my earlier application,

17:25:54 20    which has been made for my employment visa/green card by either

17:26:03 21    J & M, Incorporation.  I am also aware and agree that in

17:26:08 22    such" --

17:26:09 23    Q.    Okay.  So is it your understanding that this is the

17:26:16 24    document that Mr. Jacob signed to cancel his previous

17:26:22 25    recruitment effort with J & M?

**OFFICIAL TRANSCRIPT**

17:26:23 1    A.    Yes.

17:26:24 2    Q.    Okay.  And if you look at the bottom of the page, you will

17:26:39 3    see a printed name.

17:26:43 4    A.    Yes.

17:26:44 5    Q.    And what is that name?

17:26:47 6    A.    It says K. J. Jacob.

17:26:50 7    Q.    And is there any other notations on the bottom of that

17:26:52 8    page?

17:26:56 9    A.    It says identified by me.

17:26:58 10   Q.    And what is that, is that a fingerprint there?

17:27:02 11   A.    Yes, that's a fingerprint mark there.

17:27:04 12   Q.    And why is that required?

17:27:11 13   A.    I don't recollect why that was required.

17:27:15 14   Q.    Now, there was another candidate who went to Signal who

17:27:22 15   also started out with the J & M recruitment process.  Do you

17:27:27 16   remember who that candidate was, who is a plaintiff going to

17:27:31 17   trial in this case?

17:27:32 18   A.    Am I supposed to answer?

17:27:57 19   Q.    Yes.

17:27:57 20   A.    I'm sorry.  I'm sorry.

17:27:57 21   Q.    Do you remember if there was anyone else amongst the

17:28:01 22   plaintiffs in the case who started --

17:28:03 23   A.    Yes, it was Isaac Andrew.  I just -- you were scrolling it

17:28:10 24   up, so I thought he was still looking for something.

17:28:12 25   Q.    No, that's okay.

**OFFICIAL TRANSCRIPT**

17:28:27  1          Now, I'm showing you this document.  Do you recognize
17:28:33  2    this document?
17:28:33  3    A.    Yes, I do.
17:28:36  4    Q.    Okay.  The name of the person in this document is who?
17:29:00  5    A.    Yes, this document belongs to Mr. Isaac Andrew.
17:29:03  6    Q.    For the record, this is document -- Exhibit 746.
17:29:08  7          Is this the identical declaration that was signed by
17:29:16  8    Mr. K. J. Jacob?
17:29:19  9    A.    Yes.
17:29:20 10    Q.    These documents were signed in the final meeting prior to
17:29:26 11    departure to the United States; is that right?
17:29:28 12    A.    Yes, sir.
17:29:29 13    Q.    Okay.  Now, I want to show you a few more documents.
17:30:01 14          This document -- do you recognize this document?
17:30:08 15    A.    I haven't seen the document.
17:30:10 16    Q.    Oh, I'm sorry.  I keep not putting it up on the screen.
17:30:13 17          Do you recognize this document?
17:30:13 18    A.    Yes, I do.
17:30:15 19    Q.    What is this document?
17:30:23 20    A.    It's a memorandum of understanding.
17:30:25 21    Q.    What is the purpose of a memorandum of understanding?
17:30:32 22    A.    This was basically the understanding that I had from
17:30:42 23    Mr. Pol, the understanding that I had from Signal, the
17:30:48 24    understanding that I had between me and the candidate -- what I
17:30:55 25    had -- what I had, you know, what I had told him about the

OFFICIAL TRANSCRIPT

17:30:58  1   terms and conditions, I just wanted to put them on the paper

17:31:05  2   formally.

17:31:06  3   Q.   Okay.  So are you saying that this document sets forth the

17:31:12  4   terms and conditions of your agreement with the workers, the

17:31:16  5   job candidates?

17:31:18  6        MR. BHATNAGAR:  Objection, leading.

17:31:19  7        THE COURT:  Sustained.

17:31:21  8   EXAMINATION BY MR. SHAPIRO:

17:31:26  9   Q.   I think you've already testified to that.

17:31:28 10        All right.  Now, let me show you the second page of

17:31:34 11   this document.  Did you -- do you recognize your signature?

17:31:48 12   A.   Yes, I do.

17:31:49 13   Q.   Okay.  Do you see Mr. Sony's printed name?

17:31:58 14   A.   Yes, I do.

17:31:58 15   Q.   When you talked about the terms and conditions of the

17:32:09 16   employment with Signal -- I'm going to show you paragraph 1.

17:32:34 17   You can read this to yourself.

17:32:37 18   A.   "The facilitator hereby agrees" --

17:32:39 19   Q.   No, you can just read it to yourself.

17:32:51 20   A.   (Witness complies.)  Yeah.

17:32:55 21   Q.   Okay.  So what was the meaning of this, of the inclusion

17:33:01 22   of this paragraph?

17:33:06 23   A.   It basically says that Dewan agrees that the application

17:33:15 24   of the prospective candidates was -- was -- was accepted and

17:33:23 25   sent to Signal International for -- to Pascagoula and Orange,

**OFFICIAL TRANSCRIPT**

17:33:29  1   Texas.

17:33:29  2   Q.   Now, I want to highlight only the most important parts of

17:33:38  3   this agreement.

17:33:39  4        I'll direct your attention to paragraph 5 below.

17:33:46  5   Now, I want you to read this one out loud, if you would,

17:33:48  6   please.

17:33:48  7   A.   "The applicant is fully aware that Signal International,

17:33:52  8   L.L.C., has orally promised the facilitator herein that upon

17:33:59  9   the applicant reaching the U.S.A. and resuming employment with

17:34:05 10   them, after successfully passing respective skill/trade test,

17:34:12 11   they will be willing to file and process" --

17:34:22 12   Q.   Let me take you on, because it goes on to the next page a

17:34:26 13   little bit.

17:34:43 14   A.   Should I go ahead?

17:34:44 15   Q.   No, I'm going to bring is out for you so it's a little

17:34:48 16   bigger.  Okay.

17:35:08 17   A.   -- "green card.  Signal International has appointed the

17:35:13 18   law office of Malvern C. Burnett, having their office at

17:35:21 19   1523 Polymnia Street, New Orleans, Louisiana, and also with

17:35:30 20   Michael Pol, of Global Resources, Inc., having his office at

17:35:39 21   Herring Road, Beaumont, Mississippi, U.S.A.  For this, the

17:35:42 22   applicant has entered into separate agreements with the said

17:35:46 23   companies and law firm.  The applicant shall deal with the

17:35:51 24   said" -- "the applicant shall deal with the said firm/company

17:36:00 25   at his own cost and risk and without in whatsoever manner

**OFFICIAL TRANSCRIPT**

17:36:04  1    involving the facilitator.  The facilitator herein shall" --
17:36:09  2    Q.   You can stop there because it goes on.
17:36:11  3         What was the meaning of that passage to you?
17:36:15  4    A.   It was that they had entered into separate agreements,
17:36:19  5    service agreements with -- first of all, it says that
17:36:25  6    Signal International has had appointed the law office of
17:36:29  7    Malvern C. Burnett and Michael Pol of Global Resources to do
17:36:36  8    the immigration -- to do the paperwork, and they have -- and
17:36:43  9    the job applicants have entered into separate agreements,
17:36:48 10    service agreements with them, and they will deal with --
17:36:54 11    with -- with those two individuals at their own cost and risk.
17:37:00 12    Q.   What does that mean -- so what did you explain that the
17:37:06 13    risks might be to this particular worker?
17:37:13 14         MR. BHATNAGAR:  I object to leading.
17:37:16 15         THE COURT:  Overruled.  You can answer it.  You can
17:37:24 16    answer it.
17:37:25 17         THE WITNESS:  I need the question again.  I'm sorry.  I
17:37:27 18    need the question again.
17:37:30 19         MR. SHAPIRO:  I'm sorry, can you read it back.
17:37:30 20         (WHEREUPON, at this point in the proceedings, the court
17:37:30 21    reporter read back the question.)
17:37:48 22         THE WITNESS:  The risk was about the -- about the --
17:37:51 23    basically, the delays of the permanent resident visa process.
17:37:56 24         Basically here I was informing them, because the
17:38:00 25    candidate here will be in the U.S., and there now he will be --

OFFICIAL TRANSCRIPT

17:38:06 1    he will be directly, you know, approaching Mr. Burnett and

17:38:08 2    Mr. Pol for the further process.

17:38:12 3                As far as -- so I just wanted to make clear to

17:38:16 4    the candidate, so that they have to deal with the -- the part

17:38:21 5    that Mr. Burnett or Mr. Pol had to -- had to do in regard to

17:38:27 6    the process of their extensions and about the -- about the --

17:38:32 7    the permanent resident visa process, that they have to deal

17:38:36 8    with them directly.

17:38:36 9    EXAMINATION BY MR. SHAPIRO:

17:38:36 10   Q.    Okay.  Now, I want to show you another document.  Do you

17:39:01 11   recognize this document?

17:39:05 12               I'm sorry, I still haven't put on it the screen yet.

17:39:08 13   Sorry.

17:39:12 14               Do you recognize this document?

17:39:13 15   A.    Yes, it's a similar document.

17:39:15 16   Q.    Do you recognize your signature at the end of this

17:39:25 17   document?

17:39:26 18   A.    Yes, I do.

17:39:26 19   Q.    Just looking through it quickly -- first of all, is it

17:39:34 20   your understanding that this document is identical to the first

17:39:38 21   document that I just showed you?

17:39:39 22   A.    Yes.  I do.

17:39:40 23   Q.    Okay.  Why was it identical?

17:39:51 24   A.    It was basically same understanding for all the workers

17:39:52 25   that were going -- going to work for Signal.

**OFFICIAL TRANSCRIPT**

17:39:55  1    Q.   This document, whose name is on this document?

17:39:58  2    A.   Sony V. S.

17:40:00  3    Q.   Okay.  Is he one of the plaintiffs going to trial in this

17:40:06  4    case?

17:40:06  5    A.   Yes.

17:40:06  6    Q.   Okay.  Show you another document.  Do you recognize this

17:41:01  7    document?  Oops.  I did it again.

17:41:04  8         Do you recognize this document?

17:41:07  9    A.   Yes, it's a similar document.

17:41:09 10    Q.   Is it identical to the previous document I showed you?

17:41:12 11    A.   Yes.

17:41:14 12    Q.   Okay.  Whose name is on this document?

17:41:17 13    A.   Hemant Khuttan.

17:41:17 14    Q.   Okay.  Do you understand him to be one of the plaintiffs

17:41:22 15    going to trial in this case?

17:41:24 16    A.   Yes, I do.

17:41:25 17    Q.   On the second page, there is no signature for you, though,

17:41:36 18    is there?

17:41:36 19    A.   No.

17:41:36 20    Q.   Do you see Mr. Khuttan's signature at the bottom?

17:41:41 21    A.   Yes, I see a thumb impression and a signature there.

17:41:46 22    Q.   This is Exhibit 1045.  Do you recognize this document?

17:42:26 23    A.   Yes, it's, again, a similar document.

17:42:28 24    Q.   It's the same document?

17:42:31 25    A.   It's for Mr. Thangamani.

**OFFICIAL TRANSCRIPT**

17:42:33  1    Q.    It's for who?

17:42:34  2    A.    It's for Thangamani.

17:42:35  3    Q.    Is he one of the plaintiffs going to trial in this case?

17:42:38  4    A.    Yes, sir.

17:42:47  5    Q.    Do you recognize your signature there?

17:42:50  6    A.    Yes, I do.

17:42:51  7    Q.    Do you recognize his printed name and signature there as

17:42:55  8    well?

17:42:56  9    A.    I recognize the name, but, of course, not the --

17:43:00 10    Q.    You don't necessarily recognize the signature?

17:43:02 11    A.    -- the signature, yeah.

17:43:03 12    Q.    But he would be required to sign his name if he attached

17:43:07 13    his name to the bottom --

17:43:08 14    A.    Yes.

17:43:08 15    Q.    -- and put his fingerprint there?

17:43:10 16    A.    Yes.

17:43:10 17    Q.    Okay.  Just to shorten things a little bit for all of us,

17:43:22 18    these documents were executed by all the workers that we

17:43:31 19    recruited from India to go to Signal?

17:43:34 20    A.    Yes.

17:43:34 21    Q.    Okay.  These were among the -- that includes all five

17:43:40 22    plaintiffs who are going to trial in the case?

17:43:42 23    A.    Yes.

17:43:44 24    Q.    Did anybody -- any of the five plaintiffs in this case

17:43:58 25    ever question this particular document at all?

**OFFICIAL TRANSCRIPT**

17:44:05  1    A.    I don't -- I don't recollect that.

17:44:07  2    Q.    Did you force any -- did you force any of them to sign

17:44:24  3    these documents -- this document or any other documents?

17:44:25  4    A.    Absolutely not.

17:44:27  5    Q.    Mr. Dewan, did you have any problems in the deployment of

17:44:40  6    any of the workers that you had at your office prior to

17:44:45  7    departure to the United States?

17:44:46  8    A.    Sorry, give me the question again.

17:44:50  9    Q.    Did you have any problems actually with any of the five

17:44:54 10    plaintiffs who came to your office to sign the documents before

17:44:56 11    they left to the United States to work for Signal?

17:45:00 12    A.    No.  I don't recall that I had problems with them.

17:45:05 13    Q.    Did you ever threaten them in any way?

17:45:15 14    A.    No, I never threatened anybody.

17:45:17 15    Q.    Did you ever physically harm them in any way?

17:45:19 16    A.    Never.

17:45:20 17    Q.    Did they ever have any problem with your fees at any time

17:45:30 18    when they were required to pay them?

17:45:36 19    A.    People -- I mean, job candidates that had problem, they

17:45:40 20    withdrew from the -- from the process at various stages.  So my

17:45:48 21    understanding is whoever came with the payments never had any

17:45:53 22    problems.

17:45:53 23    Q.    Okay.  They never complained, well, this is too much

17:46:00 24    money?

17:46:00 25    A.    No.  I don't recall of anybody who were -- who once they

                              **OFFICIAL TRANSCRIPT**

17:46:06 1   were -- once they signed up or once they -- once they, you

17:46:10 2   know, came for testing and -- once they were okay after the

17:46:14 3   seminar and they came for testing, my belief was they are okay

17:46:18 4   with the payments.  Nobody complained after that.

17:46:22 5   Q.   Do you feel that the fees charged for you, as the

17:46:28 6   recruiter, and for Mr. Burnett and Mr. Pol were fair and

17:46:32 7   reasonable?

17:46:34 8   A.   To my belief, yes, I think it was fair and reasonable.

17:46:36 9   Q.   Now, I'll get to my last line of questioning with you, and

17:46:45 10  that is, once the workers arrived in the United States, the --

17:46:51 11  once the workers arrived in the United States at Signal, did

17:46:56 12  you receive any complaints from any of the workers that you

17:47:01 13  recruited, once they landed the United States and began to work

17:47:08 14  for Signal?

17:47:09 15  A.   Yes, I did receive complaints.

17:47:10 16  Q.   What were the complaints that were shared with you?

17:47:15 17  A.   Complaints initially that were shared to me was mostly

17:47:19 18  about the cramped accommodation.  Those -- that was the initial

17:47:28 19  complaint, that the accommodation is very cramped.

17:47:30 20  Q.   When did the first wave of workers arrive at Signal?

17:47:36 21  A.   I would not remember the date, but somewhere in October,

17:47:43 22  early October.

17:47:45 23       Also, I would like to add that there were some --

17:47:49 24  some -- some of the job applicants were complaining about the

17:47:53 25  food.  They did not like the food.

**OFFICIAL TRANSCRIPT**

17:47:55  1    Q.   Okay.  When did you first learn about the problems, these

17:48:02  2    problems with the food?

17:48:08  3    A.   I think -- as far as I recollect, I think it was somewhere

17:48:12  4    in November or December of 2006.

17:48:17  5    Q.   Okay.  So that was maybe a few weeks or almost months

17:48:22  6    after they originally arrived at Signal?

17:48:25  7    A.   Yeah.  Maybe a month after that, after they started

17:48:28  8    arriving at Signal.

17:48:29  9    Q.   That would apply to the cramped housing conditions as

17:48:33 10    well?

17:48:33 11    A.   Yes.

17:48:33 12    Q.   Were there any other complaints brought to your attention?

17:48:45 13    A.   What I recollect was majorly the complaints were about the

17:48:49 14    accommodation and the food.  I don't recall anything -- in the

17:48:59 15    initial -- in the initial stages, I don't recall.  There were

17:49:02 16    other problems later, but in the initial stages, this was the

17:49:06 17    problem.

17:49:06 18    Q.   Did anybody complain to you about your fees after they

17:49:10 19    arrived at Signal?

17:49:11 20    A.   No one.

17:49:12 21    Q.   When the problems arose at Signal, did Signal enlist your

17:49:24 22    help?

17:49:28 23    A.   Yeah.  By November, they had terminated Mr. Pol, and that

17:49:34 24    is when they asked me to -- they asked me to come to the U.S.

17:49:42 25    because there were workers who were complaining about the food

**OFFICIAL TRANSCRIPT**

17:49:46  1   and the accommodation.

17:49:47  2           I guess they wanted me to come and address the

17:49:52  3   problem with them, but I think the problem -- what I had was I

17:49:58  4   did not have a visa for the U.S. -- for the U.S. -- to come to

17:50:02  5   U.S. immediately.  So by the time I got my visa from the U.S.

17:50:09  6   consulate, it was almost, like, mid-December, and everybody was

17:50:15  7   here, I think, ready for a holiday, for the Christmas holiday

17:50:18  8   here.  So then Signal requested me to come after the -- after

17:50:23  9   the Christmas holidays.

17:50:24 10   Q.    Okay.  Did you go?

17:50:27 11   A.    Yes, I did.

17:50:28 12   Q.    What did you do when you arrived at Signal?

17:50:39 13   A.    We visited the Pascagoula -- the facility at the

17:50:44 14   Pascagoula.

17:50:44 15   Q.    Okay.  What did you observe when you got there?

17:50:49 16   A.    When I got there, I observed that the accommodation was

17:50:54 17   cramped, and I -- and I had problems about the food.  I went

17:51:00 18   personally to the dining hall, and I saw the food.

17:51:04 19           On the face of it, the food didn't look bad, but then

17:51:08 20   when I asked the workers what was the problem, they said the

17:51:12 21   problem was the food was cooked, like, maybe late night or

17:51:16 22   early in the morning, and they had to take that food in the

17:51:22 23   tiffin box.  The food used to become stale by the time it was

17:51:26 24   lunchtime.

17:51:27 25   Q.    Can you explain to the jury what a tiffin box is?

**OFFICIAL TRANSCRIPT**

17:51:32 1   A.   Yes, it was -- all these -- I believe all these job

17:51:36 2   applicants were given, like, a tiffin box, which they used to

17:51:41 3   take their food from the buffet that was laid in the dining

17:51:47 4   hall, and they used fill in their own tiffin and take it to

17:51:52 5   the -- take it to work at the yard.

17:51:57 6   Q.   When you were at Signal, did Signal ask you for any advice

17:52:05 7   as to how to correct some of the problems?

17:52:06 8   A.   Yes, there were more problems.  There were more problems,

17:52:10 9   like when I reached there, people were very curious to know

17:52:18 10  when Signal is going to file for their permanent resident visa

17:52:22 11  process.  That was -- they were very, very curious to know when

17:52:30 12  the permanent resident visa process will be filed for them.

17:52:35 13          More than the extensions, more than they worry about

17:52:39 14  the extensions, they were curious about the process.

17:52:42 15          That is when I learned from Mr. Burnett that the

17:52:48 16  green card or the permanent resident visa application could not

17:52:52 17  be filed until the second extension is made.

17:52:55 18  Q.   How did that make you feel when you first learned about it

17:53:00 19  in?

17:53:01 20  A.   I felt terrible.

17:53:02 21  Q.   Why?

17:53:03 22  A.   Because I should have known this when the process -- when

17:53:10 23  the testing begun.  When they are started testing the first

17:53:15 24  round of -- I should have known at that very time.

17:53:18 25          I should have known this at the time of the seminars,

OFFICIAL TRANSCRIPT

17:53:21 1   when we were telling all the terms and conditions.  Mr. Pol was

17:53:26 2   there with me during the seminars.  I should have known this

17:53:29 3   or -- you know, I should have known this, and I should have

17:53:31 4   told the candidates that this is how the process is going to

17:53:35 5   be, because this was completely different than what my

17:53:39 6   understanding was, completely different.

17:53:42 7   Q.   Okay.  Did you offer any other suggestions to Signal with

17:53:49 8   respect to the housing?

17:53:50 9   A.   Yes.  I was already addressing that problem to Mr. John

17:53:58 10  Sanders.  We addressed that problem to Signal management, and

17:54:04 11  John Sanders promised me that the -- they have -- informed me,

17:54:12 12  sorry, not promised me -- informed me that they have already

17:54:16 13  placed more orders for the bunkhouses, for the trailers, but

17:54:25 14  because of the Katrina and Rita, you know, they told me that

17:54:30 15  because of that, the companies to whom they have given the

17:54:34 16  order have a lot of -- a lot of orders, and they can't fulfill

17:54:39 17  the orders because, I believe, the trailers -- I mean, I had

17:54:43 18  heard that people were living on trailers.

17:54:45 19       So there were a lot of -- a lot of demand for the

17:54:49 20  trailers at that point of time because of Katrina and Rita.  So

17:54:52 21  I could, like, kind of relate to that, you know, that -- but he

17:54:55 22  promised me that by -- that soon that they are going to expect

17:55:00 23  more trailers, and they are going to, you know, move them to

17:55:03 24  the new -- to the new bunkhouse -- to the new trailers.

17:55:08 25  Q.   Did you assist in any of the logistics with the day and

17:55:12  1    night shift?

17:55:12  2    A.    Yes.  This was another problem that came out, that came

17:55:15  3    out when I -- when I arrived, when I arrived in the U.S. at

17:55:21  4    the -- at the man camp, that the job candidates told me that we

17:55:27  5    are disturbed when we are sleeping because the day shift

17:55:32  6    candidates -- the day shift candidates, when they come back

17:55:35  7    from work, the night shift candidates were sleeping, and there

17:55:39  8    is a lot of noise, and they switch on the lights, so there is a

17:55:42  9    lot of disturbance on that.

17:55:43 10          So I took that up with Signal and asked them to --

17:55:51 11    requested them to separate them, the day shift -- the day shift

17:55:55 12    and the night shift, you know, job applicants, to separate them

17:56:00 13    so that they are not disturbed.

17:56:03 14    Q.    How did Signal receive that piece of advice you gave them?

17:56:08 15    A.    Yeah, they said, we will do that.

17:56:10 16    Q.    Now when you came over -- had you ever been under contract

17:56:17 17    directly with Signal at any time --

17:56:20 18    A.    No.

17:56:20 19    Q.    -- during the process?

17:56:21 20    A.    No.

17:56:21 21    Q.    When Signal asked you to come to the United States to

17:56:31 22    assist, were you contractually obligated to do so?

17:56:35 23    A.    I was not obligated to do that.

17:56:37 24    Q.    Why did you do that?

17:56:39 25    A.    I -- I -- I came here to address the problem for the --

OFFICIAL TRANSCRIPT

17:56:45  1    for the -- for the workers because they were curious -- I mean,

17:56:50  2    they were -- they had problems for the accommodation.  They had

17:56:53  3    problem for the food.  They had -- they were curious about the

17:56:57  4    green cards, to know about the green cards.

17:56:59  5            So I definitely wanted to -- because at that stage,

17:57:04  6    they did offer me a -- they said that we are -- we are -- we

17:57:09  7    are happy with you, working with you, and we want to continue

17:57:14  8    the business relationship with you, and we would like to offer

17:57:17  9    you a contract.

17:57:18 10            I think, at that point of time, they even sent me a

17:57:21 11    contract, which, apparently, I didn't accept to sign -- I mean,

17:57:25 12    I didn't sign that.

17:57:26 13    Q.    Do you recall why you didn't sign the contract with them?

17:57:29 14    A.    Yeah, it was very weird and vague.

17:57:31 15    Q.    Sorry?

17:57:32 16    A.    It was very weird and vague.

17:57:34 17    Q.    Weird and vague?

17:57:35 18    A.    Yeah.

17:57:35 19    Q.    Okay.  Did you come to learn -- let me backtrack a second.

17:57:50 20            There has been some testimony in this trial that

17:57:54 21    somehow you contacted the wife of a Mr. Sabulal?  Do you

17:58:04 22    remember who Mr. Sabulal is?

17:58:05 23    A.    Yes, I do remember.

17:58:06 24    Q.    There has been some testimony that you contacted his wife

17:58:09 25    and threatened her.

**OFFICIAL TRANSCRIPT**

17:58:12  1    A.    No, I did not call her.  That was Salimon who had spoken

17:58:19  2    to her.

17:58:21  3    Q.    Do you know what Salimon told her?

17:58:24  4    A.    The sole intention to call her was to get his number, his

17:58:29  5    number for the U.S., so that, you know, we could speak to him.

17:58:34  6    Q.    Why did you want to speak with him?

17:58:39  7    A.    Basically, I was informed that he's going to be

17:58:42  8    terminated.

17:58:43  9    Q.    How was that communicated to you?

17:58:49 10    A.    I don't recall exactly, but I think that was informed to

17:58:52 11    me by Mr. Sanders, Mr. John Sanders.  Whether it was in an

17:58:58 12    e-mail or -- it might have been in an e-mail.

17:59:03 13          But we -- I think we did -- we did speak on the phone

17:59:10 14    regarding this.  He informed me about his termination.  I just

17:59:12 15    wanted to speak to him because I knew Sabual from the time he

17:59:19 16    had applied for IAS.

17:59:20 17    Q.    When you say you spoke to him, who were you speaking to?

17:59:23 18    A.    Sorry?

17:59:23 19    Q.    When you said that you spoke to him, who were you speaking

17:59:26 20    to?

17:59:27 21    A.    To John Sanders.

17:59:27 22    Q.    So you knew Sabual from another time?

17:59:31 23    A.    Yeah, from the IAS days, from 2003, when it was not -- it

17:59:36 24    was something that -- you know, I had known him for three

17:59:39 25    years, so I wanted -- as a fellow Indian, I wanted, like, kind

**OFFICIAL TRANSCRIPT**

17:59:46  1    of help him and tell him that, you know, Signal is looking at

17:59:50  2    terminating you.

17:59:51  3              My intention was not to call and threaten him.  My

17:59:57  4    intention was to call him and speak to him, what is the

17:59:59  5    problem, I need to understand what was the problem.

18:00:04  6    Q.    You stood willing to try to help in some way?

18:00:07  7    A.    Absolutely.  Because that's the reason I offered Signal to

18:00:10  8    come to the U.S.  I told Signal, I will come and speak to them.

18:00:15  9    I offered it myself because I wanted to help my fellow Indians.

18:00:19 10    Q.    Understood.  Signal wanted you to come another time,

18:00:24 11    didn't they?

18:00:24 12    A.    Sorry?

18:00:24 13    Q.    Did Signal want you to come another time to visit the

18:00:27 14    facility?

18:00:28 15    A.    Yeah.  That was the time.  That was the time Signal said,

18:00:35 16    okay, you can come over.

18:00:36 17    Q.    But after your first trip, did they want you to come on a

18:00:40 18    second trip?

18:00:40 19    A.    Yes.

18:00:41 20    Q.    What was the purpose of the second trip?

18:00:43 21    A.    That was, again, to speak to the candidates, to the job

18:00:46 22    candidates.

18:00:46 23    Q.    By the time you got to Signal, what did you learn had

18:00:51 24    occurred there?

18:00:52 25    A.    By the time I landed in Atlanta, and I remember calling

                          **OFFICIAL TRANSCRIPT**

18:01:03 1    Anjay Keswani from there.  I called Anjay, and then he told me

18:01:07 2    what had happened.

18:01:08 3    Q.   Are you referring to -- what was the incident that he was

18:01:10 4    referring to?

18:01:11 5    A.   The incident he was referring about Sabulal cutting his

18:01:17 6    wrist and --

18:01:18 7    Q.   How did that make you feel?

18:01:21 8    A.   I felt terrible.

18:01:22 9    Q.   Mr. Dewan, one more question for you.  Would you do

18:01:31 10   anything, anything, to hurt your own countrymen?

18:01:33 11   A.   Never ever.  Never ever.

18:01:36 12        MR. SHAPIRO:  Thank you.  That's all the questions I

18:01:37 13   have.

18:01:38 14        THE COURT:  We're going to take our break for tonight.

18:01:41 15   We will start again tomorrow at 8:00 a.m.

18:01:48 16        I want to remind you of the instructions I've

18:01:50 17   given you.  You're not to discuss the case with anyone,

18:01:53 18   including your fellow jurors, members of your family, people

18:01:56 19   involved in the trial or anyone else.

18:01:58 20        You're not to reach any conclusions in the case

18:02:01 21   until all the evidence has been presented, the Court has

18:02:04 22   instructed you on the law applicable to the case, and it's

18:02:08 23   given to you for deliberation and decision.

18:02:11 24        You're not to use any electronic devices to

18:02:14 25   communicate to anyone about the case or to attempt to gain any

                            **OFFICIAL TRANSCRIPT**

18:02:18  1     information about the case.

18:02:20  2                Thank you all.  I know it's been a long day.  We

18:02:22  3     appreciate it, and we'll see you at 8:00 a.m.

18:02:27  4          THE DEPUTY CLERK:  Everyone rise, please.

18:02:28  5          (WHEREUPON, at 6:02 p.m., the jury panel leaves the

18:02:54  6     courtroom.)

18:02:54  7          THE COURT:  Mr. Dewan, if you would be on the stand

18:02:56  8     again at 8:00 a.m. tomorrow.  Don't discuss your testimony with

18:02:59  9     anyone between now and then.

18:03:01 10          THE WITNESS:  Sure, Your Honor.

18:03:03 11          THE COURT:  Thank you.

18:03:03 12                Okay.  Well, let's have a seat for a minute

18:03:09 13     before we do our charge conference in chambers.

18:03:11 14                Obviously, we did not finish the testimony today,

18:03:15 15     so we will have cross-examination of Mr. Dewan tomorrow.  Then

18:03:23 16     we'll have the deposition of Manish Dewan.  Then that should

18:03:32 17     complete the testimony.

18:03:36 18                Mr. Werner.

18:03:36 19          MR. WERNER:  Your Honor, on the subject of the

18:03:38 20     deposition of Manish Dewan, we will obviously wait until after

18:03:42 21     Sachin Dewan's testimony is over, but we likely will move to

18:03:46 22     exclude the deposition.  It's entirely duplicative of the very

18:03:51 23     extensive testimony we've heard today from Sachin Dewan.

18:03:55 24          THE COURT:  Well, you can move, but I doubt, since

18:03:58 25     Mr. Shapiro sat there and listened to many witnesses by other

**OFFICIAL TRANSCRIPT**

18:04:01  1    parties, I'm not going to exclude his two, the two that he

18:04:06  2    wants to present.

18:04:06  3              So tomorrow, we'll finish the testimony, and then

18:04:15  4    I'll let the jury go, and then we'll take care of the

18:04:18  5    housekeeping matters that we have.

18:04:21  6              We'll do closing argument Wednesday morning at

18:04:27  7    eight.  Then I'll charge the jury, which will take several

18:04:33  8    hours.

18:04:34  9              Then I'm concerned about how late they'll be able

18:04:39 10    to stay on Wednesday because of traffic.  So we'll figure that

18:04:48 11    out on Wednesday.  If I can't finish the charges on Wednesday,

18:04:51 12    I'll finish it on Thursday morning, and they'll start

18:04:54 13    deliberating.

18:04:57 14              Of course, you know, every day we have issues

18:04:59 15    about traffic this week.  If they don't have enough time to

18:05:06 16    deliberate because of the long jury verdict form that you all

18:05:11 17    have put together -- you know, you would think that two days

18:05:17 18    would be enough for them to deliberate, but they've got that

18:05:21 19    long verdict form, and they are going to do it in two stages,

18:05:26 20    which won't make it any longer, but it's just going to take

18:05:29 21    them some time to work through it.

18:05:33 22              So if they don't finish, I'm looking at

18:05:36 23    alternatives, whether it's Saturday or next Wednesday.

18:05:57 24              So Saturday is out because some of the jurors

18:06:00 25    have to work.  So if they don't finish, then you'll just have

**OFFICIAL TRANSCRIPT**

18:06:02  1    to come back next Wednesday.  There is nothing else we can do.

18:06:06  2          MR. SHAPIRO:  Your Honor, I may consider the

18:06:08  3    possibility of not calling Manish Dewan by deposition.  I would

18:06:14  4    like to consider that.

18:06:16  5          THE COURT:  All right.  So you let us know as soon as

18:06:19  6    you've made that decision.

18:06:24  7                As a practical matter, I don't think it's going

18:06:26  8    to make it get to them any sooner, though, because I have to

18:06:29  9    have some time to do these other things in between the close of

18:06:33 10    testimony.

18:06:33 11                I assume you all don't want to start closing

18:06:36 12    argument and, you know, have part of it on one day and the rest

18:06:39 13    of it on another day.  So I think -- am I correct on that?

18:06:45 14          MS. HANGARTNER:  Yes, Your Honor.

18:06:48 15          THE COURT:  So that would mean it's going to be

18:06:50 16    Wednesday morning, so.

18:06:54 17          MR. HOWARD:  I was just trying to think if there was a

18:06:56 18    way --

18:06:56 19          THE COURT:  Oh, believe me, I've been racking my brain

18:06:58 20    to think of a way.

18:07:00 21          MR. HOWARD:  If we start at 8:00, and the crosses are

18:07:03 22    over in a couple of hours, at 10 o'clock we could give the jury

18:07:06 23    an extended lunch break.  If we start by one, we could get all

18:07:09 24    the closings in.

18:07:11 25          THE COURT:  If cross-examination could be through in a

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 18:07:13 1 | couple of hours, we could do that.  I just have no idea of |
| 18:07:17 2 | whether -- if we didn't have the deposition and cross of |
| 18:07:23 3 | Mr. Dewan only was a couple of hours, then we could do closing |
| 18:07:26 4 | tomorrow, I could instruct them Wednesday morning, and they |
| 18:07:30 5 | could start deliberating.  I would love to do that. |
| 18:07:32 6 | So why don't we -- |
| 18:07:38 7 | MR. SHAPIRO:  One of the logistical problems is I would |
| 18:07:41 8 | like to consult with my client about it, but I don't want to |
| 18:07:44 9 | violate the -- |
| 18:07:44 10 | THE COURT:  You can talk to him about that.  Is he in |
| 18:07:48 11 | the courtroom? |
| 18:07:50 12 | THE WITNESS:  Yes. |
| 18:07:50 13 | THE COURT:  So it's all right if he discusses that with |
| 18:07:52 14 | you.  That will not be a violation of my rule about discussing |
| 18:07:54 15 | your testimony. |
| 18:07:58 16 | So you can talk to him, and maybe let us know |
| 18:08:00 17 | when we go into the charge conference. |
| 18:08:04 18 | MR. SHAPIRO:  Okay. |
| 18:08:07 19 | THE COURT:  Fine.  If that happens, we would start at |
| 18:08:14 20 | 8:00, do the cross, then we'll do the motions, objections to |
| 18:08:24 21 | jury instructions and verdict form, and then we would do the |
| 18:08:30 22 | cross. |
| 18:08:30 23 | So I'm perfectly happy about that plan.  It's |
| 18:08:36 24 | just I didn't see any way to do it if we were going to have |
| 18:08:40 25 | another deposition and a long cross-examination. |

**OFFICIAL TRANSCRIPT**

18:08:42  1          MS. HANGARTNER:  Can I just raise a concern?  I think
18:08:45  2     that there is also an issue of we have to iron out a lot of
18:08:48  3     the -- not too, too many, but the demonstratives.  I would kind
18:08:53  4     of rather be able to plan than try to smush.
18:08:57  5          THE COURT:  Well, you all exchanged demonstratives.
18:09:03  6          MR. HOWARD:  Yes, Your Honor.  We gave our objections
18:09:04  7     by 5:00 and received none, so I'm assuming --
18:09:06  8          MS. HANGARTNER:  Oh, I'm sorry, I have them right here.
18:09:10  9     I just didn't want to get up in the middle of the testimony.
18:09:12 10          THE COURT:  So how many objections did you have,
18:09:14 11     Mr. Howard?
18:09:14 12          MR. HOWARD:  We had a handful.  We already got a
18:09:18 13     response that may address some of them.
18:09:19 14              The biggest objection we have, Your Honor, is
18:09:24 15     Signal plans to play some of the audiotape recording of
18:09:30 16     Mr. Schnoor's March 8th speech, a portion that was never played
18:09:33 17     during Mr. Schnoor's actual testimony and the jury has never
18:09:37 18     heard.
18:09:39 19              There is an exhibit which contains the whole
18:09:42 20     speech, but the only part the jury has heard and that there has
18:09:46 21     been any testimony about is the part that we played.
18:09:49 22              Our view is that, you know, they had two
18:09:52 23     opportunities with Mr. Schnoor to have him, while he was on the
18:09:55 24     stand, authenticate and talk about the piece that they want to
18:09:59 25     play now to the jury, and then I would have had the opportunity

**OFFICIAL TRANSCRIPT**

18:10:02 1     to cross-examine him about it.  We think it's entirely unfair

18:10:06 2     and by ambush to throw it in, in the closing.

18:10:11 3          THE COURT:  Ms. Hangartner.

18:10:12 4          MS. HANGARTNER:  Under 106, we believe that we have the

18:10:15 5     right to play any portion of the tape as the entire tape itself

18:10:17 6     is in evidence.

18:10:19 7               It's my position, honestly, Your Honor, that he

18:10:21 8     could have played it with Mr. Schnoor.  However, he decided to

18:10:24 9     wait until Mr. Marler came up.  Mr. Marler wasn't there, didn't

18:10:28 10    authenticate it.

18:10:30 11              So I think that I have the right to play the good

18:10:32 12    part instead of just the snippet that he did.  I'm not playing

18:10:36 13    the whole thing.

18:10:36 14         THE COURT:  Why didn't you play it on while he was on

18:10:38 15    the stand?

18:10:39 16         MS. HANGARTNER:  Because Mr. Marler wasn't there.

18:10:41 17         THE COURT:  No, when Mr. Schnoor was on the stand.

18:10:44 18         MS. HANGARTNER:  Because I made the conscious decision

18:10:46 19    not to introduce it at that point.  I assumed that,

18:10:48 20    potentially, Mr. Howard would.

18:10:51 21         MR. HOWARD:  I played it for Mr. Schnoor the first time

18:10:52 22    he was on the stand during my case.

18:10:54 23         THE COURT:  But you're saying you didn't play the part

18:10:57 24    she now wants to say use.

18:10:58 25         MR. HOWARD:  No, I just played my part.

**OFFICIAL TRANSCRIPT**

18:10:58  1          MS. HANGARTNER:  I don't think you played it during Mr.

18:10:58  2   Schnoor.

18:11:01  3          MR. HOWARD:  Absolutely.  I had him tell the jury,

18:11:03  4   that's your voice on it.  That's how I ended on January 14th.

18:11:07  5          THE COURT:  But the point is, he played what he wanted

18:11:10  6   to in his case in chief, and I would have thought that you

18:11:13  7   would have played what you wanted to in your case in chief, but

18:11:16  8   you didn't play the part that you now want to use in closing.

18:11:19  9          MS. HANGARTNER:  Just a small portion, yes, Your Honor,

18:11:21 10   with the words as well.

18:11:23 11          THE COURT:  Well, I'll have to think about that.  So

18:11:24 12   that's one of the objections.

18:11:25 13              What's the nature of the others?

18:11:28 14          MR. HOWARD:  Some certain discrepancies with a couple

18:11:31 15   of the slides that were prepared by Signal.  One, for example,

18:11:36 16   has a left-hand column which says, you know, complaints that

18:11:42 17   Mr. Jacob made, and then Rhonda George's testimony about

18:11:47 18   changes she implemented.

18:11:49 19              The problem with that is, Mr. Jacob was

18:11:51 20   terminated in March.  Ms. George did not come to Signal until

18:11:57 21   May.  So there is a disconnect between those two that it's

18:12:00 22   misleading to suggest she was responding to Mr. Jacob's

18:12:04 23   complaints.

18:12:06 24          THE COURT:  Those are the kinds of things you can talk

18:12:08 25   about.  Then have you had a chance to look -- so you have your

18:12:13  1   objections to the plaintiffs' demonstratives?

18:12:14  2        MS. HANGARTNER:  Yes, I just handed those to Dan

18:12:17  3   Werner.

18:12:18  4        THE COURT:  How many do you have?

18:12:25  5        MS. HANGARTNER:  We could probably sit down and talk

18:12:28  6   through some of these.

18:12:28  7        THE COURT:  Some of them are just things you need to

18:12:32  8   discuss and clarify.

18:12:34  9        MS. HANGARTNER:  Yes, Your Honor.

18:12:34 10        THE COURT:  Are there any big -- is there one

18:12:37 11   overriding issue you want to talk about, so I can start

18:12:40 12   thinking about it?

18:12:42 13        MS. HANGARTNER:  I don't believe -- I believe we should

18:12:45 14   be able to talk through most of them.  I think that we both

18:12:49 15   have mutually some objections, in that we only cite portions of

18:12:54 16   the testimony.

18:12:55 17        THE COURT:  Let me offer this as a suggestion.  I'm

18:12:58 18   going to go in chambers to do a charge conference.  Why don't

18:13:01 19   we, after I talk to them about the charges, then I can talk to

18:13:06 20   you two about your objections.

18:13:07 21            You can sit there and visit and see which ones

18:13:12 22   you can work out and which you can't, and maybe I can decide

18:13:15 23   right now, and then you'll know.

18:13:17 24        MS. HANGARTNER:  Okay, Your Honor.

18:13:18 25        THE COURT:  Okay?

**OFFICIAL TRANSCRIPT**

18:13:20  1        MS. TSU:  Your Honor, could we talk very briefly about

18:13:22  2   we have objections to the *Burnett* defendants' demonstrative as

18:13:28  3   well, briefly.

18:13:29  4        There are two objections the plaintiffs had to

18:13:33  5   Mr. Cerniglia, and one of them, I think, is matching, and we

18:13:38  6   might be able to figure it out.

18:13:39  7        The other, though, is a piece of deposition

18:13:43  8   testimony for a witness who was here live.  It's not in

18:13:46  9   evidence.  When Mr. Cerniglia attempted to use it in

18:13:52 10   impeachment, he was called up -- there was an objection, and

18:13:55 11   eventually -- there was some back and forth in attempt to allow

18:13:59 12   him to frame the question in a way that got the impeachment

18:14:03 13   straight, and then in the end, he was told not to use it.

18:14:06 14        Our argument is that it's not in evidence.  It

18:14:08 15   was not designated when the witness was here.  It should be

18:14:12 16   trial testimony, not deposition testimony, and it's improper.

18:14:15 17        MR. CERNIGLIA:  The portion that she's talking about, I

18:14:19 18   am not using.  That dealt with a different page on a subject.

18:14:25 19        The portion that I was allowed to use is the same

18:14:28 20   portion and the same thing that was exhibited to the jury in

18:14:32 21   opening and during his cross -- I mean, during my cross on him.

18:14:37 22   It was a portion that said -- it was two of them.  One of them

18:14:43 23   is, I was told to tell it, it is.  If they ask I tell them, if

18:14:50 24   they don't ask, don't tell them.

18:14:52 25        THE COURT:  You're saying maybe Ms. Tsu doesn't know

**OFFICIAL TRANSCRIPT**

18:14:57  1    exactly which portion you want to use?

18:15:00  2                MR. CERNIGLIA:  She knows what portion I want to use --

18:15:01  3                THE COURT:  But you say that I did allow you to use it

18:15:05  4    to impeach him.

18:15:06  5                MR. CERNIGLIA:  That's correct.  If you go back on --

18:15:07  6    they have the transcript.  The part that I was not was on the

18:15:12  7    very next page after that, and I'm not using that.

18:15:15  8                THE COURT:  Well, you need to sit down with Ms. Tsu and

18:15:18  9    look at the transcript and see who is correct about that.  If

18:15:20 10    you weren't allowed to use it, you can't use it in closing.

18:15:24 11                MR. CERNIGLIA:  Oh, I know.  Oh, absolutely.  I agree

18:15:25 12    with that.

18:15:25 13                THE COURT:  If you did, and what you want to do is say,

18:15:30 14    he testified to this, then I refreshed his memory with this,

18:15:33 15    and, you know, this is what he said.  That sounds okay to me,

18:15:37 16    but it has to be something that you used.

18:15:39 17                MR. CERNIGLIA:  I agree with that.  I understand, Your

18:15:41 18    Honor.

18:15:41 19                THE COURT:  So it sounds like you all --

18:15:42 20                MS. TSU:  We'll talk about it.

18:15:44 21                THE COURT:  -- need to talk.

18:15:45 22                Anything about Mr. Shapiro's -- or did you have

18:15:48 23    demonstratives?

18:15:49 24                MR. SHAPIRO:  No, I'm a no frills kind of guy.

18:15:53 25                MS. HANGARTNER:  Your Honor, one thing that

                                    **OFFICIAL TRANSCRIPT**

18:15:54 1    Miss Bollman just actually reminded me of, we still have to put

18:15:58 2    together slides for Mr. Burnett and Mr. Dewan's testimony as

18:16:03 3    well because of our cross-claims.

18:16:04 4         THE COURT:  Well, I said if anything came up that you

18:16:07 5    wanted to use on those two, that we would look at those later.

18:16:11 6    So at least we can get this round done, and we'll talk about

18:16:15 7    the ones -- the additional ones tomorrow.

18:16:17 8         MR. HOWARD:  Your Honor, just one thing that would help

18:16:20 9    us when we sit down to do it, because I just took a quick look

18:16:24 10   through Signal's objections, many of their objections are to

18:16:27 11   portions of testimony from the trial transcript in which we

18:16:30 12   read in deposition testimony, so it is now a part of the trial

18:16:34 13   transcript, and they think that's inappropriate.

18:16:39 14        THE COURT:  Where you read designations?

18:16:42 15        MR. HOWARD:  No, where I was impeaching a witness.  I

18:16:44 16   said, well, you gave one answer, and now I'm going to read from

18:16:46 17   your deposition.  I read in the deposition, the question and

18:16:50 18   answer is there.  I think I should be allowed to use it.  It's

18:16:53 19   in the record.

18:16:54 20        THE COURT:  Well, I guess the only thing is if you read

18:16:56 21   more than you needed to, to impeach the testimony, that would

18:16:58 22   be a problem.

18:17:00 23        MR. HOWARD:  We're talking, like, a question and

18:17:00 24   answer --

18:17:00 25        THE COURT:  But otherwise, just like Mr. Cerniglia, you

**OFFICIAL TRANSCRIPT**

18:17:03  1   can do that, but if it turns out that he -- you know, he went

18:17:07  2   on and on, then let me know.

18:17:11  3            MS. HANGARTNER:  Sure.  Thank you, Your Honor.

18:17:12  4            THE COURT:  Okay.  So we're going to meet in chambers

18:17:16  5   for a little while, and then we'll either bring you in

18:17:18  6   chambers, or I'll come back in here.

18:17:23  7            THE DEPUTY CLERK:  Judge, the exhibits.

18:17:26  8            THE COURT:  We'll do the Burnett and Dewan exhibits

18:17:30  9   tomorrow.

18:17:31 10            THE DEPUTY CLERK:  All rise, please.

11            (WHEREUPON, at 6:17 p.m., the Court was in recess.)

12                             *   *   *

13

14                        REPORTER'S CERTIFICATE

15

16            I, Cathy Pepper, Certified Realtime Reporter, Registered
      Merit Reporter, Certified Court Reporter in and for the State
17    of Louisiana, Official Court Reporter for the United States
      District Court, Eastern District of Louisiana, do hereby
18    certify that the foregoing is a true and correct transcript to
      the best of my ability and understanding from the record of the
19    proceedings in the above-entitled and numbered matter.

20
                                  s/Cathy Pepper
21                                _____
                                  Cathy Pepper, CRR, RMR, CCR
22                                Certified Realtime Reporter
                                  Registered Merit Reporter
23                                Official Court Reporter
                                  United States District Court
24                                Cathy_Pepper@laed.uscourts.gov

25


                        **OFFICIAL TRANSCRIPT**

## $

**$11,000** [1] - 13:10
**$18** [1] - 70:6
**$35** [2] - 5:13, 5:17

## '

**'96** [1] - 35:24

## 0

**08-1220** [1] - 1:6

## 1

**1** [2] - 72:23, 136:16
**10** [5] - 37:3, 86:19, 130:5, 155:22
**10,000** [2] - 13:3
**10-minute** [2] - 61:11, 115:14
**100,000** [2] - 127:24
**10004** [1] - 2:14
**10022** [1] - 2:5
**1045** [1] - 140:22
**106** [1] - 158:4
**10:00** [3] - 130:4, 130:5, 130:6
**10:40** [2] - 61:11, 61:13
**11** [3] - 4:5, 4:6, 72:10
**11,000** [3] - 80:18, 80:19, 80:20
**11:00** [2] - 130:4, 130:6
**12** [6] - 28:11, 28:16, 29:19, 29:21, 35:5, 35:13
**12-month** [1] - 29:5
**125** [1] - 2:14
**12:30** [1] - 1:7
**12:47** [1] - 11:13
**14** [3] - 70:6, 118:23, 123:20
**14th** [1] - 159:4
**1521** [1] - 3:7
**1523** [1] - 137:19
**166,000** [1] - 20:7
**177** [1] - 7:22
**18** [2] - 10:21, 118:23
**18TH** [1] - 2:14
**19** [1] - 1:12
**1989** [1] - 2:18
**1991** [2] - 41:19, 42:5

## 2

**2** [1] - 72:23
**2,000** [1] - 113:20
**20** [8] - 79:11, 86:25, 87:2, 87:6, 87:10, 113:10, 113:11
**200** [2] - 55:24, 81:14
**2003** [2] - 122:6, 150:23
**2005** [3] - 20:12, 20:13, 23:12, 23:23, 24:3, 27:16, 27:17, 27:25, 28:8, 30:3, 30:4, 30:20, 32:13
**2006** [1] - 20:12, 22:24, 23:12, 23:24, 33:9, 48:21, 49:13, 118:3, 120:9, 123:20, 144:4
**2007** [2] - 40:2, 40:3
**2008** [1] - 32:9
**2015** [2] - 1:7, 5:2
**22,000** [1] - 80:24
**220** [1] - 81:14
**233** [1] - 2:10
**23rd** [1] - 118:3
**24** [4] - 5:19, 26:9, 27:14, 35:19
**25th** [1] - 120:9
**290** [1] - 33:21
**2:32** [1] - 61:14
**2:33** [1] - 61:17
**2:40** [1] - 61:13
**2:47** [1] - 61:19

## 3

**3** [3] - 72:17, 72:23, 72:25
**3,000** [2] - 13:6
**3,750** [1] - 13:8
**30** [3] - 38:4, 41:16, 79:11
**30303** [1] - 2:10
**30317** [1] - 2:18
**310** [1] - 2:24
**33,000** [1] - 104:18
**33,500** [5] - 80:17, 104:8, 104:19, 105:5, 127:3
**350,000** [1] - 127:19

## 4

**40** [1] - 118:23
**400** [1] - 48:12

**499** [1] - 122:13
**4:32** [1] - 115:18
**4:36** [1] - 115:24
**4:40** [2] - 115:16
**4:45** [1] - 116:1

## 5

**5** [3] - 27:12, 105:2, 137:4
**50** [7] - 14:9, 79:6, 79:7, 79:15, 79:21, 86:7
**500** [5] - 1:21, 55:22, 55:24, 113:20, 127:4
**500,000** [4] - 12:15, 12:25, 105:3, 127:4
**504** [1] - 1:22
**589-7779** [1] - 1:22
**590** [6] - 2:4, 33:25, 95:15, 95:17, 99:4, 113:6
**5:00** [1] - 157:7

## 6

**60** [2] - 79:12, 86:7
**600** [1] - 55:22
**600,000** [1] - 127:4
**607** [1] - 131:13
**6:02** [1] - 153:5
**6:17** [1] - 164:11

## 7

**70** [1] - 79:12
**700** [1] - 3:4
**701** [1] - 2:24
**70130** [3] - 1:22, 3:4, 3:8
**70139** [1] - 2:24
**746** [1] - 135:6
**763** [1] - 118:9
**790** [1] - 67:16

## 8

**804** [1] - 116:10
**8:00** [5] - 152:15, 153:3, 153:8, 155:21, 156:20
**8th** [1] - 157:16

## 9

**9** [2] - 1:7, 5:2

**90** [3] - 86:2, 90:7, 90:10
**95** [1] - 16:9

## A

**a.m** [3] - 152:15, 153:3, 153:8
**ability** [1] - 164:18
**able** [9] - 16:4, 19:17, 31:24, 37:25, 96:2, 154:9, 157:4, 160:14, 161:6
**above-entitled** [1] - 164:19
**abroad** [2] - 41:21, 111:11
**absolute** [2] - 55:9, 55:10
**absolutely** [11] - 18:17, 39:18, 42:25, 87:14, 105:8, 113:16, 128:4, 142:4, 151:7, 159:3, 162:11
**accent** [2] - 102:24, 102:25
**accept** [2] - 75:5, 149:11
**accepted** [4] - 54:11, 59:18, 136:24
**accepting** [1] - 14:6
**accommodation** [9] - 46:10, 46:11, 70:7, 143:18, 143:19, 144:14, 145:1, 145:16, 149:2
**accommodations** [2] - 46:19, 46:21
**account** [1] - 103:21
**accounts** [1] - 102:13
**acquire** [1] - 44:21
**acquired** [1] - 44:25
**Acquisition** [1] - 62:20
**act** [7] - 50:12, 51:25, 52:1, 52:22, 53:6, 53:12, 53:12
**Act** [1] - 48:2
**acted** [3] - 53:14, 53:16, 53:17
**ACTION** [1] - 1:6
**action** [1] - 99:13
**activity** [1] - 99:17
**actual** [4] - 30:11, 104:9, 107:4, 157:17
**add** [6] - 7:18, 31:13, 113:3, 113:5, 117:9, 143:23
**additional** [2] - 27:25,

**80:15, 163:7
**address** [12] - 55:1, 55:2, 90:18, 90:19, 94:25, 130:15, 130:18, 131:25, 132:5, 145:2, 148:25, 157:13
**addressed** [8] - 52:14, 62:7, 62:8, 118:10, 118:11, 120:17, 120:19, 147:10
**addresses** [1] - 130:16
**addressing** [1] - 147:9
**adduced** [1] - 7:19
**adjust** [2] - 80:8, 80:10
**administrative** [1] - 27:25
**ads** [5] - 58:3, 58:6, 59:3, 60:8, 60:22
**adverse** [1] - 57:16
**advertise** [2] - 49:18, 55:1, 55:13
**advertised** [6] - 14:7, 54:2, 54:6, 54:7, 59:7
**advertisement** [1] - 58:12
**advertisements** [6] - 58:5, 58:17, 60:2, 60:17, 82:2, 96:6
**advertising** [9] - 54:15, 54:16, 54:17, 55:2, 55:3, 55:4, 55:12, 64:10
**advice** [2] - 146:6, 148:14
**advise** [2] - 14:14, 39:20
**advised** [2] - 24:17, 24:18
**Affairs** [1] - 114:17
**affect** [1] - 69:18
**affects** [1] - 23:2
**afresh** [1] - 132:19, 133:5, 133:6
**AFTERNOON** [1] - 1:12
**afternoon** [4] - 8:6, 11:24, 11:25, 129:23
**afterwards** [1] - 127:22
**agencies** [1] - 64:10
**agency** [3] - 46:7, 48:5, 56:13
**agency's** [1] - 113:2
**agent** [3] - 45:24, 50:23, 112:15
**agents** [3] - 56:10,

112:7, 112:16
**agree** [3] - 133:21, 162:11, 162:17
**agreed** [5] - 46:22, 80:8, 92:15, 92:16, 127:17
**agreement** [14] - 20:19, 24:19, 26:6, 26:18, 27:12, 44:20, 45:22, 45:23, 46:14, 130:25, 131:1, 136:4, 137:3
**agreements** [6] - 128:10, 137:22, 138:4, 138:5, 138:9, 138:10
**agrees** [2] - 136:18, 136:23
**ahead** [5] - 44:19, 46:16, 63:5, 64:6, 137:14
**airport** [2] - 39:8, 129:17
**AL** [2] - 1:5, 1:9
**Alabama** [1] - 33:18
**ALAN** [2] - 2:3, 2:22
**Alan** [1] - 8:6
**Albert** [2] - 82:17, 83:7
**alert** [2] - 44:18, 121:10
**allocation** [1] - 28:13
**allow** [2] - 161:11, 162:3
**allowed** [3] - 161:19, 162:10, 163:18
**almost** [6] - 17:25, 18:9, 48:12, 113:19, 144:5, 145:6
**alternatives** [1] - 154:23
**AMAL** [1] - 2:9
**ambush** [1] - 158:2
**Ameri** [3] - 110:13, 131:3, 131:8
**America** [4] - 15:6, 63:10, 117:8, 122:22
**AMERICAN** [1] - 2:12
**American** [1] - 97:25
**amount** [10] - 12:10, 20:6, 31:23, 47:7, 47:10, 61:4, 95:8, 105:10, 105:15, 127:12
**Andrew** [2] - 134:23, 135:5
**Andrews** [3] - 27:7, 120:19, 121:20
**Anjay** [2] - 152:1
**annexure** [5] - 20:19, 24:19, 25:22, 26:6,

35:6
**answer** [11] - 17:24, 43:10, 43:11, 76:22, 134:18, 138:15, 138:16, 163:16, 163:18, 163:24
**answering** [1] - 84:25
**anti** [1] - 7:21
**anti-harassment** [1] - 7:21
**anticipated** [1] - 28:2
**anxiety** [1] - 30:9
**anyway** [2] - 69:25, 92:20
**appear** [1] - 100:8
**APPEARANCES** [2] - 2:1, 3:1
**applicable** [1] - 152:22
**applicant** [14] - 37:16, 43:18, 109:16, 110:3, 110:4, 112:24, 114:24, 123:4, 137:7, 137:9, 137:22, 137:23, 137:24
**applicants** [10] - 40:18, 65:23, 69:16, 102:8, 107:7, 111:24, 138:9, 143:24, 146:2, 148:12
**application** [16] - 16:12, 21:5, 21:12, 21:14, 36:9, 36:23, 38:6, 38:21, 38:23, 74:20, 78:6, 117:4, 133:16, 133:19, 136:23, 146:16
**applications** [5] - 21:19, 22:12, 38:24, 51:1, 93:15
**applied** [7] - 19:20, 39:21, 40:6, 65:23, 78:2, 111:12, 150:16
**apply** [19] - 15:18, 21:17, 34:4, 34:6, 38:16, 43:2, 45:12, 45:13, 48:4, 62:23, 63:21, 100:22, 101:3, 101:7, 132:18, 133:4, 144:9
**applying** [2] - 43:24, 124:17
**appoint** [8] - 45:17, 45:20, 46:6, 46:7, 47:23, 48:5, 63:8
**appointed** [3] - 45:21, 137:17, 138:6
**appointment** [1] -

100:7
**appointments** [1] - 100:10
**appreciate** [3] - 37:23, 54:13, 153:3
**approached** [1] - 33:5
**approaching** [1] - 139:1
**approval** [8] - 6:4, 21:4, 23:7, 27:21, 94:24, 95:11, 113:10
**approvals** [8] - 12:18, 16:6, 18:8, 26:12, 34:18, 81:6, 94:23
**approved** [29] - 15:23, 15:24, 16:3, 16:9, 16:10, 17:14, 18:7, 19:14, 19:25, 20:11, 22:7, 22:12, 25:13, 32:19, 35:16, 36:7, 37:9, 38:15, 53:3, 77:22, 77:23, 78:2, 94:8, 94:16, 95:24, 99:10, 99:11, 100:21, 113:1
**April** [2] - 33:9
**Arab** [4] - 36:18, 42:19, 65:2, 83:13
**Arabia** [5] - 41:12, 41:13, 42:18, 110:12, 113:19
**arc** [2] - 92:3, 92:7
**area** [4] - 36:1, 98:15, 118:20, 130:21
**argue** [1] - 10:24
**argued** [1] - 10:17
**argument** [3] - 154:6, 155:12, 161:14
**arose** [1] - 144:21
**arrival** [1] - 92:21
**arrive** [5] - 87:25, 92:6, 92:17, 97:20, 143:20
**arrived** [11] - 88:9, 127:22, 127:25, 128:19, 143:10, 143:11, 144:6, 144:19, 145:12, 148:3
**arriving** [1] - 144:8
**aspect** [1] - 35:15
**assist** [2] - 147:25, 148:22
**assisting** [1] - 96:3
**associated** [1] - 74:19
**Associates** [1] - 27:16
**assume** [1] - 155:11
**assumed** [1] - 158:19
**assuming** [3] - 38:1, 38:3, 157:7

**AT** [1] - 3:3
**Atlanta** [1] - 151:25
**ATLANTA** [2] - 2:10, 2:18
**attached** [2] - 108:11, 141:12
**attempt** [3] - 36:9, 152:25, 161:11
**attempted** [1] - 161:9
**attend** [6] - 65:12, 66:18, 101:19, 111:3, 111:20
**attended** [5] - 65:16, 66:19, 68:16, 117:12
**attention** [12] - 27:19, 32:12, 44:18, 46:14, 62:14, 70:11, 81:2, 121:10, 131:13, 131:23, 137:4, 144:12
**Attorney** [27] - 48:16, 48:22, 48:25, 49:7, 49:9, 49:10, 49:14, 49:15, 49:16, 49:20, 49:21, 49:25, 50:7, 50:19, 50:21, 51:20, 51:21, 52:5, 52:10, 52:22, 53:12, 62:4, 62:11, 63:23, 64:4, 64:7, 64:12
**ATTORNEY** [1] - 3:3
**attorney** [4] - 45:17, 45:18, 53:11
**attract** [1] - 60:18
**audiotape** [1] - 157:15
**August** [4] - 27:17, 30:2, 50:2, 82:21
**Australia** [2] - 15:8, 15:10
**authenticate** [2] - 157:24, 158:10
**authorities** [2] - 133:16, 133:18
**authority** [7] - 45:17, 45:23, 45:25, 50:20, 50:22, 51:24, 51:25
**authorization** [1] - 95:17
**authorize** [3] - 50:7, 114:16, 133:15
**authorized** [1] - 114:12
**authorizes** [1] - 50:9
**authorizing** [2] - 50:11, 52:15
**available** [2] - 22:9, 98:13
**AVENUE** [3] - 2:4, 2:18, 3:7
**avoid** [1] - 109:19

**aware** [6] - 7:23, 48:15, 56:4, 56:13, 133:21, 137:7

## B

**backed** [2] - 21:24, 24:22
**background** [1] - 73:12
**backlog** [19] - 20:15, 22:1, 22:11, 22:14, 22:17, 22:21, 23:5, 23:20, 27:23, 28:9, 30:11, 35:4, 74:24, 99:20, 99:22, 99:24, 100:1, 100:2, 100:3
**backlogged** [16] - 20:13, 22:24, 23:11, 23:14, 23:17, 24:1, 24:3, 24:11, 24:17, 24:20, 26:14, 29:25, 30:3, 30:4, 30:18, 100:10
**backs** [1] - 19:21
**backtrack** [3] - 38:14, 101:21, 149:19
**bad** [1] - 145:19
**Bahrain** [2] - 42:20, 110:12
**bank** [17] - 102:13, 103:20, 117:14, 117:15, 117:19, 119:16, 119:21, 122:4, 122:7, 123:5, 124:7, 124:14, 124:16, 124:20, 124:25
**banks** [1] - 122:8
**based** [15] - 41:9, 41:11, 63:12, 66:1, 66:2, 66:3, 68:13, 69:19, 72:14, 72:17, 117:8, 121:16, 122:21, 133:14
**basic** [2] - 97:13
**basis** [3] - 17:25, 29:13, 58:11
**Beaumont** [1] - 137:21
**become** [9] - 26:14, 28:10, 28:12, 28:17, 29:19, 35:5, 35:13, 77:19, 145:23
**becoming** [1] - 29:21
**BEFORE** [1] - 1:13
**began** [2] - 77:16, 143:13
**begin** [3] - 59:7,

61:22, 67:1
**beginning** [4] - 17:3, 69:8, 79:25, 80:1
**begun** [1] - 146:23
**behalf** [14] - 25:16, 44:25, 50:12, 51:22, 51:25, 52:1, 52:11, 52:16, 52:23, 53:6, 64:13, 85:4, 109:3, 119:10
**belief** [6] - 35:9, 39:2, 39:13, 143:3, 143:8
**belongs** [1] - 135:5
**below** [1] - 137:4
**best** [3] - 27:10, 76:12, 164:18
**better** [1] - 7:1
**between** [18] - 44:21, 46:22, 47:11, 47:13, 65:15, 70:6, 72:10, 79:11, 79:12, 126:8, 127:4, 130:4, 130:6, 133:2, 135:24, 153:9, 155:9, 159:21
**BHATNAGAR** [10] - 2:13, 42:1, 43:8, 75:18, 125:21, 125:24, 126:21, 127:8, 136:6, 138:14
**big** [10] - 56:2, 56:23, 56:24, 56:25, 57:9, 59:9, 66:6, 84:9, 92:8, 160:10
**bigger** [2] - 47:20, 137:16
**biggest** [1] - 157:14
**Bill** [1] - 96:17
**Bingle** [10] - 62:10, 96:18, 96:21, 96:22, 97:7, 99:23, 100:14, 100:15, 100:18, 100:24
**Binion** [4] - 6:3, 6:7, 10:8
**Binion's** [1] - 7:22
**birth** [1] - 102:12
**bit** [24] - 18:9, 36:12, 48:8, 50:14, 54:14, 67:11, 67:12, 68:5, 68:22, 70:5, 70:16, 71:10, 77:16, 86:4, 86:18, 88:16, 94:18, 118:19, 120:23, 125:7, 130:8, 137:13, 141:17
**blank** [1] - 132:1
**block** [3] - 95:20, 113:4, 113:5
**blocked** [1] - 132:5
**Bollman** [1] - 163:1

**book** [1] - 100:7
**boot** [1] - 6:22
**bottom** [9] - 51:15, 118:16, 119:13, 121:7, 122:15, 134:2, 134:7, 140:20, 141:13
**BOUHABIB** [1] - 2:9
**box** [3] - 145:23, 145:25, 146:2
**brain** [1] - 155:19
**branched** [1] - 33:18
**break** [9] - 7:14, 61:1, 61:8, 61:11, 115:13, 115:14, 115:21, 152:14, 155:23
**breaking** [1] - 6:5
**BRIAN** [3] - 49:14, 120:25
**briefed** [1] - 128:24
**briefly** [5] - 58:4, 71:9, 91:1, 161:1, 161:3
**bring** [21] - 11:4, 11:12, 14:2, 20:2, 20:3, 20:24, 51:11, 70:10, 90:23, 96:7, 101:9, 102:11, 102:12, 106:17, 107:7, 110:8, 112:4, 137:15, 164:5
**BROAD** [1] - 2:14
**broker** [1] - 2:4
**brother** [2] - 89:23, 89:24
**brothers** [1] - 127:16
**brought** [8] - 66:23, 88:25, 97:22, 97:23, 97:25, 107:2, 110:20, 144:12
**buffet** [1] - 146:3
**build** [1] - 5:18
**bunkhouse** [1] - 147:24
**bunkhouses** [2] - 6:23, 147:13
**BURNETT** [1] - 3:6
**Burnett** [69] - 12:24, 13:5, 13:25, 19:2, 19:3, 19:18, 19:20, 20:1, 20:3, 20:8, 20:25, 21:20, 22:4, 23:19, 23:20, 24:18, 24:25, 25:17, 25:19, 28:19, 29:20, 30:1, 32:16, 35:4, 36:5, 38:10, 38:18, 38:22, 40:9, 45:21, 63:13, 63:16, 66:10, 67:12, 68:2, 71:20, 71:25,

78:8, 81:1, 96:18, 99:15, 101:16, 102:5, 102:7, 102:20, 102:21, 102:23, 103:3, 103:5, 103:9, 103:24, 104:2, 104:5, 104:10, 104:18, 104:21, 122:8, 130:25, 133:2, 137:18, 138:7, 139:1, 139:5, 143:6, 146:15, 161:2, 163:2, 164:8
**Burnett's** [1] - 21:20
**business** [10] - 32:1, 32:2, 32:9, 41:17, 41:18, 42:5, 44:20, 77:3, 77:11, 149:8
**BY** [24] - 1:24, 1:25, 2:3, 2:8, 2:13, 2:17, 2:21, 3:7, 4:6, 11:23, 42:4, 44:2, 61:25, 75:21, 76:13, 76:21, 89:20, 114:7, 116:7, 126:7, 126:24, 127:10, 136:8, 139:9

**C**

**cabin** [3] - 128:24, 130:19, 130:20
**CALLED** [1] - 5:4
**camp** [5] - 5:18, 5:25, 6:4, 148:4
**CAMP** [1] - 3:4
**Canada** [2] - 15:8, 15:10
**cancel** [5] - 79:2, 113:3, 115:10, 133:13, 133:24
**canceled** [3] - 80:2, 114:25, 115:2
**cancellation** [2] - 108:13, 113:13
**candidate** [36] - 14:5, 19:11, 19:14, 19:15, 19:16, 19:22, 23:6, 25:11, 25:14, 37:25, 38:4, 39:8, 39:10, 41:14, 59:16, 69:23, 72:22, 73:1, 86:9, 103:14, 108:22, 115:10, 116:18, 116:19, 116:20, 117:10, 117:11, 117:18, 121:21, 124:15, 131:6, 134:14, 134:16, 135:24, 138:25,

139:4
**candidate's** [1] - 115:7
**candidates** [107] - 14:2, 14:5, 14:8, 17:5, 17:18, 17:20, 18:11, 20:2, 20:14, 20:17, 20:24, 20:25, 21:21, 21:22, 21:24, 24:9, 24:12, 24:15, 25:1, 28:24, 29:7, 29:8, 29:10, 29:12, 30:9, 30:24, 31:12, 31:20, 32:6, 32:8, 40:23, 43:1, 43:24, 46:12, 48:11, 54:4, 54:10, 60:9, 65:11, 69:22, 73:14, 73:18, 73:20, 74:19, 75:2, 75:22, 76:23, 77:3, 77:12, 77:17, 77:22, 78:12, 79:7, 79:23, 81:4, 81:9, 81:12, 82:1, 82:2, 82:10, 82:11, 83:17, 85:24, 87:12, 88:8, 89:7, 89:9, 89:10, 90:6, 90:7, 93:25, 96:7, 97:4, 102:8, 102:19, 102:21, 103:25, 104:8, 107:24, 107:25, 108:9, 110:9, 110:10, 111:11, 111:25, 112:3, 113:23, 118:4, 120:12, 122:6, 123:22, 127:2, 128:15, 129:15, 130:22, 131:3, 136:5, 136:24, 142:19, 147:4, 148:4, 148:6, 148:7, 151:21, 151:22
**cannot** [5] - 28:9, 40:6, 48:2, 115:10
**capacity** [2] - 9:15, 48:13
**card** [19] - 23:3, 27:13, 29:11, 36:9, 38:23, 68:13, 69:16, 69:20, 72:14, 77:19, 121:14, 121:25, 131:7, 133:5, 133:14, 133:17, 133:20, 137:17, 146:16
**cards** [6] - 45:13, 100:23, 101:3, 101:7, 149:4

**care** [1] - 154:4
**carried** [1] - 53:13
**case** [33] - 18:23, 18:25, 19:2, 26:24, 27:5, 41:14, 90:13, 106:20, 110:5, 116:10, 116:23, 118:13, 120:21, 123:10, 123:17, 124:23, 125:15, 134:17, 134:22, 140:4, 140:15, 141:3, 141:22, 141:24, 152:17, 152:20, 152:22, 152:25, 153:1, 158:22, 159:6, 159:7
**cases** [2] - 41:13, 93:4
**CASEY** [1] - 2:21
**categories** [1] - 72:19
**category** [4] - 27:24, 28:4, 72:13, 72:14
**Category** [1] - 72:17
**CATHY** [1] - 1:20
**Cathy** [2] - 164:16, 164:21
**cathy_Pepper@laed. uscourts.gov** [1] - 1:23
**Cathy_Pepper@laed .uscourts.gov** [1] - 164:23
**caused** [1] - 17:1
**CCR** [2] - 1:20, 164:21
**CENTER** [2] - 2:7, 2:16
**centers** [1] - 84:18
**Cerniglia** [3] - 161:5, 161:9, 163:25
**CERNIGLIA** [7] - 3:6, 3:7, 161:17, 162:2, 162:5, 162:11, 162:17
**certain** [3] - 28:10, 81:4, 159:14
**certainly** [1] - 68:3
**certainty** [4] - 35:22, 39:1, 39:3, 39:9
**CERTIFICATE** [1] - 164:14
**certificate** [2] - 70:20, 73:3
**certificates** [4] - 87:9, 96:8, 102:11, 102:12
**certification** [18] - 12:16, 13:19, 13:20, 16:11, 16:25, 17:9, 17:14, 19:8, 19:13, 19:20, 19:25, 24:10, 27:17, 32:18, 67:2,

80:1, 93:2, 93:6
**certifications** [15] -
12:4, 12:18, 14:23,
15:23, 16:15, 16:19,
16:21, 17:7, 18:7,
20:10, 20:22, 25:13,
34:24, 35:10, 74:24
**CERTIFIED** [1] - 1:20
**Certified** [3] - 164:16,
164:16, 164:21
**certified** [1] - 92:24
**certify** [1] - 164:18
**certifying** [2] - 93:3
**chambers** [4] -
153:13, 160:18,
164:4, 164:6
**chance** [5] - 36:6,
82:6, 87:5, 87:11,
159:25
**CHANDRA** [1] - 2:13
**change** [1] - 13:12
**changes** [1] - 159:18
**characterize** [1] -
94:23
**characterized** [1] -
95:12
**charge** [14] - 5:13,
5:17, 11:6, 15:5,
88:7, 88:8, 88:12,
104:9, 113:22,
126:25, 153:13,
154:7, 156:17,
160:18
**charged** [4] - 12:6,
126:25, 127:2, 143:5
**charges** [3] - 113:18,
154:11, 160:19
**CHARLES** [1] - 3:7
**check** [2] - 73:12,
124:21
**checks** [1] - 5:23
**checkup** [2] - 73:3,
73:8
**Chennai** [9] - 65:1,
65:6, 65:7, 74:9,
83:13, 97:1, 97:8,
99:25, 101:13
**chickens** [2] - 8:8,
8:15
**chief** [2] - 159:6, 159:7
**children** [3] - 102:11,
102:12, 103:22
**choice** [6] - 15:9, 75:5,
78:25, 79:7, 79:16
**chose** [2] - 47:24,
47:25
**Chris** [1] - 10:7
**Christmas** [2] - 145:7,
145:9
**circulated** [1] - 69:21

**cite** [1] - 160:15
**cities** [7] - 64:23, 83:1,
83:11, 84:16,
101:10, 101:11,
130:2
**city** [5] - 65:14, 66:6,
66:8, 102:15
**CIVIL** [2] - 1:6, 2:12
**claim** [3] - 8:3, 8:8,
8:17
**claims** [1] - 163:3
**clarification** [1] -
37:23
**clarify** [5] - 6:14,
36:12, 48:7, 81:10,
160:8
**class** [1] - 93:12
**Clause** [1] - 27:12
**clear** [4] - 60:6, 75:15,
124:18, 139:3
**clearance** [4] - 73:3,
73:6, 73:8, 109:23
**clearances** [1] -
114:14
**cleared** [1] - 81:6
**clearer** [1] - 67:18
**CLERK** [6] - 5:7,
115:17, 115:25,
153:4, 164:7, 164:10
**Clerk** [1] - 11:22
**client** [2] - 117:5,
156:8
**close** [7] - 20:6, 31:15,
86:3, 125:11,
127:15, 128:13,
155:9
**closing** [6] - 154:6,
155:11, 156:3,
158:2, 159:8, 162:10
**closings** [1] - 155:24
**CO2** [1] - 84:6
**Coast** [2] - 36:2, 98:9
**Cochin** [6] - 64:25,
65:3, 65:5, 66:9,
74:9, 83:13
**collect** [4] - 110:22,
114:12, 124:2, 124:4
**collected** [2] - 105:21,
112:7
**collecting** [1] - 128:25
**COLLEGE** [1] - 2:18
**column** [1] - 159:16
**coming** [5] - 155:23,
80:5, 81:12, 97:3,
97:13, 97:14,
104:23, 105:6,
105:15
**common** [4] - 22:19,
56:9, 108:3, 112:13
**communicate** [1] -

152:25
**communicated** [1] -
150:9
**companies** [18] - 43:2,
43:3, 59:11, 70:23,
78:10, 83:18, 83:20,
87:16, 93:4, 97:22,
102:16, 107:8,
108:10, 110:19,
110:25, 114:11,
137:23, 147:15
**company** [39] - 7:22,
8:12, 8:25, 12:8,
25:7, 33:1, 33:16,
43:1, 43:21, 45:4,
45:5, 45:8, 45:9,
47:20, 48:2, 53:9,
68:1, 78:5, 92:24,
94:25, 97:6, 98:7,
98:16, 98:19, 100:5,
109:3, 109:5, 113:1,
113:14, 113:16,
113:19, 113:21,
117:6, 118:17
**complain** [2] - 56:2,
144:18
**complained** [2] -
142:23, 143:4
**complaining** [1] -
143:24, 144:25
**complains** [1] - 56:12
**complaint** [1] - 143:19
**complaints** [11] - 6:12,
6:16, 7:8, 143:12,
143:15, 143:16,
143:17, 144:12,
144:13, 159:16,
159:23
**complete** [9] - 20:25,
31:23, 51:4, 67:3,
74:4, 75:12, 79:18,
112:17, 153:17
**completed** [4] - 27:18,
27:22, 35:20, 130:19
**completely** [3] -
112:17, 147:5, 147:6
**completes** [1] - 51:11
**completion** [1] - 14:25
**complies** [2] - 50:17,
136:20
**comply** [1] - 56:17
**comport** [1] - 63:17
**COMPUTER** [1] - 1:25
**concern** [2] - 101:2,
157:1
**Concern** [1] - 63:7
**concerned** [4] -
133:16, 133:17,
133:18, 154:9
**concerns** [1] - 7:6

**conclusions** [1] -
152:20
**condition** [2] - 78:23,
132:21
**conditions** [16] - 5:10,
6:13, 6:15, 6:19,
6:25, 54:11, 59:18,
67:1, 78:19, 78:21,
121:1, 136:1, 136:4,
136:15, 144:9, 147:1
**conduct** [7] - 49:19,
55:13, 56:11, 64:19,
77:3, 77:11
**conducted** [10] - 54:9,
64:24, 64:25, 65:1,
65:10, 66:8, 66:9,
66:20, 83:1
**conducting** [3] - 55:6,
64:10, 85:4
**conference** [4] - 11:6,
153:13, 156:17,
160:18
**connected** [1] -
124:17
**connection** [1] - 12:2
**conscious** [1] -
158:18
**consequences** [1] -
57:16
**consider** [2] - 155:2,
155:4
**considered** [1] - 81:16
**considering** [3] - 89:6,
89:8, 89:11
**consistent** [7] - 28:15,
28:18, 28:20, 46:25,
63:17, 63:23, 64:12
**constantly** [1] - 8:10
**construct** [1] - 98:22
**consulate** [71] - 12:20,
23:9, 31:3, 37:17,
37:20, 37:21, 39:4,
73:2, 77:23, 94:2,
94:6, 95:6, 95:7,
96:24, 96:25, 97:1,
97:2, 98:5, 99:21,
99:24, 99:25, 100:4,
100:8, 100:9,
100:12, 101:9,
101:10, 101:15,
101:17, 101:20,
101:21, 101:22,
102:1, 102:6, 103:6,
103:8, 103:15,
103:18, 103:20,
104:3, 104:11,
104:22, 104:25,
105:5, 105:11,
105:13, 105:14,
105:18, 105:23,

106:12, 106:13,
106:18, 106:21,
107:10, 107:12,
107:17, 107:22,
108:4, 108:10,
108:17, 109:4,
109:12, 109:18,
111:14, 111:21,
111:23, 113:3,
114:13, 145:6
**consulates** [8] -
96:24, 97:8, 97:15,
98:2, 98:3, 107:20,
109:6, 113:2
**consult** [1] - 156:8
**Consultants** [24] -
12:2, 20:22, 25:6,
25:7, 25:17, 39:16,
48:8, 48:11, 50:8,
54:17, 56:17, 57:18,
62:8, 63:8, 64:8,
64:19, 65:16, 77:2,
77:11, 104:19,
111:3, 111:5, 111:8,
112:5
**Consultants'** [2] -
25:18, 117:25
**contacted** [2] -
149:21, 149:24
**contains** [1] - 157:19
**contents** [1] - 73:22
**continue** [12] - 18:14,
22:2, 24:23, 29:2,
29:6, 29:15, 31:21,
34:7, 45:14, 78:25,
149:7
**continued** [1] - 11:23
**CONTINUED** [1] - 3:1
**continues** [1] - 51:10
**contract** [11] - 44:8,
44:10, 44:16, 45:17,
46:16, 47:11, 47:13,
148:16, 149:9,
149:11, 149:13
**contracted** [1] - 28:2
**contracts** [1] - 43:1
**contractually** [1] -
148:22
**contribute** [1] - 19:3
**conversant** [1] - 38:8
**conversation** [1] -
72:3
**conversations** [1] -
100:16
**cooked** [1] - 145:21
**copy** [3] - 56:6, 56:14,
69:24
**core** [14] - 83:19,
83:21, 84:3, 84:5,
84:14, 84:19, 84:21,

91:25, 92:3, 92:7,
92:9
**corporate** [1] - 88:10
**Corporation** [1] - 69:1
**correct** [45] - 6:1,
6:17, 7:12, 8:4, 9:17,
13:23, 13:24, 17:13,
23:1, 28:25, 36:10,
39:17, 42:6, 44:4,
47:2, 47:3, 48:23,
48:24, 52:18, 53:23,
60:15, 73:9, 81:18,
85:5, 85:12, 95:9,
95:10, 104:16,
105:19, 105:20,
118:17, 119:13,
120:3, 120:4, 121:5,
129:21, 129:25,
131:11, 131:12,
132:16, 146:7,
155:13, 162:5,
162:9, 164:18
**correspondence** [1] -
52:20
**cost** [2] - 137:25,
138:11
**costs** [1] - 46:20
**countries** [6] - 15:9,
15:18, 41:12, 42:17,
109:7, 110:17
**country** [12] - 39:3,
39:5, 39:6, 39:11,
39:14, 41:6, 41:8,
43:6, 43:22, 43:23
**countrymen** [1] -
152:10
**couple** [4] - 155:22,
156:1, 156:3, 159:14
**courier** [1] - 77:13
**course** [9] - 8:9, 32:1,
32:15, 47:19, 48:10,
52:25, 104:17,
141:9, 154:14
**COURT** [101] - 1:1,
1:20, 5:4, 5:8, 5:14,
5:21, 5:24, 6:6, 6:10,
6:15, 7:3, 7:9, 7:11,
7:13, 7:16, 8:2, 8:20,
8:23, 9:1, 9:6, 9:9,
9:16, 9:18, 9:20,
9:23, 10:1, 10:5,
10:8, 10:12, 11:3,
11:8, 11:12, 11:15,
41:25, 42:2, 43:9,
43:11, 60:25, 61:3,
61:7, 61:10, 61:16,
61:18, 61:21, 61:23,
75:19, 76:3, 76:6,
76:9, 76:18, 89:13,
89:16, 114:5,

115:12, 115:20,
115:23, 116:3,
116:6, 125:25,
126:4, 126:22,
127:9, 136:7,
138:15, 152:14,
153:7, 153:11,
153:24, 155:5,
155:15, 155:19,
155:25, 156:10,
156:13, 156:19,
157:5, 157:10,
158:3, 158:14,
158:17, 158:23,
159:5, 159:11,
159:24, 160:4,
160:7, 160:10,
160:17, 160:25,
161:25, 162:3,
162:8, 162:13,
162:19, 162:21,
163:4, 163:14,
163:20, 163:25,
164:4, 164:8
**court** [1] - 138:20
**Court** [11] - 8:9, 9:5,
61:17, 115:24,
152:21, 164:11,
164:16, 164:17,
164:17, 164:22,
164:23
**courtroom** [7] - 11:14,
61:15, 61:20,
115:19, 116:2,
153:6, 156:11
**cramped** [4] - 143:18,
143:19, 144:9,
145:17
**created** [2] - 22:14
**cross** [10] - 153:15,
155:25, 156:2,
156:20, 156:22,
156:25, 158:1,
161:21, 163:3
**cross-claims** [1] -
163:3
**cross-examination**
[3] - 153:15, 155:25,
156:25
**cross-examine** [1] -
158:1
**crosses** [1] - 155:21
**crowd** [2] - 56:2,
109:19
**CROWELL** [1] - 2:3
**CRR** [2] - 1:20, 164:21
**crucially** [1] - 10:25
**Cunningham** [4] -
5:12, 5:16, 9:23,
10:7

**curious** [5] - 146:9,
146:11, 146:14,
149:1, 149:3
**current** [12] - 20:16,
28:8, 28:9, 28:10,
28:12, 28:17, 29:18,
29:19, 29:21, 35:5,
35:13, 77:19
**Customs** [1] - 94:18
**cut** [1] - 71:10
**cutting** [1] - 152:5

## D

**D-H-I-R** [1] - 125:10
**daily** [2] - 17:25, 29:13
**Dan** [1] - 160:2
**DANIEL** [1] - 2:8
**Darrel** [2] - 9:12, 9:14
**date** [19] - 22:5, 22:23,
22:24, 23:25, 27:22,
28:10, 29:25, 30:12,
30:17, 32:10, 37:15,
37:18, 120:8,
122:24, 123:19,
123:21, 123:22,
143:21
**dates** [31] - 20:13,
20:18, 22:1, 22:16,
23:11, 23:13, 23:17,
24:1, 24:2, 24:11,
24:17, 24:18, 24:20,
25:23, 26:13, 28:10,
28:12, 28:16, 29:17,
29:21, 29:25, 30:3,
30:18, 31:4, 35:5,
35:13, 59:14, 77:19,
95:1
**DAVID** [1] - 1:5
**DAY** [1] - 1:12
**days** [2] - 150:23,
154:17
**deal** [6] - 92:8, 137:23,
137:24, 138:10,
139:4, 139:7
**dealt** [1] - 161:18
**deceived** [1] - 30:1
**December** [5] - 20:11,
23:12, 23:23, 144:4,
145:6
**decide** [2] - 113:11,
160:22
**decided** [2] - 127:12,
158:8
**decides** [1] - 113:1
**decision** [2] - 152:23,
155:6, 158:18
**decisions** [5] - 5:9,
5:12, 5:17, 8:11,

10:19
**declaration** [6] -
131:4, 131:5, 131:6,
131:16, 131:21,
135:7
**declarations** [2] -
128:9, 131:3
**declare** [1] - 131:7
**decline** [1] - 75:5
**deducted** [1] - 47:5
**deductions** [1] - 70:8
**defendants'** [1] -
161:2
**defense** [2] - 10:21,
10:23
**definitely** [5] - 13:20,
15:10, 71:5, 71:7,
149:5
**delay** [14] - 16:18,
16:20, 16:22, 16:23,
17:1, 17:2, 17:19,
17:21, 18:4, 20:18,
24:11, 28:1, 29:5,
29:8
**delayed** [2] - 26:9,
27:15
**delays** [13] - 17:4,
18:1, 18:13, 24:10,
25:21, 27:14, 28:1,
29:11, 30:10, 34:10,
59:13, 74:23, 138:23
**Delhi** [13] - 55:12,
65:1, 65:8, 65:9,
74:11, 74:12, 83:13,
97:1, 97:7, 99:25,
101:13, 125:14,
126:16
**deliberate** [2] -
154:16, 154:18
**deliberating** [2] -
154:13, 156:5
**deliberation** [1] -
152:23
**delivered** [1] - 48:11
**demand** [14] - 14:1,
14:2, 48:15, 48:18,
58:19, 58:22, 59:1,
62:3, 124:20, 125:1,
147:19
**demonstrative** [1] -
161:2
**demonstratives** [4] -
157:3, 157:5, 160:1,
162:23
**denied** [3] - 34:6,
45:14, 97:21
**depart** [3] - 128:14,
129:3, 129:24
**Department** [2] -
27:14, 28:13

**department** [5] - 21:8,
35:24, 35:25, 49:18,
50:3
**departure** [5] -
112:10, 114:21,
129:7, 135:11, 142:7
**deployment** [1] -
142:5
**deposition** [11] -
153:16, 153:20,
153:22, 155:3,
156:2, 156:25,
161:7, 161:16,
163:12, 163:17
**depositions** [1] - 30:2
**DEPUTY** [6] - 5:7,
115:17, 115:25,
153:4, 164:7, 164:10
**described** [2] -
122:19, 130:8
**designated** [1] -
161:15
**designations** [1] -
163:14
**detail** [1] - 44:15
**detailed** [1] - 8:17
**details** [5] - 58:15,
58:16, 59:15, 67:25,
76:15
**devices** [1] - 152:24
**DEWAN** [2] - 3:3,
11:20
**Dewan** [63] - 11:24,
12:1, 12:2, 12:24,
18:19, 19:7, 19:8,
20:22, 25:4, 25:5,
25:6, 25:7, 25:16,
25:18, 26:1, 32:9,
39:16, 48:8, 48:10,
48:12, 50:7, 50:8,
50:9, 54:16, 56:17,
57:18, 62:1, 62:8,
63:6, 63:8, 64:7,
64:19, 65:16, 67:11,
77:2, 77:11, 104:19,
111:3, 111:4, 111:8,
111:18, 112:4,
114:25, 115:20,
116:8, 116:11,
117:25, 136:23,
142:5, 152:9, 153:7,
153:15, 153:16,
153:20, 153:23,
155:3, 156:3, 164:8
**Dewan's** [6] - 18:25,
80:18, 131:1,
153:21, 163:2
**DEWAN**.....................
.................. [1] - 4:5
**Dhir** [3] - 125:9,

125:10, 126:9

**DHL** [1] - 77:13

**different** [25] - 12:11, 19:10, 21:13, 42:17, 45:5, 49:23, 59:5, 59:6, 65:13, 65:14, 67:2, 73:20, 83:11, 84:2, 84:3, 84:9, 84:21, 120:17, 120:23, 121:12, 121:17, 147:5, 147:6, 161:18

**difficult** [5] - 32:10, 42:10, 65:13, 86:1, 86:2

**difficulty** [2] - 14:6, 29:3

**dining** [2] - 145:18, 146:3

**DIRECT** [2] - 4:6, 11:23

**direct** [9] - 27:19, 32:12, 46:13, 81:2, 81:22, 81:24, 131:13, 131:23, 137:4

**directly** [6] - 10:6, 47:22, 48:3, 139:1, 139:8, 148:17

**director** [3] - 10:9, 10:10, 25:8

**disapproval** [1] - 108:14

**disconnect** [1] - 159:21

**discount** [2] - 127:13, 127:16

**discrepancies** [1] - 159:14

**discrimination** [2] - 8:3, 8:7

**discuss** [4] - 115:20, 152:17, 153:8, 160:8

**discussed** [1] - 114:9

**discusses** [1] - 156:13

**discussing** [1] - 156:14

**District** [3] - 164:17, 164:23

**DISTRICT** [3] - 1:1, 1:2, 1:14

**disturbance** [2] - 57:1, 148:9

**disturbed** [3] - 32:4, 148:5, 148:13

**divided** [3] - 12:22, 37:11, 104:18

**document** [82] - 14:19, 14:20, 15:22, 25:25, 26:3, 26:5,

27:8, 27:20, 28:25, 49:2, 49:4, 49:6, 51:9, 52:11, 62:4, 62:15, 64:8, 67:19, 68:4, 68:15, 68:22, 68:23, 68:25, 69:3, 69:21, 70:10, 71:3, 71:4, 71:7, 71:18, 72:12, 73:16, 73:22, 106:17, 107:10, 115:6, 115:7, 115:8, 115:9, 115:11, 116:11, 116:17, 116:18, 131:15, 132:9, 133:24, 135:1, 135:2, 135:4, 135:5, 135:6, 135:14, 135:15, 135:17, 135:19, 136:3, 136:11, 139:10, 139:11, 139:14, 139:15, 139:17, 139:20, 139:21, 140:1, 140:6, 140:7, 140:8, 140:9, 140:10, 140:12, 140:22, 140:23, 140:24, 141:25, 142:3

**documents** [20] - 68:14, 70:13, 102:19, 105:25, 106:2, 106:8, 107:14, 116:8, 130:9, 130:12, 130:13, 130:15, 130:17, 130:23, 135:10, 135:13, 141:18, 142:3, 142:10

**dollar** [8] - 117:19, 119:22, 122:5, 122:7, 122:9, 122:10, 124:9, 125:4

**dollars** [7] - 13:2, 13:4, 31:14, 31:16, 113:21, 117:16, 119:17

**done** [10] - 20:21, 21:19, 25:20, 30:12, 54:16, 83:15, 96:6, 109:20, 112:20, 163:6

**doubt** [2] - 153:24

**down** [9] - 5:11, 7:16, 57:22, 57:23, 57:24, 84:24, 160:5, 162:8, 163:9

**downloading** [1] - 118:7

**draft** [8] - 71:3, 117:19, 119:17, 119:22, 122:9, 122:11, 124:9, 124:20

**drafting** [1] - 71:4

**drafts** [7] - 14:1, 14:3, 117:16, 122:5, 122:7, 125:1, 125:4

**drop** [2] - 18:11, 24:21

**dropped** [2] - 31:18, 80:2

**Dubai** [21] - 36:18, 65:1, 66:14, 74:15, 74:16, 74:17, 83:13, 83:15, 83:18, 96:24, 96:25, 101:14, 101:15, 110:11, 110:14, 111:11, 111:12, 111:22, 111:23, 112:21

**due** [3] - 26:9, 27:14, 27:23

**dues** [4] - 110:18, 110:19, 110:23

**duplicative** [1] - 153:22

**during** [28] - 16:11, 19:21, 30:2, 46:19, 48:11, 52:14, 54:8, 57:1, 60:1, 71:6, 88:3, 88:22, 91:22, 91:23, 92:2, 93:13, 93:19, 94:10, 108:4, 115:21, 147:2, 148:19, 157:17, 158:22, 159:1, 161:21

**duty** [5] - 90:23, 91:3, 91:7, 113:2, 113:13

---

## E

**e-mail** [6] - 77:4, 77:7, 91:10, 92:16, 150:12

**e-mails** [2] - 7:24, 99:11

**early** [4] - 129:11, 129:20, 143:22, 145:22

**earning** [2] - 32:6

**easier** [2] - 28:6, 118:8

**East** [1] - 39:8

**Eastern** [1] - 164:17

**EASTERN** [1] - 1:2

**easy** [2] - 86:1, 92:3

**EB3** [3] - 72:14, 72:16, 72:17

**effort** [34] - 12:1, 12:5,

39:20, 46:3, 57:21, 58:5, 58:15, 58:16, 64:21, 71:17, 76:14, 76:15, 76:22, 77:18, 78:14, 80:7, 81:13, 81:17, 81:20, 82:7, 82:11, 92:18, 92:19, 93:13, 93:17, 99:7, 104:6, 108:25, 109:20, 109:21, 111:7, 119:2, 126:19, 133:25

**efforts** [12] - 12:5, 27:2, 27:6, 30:23, 32:19, 34:11, 58:16, 64:11, 78:13, 78:21, 79:13, 111:2

**eight** [7] - 26:12, 27:22, 35:3, 35:12, 37:5, 128:3, 154:7

**either** [10] - 10:3, 66:15, 73:15, 74:14, 78:23, 109:14, 110:14, 133:20, 164:5

**elaborate** [1] - 121:3

**elect** [2] - 29:5, 29:15

**elected** [1] - 10:20

**electronic** [3] - 16:24, 34:23, 152:24

**ELHAM** [1] - 2:22

**eligible** [1] - 60:11

**Ellerth** [1] - 10:20

**ELMO** [2] - 118:8, 120:16

**embassies** [1] - 109:6

**embassy** [4] - 73:2, 95:7, 97:7, 107:20

**embassy/consulate** [1] - 133:13

**Emirates** [4] - 36:18, 42:19, 65:2, 83:14

**employed** [1] - 44:24

**employer** [1] - 68:24

**employment** [20] - 46:20, 53:25, 63:10, 68:13, 69:18, 69:19, 72:14, 72:17, 93:25, 117:8, 121:16, 122:2, 122:21, 123:8, 133:11, 133:14, 133:17, 133:20, 136:16, 137:9

**employment-based** [8] - 68:13, 69:19, 72:14, 72:17, 117:8, 121:16, 122:21, 133:14

**employment-related**

[1] - 133:17

**empower** [1] - 133:15

**end** [4] - 90:14, 115:13, 139:16, 161:13

**ended** [1] - 159:4

**English** [12] - 67:10, 68:15, 68:17, 68:20, 70:20, 74:12, 74:14, 74:17, 85:1, 102:22, 102:24, 103:2

**enlist** [1] - 144:21

**enormous** [1] - 8:25

**enormously** [1] - 8:18

**enter** [1] - 39:5

**entered** [4] - 44:8, 137:22, 138:4, 138:9

**enters** [3] - 11:13, 61:19, 116:1

**entire** [1] - 158:5

**entirely** [4] - 28:12, 72:5, 153:22, 158:1

**ENTITIES** [1] - 2:20

**entitled** [1] - 164:19

**entity** [2] - 54:21, 94:15

**environment** [1] - 7:19

**equipment** [1] - 84:2

**equivalent** [2] - 13:1, 113:20

**ERIN** [1] - 2:21

**especially** [2] - 68:18, 88:25

**ESQ** [15] - 2:3, 2:4, 2:8, 2:8, 2:9, 2:9, 2:13, 2:17, 2:21, 2:21, 2:22, 2:22, 2:23, 3:3, 3:7

**establish** [12] - 97:4, 97:5, 97:21, 98:6, 102:13, 103:14, 103:18, 103:25, 104:1, 108:6

**establishes** [1] - 44:20

**estimate** [1] - 28:14

**ET** [2] - 1:5, 1:9

**event** [3] - 57:2, 57:4, 57:5

**eventually** [1] - 161:11

**evidence** [5] - 7:20, 152:21, 158:6, 161:9, 161:14

**evident** [1] - 8:13

**exact** [4] - 5:11, 16:5, 31:15, 33:24

**exactly** [16] - 9:3, 22:18, 35:8, 69:15, 72:4, 82:21, 91:6, 94:20, 106:3,

106:23, 107:6,
113:18, 121:19,
150:10, 162:1
**EXAMINATION** [16] -
4:6, 11:23, 42:4,
44:2, 61:25, 75:21,
76:13, 76:21, 89:20,
114:7, 116:7, 126:7,
126:24, 127:10,
136:8, 139:9
**examination** [4] -
70:23, 153:15,
155:25, 156:25
**EXAMINATIONS** [1] -
4:3
**examine** [1] - 158:1
**examined** [1] - 11:22
**example** [5] - 12:13,
36:25, 55:3, 113:9,
159:15
**excellent** [1] - 61:2
**except** [2] - 44:5
**exchange** [1] - 13:12
**exchanged** [1] - 157:5
**exclude** [2] - 153:22,
154:1
**executed** [1] - 141:18
**executive** [1] - 96:16
**exercise** [1] - 79:14
**exhibit** [3] - 44:14,
67:15, 157:19
**Exhibit** [8] - 7:22,
67:16, 116:10,
118:9, 122:13,
131:13, 135:6,
140:22
**exhibited** [1] - 161:20
**exhibits** [3] - 121:2,
164:7, 164:8
**expect** [4] - 55:24,
103:7, 103:10,
147:22
**expecting** [1] - 17:14
**experience** [24] -
41:11, 43:4, 43:17,
70:21, 83:17, 86:25,
87:1, 87:2, 87:6,
87:9, 87:13, 87:15,
90:11, 96:8, 102:9,
103:12, 103:15,
107:3, 107:8, 108:2,
108:11
**experienced** [2] -
34:10, 83:16
**explain** [11] - 21:2,
34:21, 59:10, 65:3,
74:3, 75:14, 75:24,
117:10, 138:12,
145:25
**explained** [13] - 38:9,

45:11, 49:16, 63:12,
67:7, 67:8, 69:25,
70:1, 74:18, 74:22,
78:2, 97:11, 130:12
**explaining** [2] - 67:10,
75:23
**explains** [1] - 75:12
**explanation** [2] -
117:21, 122:10
**extended** [2] - 41:7,
155:23
**extension** [6] - 37:3,
38:17, 39:22, 40:24,
146:17
**extensions** [13] -
36:25, 37:2, 37:24,
38:2, 38:3, 38:19,
38:25, 39:15, 40:7,
40:21, 139:6,
146:13, 146:14
**extensive** [1] - 153:23

# F

**fabricator** [1] - 32:24
**face** [2] - 29:14,
145:19
**facilitate** [2] - 63:9,
96:5
**facilitator** [4] - 136:18,
137:8, 138:1
**facilities** [1] - 33:14
**facility** [4] - 33:20,
33:22, 145:13,
151:14
**facing** [6] - 24:9, 29:6,
29:7, 29:13, 29:15,
30:9
**fact** [7] - 8:10, 11:2,
28:8, 48:14, 53:5,
55:10, 104:14
**facts** [3] - 30:7, 30:8,
35:18
**fail** [4] - 86:8, 87:5,
87:21, 87:23
**failed** [6] - 86:9, 86:10,
86:17, 89:8, 89:11
**failure** [2] - 7:20,
89:21
**fair** [8] - 15:5, 53:4,
61:4, 70:24, 72:21,
95:8, 143:6, 143:8
**familiar** [1] - 9:6
**family** [3] - 106:8,
113:1, 152:18
**far** [18] - 10:23, 17:8,
33:21, 51:22, 69:14,
79:6, 79:10, 92:1,
95:15, 99:24, 104:7,

109:9, 127:18,
130:1, 130:13,
130:15, 139:3, 144:3
**Faragher** [2] - 9:5,
10:20
**fashion** [1] - 114:9
**father** [15] - 125:12,
125:13, 125:19,
126:9, 126:10,
126:11, 126:12,
126:13, 126:14,
126:15, 127:14,
127:15, 127:25
**FEBRUARY** [2] - 1:7,
5:2
**FedEx** [1] - 77:13
**fee** [7] - 12:9, 14:4,
105:3, 105:4,
126:19, 127:6,
127:11
**fees** [19] - 12:6, 12:8,
18:20, 80:6, 80:8,
80:11, 104:12,
104:14, 104:16,
105:10, 113:19,
125:1, 125:2,
126:25, 127:1,
142:17, 143:5,
144:18
**fellow** [3] - 150:25,
151:9, 152:18
**felt** [5] - 52:1, 90:22,
91:2, 146:20, 152:8
**fence** [1] - 5:24
**few** [24] - 7:17, 14:20,
15:9, 16:10, 18:13,
21:24, 24:22, 29:1,
42:20, 61:7, 64:13,
68:4, 79:10, 80:2,
97:22, 107:25,
110:12, 121:1,
125:13, 126:13,
126:16, 135:13,
144:5
**fewer** [1] - 6:25
**field** [2] - 17:23, 70:21
**figure** [4] - 31:15,
42:10, 154:10, 161:6
**file** [12] - 36:22, 38:18,
38:20, 38:23, 58:21,
78:8, 102:19,
105:23, 106:5,
106:9, 137:11,
146:10
**filed** [13] - 12:17,
16:15, 17:7, 19:8,
19:15, 21:20, 21:21,
21:22, 27:16, 40:21,
131:8, 146:12,
146:17

**filing** [8] - 16:24,
19:21, 27:23, 34:23,
50:25, 51:3, 51:5,
51:6
**fill** [7] - 100:6, 102:5,
109:9, 114:14,
132:3, 146:4
**filled** [1] - 106:15
**final** [4] - 39:22, 72:12,
129:8, 135:10
**finally** [1] - 122:12
**fine** [2] - 50:16, 156:19
**finger** [1] - 118:16
**fingerprint** [2] -
134:10, 134:11,
141:15
**fingerprinting** [4] -
73:4, 109:8, 109:18,
109:20
**fingerprints** [2] - 73:4,
73:10
**finish** [7] - 43:1,
153:14, 154:3,
154:11, 154:12,
154:22, 154:25
**finished** [2] - 110:1,
129:14
**firm** [4] - 47:23, 56:14,
137:23
**firm/company** [1] -
137:24
**first** [66] - 8:17, 12:16,
13:16, 23:10, 25:2,
28:2, 36:14, 36:20,
37:5, 37:12, 37:14,
37:16, 38:13, 38:17,
45:11, 46:13, 49:9,
49:10, 49:24, 53:25,
54:8, 54:14, 59:7,
60:6, 62:25, 64:4,
67:6, 79:5, 81:21,
82:12, 82:17, 82:20,
82:22, 85:5, 90:2,
90:12, 93:12, 96:24,
116:16, 116:25,
118:4, 118:5,
119:18, 120:14,
120:15, 120:16,
120:18, 122:1,
128:19, 131:14,
131:19, 138:5,
139:19, 139:20,
143:20, 144:1,
146:18, 146:23,
151:17, 158:21
**fit** [1] - 93:3
**fits** [1] - 9:10
**fitter** [4] - 103:16,
106:22, 107:13,
107:14

**fitters** [13] - 32:24,
33:6, 33:13, 36:1,
84:20, 84:22, 84:23,
85:7, 85:8, 85:9,
87:17, 87:19, 106:24
**five** [7] - 44:3, 86:19,
128:23, 130:22,
141:21, 141:24,
142:9
**flaws** [1] - 86:4
**flight** [3] - 129:19,
129:24, 130:3
**flights** [3] - 128:17,
129:10, 130:2
**FLOOR** [1] - 2:14
**flux** [14] - 83:19,
83:21, 84:3, 84:5,
84:14, 84:19, 84:21,
91:25, 92:3, 92:7,
92:8, 92:9
**folks** [1] - 81:16
**follow** [3] - 7:21,
52:23, 53:22
**followed** [1] - 53:21
**follows** [1] - 11:22
**food** [17] - 6:21, 7:1,
46:11, 70:7, 143:25,
144:2, 144:14,
144:25, 145:17,
145:18, 145:19,
145:21, 145:22,
145:23, 146:3, 149:3
**FOR** [4] - 2:3, 2:20,
3:3, 3:6
**force** [3] - 126:15,
142:2
**foregoing** [1] - 164:18
**foreign** [8] - 43:5,
44:22, 44:23, 46:19,
46:21, 46:22, 46:23,
48:2
**forgot** [1] - 44:15
**form** [11] - 9:4, 83:24,
100:6, 100:7, 102:5,
106:13, 106:14,
109:9, 154:16,
154:19, 156:21
**formally** [1] - 136:2
**forms** [4] - 106:11,
109:18, 112:18,
112:21
**forth** [3] - 99:12,
136:3, 161:11
**FOUNDATION** [1] -
2:13
**foundation** [2] - 42:2,
126:1
**frame** [2] - 75:13,
161:12
**framework** [1] - 44:20

**fresh** [2] - 82:11, 133:16
**friend** [2] - 125:9, 127:15
**friend's** [1] - 125:12
**frills** [1] - 162:24
**front** [4] - 24:13, 30:7, 30:8, 108:21
**fulfill** [2] - 48:13, 147:16
**full** [5] - 30:13, 30:22, 41:18, 42:5
**fully** [1] - 137:7
**funds** [1] - 14:15

## G

**GA** [2] - 2:10, 2:18
**gain** [1] - 152:25
**gas** [2] - 84:6, 84:8
**gate** [1] - 5:24
**gathering** [3] - 55:20, 55:21, 57:9
**general** [5] - 63:24, 73:19, 92:22, 98:10, 98:12
**generally** [2] - 114:20, 114:23
**George** [1] - 159:20
**George's** [1] - 159:17
**given** [62] - 15:19, 15:20, 17:16, 19:18, 21:3, 24:2, 29:17, 30:20, 31:22, 31:23, 33:12, 35:23, 46:5, 46:9, 48:25, 49:10, 52:25, 54:1, 56:14, 58:8, 58:19, 61:12, 62:11, 63:15, 67:10, 70:13, 70:22, 71:1, 71:24, 82:12, 84:20, 84:22, 84:23, 85:1, 86:5, 95:3, 112:9, 113:24, 114:22, 114:23, 115:15, 116:17, 116:18, 117:10, 117:13, 119:18, 119:24, 122:3, 124:1, 124:16, 124:25, 125:5, 128:10, 130:8, 130:13, 146:2, 147:15, 152:17, 152:23
**Global** [18] - 45:1, 45:2, 45:4, 46:2, 46:4, 46:5, 46:6, 46:10, 46:18, 46:22, 47:1, 47:12, 47:22,

47:24, 67:12, 137:20, 138:7
**goal** [2] - 46:2, 92:25
**government** [7] - 39:14, 43:20, 43:22, 54:21, 115:8, 115:9, 115:11
**government/ immigration** [1] - 64:9
**graded** [1] - 84:25
**grant** [5] - 21:11, 36:3, 39:4, 39:15, 59:23
**granted** [18] - 22:10, 22:14, 36:14, 36:15, 36:16, 36:20, 38:2, 38:3, 39:23, 40:21, 40:24, 41:1, 50:3, 59:25, 60:5, 67:6, 69:18, 107:20
**Graunke** [1] - 10:14
**GRAUNKE** [12] - 2:9, 5:11, 5:16, 5:22, 6:1, 6:7, 6:11, 6:17, 7:5, 7:10, 7:12, 10:15
**green** [21] - 23:3, 29:11, 36:9, 38:23, 45:12, 68:13, 69:15, 69:20, 72:14, 77:19, 100:23, 101:3, 101:7, 121:14, 121:25, 131:7, 133:5, 137:17, 146:16, 149:4
**grounds** [1] - 108:13
**group** [6] - 60:14, 78:20, 81:16, 128:23
**groups** [2] - 60:13, 81:11
**guarantee** [1] - 69:17
**guaranteed** [2] - 15:19, 15:20
**guard** [2] - 5:20, 5:21
**guess** [6] - 71:1, 88:13, 108:5, 126:1, 145:2, 163:20
**Gulf** [3] - 36:2, 83:17, 98:9
**gun** [1] - 84:6
**guy** [4] - 86:2, 86:7, 108:7, 162:24
**guys** [3] - 19:8, 19:19, 78:1

## H

**H2** [1] - 72:1
**H2B** [4] - 34:6, 34:12, 34:14, 35:15, 35:21,

36:3, 36:10, 36:13, 36:15, 36:20, 36:21, 36:24, 36:25, 37:9, 38:15, 38:25, 39:22, 40:21, 40:24, 44:23, 45:10, 45:14, 50:2, 59:9, 59:23, 60:7, 60:19, 62:23, 63:22, 67:5, 67:6, 68:13, 69:6, 69:17, 71:12, 71:21, 72:7, 78:3, 80:15, 80:16, 81:5, 81:6, 82:3, 94:8, 94:16, 95:17, 97:23, 98:2, 98:3, 99:11, 99:15, 104:9, 104:12, 104:13, 104:14, 104:16, 104:20, 105:1, 105:6, 105:17, 105:18, 109:1, 117:7, 121:15, 127:3, 133:12
**H2B/permanent** [7] - 58:6, 58:7, 58:12, 58:19, 59:1, 59:8, 62:21
**H2Bs** [13] - 36:7, 40:21, 50:2, 53:3, 59:24, 60:3, 60:5, 69:17, 77:22, 95:24, 97:21, 99:9, 100:21
**H2C** [1] - 72:1
**hall** [2] - 145:18, 146:4
**hand** [5] - 51:20, 109:15, 110:2, 114:1, 159:16
**handed** [5] - 69:24, 128:11, 130:17, 132:2, 160:2
**handful** [1] - 157:12
**handing** [2] - 129:1
**handle** [1] - 47:25
**handouts** [1] - 59:12
**handwriting** [2] - 26:21, 131:24
**HANGARTNER** [24] - 2:20, 2:21, 9:14, 9:17, 9:19, 9:25, 10:2, 10:6, 10:10, 155:14, 157:1, 157:8, 158:4, 158:16, 158:18, 159:1, 159:9, 160:2, 160:5, 160:9, 160:13, 160:24, 162:25, 164:3
**Hangartner** [1] - 158:3
**happy** [3] - 42:23, 149:7, 156:23

**harassing** [2] - 5:10, 6:15
**harassment** [2] - 7:19, 7:21
**hardship** [1] - 32:3
**harm** [1] - 142:15
**harping** [1] - 8:10
**HART** [1] - 2:20
**HB406** [1] - 1:21
**hear** [3] - 76:4, 92:15, 114:5
**HEARD** [1] - 1:13
**heard** [16] - 8:13, 21:25, 77:24, 89:10, 89:23, 90:5, 92:12, 92:13, 93:14, 98:14, 99:1, 147:18, 153:23, 157:18, 157:20
**hearing** [2] - 17:18, 24:15
**hearsay** [4] - 89:12, 89:15, 125:21, 125:22
**help** [9] - 46:5, 76:10, 102:5, 117:15, 144:22, 151:1, 151:6, 151:9, 163:8
**Hemant** [13] - 123:11, 124:24, 125:7, 125:8, 125:13, 125:15, 126:9, 126:13, 126:15, 127:25, 128:2, 140:13
**hereby** [4] - 63:7, 133:15, 136:18, 164:17
**herein** [2] - 137:8, 138:1
**hereinafter** [1] - 44:23
**Herring** [1] - 137:21
**high** [1] - 70:19
**higher** [2] - 88:16, 96:15
**highest** [1] - 68:19
**highlight** [5] - 68:4, 117:24, 121:12, 121:13, 137:2
**highlighted** [1] - 62:18
**himself** [1] - 131:25
**Hindi** [4] - 74:12, 74:14, 74:17, 102:22
**hire** [2] - 42:23, 45:24
**hires** [1] - 47:18
**hiring** [1] - 5:22
**hold** [5] - 41:25, 112:5, 112:15, 112:17, 113:25
**holding** [2] - 114:8,

114:10
**holds** [1] - 113:17
**holiday** [2] - 145:7
**holidays** [1] - 145:9
**home** [5] - 8:8, 8:15, 86:10, 86:12, 87:3
**honestly** [1] - 158:7
**Honor** [29] - 6:11, 7:15, 8:5, 8:7, 8:25, 9:8, 10:11, 10:15, 11:11, 11:17, 61:22, 76:12, 89:14, 153:10, 153:19, 155:2, 155:14, 157:6, 157:14, 158:7, 159:9, 160:9, 160:24, 161:1, 162:18, 162:25, 163:8, 164:3
**HONORABLE** [1] - 1:13
**hope** [1] - 44:14
**hotels** [1] - 129:14
**hour** [2] - 70:7, 118:23
**hours** [7] - 61:9, 118:23, 129:24, 154:8, 155:22, 156:1, 156:3
**house** [3] - 5:19, 57:10, 106:8
**housekeeping** [1] - 154:5
**housing** [4] - 46:18, 47:1, 144:9, 147:8
**HOWARD** [14] - 2:3, 7:18, 8:4, 155:17, 155:21, 157:6, 157:12, 158:21, 158:25, 159:3, 159:14, 163:8, 163:15, 163:23
**Howard** [2] - 157:11, 158:20
**HR** [1] - 10:9
**HUGH** [1] - 2:4
**hundred** [3] - 65:15
**hundreds** [1] - 31:12
**hunt** [1] - 5:11
**hurt** [1] - 152:10

## I

**I-140** [14] - 19:14, 19:22, 21:1, 21:2, 21:4, 21:12, 21:13, 23:7, 26:12, 27:21, 35:2, 35:11, 67:3
**I-140's** [4] - 21:10, 21:18, 21:21, 32:21

**I-140s** [1] - 78:8
**IAS** [12] - 12:3, 15:23, 16:7, 18:23, 77:17, 78:24, 79:9, 79:12, 82:1, 111:10, 150:16, 150:23
**idea** [9] - 30:15, 30:16, 30:17, 30:19, 61:6, 65:25, 97:13, 156:1
**identical** [4] - 135:7, 139:20, 139:23, 140:10
**identified** [2] - 81:4, 134:9
**identify** [1] - 123:13
**illegal** [4] - 56:8, 114:3, 114:8, 114:10
**IMI** [4] - 35:24, 45:6, 45:9, 48:11
**immediate** [1] - 108:13
**immediately** [2] - 27:16, 145:5
**IMMIGRANT** [2] - 2:7, 2:17
**immigrant** [6] - 27:21, 28:1, 54:24, 55:11, 56:8, 56:13
**immigrants** [2] - 55:8, 55:16
**immigrating** [1] - 15:6
**Immigration** [2] - 48:2, 94:19
**immigration** [13] - 21:7, 21:8, 22:10, 29:22, 39:5, 39:6, 45:18, 46:7, 49:18, 106:11, 114:14, 138:8
**impeach** [2] - 162:4, 163:21
**impeaching** [1] - 163:15
**impeachment** [2] - 161:10, 161:12
**implementation** [3] - 14:25, 17:21, 27:15
**implemented** [9] - 16:25, 17:6, 17:7, 17:9, 17:11, 18:4, 34:16, 34:20, 159:18
**implications** [1] - 8:25
**important** [11] - 8:19, 11:10, 13:16, 13:17, 13:21, 38:25, 75:14, 103:13, 103:17, 107:9, 137:2
**impression** [4] - 23:4, 36:5, 43:4, 140:21
**improper** [1] - 161:16

**improve** [3] - 6:21, 6:22
**improved** [1] - 6:25
**IMS** [1] - 16:7
**inadequate** [1] - 8:1
**inappropriate** [1] - 163:13
**Inc** [3] - 27:16, 45:3, 137:20
**incident** [3] - 116:20, 152:3, 152:5
**incidents** [1] - 39:10
**include** [2] - 44:3, 58:14
**included** [3] - 70:2, 106:1, 106:9
**includes** [1] - 141:21
**including** [5] - 50:25, 117:1, 118:25, 127:4, 152:18
**inclusion** [1] - 136:21
**Incorporation** [1] - 133:21
**incorrect** [2] - 128:3, 128:4
**India** [73] - 15:4, 15:7, 27:24, 34:3, 36:17, 39:9, 40:23, 41:1, 41:21, 46:7, 47:18, 47:22, 47:23, 47:25, 48:2, 48:6, 51:23, 52:12, 52:14, 55:4, 55:5, 56:9, 57:2, 62:16, 63:9, 64:10, 65:5, 65:9, 68:18, 68:19, 68:21, 74:8, 82:14, 82:15, 82:18, 82:19, 83:11, 83:22, 83:24, 85:19, 92:4, 93:1, 96:12, 96:18, 96:22, 96:23, 96:25, 97:14, 98:3, 99:24, 100:25, 101:10, 101:16, 103:19, 103:20, 103:23, 109:7, 110:14, 111:2, 111:19, 111:25, 112:6, 112:12, 112:13, 113:25, 114:4, 127:20, 128:15, 129:10, 130:5, 141:19
**Indian** [10] - 5:17, 7:25, 12:15, 74:16, 88:11, 98:2, 114:16, 115:8, 115:9, 150:25
**Indians** [2] - 15:10, 151:9
**indicated** [2] - 50:14,

96:19
**individual** [5] - 14:5, 14:16, 26:19, 62:9, 123:2
**individuals** [4] - 10:15, 10:19, 14:14, 138:11
**Indo** [3] - 110:13, 131:3, 131:8
**Indo-Ameri** [3] - 110:13, 131:3, 131:8
**Industrial** [1] - 68:25
**inform** [7] - 17:5, 17:10, 20:14, 74:25, 91:3, 92:1, 123:1
**information** [18] - 19:18, 23:19, 30:10, 40:17, 41:9, 47:21, 54:18, 58:4, 64:17, 70:5, 71:24, 89:21, 91:20, 95:9, 106:1, 112:19, 123:4, 153:1
**informations** [1] - 112:21
**informed** [21] - 14:24, 20:10, 20:11, 26:8, 26:11, 32:16, 37:1, 39:25, 47:6, 59:17, 60:12, 69:4, 78:9, 91:4, 132:18, 147:11, 147:12, 150:7, 150:10, 150:14
**informing** [4] - 26:7, 117:3, 138:24
**informs** [1] - 117:3
**initial** [11] - 36:13, 37:2, 54:14, 58:6, 58:22, 66:20, 143:18, 144:15, 144:16
**initiated** [5] - 39:25, 40:14, 44:12, 49:12
**inputs** [1] - 71:20
**inside** [2] - 97:9, 97:10
**install** [1] - 6:22
**installment** [7] - 12:17, 12:22, 25:2, 30:24, 78:8, 80:14
**installments** [1] - 12:16
**instance** [6] - 95:11, 108:24, 111:1, 113:9, 116:19, 116:20
**instances** [1] - 129:6
**instead** [2] - 122:25, 158:12
**instruct** [2] - 104:5, 156:4

**instructed** [4] - 52:20, 52:21, 69:9, 152:22
**instructing** [1] - 53:9
**instruction** [1] - 53:21
**instructions** [11] - 9:2, 9:4, 11:10, 52:23, 52:25, 53:10, 53:22, 61:12, 115:15, 152:16, 156:21
**intended** [1] - 101:4
**intention** [6] - 117:17, 122:4, 124:15, 150:4, 151:3, 151:4
**interacting** [1] - 47:20
**interest** [1] - 78:4
**interested** [3] - 64:20, 78:13, 80:5
**International** [11] - 33:2, 51:18, 70:3, 117:5, 117:6, 133:12, 133:15, 136:25, 137:7, 137:17, 138:6
**INTERNATIONAL** [1] - 1:8
**interview** [11] - 100:8, 101:17, 101:22, 101:23, 102:1, 103:10, 103:15, 105:23, 108:4, 111:21, 112:8
**interviewed** [1] - 112:8
**interviews** [21] - 12:20, 49:19, 55:6, 55:13, 55:14, 56:16, 56:23, 56:24, 82:23, 82:24, 94:2, 94:6, 99:21, 101:9, 101:10, 101:20, 103:6, 105:13, 107:17, 123:23
**introduce** [1] - 158:19
**introduction** [1] - 68:6
**introductory** [1] - 68:8
**involved** [3] - 10:19, 34:9, 152:19
**involving** [1] - 138:1
**iron** [1] - 157:2
**IS** [1] - 18:8
**ISA** [1] - 110:14
**Isaac** [4] - 27:7, 120:19, 134:23, 135:5
**ISO** [2] - 93:6, 93:8
**issuance** [1] - 133:12
**issue** [7] - 7:19, 8:13, 43:23, 92:11, 124:20, 157:2, 160:11

**issued** [6] - 37:19, 43:19, 116:9, 118:2, 118:3
**issues** [2] - 6:19, 154:14
**itself** [3] - 80:16, 101:22, 158:5

## J

**Jacob** [18] - 6:12, 6:17, 6:18, 6:19, 7:5, 7:9, 26:22, 27:1, 70:12, 123:15, 123:16, 131:22, 131:25, 133:24, 134:6, 135:8, 159:17, 159:19
**Jacob's** [1] - 159:22
**January** [8] - 20:12, 23:12, 23:23, 30:4, 37:12, 40:1, 40:3, 159:4
**job** [85] - 14:2, 14:5, 14:8, 15:18, 17:5, 17:18, 17:20, 18:11, 19:16, 20:2, 21:21, 30:24, 37:16, 37:25, 38:3, 40:18, 40:23, 43:18, 46:12, 54:3, 54:10, 65:11, 65:22, 69:22, 72:22, 73:14, 73:18, 73:20, 74:19, 75:2, 75:10, 75:15, 75:17, 75:22, 77:3, 77:12, 77:22, 78:12, 79:23, 81:4, 81:12, 82:10, 85:24, 86:9, 87:12, 88:8, 93:3, 93:24, 97:4, 102:7, 102:8, 103:14, 104:8, 107:7, 107:24, 111:2, 111:5, 111:7, 112:1, 112:24, 113:23, 114:1, 114:24, 116:18, 116:19, 116:20, 117:18, 122:6, 123:4, 124:13, 124:15, 124:17, 124:18, 127:2, 131:6, 136:5, 138:9, 142:19, 143:24, 146:1, 148:4, 148:12, 151:21
**jobs** [6] - 15:20, 110:16, 110:18, 111:13, 111:19
**John** [15] - 87:25,

90:25, 91:11, 91:13, 91:14, 91:15, 92:1, 92:10, 96:17, 96:19, 96:21, 147:9, 147:11, 150:11, 150:21

**join** [7] - 14:13, 78:16, 111:7, 113:1, 126:18, 131:11, 132:14

**joined** [2] - 79:19, 79:21

**joining** [1] - 78:21

**Jose** [11] - 83:4, 83:5, 83:6, 83:8, 85:7, 88:15, 88:25, 89:11, 90:2, 90:22, 91:2

**Joseph** [1] - 26:22

**judge** [1] - 164:7

**JUDGE** [1] - 1:14

**Judge** [1] - 1:14

**July** [9] - 20:13, 24:3, 27:25, 28:8, 30:3, 30:20, 37:10, 37:14, 82:21

**June** [7] - 27:16, 48:21, 49:13, 81:22, 82:20, 118:3, 118:5

**jurors** [2] - 152:18, 154:24

**jury** [25] - 9:2, 9:3, 11:4, 11:9, 11:12, 11:13, 34:20, 61:14, 61:19, 65:3, 76:3, 115:18, 116:1, 145:25, 153:5, 154:4, 154:7, 154:16, 155:22, 156:21, 157:17, 157:20, 157:25, 159:3, 161:20

**JURY** [1] - 1:13

**JUSTICE** [2] - 2:7, 2:17

**K**

**Kadakkarappally** [1] - 26:22

**Katrina** [7] - 32:16, 32:17, 36:6, 98:12, 98:24, 147:14, 147:20

**keen** [1] - 99:18

**keep** [5] - 5:19, 5:21, 114:17, 135:16

**kept** [3] - 8:12, 114:19, 114:20

**Kerala** [4] - 66:3, 66:4,

66:6, 66:8

**Keswani** [1] - 152:1

**Khuttan** [13] - 123:11, 124:24, 125:7, 125:8, 125:15, 126:18, 127:6, 127:11, 127:22, 127:25, 128:2, 140:13

**Khuttan's** [5] - 125:13, 126:9, 126:13, 126:15, 140:20

**kind** [30] - 14:10, 32:3, 34:1, 50:2, 52:3, 55:21, 57:10, 58:4, 68:5, 77:8, 77:9, 84:11, 84:22, 98:16, 98:19, 103:1, 103:21, 104:22, 105:14, 107:4, 108:17, 108:24, 109:2, 113:24, 122:10, 125:15, 147:21, 150:25, 157:3, 162:24

**kinds** [4] - 33:10, 100:19, 105:10, 159:24

**Knight** [1] - 69:7

**Knights** [5] - 68:25, 69:2, 69:4, 69:10, 71:12

**knowledge** [7] - 42:3, 57:4, 63:12, 90:17, 106:10, 125:23, 126:2

**known** [12] - 10:18, 21:12, 30:11, 63:7, 127:14, 146:22, 146:24, 146:25, 147:2, 147:3, 150:24

**knows** [1] - 162:2

**Kristi** [1] - 9:22

**KRISTI** [1] - 2:9

**Kumarakom** [1] - 66:7

**KURIAN** [1] - 1:5

**Kuwait** [1] - 42:20

**L**

**L.L.C** [3] - 133:12, 133:15, 137:8

**LA** [4] - 1:22, 2:24, 3:4, 3:8

**Labor** [1] - 27:15

**labor** [38] - 12:4, 12:16, 12:18, 13:19, 13:20, 14:23, 15:23, 16:11, 16:15, 16:19,

16:20, 16:25, 17:7, 17:8, 17:14, 18:7, 19:8, 19:13, 19:20, 19:25, 20:10, 20:22, 21:4, 24:10, 25:12, 27:17, 27:24, 28:4, 32:18, 34:23, 35:10, 35:24, 35:25, 50:3, 67:2, 74:24, 80:1

**laborers** [1] - 33:6

**laid** [1] - 146:3

**lakh** [2] - 105:2, 128:3

**LANCE** [1] - 2:21

**landed** [2] - 143:13, 151:25

**language** [4] - 66:1, 67:8, 74:3, 74:4

**large** [2] - 26:2, 97:6

**largely** [1] - 87:18

**largest** [1] - 83:20

**last** [15] - 41:15, 64:12, 90:16, 121:22, 121:23, 123:23, 128:5, 128:7, 128:8, 128:12, 128:25, 129:8, 129:15, 143:9

**late** [9] - 10:22, 10:23, 32:13, 37:21, 93:22, 94:12, 129:23, 145:21, 154:9

**law** [6] - 10:4, 10:21, 137:18, 137:23, 138:6, 152:22

**LAW** [4] - 2:7, 2:16, 3:3, 3:6

**lawful** [2] - 28:2, 50:22

**lawfully** [5] - 53:12, 53:14, 53:16

**laws** [2] - 47:21, 48:1

**lawyer** [2] - 29:22, 46:8

**lawyers** [1] - 115:16

**lay** [2] - 42:2, 126:1

**layout** [2] - 67:24, 67:25

**lead** [1] - 63:24

**leading** [2] - 136:6, 138:14

**Leading** [3] - 75:18, 126:21, 127:8

**lean** [1] - 76:9

**learn** [22] - 23:10, 32:23, 33:3, 33:14, 33:19, 34:1, 40:1, 44:7, 89:5, 89:21, 93:12, 94:8, 97:11, 98:23, 99:14, 118:12, 120:20, 126:8, 133:1, 144:1,

149:19, 151:23

**learned** [10] - 24:6, 39:19, 40:4, 40:5, 89:1, 89:2, 89:6, 93:19, 146:15, 146:18

**learning** [1] - 119:1

**least** [4] - 97:24, 109:6, 120:16, 163:6

**leave** [3] - 110:11, 129:11, 129:19

**leaves** [4] - 61:14, 108:20, 115:18, 153:5

**led** [1] - 9:7

**left** [7] - 12:19, 14:12, 57:13, 64:16, 132:1, 142:11, 159:16

**left-hand** [1] - 159:16

**legal** [5] - 64:8, 68:7, 114:15, 125:1, 125:2

**legally** [1] - 56:15

**less** [7] - 13:7, 13:8, 16:8, 18:9, 33:23

**letter** [51] - 48:15, 48:18, 49:14, 58:19, 58:22, 58:25, 59:1, 62:3, 62:22, 64:8, 94:4, 117:2, 117:9, 117:10, 117:13, 117:17, 117:18, 117:24, 118:2, 118:9, 118:10, 119:16, 119:18, 119:19, 119:20, 119:23, 120:2, 120:5, 120:14, 120:16, 120:24, 121:1, 121:4, 121:8, 121:11, 121:17, 122:11, 122:12, 122:13, 122:16, 122:18, 123:1, 123:6, 123:7, 123:9, 123:13, 124:5, 124:6, 124:25, 125:5

**letterhead** [2] - 117:25, 120:6

**letters** [13] - 87:15, 93:25, 94:1, 96:9, 102:10, 107:8, 108:11, 121:15, 122:1, 122:2, 122:3, 122:19, 123:25

**level** [6] - 6:2, 8:12, 8:24, 9:18, 9:24, 88:19

**LIBERTIES** [1] - 2:12

**license** [2] - 48:5, 114:12

**lie** [1] - 105:13

**lifted** [1] - 76:10

**lights** [1] - 148:8

**likely** [2] - 87:5, 153:21

**limited** [4] - 49:10, 49:15, 50:25, 64:7

**Limited** [2] - 62:8, 63:8

**line** [8] - 58:18, 58:25, 59:1, 62:18, 62:25, 106:15, 143:9

**lining** [1] - 96:5

**listened** [1] - 153:25

**literacy** [1] - 68:19

**live** [2] - 5:18, 161:8

**living** [3] - 6:18, 6:25, 147:18

**LLC** [1] - 1:9

**loaded** [1] - 108:22

**local** [4] - 55:11, 55:15, 55:16, 55:18

**locally** [2] - 65:25, 66:2

**located** [1] - 65:4

**logistical** [1] - 156:7

**logistics** [1] - 147:25

**look** [14] - 9:9, 62:18, 68:8, 71:5, 71:16, 116:11, 117:23, 124:20, 134:2, 145:19, 159:25, 162:9, 163:5, 163:9

**looked** [1] - 120:3

**looking** [6] - 9:1, 84:13, 134:24, 139:19, 151:1, 154:22

**looks** [4] - 71:19, 118:3, 119:7, 122:17

**loses** [2] - 113:14, 113:21

**loud** [1] - 137:5

**louder** [3] - 76:18, 76:19, 114:5

**LOUISIANA** [2] - 1:2, 1:7

**Louisiana** [3] - 137:19, 164:17, 164:17

**love** [1] - 156:5

**lower** [2] - 6:2

**lunch** [1] - 155:23

**lunchtime** [1] - 145:24

**M**

**machine** [2] - 84:6, 84:9

**machinery** [1] - 84:9
**machines** [1] - 84:19
**MADISON** [1] - 2:4
**mail** [7] - 77:4, 77:7, 77:12, 91:10, 92:16, 150:12
**mails** [2] - 7:24, 99:11
**main** [18] - 27:12, 33:16, 46:1, 47:12, 47:15, 47:17, 47:19, 64:1, 64:2, 75:13, 101:2, 103:11, 103:24, 108:5
**majority** [1] - 97:25
**majorly** [1] - 144:13
**MALVERN** [1] - 3:6
**Malvern** [2] - 137:18, 138:7
**man** [8] - 5:18, 6:4, 22:19, 24:14, 30:7, 30:8, 148:4
**management** [13] - 6:3, 6:19, 8:12, 8:23, 8:24, 9:18, 9:24, 11:1, 11:2, 88:17, 88:19, 101:1, 147:10
**management's** [1] - 6:4
**manager** [3] - 9:19, 10:16, 88:11
**managerial** [1] - 96:15
**managing** [1] - 25:8
**Manish** [7] - 85:17, 89:23, 90:5, 153:16, 153:20, 155:3
**Manish's** [1] - 85:20
**manner** [1] - 137:25
**March** [2] - 157:16, 159:20
**marginal** [5] - 86:14, 86:16, 86:17
**marine** [1] - 32:23
**Marine** [4] - 68:25, 69:2, 69:4, 69:10
**Marines** [2] - 69:7, 71:13
**mark** [2] - 59:9, 134:11
**Marler** [6] - 5:12, 5:15, 9:23, 158:9, 158:16
**Marler's** [1] - 7:24
**marriage** [1] - 102:11
**married** [2] - 102:10, 103:22
**matching** [1] - 161:5
**material** [2] - 84:3, 84:12
**matter** [3] - 10:4, 155:7, 164:19
**matters** [1] - 154:5

**maximum** [1] - 18:5
**meals** [2] - 46:18, 47:1
**mean** [47] - 5:21, 14:12, 17:3, 17:25, 18:4, 19:12, 21:19, 22:5, 22:19, 34:15, 34:21, 34:22, 39:9, 41:5, 51:2, 51:22, 53:8, 62:22, 62:23, 75:6, 80:10, 80:11, 84:1, 88:13, 90:6, 95:16, 97:16, 97:17, 97:19, 97:24, 98:11, 98:12, 99:4, 99:15, 99:16, 100:2, 101:21, 113:17, 123:21, 130:20, 138:12, 142:19, 147:17, 149:1, 149:11, 155:15, 161:21
**meaning** [4] - 86:17, 136:21, 138:3
**means** [7] - 22:24, 51:3, 95:18, 100:3, 120:10, 120:11, 123:22
**meant** [7] - 41:22, 62:23, 73:16, 117:13, 117:14, 123:4, 123:5
**meantime** [1] - 38:5
**MECHANICAL** [1] - 1:24
**medical** [3] - 70:23, 73:3, 73:8
**meet** [7] - 20:2, 96:23, 98:5, 102:20, 128:22, 129:23, 164:4
**meeting** [1] - 129:3, 135:10
**meetings** [4] - 64:20, 101:22, 101:25, 102:4
**MELIA** [1] - 2:9
**members** [1] - 152:18
**memorandum** [2] - 135:20, 135:21
**memory** [6] - 50:15, 50:16, 50:18, 83:8, 101:12, 162:14
**men** [1] - 105:14
**mentally** [2] - 32:4
**mention** [1] - 60:10
**mentioned** [19] - 9:21, 11:1, 12:25, 14:22, 25:22, 25:23, 42:19, 59:13, 60:22, 62:2, 67:13, 68:5, 84:17,

104:17, 105:21, 109:2, 123:3, 126:12, 131:4
**Merit** [2] - 164:16, 164:22
**MERIT** [1] - 1:21
**met** [8] - 96:24, 96:25, 97:1, 99:7, 125:14, 126:12, 126:16
**method** [1] - 124:1
**Michael** [5] - 45:4, 46:3, 66:16, 137:20, 138:7
**mid** [1] - 145:6
**mid-December** [1] - 145:6
**middle** [1] - 157:9
**Middle** [1] - 39:8
**midnight** [1] - 129:12
**MIG** [1] - 84:5
**might** [14] - 22:23, 36:7, 37:5, 56:1, 64:20, 67:18, 91:25, 107:21, 108:3, 118:8, 132:4, 138:13, 150:12, 161:6
**migrate** [3] - 15:7, 15:8
**migrating** [2] - 15:6, 15:9
**migration** [1] - 15:18
**million** [1] - 31:15
**mind** [7] - 17:4, 18:4, 35:25, 36:4, 38:13, 100:22, 132:7
**minimum** [3] - 70:19, 70:20, 107:7
**ministry** [2] - 56:11, 114:16
**minute** [5] - 49:3, 77:1, 89:1, 129:15, 153:12
**minutes** [3] - 7:17, 61:7, 61:16
**mislead** [2] - 104:21, 104:24
**misleading** [1] - 159:22
**misrepresent** [2] - 104:6, 105:13
**Miss** [1] - 163:1
**missed** [2] - 83:2, 106:7
**Mississippi** [3] - 33:16, 33:17, 137:21
**moment** [2] - 11:18, 119:23
**MONDAY** [2] - 1:7, 5:2
**money** [14] - 14:10,

18:16, 24:24, 31:13, 32:8, 47:4, 52:4, 52:7, 103:21, 105:15, 110:24, 113:22, 129:13, 142:24
**monies** [2] - 31:10, 32:11
**month** [6] - 17:17, 18:5, 37:17, 37:21, 82:22, 144:7
**months** [36] - 15:1, 17:15, 18:5, 26:9, 26:12, 27:14, 27:22, 28:11, 28:16, 29:19, 29:21, 34:17, 35:3, 35:5, 35:11, 35:12, 35:13, 35:19, 37:3, 37:5, 37:6, 37:20, 37:21, 38:4, 72:10, 87:3, 87:4, 100:1, 100:11, 100:12, 144:5
**months'** [1] - 27:18
**MORGAN** [1] - 1:13
**MORING** [1] - 2:3
**morning** [11] - 128:21, 129:11, 129:12, 129:19, 129:20, 130:3, 145:22, 154:6, 154:12, 155:16, 156:4
**most** [33] - 15:25, 41:23, 43:24, 44:5, 65:17, 65:22, 68:20, 85:14, 88:22, 88:23, 102:2, 102:17, 103:17, 106:4, 109:5, 109:6, 110:15, 113:2, 128:15, 128:16, 128:22, 129:10, 129:11, 129:14, 130:1, 137:2, 160:14
**mostly** [8] - 42:18, 74:7, 83:25, 107:23, 110:13, 111:9, 111:10, 143:17
**motions** [1] - 156:20
**MOU** [1] - 131:2
**MOUs** [2] - 128:9, 130:16
**move** [6] - 6:14, 77:15, 132:7, 147:23, 153:21, 153:24
**moved** [1] - 98:14
**MR** [81] - 4:6, 7:15, 7:18, 8:4, 8:5, 8:21, 8:24, 9:3, 9:8, 9:12, 9:21, 10:4, 11:5,

11:11, 11:17, 11:23, 42:1, 42:4, 43:8, 43:13, 44:2, 61:2, 61:5, 61:9, 61:22, 61:24, 61:25, 75:18, 75:20, 75:21, 76:5, 76:8, 76:12, 76:13, 76:20, 76:21, 89:12, 89:14, 89:19, 89:20, 114:7, 116:5, 116:7, 125:21, 125:22, 125:24, 126:3, 126:6, 126:7, 126:21, 126:23, 126:24, 127:8, 127:10, 136:6, 136:8, 138:14, 138:19, 139:9, 152:12, 153:19, 155:2, 155:17, 155:21, 156:7, 156:18, 157:6, 157:12, 158:21, 158:25, 159:3, 159:14, 161:17, 162:2, 162:5, 162:11, 162:17, 162:24, 163:8, 163:15, 163:23
**MS** [35] - 5:11, 5:16, 5:22, 6:1, 6:7, 6:11, 6:17, 7:5, 7:10, 7:12, 9:14, 9:17, 9:19, 9:25, 10:2, 10:6, 10:10, 10:15, 155:14, 157:1, 157:8, 158:4, 158:16, 158:18, 159:1, 159:9, 160:2, 160:5, 160:9, 160:13, 160:24, 161:1, 162:20, 162:25, 164:3
**Mumbai** [12] - 55:2, 65:1, 74:13, 74:14, 83:13, 97:2, 97:8, 101:13, 105:11, 124:3, 128:19, 128:20
**must** [8] - 70:20, 70:21, 70:22, 70:23, 71:5, 71:7, 92:13, 108:10
**mutually** [1] - 160:15

**N**

**name** [22] - 14:3, 26:18, 33:1, 70:14, 83:4, 94:24, 106:8,

119:4, 122:7,
131:21, 131:24,
134:3, 134:5, 135:4,
136:13, 140:1,
140:12, 141:7,
141:9, 141:12,
141:13
**named** [2] - 95:2,
95:12
**names** [4] - 95:2,
130:14, 130:18
**NAOMI** [2] - 2:8, 2:17
**nationals** [1] - 27:24
**native** [1] - 74:4
**nature** [2] - 77:8,
159:13
**NE** [2] - 2:10, 2:18
**near** [1] - 115:13
**necessarily** [2] -
35:22, 141:10
**necessary** [4] - 49:17,
74:5, 74:6, 106:17
**need** [28] - 9:4, 9:9,
20:19, 28:5, 32:24,
33:12, 36:1, 46:24,
54:20, 55:7, 55:14,
69:5, 82:8, 97:4,
98:7, 99:4, 100:18,
114:5, 126:1,
130:10, 130:23,
138:17, 138:18,
151:5, 160:7, 162:8,
162:21
**needed** [15] - 30:7,
30:8, 30:9, 33:11,
33:25, 48:15, 48:22,
52:13, 95:23, 99:2,
112:21, 122:11,
130:15, 163:21
**needs** [3] - 33:19,
119:22
**neighborhood** [2] -
57:8, 57:12
**neighboring** [3] -
55:25, 56:1
**neighbors** [1] - 57:10
**never** [20] - 17:25,
18:1, 39:9, 69:7,
81:19, 92:12, 111:5,
111:18, 113:24,
115:2, 132:7,
142:14, 142:16,
142:21, 142:23,
152:11, 157:16,
157:17
**NEW** [8] - 1:7, 1:22,
2:5, 2:13, 2:14, 2:24,
3:4, 3:8
**New** [1] - 137:19
**new** [16] - 19:10,

19:15, 19:16, 19:22,
25:13, 27:15, 43:2,
43:3, 92:23, 92:24,
98:22, 147:24
**news** [1] - 32:15
**newspaper** [1] - 54:6
**newspapers** [2] -
54:7, 60:17
**next** [29] - 19:23, 20:9,
20:21, 21:17, 28:11,
29:19, 35:5, 35:13,
36:20, 37:14, 51:10,
70:9, 70:17, 71:10,
71:22, 76:25, 81:3,
81:4, 82:5, 82:9,
119:4, 129:20,
129:24, 132:8,
137:12, 154:23,
155:1, 162:7
**night** [4] - 145:21,
148:1, 148:7, 148:12
**nine** [8] - 15:1, 17:14,
17:17, 37:5, 37:6,
37:20, 72:10
**nine-month** [1] -
17:17
**NO** [1] - 1:6
**nobody** [2] - 23:18,
143:4
**noise** [1] - 148:8
**none** [1] - 157:7
**normal** [2] - 112:11,
113:25
**normally** [1] - 126:25
**north** [2] - 55:5, 65:9
**North** [1] - 97:25
**notations** [1] - 134:7
**note** [1] - 117:23
**nothing** [4] - 57:14,
57:15, 114:10, 155:1
**notice** [1] - 94:24
**notify** [1] - 56:22
**notifying** [1] - 25:21
**notwithstanding** [2] -
52:22, 53:5
**November** [3] -
123:20, 144:4,
144:23
**number** [9] - 16:5,
22:8, 22:12, 95:5,
106:14, 107:16,
150:4, 150:5
**Number** [2] - 27:12,
116:10
**numbered** [1] - 164:19
**numbers** [7] - 22:11,
22:12, 23:8, 33:20,
33:24, 33:25, 79:11
**NY** [2] - 2:5, 2:14

# O

**o'clock** [2] - 130:5,
155:22
**oath** [1] - 11:22
**object** [1] - 138:14
**Objection** [1] - 42:1
**objection** [11] - 43:8,
75:18, 89:12,
125:21, 126:21,
127:8, 133:13,
133:19, 136:6,
157:14, 161:10
**objections** [11] -
156:20, 157:6,
157:10, 159:12,
160:1, 160:15,
160:20, 161:2,
161:4, 163:10
**obligated** [2] - 148:22,
148:23
**observe** [1] - 145:15
**observed** [1] - 145:16
**obtain** [4] - 28:2, 64:9,
73:2, 105:16
**obtaining** [5] - 13:19,
16:19, 16:20, 20:21,
28:1
**obvious** [1] - 99:4
**obviously** [2] -
153:14, 153:20
**occasions** [3] -
125:13, 126:13,
126:16
**occurred** [3] - 32:14,
32:17, 151:24
**occurrence** [1] - 108:3
**October** [11] - 37:10,
37:14, 37:16, 81:25,
82:25, 94:13, 120:9,
120:13, 143:21,
143:22
**OF** [3] - 1:2, 1:13, 3:6
**off)** [1] - 98:15
**offensive** [1] - 7:24
**offer** [24] - 34:2, 54:11,
75:4, 75:6, 75:7,
75:9, 75:10, 75:16,
75:17, 77:9, 93:25,
94:1, 122:2, 123:7,
123:9, 126:17,
127:6, 127:11,
127:16, 147:7,
149:6, 149:8, 160:17
**offered** [6] - 69:13,
69:16, 127:12,
133:11, 151:7, 151:9
**offering** [1] - 75:8
**offhand** [1] - 47:9

**OFFICE** [1] - 3:6
**office** [25] - 21:20,
55:7, 55:25, 60:9,
109:8, 109:12,
110:9, 114:14,
114:18, 124:4,
128:8, 128:21,
129:7, 129:13,
129:14, 129:23,
130:3, 130:6,
130:21, 137:18,
137:20, 138:6,
142:6, 142:10
**OFFICER** [1] - 61:18
**offices** [1] - 130:4
**OFFICIAL** [1] - 1:20
**Official** [2] - 164:17,
164:22
**official** [3] - 104:3,
106:12, 106:18
**officials** [3] - 104:22,
105:14, 106:21
**oil** [3] - 83:20, 98:21,
98:22
**old** [10] - 78:9, 78:10,
78:24, 79:2, 79:18,
79:19, 81:12,
132:17, 132:22
**on-line** [1] - 106:15
**once** [27] - 17:6, 19:8,
19:13, 19:25, 38:15,
88:8, 97:24, 99:11,
100:6, 100:21,
109:11, 109:25,
112:7, 114:24,
133:18, 142:25,
143:1, 143:2,
143:10, 143:11,
143:13
**ONE** [1] - 2:23
**one** [77] - 6:15, 7:18,
9:11, 9:12, 11:5,
12:23, 26:23, 27:1,
27:5, 31:23, 37:21,
44:15, 50:11, 51:14,
59:7, 62:1, 62:2,
66:14, 69:21, 70:13,
72:18, 72:19, 80:25,
83:9, 83:15, 83:19,
88:12, 99:22, 99:23,
100:13, 100:25,
101:1, 103:13,
106:13, 106:20,
107:11, 108:20,
109:7, 112:17,
112:22, 113:10,
116:22, 118:4,
118:13, 120:20,
121:4, 121:10,
123:10, 123:12,

123:16, 123:22,
129:5, 130:22,
131:10, 132:3,
137:5, 140:3,
140:14, 141:3,
144:20, 152:9,
155:12, 155:23,
156:7, 159:12,
159:15, 160:10,
161:5, 161:22,
162:25, 163:8,
163:16
**one-page** [1] - 121:4
**ones** [7] - 66:18, 85:3,
101:19, 123:7,
160:21, 163:7
**online** [2] - 108:23,
109:10
**oops** [5] - 49:5, 67:17,
69:11, 116:14, 140:7
**open** [1] - 95:20,
130:5
**opening** [1] - 161:21
**operated** [1] - 33:14
**opponent** [1] - 89:14
**opportunities** [3] -
42:17, 60:20, 157:23
**opportunity** [8] -
60:14, 60:23, 69:14,
78:16, 78:17,
126:18, 130:9,
157:25
**opposed** [1] - 8:23
**opted** [1] - 79:16
**option** [10] - 34:12,
69:6, 79:1, 79:5,
79:14, 79:17, 79:22,
79:25, 80:4
**options** [2] - 6:22,
79:3
**orally** [1] - 137:8
**Orange** [3] - 33:18,
33:22, 136:25
**ORDER** [1] - 5:4
**order** [5] - 78:10,
105:22, 124:20,
132:22, 147:16
**orders** [3] - 147:13,
147:16, 147:17
**organization** [1] - 93:8
**orientation** [2] -
128:10, 129:8
**originally** [2] - 101:4,
144:6
**Orleans** [1] - 137:19
**ORLEANS** [5] - 1:7,
1:22, 2:24, 3:4, 3:8
**otherwise** [1] - 163:25
**outside** [1] - 6:22
**outsource** [2] - 109:3,

109:5
**outsourced** [2] -
109:14, 109:17
**outsourcing** [1] -
100:5
**overcrowding** [1] -
6:21
**overriding** [1] - 160:11
**overruled** [2] - 43:9,
138:15
**Overseas** [1] - 114:17
**overseas** [9] - 42:17,
43:18, 44:1, 112:20,
114:16, 124:15,
124:17, 124:18
**own** [7] - 7:21, 93:5,
93:9, 137:25,
138:11, 146:4,
152:10

**P**

**p.m** [9] - 11:13, 61:14,
61:17, 61:19,
115:18, 115:24,
116:1, 153:5, 164:11
**P.M** [1] - 1:7
**P.S** [1] - 119:16
**packet** [1] - 106:1
**PAGE** [1] - 4:3
**page** [21] - 51:10,
70:9, 116:13,
116:16, 118:15,
119:24, 120:15,
120:16, 121:4,
131:14, 131:15,
131:19, 134:2,
134:8, 136:10,
137:12, 140:17,
161:18, 162:7
**pages** [1] - 108:21
**paid** [37] - 12:15,
12:18, 12:19, 12:23,
12:24, 13:22, 13:25,
14:1, 18:20, 18:22,
18:23, 18:25, 24:24,
25:1, 30:24, 46:23,
78:7, 80:7, 80:13,
104:6, 104:16,
105:2, 105:5,
105:15, 127:3,
127:4, 127:18,
127:20, 127:22,
127:24, 128:3
**panel** [6] - 11:13,
61:14, 61:19,
115:18, 116:1, 153:5
**paper** [1] - 136:1
**papers** [6] - 87:13,

106:6, 106:11,
107:2, 107:4, 128:9
**paperwork** [7] - 20:1,
21:1, 51:4, 105:21,
114:15, 138:8
**paragraph** [15] - 28:7,
44:18, 62:25, 63:3,
63:5, 63:14, 68:8,
69:12, 116:25,
117:1, 133:7,
136:16, 136:22,
137:4
**part** [30] - 21:15,
21:16, 27:1, 28:7,
37:12, 37:13, 46:15,
46:16, 51:7, 65:5,
72:12, 72:25, 73:5,
73:8, 74:7, 80:25,
92:19, 109:20,
109:23, 139:4,
155:12, 157:20,
157:21, 158:12,
158:23, 158:25,
159:8, 162:6, 163:12
**participating** [1] -
102:3
**particular** [11] - 26:18,
27:5, 43:23, 48:9,
78:20, 81:13,
118:25, 123:1,
133:7, 138:13,
141:25
**parties** [3] - 44:21,
47:13, 154:1
**parts** [5] - 12:23,
31:23, 37:11,
104:18, 137:2
**party** [3] - 89:14,
89:17, 93:2
**Pascagoula** [8] -
33:17, 33:20, 66:24,
70:3, 136:25,
145:13, 145:14
**pass** [5] - 70:22,
70:23, 86:11, 93:10,
111:16
**passage** [3] - 45:10,
51:12, 138:3
**passed** [5] - 40:17,
75:7, 87:20, 117:22,
124:10
**passes** [1] - 112:8
**passing** [7] - 86:3,
90:6, 90:7, 90:8,
90:11, 117:20,
137:10
**passport** [24] - 37:19,
70:22, 96:10,
108:20, 108:21,
108:25, 109:11,

109:12, 109:15,
112:7, 112:9,
112:15, 112:17,
112:23, 113:3,
113:12, 114:1,
114:9, 114:12,
114:17, 115:6, 115:8
**passports** [15] -
107:18, 108:18,
109:25, 110:7,
110:8, 110:20,
112:4, 114:11,
114:17, 114:19,
114:20, 115:1,
128:11, 129:2, 129:9
**past** [2] - 43:17,
129:11
**paste** [1] - 108:19
**Pastrana** [5] - 83:8,
85:9, 89:2, 90:14,
90:19
**pay** [17] - 12:14,
13:15, 14:10, 14:14,
15:11, 47:5, 80:14,
80:15, 80:17,
102:15, 104:3,
104:8, 104:12,
104:14, 113:19,
125:1, 142:18
**paying** [2] - 19:10,
104:20
**payment** [12] - 13:18,
14:6, 14:17, 15:3,
15:4, 18:25, 19:1,
104:7, 121:22,
121:23, 121:24,
129:8
**payments** [8] - 14:15,
14:16, 20:4, 20:5,
121:21, 129:1,
142:21, 143:4
**PEACHTREE** [1] -
2:10
**penalties** [1] - 6:5
**people** [26] - 5:19,
9:21, 10:25, 14:11,
15:7, 15:11, 15:17,
42:22, 55:22, 60:13,
60:18, 74:12, 74:14,
77:21, 79:4, 79:12,
85:3, 90:11, 98:14,
99:6, 111:22,
128:23, 142:19,
146:9, 147:18,
152:18
**Pepper** [3] - 164:16,
164:20, 164:21
**PEPPER** [1] - 1:20
**per** [16] - 6:25, 22:14,
35:6, 47:21, 48:1,

48:2, 52:19, 52:20,
53:10, 53:11, 58:20,
70:6, 118:23
**percent** [13] - 14:9,
16:9, 79:6, 79:7,
79:15, 79:21, 86:2,
86:7, 86:19, 90:7,
90:10
**percentage** [1] - 16:5
**perfect** [1] - 86:4
**perfectly** [1] - 156:23
**perform** [1] - 68:7
**period** [4] - 17:17,
27:22, 32:6, 46:19
**PERM** [14] - 14:25,
16:23, 16:24, 17:9,
17:10, 17:22, 27:15,
34:16, 34:18, 34:20,
34:21, 34:22, 34:23,
35:10
**permanent** [47] -
21:14, 21:15, 23:3,
26:8, 27:13, 28:3,
34:5, 34:7, 34:10,
35:17, 35:20, 36:1,
36:22, 38:5, 38:21,
38:23, 39:21, 40:6,
40:20, 44:24, 45:10,
45:13, 45:15, 58:21,
60:11, 60:23, 62:24,
63:1, 63:11, 63:22,
65:24, 69:6, 69:19,
72:18, 72:19, 79:24,
105:4, 121:16,
122:21, 127:5,
132:19, 133:5,
138:23, 139:7,
146:10, 146:12,
146:16
**permission** [17] -
48:4, 54:20, 54:23,
54:25, 55:5, 55:7,
55:11, 55:15, 56:5,
56:6, 56:14, 56:15,
57:13, 57:22, 58:1,
64:9
**permissions** [1] -
49:18
**person** [6] - 88:19,
109:15, 112:8,
124:10, 128:23,
135:4
**personal** [6] - 42:3,
57:4, 90:17, 100:8,
125:23, 126:2
**personally** [7] - 42:18,
73:21, 77:3, 87:1,
105:12, 114:25,
145:18
**persons** [1] - 5:11

**petition** [6] - 27:21,
37:15, 37:18, 95:2,
95:5
**phase** [3] - 59:20,
59:21
**phases** [1] - 59:5
**phone** [3] - 56:1, 56:7,
150:13
**photo** [1] - 96:10
**physically** [1] - 142:15
**pick** [2] - 56:1, 92:8
**picks** [1] - 56:7
**picture** [3] - 24:11,
53:2, 108:21
**pictures** [4] - 66:23,
66:25, 70:3, 96:9
**piece** [3] - 148:14,
157:24, 161:7
**place** [11] - 10:24,
27:25, 32:3, 35:2,
35:19, 49:24, 54:9,
85:16, 85:20, 115:16
**placed** [3] - 60:2,
147:13
**places** [1] - 93:2
**placing** [1] - 96:6
**plaintiff** [3] - 123:10,
124:23, 134:16
**PLAINTIFFS** [1] - 2:3
**plaintiffs** [23] - 5:9,
6:13, 8:16, 9:10,
26:23, 44:3, 106:20,
107:11, 110:4,
116:9, 116:23,
118:13, 120:20,
123:17, 129:22,
134:22, 140:3,
140:14, 141:3,
141:22, 141:24,
142:10, 161:4
**plaintiffs'** [1] - 160:1
**plan** [2] - 156:23,
157:4
**plans** [1] - 157:15
**play** [7] - 157:15,
157:25, 158:5,
158:11, 158:14,
158:23, 159:8
**played** [8] - 157:16,
157:21, 158:8,
158:21, 158:25,
159:1, 159:5, 159:7
**playing** [1] - 158:12
**plead** [1] - 10:20
**pleased** [1] - 88:21
**plenty** [1] - 130:9
**plus** [1] - 80:24
**podium** [1] - 76:10
**point** [32] - 10:10,
10:22, 16:11, 17:12,

20:3, 21:4, 22:3, 23:4, 24:4, 33:19, 35:9, 38:25, 43:14, 44:7, 59:8, 78:7, 81:11, 91:7, 93:13, 93:19, 93:24, 94:7, 95:22, 96:14, 104:11, 114:22, 117:11, 138:20, 147:20, 149:10, 158:19, 159:5
**Pol** [53] - 12:23, 13:5, 13:25, 19:2, 19:3, 24:24, 25:17, 32:16, 33:4, 33:5, 34:1, 36:5, 39:20, 44:7, 45:4, 45:11, 45:12, 45:17, 45:23, 46:3, 47:6, 47:24, 47:25, 54:2, 54:19, 58:9, 60:12, 63:15, 63:21, 63:23, 63:24, 66:16, 66:23, 69:4, 69:8, 71:2, 71:3, 75:8, 80:25, 97:25, 104:18, 127:13, 127:17, 133:3, 135:23, 137:20, 138:7, 139:2, 139:5, 143:6, 144:23, 147:1
**Pol's** [2] - 25:19, 130:25
**police** [12] - 55:16, 55:18, 56:3, 56:20, 56:22, 57:3, 57:8, 57:12, 57:13, 57:23, 73:3, 126:15
**policy** [4] - 7:21, 7:22, 7:23, 7:25
**Polymnia** [1] - 137:19
**portion** [14] - 25:18, 25:19, 27:19, 71:13, 80:18, 157:16, 158:5, 159:9, 161:17, 161:19, 161:20, 161:22, 162:1, 162:2
**portions** [3] - 68:4, 160:15, 163:11
**position** [4] - 10:3, 14:9, 96:16, 158:7
**possibility** [6] - 37:1, 67:5, 111:13, 111:16, 111:17, 155:3
**possible** [4] - 17:4, 37:24, 99:8, 132:4
**possibly** [1] - 31:24
**post** [3] - 76:24, 109:14

**postscript** [1] - 119:12
**potentially** [1] - 158:20
**POVERTY** [2] - 2:7, 2:16
**Power** [27] - 48:16, 48:22, 48:25, 49:7, 49:9, 49:10, 49:14, 49:15, 49:16, 49:20, 49:21, 49:24, 50:7, 50:19, 50:21, 51:20, 51:21, 52:4, 52:10, 52:22, 53:12, 62:3, 62:11, 63:22, 64:4, 64:7, 64:12
**power** [3] - 50:19, 51:4, 53:5
**powers** [1] - 50:6
**POYDRAS** [2] - 1:21, 2:24
**practical** [3] - 70:22, 85:25, 155:7
**practice** [5] - 92:22, 112:6, 112:11, 112:13, 113:25
**precisely** [2] - 9:8
**predeparture** [1] - 128:10
**preference** [2] - 27:23, 28:4
**preparation** [1] - 103:6
**prepared** [2] - 105:25, 159:15
**presence** [2] - 74:6, 74:7
**present** [6] - 71:8, 85:13, 110:18, 111:19, 112:1, 154:2
**presentation** [3] - 66:25, 70:1, 70:2
**presented** [4] - 68:9, 68:10, 68:24, 152:21
**pretty** [2] - 13:16, 87:18
**previous** [18] - 43:25, 45:5, 45:8, 78:12, 87:16, 102:9, 102:16, 103:12, 103:15, 107:8, 112:19, 122:19, 133:14, 133:24, 140:10
**previously** [3] - 11:21, 43:25, 58:10
**primarily** [1] - 102:18
**printed** [4] - 119:4, 134:3, 136:13, 141:7
**printout** [1] - 106:16
**printouts** [1] - 67:10

**priority** [27] - 20:13, 20:18, 22:1, 22:4, 22:23, 22:24, 23:10, 23:13, 23:17, 24:1, 24:2, 24:11, 25:23, 26:13, 28:10, 28:12, 28:16, 29:17, 29:21, 29:25, 30:3, 30:17, 30:18, 31:4, 35:13, 59:14, 77:19
**privacy** [1] - 6:21
**Private** [2] - 62:8, 63:8
**private** [2] - 77:13, 109:3
**problem** [18] - 35:14, 113:24, 142:17, 142:19, 144:17, 145:3, 145:20, 145:21, 147:9, 147:10, 148:2, 148:25, 149:3, 151:5, 159:19, 163:22
**problems** [24] - 29:7, 29:10, 29:12, 29:13, 29:14, 29:16, 35:8, 88:24, 90:19, 142:5, 142:9, 142:12, 142:22, 144:1, 144:2, 144:16, 144:21, 145:17, 146:7, 146:8, 149:2, 156:7
**procedure** [3] - 64:17, 86:21, 113:24
**proceed** [2] - 11:16, 117:7
**PROCEEDINGS** [3] - 1:13, 1:24, 5:1
**proceedings** [3] - 43:14, 138:20, 164:19
**process** [104] - 11:10, 13:17, 15:1, 16:12, 16:13, 16:24, 20:9, 21:16, 24:5, 26:8, 27:13, 27:15, 29:11, 30:14, 31:7, 31:8, 34:5, 34:7, 35:10, 35:20, 36:9, 36:13, 36:25, 38:6, 40:14, 40:20, 40:22, 44:12, 44:24, 45:13, 45:15, 47:25, 49:12, 50:24, 52:14, 58:11, 58:21, 59:2, 59:8, 59:11, 60:11, 60:24, 62:24, 63:22, 65:24, 67:1, 67:2, 67:3, 67:11, 67:12, 67:25, 69:6,

69:7, 69:19, 74:4, 74:20, 75:13, 75:14, 75:24, 75:25, 78:10, 78:24, 79:2, 79:18, 79:20, 81:3, 82:9, 93:19, 93:22, 97:22, 105:4, 117:11, 117:14, 117:21, 117:22, 121:25, 122:6, 127:5, 128:5, 128:6, 128:7, 131:8, 132:11, 132:14, 132:15, 137:11, 132:19, 132:22, 133:5, 133:14, 134:15, 137:11, 138:23, 139:2, 139:6, 139:7, 142:20, 146:11, 146:12, 146:14, 146:22, 147:4, 148:19
**processes** [4] - 19:24, 132:13, 132:23
**processing** [2] - 21:10, 80:16
**procure** [1] - 55:5
**Produce** [1] - 119:16
**PRODUCED** [1] - 1:25
**proffered** [1] - 7:20
**program** [19] - 14:13, 18:12, 18:15, 24:21, 24:23, 29:2, 31:21, 34:10, 44:24, 63:11, 65:23, 68:13, 72:15, 72:20, 88:11, 99:15, 131:11
**programs** [1] - 31:19
**project** [2] - 9:17, 9:19
**PROJECT** [2] - 2:7, 2:17
**promise** [1] - 77:8
**promised** [6] - 35:4, 60:12, 137:8, 147:11, 147:12, 147:22
**promises** [2] - 75:2, 75:3
**proper** [1] - 10:23
**property** [2] - 103:22, 106:6, 106:7
**prospective** [1] - 136:24
**protector** [6] - 54:24, 55:7, 55:11, 55:15, 56:7, 56:12
**prove** [1] - 103:19
**proved** [1] - 36:10
**provide** [4] - 7:1, 46:10, 46:18, 47:1

**provided** [3] - 46:21, 54:19, 70:7
**provides** [1] - 95:8
**provision** [1] - 46:14
**pull** [5] - 27:10, 44:14, 49:2, 116:10, 120:6
**pulled** [2] - 46:14, 46:16
**punishments** [1] - 6:5
**purpose** [19] - 45:1, 66:22, 75:22, 75:24, 97:3, 117:1, 117:18, 119:19, 119:20, 121:24, 122:11, 122:18, 122:20, 124:5, 124:6, 135:21, 151:20
**put** [19] - 30:13, 30:22, 31:17, 49:5, 58:4, 58:15, 60:8, 60:17, 71:23, 91:7, 92:10, 130:14, 136:1, 139:12, 141:15, 154:17, 163:1
**putting** [2] - 58:12, 135:16

---

**Q**

**Qatar** [1] - 42:20
**qualification** [1] - 70:19
**qualify** [3] - 70:18, 85:2, 93:10
**questioning** [1] - 143:9
**questions** [11] - 9:7, 14:20, 17:23, 59:17, 73:15, 73:21, 74:1, 76:22, 84:25, 105:9, 152:12
**quick** [1] - 163:9
**quickly** [2] - 99:8, 139:19
**quit** [3] - 111:2, 111:5, 111:7
**quite** [1] - 83:21
**quota** [2] - 37:10
**quote** [1] - 8:1
**quoted** [1] - 14:4

---

**R**

**RABBANI** [2] - 2:22, 89:12
**racking** [1] - 155:19
**racks** [1] - 6:22
**raise** [2] - 14:15, 157:1
**raised** [1] - 6:18

**raising** [1] - 10:22
**Ramesh** [1] - 128:25
**range** [1] - 70:6
**Rao** [2] - 18:24, 122:8
**rate** [2] - 68:19, 86:13
**rates** [1] - 13:12
**rather** [1] - 157:4
**raw** [2] - 84:3, 84:11
**reach** [1] - 152:20
**reached** [1] - 146:9
**reaching** [1] - 137:9
**reaction** [4] - 24:6,
   40:10, 94:3, 94:5
**read** [40] - 27:11,
   27:20, 32:15, 43:13,
   43:15, 44:19, 45:10,
   46:16, 46:24, 50:10,
   50:11, 50:14, 50:15,
   51:8, 62:19, 62:24,
   63:5, 64:6, 68:3,
   68:17, 68:20, 68:21,
   70:11, 70:20, 71:11,
   71:13, 71:15, 130:9,
   133:8, 133:9,
   136:17, 136:19,
   137:5, 138:19,
   138:21, 163:12,
   163:14, 163:16,
   163:17, 163:20
**reading** [2] - 71:9,
   71:19
**reads** [1] - 68:19
**ready** [6] - 102:19,
   112:10, 114:24,
   116:4, 116:5, 145:7
**real** [4] - 30:17, 98:7,
   98:9
**really** [4] - 7:17, 51:21,
   55:18, 85:21
**Realtime** [2] - 164:16,
   164:21
**REALTIME** [1] - 1:20
**reason** [6] - 17:19,
   40:25, 60:8, 69:2,
   71:23, 83:16, 83:18,
   107:23, 112:14,
   112:16, 121:17,
   122:8, 132:4, 132:7,
   151:7
**reasonable** [3] - 15:5,
   143:7, 143:8
**reasons** [10] - 26:10,
   39:12, 58:14, 99:23,
   100:13, 108:6,
   108:8, 109:22,
   112:25
**receive** [8] - 48:18,
   49:21, 93:25, 96:14,
   110:24, 143:12,
   143:15, 148:14

**received** [5] - 62:22,
   64:4, 94:3, 117:4,
   157:7
**recess** [3] - 61:17,
   115:24, 164:11
**recognize** [27] - 26:3,
   49:4, 49:6, 51:15,
   62:5, 62:6, 67:18,
   67:22, 116:12,
   116:15, 119:8,
   122:13, 122:15,
   135:1, 135:14,
   135:17, 136:11,
   139:11, 139:14,
   139:16, 140:6,
   140:8, 140:22,
   141:5, 141:7, 141:9,
   141:10
**recollect** [23] - 33:24,
   47:10, 57:5, 67:13,
   70:2, 79:6, 79:10,
   94:5, 95:15, 100:24,
   104:7, 107:9, 109:9,
   121:19, 127:18,
   130:1, 130:13,
   130:15, 134:13,
   142:1, 144:3, 144:13
**recollecting** [2] -
   99:22, 99:25
**recollection** [2] - 27:9,
   68:9
**recommend** [1] -
   86:20
**reconfirm** [1] - 103:2
**record** [3] - 135:6,
   163:19, 164:18
**RECORDED** [1] - 1:24
**recording** [1] - 157:15
**recruit** [6] - 47:22,
   48:3, 48:8, 62:15,
   81:19, 95:19
**recruited** [9] - 15:12,
   34:3, 41:15, 42:8,
   42:18, 110:14,
   115:1, 141:19,
   143:13
**recruiter** [18] - 15:4,
   22:3, 43:20, 46:1,
   47:12, 47:15, 47:17,
   47:18, 51:21, 63:24,
   64:1, 64:2, 95:16,
   96:12, 99:14, 143:6
**recruiter's** [1] - 47:19
**recruiters** [1] - 68:1
**recruiting** [11] - 33:6,
   42:22, 45:24, 46:7,
   48:3, 56:10, 57:2,
   58:17, 68:6, 112:14,
   112:16
**recruitment** [96] -

12:1, 12:2, 12:5,
   12:13, 12:14, 19:23,
   24:5, 27:1, 27:5,
   29:6, 29:15, 30:23,
   32:13, 32:19, 34:11,
   39:19, 39:24, 39:25,
   40:14, 40:22, 41:12,
   41:17, 41:18, 42:5,
   42:24, 44:12, 46:3,
   46:6, 47:23, 47:25,
   48:5, 48:9, 49:11,
   50:24, 52:14, 53:24,
   55:21, 56:8, 56:14,
   57:21, 58:5, 58:15,
   58:16, 59:4, 60:19,
   63:9, 64:21, 71:17,
   76:14, 76:15, 76:22,
   77:16, 77:18, 78:13,
   78:14, 78:20, 78:22,
   79:13, 80:6, 80:7,
   80:9, 80:11, 81:3,
   81:13, 81:17, 81:20,
   82:7, 82:9, 82:11,
   90:12, 90:15, 91:22,
   92:18, 92:19, 93:13,
   93:17, 93:20, 99:7,
   104:6, 108:25,
   111:1, 111:7, 112:7,
   113:2, 114:12,
   119:1, 120:12,
   125:1, 126:18,
   128:5, 128:7,
   132:13, 133:25,
   134:15
**recruitments** [1] -
   56:11
**recruits** [4] - 81:22,
   81:24, 110:14, 112:3
**rectifier** [1] - 84:10
**reduce** [1] - 6:20
**reduced** [2] - 126:19,
   127:6
**referring** [8] - 25:5,
   25:6, 25:7, 81:9,
   131:16, 152:3,
   152:4, 152:5
**reflect** [1] - 107:4
**refresh** [5] - 50:14,
   50:16, 50:18, 83:8,
   101:12
**refreshed** [1] - 162:14
**refund** [2] - 25:12,
   79:2
**refunded** [8] - 19:1,
   25:2, 25:3, 25:4,
   25:16, 25:18, 31:10
**refunding** [4] - 25:15,
   32:6, 32:8, 32:10
**refunds** [12] - 18:16,
   18:18, 18:19, 18:20,

19:4, 25:9, 31:11,
   31:12, 31:18, 31:22,
   31:25
**refused** [3] - 14:12,
   101:14, 111:23
**regard** [3] - 6:13, 8:7,
   139:5
**regarding** [2] - 7:6,
   150:14
**regardless** [1] - 10:18
**regional** [1] - 74:3
**registered** [4] - 55:2,
   55:6, 56:10, 164:22
**Registered** [1] -
   164:16
**REGISTERED** [1] -
   1:21
**regular** [2] - 84:10,
   112:6
**reimburse** [1] - 19:10
**reimbursement** [1] -
   25:14
**reiterate** [1] - 133:19
**reject** [2] - 98:2, 98:3
**rejected** [4] - 97:23,
   98:1, 107:22, 108:1
**rejecting** [1] - 111:14
**rejections** [1] - 107:19
**relate** [1] - 147:21
**related** [2] - 16:14,
   133:17
**relationship** [4] -
   44:21, 126:8,
   126:17, 149:8
**relevance** [1] - 43:8
**relevant** [1] - 5:17
**relied** [1] - 23:18
**remember** [19] - 8:2,
   17:8, 33:21, 61:12,
   91:4, 91:10, 92:1,
   94:4, 94:22, 106:23,
   106:25, 111:4,
   115:15, 134:16,
   134:21, 143:21,
   149:22, 149:23,
   151:25
**remind** [1] - 152:16
**reminded** [1] - 163:1
**renew** [1] - 43:23
**renewed** [2] - 41:6,
   41:13
**repair** [2] - 98:21
**repeat** [2] - 103:1,
   133:18
**repercussions** [1] -
   57:20
**rephrase** [1] - 126:23
**report** [1] - 128:21
**reported** [1] - 10:6
**Reporter** [7] - 164:16,

164:16, 164:17,
   164:21, 164:22,
   164:22
**reporter** [2] - 43:15,
   138:21
**REPORTER** [3] - 1:20,
   1:20, 1:21
**REPORTER'S** [1] -
   164:14
**reporting** [1] - 7:24
**reports** [1] - 76:23
**represent** [2] - 50:23,
   107:12
**representative** [3] -
   63:9, 65:20, 65:21
**representatives** [3] -
   82:13, 83:10, 83:12
**reputable** [2] - 97:6,
   98:7
**reputation** [1] - 48:13
**request** [3] - 49:24,
   54:2, 99:24
**requested** [5] - 31:20,
   110:16, 125:19,
   145:8, 148:11
**require** [2] - 5:17,
   128:6
**required** [20] - 7:24,
   8:16, 10:21, 13:15,
   14:6, 52:12, 52:17,
   54:25, 62:15, 64:9,
   76:25, 107:3,
   124:19, 128:8,
   132:10, 134:12,
   134:13, 141:12,
   142:18
**requirement** [4] -
   55:9, 55:10, 56:18,
   62:2
**requirements** [6] -
   48:13, 70:18, 70:25,
   71:1, 72:22, 131:10
**residence** [2] - 28:3,
   62:21
**resident** [53] - 21:14,
   21:15, 23:3, 26:9,
   27:13, 34:5, 34:7,
   34:10, 35:17, 35:20,
   36:22, 38:5, 38:21,
   38:24, 39:21, 40:6,
   40:20, 44:24, 45:11,
   45:13, 45:15, 58:6,
   58:7, 58:12, 58:20,
   58:21, 59:2, 59:8,
   60:11, 60:23, 62:21,
   62:24, 63:11, 63:22,
   65:24, 69:6, 69:19,
   72:18, 72:20, 79:24,
   102:14, 105:4,
   117:8, 121:16,

122:21, 127:5,
132:19, 133:5,
138:23, 139:7,
146:10, 146:12,
146:16
**residing** [1] - 36:17
**resign** [5] - 110:17,
111:13, 111:18,
111:19, 112:1
**resigned** [2] - 110:15
**Resources** [5] - 45:3,
45:4, 46:2, 137:20,
138:7
**respect** [4] - 12:8,
35:15, 79:4, 147:8
**respected** [1] - 7:2
**respective** [3] - 70:21,
130:2, 137:10
**respond** [2] - 7:14,
7:15
**responded** [2] - 91:16,
91:19
**responding** [2] - 6:16,
159:22
**response** [4] - 19:6,
19:7, 59:3, 157:13
**responsibilities** [1] -
53:13
**responsibility** [2] -
113:13, 113:15
**responsible** [2] -
38:14, 113:17
**rest** [2] - 28:5, 155:12
**result** [1] - 28:9
**resuming** [1] - 137:9
**retest** [3] - 86:5,
86:21, 86:22
**retested** [2] - 86:15,
86:18
**retrained** [1] - 92:20
**retrieve** [1] - 129:9
**retrogress** [1] - 22:15
**retrogression** [2] -
22:16, 22:19
**return** [1] - 110:22
**review** [1] - 129:7
**reviewed** [1] - 106:11
**reviews** [2] - 51:9,
71:18
**Rhonda** [1] - 159:17
**ridiculed** [1] - 8:9
**rights** [1] - 7:1
**rigs** [2] - 98:21, 98:22
**rise** [6] - 5:7, 61:18,
115:17, 115:25,
153:4, 164:10
**risk** [4] - 56:25,
137:25, 138:11,
138:22
**risks** [2] - 74:19,

138:13
**Rita** [6] - 32:17, 36:6,
98:12, 98:24,
147:14, 147:20
**rivals** [1] - 113:20
**RMR** [2] - 1:20, 164:21
**Road** [1] - 137:21
**rod** [1] - 84:11
**role** [16] - 10:7, 11:1,
21:9, 21:11, 46:4,
47:19, 50:18, 88:3,
96:3, 96:5, 96:11,
96:12, 96:16, 102:3,
102:5
**roll** [1] - 84:7
**room** [1] - 6:25
**ROOM** [1] - 1:21
**roost** [2] - 8:8, 8:15
**roots** [4] - 103:19,
103:20, 103:23,
108:7
**roughly** [1] - 13:3
**round** [2] - 66:20,
66:21, 81:21, 81:23,
81:25, 82:20, 82:22,
82:24, 83:2, 83:6,
85:5, 85:6, 88:2,
88:22, 123:23,
123:24, 146:24,
163:6
**ROUX** [1] - 2:23
**rule** [2] - 6:5, 156:14
**Rule** [1] - 10:21
**rules** [1] - 6:4
**rupees** [14] - 12:15,
12:25, 13:22, 20:7,
80:21, 80:22, 80:24,
104:8, 104:19,
105:2, 105:3, 105:5,
127:19, 128:3
**RYDBERG** [2] - 2:20,
2:21
**résumé** [1] - 102:9
**résumés** [2] - 87:14,
96:8

**S**

**s/Cathy** [1] - 164:20
**Sabual** [11] - 6:12,
6:17, 6:18, 6:24, 7:7,
7:11, 149:21,
149:22, 150:15,
150:22, 152:5
**Sachin** [5] - 25:6,
77:2, 77:11, 153:21,
153:23
**SACHIN** [3] - 3:3, 4:5,
11:20

**salaries** [3] - 67:13,
102:16, 110:19
**salary** [5] - 70:5, 70:6,
70:8, 118:21
**Salimon** [13] - 57:2,
65:18, 65:19, 65:20,
66:2, 66:3, 74:3,
122:17, 124:3,
128:25, 150:1, 150:3
**Salimon's** [6] - 57:10,
74:6, 74:7, 119:7,
119:8, 124:2
**Sanders** [22] - 6:3,
6:7, 6:20, 7:6, 7:9,
10:1, 10:16, 87:25,
88:20, 91:14, 91:15,
91:16, 91:19, 92:11,
96:17, 96:20, 96:21,
147:10, 147:11,
150:11, 150:21
**Sanders'** [1] - 88:3
**SANDLER** [1] - 2:4
**sat** [1] - 153:25
**Saturday** [2] - 154:23,
154:24
**Saudi** [6] - 41:12,
41:13, 42:18,
110:12, 113:19,
113:20
**saw** [6] - 44:11, 45:25,
57:13, 93:14, 99:11,
145:18
**scanned** [1] - 108:22
**Schnoor** [9] - 5:12,
5:16, 9:24, 51:19,
157:23, 158:8,
158:17, 158:21,
159:2
**Schnoor's** [2] -
157:16, 157:17
**school** [1] - 70:19
**screen** [3] - 67:18,
135:16, 139:12
**scrolling** [1] - 134:23
**seat** [2] - 116:3,
153:12
**seated** [2] - 11:15,
61:21
**second** [40] - 12:17,
20:4, 20:5, 34:19,
37:13, 39:22, 49:7,
59:20, 59:21, 68:23,
78:7, 78:25, 79:14,
79:16, 81:23, 82:20,
83:3, 85:6, 87:11,
90:12, 92:2, 94:11,
94:12, 103:17,
112:23, 116:13,
118:15, 119:24,
131:15, 131:19,

136:10, 140:17,
146:17, 149:19,
151:18, 151:20
**section** [5] - 62:18,
68:23, 70:4, 70:17,
71:10
**SECTION** [1] - 1:6
**security** [6] - 5:22,
5:23, 73:6, 73:8,
109:22, 109:23
**SECURITY** [1] - 61:18
**see** [50] - 9:10, 26:2,
26:18, 43:7, 44:10,
52:25, 55:20, 58:18,
60:8, 61:16, 67:17,
67:20, 70:9, 71:16,
71:22, 86:24, 88:5,
88:6, 88:13, 90:9,
90:10, 96:7, 99:9,
99:10, 102:18,
106:18, 113:13,
117:14, 119:4,
120:1, 121:2, 121:7,
122:23, 122:24,
123:19, 129:10,
131:18, 131:24,
134:3, 136:13,
140:20, 140:21,
153:3, 156:24,
160:21, 162:9
**seeing** [1] - 82:2
**seemingly** [1] - 8:11
**select** [3] - 44:21,
82:15, 95:19
**selected** [7] - 95:21,
95:22, 95:25, 96:1,
123:23, 124:13
**self** [1] - 8:13
**self-evident** [1] - 8:13
**seminar** [17] - 54:9,
54:10, 64:25, 65:12,
66:8, 66:9, 66:22,
67:9, 68:11, 69:23,
71:6, 111:3, 111:6,
111:20, 117:12,
143:3
**seminars** [25] - 59:10,
59:16, 64:10, 64:19,
64:23, 65:10, 65:16,
65:17, 66:10, 66:11,
66:12, 66:16, 66:19,
66:21, 67:4, 68:16,
73:19, 73:20, 74:5,
74:18, 75:1, 119:1,
146:25, 147:2
**send** [3] - 113:12,
125:16, 125:20
**sends** [1] - 109:12
**senior** [3] - 90:22,
90:24, 101:1

**sense** [4] - 99:6,
99:17, 99:18
**sent** [9] - 38:15, 39:8,
49:8, 49:17, 49:25,
95:6, 95:7, 136:25,
149:10
**separate** [5] - 137:22,
138:4, 138:9,
148:11, 148:12
**September** [4] -
27:17, 37:13, 94:13,
94:14
**serious** [1] - 113:15
**Service** [1] - 94:19
**service** [5] - 130:25,
131:1, 138:5, 138:10
**services** [2] - 68:7
**Services** [1] - 69:1
**SESSION** [1] - 1:12
**set** [9] - 6:4, 22:23,
60:1, 78:19, 78:21,
84:2, 110:10,
110:20, 120:12
**sets** [3] - 93:6, 93:7,
136:3
**setting** [1] - 5:22
**seven** [5] - 27:18,
34:17, 35:11,
128:23, 130:22
**several** [2] - 73:19,
154:7
**shall** [8] - 27:21,
46:18, 46:21, 46:22,
117:6, 137:23,
137:24, 138:1
**SHAPIRO** [41] - 3:3,
11:17, 11:23, 42:4,
43:13, 44:2, 61:2,
61:5, 61:9, 61:22,
61:24, 61:25, 75:20,
75:21, 76:5, 76:8,
76:12, 76:13, 76:20,
76:21, 89:14, 89:19,
89:20, 114:7, 116:5,
116:7, 125:22,
126:3, 126:6, 126:7,
126:23, 126:24,
127:10, 136:8,
138:19, 139:9,
152:12, 155:2,
156:7, 156:18,
162:24
**Shapiro** [5] - 11:16,
60:25, 76:3, 115:12,
153:25
**Shapiro's** [1] - 162:22
**SHAPIRO(
CONTINUED)........
[1]** - 4:6
**share** [4] - 18:22,

18:23, 47:7, 47:9
**shared** [8] - 22:3, 35:7, 40:8, 40:9, 41:10, 118:24, 143:16, 143:17
**SHELL** [1] - 2:23
**shift** [7] - 148:1, 148:5, 148:6, 148:7, 148:11, 148:12
**shipyard** [1] - 97:25
**shipyards** [2] - 36:2, 83:20
**Shivram** [9] - 125:9, 125:11, 125:14, 125:20, 126:9, 126:14, 126:16, 127:15
**SHIVRAM** [1] - 125:10
**shocked** [1] - 40:1
**shopping** [2] - 129:15, 129:16
**shortage** [1] - 98:9
**shorten** [2] - 94:18, 141:17
**Shouse** [8] - 82:18, 83:7, 85:3, 85:10, 88:15, 90:18, 90:21, 90:23
**show** [40] - 14:19, 14:20, 15:22, 25:25, 27:10, 46:15, 49:3, 50:13, 50:15, 51:7, 51:14, 55:10, 55:15, 55:16, 55:18, 62:1, 62:4, 67:15, 67:16, 87:12, 107:10, 116:13, 116:25, 118:9, 118:15, 120:5, 120:14, 120:15, 122:4, 122:12, 124:7, 131:14, 133:7, 135:13, 136:10, 136:16, 139:10, 140:6
**showed** [5] - 35:6, 66:24, 78:4, 139:21, 140:10
**showing** [3] - 87:13, 102:16, 135:1
**shown** [9] - 51:14, 71:7, 87:8, 87:9, 121:2, 122:1, 122:19, 123:25
**shows** [2] - 118:16, 124:10
**shut** [3] - 57:22, 57:23, 57:24
**sick** [1] - 112:25
**side** [1] - 8:9

**sign** [17] - 27:8, 27:9, 52:11, 64:8, 128:9, 130:10, 130:24, 131:3, 131:17, 141:12, 142:2, 142:10, 149:11, 149:12, 149:13
**Signal** [210] - 5:23, 6:10, 6:19, 7:13, 7:21, 8:6, 10:18, 32:12, 33:2, 33:3, 33:6, 33:11, 33:14, 34:2, 34:4, 36:22, 38:1, 38:13, 38:16, 38:18, 38:22, 39:20, 40:5, 40:14, 40:24, 43:25, 44:8, 44:25, 45:12, 46:5, 46:12, 46:20, 47:11, 48:14, 48:18, 49:25, 50:2, 51:18, 51:22, 52:3, 52:7, 52:17, 52:24, 53:2, 53:6, 53:13, 53:20, 53:25, 54:3, 58:5, 58:17, 58:20, 59:3, 60:12, 62:3, 62:12, 62:23, 64:14, 64:21, 66:11, 66:12, 66:19, 68:10, 69:1, 69:9, 70:3, 70:25, 71:17, 75:8, 76:14, 76:15, 76:22, 77:3, 77:12, 77:16, 78:11, 78:13, 78:16, 78:21, 79:8, 79:19, 79:21, 80:6, 80:8, 80:11, 81:3, 81:17, 81:19, 81:22, 81:24, 82:6, 82:13, 82:14, 82:15, 83:10, 83:12, 84:13, 85:3, 85:4, 87:25, 88:14, 90:18, 91:24, 92:21, 93:1, 93:13, 93:16, 93:25, 94:1, 95:19, 95:21, 95:22, 95:24, 96:1, 96:3, 96:15, 97:6, 97:18, 97:19, 97:20, 97:22, 98:6, 98:8, 98:10, 98:16, 98:19, 98:20, 98:24, 99:7, 99:17, 99:18, 100:19, 100:22, 101:1, 101:2, 101:7, 101:15, 101:16, 104:23, 105:6, 111:16, 112:3, 117:5, 117:6, 119:1, 122:2, 123:8, 124:11, 125:16, 126:18, 127:3,

128:1, 128:14, 131:11, 132:14, 132:18, 132:22, 133:4, 133:12, 133:15, 134:14, 135:23, 136:16, 136:25, 137:7, 137:17, 138:6, 139:25, 141:19, 142:11, 143:11, 143:14, 143:20, 144:6, 144:8, 144:19, 144:21, 145:8, 145:12, 146:6, 146:10, 147:7, 147:10, 148:10, 148:14, 148:17, 148:21, 151:1, 151:7, 151:8, 151:10, 151:13, 151:15, 151:23, 157:15, 159:15, 159:20
**SIGNAL** [2] - 1:8, 2:20
**Signal's** [7] - 5:19, 33:19, 50:19, 52:23, 53:6, 100:18, 163:10
**signature** [19] - 26:16, 51:15, 70:11, 119:4, 119:6, 119:7, 119:8, 121:7, 122:15, 122:17, 136:11, 139:16, 140:17, 140:20, 140:21, 141:5, 141:7, 141:10, 141:11
**signed** [8] - 51:18, 62:9, 67:23, 67:24, 133:24, 135:7, 135:10, 143:1
**significance** [4] - 15:17, 15:19, 47:14, 47:17
**significant** [5] - 11:1, 15:13, 15:15, 30:5, 30:6
**signing** [2] - 28:24, 119:10
**similar** [9] - 21:13, 27:8, 60:14, 69:5, 73:5, 97:24, 139:15, 140:9, 140:23
**simple** [1] - 22:20
**simply** [2] - 22:17, 49:14
**sit** [7] - 7:16, 130:21, 160:5, 160:21, 162:8, 163:9
**site** [8] - 91:1, 92:23, 92:24, 96:7, 100:6,

108:23, 109:10
**sites** [3] - 68:16, 84:16, 84:18
**sits** [1] - 87:3
**sitting** [4] - 29:24, 30:1, 30:11, 84:24
**situation** [1] - 112:15
**six** [6] - 26:12, 27:22, 34:17, 35:3, 35:11, 35:12
**skill/trade** [1] - 137:10
**skilled** [7] - 27:24, 28:4, 32:24, 33:6, 44:22, 62:20, 63:10
**skills** [2] - 91:25, 107:10
**sleeping** [2] - 148:5, 148:7
**slides** [2] - 159:15, 163:2
**slips** [1] - 102:15
**slots** [2] - 22:8, 22:13
**small** [2] - 16:5, 159:9
**smush** [1] - 157:4
**snippet** [1] - 158:12
**Snyder** [4] - 6:3, 9:12, 9:14, 10:16
**Soft** [3] - 110:13, 131:3, 131:8
**sold** [1] - 45:9
**sole** [2] - 124:6, 150:4
**solely** [2] - 119:20, 122:11
**someone** [2] - 8:21, 126:5
**sometimes** [1] - 37:4
**somewhere** [9] - 20:11, 33:9, 48:21, 49:13, 91:10, 93:14, 94:14, 143:21, 144:3
**son** [3] - 125:8, 125:9, 125:12
**sons** [1] - 125:20
**Sony** [6] - 7:7, 7:10, 118:11, 118:12, 140:2
**Sony's** [1] - 136:13
**soon** [6] - 17:6, 17:8, 99:19, 147:22, 155:5
**sooner** [2] - 31:21, 155:8
**sorry** [49] - 6:6, 6:10, 6:12, 16:14, 16:17, 29:3, 29:9, 42:19, 43:12, 43:13, 47:16, 49:5, 53:15, 59:20, 60:16, 61:24, 71:14, 73:17, 73:24, 75:20, 76:5, 76:8, 76:9, 76:12, 81:9, 81:10,

82:8, 87:22, 91:18, 98:18, 109:1, 115:4, 120:2, 123:12, 131:19, 132:6, 134:20, 135:16, 138:17, 138:19, 139:12, 139:13, 142:8, 147:12, 149:15, 150:18, 151:12, 157:8
**sort** [1] - 93:22
**sound** [1] - 38:8
**sounds** [3] - 95:8, 162:15, 162:19
**south** [13] - 55:4, 57:2, 65:5, 65:7, 65:17, 65:24, 68:18, 68:21, 74:7, 85:19, 124:3, 128:16
**SOUTHERN** [2] - 2:7, 2:16
**speaking** [4] - 80:3, 100:24, 150:17, 150:19
**speaks** [3] - 66:1, 74:16
**Spears** [3] - 6:3, 6:7, 10:5
**special** [3] - 48:4, 54:20, 125:15
**specialized** [1] - 84:18
**specific** [6] - 5:9, 52:23, 53:21, 75:1, 75:3, 78:19
**specifically** [4] - 7:8, 111:4, 111:12, 111:15
**specify** [1] - 8:16
**speech** [2] - 157:16, 157:20
**spend** [1] - 129:13
**split** [1] - 80:18
**splitted** [1] - 37:10
**spoken** [1] - 150:1
**sponsoring** [1] - 43:21
**sponsors** [1] - 68:24
**sponsorship** [1] - 34:2
**SQUARE** [1] - 2:23
**ST** [1] - 3:7
**staff** [1] - 82:14
**stage** [5] - 12:20, 13:16, 31:3, 149:5
**Stage** [4] - 72:23, 72:25
**stages** [7] - 13:16, 60:18, 67:2, 142:20, 144:15, 144:16, 154:19

**OFFICIAL TRANSCRIPT**

**stale** [1] - 145:23
**stamped** [9] - 100:12, 107:18, 107:22, 108:16, 108:17, 108:25, 109:11, 111:25, 112:23
**stand** [5] - 153:7, 157:24, 158:15, 158:17, 158:22
**standard** [6] - 93:5, 93:6, 93:7, 93:9, 93:11, 112:11
**start** [11] - 5:8, 17:18, 63:3, 152:15, 154:12, 155:11, 155:21, 155:23, 156:5, 156:19, 160:11
**started** [12] - 31:6, 31:17, 40:14, 53:3, 77:23, 122:5, 132:10, 134:15, 134:22, 144:7, 146:23
**state** [1] - 66:5
**State** [2] - 28:13, 164:16
**statement** [1] - 41:5
**States** [30] - 13:2, 15:6, 15:13, 15:16, 28:3, 32:14, 38:1, 38:16, 40:25, 42:19, 44:22, 63:10, 92:21, 94:15, 104:23, 109:4, 117:8, 122:21, 127:23, 128:14, 129:4, 135:11, 142:7, 142:11, 143:10, 143:11, 143:13, 148:21, 164:17, 164:23
**STATES** [2] - 1:1, 1:14
**station** [5] - 55:17, 55:19, 56:3, 57:8, 57:12
**status** [1] - 76:23
**status/green** [1] - 27:13
**stay** [4] - 38:1, 108:8, 129:13, 154:10
**stayed** [2] - 38:4, 79:19
**STENOGRAPHY** [1] - 1:24
**step** [13] - 19:23, 20:9, 21:19, 54:5, 76:25, 81:3, 82:5, 82:9, 128:5, 128:7, 128:8, 128:12

**STEPHEN** [1] - 3:3
**steps** [4] - 21:17, 54:14, 64:13
**stick** [5] - 83:25, 84:1, 84:8, 84:10, 84:11
**sticker** [1] - 108:19
**still** [8] - 32:8, 77:18, 86:3, 89:8, 89:15, 134:24, 139:12, 163:1
**stood** [1] - 151:6
**stop** [4] - 30:13, 30:22, 34:19, 138:2
**straight** [1] - 161:13
**STREET** [5] - 1:21, 2:10, 2:14, 2:24, 3:4
**Street** [1] - 137:19
**strike** [1] - 104:3
**strong** [3] - 103:19, 103:20, 108:6
**structure** [1] - 12:12
**structuring** [1] - 12:10
**subagent** [1] - 57:2
**subject** [8] - 58:18, 58:25, 59:1, 62:18, 83:23, 153:19, 161:18
**subsequent** [1] - 117:20
**subsequently** [1] - 117:4
**subsidiaries** [1] - 44:25
**substitute** [7] - 19:7, 19:9, 19:11, 19:15, 19:17, 25:14
**substituted** [3] - 19:19, 19:21, 25:12
**substituting** [1] - 80:3
**substitution** [2] - 19:12, 19:13
**success** [1] - 86:13
**successfully** [1] - 137:10
**suggest** [1] - 159:22
**suggestion** [1] - 160:17
**suggestions** [1] - 147:7
**SUITE** [1] - 2:24
**Sulekha** [1] - 118:13
**sum** [4] - 13:1, 15:5, 80:15
**summer** [2] - 32:13, 94:12
**supervise** [2] - 88:5
**supervisor** [8] - 8:18, 8:20, 8:21, 8:22, 9:11, 9:13, 9:16, 10:8

**supervisors** [1] - 88:14
**supervisory** [3] - 9:14, 10:2, 10:7
**supposed** [14] - 12:14, 12:17, 12:19, 12:21, 20:22, 47:20, 52:10, 58:20, 60:22, 78:8, 104:12, 131:25, 134:18
**surprised** [1] - 17:2
**SUSIE** [1] - 1:13
**sustained** [5] - 75:19, 89:13, 126:22, 127:9, 136:7
**switch** [1] - 148:8
**sworn** [1] - 11:21
**Synder** [5] - 6:8, 6:20, 7:6, 7:9, 10:12

## T

**T-H-A-N-G-A-M-A-N-I** [1] - 116:21
**Taft** [12] - 82:17, 85:3, 85:11, 86:5, 86:8, 86:20, 87:8, 87:10, 88:15, 90:18, 90:22
**talks** [2] - 69:13, 118:19
**tape** [2] - 158:5
**task** [1] - 20:21
**technical** [1] - 29:3
**technology** [1] - 83:21
**telephone** [1] - 76:15
**temporary** [5] - 44:23, 62:25, 63:11, 71:12, 72:7
**ten** [2] - 37:20, 61:16
**term** [3] - 22:15, 93:12, 93:16
**terminated** [3] - 144:23, 150:8, 159:20
**terminating** [1] - 151:2
**termination** [1] - 150:14
**terminology** [1] - 22:18, 22:21
**terms** [11] - 25:20, 54:11, 59:18, 66:25, 99:16, 121:1, 125:16, 136:1, 136:4, 136:15, 147:1
**TERRELL** [1] - 2:20
**terrible** [2] - 146:20, 152:8
**test** [36] - 54:3, 70:22,

82:12, 82:14, 82:15, 83:15, 84:21, 84:22, 84:24, 84:25, 85:1, 85:2, 85:25, 86:1, 86:3, 86:4, 86:10, 86:11, 86:17, 87:4, 87:17, 87:20, 88:6, 89:8, 90:11, 93:1, 106:24, 111:16, 111:20, 112:9, 117:12, 117:20, 117:22, 124:10, 124:16, 137:10
**tested** [7] - 86:14, 87:7, 92:20, 92:24, 111:22, 112:8, 117:5
**testified** [14] - 6:18, 6:19, 6:24, 7:5, 7:7, 11:22, 58:10, 106:21, 107:11, 119:12, 125:24, 132:2, 136:9, 162:14
**testifies** [1] - 107:12
**testifying** [1] - 129:22
**testimony** [33] - 7:20, 7:23, 7:25, 17:13, 35:21, 49:17, 101:11, 112:2, 115:21, 128:2, 132:9, 149:20, 149:24, 153:8, 153:14, 153:17, 153:21, 153:23, 154:3, 155:10, 156:15, 157:9, 157:17, 157:21, 159:17, 160:16, 161:8, 161:16, 163:2, 163:11, 163:12, 163:21
**testing** [64] - 40:15, 49:12, 53:3, 54:9, 54:12, 55:14, 55:23, 56:16, 59:19, 59:22, 59:24, 60:2, 60:10, 66:21, 76:24, 77:1, 81:8, 81:21, 81:23, 81:25, 82:19, 82:20, 82:24, 83:1, 83:2, 83:11, 84:16, 85:6, 85:7, 85:8, 85:9, 85:11, 88:1, 88:2, 88:4, 88:15, 88:21, 88:22, 88:24, 89:3, 89:22, 90:14, 90:16, 91:1, 91:23, 92:2, 92:25, 93:11, 94:7, 94:10, 94:11, 96:5, 96:6, 96:7, 96:20, 118:5, 123:24,

143:2, 143:3, 146:23
**testings** [2] - 59:22, 85:13
**tests** [5] - 64:11, 81:7, 84:20, 84:23, 85:4
**Texas** [4] - 33:18, 33:22, 83:3, 137:1
**Thangamani** [7] - 116:21, 116:22, 118:2, 119:19, 119:24, 140:25, 141:2
**THE** [115] - 1:13, 2:3, 2:20, 5:7, 5:8, 5:14, 5:21, 5:24, 6:6, 6:10, 6:15, 7:3, 7:9, 7:11, 7:13, 7:16, 8:2, 8:20, 8:23, 9:1, 9:6, 9:9, 9:16, 9:18, 9:20, 9:23, 10:1, 10:5, 10:8, 10:12, 11:3, 11:8, 11:12, 11:15, 41:25, 42:2, 43:9, 43:10, 43:11, 43:12, 43:16, 60:25, 61:3, 61:7, 61:10, 61:16, 61:18, 61:21, 61:23, 75:19, 76:3, 76:6, 76:9, 76:18, 89:13, 89:16, 114:5, 115:12, 115:17, 115:20, 115:22, 115:23, 115:25, 116:3, 116:6, 125:25, 126:4, 126:22, 127:9, 136:7, 138:15, 138:17, 138:22, 152:14, 153:4, 153:7, 153:10, 153:11, 153:24, 155:5, 155:15, 155:19, 155:25, 156:10, 156:12, 156:13, 156:19, 157:5, 157:10, 158:3, 158:14, 158:17, 158:23, 159:5, 159:11, 159:24, 160:4, 160:7, 160:10, 160:17, 160:25, 161:25, 162:3, 162:8, 162:13, 162:19, 162:21, 163:4, 163:14, 163:20, 163:25, 164:4, 164:7, 164:8, 164:10
**therefore** [1] - 133:14

**they've** [3] - 8:20, 124:13, 154:18
**thinking** [1] - 160:12
**third** [27] - 12:18, 12:20, 12:24, 27:23, 28:3, 30:23, 59:23, 59:24, 60:1, 62:25, 79:1, 79:22, 80:14, 81:25, 82:24, 83:2, 83:6, 85:6, 88:2, 88:3, 88:22, 93:2, 96:20, 120:12, 123:24
**third-party** [1] - 93:2
**thousand** [1] - 42:12
**thousands** [3] - 42:11, 42:13, 42:14
**threaten** [2] - 142:13, 151:3
**threatened** [2] - 142:14, 149:25
**three** [17] - 12:15, 12:23, 13:15, 18:5, 23:5, 59:21, 59:22, 70:21, 78:20, 79:3, 80:18, 87:4, 100:11, 104:18, 122:1, 150:24
**throw** [1] - 158:2
**thumb** [1] - 140:21
**Thursday** [1] - 154:12
**tickets** [2] - 128:11, 129:2
**tiffin** [4] - 145:23, 145:25, 146:2, 146:4
**TIM** [2] - 3:6, 3:7
**timely** [1] - 16:16
**timing** [2] - 23:2, 96:19
**title** [6] - 10:17, 11:2, 67:17, 72:13, 118:16
**TO** [1] - 5:4
**today** [5] - 11:8, 29:24, 30:1, 30:11, 32:8, 71:19, 94:20, 153:14, 153:23
**together** [2] - 154:17, 163:2
**tomorrow** [7] - 152:15, 153:8, 153:15, 154:3, 156:4, 163:7, 164:9
**tonight** [1] - 152:14
**tons** [2] - 99:2
**took** [18] - 14:22, 15:1, 18:8, 18:9, 21:17, 27:24, 54:9, 54:15, 54:18, 69:7, 79:4, 90:2, 115:24, 130:3, 148:10, 163:9

**top** [10] - 68:12, 70:10, 71:10, 71:11, 71:13, 72:6, 72:13, 117:23
**total** [15] - 12:9, 13:10, 14:4, 14:16, 15:3, 33:25, 42:8, 104:16, 104:19, 107:16, 127:3, 127:19, 127:20
**touch** [1] - 87:2
**toward** [1] - 90:14
**trade** [2] - 64:11, 84:18
**traffic** [2] - 154:10, 154:15
**trailer** [1] - 5:19
**trailers** [6] - 147:13, 147:17, 147:18, 147:20, 147:23, 147:24
**trails** [1] - 98:15
**train** [4] - 92:6, 92:16, 92:17
**transcript** [5] - 162:6, 162:9, 163:11, 163:13, 164:18
**TRANSCRIPT** [2] - 1:13, 1:24
**transfer** [1] - 80:11
**transferred** [1] - 101:16
**translate** [1] - 102:22
**transport** [1] - 44:22
**transportation** [4] - 6:22, 46:18, 47:1, 70:7
**travel** [5] - 112:19, 112:24, 113:11, 114:2, 114:24
**trial** [23] - 22:16, 26:23, 27:4, 37:4, 44:4, 57:1, 106:20, 110:5, 116:9, 116:23, 118:13, 120:21, 123:17, 134:17, 140:3, 140:15, 141:3, 141:22, 149:20, 152:19, 161:16, 163:11, 163:12
**TRIAL** [1] - 1:13
**tried** [3] - 27:10, 90:18, 90:19
**trip** [3] - 151:17, 151:18, 151:20
**trips** [1] - 82:17
**trouble** [1] - 118:6
**true** [3] - 8:14, 164:18
**truth** [1] - 105:7
**try** [7] - 26:1, 34:6,

34:14, 63:3, 122:25, 151:6, 157:4
**trying** [6] - 11:18, 50:5, 61:5, 103:7, 103:25, 155:17
**TSU** [4] - 2:8, 2:17, 161:1, 162:20
**Tsu** [2] - 161:25, 162:8
**turn** [2] - 24:13, 55:24
**turns** [1] - 164:1
**two** [45] - 18:5, 18:9, 18:10, 37:2, 37:11, 37:24, 38:1, 38:3, 40:6, 44:6, 44:21, 47:13, 59:22, 61:9, 65:15, 80:13, 82:17, 85:5, 87:3, 87:4, 100:1, 100:10, 100:11, 103:24, 107:7, 108:5, 113:11, 121:2, 121:15, 121:18, 121:21, 132:23, 138:11, 154:1, 154:17, 154:19, 157:22, 159:21, 160:20, 161:4, 161:22, 163:5
**type** [1] - 104:25
**typical** [4] - 49:21, 59:3, 83:23, 83:24
**typically** [2] - 37:8, 65:11

## U

**U.S** [38] - 12:19, 13:3, 15:8, 15:10, 21:8, 23:9, 27:14, 28:13, 31:14, 40:4, 41:5, 46:20, 73:2, 77:12, 92:7, 92:17, 97:5, 97:20, 98:3, 100:4, 109:7, 113:17, 113:20, 117:16, 117:19, 125:20, 127:25, 129:10, 133:13, 138:25, 144:24, 145:4, 145:5, 148:3, 150:5, 151:8
**U.S.A** [4] - 62:21, 133:18, 137:9, 137:21
**UAE** [2] - 41:12, 110:11
**ultimate** [1] - 92:25
**ultimately** [3] - 15:22, 18:6, 101:16
**unclear** [1] - 10:17

**under** [13] - 5:20, 5:21, 10:21, 17:9, 44:23, 45:16, 48:4, 50:7, 63:11, 69:5, 148:16, 158:4
**understood** [8] - 22:6, 22:19, 41:22, 85:23, 90:21, 103:3, 124:7, 151:10
**undertake** [2] - 81:7, 131:11
**undertook** [1] - 64:13
**unfair** [1] - 158:1
**unforeseen** [5] - 26:10, 27:14, 34:25, 39:12, 112:25
**UNION** [1] - 2:12
**UNITED** [2] - 1:1, 1:14
**United** [34] - 13:2, 15:6, 15:13, 15:16, 28:3, 32:14, 36:18, 38:1, 38:16, 40:25, 42:19, 44:22, 63:10, 65:2, 83:13, 92:21, 94:15, 104:23, 109:4, 117:8, 122:21, 127:23, 128:14, 129:4, 135:11, 142:7, 142:11, 143:10, 143:11, 143:13, 148:21, 164:17, 164:23
**unmarried** [3] - 107:24, 108:7
**unnamed** [11] - 95:3, 95:4, 95:12, 95:13, 95:17, 95:18, 113:6, 113:8
**unusual** [4] - 90:9, 90:10, 125:7, 125:8
**up** [66] - 5:22, 28:8, 31:13, 35:25, 37:4, 38:16, 38:18, 38:20, 38:22, 39:3, 39:4, 39:5, 39:13, 39:14, 39:16, 43:22, 44:14, 49:2, 49:5, 51:11, 55:22, 55:24, 56:1, 56:3, 56:7, 57:1, 57:8, 57:23, 73:21, 73:25, 76:3, 76:11, 76:19, 78:9, 78:24, 79:5, 87:12, 87:14, 87:15, 88:17, 88:25, 90:2, 90:3, 90:23, 92:8, 92:10, 96:5, 100:11, 116:10, 118:20, 120:6, 128:24, 131:7,

132:14, 132:17, 132:22, 133:4, 134:24, 135:16, 143:1, 148:10, 157:9, 158:9, 161:10, 163:4
**upper** [5] - 6:4, 8:12, 8:24, 9:18, 9:24
**upset** [10] - 24:7, 24:8, 24:9, 24:12, 24:13, 29:12, 40:11, 77:25
**urgency** [9] - 97:15, 97:17, 97:18, 97:19, 99:6, 99:9, 99:10, 99:12, 99:17
**USCIS** [7] - 21:5, 21:6, 22:7, 22:13, 94:17, 94:21, 94:23
**USD** [1] - 118:23

## V

**vague** [3] - 149:14, 149:16, 149:17
**valid** [2] - 70:22, 96:10
**validation** [1] - 95:1
**validity** [4] - 37:2, 37:9, 37:19, 72:9
**value** [2] - 52:4, 52:9
**various** [4] - 72:22, 84:16, 101:10, 142:20
**verbatim** [1] - 28:18
**verdict** [4] - 9:4, 154:16, 154:19, 156:21
**VERSUS** [1] - 1:6
**VFS** [10] - 100:4, 100:5, 108:23, 109:2, 109:5, 109:8, 109:10, 109:12, 109:25
**view** [3] - 22:3, 35:16, 157:22
**village** [1] - 102:15
**violate** [1] - 156:9
**violation** [1] - 156:14
**VISA** [1] - 108:23
**visa** [137] - 21:5, 21:11, 21:14, 21:15, 22:7, 23:3, 23:9, 26:9, 27:21, 27:24, 28:1, 28:4, 34:5, 34:8, 34:10, 35:17, 35:20, 35:21, 36:10, 36:22, 37:2, 37:5, 37:8, 37:15, 37:17, 37:19, 37:22, 38:5, 38:15, 38:21, 38:24,

38:25, 39:2, 39:4, 39:13, 39:15, 39:21, 40:6, 40:20, 41:6, 41:13, 41:22, 43:5, 43:19, 43:23, 45:13, 45:15, 58:6, 58:7, 58:12, 58:20, 58:21, 59:2, 59:8, 59:9, 60:7, 60:11, 60:23, 62:24, 63:22, 65:24, 69:6, 69:19, 71:12, 71:21, 72:1, 72:7, 72:8, 72:9, 72:18, 72:20, 75:13, 75:25, 78:2, 78:3, 79:24, 80:16, 95:1, 95:5, 95:6, 95:20, 100:12, 101:15, 104:9, 104:12, 104:13, 104:15, 104:20, 104:22, 104:25, 105:1, 105:4, 105:6, 105:10, 105:14, 105:16, 105:17, 105:18, 108:14, 108:17, 108:24, 109:1, 109:11, 111:14, 112:23, 113:3, 113:4, 113:5, 113:6, 113:10, 113:12, 113:14, 113:17, 113:18, 113:22, 114:25, 115:2, 117:8, 121:15, 121:16, 122:21, 127:5, 132:19, 133:5, 133:12, 138:23, 139:7, 145:4, 145:5, 146:10, 146:12, 146:16
**visa/green** [3] - 133:14, 133:17, 133:20
**visas** [32] - 28:13, 34:6, 34:14, 36:3, 37:9, 45:14, 59:23, 67:5, 67:6, 72:19, 77:23, 94:8, 94:16, 95:17, 97:23, 97:25, 98:3, 98:4, 99:11, 100:19, 101:14, 101:15, 107:17, 107:19, 108:16, 111:23, 111:25, 112:18, 113:8
**visit** [4] - 40:5, 96:14, 151:13, 160:21
**visited** [1] - 145:13
**voice** [1] - 159:4

**volume** [2] - 98:23

## W

**wages** [1] - 47:5
**wait** [12] - 23:6, 23:8, 77:18, 78:25, 79:17, 81:5, 100:11, 153:20, 158:9
**waiting** [2] - 78:1, 79:23
**walk** [1] - 68:22
**walked** [2] - 69:23, 72:21
**walks** [1] - 72:21
**wants** [4] - 7:16, 103:4, 154:2, 158:24
**wave** [1] - 143:20
**Wednesday** [8] - 154:6, 154:10, 154:11, 154:23, 155:1, 155:16, 156:4
**week** [2] - 118:23, 154:15
**week's** [1] - 92:9
**weeks** [1] - 144:5
**WEINBERGER** [12] - 2:22, 7:15, 8:5, 8:21, 8:24, 9:3, 9:8, 9:12, 9:21, 10:4, 11:5, 11:11
**Weinberger** [1] - 8:6
**weird** [3] - 149:14, 149:16, 149:17
**welder** [11] - 85:24, 86:24, 87:2, 92:8, 92:23, 93:3, 103:15, 103:16, 106:22, 107:13
**welders** [11] - 32:24, 33:6, 33:12, 36:1, 84:14, 85:11, 92:4, 92:5, 92:17, 93:12, 106:24
**welding** [14] - 83:19, 83:24, 83:25, 84:1, 84:4, 84:5, 84:8, 84:10, 84:12, 84:21, 86:25, 87:3, 91:25, 92:9
**WERNER** [2] - 2:8, 153:19
**Werner** [2] - 153:18, 160:3
**whatsoever** [2] - 9:25, 137:25
**WHEREUPON** [11] - 11:13, 43:14, 61:14, 61:17, 61:19,

115:18, 115:24, 116:1, 138:20, 153:5, 164:11
**whole** [13] - 26:8, 28:7, 30:13, 50:10, 67:20, 68:3, 69:11, 71:9, 71:15, 79:2, 120:14, 157:19, 158:13
**widely** [1] - 68:20
**wife** [2] - 149:21, 149:24
**willing** [2] - 137:11, 151:6
**wire** [2] - 84:6, 84:7
**wish** [2] - 29:1, 29:2
**wished** [1] - 77:18
**wishes** [1] - 112:24
**withdrawing** [2] - 31:6, 31:7
**withdrew** [1] - 31:8, 142:20
**WITNESS** [8] - 43:10, 43:12, 43:16, 115:22, 138:17, 138:22, 153:10, 156:12
**Witness** [4] - 50:17, 51:9, 71:18, 136:20
**witness** [5] - 11:21, 98:15, 161:8, 161:15, 163:15
**witnesses** [1] - 153:25
**woefully** [1] - 8:1
**wonder** [1] - 76:10
**word** [1] - 10:16
**words** [2] - 40:25, 159:10
**worker** [22] - 36:21, 43:5, 43:18, 46:19, 46:22, 46:23, 70:13, 70:17, 86:9, 104:3, 106:7, 106:17, 107:2, 111:2, 111:8, 114:1, 115:1, 118:25, 125:16, 127:1, 131:16, 138:13
**worker's** [1] - 114:8
**workers** [133] - 5:18, 6:25, 7:25, 12:6, 12:14, 13:15, 14:1, 15:5, 15:13, 15:16, 17:10, 24:21, 25:21, 31:18, 33:10, 33:20, 34:2, 35:7, 36:15, 37:25, 38:15, 40:18, 41:15, 41:20, 41:23, 41:24, 42:8, 42:22, 44:23, 46:11, 46:21,

47:5, 48:12, 53:24, 60:20, 62:20, 63:10, 64:18, 64:20, 65:11, 68:9, 68:10, 68:16, 68:24, 69:5, 69:14, 70:25, 73:14, 74:16, 74:18, 76:16, 78:20, 79:13, 79:16, 79:22, 81:11, 81:19, 82:5, 82:10, 82:16, 86:14, 87:7, 88:12, 91:25, 92:19, 93:1, 93:24, 94:3, 95:3, 95:14, 95:15, 95:17, 95:23, 95:25, 96:12, 97:16, 97:17, 97:19, 98:7, 98:9, 98:13, 99:3, 99:4, 99:19, 100:19, 101:8, 103:5, 103:6, 103:10, 104:1, 104:2, 104:5, 104:21, 105:2, 105:5, 105:12, 105:22, 107:6, 107:7, 107:16, 107:21, 110:7, 110:8, 110:20, 111:9, 111:24, 113:6, 113:10, 113:23, 114:22, 114:23, 118:24, 124:1, 128:6, 128:13, 128:18, 129:6, 130:8, 130:23, 132:10, 136:4, 139:24, 141:18, 142:6, 143:10, 143:11, 143:12, 143:20, 144:25, 145:20, 149:1
**workers'** [2] - 7:1, 108:17
**world** [2] - 41:21, 92:22
**worried** [1] - 57:11
**worry** [1] - 146:13
**worth** [1] - 34:13
**wrist** [1] - 152:6
**write** [8] - 5:14, 70:20, 91:10, 91:11, 115:10, 130:17, 130:18, 131:25
**writing** [1] - 92:10
**written** [10] - 44:8, 68:14, 68:15, 70:10, 70:22, 84:23, 84:24, 87:17, 121:19, 131:24

## Y

**yard** [5] - 5:19, 66:23, 70:3, 98:21, 146:5
**year** [25] - 22:14, 22:25, 37:11, 37:14, 42:25
**years** [21] - 13:14, 18:9, 18:10, 20:16, 23:5, 23:8, 28:9, 29:18, 30:21, 32:5, 41:16, 42:9, 72:4, 85:21, 86:25, 87:2, 87:6, 87:10, 126:14, 150:25
**years'** [2] - 70:21, 107:8
**YORK** [2] - 2:5, 2:14
**YORK/BROAD** [1] - 2:13
**yourself** [3] - 50:16, 136:17, 136:19

## Z

**Zito** [12] - 12:3, 15:24, 18:9, 19:2, 77:18, 78:25, 79:9, 79:10, 82:1, 111:10, 131:2, 131:9

## "

**"E"** [1] - 1:6