UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

**Related Cases:**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br>    **(c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |
| **REJI SAMUEL, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 14-2811** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

1

**BIJU MAKRUKKATTU JOSEPH, et al.,**  **CIVIL ACTION**
     **Plaintiffs**

**VERSUS**  **No. 14-2826**

**SIGNAL INTERNATIONAL, LLC, et al.,**  **SECTION "E"**

**Applies To:** *David v. Signal* **(08-1220)**

## JUDGMENT

**IT IS ORDERED** that there be judgment in favor of Malvern C. Burnett, the Law Offices of Malvern C. Burnett, APC, Sachin Dewan, and Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants), and against Signal International, and Signal International, Inc., **DISMISSING** all crossclaims **WITH PREJUDICE**.

New Orleans, Louisiana, this 27th day of April, 2015.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**