# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, *et al.*,**<br>　　　　　　　　　　**Plaintiffs,**<br><br>　　　　-against-<br><br>**SIGNAL INTERNATIONAL, LLC, *et al.*,**<br>　　　　　　　　　　**Defendants.** | CIVIL ACTION<br><br>No. 08-1220 (SM/DEK)<br><br>SECTION "E" |
| **Related Case:**<br><br>**EQUAL EMPLOYMENT**<br>**OPPORTUNITY COMMISSION**<br>　　　　　　　　　　**Plaintiffs,**<br><br>　　and<br><br>**SABULAL VIJAYAN, *et al.***<br>　　　　　　　　　　**Plaintiffs-**<br>　　　　　　　　　　**Intervenors**<br><br>　　　　-against-<br><br>**SIGNAL INTERNATIONAL, LLC,**<br>　　　　　　　　　　**Defendant.** | CIVIL ACTION<br><br>No. 12-0557 (SM/DEK)<br><br>SECTION "E" |
| **Related Case:**<br><br>**LAKSHMANAN PONNAYAN ACHARI,** *et al.*<br>　　　　　　　　　　**Plaintiffs,**<br><br>　　　　-against-<br><br>**SIGNAL INTERNATIONAL, LLC, *et al.*,**<br>　　　　　　　　　　**Defendants** | CIVIL ACTION<br><br>No. 13-6218 (SM/DEK)<br>(c/w 13-6219, 13-6220, 13-6221,<br>14-732, 14-1818)<br><br>SECTION "E" |
| **Applies To:**　　　*David*, No. 08-1220 | |

## JUDGMENT

1

In accordance with the verdict the jury rendered on February 18, 2015,[1] and this Court's March 20, 2015 Order granting Plaintiffs' motion for entry of final judgment pursuant to Fed. R. Civ. P. 54(b),[2] the Court enters judgment in favor of Defendant MALVERN C. BURNETT and against Plaintiffs JACOB JOSEPH KADAKKARAPPALLY, SONY VASUDEVAN SULEKHA, PALANYANDI THANGAMANI, PADAVETTIYIL ISAAC ANDREWS, and HEMANT KHUTTAN.[3]  Plaintiffs' claims against MALVERN C. BURNETT for violations of the Trafficking Victims Protection Act (Rec. Doc. 2268-2, "CLAIM ONE"); the RICO (Rec. Doc. 2268-2, "CLAIM FOUR"); Fraud (Rec. Doc. 2268-2, "CLAIM FIVE"); Negligent Misrepresentation (Rec. Doc. 2268-2, "CLAIM SIX"); and Breach of Contract or Promissory Estoppel (Rec. Doc. 2272-3, "CLAIM SEVEN") are DISMISSED WITH PREJUDICE.  There is no just reason to delay entry of final judgment.

**New Orleans, Louisiana, this 14th day of May, 2015.**

*[signature: Susie Morgan]*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 2272-3.
[2] R. Doc. 2336.
[3] *See Rogers v. McDorman*, 521 F.3d 381, 397 (5th Cir. 2008) ("The zero damages award reflects a failure of proof rather than a jury disregarding its instructions and compromising on the verdict."); *Ruiz-Rodriguez v. Colberg-Comas*, 882 F.2d 15, 17 (1st Cir. 1989) ("A jury's award of zero damages, where such has a rational basis in the record, is commonly viewed as, in effect, a judgment for the defendant.") (citing *Poulin Corp. v. Chrysler Corp.*, 861 F.2d 5, 7 (1st Cir. 1988)); *Ass'n of W. Rys. v. Riss & Co.*, 299 F.2d 133, 135 (D.C. Cir. 1962) ("The finding that the conspiracy had not damaged the plaintiff was therefore a finding that the plaintiff had not proved its claim. The defendants were therefore entitled to judgment.").