UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.**<br>    Plaintiffs | **CIVIL ACTION**<br>**No. 08-1220**<br>**SECTION "E"** |
| **VERSUS** | |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | |

*Related Cases:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY**<br>**COMMISSION,**<br>    Plaintiff | **CIVIL ACTION**<br>**No. 12-557**<br>**SECTION "E** |
| **VERSUS** | |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    Plaintiffs | **CIVIL ACTION**<br>**No. 13-6218 (c/w 13-6219,** |
| **VERSUS** | **13-6220,** & **13-6221, 14-732** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **& 14-1818)**<br>**SECTION "E"** |

**Applies To:**   *David v. Signal* **(08-1220)** *Only*

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Defendants and Cross-Claimants, Signal International, LLC and Signal International, Inc., (hereinafter collectively Signal) in the above entitled and numbered proceeding, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment (Rec. Doc. #2387) herein entered on April 27, 2015 in favor of cross-defendants, Malvern C. Burnett, the Law Offices of Malvern C. Burnett, APC, Sachin Dewan, and Dewan Consultants Pvt. Ltd. (a/k/a Medtech Consultants), and against Signal International, LLC, and Signal International, Inc., dismissing, with prejudice, all cross-claims of

1

Signal. Relative to each and every cross-defendant who went to verdict, the scope of this Notice encompasses every cross-claim dismissed by the Court via the aforementioned Judgment, Rec. Doc. #2387, including fraud; breach of fiduciary duty; malpractice; breach of contract; unfair trade practices; detrimental reliance; tortious interference with contractual relationship; and indemnity.

This 18th day of May, 2015.

                              Respectfully submitted:

*/s/ Erin Casey Hangartner*
Erin Casey Hangartner, La. Bar No. 24768
Alan Dean Weinberger, La. Bar No. 13331
Hal D. Ungar, La. Bar No. 31344
Elham R. Rabbani, La. Bar No. 33322
HANGARTNER RYDBERG & HART, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, LA  70139
Telephone (504) 522-5690
Fax: (504) 522-5689
ehangartner@hanrylaw.com
aweinberger@hanrylaw.com
hungar@hanrylaw.com
erabbani@hanrylaw.com

                              and

Patricia A. Bollman, La. Bar 17563
A Professional Law Corporation
Post Office Box 13707
New Orleans, LA 70185
Telephone: (504) 218-5887
Facsimile: (504) 304-0890
patricia@bollmanfirm.com
*Counsel for Signal*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2015, I electronically filed the foregoing Notice of Appeal with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

                                              */s/ Erin Casey Hangartner*
                                              ERIN CASEY HANGARTNER