**VALID FOR SIX MONTHS**    14962

CANARA BANK, COCHIN

1-505/260

DATE 7th April 2004

PAY TO THE ORDER OF MALVERN C BURNETT    $ 1266/21

(USD) One Thousand Two Hundred Sixty Six and Cents Twenty One Only DOLLARS

UNION BANK OF CALIFORNIA INTERNATIONAL
FORTY WALL STREET
NEW YORK, NY 10005-1339

Part B-478
Ram Manchar V.P.

FOR

⑈014962⑈ ⑊026005050⑊ ⑈911428441121⑈

---

**VALID FOR SIX MONTHS**    14961

CANARA BANK, COCHIN

1-505/260

DATE 7th April 2004

PAY TO THE ORDER OF GLOBAL RESOURCES INC    $ 1266/21

(USD) One Thousand Two Hundred Sixty Six and Cents Twenty One Only DOLLARS

UNION BANK OF CALIFORNIA INTERNATIONAL
FORTY WALL STREET
NEW YORK, NY 10005-1339

Part B-478
Ram Manchar V.P.

FOR

⑈014961⑈ ⑊026005050⑊ ⑈911428441121⑈

007927



EXHIBIT 0608

DEWAN007927-00001