# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.** | **CIVIL ACTION** |
| Plaintiffs | No. 08-1220 |
| | SECTION "E" |
| **VERSUS** | |
| **SIGNAL INTERNATIONAL, LLC, et al.** | |
| Defendants | |

*Related Case:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | **CIVIL ACTION** No. 12-557 |
| Plaintiff | SECTION "E" |
| **VERSUS** | |
| **SIGNAL INTERNATIONAL, LLC, et al.** | |
| Defendants | |

*Related Case:*

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.** | **CIVIL ACTION** |
| Plaintiffs | No. 13-6218 (c/w 13-6219, |
| **VERSUS** | 13-6220, 13-6221, 14-732, |
| **SIGNAL INTERNATIONAL, LLC, et al.** | and 14-1818) |
| Defendants | SECTION "E" |

*Related Case:*

| | |
|---|---|
| **REJI SAMUEL, et al.** | **CIVIL ACTION** |
| Plaintiffs | No.14-2811 |
| **VERSUS** | SECTION "E" |
| **SIGNAL INTERNATIONAL, LLC, et al.** | |
| Defendants | |

*Related Case:*

| | |
|---|---|
| **BIJU MAKRUKKATTU JOSEPH, et al.** | **CIVIL ACTION** |
|     Plaintiffs | No. 14-2826 |
| **VERSUS** | **SECTION "E"** |
| **SIGNAL INTERNATIONAL, LLC, et al.** | |
|     Defendants | |

*Related Case:*

| | |
|---|---|
| **SATHEESH KANNAN MARIMUTHU, et al** | **CIVIL ACTION** |
|     Plaintiffs | NO. 15-2295 |
| **VERSUS** | **SECTION: "G" (1)** |
| **SIGNAL INTERNATIONAL, LLC, et al** | |
|     Defendants | |

*Related Case:*

| | |
|---|---|
| **RAJU MEGANATHAN, et al** | **CIVIL ACTION** |
|     Plaintiffs | No. 15-2296 |
| **VERSUS** | **SECTION "N" (3)** |
| **SIGNAL INTERNATIONAL, LLC, et al** | |
|     Defendants | |

*Related Case:*

| | |
|---|---|
| **SRINIVASA RAO KAMBALA, et al** | **CIVIL ACTION** |
|     Plaintiffs | NO. 15-2297 |
| **VERSUS** | **SECTION: "N" (3)** |
| **SIGNAL INTERNATIONAL, LLC, et al** | |
|     Defendants | |

**Applies To:   *ALL CASES***

## SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that on July 12, 2015, voluntary petitions (collectively, the "Voluntary Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), were filed in the United States Bankruptcy Court of the District of Delaware by: Signal International, Inc.; Signal Ship Repair, LLC; Signal International,

LLC; Signal International Texas GP, LLC; and Signal International Texas, L.P. (collectively, the "Debtors").[1] All cases will be jointly administered under Case No. 15-11498 (MFW). A true and correct copy of Signal International, Inc.'s Voluntary Petitions are attached hereto, *in globo,* as **Exhibit A (1-5)**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362 of the Bankruptcy Code, upon the filing of the Voluntary Petitions, an injunction is placed into effect which stays, among other things, the commencement or continuation of a judicial, administrative or other action or proceeding against the Debtors or any of the Debtors' related entities that was, or could have been, commenced before the filing of the Voluntary Petitions or any act to obtain possession of or exercise control over property of the estate.

Respectfully submitted,

*/s/ Erin Casey Hangartner*
Erin Casey Hangartner, La. Bar No. 24768
Alan Dean Weinberger, La. Bar No. 13331
Hal D. Ungar, La. Bar No. 31344
Elham R. Rabbani, La. Bar No. 33322
Brian C. Roux, La. Bar No. 35298
Lance R. Rydberg, La. Bar No. 02089
Mitchell P. Hasenkampf, La. Bar No. 32870
Robert L. Keller III, La. Bar No. 35188
Kevin P. Maney, La. Bar No. 33956
Lauren Masur Davis, La. Bar No. 34669
HANGARTNER RYDBERG & TERRELL, LLC
701 Poydras Street, Suite 310
New Orleans, LA 70139
Telephone: (504) 522-5690
Facsimile:  (504) 522-5689
ehangartner@hanrylaw.com
aweinberger@hanrylaw.com
hungar@hanrylaw.com
erabbani@hanrylaw.com

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

broux@hanrylaw.com
lrydberg@hanrylaw.com
mhasenkampf@hanrylaw.com
rkeller@hanrylaw.com
kmaney@hanrylaw.com
lmasur@hanrylaw.com

And

Patricia A. Bollman, La. Bar 17563
James L. Cornblatt, (Pro Hac Vice)
Patricia A. Bollman,
A Professional Law Corporation
3636 S. I-10 Service Road W., Suite 200
Metairie, LA   70001
Telephone: (504) 218-5887
Facsimile: (504) 304-0890
patricia@bollmanfirm.com
cornblatt25@gmail.com

*Counsel for Signal International, L.L.C.*
*Signal International, Inc.,*
*Signal International Texas, G.P., and*
*Signal International Texas, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

*/s/ Erin Casey Hangartner*
ERIN CASEY HANGARTNER