MINUTE ENTRY
MORGAN, J.
July 14, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**  Defendants | **SECTION "E"** |

*Related Cases:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**  Defendants | **SECTION "E"** |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**  (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| **SIGNAL INTERNATIONAL, LLC, et al.,**  Defendants | **SECTION "E"** |

1

| | |
|---|---|
| **REJI SAMUEL, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 14-2811**<br>    **c/w 14-2826,**<br>    **15-2295, 15-2296**<br>    **15-2297** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

*Applies to:* **ALL CASES**

### MINUTE ENTRY

The Court held a telephone status conference on the record on July 14, 2015 at 10:00 a.m.

>    Participating:   Daniel Werner, Daniel Adams, Greg Grimsal and Kirk Wilkinson, on behalf of the *Achari* Plaintiffs;
>
>    Robert Canino and Gerald Miller, on behalf of the EEOC;
>
>    Erin Hangartner and Pieter Van Tol, on behalf of Defendants and Cross Claimants, Signal International, LLC, Signal International, Inc., Signal International Texas, G.P. and Signal International Texas, L.P. ("Signal");
>
>    Stephen Shapiro on behalf of Defendants and Cross Defendants, Sachin Dewan and Dewan Consultants Pvt. Ltd. ("Dewan"); and
>
>    Timothy Cerniglia on behalf of Defendants and Cross Defendants, Malvern C. Burnett, the Law Offices of Malvern C. Burnett, A.P.C. and Gulf Coast Immigration Law Center, L.L.C. ("Burnett").

Plaintiffs will update the court on the settlement status of their claims against Burnett and Dewan by July 21, 2015.

EEOC will notify the Court immediately of any settlement with Signal or any ruling by the Fifth Circuit in *Bass Pro.*

In light of Signal's Chapter 11 bankruptcy, the Court will deny certain motions filed by or against Signal without prejudice. The parties do not object. A separate order will issue.

The parties expect to seek approval from the bankruptcy court of the settlement agreement between Plaintiffs and Signal within two to three weeks. Once filed, Burnett and Dewan will review the settlement agreement. In the event they believe discovery is necessary with respect to the terms of the settlement, Burnett and Dewan shall seek leave of court to propound discovery. If the motion is contested, it shall be set for submission before the district court.

The Court set a trial date for the *Achari* Plaintiffs' claims against Burnett and Dewan for November 2, 2015 at 9:00 a.m. A pre-trial conference is set for October 20, 2015 at 10:00 a.m. The parties to this trial shall comply with the following pre-trial deadlines:

| | |
|---|---|
| Status conference in the *EEOC* case and *all* consolidated *Achari* cases[1] | **September 9, 2015** at **1:00 p.m.** |
| Final witness and exhibit lists | Filed and served no later than **September 28, 2015** |
| Pretrial order | Filed by **October 12, 2015** at **5:00 p.m.** |
| Joint statement of the case | Filed by **October 12, 2015** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| Joint jury instructions | Filed and emailed to the Court by **October 12, 2015** at **5:00 p.m.** *See* pretrial notice |

---

[1] EEOC may participate by telephone unless the Court orders otherwise.

| | |
|---|---|
| | at pp. 7-8. |
| Joint proposed jury verdict form | Filed by **October 12, 2015** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Proposed special voir dire questions | Filed by **October 12, 2015** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Pretrial conference | **October 20, 2015** at **10:00 a.m.** |
| Motions *in limine* (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **October 20, 2015** at **5:00 p.m.** |
| Responses to non-expert motions *in limine* and memoranda in support | Filed and served no later than **October 23, 2015** at **5:00 p.m.** |
| Deadline to exchange deposition excerpts intended to be introduced in lieu of live testimony | Filed and served no later than **October 23, 2015** at **5:00 p.m.** |
| Objections to exhibits and supporting memoranda  **Note:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s). *See* pretrial notice at p. 5. | Filed by **October 23, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by **October 23, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Objections to deposition testimony and supporting memoranda  (Counsel first shall confer to attempt to resolve any such | Filed by **October 23, 2015** at **5:00 p.m.** *See* pretrial notice at p. 6. |

| | |
|---|---|
| objections, *see* p. 6 of the pretrial notice.) | |
| Responses to objections to exhibits and supporting memoranda | Filed by **October 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Responses to objections to deposition testimony and supporting memoranda | Filed by **October 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 6. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **October 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements | Provided to opposing counsel by **October 26, 2015** at **5:00 p.m.** *See* pretrial notice at pp. 6-7. |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements | Filed by **October 28, 2015** at **5:00 p.m.** *See* pretrial notice at pp. 6-7. |
| Jury trial for <u>10 plaintiffs</u> | **November 2, 2015**, at **9:00 a.m.** (estimated to last **3** weeks) |
| Second jury trial | **October 31, 2016**, at **9:00 a.m.** (estimated to last **1** month) |

All other pre-trial deadlines in the *Achari* case shall remain unchanged.[2]

**New Orleans, Louisiana, this 15th day of July, 2015.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:35)

---

[2] *See* R. Doc. 444.