UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

*Related Cases:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br>    **(c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    **Defendants** | **SECTION "E"** |

| | |
|---|---|
| **REJI SAMUEL, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 14-2811**<br>    **c/w 14-2826, 15-2295, 15-2296** |

1

                                                                15-2297

**SIGNAL INTERNATIONAL, LLC, et al.,**           **SECTION "E"**
      **Defendants**

*Applies to:* **ALL CASES**

## ORDER

Signal has filed for Chapter 11 bankruptcy. Because all claims against Signal are automatically stayed, and for the reasons stated orally and on the record during the status conference on July 14, 2015;

**IT IS ORDERED** that the following motions are **DENIED WITHOUT PREJUDICE**:

| Case | Document |
| --- | --- |
| *David* (08-1220) | 1848, 2145, 2440 |
| *Achari* (13-6218) | 555, 557, 558, 559 |

New Orleans, Louisiana, this 15th day of July, 2015.

                                                  _____
                                                    **SUSIE MORGAN**
                                  **UNITED STATES DISTRICT JUDGE**