**MINUTE ENTRY**
**KNOWLES, M.J.**
**AUGUST 17, 2015**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1220** |
| **SIGNAL INTERNATIONAL, L.L.C, ET AL.** | **SECTION "E" (3)** |

On this date, the Motion for Protective Order [Doc. #2476] came on for oral hearing by telephone before the undersigned. Present were Naomi Tsu, Daniel WWerner, and Anjali Nair on behalf of plaintiffs, and Timothy Cerniglia, Patricia Bollman, and Stephen Shapiro on behalf of various defendants. For the reasons stated at the hearing,

**IT IS ORDERED** that the Motion for Protective Order [Doc. #2476] is GRANTED IN PART to the extent that the deposition at issue shall be sealed, and no party may use any information discovered at the deposition outside the purview of this lawsuit. In all other respects, the motion is DENIED.

*Daniel E. Knowles, III*
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR(00:07)