## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**<br>     **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>     **Defendants** | **SECTION "E"** |

*Related Cases:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY**<br>**COMMISSION,**<br>     **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>     **Defendants** | **SECTION "E"** |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>     **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br>     **(c/w 13-6219,**<br>     **13-6220, 13-6221,**<br>     **14-732, 14-1818)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>     **Defendants** | **SECTION "E"** |

| | |
|---|---|
| **REJI SAMUEL, et al.,**<br>     **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 14-2811**<br>  **c/w 14-2826,**<br>     **15-2295, 15-2296** |

1

15-2297

**SIGNAL INTERNATIONAL, LLC, et al.,**                    SECTION "E"
     **Defendants**

*Applies to*:  *David v. Signal* (08-1220)

## TEMPORARY RESTRAINING ORDER

Considering Plaintiffs' sealed motion for a temporary restraining order and preliminary injunction[1] and this Court's order granting the motion in part,[2] and for the reasons stated therein;

**IT IS ORDERED** that Malvern C. Burnett, Law Offices of Malvern C. Burnett, a Professional Law Corporation, and any agents, employees, attorneys, and all other persons in active concert or participation with them, are hereby **RESTRAINED AND ENJOINED** from, directly or indirectly, withdrawing, transferring, distributing, alienating, altering, moving, making payments from, modifying, or taking any action to dissipate any and all the funds held in the bank account owned by the Law Offices of Malvern C. Burnett, a Professional Law Corporation, at Whitney Bank, Account Number ending in xxxxx3634 .

**IT IS FURTHER ORDERED** that this temporary restraining order will expire at the conclusion of a preliminary injunction hearing scheduled to take place on August 28, 2015, at 8:00 a.m.

**IT IS FURTHER ORDERED** that, as indicated in the Court's previous order of August 21, 2015,[3] Plaintiffs shall post security in the amount of $1,000.00.

---

[1] R. Doc. 2507.
[2] R. Doc. 2506.
[3] *Id.*

New Orleans, Louisiana, this 23rd day of August, 2015.

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**