UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**<br>    Plaintiffs | CIVIL ACTION |
| **VERSUS** | No. 08-1220 |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | SECTION "E" |

*Related Cases:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>    Plaintiff | CIVIL ACTION |
| **VERSUS** | No. 12-557 |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | SECTION "E" |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    Plaintiffs | CIVIL ACTION |
| **VERSUS** | No. 13-6218<br>(c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | SECTION "E" |

| | |
|---|---|
| **REJI SAMUEL, et al.,**<br>    Plaintiffs | CIVIL ACTION |
| **VERSUS** | No. 14-2811<br> c/w 14-2826, 15-2295, 15-2296 |

                                                           **15-2297**

**SIGNAL INTERNATIONAL, LLC, et al.,**                      **SECTION "E"**
      **Defendants**

*Applies to*: *David v. Signal* **(08-1220)**

## PRELIMINARY INJUNCTION

For the reasons stated orally and on the record on August 28, 2015, and by consent of the parties;

**IT IS ORDERED** that Malvern C. Burnett, Law Offices of Malvern C. Burnett, a Professional Law Corporation, and any agents, employees, attorneys, and all other persons in active concert or participation with them, are hereby **PRELIMINARILY RESTRAINED AND ENJOINED** from, directly or indirectly, withdrawing, transferring, distributing, alienating, altering, moving, making payments from, modifying, or taking any action to dissipate any and all the funds held in the bank account owned by the Law Offices of Malvern C. Burnett, a Professional Law Corporation, at Whitney Bank, Account Number ending in xxxxx3634.

**IT IS FURTHER ORDERED** that this preliminary injunction will remain in place until the Court decides whether a permanent injunction is warranted.

**IT IS FURTHER ORDERED** that the security posted to support the temporary restraining order[1] will remain in place to support this preliminary injunction.

**New Orleans, Louisiana, this 28th day of August, 2015.**

                                                              *_____*
                                                              **SUSIE MORGAN**
                                                      **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 2509.