## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

*Related Cases:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br>    (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

| | |
|---|---|
| **REJI SAMUEL, et al.,**<br>      **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 14-2811**<br> **c/w 14-2826,**<br>   **15-2295, 15-2296**<br>   **15-2297** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>      **Defendants** | **SECTION "E"** |

***Applies to*: *David v. Signal* (08-1220)**

## ORDER

**IT IS ORDERED** that the Court's judgment of May 14, 2015,[1] entering judgment in favor of Defendant Sachin Dewan is hereby **VACATED**.

**IT IS FURTHER ORDERED** that, in accordance with the verdict the jury rendered on February 18, 2015, and this Court's March 20, 2015 Order granting Plaintiffs' motion for entry of final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court enters judgment: (1) in favor of Plaintiffs Jacob Joseph Kaddakkarappally, Sony Vasudevan Sulekha, Palanyandi Thangamani, Padavettiyil Isaac Andrews, and Hemant Khuttan and against Defendant Sachin Dewan on the TVPA claims, awarding nominal damages in the sum of $1.00; and (2) in favor of Defendant Sachin Dewan and against Plaintiffs Jacob Joseph Kaddakkarappally, Sony Vasudevan Sulekha, Palanyandi Thangamani, Padavettiyil Isaac Andrews, and Hemant Khuttan on the claims for violations of RICO, fraud, negligent misrepresentation, and breach of contract or promissory estoppel. Thus, Plaintiffs' claims against Sachin Dewan for violations of RICO, fraud, negligent misrepresentation, and breach of contract or promissory estoppel are hereby dismissed with prejudice.

---
[1] R. Doc. 2416.

There is no just reason to delay entry of final judgment.

**New Orleans, Louisiana, this 9th day of September, 2015.**

                                               *[signature]*
                                           **SUSIE MORGAN**
                                **UNITED STATES DISTRICT JUDGE**