MINUTE ENTRY
MORGAN, J.
September 9, 2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

*Related Case:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

*Related Case:*

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br>    (c/w 13-6219,<br>    13-6220, 13-6221,<br>    14-732, 14-1818) |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

1

*Related Case:*

| | |
|---|---|
| **REJI SAMUEL, et al.,**     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 14-2811**     **(c/w 14-2826,**     **15-2295, 15-2296,**     **15-2297)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**     Defendants | **SECTION "E"** |

*Applies to: ALL CASES*

A status conference was held on the record on September 9, 2015 at 1:00 p.m.

Participating:   Daniel Werner, Meredith Stewart, Daniel Adams, Meredith Grabill and Kirk Wilkinson (in person) and Eben Colby (via telephone) on behalf of the Plaintiffs;

Gerald Miller and Robert Canino (via telephone) on behalf of the EEOC;

Erin Hangartner, Brian Roux and Hal Ungar (in person) and Pieter Van Tol and John Beck (via telephone) on behalf of Defendant, Signal International, LLC and Cross Claimants, Signal International, LLC, Signal International, Inc., Signal International Texas, G.P. and Signal International Texas, L.P. ("Signal");

Stephen Shapiro on behalf of Defendants and Cross Defendants, Sachin Dewan and Dewan Consultants Pvt. Ltd. (the "Dewan Defendants"); and

Timothy Cerniglia on behalf of Defendants and Cross Defendants, Malvern C. Burnett, the Law Offices of Malvern C. Burnett, A.P.C. and Gulf Coast Immigration Law Center, L.L.C. (the "Burnett Defendants").

For the reasons stated orally and on the record, the *David* Plaintiffs' motion in limine to exclude evidence of Signal's post-lawsuit conduct and certain other evidence (R. Doc. 547) is hereby **DENIED AS MOOT**. Furthermore, the Plaintiffs' motion in limine to exclude evidence concerning any non-retaliatory basis for Signal's termination of Jacob Joseph Kadakkarapally (R. Doc. 548) is also hereby **DENIED AS MOOT**.

The cross-claims filed by Defendants Burnett and Dewan against Signal are subject to an automatic stay pursuant to Signal's bankruptcy. The cross-claims filed by Signal against Defendants Burnett and Dewan are not subject to an automatic stay. These cross-claims in all cases are severed from the trials of Plaintiffs' claims.

The Court granted the *Achari* Plaintiffs' request to require that all motions in limine (other than those regarding the admissibility of expert testimony) and all memoranda in support be filed before the current deadline of October 20, 2015. These motions will be due no later than **October 16, 2015**, at **5:00 p.m.** The parties must comply with the pre-trial deadlines as set forth below:

| | |
|---|---|
| Final witness and exhibit lists | Filed and served no later than **September 28, 2015** |
| Pretrial order | Filed by **October 12, 2015** at **5:00 p.m.** |
| Joint statement of the case | Filed by **October 12, 2015** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| Joint jury instructions | Filed and emailed to the Court by **October 12, 2015** at **5:00 p.m.** *See* pretrial notice at pp. 7-8. |
| Joint proposed jury verdict form | Filed by **October 12, 2015** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Proposed special voir dire questions | Filed by **October 12, 2015** at **5:00 p.m.** *See* pretrial notice at p. 8. |
| Pretrial conference | **October 20, 2015** at **10:00 a.m.** |

| | |
|---|---|
| Motions *in limine* (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **October 16, 2015** at **5:00 p.m.** |
| Responses to non-expert motions *in limine* and memoranda in support | Filed and served no later than **October 23, 2015** at **5:00 p.m.** |
| Deadline to exchange deposition excerpts intended to be introduced in lieu of live testimony | Filed and served no later than **October 23, 2015** at **5:00 p.m.** |
| Objections to exhibits and supporting memoranda<br><br>**Note:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s). *See* pretrial notice at p. 5. | Filed by **October 23, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by **October 23, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Objections to deposition testimony and supporting memoranda<br><br>(Counsel first shall confer to attempt to resolve any such objections, *see* p. 6 of the pretrial notice.) | Filed by **October 23, 2015** at **5:00 p.m.** *See* pretrial notice at p. 6. |
| Responses to objections to exhibits and supporting memoranda | Filed by **October 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 5. |
| Responses to objections to deposition testimony and supporting memoranda | Filed by **October 26, 2015** at **5:00 p.m.** *See* pretrial notice at p. 6. |

4

| | |
|---|---|
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **October 26, 2015** at **5:00 p.m.**  *See* pretrial notice at p. 7. |
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements | Provided to opposing counsel by **October 26, 2015** at **5:00 p.m.**  *See* pretrial notice at pp. 6-7. |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements | Filed by **October 28, 2015** at **5:00 p.m.**  *See* pretrial notice at pp. 6-7. |
| Jury trial for <u>10 plaintiffs</u> | **November 2, 2015**, at **9:00 a.m.** (estimated to last **3** weeks) |
| Second jury trial | **October 31, 2016,** at **9:00 a.m.** (estimated to last **1** month) |

The Court has set aside three weeks for trial in this matter, including closing statements, jury instructions, and jury deliberations.

Accordingly;

**IT IS ORDERED** that the parties are allowed the following amounts of time for presentation of evidence:

- Plaintiffs shall be allowed a total of 2,800 minutes
- Burnett shall be allowed a total of 1,000 minutes
- Dewan shall be allowed a total of 1,000 minutes

A party's time presenting its case-in-chief and cross-examining witnesses will be charged to that party. Allocation of time spent reading deposition testimony or showing videotaped testimony shall be as agreed by the parties, or as determined by the Court in the event the parties are unable to come to an agreement.

5

**New Orleans, Louisiana, this 9th day of September, 2015.**

                             _____
                                      **SUSIE MORGAN**
                         **UNITED STATES DISTRICT JUDGE**

JS10 (0:58)