# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 17, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 15-30861   Kurian David, et al v. Signal International, L.L.C., et al
                   USDC No. 2:08-CV-1220

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Connie Brown, Deputy Clerk
                              504-310-7671

cc w/encl:
    Mr. Timothy Williams Cerniglia
    Ms. Kristi Lee Graunke
    Ms. Jennifer Jean Rosenbaum
    Mr. Daniel Werner

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

A True Copy
Certified order issued Nov 17, 2015

/s/ Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 15-30861

_____

SONY VASUDEVAN SULEKHA; PALANYANDI THANGAMANI; HEMANT KHUTTAN; ANDREWS ISSAC PADAVEETTIYL; JACOB JOSEPH KADDAKKARAPPALLY,

      Plaintiffs - Appellees

v.

MALVERN C. BURNETT; LAW OFFICES OF MALVERN C. BURNETT, A.P.C.,

      Defendants - Appellants

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

O R D E R:

      IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

                            /s/ Lyle W. Cayce
                            LYLE W. CAYCE
                            CLERK OF COURT

      ENTERED AT THE DIRECTION OF THE COURT