UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.,**     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**     Defendants | **SECTION "E"** |

*Related Cases:*

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**     Defendants | **SECTION "E"** |

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**      (c/w 13-6219,      13-6220, 13-6221,      14-732, 14-1818) |
| **SIGNAL INTERNATIONAL, LLC, et al.,**     Defendants | **SECTION "E"** |

1

| | |
|---|---|
| **REJI SAMUEL, et al.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 14-2811**  c/w 14-2826,  15-2295, 15-2296  15-2297 |
| **SIGNAL INTERNATIONAL, LLC, et al.,**  Defendants | **SECTION "E"** |

*Applies to*: *David v. Signal* (08-1220)

## ORDER

Before the Court are the Burnett Defendants' and the Dewan Defendants' motions for supersedeas bond.[1] The Court has been informed that the motions are moot.

Accordingly;

**IT IS ORDERED** that the pending motions for supersedeas bond be and hereby are **DENIED AS MOOT**.

**New Orleans, Louisiana, this 11th day of March, 2016.**

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] R. Docs. 2564, 2566.