# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 13, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-30862    Kurian David, et al v. Signal International, L.L.C., et al
                    USDC No. 2:08-CV-1220

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Cindy M. Broadhead, Deputy Clerk
                        504-310-7707

Mrs. Mary Bauer
Mr. William W. Blevins
Ms. Kristi Lee Graunke
Ms. Jennifer Jean Rosenbaum
Mr. Stephen H. Shapiro
Ms. Meredith Blake Stewart
Mr. Daniel Werner

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-30862
_____

SONY VASUDEVAN SULEKHA; PALANYANDI THANGAMANI; HEMANT KHUTTAN; ANDREWS ISSAC PADAVEETTIYL; JACOB JOSEPH KADDAKKARAPPALLY,

    Plaintiffs - Appellees

v.

SACHIN DEWAN; DEWAN CONSULTANTS PVT, LIMITED, also known as Medtech Consultants,

    Defendants - Appellants

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R:

    IT IS ORDERED that appellants' unopposed motion to file out of time the motion to extend dismissal of appeal without prejudice for a period of an additional 180 days in order to finalize settlement is GRANTED.

    /s/ Edith Brown Clement
    _____
    EDITH BROWN CLEMENT
    UNITED STATES CIRCUIT JUDGE