## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>**Plaintiffs,**<br>**v.**<br><br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>**Defendants.** | **CIVIL ACTION**<br><br>**No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)**<br><br>**Section "E"** |
| **Related Cases:** | |
| **KURIAN DAVID, et al,,**<br>**Plaintiffs,**<br>**v.**<br><br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>**Defendants.** | **CIVIL ACTION**<br><br>**No. 08-1220**<br><br>**Section "E"** |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>**Plaintiff,**<br>**v.**<br><br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>**Defendants.** | **CIVIL ACTION**<br><br>**No. 12-557**<br><br>**Section "E"** |

**Applies To:  No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818); No. 08-1220**

## <u>JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Joint Plaintiffs,[1] and

Defendants Malvern C. Burnett, the Law Offices of Malvern C. Burnett, PLC, and the Gulf

Coast Immigration Law Center (the "Burnett Defendants") respectfully submit this Joint Motion

for Order of Dismissal with Prejudice.

---

[1] The "Joint Plaintiffs" includes the plaintiffs in the following civil actions: *Achari v. Signal*, No. 13-6218 (c/w *Chakkiyattil v. Signal*, 13-6219; *Krishnakutty v. Signal*, 13-6220; *Devassy v. Signal*, 13-6221; *Singh v. Signal*, 14-732; *Thomas v. Signal*, 14-1818); and *David v. Signal*, No. 08-1220 (together, the "Related Cases").

In support of this motion, the Joint Plaintiffs and the Burnett Defendants aver that they have agreed unconditionally to settle these cases as between them, with each party bearing its own costs and attorneys' fees (the "Burnett Settlement Agreement").  The Joint Plaintiffs and the Burnett Defendants also aver that each party has satisfied their obligations under the Burnett Settlement Agreement.  Accordingly, the Joint Plaintiffs and the Burnett Defendants respectfully request that this Court enter an order of dismissal with prejudice as against the Burnett Defendants in all of the Related Cases.

WHEREFORE, for the foregoing reasons, the Joint Plaintiffs and the Burnett Defendants respectfully request that this Court enter an order of dismissal with prejudice, and without attorneys' fees or costs, as against the Burnett Defendants in all of the Related Cases.

Respectfully Submitted,

SOUTHERN POVERTY LAW CENTER
1989 College Ave., NE
Atlanta, GA 30317
Tel: (404) 521-6700; Fax: (404) 221-5847
By: /s/  Naomi Tsu
    Naomi Tsu, *pro hac vice*
    naomi.tsu@splcenter.org

On behalf of attorneys for the *David* Plaintiffs

GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170-4000
Tel:  (504) 582-1111;  Fax:  (504) 582-1121

By: /s/   A. Gregory Grimsal                .
    A. Gregory Grimsal, #06332
      GGrimsal@gamb.law

Attorneys for the Consolidated *Achari* Plaintiffs

LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200;  Fax: (212) 751-4864

By: /s/   Rebekah L. Soule                .
    Miles N. Ruthberg, *pro hac vice*
      miles.ruthberg@lw.com
    Christopher Harris, *pro hac vice*
      christopher.harris@lw.com
    Elizabeth C. Rowland, *pro hac vice*
      elizabeth.rowland@lw.com
    Eric M. Broad, *pro hac vice*
      eric.broad@lw.com
    Rebekah L. Soule, *pro hac vice*
      rebekah.soule@lw.com
    Kirk A. Wilkinson, *pro hac vice*
      kirk.wilkinson@lw.com

Attorneys for the *Achari* Plaintiffs

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
500 Boylston Street
Boston, MA   02116
Tel: (617) 573-4855;   Fax: (617) 305-4855
By: /s/   Eben P. Colby                              .
    Eben P. Colby, *pro hac vice*
      eben.colby@skadden.com
    Peter Simshauser, *pro hac vice*
      peter.simshauser@skadden.com
    Michael Walsh, *pro hac vice*
      michael.walsh@skadden.com

Attorneys for the *Chakkiyattil* Plaintifffs

MCDERMOTT WILL & EMERY LLP
1000 Louisiana Street, Suite 3900
Houston, Texas 77002
Tel: 713.653.1700
Fax: 713.739.7592

By: /s/ Marissa C. Krumm____
    Steven G. Spears, *pro hac vice*
    sspears@mwe.com
    John Low, *pro hac vice*
    jlow@mwe.com
    Asra A. Chatham, *pro hac vice*
    achatham@mwe.com
    Marissa C. Krumm, *pro hac vice*
    mkrumm@mwe.com

Attorneys for the *Krishnakutty* Plaintiffs

MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Ave NW, Suite 600
Washington DC 20036
Tel: (202) 585-6500 Fax: (202) 585-6500

By:    /s/ Stephen T. Raptis____
    Stephen T. Raptis, *pro hac vice*
     SRaptis@Manatt.com
    Eric B. Chen, *pro hac vice*
     Echen@Manatt.com
    Andrew Case, *pro hac vice*
     ACase@Manatt.com

Attorneys for the *Devassy* Plaintiffs

COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000

By: */s/ José E. Arvelo*
      José E. Arvelo, *pro hac vice*
      jarvelo@cov.com

Attorney for the *Singh* Plaintiffs

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Fax: (212) 836-8689

By: /s/   Sheila Boston                               .
    Sheila Boston, *pro hac vice*
      sheila.boston@apks.com

Attorneys for the *Thomas* Plaintiffs

**AND**

TIMOTHY W. CERNIGLIA, A PLC
1521 St. Charles Avenue
New Orleans, LA   70130
Tel:  (504) 586-0555;  Fax:  (504) 586-0550
By: /s/   Timothy W. Cerniglia                  .
    Timothy W. Cerniglia, #03964
      tcerniglia@cerniglialaw.pro

Attorney for Malvern Burnett, Gulf Coast
Immigration Law Center, LLC, and the Law
Offices of Malvern C. Burnett, A.P.L.C.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have served a copy of the above and foregoing Joint Motion for Order of Dismissal with Prejudice using this Court's CM/ECF system to counsel of record participating in the CM/ECF system, or by placing signed copies in the United States mail, properly prepaid, to counsel of record not participating in the CM/ECF system, on this 17th day of April, 2017.

      /s/ Naomi R. Tsu     
Naomi R. Tsu
