UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>           **Plaintiffs,**<br> v.<br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>           **Defendants.** | **CIVIL ACTION**<br><br>No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)<br><br>Section "E" |
| **Related Cases:** | |
| **KURIAN DAVID, et al,,**<br>           **Plaintiffs,**<br> v.<br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>           **Defendants.** | **CIVIL ACTION**<br><br>No. 08-1220<br><br>Section "E" |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>           **Plaintiff,**<br> v.<br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>           **Defendants.** | **CIVIL ACTION**<br><br>No. 12-557<br><br>Section "E" |
| **REJI SAMUEL, et al.,**<br>           **Plaintiff,**<br> v.<br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>           **Defendants.** | **CIVIL ACTION**<br><br>No. 14-2811 (c/w 14-2826, 15-2295, 15-2296, 15-2297)<br><br>Section "E" |

**Applies To:  No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818); No. 08-1220**

**JOINT MOTION FOR ENTRY OF JUDGMENT OF PARTIAL DISMISSAL**

The Joint Plaintiffs,[1] and Defendants Sachin Dewan and Dewan Consultants Pvt. Ltd. ("Dewan Defendants") respectfully submit this Joint Motion for Entry of Judgment of Partial Dismissal.

In support of this motion, the Joint Plaintiffs and the Dewan Defendants aver that they have achieved an agreement to settle these cases as between them.  At the request of the *Achari* Plaintiffs and the Dewan Defendants, the Court entered an order of conditional dismissal on December 16, 2015, No. 13-6218, R. Doc. 714, and an eighth order extending that conditional dismissal for an additional fourteen days on March 23, 2017.  No. 13-6218, R. Doc. 772.

The parties have a final settlement agreement which has been approved and executed by the Dewan Defendants and likewise approved and executed by all of Joint Plaintiffs in the Related Cases.  Counsel for the *Achari* Plaintiffs and the *Chakkiyattil* Plaintiffs have worked with a trust company to set up a liquidation trust to receive and then disburse the funds from both the Dewan and Burnett settlements.  That trust company has agreed to serve as the statutory trustee for that trust.  The trust documentation has been fully executed by all relevant parties: a board of trustees consisting of five plaintiffs, the statutory trustee, and the Dewan and Burnett defendants (as grantors to the trust).  The trust has also established an escrow account to receive funds.  As such, the trust is now able to receive the settlement proceeds from the Dewan Defendants.

Under the provisions of the final settlement agreement between the Joint Plaintiffs and the Dewan Defendants (the "Dewan Settlement Agreement"), all consideration under the

---

[1] The "Joint Plaintiffs" includes the plaintiffs in the following civil actions: *Achari v. Signal*, No. 13-6218 (c/w *Chakkiyattil v. Signal*, 13-6219; *Krishnakutty v. Signal*, 13-6220; *Devassy v. Signal*, 13-6221; *Singh v. Signal*, 14-732; *Thomas v. Signal*, 14-1818); and *David v. Signal*, No. 08-1220 (together, the "Related Cases").

2

terms therein must be fully discharged and satisfied by July 2018. In addition, under the terms of the Dewan Settlement Agreement, a certain filing was entered under seal by the Dewan Defendants in *David v. Signal Int'l LLC*, No. 08-1220, on April 6, 2017 ("Sealed Document No. 1 filed on April 6, 2017").

Accordingly, the Joint Plaintiffs and the Dewan Defendants respectfully request that this Court enter an order of partial dismissal as against the Dewan Defendants in all of the Related Cases, without costs and without prejudice to the right, upon good cause shown, on or before August 1, 2018, to reopen the action if the settlement is not consummated. The Joint Plaintiffs and the Dewan Defendants also respectfully request that the Court retain jurisdiction to enforce the Dewan Settlement Agreement and Sealed Document No. 1 filed on April 6, 2017, pursuant to *Kokkonen v. Guardian Life*, 511 U.S. 375, 114 S.Ct. 1673 (1994) and *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

WHEREFORE, for the foregoing reasons, the Joint Plaintiffs and the Dewan Defendants request that this Court enter an order of partial dismissal as against the Dewan Defendants in all of the Related Cases, without costs and without prejudice to the right, upon good cause shown, on or before August 1, 2018, to reopen the action if the settlement is not consummated, and also retaining jurisdiction to enforce the Dewan Settlement Agreement and Sealed Document No. 1 filed on April 17, 2017, pursuant to *Kokkonen v. Guardian Life* and *Hospitality House, Inc. v. Gilbert*.

Respectfully Submitted,

SOUTHERN POVERTY LAW CENTER
1989 College Ave., NE
Atlanta, GA 30317
Tel: (404) 521-6700; Fax: (404) 221-5847
By: /s/  Naomi Tsu
    Naomi Tsu, *pro hac vice*
    naomi.tsu@splcenter.org

On behalf of attorneys for the *David* Plaintiffs

GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170-4000
Tel:  (504) 582-1111;  Fax:  (504) 582-1121

By: /s/   A. Gregory Grimsal                  .
    A. Gregory Grimsal, #06332
      GGrimsal@gamb.law

Attorneys for the Consolidated *Achari* Plaintiffs

LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200;  Fax: (212) 751-4864

By: /s/   Rebekah L. Soule                  .
    Miles N. Ruthberg, *pro hac vice*
      miles.ruthberg@lw.com
    Christopher Harris, *pro hac vice*
      christopher.harris@lw.com
    Elizabeth C. Rowland, *pro hac vice*
      elizabeth.rowland@lw.com
    Eric M. Broad, *pro hac vice*
      eric.broad@lw.com
    Rebekah L. Soule, *pro hac vice*
      rebekah.soule@lw.com
    Kirk A. Wilkinson, *pro hac vice*
      kirk.wilkinson@lw.com

Attorneys for the *Achari* Plaintiffs

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
500 Boylston Street
Boston, MA   02116
Tel: (617) 573-4855;   Fax: (617) 305-4855
By: /s/   Eben P. Colby                          .
   Eben P. Colby, *pro hac vice*
      eben.colby@skadden.com
   Peter Simshauser, *pro hac vice*
      peter.simshauser@skadden.com
   Michael Walsh, *pro hac vice*
      michael.walsh@skadden.com

Attorneys for the *Chakkiyattil* Plaintifffs

MCDERMOTT WILL & EMERY LLP
1000 Louisiana Street, Suite 3900
Houston, Texas 77002
Tel: 713.653.1700
Fax: 713.739.7592

By: /s/ Marissa C. Krumm
      Steven G. Spears, *pro hac vice*
      sspears@mwe.com
      John Low, *pro hac vice*
      jlow@mwe.com
      Asra A. Chatham, *pro hac vice*
      achatham@mwe.com
      Marissa C. Krumm, *pro hac vice*
      mkrumm@mwe.com

Attorneys for the *Krishnakutty* Plaintiffs

MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Ave NW, Suite 600
Washington DC 20036
Tel: (202) 585-6500 Fax: (202) 585-6500

By:   /s/ Stephen T. Raptis
      Stephen T. Raptis, *pro hac vice*
        SRaptis@Manatt.com
      Eric B. Chen, *pro hac vice*
        Echen@Manatt.com

        Andrew Case, *pro hac vice*
        ACase@Manatt.com

Attorneys for the *Devassy* Plaintiffs

COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000

By: */s/ José E. Arvelo*
      José E. Arvelo, *pro hac vice*
      jarvelo@cov.com

Attorney for the *Singh* Plaintiffs

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Fax: (212) 836-8689

By: /s/   Sheila Boston                              .
   Sheila Boston, *pro hac vice*
     sheila.boston@apks.com

Attorneys for the *Thomas* Plaintiffs

**AND**

STEPHEN H. SHAPIRO
Attorney at Law
A Limited Liability Company
700 Camp Street
New Orleans, LA   70130
Tel:  (504) 309-8442

By: /s/   Stephen H. Shapiro               .
   Stephen H. Shapiro, #21076
     steve@shapirolaw-nola.com

Attorney for Sachin Dewan and Dewan Consultants Pvt. Ltd.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I have served a copy of the above and foregoing Joint Motion for Entry of Judgment of Partial Dismissal using this Court's CM/ECF system to counsel of record participating in the CM/ECF system, or by placing signed copies in the United States mail, properly prepaid, to counsel of record not participating in the CM/ECF system, on this 18th day of April, 2017.

                                                                           /s/ Naomi R. Tsu
                                                                           Naomi R. Tsu