UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURIAN DAVID, et al.,<br>    Plaintiffs | CIVIL ACTION |
| VERSUS | No. 08-1220 |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>    Defendants | SECTION "E" |

*Related Case:*

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | No. 12-557 |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>    Defendants | SECTION "E" |

*Related Case:*

| | |
|---|---|
| LAKSHMANAN PONNAYAN ACHARI, et al.,<br>    Plaintiffs | CIVIL ACTION |
| VERSUS | No. 13-6218<br>    (c/w 13-6219,<br>    13-6220, 13-6221,<br>    14-732, 14-1818) |
| SIGNAL INTERNATIONAL, LLC, et al.,<br>    Defendants | SECTION "E" |

*Applies to:* No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818); No. 08-1220

## ORDER OF PARTIAL DISMISSAL

The Court having been advised by counsel for all parties that they have firmly agreed upon a compromise in this matter with the Dewan Defendants;

**IT IS ORDERED** that this action be and is hereby dismissed as to the Dewan Defendants, without costs and without prejudice to the right, upon good cause shown, on or before August 1, 2018, to reopen the action if the settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement and the sealed filing entered by the Dewan Defendants as part of such settlement agreement in *David v. Signal Int'l LLC,* No. 08-1220, on April 17, 2017 ("Sealed Document No. 1 filed on April 17, 2017"). *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

New Orleans, Louisiana this 26th day of April, 2017.

*[signature: Susie Morgan]*
**HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**