# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID,** *et al.,* | **CIVIL ACTION** |
| **Plaintiffs,** | |
| | **No. 08-1220-SM-DEK** |
| -against- | |
| | **SECTION "E"** |
| **SIGNAL INTERNATIONAL, LLC,** *et al.,* | |
| **Defendants.** | |

**Related Case:**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **CIVIL ACTION** |
| **Plaintiffs,** | |
| | **No. 12-557-SM-DEK** |
| and | |
| | **SECTION "E"** |
| **SABULAL VIJAYAN,** *et al.* | |
| **Plaintiffs-Intervenors** | |
| | |
| -against- | |
| | |
| **SIGNAL INTERNATIONAL, LLC,** | |
| **Defendant.** | |

**Related Case:**

| | |
|---|---|
| **LAKSHMANAN PONNAYAN ACHARI,** *et al.* | **CIVIL ACTION** |
| **Plaintiffs,** | |
| | **No. 13-6218-SM-DEK** |
| -against- | **(c/w 13-6219, 13-6220, 13-6221, 14-732, and 14-1818)** |
| **SIGNAL INTERNATIONAL, LLC,** *et al.,* | |
| **Defendants** | **SECTION "E"** |

**Applies To:** *David v. Signal* (08-1220)

## MOTION FOR DISBURSEMENT OF REGISTRY FUNDS

Pursuant to Local Rule 67.3, Plaintiffs respectfully request that the Court authorize and direct the Clerk of the Court to draw a check on the principal amount of $1,000 plus all interest earned and less any assessment fee for the administration of the funds.  Plaintiffs deposited these funds into the Registry of this Court on August 24, 2015 for the above numbered cases (08-1220 and 14-2811).

In support of this motion, Plaintiffs state as follows:

1. On Plaintiffs' motion, the Court entered a Temporary Restraining Order on August 24, 2015, regarding certain funds held in a bank account owned by Defendant Law Offices of Malvern C. Burnett, PLC ("Burnett Law Offices").  ECF Nos. 2506 & 2509.  The Court also ordered Plaintiffs to post security in the amount of $1,000.00. *Id.*

2. Plaintiffs deposited the $1,000 security with the Clerk of the Court on August 24, 2015.

3. The parties have resolved the matter at issue in the Temporary Restraining Order, and all claims as between Plaintiffs and Defendant Burnett Law Offices have been settled and the case administratively closed.  ECF No. 2626 (order lifting injunction against Burnett Law Offices); ECF No. 2649 (order granting joint motion to dismiss all claims by Plaintiffs against the Burnett Law Offices, et al.); Civil Docket for Case No. 2:08-cv-1220-SM-DEK (noting case administratively closed on March 11, 2016).

Plaintiffs request that the check be issued, payable to "Southern Poverty Law Center,"

and mailed to:

> Southern Poverty Law Center
> Attn: Teenie Hutchison
> 400 Washington Ave.
> Montgomery, AL 36104

> The Southern Poverty Law Center's Tax Identification Number is 63-0598743.


Respectfully submitted this 1st day of August, 2017,


s/ ***Daniel Werner***
Daniel Werner (*pro hac vice*)
Georgia Bar No. 422070
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30030
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
daniel.werner@splcenter.org

Meredith B. Stewart
Louisiana Bar No. 34109
Southern Poverty Law Center
1055 St. Charles Ave., # 505
New Orleans, LA 70130
504-486-8982
meredith.stewart@splcenter.org

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I served on this day, August 1, 2017, via ECF true and correct copies of the attached on counsel for all represented parties.

I further certify that the attached has been deposited in a U.S. Mail receptacle for delivery by first class mail, properly addressed and with postage pre-paid to:

Global Resources, Inc.
13 Herring Road
Beaumont, MS 39423

Indo-Ameri Soft L.L.C.
c/o Kevin K. Gipson, Esquire (bankruptcy counsel)
3920 General DeGaulle Drive
New Orleans, LA 70114

Kurella Rao
c/o Kevin K. Gipson, Esquire (bankruptcy counsel)
3920 General DeGaulle Drive
New Orleans, LA 70114

Billy Wilks,
J&M Assoc of Mississippi
J&M Marine & Industrial
9136 Heather Lane
Moss Point MS 39562.


<u>/s/ Daniel Werner</u>
Daniel Werner