UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID**, *et al.*,<br>　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>**SIGNAL INTERNATIONAL, LLC**, *et al.*,<br>　　　　　　　　　　Defendants. | CIVIL ACTION<br><br>No. 08-1220-SM-DEK<br><br>SECTION "E" |
| **Related Case:**<br><br>**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**<br>　　　　　　　　　　Plaintiffs,<br><br>　and<br><br>**SABULAL VIJAYAN,** *et al.*<br>　　　　　　　　　　Plaintiffs-<br>　　　　　　　　　　Intervenors<br><br>　　-against-<br><br>**SIGNAL INTERNATIONAL, LLC,**<br>　　　　　　　　　　Defendant. | CIVIL ACTION<br><br>No. 12-557-SM-DEK<br><br>SECTION "E" |
| **Related Case:**<br><br>**LAKSHMANAN PONNAYAN ACHARI,** *et al.*<br>　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>**SIGNAL INTERNATIONAL, LLC,** *et al.*,<br>　　　　　　　　　　Defendants | CIVIL ACTION<br><br>No. 13-6218-SM-DEK<br>(c/w 13-6219, 13-6220, 13-6221, 14-732, and 14-1818)<br><br>SECTION "E" |

**Applies To:** *David v. Signal* **(08-1220)**

# ORDER

2

Considering the Motion for Disbursement of Registry Funds, ECF No. 2653, the motion is granted.

The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $1,000.00 plus all interest earned less the assessment fee for the administration of funds, payable to:

Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104

The clerk shall mail or deliver the check to the same address, attention Teenie Hutchison.

SO ORDERED.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Susie Morgan
United States District Judge