# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al,,** <br>                                    **Plaintiffs,** <br> v. <br><br> **SIGNAL INTERNATIONAL, LLC, et al.,** <br>                                    **Defendants.** <br><br> **Related Cases:** <br><br> **LAKSHMANAN PONNAYAN ACHARI, et al.,** <br>                                    **Plaintiffs,** <br> v. <br><br> **SIGNAL INTERNATIONAL, LLC, et al.,** <br>                                    **Defendants.** <br><br><br> **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** <br>                                    **Plaintiff,** <br> v. <br><br> **SIGNAL INTERNATIONAL, LLC, et al.,** <br>                                    **Defendants.** | **CIVIL ACTION** <br><br> No. 08-1220 <br><br> Section "E" <br><br><br><br><br> **CIVIL ACTION** <br><br> No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) <br><br> Section "E" <br><br><br><br><br><br> **CIVIL ACTION** <br><br> No. 12-557 <br><br> Section "E" |

**Applies To: No. 08-1220**

## JOINT MOTION FOR EXTENSION OF THE PERIOD TO REOPEN PROCEEDINGS

The *David* Plaintiffs and Defendants Sachin Dewan and Dewan Consultants Pvt. Ltd. ("Dewan Defendants") respectfully submit this Joint Motion for Extension of the Period to Reopen Proceedings.[1] In support of this motion, the *David* Plaintiffs and the Dewan Defendants state as follows:

---

[1] The "Joint Plaintiffs" in the matter of *Achari v. Signal*, No. 13-6218 (c/w *Chakkiyattil v. Signal*, 13-6219; *Krishnakutty v. Signal*, 13-6220; *Devassy v. Signal*, 13-6221; *Singh v. Signal*, 14-732; *Thomas v. Signal*, 14-1818) filed this motion on July 31, 2018 and included the *David v. Signal Int'l* matter in that filing. *Achari* ECF No. 789.

On April 26, 2017, this Court entered an order of partial dismissal of these cases as between the *David* Plaintiffs and the Dewan Defendants. ECF No. 2652. In that order, the Court specified that the dismissal was "without prejudice to the right, upon good cause shown, on or before August 1, 2018, to reopen the action if the settlement is not consummated." Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994), and *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002), the Court further specifically retained jurisdiction to enforce the settlement agreement and the sealed filing entered by the Dewan Defendants as part of such settlement agreement in *David v. Signal Int'l, LLC*, No. 08-1220, on April 6, 2017.

The settlement is not yet fully consummated, but the *David* Plaintiffs and the Dewan Defendants anticipate that it will be fully consummated by no later than October 1, 2018. Particularly, the settlement agreement required the Dewan Defendants to make two payments into a trust, the first in July 2017 and the second in July 2018. The Dewan Defendants made the first payment in full when due in July 2017, and timely paid 70 percent of the amount due in July 2018, with agreement from the *David* and the Joint Plaintiffs in *Achari* to pay the remaining amount due on or before September 3, 2018. The settlement will be fully consummated as of the date the Dewan Defendants pay the remaining amount due.

WHEREFORE, for the foregoing reasons, the *David* Plaintiffs and the Dewan Defendants respectfully request that this Court enter an order, substantially in the form attached hereto, extending the time during which this action may be reopened as between the *David* Plaintiffs and the Dewan Defendants until October 1, 2018. The *David* Plaintiffs and the Dewan Defendants further respectfully request that the Court continue to retain jurisdiction pursuant to *Kokkonen*, 511 U.S. 375 at 381-82, and *Hospitality House*, 298 F.3d at 430.

---

Because the *David* and *Achari* matters are not consolidated, the Court subsequently requested that the *David* Plaintiffs file this motion separately in the *David* matter.

2

Respectfully submitted this 2nd day of August, 2018,

/s/ Daniel Werner
Daniel Werner (Trial Counsel)
(Admitted *Pro Hac Vice*)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Avenue, Suite 340
Decatur, GA, 300030
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
daniel.werner@splcenter.org

Meredith B. Stewart
SOUTHERN POVERTY LAW CENTER
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: (504) 486-8982
Facsimile: (504) 486-8947
meredith.stewart@splcenter.org

Attorneys for the *David* Plaintiffs

**AND**

/s/   Stephen H. Shaprio           .
Stephen H. Shapiro, #21076
Attorney at Law
A Limited Liability Company
700 Camp Street
New Orleans, LA  70130
Tel: (504) 309-8442
steve@shapirolaw-nola.com

Attorney for Sachin Dewan and Dewan Consultants Pvt. Ltd.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I have served a copy of the above and foregoing Joint Motion for Extension of the Period to Reopen Proceedings using this Court's CM/ECF system to counsel of record participating in the CM/ECF system, or by placing signed copies in the United States mail, properly prepaid, to counsel of record not participating in the CM/ECF system, on this 2nd day of August, 2018.

                                                  /s/ Daniel Werner
                                                   Daniel Werner