UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al,,**<br>                              Plaintiffs,<br>     v.<br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>                              Defendants. | CIVIL ACTION<br><br>No. 08-1220<br><br>Section "E" |
| **Related Cases:**<br><br>**LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>                              Plaintiffs,<br>     v.<br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>                              Defendants. | CIVIL ACTION<br><br>No. 13-6218 (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818)<br><br>Section "E" |
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>                              Plaintiff,<br>     v.<br>**SIGNAL INTERNATIONAL, LLC, et al.,**<br>                              Defendants. | CIVIL ACTION<br><br>No. 12-557<br><br>Section "E" |

**Applies To: No. 08-1220**

## ORDER

The Court having considered the foregoing Joint Motion for Extension of the Period to Reopen Proceedings,

**IT IS ORDERED** that the motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the period during which, upon good cause shown, this action may be reopened if the settlement between the *David* Plaintiffs and the Dewan

Defendants is not consummated, as described in the Order of Partial Dismissal entered on April 26, 2017 (ECF No. 2652), is extended until on or before October 1, 2018.

**IT IS FURTHER ORDERED** that pursuant to *Kokkonen v. Guardian Life*, 511 U.S. 375, 381-82 (1994), and *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002), this Court will continue to retain jurisdiction to enforce the settlement agreement and the sealed filing entered by the Dewan Defendants as part of such settlement agreement in *David v. Signal Int'l, LLC*, No. 08-1220, on April 6, 2017.

New Orleans, Louisiana, this  2nd  day of _____August_____, 2018.

_____*Susie Morgan*_____
DISTRICT COURT JUDGE